AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>John Phillip Gallegos<br><br>*Defendant* | )<br>)<br>) Case No. 11-cr-00355-MSK<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  John Phillip Gallegos                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Wire Fraud, in violation of 18 United States Code, Section 1343 (5 counts) and Engaging in a Monetary Transaction in Property Derived from Specified Unlawful Activity, in violation of Title 18 United States Code, Section 1957 (2 counts).

Date: 08/31/2011

s/ J. Patterson
*Issuing officer's signature*

City and state: Denver, Colorado

Gregory C. Langham, Clerk, U.S. District Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*