

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
Seattle
700 Stewart St., Suite 2310
Seattle, WA 98101
(206) 370-8400



**WILLIAM M. MCCOOL**
District Court Executive
Clerk of Court

**LORI LANDIS**
Chief Deputy Clerk

September 6, 2011

**CLERK, US DISTRICT COURT**
Alfred A. Arraj United States Courthouse
901 19th Street, 2nd Floor
Denver, CO 80294

Re:  John Phillip Gallegos

Your No:  11-cr-00355-MSK
Our No:  MJ11-413

Dear Clerk

Pursuant to the order transferring the above captioned case to your court per RULE 5(c)(3)(D), dated 9/2/2011, please download the documents maintained electronically by the District Court through PACER for the Western District of Washington at **https://ecf.wawd.uscourts.gov/.**

Please acknowledge receipt on the enclosed copy of this letter and return it in the provided business reply envelope.

Sincerely,

WILLIAM M. MCCOOL, District Court Executive

By bbeetham,
Deputy Clerk

BOND, CLOSED

# U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
## CRIMINAL DOCKET FOR CASE #: 2:11-mj-00413-MAT-1

Case title: USA v. Gallegos  
Other court case number: 11-cr-355 MSk District of Colorado

Date Filed: 09/02/2011  
Date Terminated: 09/02/2011

Assigned to: Hon. Mary Alice Theiler

### Defendant (1)

**John Phillip Gallegos**  
*TERMINATED: 09/02/2011*

represented by **Lynn C Hartfield**  
FEDERAL PUBLIC DEFENDER'S OFFICE (SEA)  
1601 5TH AVE  
STE 700 WESTLAKE CENTER OFFICE TOWER  
SEATTLE, WA 98101  
206-553-1100  
Email: lynn_hartfield@fd.org  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts
None

### Disposition

### Highest Offense Level (Opening)
None

### Terminated Counts
None

### Disposition

### Highest Offense Level (Terminated)
None

### Complaints
18:1343 Wire Fraud (x 12), , 18:1957 Engaging in MOnetary Transactions in Property Derived from Specified Unlawful Activity (Counts 13-18)

### Disposition

**Plaintiff**

**USA**                                    represented by   **Richard Edward Cohen**
                                                            US ATTORNEY'S OFFICE (SEA)
                                                            700 STEWART ST
                                                            STE 5220
                                                            SEATTLE, WA 98101-1271
                                                            206-553-7970
                                                            Fax: 206-553-6934
                                                            Email: Richard.E.Cohen@usdoj.gov
                                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/02/2011 | 1 | CHARGING DOCUMENT RECEIVED FROM OTHER COURT as to John Phillip Gallegos (BB) (Additional attachment(s) added on 9/2/2011: # 1 Warrant) (BB). (Entered: 09/02/2011) |
| 09/02/2011 |   | Arrest of John Phillip Gallegos on 9/2/2011. (BB) (Entered: 09/02/2011) |
| 09/02/2011 | 2 | Minute Entry for proceedings held before Hon. Mary Alice Theiler- CRD: *B. Beetham*; AUSA: *R. Cohen*; Def Cnsl: *L. Hartfield*; PTS: *A. Johnson*; Court Reporter: *Digital Recording*; Time of Hearing: *2:50*; Courtroom: *12B*; **INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS** as to John Phillip Gallegos held on 9/2/2011. Appearance entered by Lynn C Hartfield for John Phillip Gallegos on behalf of defendant. Financial affidavit reviewed. Counsel appointed. Defendant advised of rights and charges. Government does not argue for detention. Deft submits Rule 5 Waiver. Defendant placed on bond with travel restrictions. Arraignment scheduled in the District of Colorado, at the U.S. Courthouse in Denver, on 9/26/2011 at 10:00 a.m. (BB) (Entered: 09/06/2011) |
| 09/02/2011 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER On the basis of the defendant's sworn financial statement, the court finds that he/she is financially unable to retain counsel. It is hereby ORDERED that the Federal Public Defender for the Western District of Washington be and hereby is appointed to represent the defendant pursuant to Title 18 United States Code 3006A. Signed by Hon. Mary Alice Theiler. *(No.pdf image attached)* (BB) (Entered: 09/06/2011) |
| 09/02/2011 | 5 | Appearance Bond Entered as to John Phillip Gallegos (1) PTS with added conditions. Please see bond for added conditions (cc: PTS/USPO/USMO) (BB) (Entered: 09/06/2011) |
| 09/02/2011 | 6 | WAIVER OF RULE 5 HEARINGS AND ORDER OF TRANSFER to District of District of Colorado as to John Phillip Gallegos by Hon. Mary Alice Theiler. (cc: PTS, USMO) (BB) (Entered: 09/06/2011) |
| 09/06/2011 | 7 | Letter from WDWA to the District of Colorado regarding Rule 5 Transfer as to defendant John Phillip Gallegos (BB) (Entered: 09/06/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/13/2011 10:41:13 | | | |
| PACER Login: | ud0669 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:11-mj-00413-MAT |
| Billable Pages: | 2 | Cost: | 0.16 |

1
2
3                  UNITED STATES DISTRICT COURT
4                for the WESTERN DISTRICT OF WASHINGTON
5                            at Seattle
6
7  UNITED STATES OF AMERICA,
8          Plaintiff,
9                                           Case No. MJ11-413
10     vs.
11                                          WAIVER OF RULE 5(c)(3)(D) HEARING
12 JOHN PHILLIP GALLEGOS,                   and ORDER OF TRANSFER
13         Defendant,
14
15
16              WAIVER OF RULE 5(c)(3)(D) HEARING
17
18     I, John Phillip Gallegos, have appeared before a United States Magistrate Judge in the
19 Western District of Washington, who has advised me of the provisions of Rule 20 and of my
20 right to a further hearing pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure.
21 I wish to waive my right to such further hearing, therefore:
22     a)   I acknowledge that I am the person named in an indictment, information, or
23          warrant pending in the U. S. District Court for the District of Colorado;
24     b)   I waive my right to production of the warrant or of any other original papers
25          relating to these charges or certified copies thereof;
26
27     c)   If I am entitled to a preliminary examination, I elect to have it conducted in the
28

district where the prosecution is pending; and,

d) I consent to the issuance of an order directing me to appear and answer in said district where the charges are pending.

