IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-355-MSK

UNITED STATES OF AMERICA,

Plaintiff,

v.

John Phillip Gallegos

Defendant.

RECEIPT FOR PILOT'S LICENSE

Number 2923532, issued to John Phillip Gallegos has been

received by the office of the Clerk of the Court to be held while this case is pending.

DATED this 29th day of Sept, 2011

Gregory C. Langham, Clerk

By: J. Patterson

Deputy Clerk

rev: 11/28/05