PS 40  (Rev. 09/10) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

| TO: | United States Department of State<br>Office of Passport Services<br>Legal Affairs Division<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, DC 20037 | FROM: | U.S. District Court<br>Office of the Clerk<br>901 19th Street<br>Denver, CO  80294-3589 |
|---|---|---|---|

☒ **Original Notice**
Date: 9/30/11
By: S. Shaw

☐ **Notice of Disposition**
Date: _____
By: _____

Defendant: John Phillip Gallegos
Date of Birth: 1971
SSN: _____

Case Number: 11-cr-00355-MSK
Place of Birth: North Carolina, U.S.A.

**Notice of Court Order** (Order Date: _____ )

☐ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☒ The above-named defendant surrendered passport number 209281521 and/or passport card number _____ to the custody of the U.S. District Court on 9/30/2011.

## NOTICE OF DISPOSITION

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant (or representative)
Clerk of Court