

# UNITED STATES DISTRICT COURT

**WESTERN DISTRICT OF WASHINGTON**
OFFICE OF THE CLERK
Seattle
700 Stewart St., Suite 2310
Seattle, WA 98101
(206) 370-8400

**WILLIAM M. MCCOOL**
District Court Executive
Clerk of Court

**LORI LANDIS**
Chief Deputy Clerk

September 26, 2011

**CLERK, US DISTRICT COURT**
Clerk, U.S. District Court
  for the District of Colorado
Alfred A Arraj U.S. Courthouse
901 - 19th Street, 2nd Floor
Denver, CO   80294

Re:  John Phillip Gallegos

Your No:  11 - cr - 00355 - MSK
Our No:  MJ11-413

Dear Clerk

Pursuant to the order transferring the above captioned case to your court per RULE 5(c)(3)(D), dated September 2, 2011, a certified copy of which is enclosed, please find the defendant's United States passport which was posted with the Clerk pursuant to the conditions of appearance bond signed on September 2, 2011.

Sincerely,

WILLIAM M. MCCOOL, District Court Executive

By *Peter H. Voelker*
Deputy Clerk