**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No.   11-cr-00355-MSK

UNITED STATES OF AMERICA,

     Plaintiff,

v.

  **2.  JOHN PHILLIP GALLEGOS**


     Defendant.

---

## ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT

---

     Ridley, McGreevy & Winocur, P.C., by William L. Taylor and Darlene A. Bagley, hereby enters its appearance as counsel for Defendant John Phillip Gallegos in the above-captioned matter.

     DATED at Denver, Colorado this 13th day of October, 2011.


                          Respectfully submitted.

                         /s/ *William L. Taylor*
                         William L. Taylor, #21098

                         */s/ Darlene A. Bagley*
                         Darlene A. Bagley, #35728
                         RIDLEY, MCGREEVY & WINOCUR P.C.
                         303 16th Street, Suite 200
                         Denver, CO  80202
                         Telephone:  (303) 629-9700
                         Fax:  (303) 629-9702
                         E-Mail:  wltaylorpc@gmail.com;
                         taylor@ridleylaw.com;
                         bagley@ridleylaw.com
                         Attorneys for John Phillip Gallegos

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October, 2011, I served a true and correct copy of the foregoing **ENTRY OF APPEARANCE** via CM/ECF filing to all parties listed therein including:

Linda Kaufman
Assistant United States Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100
FAX:  (303) 454-0401
E-mail:  Linda.Kaufman@usdoj.gov
Attorney for Government

Edward A. Pluss
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Edward_Pluss@fd.org
Attorney for Defendant

Paula M. Ray
Paula M. Ray, P.C.
P.O. Box 12554
Denver, CO 80212-0554
Telephone: 303-874-5170
Email: paulamray@earthlink.net


/s/ *Suzy M. Kamps*
Suzy M. Kamps