IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Criminal Action No.   11-cr-0355-MSK

UNITED STATE OF AMERICA,

       Plaintiff,

v.

**2.   JOHN PHILLIP GALLEGOS**,

       Defendant.

_____

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**
_____

      John Phillip Gallegos, by counsel William L. Taylor and Darlene A. Bagley of Ridley, McGreevy & Winocur, P.C., hereby moves without opposition for an order of the Court releasing to him his United States Passport, and allowing Mr. Gallegos to travel to all fifty states, Canada and Mexico for the purposes of his job as a Flight Attendant with Alaska Airlines, in modification of the terms and conditions of his release from custody, as and on the grounds stated below:

      1.     Mr. Gallegos was released from custody on conditions after a hearing held in the United States District Court for the Western District of Washington (Seattle) on September 2, 2011.  In accordance with the ordered conditions of his release in Seattle, on September 2, 2011, Mr. Gallegos surrendered his United States Passport to the clerk of the court in Seattle.  Also among the conditions of his bond is that Mr. Gallegos not travel outside the continental United States.

2. On September 28, 2011, Mr. Gallegos made his first appearance in the District of Colorado on this case. The conditions of his release were modified to require that, in addition to surrendering his passport, Mr. Gallegos also surrender his pilot's license. He did so that same day. Doc. 33.

3. Mr. Gallegos has at all times during the pendency of this case been employed as a Flight Attendant for Alaska Airlines, based out of Seattle, where he resides. It is a mandatory job requirement and *bona fide* occupational qualification to continue his employment at Alaska Airlines that Mr. Gallegos have in his possession his U.S. Passport, in order for him to fly to regular Alaska Airlines destinations in Canada and Mexico, and Hawaii and Alaska as well. *See* Affidavit of Jeffrey Peterson, Master Executive Council President for the Association of Flight Attendants-Communications Workers of America with Alaska Airlines, attached hereto as Exhibit A. As a Flight Attendant on reserve, Mr. Gallegos has no control over which flights he is assigned to work, and consequently must be able to fly to all of these destinations in order to maintain employment. *Id.* Without the return of his U.S. Passport Mr. Gallegos can expect to be terminated by Alaska Airlines because he will be unable to comply with mandatory requirements of the job.

4. In addition to losing his job, Mr. Gallegos will lose his health insurance. If this occurs, Mr. Gallegos will be unable to afford the medication he is now taking for a life-threatening condition. This could cause serious detriments to Mr. Gallegos' health and life, for reasons previously presented to the Court in Mr. Gallegos pre-trial services report.

5. After consultation concerning these issues with the Attorney for the Government, AUSA Linda Kaufman, undersigned counsel has been authorized to state to the Court that the

Government does not oppose Mr. Gallegos' request that his U.S. Passport be released, or that Mr. Gallegos be allowed to travel to all fifty of the United States and to Canada and Mexico, in modification of the conditions of his release, so long as (1) Mr. Gallegos execute a waiver of extradition from Canada and Mexico, and (2) immediately upon his assignment any such international flight Mr. Gallegos be required to notify his supervising probation officer of his assignment to the flight, his destination, his dates of travel, any changes to his itinerary that may occur while on the assignment, and when he has returned to the continental United States, and (3) that any travel outside the continental United States by Mr. Gallegos be only in connection with such flight assignments by Alaska Airlines.  Such additional terms and conditions are, of course, acceptable to Mr. Gallegos.  Attached hereto as Exhibit B please find a copy of Mr. Gallegos' executed and notarized waiver of extradition that the Government requested in connection with this motion.

6. Mr. Gallegos has been supervised on conditional release by the U.S. Probation Office in the Western District of Washington, as a courtesy to U.S. Probation in the District of Colorado.  His current supervising Probation Officer in Seattle is Officer Mark Okano.  Undersigned counsel, William Taylor, spoke with Mr. Okano on Thursday, October 13, 2011 concerning his supervision of Mr. Gallegos, and regarding this motion.  Officer Okano has authorized the undersigned to state to the Court that he does not object to the return of Mr. Gallegos' U.S. Passport to him while on conditional release, with the additional terms and conditions outlined in paragraph 5.

7. The undersigned has spoken with U.S. Probation Officer Sherrie Blake in the Grand Junction office, who has authorized the undersigned to state that she agrees to the modifications regarding Mr. Gallegos' conditions of release.

Mr. Gallegos respectfully requests that the Court issue an Order modifying Mr. Gallegos' conditions of release by (1) releasing to Mr. Gallegos or his counsel his United States Passport, previously surrendered to and in the custody of the United States District Court for the Western District of Washington (Seattle), (2) permitting Mr. Gallegos to travel to Alaska and Hawaii, and to destinations served by Alaska Airlines in Canada and Mexico for the purpose of work assignments by Alaska Airlines only, and (3) requiring Mr. Gallegos to report to his supervising probation officer all international flight assignments when such assignments are made, his itinerary, any changes to his itinerary that occur while on assignment, and notifying his probation officer immediately upon his return to the United States.

Dated October 13, 2011.

          Respectfully submitted.

          /s/ *William L. Taylor*
          William L. Taylor, #21098

          */s/ Darlene A. Bagley*
          Darlene A. Bagley, #35728
          RIDLEY, MCGREEVY & WINOCUR P.C.
          303 16th Street, Suite 200
          Denver, CO  80202
          Telephone:  (303) 629-9700
          Fax:  (303) 629-9702
          E-Mail:  wltaylorpc@gmail.com;
          taylor@ridleylaw.com;
          bagley@ridleylaw.com
          Attorneys for John Phillip Gallegos

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 14th day of October, 2011, I served a true and correct copy of the foregoing **UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE** via CM/ECF filing to all parties listed therein including:

Linda Kaufman
Assistant United States Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100
FAX:  (303) 454-0401
E-mail:  Linda.Kaufman@usdoj.gov
Attorney for Government

Edward A. Pluss
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Edward_Pluss@fd.org
Attorney for Defendant

Paula M. Ray
Paula M. Ray, P.C.
P.O. Box 12554
Denver, CO 80212-0554
Telephone: 303-874-5170
Email: paulamray@earthlink.net


               /s/ *Suzy M. Kamps*

               Suzy M. Kamps