# EXHIBIT A

# AFFIDAVIT OF JEFFREY PETERSON

I, Jeffrey Peterson, being of lawful age and duly sworn, state that to the best of my knowledge and belief, the following is true:

1. I am the Master Executive Council President for the Association of Flight Attendants-Communications Workers of America (AFA-CWA) with Alaska Airlines.

2. In short, I am the union president for Alaska Airlines flight attendants.

3. In that capacity, I am aware of the job requirements for flight attendants with Alaska Airlines.

4. It is a mandatory job requirement that all flight attendants with Alaska Airlines personally possess their passports at all times on the job.

5. It is also a mandatory job requirement for flight attendants with Alaska Airlines that all flight attendants have the ability to travel to Alaska, Hawaii, Mexico, and Canada.

6. This job requirement (to be able to travel to Alaska, Hawaii, Mexico, and Canada) is much more difficult to avoid when a flight attendant is on reserve and has no control over where he is assigned to fly (in the beginning of his career), as is John Gallegos.

7. All flight attendants must be able to go anywhere the airline flies.

8. Alaska Airlines flies regularly to Alaska, Hawaii, Mexico, and Canada.

9. Also, the flight attendant must have his passport and be able to travel to the areas designated above in the event a flight is diverted from an original destination to one of those locations due to weather or mechanical issues.

10. As both the possession of a passport and the ability to travel to Alaska, Hawaii, Mexico, and Canada are mandatory job requirements for flight attendants with Alaska Airlines, if a flight attendant is unable to fulfill one or both of these requirements, he may be subject to termination.

Further the affiant sayeth not.

_____        10/6/2011
Jeffrey Peterson                       Date

State of Washington }
}ss
County of King }

Subscribed and sworn before me this 06 day of October, 2011.

[SEAL]
JUSTIN RUSSELL SHRADER
Notary Public
State of Washington
My Commission Expires
September 07, 2014

NOTARY PUBLIC
Justin Russell SHRADER

My Commission Expires: September 07, 2014

2/2