# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00355-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    1. WAUNITA WEINGART
    2. JOHN PHILLIP GALLEGOS
    3. ALOIS CRAIG WEINGART

    Defendants.

## DEFENDANT GALLEGOS' WAIVER OF RIGHT TO CONTEST EXTRADITION

    I waive the right to resist extradition to the District of Colorado from any state of this Union and from any territory or country outside of the United States, including but not limited to Mexico and Canada.

    I agree that I will not contest any efforts to return me to the United States or the District of Colorado. I fully understand that I have the right under the Constitution of the United States and under the law to contest any effort to extradite me from any other state and return me to the District of Colorado. I agree to waive any right I may have to contest my extradition, and I waive this right freely, voluntarily, and intelligently.

    Signed this 7th of October, 2011.

                                                        /s/ John Gallegos
                                                        John Gallegos

State of Washington          }
                             } ss
County of King               }

    Subscribed and sworn before me this __7th__ day of __October__, 2011.

[SEAL]

_____
NOTARY PUBLIC

My Commission Expires: __10/23/2013__

Respectfully submitted this ____ day of October, 2011.

_____
William Taylor, Esq.
Ridley, McGreevy & Winocur, P.C.

*Attorney for Mr. Gallegos*