IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Criminal Action No.   11-cr-0355-MSK

UNITED STATE OF AMERICA,

        Plaintiff,

v.

**2.   JOHN PHILLIP GALLEGOS**,

        Defendant.

_____

**MOTION TO PERMIT CO-COUNSEL TO APPEAR AT MOTIONS HEARING SET FOR OCTOBER 14, 2011 IN PLACE OF COUNSEL, WILLIAM TAYLOR**
_____

      John Phillip Gallegos, by counsel William L. Taylor and Darlene A. Bagley of Ridley, McGreevy & Winocur, P.C., hereby moves for an order permitting Darlene A. Bagley to appear at the motions hearing set for 4:00 p.m. on October 14, 2011 on behalf of Mr. Gallegos, and to permit counsel William L. Taylor not to appear at the hearing, and as grounds therefor states as follows:

    1.   Mr. Taylor was appointed to represent Mr. Gallegos on September 27, 2011.  Doc. 30. At the time, Mr. Taylor had a pre-existing scheduling conflict, namely a hearing scheduled in a felony witness retaliation case in the District Court of Gunnison County, *People v. James Maxfield,* case number 2011CR0048, at 1:30 p.m. on October 14, 2011.

    2.   Co-counsel, Darlene A. Bagley, an experienced criminal defense lawyer in the same firm as Mr. Taylor, and a member of the CJA Panel for the District of Colorado in good standing, has

been working on the matter, has met with Mr. Gallegos, is equally well-versed in the matter as Mr. Taylor, and is available to appear this afternoon at the scheduled hearing.

    3.   Mr. Gallegos has no objection to Ms. Bagley appearing on his behalf, without Mr. Taylor, for purposes of today's hearing.

    Mr. Gallegos and undersigned counsel, Mr. Taylor, respectfully requests that Mr. Taylor be excused from this afternoon's hearing, and that Ms. Bagley be permitted to appear in substitution for Mr. Taylor for the purposes of this hearing.

Dated October 14, 2011.

                                                       Respectfully submitted.

                                                      /s/ *William L. Taylor*
                                                    William L. Taylor, #21098

                                                   */s/ Darlene A. Bagley*
                                                   Darlene A. Bagley, #35728
                                                   RIDLEY, MCGREEVY & WINOCUR P.C.
                                                   303 16th Street, Suite 200
                                                   Denver, CO  80202
                                                   Telephone:  (303) 629-9700
                                                   Fax:  (303) 629-9702
                                                   E-Mail:  wltaylorpc@gmail.com;
                                                   taylor@ridleylaw.com;
                                                   bagley@ridleylaw.com
                                                   Attorneys for John Phillip Gallegos

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of October, 2011, I served a true and correct copy of the foregoing **MOTION TO PERMIT CO-COUNSEL TO APPEAR AT MOTIONS HEARING SET FOR OCTOBER 14, 2011 IN PLACE OF COUNSEL, WILLIAM TAYLOR** via CM/ECF filing to all parties listed therein including:

Linda Kaufman
Assistant United States Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100
FAX:  (303) 454-0401
E-mail:  Linda.Kaufman@usdoj.gov
Attorney for Government

Edward A. Pluss
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Edward_Pluss@fd.org
Attorney for Defendant

Paula M. Ray
Paula M. Ray, P.C.
P.O. Box 12554
Denver, CO 80212-0554
Telephone: 303-874-5170
Email: paulamray@earthlink.net

/s/ *Suzy M. Kamps*

Suzy M. Kamps