IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No.   11-cr-00355-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

  1. WAUNITA WEINGART
  **2. JOHN PHILLIP GALLEGOS**
  3. ALOIS CRAIG WEINGART

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION
## TO MODIFY CONDITIONS OF RELEASE

THIS MATTER is before the Court following a Motion Hearing held October 14, 2011, wherein the Court granted Defendant John Phillip Gallegos' Unopposed Motion to Modify Conditions of Release **(#37)**. In accordance with the Court's ruling,

IT IS ORDERED that:

    1.    Mr. Gallegos' United States Passport, previously surrendered to and in the custody of the United States District Court for the Western District of Washington, shall be released to Mr. Gallegos or his counsel;

    2.    Mr. Gallegos is permitted to travel to Alaska and Hawaii, and to destinations served by Alaska Airlines in Canada and Mexico for the purpose of work assignments by Alaska Airlines, only; and,

    3.    Mr. Gallegos shall report to his supervising probation officer all international flight assignments when such assignments are made, his itinerary, any

changes to his itinerary that occur while on assignment, and to notify his probation officer immediately upon his return to the United States.

DATED this 17th day of October, 2011.

                                     **BY THE COURT:**

                                     */s/ Marcia S. Krieger*

                                     Marcia S. Krieger
                                     United States District Judge