PS 40 (Rev. 09/10) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** United States Department of State
Office of Passport Services
Legal Affairs Division
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, DC 20037

**FROM:** U.S. District Court
Office of the Clerk
901 19th Street
Denver, CO 80294-3589

☒ **Original Notice**
Date: 9/30/11
By: S. Shaw

☒ **Notice of Disposition**
Date: 10/17/11  MSK
By: N. Marble

Defendant: John Phillip Gallegos
Date of Birth: 1971
SSN:

Case Number: 11-cr-00355-MSK
Place of Birth: North Carolina, U.S.A.

**Notice of Court Order** (Order Date: _____ )

☐ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☒ The above-named defendant surrendered passport number 209281521 and/or passport card number _____ to the custody of the U.S. District Court on 9/30/2011.

## NOTICE OF DISPOSITION

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

X See order dated 10-17-11 for this defendant. Document returned to defendant.

**Distribution:**
Original to case file
Department of State
Defendant (or representative)
Clerk of Court