**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No.   11-cr-00355-MSK-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    1.  WAUNITA WEINGART,
    **2.  JOHN PHILLIP GALLEGOS,**
    3.  ALOIS CRAIG WEINGART.

    Defendants.

**DEFENDANT JOHN GALLEGOS' UNOPPOSED MOTION FOR ADDITIONAL TWO
WEEKS IN WHICH TO FILE MOTIONS**

Defendant John Gallegos, by and through undersigned counsel, hereby requests that this Court enter an Order permitting an additional two weeks in which to file motions. As grounds, Mr. Gallegos states as follows:

1. Currently, any defense motions in the above-captioned case are due to be filed today, Monday, March 12, 2012.

2. Defense counsel continues to work diligently on this case. However, a short extension of time is needed for counsel to file motions.[1]

3. In compliance with this Court's procedures, counsel recognizes that a showing of good cause is required for motions for extensions of time. Here, such good cause exists. Undersigned counsel has spent and continues to spend substantial time reviewing the 28,000-plus pages of discovery provided to date. Further, with the unique circumstances in this case, counsel has been diligently engaging in conversations with the U.S. Attorney's Office to determine which path this case will take. Undersigned counsel hopes that these discussions will result, in the next two weeks, in an agreed-upon resolution of the case. Finally, counsel has been working with an expert witness,

---

[1] At this time, counsel for Mr. Gallegos only anticipates filing a Motion for Severance and a Motion for a *James* Proffer, unless the case is resolved without trial by agreement of the Parties.

whose opinion will be crucial to this case. Additional time is necessary for the expert to conclude his work, as is court permission for him to review certain materials in this case. Undersigned counsel is filing today an *ex parte* motion to facilitate his work.

4. Defense counsel is only requesting an additional two weeks, making a new filing deadline for Mr. Gallegos' motions of Monday, March 26, 2012.

5. New counsel was just appointed by this Court today, March 12, 2012, for Mr. Gallegos' co-defendant, Ms. Waunita Weingart. As expected, Ms Weingart's new Counsel has filed an Unopposed Motion to Extend Motion Filing Deadline today. Doc. No. 68   Undersigned counsel therefore believe that a brief enlargement of time of two weeks for Mr. Gallegos to file his motions will not prejudice other defendants, the Court, or require a continuance of the trial now set for September 2012.

6. Undersigned counsel has spoken with the assigned prosecutor, Ms. Linda Kaufman, who stated that she does not oppose this limited extension for the filing deadline. Mr. Gallegos will not object to a commensurate extension of time for the Government to respond to his motions.

WHEREFORE, Mr. Gallegos respectfully requests that this Court grant his Motion for Additional Time in which to File Motions, specifically allowing for an additional two weeks in which to file motions.

Respectfully submitted this 12th day of March, 2012.

*s/William Taylor*
William L. Taylor
RIDLEY, MCGREEVY & WINOCUR, P.C.
*Attorney for John Gallegos*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of March, 2012, I filed the foregoing **Defendant John Gallegos' Motion for Additional Two Weeks in which to File Motions** with the Clerk of Court using the CM/ECF system.

Linda Kaufman
Assistant United States Attorney
1225 17th Street, Ste 700
Denver, CO  80202

Martin Stuart
Portman Stuart, LLC
955 Bannock Street, Suite 200
Denver, CO  80204
Ph:  303-355-6789
Fax:  303-623-0714
*Counsel for Ms. Weingart*

/s/ *Suzy M. Kamps*
Suzy M. Kamps