IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-355-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   WAUNITA WEINGART
2.   **JOHN PHILLIP GALLEGOS**
3.   ALOIS CRAIG WEINGART

    Defendants.

---

### GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO MOTION

---

The United States of America, by and through John F. Walsh, United States Attorney for the District of Colorado and Assistant Untied States Attorney Linda Kaufman, respectfully requests this Court enter an order permitting the government an extension of time to April 3, 2012 to respond to Defendant John Gallegos' Motion for Severance (Doc. 71) , and as grounds therefor, states as follows:

    1.  On October 14, 2011, the Court ordered that motions be filed by March 12, 2012, with responses due by March 26, 2012.

    2.  On March 12, 2012, Defendant John Gallegos filed his Unopposed Motion for Additional Two Weeks in Which to File Motions (Doc. 70).

    3.  Defendant John Gallegos' Motion for Severance was filed on March 26, 2012 after close of business.

    4.  The government therefore requests a short extension of time, until April 3, 2012,

to file its response.

     5.  A motions hearing in this case is scheduled for April 5, 2012, at 4:00 p.m.

     6.  Counsel for Mr. Gallegos has stated that he has no objection to this motion.

Respectfully submitted,


        JOHN F. WALSH
        United States Attorney


        By:  *s/ Linda Kaufman*
        Linda Kaufman
        Assistant United States Attorney
        1225 Seventeenth Street, Suite 700
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        Facsimile: (303) 454-0404
        E-mail: Linda.Kaufman@usdoj.gov
        Attorney for Government

**CERTIFICATE OF SERVICE**

       I certify that on this 27th day of March 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Martin Adam Stuart**
Martin Stuart, P.C.
Email: martinstuartlaw@solucian.com

**William Lewis Taylor**
William L. Taylor, P.C.
Email: wltaylorpc@gmail.com

**Ms. Paula M. Ray**
E-mail: paulamray@earthlink.net

                                          By: *s/ Deborah Sisung*
                                          DEBORAH SISUNG
                                          Legal Assistant to AUSA Linda Kaufman
                                          United States Attorney's Office
                                          1225 - 17th Street, Suite 700
                                          Denver, CO 80202
                                          Telephone: (303) 454-0244
                                          Fax: (303) 454-0402
                                          E-mail: deborah.sisung@usdoj.gov