**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover                         Date: April 5, 2012
Court Reporter:    Paul Zuckerman

Criminal Action No. 11-cr-00355-MSK

*Parties*:                                                *Counsel Appearing:*

UNITED STATES OF AMERICA,                                 Linda Kaufman

            Plaintiff,

v.

WAUNITA WEINGART,                                         Martin Stuart
JOHN PHILLIP GALLEGOS,                                    Darlene Bagley
ALOIS CRAIG WEINGART,                                     William Taylor
                                                          Paula Ray

            Defendant.

---

**COURTROOM MINUTES**

---

HEARING:    Motions

**4:07 p.m.     Court in session.**

Defendants Weingart are present on bond.  Defendant Gallegos is not present.

The Court addresses Motion to Excuse Defendant from Appearing **(Doc. #80).**

Argument.  The Government orally moves to continue the hearing to allow defendant Gallegos'
presence.

**ORDER:**    Motion to Excuse Defendant from Appearing **(Doc. #80)** is **GRANTED.**  The
            hearing is continued to **April 10, 2012 at 4:00 p.m.**, in Courtroom A901, 901 19th
            Street, Denver, CO and all defendants must be present.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:**     The Government's Unopposed Motion for Variance in Numbering exhibits **(Doc. #78)** is **WITHDRAWN.**

**ORDER:**     Bond is continued.

**4:29 p.m.**     **Court in recess.**

**Total Time:**   **22 minutes.**
**Hearing concluded.**