IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-355-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     WAUNITA WEINGART,
2.     JOHN PHILLIP GALLEGOS,
3.     ALOIS CRAIG WEINGART,

    Defendants.

## GOVERNMENT'S MOTION TO RESTRICT DOCUMENT

The United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Linda Kaufman, respectfully moves to restrict Document, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 3" Restriction which would make the document, any order revealing the contents of that document and the brief filed in support of this motion, "Viewable by Filer & Court" only.

Respectfully submitted this 21st day of June, 2012.

                              JOHN F. WALSH
                              United States Attorney

                              By: *s/ Linda Kaufman*
                              Linda Kaufman
                              Assistant United States Attorney
                              1225 Seventeenth Street, Suite 700
                              Denver, Colorado 80202
                              Telephone: (303) 454-0100
                              Facsimile: (303) 454-0404
                              E-mail: Linda.Kaufman@usdoj.gov

1

## CERTIFICATE OF SERVICE

I certify that on this 21st day of June 2012, I electronically filed the foregoing **GOVERNMENT'S MOTION TO RESTRICT DOCUMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Martin Adam Stuart**
Email: martinstuartlaw@solucian.com

**William Lewis Taylor**
Email: wltaylorpc@gmail.com

**Ms. Paula M. Ray**
E-mail: paulamray@earthlink.net

                                                              By: *s/ Solange Reigel*
                                                              SOLANGE REIGEL
Legal Assistant to AUSA Linda Kaufman
United States Attorney's Office
1225 - 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0244
Fax: (303) 454-0402
E-mail: solange.reigel@usdoj.gov