IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-355-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.  WAUNITA WEINGART,
2.  JOHN PHILLIP GALLEGOS,
3.  ALOIS CRAIG WEINGART,

       Defendants.

---

**GOVERNMENT'S MOTION TO RESTRICT DOCUMENT**

---

       The United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Linda Kaufman, respectfully moves to restrict Document #90, any order revealing the contents of that document, and the brief filed in support of this motion (Doc. #89) for the reasons stated in the brief filed in support of this motion (Doc. 89).  The United States requests a "Level 3" Restriction which would make the document, any order revealing the contents of that document and the brief filed in support of this motion, "Viewable by Filer & Court" only.

2

Respectfully submitted this 3rd day of July, 2012.

                                JOHN F. WALSH
                                United States Attorney

By:    *s/Linda Kaufman*
        LINDA KAUFMAN
        Assistant U.S. Attorney
        1225 Seventeenth Street, Suite 700
        Denver, Colorado   80202
        Telephone: (303) 454-0100
        Fax: (303) 454-0404
        E-mail: Linda.Kaufman@usdoj.gov
        ATTORNEY FOR THE GOVERNMENT

## CERTIFICATE OF SERVICE

      I hereby certify that on this 3rd day of July, 2012, I electronically filed the foregoing **GOVERNMENT'S MOTION TO RESTRICT DOCUMENT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Martin Adam Stuart
Email: martinstuartlaw@solucian.com

William Lewis Taylor
Email: wltaylorpc@gmail.com

Ms. Paula M. Ray
Email: paulamray@earthlink.net

    *s/Michelle Trujillo*
MICHELLE TRUJILLO
Legal Assistant
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Phone: 303-454-0273
Fax: 303-454-0409
Michelle.Trujillo@usdoj.gov

3