UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 11-cr-00355-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. WAUNITA WEINGART
2. JOHN PHILLIP GALLEGOS
3. ALOIS CRAIG WEINGART

        Defendants.

## ORDER TO RESTRICT

THIS MATTER comes before the Court on the Government's Motion to Restrict Document (Motion) **(#97)** filed July 3, 2012.  No response or objection having been filed,

**IT IS ORDERED** that the Motion is **GRANTED** and Document #90, the United States' Brief in Support of Motion to Restrict Document, as well as any order revealing the contents of that document, are hereby restricted until further order by the Court.  It is

**FURTHER ORDERED** that said document and Order and Brief in Support of Motion to Restrict Document shall be restricted to a "Level 3" and will be "Viewable by Filer & Court" only.

DATED this 19th day of July, 2012.

        **BY THE COURT:**

        *Marcia S. Krieger*
        _____

        Marcia S. Krieger
        United States District Judge