IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.   11-cr-00355-MSK-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

  1.  WAUNITA WEINGART,
  **2.  JOHN PHILLIP GALLEGOS,**
  3.  ALOIS CRAIG WEINGART.

    Defendants.

---

### DEFENDANT JOHN GALLEGOS' MOTION TO WITHDRAW MOTION FOR SEVERANCE [DOC. 71]

---

    Defendant John Gallegos, by and through undersigned counsel, respectfully submits his Motion to Withdraw his previously filed Motion for Severance [Doc. 71]. As grounds, he states as follows:

    1.    On March 26, 2012, Mr. Gallegos through counsel filed a Motion with this Court requesting that his trial be severed from that of the named codefendants.

    2.    At this time, Mr. Gallegos through counsel moves to withdraw his Motion for Severance [Doc. 71].

    WHEREFORE, Mr. Gallegos respectfully requests that this Court allow him to withdraw his previously filed Motion for Severance [Doc. 71].

    Respectfully submitted this 2d  day of August, 2012.

                                      s/William Taylor
                                      William L. Taylor
                                      RIDLEY, MCGREEVY & WINOCUR, P.C.
                                      *Attorney for John Gallegos*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2d day of August, 2012, I filed the foregoing **Defendant John Gallegos' Motion to Withdraw Motion for Severance [Doc. 71]** with the Clerk of Court using the CM/ECF system to serve all interested parties.


/s/ *Suzy Kamps*
Suzy Kamps