IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-00355-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     WAUNITA WEINGART,
2.     JOHN PHILLIP GALLEGOS,
3.     ALOIS CRAIG WEINGART,

    Defendants.

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO CONTINUE JURY TRIAL (DOC. 124)

    The United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorneys Linda Kaufman and Martha Paluch, responds to Defendant's Motion to Continue Jury Trial, filed by Defendant John Phillip Gallegos, as follows:

    1.     The government does not dispute that defense counsel may have a legitimate need for more time to prepare for trial in this matter. The government therefore does not object to the granting of a continuance of the September 17, 2012, trial date consistent with the limitations of the Speedy Trial Act, 18 U.S.C. § 3161.

    2.     The recent production of evidence has been voluminous. The government disclosed Certified Fraud Examiner Dana Chamberlin's Rule 702 report on August 2, 2012, to which a substantial number of summary charts were attached. The government also

provided the defendants with numerous reports of recent witness interviews and some additional documents.

3.   As the government continues to prepare for trial, it will continue to provide additional discovery consistent with its obligations pursuant to Fed.R.Crim.P. 16 and *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny.  It is counsels' practice to disclose *Jencks* material in advance of the time required by 18 U.S.C. § 3500.  Accordingly, the government intends to provide such reports as they become available.

4.   Defendant Gallegos' characterizations of the evidence, however, warrant comment. He claims that the number of witnesses the government intends to call is "unexpected" and "completely unanticipated and unanticipatable."  Given the duration of the fraud, the nature of the scheme, and the number of loans identified in the indictment, it bears to reason that the government would be calling a substantial number of witnesses in its case-in-chief.  While it is true that many witnesses, most of whom are loan brokers, loan officers, underwriters, and lenders' closers, have recently been interviewed for the first time in this case, they have not been "newly discovered" as Defendant Gallegos repeatedly asserts. The names of almost all of these witnesses and their respective roles in the subject loan transactions were contained in the original discovery provided to the defendants.  Other witnesses have been re-interviewed as part of the government's trial preparation.

5.   The government does not intend to call witnesses that are unnecessary to prove an aspect of the charged offenses or whose testimony will be merely cumulative, and may not call all of the witnesses on its current list.  On the other hand, the government does intend to be prepared to call any witness as necessary (in addition to mere custodians) to

lay the proper foundation for the admission of its numerous exhibits and to establish the extensive scheme charged. The government anticipates that most of its witnesses' testimony should be relatively short.

6. The government has agreed to produce custodial declarations and proposed stipulations when they are ready. The first of those will be ready, as stated, this week.

7. The government has produced criminal records of the defendants consistent with Rule 16. As to the criminal history of its witnesses, the government understands its obligation to make discoverable impeachment information available to the defendants in a timely fashion.

8. Undersigned counsel have conferred with counsel for Defendant John Gallegos, who has confirmed that he is not seeking a continuance of the defendant's August 24, 2012, expert disclosure deadline, or of the August 31, 2012, deadline for the parties to file a joint motion for a Rule 702 hearing. Counsel for Defendant John Gallegos has stated he reserves the right to move for leave of Court to address any legal issue or potential expert testimony issue raised solely/exclusively by the discovery provided by the government on or after August 3, 2012.

Respectfully submitted this 20th day of August, 2012.

                JOHN F. WALSH
                United States Attorney

                By: *s/ Linda Kaufman*
                Linda Kaufman
                Assistant United States Attorney
                1225 Seventeenth Street, Suite 700
                Denver, Colorado 80202
                Telephone: (303) 454-0100
                Facsimile: (303) 454-0404
                e-mail:  Linda.Kaufman@usdoj.gov

By: *s/ Martha A. Paluch*
Martha A. Paluch
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0404
e-mail:  martha.paluch@usdoj.gov

Case No. 1:11-cr-00355-MSK   Document 126   filed 08/20/12   USDC Colorado   pg 4 of 5

4

**CERTIFICATE OF SERVICE**

      I certify that on this 20th day of August, 2012, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO CONTINUE JURY TRIAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martin A. Stuart, Esq.
e-mail: martinstuartlaw@solucian.com

William L. Taylor, Esq.
e-mail:  wltaylorpc@gmail.com

Paula M. Ray, Esq.
e-mail: paulamray@earthlnk.net

                                        *s/Maggie E. Grenvik*
                                        Maggie E. Grenvik
                                        Legal Assistant
                                        U.S. Attorney's Office
                                        1225 17th St., Suite 700
                                        Denver, CO  80202
                                        Telephone:  (303) 454-0100
                                        Fax:  (303) 454-0401
                                        e-mail:  maggie.grenvik@usdoj.gov