**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No.   11-cr-00355-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

   1.  WAUNITA WEINGART
   **2.  JOHN PHILLIP GALLEGOS**
   3.  ALOIS CRAIG WEINGART

    Defendants.

---

**DEFENDANT JOHN GALLEGOS' UNOPPOSED REQUEST TO APPEAR
TELEPHONICALLY FOR HEARING SCHEDULED THURSDAY, AUGUST 23, 2012**

---

    Defendant John Gallegos, through counsel, hereby requests leave of this Court to appear via telephone for the hearing scheduled Thursday, August 23, 2012.  As grounds, Mr. Gallegos states as follows:

    1.    On Monday, August 20, 2012, counsel for Mr. Gallegos filed their Motion to Continue the Jury Trial [Doc. 124].  Subsequent related pleadings were filed later the same day by co-defendants' counsel and counsel for the government. [Docs. 125, 127, and 126, respectively]

    2.    On Tuesday, August 21, 2012, this Court issued an Order setting a hearing on these matters for Thursday, August 23, 2012, at 11:00 am.  [Doc. 128]

    3.    Mr. Gallegos respectfully requests permission from this Court to appear via telephone for this hearing.  Mr. Gallegos is a flight attendant for Alaskan Airlines, and, consistent with the conditions of his release, he started a three-day itinerary the morning of August 21, 2012, prior to this Court's Order being issued.  He has confirmed

with counsel that he will be available to appear by telephone for the hearing. He apologizes for any inconvenience this may cause the Court.

4. If authorized to appear by phone, Mr. Gallegos will call in to Ms. Glover, as directed in MSK. Cr. Practice Standard II.B.3.

5. Counsel has conferred with Linda Kaufman, the assigned Assistant United States Attorney, who has authorized counsel to state that she does not oppose this request.

WHEREFORE, Mr. Gallegos respectfully requests leave of this Court to appear via telephone at the upcoming hearing on August 23, 2012.

Respectfully submitted this 22nd day of August, 2012.

/s/ *William L. Taylor*
William L. Taylor, #21098

*/s/ Darlene A. Bagley*
Darlene A. Bagley, #35728

Ridley, McGreevy & Winocur P.C.
303 16th Street, Suite 200
Denver, CO  80202
(303) 629-9700

# CERTIFICATE OF SERVICE

  I hereby certify that on this 22nd day of August, 2012, I served a true and correct copy of the foregoing **Defendant John Gallegos' Unopposed Request to Appear Telephonically for Hearing Scheduled Thursday, August 23, 2012,** via CM/ECF filing addressed to the following:

Linda Kaufman
Assistant United States Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
FAX: (303) 454-0401
E-mail: Linda.Kaufman@usdoj.gov
Attorney for Government

                /s/ *Suzy M. Kamps*
                Suzy M. Kamps