IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.   11-cr-00355-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    1.  WAUNITA WEINGART
    **2.  JOHN PHILLIP GALLEGOS**
    3.  ALOIS CRAIG WEINGART

    Defendants.

## UNOPPOSED MOTION TO WITHDRAW
## PARTIES' JOINT MOTION UNDER FED. R. EVID. 702 [DOC 134]

Defendant John Phillip Gallegos, by counsel William L. Taylor and Darlene A. Bagley of Ridley, McGreevy & Winocur, P.C., hereby moves to withdraw the Parties' Joint Motion Under Fed. R. Evid. 702 [Doc 134] due to an error in the labeling of exhibits.  Counsel has conferred with other parties and has received leave to file this Motion unopposed.  Counsel will simultaneously be filing an Amended Parties' Joint Motion Under Fed. R. Evid. 702 with the labeling error corrected.

DATED this 4th day of September, 2012.

Respectfully submitted.

| | |
|---|---|
| */s/ William L. Taylor* | */s/ Darlene A. Bagley* |
| William L. Taylor, #21098 | Darlene A. Bagley |

Ridley, McGreevy & Winocur, P.C.
303 16th Street, Suite 200
Denver , CO  80202
Phone":  303-629-9700
Email:  wltaylorpc@gmail.com ; taylor@ridleylaw.com; bagley@ridleylaw.com
*Attorneys for John Phillip Gallegos*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of September, 2012, I served a true and correct copy of the foregoing **UNOPPOSED MOTION TO WITHDRAW PARTIES' JOINT MOTION UNDER FED. R. EVID. 702 [DOC 134]** via email to all parties listed therein including:

Linda Kaufman
Assistant United States Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100
FAX:  (303) 454-0401
E-mail:  Linda.Kaufman@usdoj.gov
Attorney for Government

Martha Paluch
Assistant United States Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100
FAX:  (303) 454-0401
E-mail:  martha.paluch@usdoj.gov
Attorney for Government

Paula M. Ray
Paula M. Ray, P.C.
P.O. Box 12554
Denver, CO 80212-0554
Telephone: 303-874-5170
E-mail: paulamray@earthlink.net
Attorney for Craig Weingart

Martin Stuart
PortmanStuart, LLC
955 Bannock Street, suite 200
Denver, CO 80204
Phone:  303-355-6789
Fax:  303-623-0714
E-mail:  mstuart@portmanstuart.com
Attorney for Waunita Weingart

                                                           /s/ *Heather Cratty*
                                                           Heather Cratty