DATED this 2nd day of September, 2011.

_____          _____
Defense Counsel                                          Defendant

## ORDER OF TRANSFER

Based upon the foregoing Waiver, it is hereby ORDERED that the further proceedings in this case shall be conducted in the U. S. District Court for the District of Colorado. The Clerk of this Court shall forthwith transmit to the Clerk in said district the records of proceedings conducted in this district. Unless the defendant is released on bond, the U. S. Marshal is directed to transport defendant as promptly as possible to that district. If released on bond, the defendant is directed to appear in that district for further proceedings at the time and place specified on the bond, or as otherwise directed by court order.

DATED this 2 day of Sept, 2011

_____
United States Magistrate Judge

 

# United States District Court
## Western District of Washington

UNITED STATES OF AMERICA,
vs.
## John Phillip Gallegos

# APPEARANCE BOND
## CASE No: MJ11-413

I understand that I may be released from custody, pending further proceedings in this case, on the conditions marked below:

- **Court Appearances.** I must appear in court at the *Alfred A. Arraj United States Courthouse 901 19th Street, 2nd Floor Denver, CO 80294* ; Click here to enter text, on September 26th, 2011 at 10:00 AM, and at all other hearings in this case, including turning myself in to begin serving a sentence, should that occasion arise. **I UNDERSTAND THAT A WILLFUL FAILURE TO APPEAR IN COURT AT A TIME SET FOR HEARING IS A SEPARATE CRIMINAL OFFENSE, PUNISHABLE BY UP TO 5 YEARS IMPRISONMENT AND A FINE OF $250,000.**
- **No Law Violations.** I must not commit a federal, state, or local crime during the period of release. I understand that if I commit a felony while on release, my sentence can be increased by a maximum of ten years. If I commit a misdemeanor while on release, my sentence can be increased by a maximum of one year. These sentences would be consecutive to all other applicable sentences.
- **DNA Testing.** I must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.
- **No Controlled Substances.** I must not use, consume or possess any controlled substances, including medication, unless prescribed by a physician and approved in advance by the Pretrial Services Officer.
- **Address.** I must furnish my attorney, and/or Pretrial Services if supervised, with my current address and telephone number (if any) where I will reside upon release and where I will receive any notices of hearing dates. I must report any changes in that address or telephone number to my attorney, and/or Pretrial Services if supervised, within one business day.
- **Restrictions on Travel.** I must not travel outside the Continental United States or as directed below under 'Other Conditions'.
- **Victim and Witness Protection.** I must not harass, threaten, intimidate, tamper with, improperly influence, or injure the person or property of witnesses, jurors, informants, victims of crime, judicial officers, or other persons related to official proceedings before the Court, in violation of 18 U.S.C. § 1503, 1512, and 1513.

**OTHER SPECIAL CONDITIONS:**
- Travel is restricted to <u>continental United States,</u> or as directed by Pretrial Services.
- Surrender all current and expired passports and travel documents to the court. Do not apply for/obtain a new passport or travel document from any country without permission of the court. If the surrendered passport is a foreign passport, it shall be forwarded to Immigration and Customs Enforcement if defendant is convicted of an offense, unless otherwise ordered by the Court.
- Maintain residence as directed. Do not change residence without prior approval of Pretrial Services or as directed by Pretrial Services.
- Provide Pretrial Services with any requested information regarding your financial status, income sources, and investments. Sign a Release of Information form for Credit Bureau Verification if requested by Pretrial Services.
- You shall not possess any Social Security number, identification, or documents in any name other than your own.

Appearance Bond   Case 2:11-mj-00413-MAT   Document 5   Filed 09/02/11   Page 2 of 2
Page 2 of 2

John Phillip Gallegos                                                                                                          MJ11-413

**AGREEMENT BY DEFENDANT:** I understand and agree to comply with every condition marked above, and I understand that if I fail to comply with any conditions of my release, the Court will immediately issue a warrant for my arrest, and I will be subject to a revocation of release, an order of detention, and prosecution for contempt of court. I understand this appearance bond remains in effect during any proceeding on appeal or review.

X _[signature]_                          **September 2, 2011**             **Seattle, WA**
Signature                                 Date Signed                              City, State of Residence

## ORDER OF RELEASE

It is therefore ORDERED:
(1) Defendant shall comply with all conditions of this appearance Bond;
(2) Defendant shall be released from custody, and shall remain at liberty so long as he or she complies with the provisions of this Appearance Bond, or until further order of the Court.

**September 2, 2011**                              _[signature]_
Date Signed                                                 Mary Alice Theiler
                                                                    UNITED STATES MAGISTRATE JUDGE

*cc: Defendant, Defense Counsel, U.S. Attorney, U.S. Marshal, Pretrial Services*