## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No.   11-cr-00355-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.
1. WAUNITA WEINGART
2. JOHN PHILLIP GALLEGOS
3. ALOIS CRAIG WEINGART

      Defendants.

---

## AMENDED[1] PARTIES' JOINT MOTION UNDER FED. R. EVID. 702

      Defendants John Gallegos, Waunita Weingart, and the government, through their undersigned counsel, hereby request a determination regarding the admissibility of opinion testimony from Plaintiff's proposed expert, Dana Chamberlin, and from Defendant John Gallegos' proposed expert, Robert Kullman.  For further summary and bases for these experts, see the attached disclosures.  [*Exhibits A and B, respectively*.]

### I.   Government's Proposed Expert, Dana Chamberlin

### OPINION #1

1. **Opinions related to the loan dated 8/24/98 to Craig and Waun Weingart by Standard Financial Corp dba Standard Loans for $372,000.**  (This loan is designated as Loan Code S-2)

      a.      The following mortgage payments (which in some instances included fees) were made on the loan designated as Loan Code S-2; where a bank account is identified, funds from that account were used to make the payment:

---

[1] This motion is amended solely to correct the previous error in the labeling of exhibits.

1

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 1 | | 10/28/98 | $2,794.71 |
| 2 | | 12/3/98 | $2,794.71 |
| 3 | | 12/28/98 | $2,794.71 |
| 4 | | 2/3/99 | $2,794.71 |
| 5 | | 2/25/99 | $2,794.71 |
| 6 | | 4/5/99 | $2,794.71 |
| 7 | | 4/30/99 | $2,794.71 |
| 8 | | 5/31/99 | $2,794.71 |
| 9 | | 7/2/99 | $2,794.71 |
| 10 | | 8/4/99 | $2,794.71 |
| 11 | | 8/20/99 | $2,794.71 |
| 12 | | 10/5/99 | $2,794.71 |
| 13 | | 11/3/99 | $2,794.71 |
| 14 | | 12/13/99 | $2,794.71 |
| 15 | | 12/31/99 | $2,794.71 |
| 16 | | 2/4/00 | $2,794.71 |
| 17 | | 3/7/00 | $2,794.71 |
| 18 | | 4/6/00 | $2,794.71 |
| 19 | | 5/9/00 | $2,794.71 |
| 20 | | 6/7/00 | $2,794.71 |
| 21 | | 7/3/00 | $2,794.71 |
| 22 | | 8/8/00 | $2,794.71 |
| 23 | | 8/23/00 | $2,794.71 |
| 24 | | 9/7/00 | $2,794.71 |
| 25 | | 10/3/00 | $2,794.71 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 26 | | 12/4/00 | $2,794.71 |
| 27 | | 12/29/00 | $2,794.71 |
| 28 | | 2/6/01 | $2,794.71 |
| 29 | | 3/5/01 | $2,794.71 |
| 30 | | 4/5/01 | $2,794.71 |
| 31 | | 5/10/01 | $2,794.71 |
| 32 | FASB #8795 PAR (JW) | 6/11/01 | $2,794.71 |
| 33 | FASB #8795 PAR (JW) | 7/11/01 | $2,794.71 |
| 34 | | 8/10/01 | $2,794.71 |
| 35 | | 9/11/01 | $2,794.71 |
| 36 | | 10/1/01 | $2,794.71 |
| 37 | | 10/31/01 | $2,794.71 |
| 38 | | 12/6/01 | $2,794.71 |
| 39 | FASB #1625 CCCT (WCPJ) | 1/9/02 | $2,794.71 |
| 40 | FASB #7049 CW/WW (CW) | 2/12/02 | $2,794.71 |
| 41 | FASB #7049 CW/WW (CW) | 3/7/02 | $2,794.71 |
| 42 | FASB #7049 CW/WW (CW) | 4/11/02 | $2,794.71 |
| 43 | FASB #1625 CCCT (WCPJ) | 5/8/02 | $2,794.71 |
| 44 | FASB #1625 CCCT (WCPJ) | 6/4/02 | $2,794.71 |
| 45 | FASB #1625 CCCT (WCPJ) | 7/9/02 | $2,794.71 |
| 46 | FASB #7049 CW/WW (CW) | 8/8/02 | $2,794.71 |
| 47 | FASB #7049 CW/WW (CW) | 9/11/02 | $2,794.71 |
| 48 | FASB #7049 CW/WW (CW) | 10/7/02 | $2,794.71 |
| 49 | FASB #7049 CW/WW (CW) | 11/13/02 | $2,794.71 |
| 50 | FASB #1666 CCCT (JWCP) | 12/24/02 | $2,934.45 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|-----|---------------------------------------------------------|------|---------|
| 51 | FASB #1666 CCCT (JWCP) | 1/16/03 | $2,794.71 |
| 52 | FASB #1666 CCCT (JWCP) | 2/3/03 | $2,794.71 |
| 53 | FASB #1666 CCCT (JWCP) | 3/13/03 | $2,794.71 |
| 54 | FASB #1666 CCCT (JWCP) | 4/16/03 | $2,794.71 |
| 55 | FASB #1666 CCCT (JWCP) | 5/14/03 | $2,794.71 |
| 56 | ANB #7831 CCCT (WJ) | 6/11/03 | $2,794.71 |
| 57 | ANB #7831 CCCT (WJ) | 7/9/03 | $2,794.71 |
| 58 | ANB #7831 CCCT (WJ) | 8/14/03 | $2,794.71 |
| 59 | ANB #7831 CCCT (WJ) | 9/17/03 | $2,794.71 |
| 60 | ANB #7831 CCCT (WJ) | 10/21/03 | $2,934.45 |
| 61 | ANB #7831 CCCT (WJ) | 11/12/03 | $2,794.71 |
| 62 | ANB #7831 CCCT (WJ) | 12/11/03 | $2,794.71 |
| 63 | ANB #7831 CCCT (WJ) | 1/15/04 | $2,794.71 |

b.     This loan was paid off on February 19, 2004 by a wire transfer of $357,687.81 from the First American State Bank account #111625 in the name of Colorado County & Community Title Money Market Account.

## OBJECTION TO OPINION #1

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein, on the following grounds:

First, Ms. Chamberlin did not obtain or use sufficient facts or data to form these opinions.  Second, Ms. Chamberlin did not use reliable principles or methodologies.  As the specific principles or methodologies used and the manner in which they were applied are unclear to the defense at this time, the defense requests the opportunity to supplement its objections on the bases that these opinions are (1) based on a method

4

that cannot be tested or falsified, meaning that it is based on a methodology that is simply a subjective, conclusory, or *ad hoc* approach that cannot reasonably be assessed for reliability; (2) based on a method or technique that has not been subject to peer review and publication; (3) based on a method with no known or potential rates of error; (4) based on a method or approach that is not generally accepted in the relevant community; and/or (5) based on an unreliable application of the principles or methodology, if facts elicited at hearing support said bases.  See *U.S. v. Crabbe*, 556 F.Supp.2d 1217, 1221 (D.C. Colo. 2008).  Finally, these opinions did not occur naturally or directly but rather were developed for purposes of testifying and are, therefore, inadmissible.  *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 43 F.3d 1311, 1317 (9th Cir. 1995); see also *Crabbe*, *supra*.

**OPINION #2**

2.  **Opinions for the loan dated 7/29/99 to Craig and Waun Weingart by Broad Street Mortgage for $363,300.**  (This loan is designated as Loan Code S-3)

   a.   Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code S-3:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|-----|--------------------------------------------------------|------|---------|
| 1 | FASB #8795 PAR (JW) | 6/13/01 | $2,923.19 |
| 2 | FASB #8795 PAR (JW) | 7/17/01 | 2,923.19 |
| 3 | FASB #1625 CCCT (WCPJ) | 1/8/02 | $2,923.19 |
| 4 | FASB #7049 CW/WW (CW) | 2/12/02 | $2,923.19 |
| 5 | FASB #7049 CW/WW (CW) | 3/6/02 | $2,923.19 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 6 | FASB #7049 CW/WW (CW) | 4/8/02 | $2,923.19 |
| 7 | FASB #1625 CCCT (WCPJ) | 5/8/02 | $2,923.19 |
| 8 | FASB #1625 CCCT (WCPJ) | 6/5/02 | $2,923.19 |
| 9 | FASB #1625 CCCT (WCPJ) | 7/2/02 | $2,923.19 |
| 10 | FASB #7049 CW/WW (CW) | 8/6/02 | $2,923.19 |
| 11 | FASB #7049 CW/WW (CW) | 9/13/02 | $2,923.19 |
| 12 | FASB #7049 CW/WW (CW) | 10/8/02 | $2,923.19 |
| 13 | FASB #7049 CW/WW (CW) | 11/13/02 | $2,923.19 |
| 14 | FASB #1666 CCCT (JWCP) | 12/24/02 | $3,069.35 |
| 15 | FASB #1666 CCCT (JWCP) | 1/15/03 | $2,923.19 |
| 16 | FASB #1666 CCCT (JWCP) | 2/4/03 | $3,416.19 |
| 17 | FASB #1666 CCCT (JWCP) | 3/12/03 | $3,416.19 |
| 18 | FASB #1666 CCCT (JWCP) | 4/16/03 | $3,421.19 |
| 19 | FASB #1666 CCCT (JWCP) | 5/14/03 | $3,421.19 |
| 20 | ANB # 7831 CCCT (WJ) | 6/11/03 | $3,421.19 |
| 21 | ANB # 7831 CCCT (WJ) | 7/9/03 | $3,421.19 |
| 22 | ANB # 7831 CCCT (WJ) | 8/14/03 | $3,421.19 |
| 23 | ANB # 7831 CCCT (WJ) | 9/17/03 | $3,276.69 |
| 24 | ANB # 7831 CCCT (WJ) | 10/21/03 | $2,836.01 |
| 25 | ANB # 7831 CCCT (WJ) | 11/12/03 | $2,958.04 |
| 26 | ANB # 7831 CCCT (WJ) | 12/11/03 | $2,834.01 |
| 27 | ANB # 7831 CCCT (WJ) | 1/15/04 | $2,834.01 |
| 28 | FASB #1355 CW/WW  (CW) | 2/23/04 | $2,958.04 |
| 29 | FASB #1355 CW/WW  (CW) | 3/10/04 | $2,834.01 |
| 30 | FASB #1355 CW/WW  (CW) | 4/13/04 | $2,834.01 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 31 | FASB #1355 CW/WW  (CW) | 5/11/04 | $2,834.01 |
| 32 | FASB #1355 CW/WW  (CW) | 6/11/04 | $2,834.01 |
| 33 | FASB #1355 CW/WW  (CW) | 7/15/04 | $2,834.01 |
| 34 | FASB #1355 CW/WW  (CW) | 8/11/04 | $2,689.51 |
| 35 | FASB #1355 CW/WW  (CW) | 9/14/04 | $2,689.51 |
| 36 | FASB #1355 CW/WW  (CW) | 11/10/04 | $2,823.54 |
| 37 | FASB #1355 CW/WW  (CW) | 11/15/04 | $2,734.51 |
| 38 | ANB # 4723 WW (W) | 12/20/04 | $2,868.54 |
| 39 | FASB #1355 CW/WW  (CW) | 1/25/05 | $2,823.54 |
| 40 | FASB #1355 CW/WW  (CW) | 2/8/05 | $2,704.51 |
| 41 | FASB #1355 CW/WW  (CW) | 3/15/05 | $2,689.51 |
| 42 | FASB #1355 CW/WW  (CW) | 4/18/05 | $2,689.51 |
| 43 | FASB #1355 CW/WW  (CW) | 5/16/05 | $2,689.51 |
| 44 | FASB #1355 CW/WW  (CW) | 7/5/05 | $2,813.54 |
| 45 | FASB #1355 CW/WW  (CW) | 7/8/05 | $2,689.51 |
| 46 | FASB #1355 CW/WW  (CW) | 8/10/05 | $2,684.51 |
| 47 | FASB #1355 CW/WW  (CW) | 9/13/05 | $2,689.51 |
| 48 | FASB #1355 CW/WW  (CW) | 10/6/05 | $2,684.51 |
| 49 | ANB # 4723 WW (W) | 11/14/05 | $2,689.51 |
| 50 | ANB # 4723 WW (W) | 12/7/05 | $2,684.51 |
| 51 | ANB # 4723 WW (W) | 1/12/06 | $2,689.51 |
| 52 | ANB # 4723 WW (W) | 2/9/06 | $2,689.51 |
| 53 | ANB # 4723 WW (W) | 3/6/06 | $2,694.51 |
| 54 | ANB # 4723 WW (W) | 4/6/06 | $2,694.51 |
| 55 | ANB # 4723 WW (W) | 5/16/06 | $2,689.51 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 56 | ANB # 4723 WW (W) | 6/8/06 | $2,689.51 |
| 57 | ANB # 4723 WW (W) | 7/17/06 | $2,689.51 |
| 58 | ANB # 4723 WW (W) | 8/14/06 | $2,689.51 |
| 59 | ANB # 4723 WW (W) | 9/12/06 | $2,689.51 |
| 60 | ANB # 4723 WW (W) | 10/13/06 | $2,689.51 |
| 61 | ANB # 4723 WW (W) | 11/14/06 | $2,689.51 |
| 62 | ANB # 4723 WW (W) | 12/14/06 | $2,689.51 |
| 63 | ANB # 4723 WW (W) | 1/12/07 | $2,689.51 |
| 64 | ANB # 4723 WW (W) | 2/9/07 | $2,689.51 |
| 65 | ANB # 4723 WW (W) | 3/7/07 | $2,684.51 |
| 66 | ANB # 4723 WW (W) | 4/16/07 | $2,689.51 |
| 67 | ANB # 4723 WW (W) | 5/8/07 | $2,689.51 |
| 68 | ANB # 4723 WW (W) | 6/18/07 | $2,689.51 |
| 69 | ANB # 4723 WW (W) | 7/11/07 | $2,689.51 |
| 70 | ANB # 4723 WW (W) | 8/13/07 | $2,710.42 |
| 71 | ANB # 4723 WW (W) | 9/13/07 | $2,710.42 |
| 72 | ANB # 4723 WW (W) | 10/16/07 | $2,710.42 |
| 73 | ANB # 4723 WW (W) | 11/8/07 | $2,710.42 |
| 74 | ANB # 4723 WW (W) | 12/17/07 | $2,710.42 |
| 75 | ANB # 4723 WW (W) | 1/25/08 | $5,539.87 |
| 76 | ANB # 4723 WW (W) | 2/14/08 | $2,705.42 |
| 77 | GB #1321 WW/AW (WC) | 3/17/08 | $2,705.42 |
| 78 | GB #1321 WW/AW (WC) | 4/8/08 | $2,705.42 |

b.      This loan was not paid off as of May 31, 2008.

**OBJECTION TO OPINION #2**

        Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

**OPINION #3**

3.      **Opinions for the loan dated 8/3/00 to Craig and Waun Weingart by Jefferson Mortgage Group for $420,000.**  (This loan is designated as Loan Code S-4)

      a.      The following mortgage payments (which in some instances included fees) were made on the loan designated as Loan Code S-4; where a bank account is identified, funds from that account were used to make the payment:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 1 | | 2/1/01 | $3,644.21 |
| 2 | | 2/1/01 | $3,644.21 |
| 3 | | 3/5/01 | $3,811.30 |
| 4 | | 4/5/01 | $3,644.21 |
| 5 | | 5/11/01 | $3,637.00 |
| 6 | FASB #8795 PAR (JW) | 6/11/01 | $3,637.00 |
| 7 | FASB #8795 PAR (JW) | 7/10/01 | $3,637.00 |
| 8 | | 8/9/01 | $3,637.00 |
| 9 | | 9/11/01 | $3,637.00 |
| 10 | | 10/1/01 | $3,637.00 |
| 11 | | 10/31/01 | $3,637.00 |
| 12 | | 12/6/01 | $3,637.00 |
| 13 | FASB #1625 CCCT (WCPJ) | 1/8/02 | $3,637.00 |
| 14 | FASB #7049 CW/WW (CW) | 2/12/02 | $3,637.00 |
| 15 | FASB #7049 CW/WW (CW) | 3/7/02 | $3,637.00 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 16 | FASB #7049 CW/WW (CW) | 4/11/02 | $3,637.00 |
| 17 | FASB #1625 CCCT (WCPJ) | 5/6/02 | $3,990.00 |
| 18 | FASB #1625 CCCT (WCPJ) | 6/4/02 | $3,990.00 |
| 19 | FASB #1625 CCCT (WCPJ) | 7/2/02 | $3,990.00 |
| 20 | FASB #7049 CW/WW (CW) | 8/6/02 | $3,990.00 |
| 21 | FASB #7049 CW/WW (CW) | 9/11/02 | $3,990.00 |
| 22 | FASB #7049 CW/WW (CW) | 10/7/02 | $3,161.40 |
| 23 | FASB #7049 CW/WW (CW) | 11/13/02 | $3,161.40 |
| 24 | FASB #1666 CCCT (JWCP) | 12/24/02 | $3,287.06 |
| 25 | FASB #1666 CCCT (JWCP) | 1/16/03 | $3,161.40 |
| 26 | FASB #1666 CCCT (JWCP) | 2/4/03 | $3,161.40 |
| 27 | FASB #1666 CCCT (JWCP) | 3/13/03 | $3,161.40 |
| 28 | FASB #1666 CCCT (JWCP) | 4/16/03 | $2,911.30 |
| 29 | FASB #1666 CCCT (JWCP) | 5/14/03 | $2,704.24 |
| 30 | ANB # 7831 CCCT (WJ) | 6/11/03 | $2,704.24 |
| 31 | ANB # 7831 CCCT (WJ) | 7/9/03 | $2,704.24 |
| 32 | ANB # 7831 CCCT (WJ) | 8/14/03 | $2,704.24 |
| 33 | ANB # 7831 CCCT (WJ) | 9/17/03 | $2,704.24 |
| 34 | ANB # 7831 CCCT (WJ) | 10/21/03 | $2,754.71 |
| 35 | ANB # 7831 CCCT (WJ) | 11/12/03 | $2,644.54 |
| 36 | ANB # 7831 CCCT (WJ) | 12/11/03 | $2,644.54 |

b.   This loan was paid off on January 9, 2004 by a wire transfer for $407,613.35 from the First American State Bank account #111625 in the name of Colorado County & Community Title Money Market Account.

## OBJECTION TO OPINION #3

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

## OPINION #4

4. **Opinions for the loan dated 8/7/00 to Craig and Waun Weingart by G-4 Holdings to Flagstar Bank for $397,500.** (This loan is designated as Loan Code S-5)

   a. The Construction Project for 24 units, a property listed on the Liabilities Section of the loan application, is not the property which was pledged as collateral for the $361,670 liability to Loanworks listed in the Liabilities Section of the loan application, or the debt of $361,879 to Loanworks listed in the credit report. That liability and that debt actually correspond to the 7/29/99 loan to Craig and Waun Weingart for $363,300 from Broad Street Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-3).

   b. The 8/3/00 loan to Craig and Waun Weingart for $420,000 from Jefferson Mortgage Group for the refinancing of 7766 Saxeborough (Loan Code S-4) was outstanding as of 8/7/00, but was not listed on the loan application for S-5 as a liability or on the Schedule of Real Estate Owned.

   c. The following mortgage payments (which in some instances included fees) were made on the loan designated as Loan Code S-5; where a bank account is identified, funds from that account were used to make the payment:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 1 | | 10/19/00 | $3,451.69 |
| 2 | | 10/19/00 | $3,451.69 |
| 3 | | 12/4/00 | $3,451.69 |
| 4 | | 12/29/00 | $3,451.69 |
| 5 | | 2/1/01 | $3,451.69 |
| 6 | | 3/2/01 | $3,451.69 |

11

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 7 | | 4/5/01 | $3,451.69 |
| 8 | | 5/11/01 | $3,451.69 |
| 9 | FASB #8795 PAR (JW) | 6/8/01 | $3,451.69 |
| 10 | FASB #8795 PAR (JW) | 7/11/01 | $3,451.69 |
| 11 | | 8/27/01 | $3,451.69 |
| 12 | | 9/18/01 | $3,451.69 |
| 13 | | 10/25/01 | $3,451.69 |
| 14 | | 11/6/01 | $3,451.69 |
| 15 | | 12/6/01 | $3,451.69 |
| 16 | FASB #1625 CCCT (WCPJ) | 1/8/02 | $3,451.69 |
| 17 | FASB #7049 CW/WW (CW) | 2/12/02 | $3,247.45 |
| 18 | FASB #7049 CW/WW (CW) | 3/4/02 | $3,451.69 |
| 19 | FASB #7049 CW/WW (CW) | 4/10/02 | $3,451.69 |
| 20 | FASB #1625 CCCT (WCPJ) | 5/8/02 | $3,451.69 |
| 21 | FASB #1625 CCCT (WCPJ) | 6/4/02 | $3,451.69 |
| 22 | FASB #1625 CCCT (WCPJ) | 7/5/02 | $3,451.69 |
| 23 | FASB #7049 CW/WW (CW) | 8/6/02 | $3,451.69 |
| 24 | FASB #7049 CW/WW (CW) | 9/11/02 | $3,451.69 |
| 25 | FASB #7049 CW/WW (CW) | 10/7/02 | $3,451.69 |
| 26 | FASB #7049 CW/WW (CW) | 11/14/02 | $3,451.69 |
| 27 | FASB #1666 CCCT (JWCP) | 12/27/02 | $3,796.85 |
| 28 | FASB #1666 CCCT (JWCP) | 1/21/03 | $3,451.69 |
| 29 | FASB #1666 CCCT (JWCP) | 2/4/03 | $3,451.69 |
| 30 | FASB #1666 CCCT (JWCP) | 3/21/03 | $3,451.69 |
| 31 | FASB #1666 CCCT (JWCP) | 4/17/03 | $3,451.69 |

| Ref | Bank Account<br>(see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 32 | FASB #1666 CCCT (JWCP) | 5/15/03 | $3,451.69 |
| 33 | ANB # 7831 CCCT (WJ) | 6/12/03 | $3,451.69 |
| 34 | ANB # 7831 CCCT (WJ) | 7/10/03 | $3,451.69 |
| 35 | ANB # 7831 CCCT (WJ) | 8/15/03 | $3,451.69 |
| 36 | ANB # 7831 CCCT (WJ) | 9/18/03 | $3,451.69 |
| 37 | ANB # 7831 CCCT (WJ) | 10/22/03 | $2,908.53 |
| 38 | ANB # 7831 CCCT (WJ) | 11/13/03 | $2,908.53 |
| 39 | ANB # 7831 CCCT (WJ) | 12/12/03 | $2,908.53 |
| 40 | ANB # 7831 CCCT (WJ) | 1/16/04 | $2,908.53 |
| 41 | FASB #1355 CW/WW  (CW) | 2/24/04 | $2,908.53 |
| 42 | FASB #1355 CW/WW  (CW) | 3/11/04 | $2,908.53 |
| 43 | FASB #1355 CW/WW  (CW) | 4/14/04 | $2,908.53 |
| 44 | FASB #1355 CW/WW  (CW) | 5/12/04 | $2,908.53 |
| 45 | FASB #1355 CW/WW  (CW) | 6/14/04 | $2,908.53 |
| 46 | FASB #1355 CW/WW  (CW) | 7/16/04 | $2,908.53 |
| 47 | FASB #1355 CW/WW  (CW) | 8/12/04 | $2,908.53 |
| 48 | FASB #1355 CW/WW  (CW) | 9/15/04 | $2,908.53 |
| 49 | FASB #1355 CW/WW  (CW) | 10/18/04 | $2,503.50 |
| 50 | FASB #1355 CW/WW  (CW) | 11/16/04 | $2,503.50 |
| 51 | FASB #1355 CW/WW  (CW) | 12/7/04 | $2,503.50 |
| 52 | FASB #1355 CW/WW  (CW) | 1/12/05 | $2,503.50 |
| 53 | FASB #1355 CW/WW  (CW) | 2/9/05 | $2,503.50 |
| 54 | FASB #1355 CW/WW  (CW) | 3/16/05 | $2,503.50 |
| 55 | FASB #1355 CW/WW  (CW) | 4/19/05 | $2,503.50 |
| 56 | FASB #1355 CW/WW  (CW) | 5/17/05 | $2,503.50 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 57 | FASB #1355 CW/WW  (CW) | 6/20/05 | $2,503.50 |
| 58 | FASB #1355 CW/WW  (CW) | 7/11/05 | $2,503.50 |
| 59 | FASB #1355 CW/WW  (CW) | 8/11/05 | $2,503.50 |
| 60 | FASB #1355 CW/WW  (CW) | 9/14/05 | $2,503.50 |
| 61 | FASB #1355 CW/WW  (CW) | 10/7/05 | $2,897.75 |
| 62 | ANB # 4723 WW (W) | 11/15/05 | $2,897.75 |
| 63 | ANB # 4723 WW (W) | 12/8/05 | $2,897.75 |
| 64 | ANB # 4723 WW (W) | 1/10/06 | $2,897.75 |
| 65 | ANB # 4723 WW (W) | 2/10/06 | $2,897.75 |
| 66 | ANB # 4723 WW (W) | 3/9/06 | $2,939.00 |
| 67 | ANB # 4723 WW (W) | 4/7/06 | $2,939.00 |
| 68 | ANB # 4723 WW (W) | 5/17/06 | $2,939.00 |
| 69 | ANB # 4723 WW (W) | 6/9/06 | $2,939.00 |
| 70 | ANB # 4723 WW (W) | 7/18/06 | $2,939.00 |
| 71 | ANB # 4723 WW (W) | 8/15/06 | $2,939.00 |
| 72 | ANB # 4723 WW (W) | 9/11/06 | $2,939.00 |
| 73 | ANB # 4723 WW (W) | 10/16/06 | $3,346.72 |
| 74 | ANB # 4723 WW (W) | 11/15/06 | $3,346.72 |
| 75 | ANB # 4723 WW (W) | 12/15/06 | $3,346.72 |
| 76 | ANB # 4723 WW (W) | 1/17/07 | $3,346.72 |
| 77 | ANB # 4723 WW (W) | 2/12/07 | $3,346.72 |
| 78 | ANB # 4723 WW (W) | 3/9/07 | $3,346.72 |
| 79 | ANB # 4723 WW (W) | 4/17/07 | $3,346.72 |
| 80 | ANB # 4723 WW (W) | 5/9/07 | $3,346.72 |
| 81 | ANB # 4723 WW (W) | 6/19/07 | $3,346.72 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 82 | ANB # 4723 WW (W) | 7/12/07 | $3,346.72 |
| 83 | ANB # 4723 WW (W) | 8/14/07 | $3,346.72 |
| 84 | ANB # 4723 WW (W) | 9/14/07 | $3,346.72 |
| 85 | ANB # 4723 WW (W) | 10/17/07 | $3,284.10 |
| 86 | ANB # 4723 WW (W) | 11/9/07 | $3,284.10 |
| 87 | ANB # 4723 WW (W) | 12/18/07 | $3,284.10 |
| 88 | ANB # 4723 WW (W) | 1/28/08 | $3,284.10 |
| 89 | ANB # 4723 WW (W) | 2/19/08 | $3,284.10 |
| 90 | GB #1321 WW/AW (WC) | 3/18/08 | $3,284.10 |
| 91 | GB #1321 WW/AW (WC) | 4/9/08 | $3,284.10 |
| 92 | GB #1321 WW/AW (WC) | 5/28/08 | $3,284.10 |

      d.      This loan was not paid off as of May 31, 2008.

## OBJECTION TO OPINION #4

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

## OPINION #5

5.      **Opinions for the loan dated 10/12/00 to Craig and Waun Weingart by Option One Mortgage for $356,000.**  (This loan is designated as Loan Code S-6)

      a.      3013, 3025, 3035 Umatilla St., Denver, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $361,670  liability to Loanworks listed in the Liabilities Section of the loan application, or the debt of $361,247 to Loanworks listed in the credit report.  That liability and that debt actually correspond to the 7/29/99 loan to Craig and Waun Weingart for $363,300 from Broad Street Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-3).

b.  The 8/3/00 loan to Craig and Waun Weingart for $420,000 from Jefferson Mortgage Group for the refinancing of 7766 Saxeborough (Loan Code S-4) was outstanding as of 10/12/00, but was not listed on the loan application for S-6 as a liability or on the Schedule of Real Estate Owned.

c.  The 8/7/00 loan to Craig and Waun Weingart for $397,500 from Flagstar Bank for the refinancing of 7766 Saxeborough (Loan Code S-5) was outstanding as of 10/12/00, but was not listed on the loan application for S-6 as a liability or on the Schedule of Real Estate Owned.

d.  Loan proceeds of $354,434.44 were deposited by wire transfer into the First American State Bank account #108803 in the name of Paradigm Escrow & Title Co LLC Money Market Account on 10/24/00.

e.  The proceeds from this loan were not used to pay off the prior mortgage designated by the lender to be paid off as a condition of the approval of the loan, namely a loan to Countrywide (Loan Code S-2).

f.  The following mortgage payments (which in some instances included fees) were made on the loan designated as Loan Code S-6; where a bank account is identified, funds from that account were used to make the payment:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 1 | | 2/2/01 | $3,283.12 |
| 2 | | 3/2/01 | $3,283.12 |
| 3 | | 4/9/01 | $3,283.12 |
| 4 | | 5/14/01 | $3,283.12 |
| 5 | FASB #8795 PAR (JW) | 6/11/01 | $3,283.12 |
| 6 | FASB #8795 PAR (JW) | 7/12/01 | $3,283.12 |
| 7 | | 8/9/01 | $3,283.12 |
| 8 | | 9/11/01 | $3,283.12 |
| 9 | | 10/4/01 | $3,283.12 |
| 10 | | 11/2/01 | $3,283.12 |
| 11 | | 12/7/01 | $3,283.12 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 12 | FASB #1625 CCCT (WCPJ) | 1/11/02 | $3,283.12 |
| 13 | FASB #7049 CW/WW (CW) | 2/12/02 | $3,283.12 |
| 14 | FASB #7049 CW/WW (CW) | 3/7/02 | $3,283.12 |
| 15 | FASB #7049 CW/WW (CW) | 4/9/02 | $3,283.12 |
| 16 | FASB #1625 CCCT (WCPJ) | 5/6/02 | $3,283.12 |
| 17 | FASB #1625 CCCT (WCPJ) | 6/6/02 | $3,283.12 |
| 18 | FASB #1625 CCCT (WCPJ) | 7/5/02 | $3,283.02 |
| 19 | FASB #7049 CW/WW (CW) | 8/6/02 | $3,283.02 |
| 20 | FASB #7049 CW/WW (CW) | 9/16/02 | $3,283.02 |
| 21 | FASB #7049 CW/WW (CW) | 10/8/02 | $3,283.02 |
| 22 | FASB #7049 CW/WW (CW) | 11/13/02 | $3,283.02 |
| 23 | FASB #1666 CCCT (JWCP) | 12/26/02 | $3,447.78 |
| 24 | FASB #1666 CCCT (JWCP) | 1/15/03 | $3,283.12 |
| 25 | FASB #1666 CCCT (JWCP) | 2/4/03 | $3,283.12 |
| 26 | FASB #1666 CCCT (JWCP) | 3/12/03 | $3,283.12 |
| 27 | FASB #1666 CCCT (JWCP) | 4/17/03 | $3,283.12 |
| 28 | FASB #1666 CCCT (JWCP) | 5/15/03 | $3,283.12 |
| 29 | ANB # 7831 CCCT (WJ) | 6/12/03 | $3,283.12 |
| 30 | ANB # 7831 CCCT (WJ) | 7/10/03 | $3,283.12 |
| 31 | ANB # 7831 CCCT (WJ) | 8/18/03 | $3,283.12 |
| 32 | ANB # 7831 CCCT (WJ) | 9/18/03 | $3,283.12 |
| 33 | ANB # 7831 CCCT (WJ) | 10/22/03 | $3,447.28 |
| 34 | ANB # 7831 CCCT (WJ) | 11/12/03 | $3,283.12 |
| 35 | ANB # 7831 CCCT (WJ) | 12/12/03 | $3,283.12 |
| 36 | ANB # 7831 CCCT (WJ) | 1/16/04 | $3,283.12 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 37 | FASB #1355 CW/WW  (CW) | 2/24/04 | $3,447.29 |
| 38 | FASB #1625 CCCT (WCPJ) | 3/11/04 | $3,291.95 |
| 39 | FASB #1355 CW/WW  (CW) | 4/14/04 | $3,558.27 |
| 40 | FASB #1355 CW/WW  (CW) | 5/12/04 | $3,585.61 |
| 41 | FASB #1355 CW/WW  (CW) | 6/14/04 | $3,610.53 |
| 42 | FASB #1355 CW/WW  (CW) | 7/16/04 | $3,633.40 |
| 43 | FASB #1355 CW/WW  (CW) | 8/12/04 | $3,652.73 |
| 44 | FASB #1355 CW/WW  (CW) | 9/15/04 | $3,669.95 |
| 45 | FASB #1355 CW/WW  (CW) | 10/18/04 | $3,683.43 |
| 46 | FASB #1355 CW/WW  (CW) | 11/15/04 | $3,702.33 |
| 47 | FASB #1625 CCCT (WCPJ) | 12/7/04 | $3,700.33 |
| 48 | FASB #1355 CW/WW  (CW) | 1/12/05 | $3,698.39 |
| 49 | FASB #7056 JG (J) | 2/9/05 | $3,703.38 |
| 50 | FASB #1355 CW/WW  (CW) | 3/17/05 | $3,703.38 |
| 51 | FASB #1355 CW/WW  (CW) | 4/19/05 | $3,606.07 |
| 52 | ANB # 4723 WW (W) | 5/23/05 | $3,403.29 |
| 53 | ANB # 4723 WW (W) | 6/20/05 | $3,403.29 |
| 54 | ANB # 4723 WW (W) | 7/13/05 | $3,403.29 |
| 55 | ANB # 4723 WW (W) | 8/12/05 | $3,403.29 |
| 56 | ANB # 4723 WW (W) | 9/15/05 | $3,403.29 |
| 57 | ANB # 4723 WW (W) | 10/11/05 | $3,403.29 |
| 58 | ANB # 4723 WW (W) | 11/16/05 | $3,403.29 |
| 59 | ANB # 4723 WW (W) | 12/9/05 | $3,405.52 |
| 60 | ANB # 4723 WW (W) | 1/17/06 | $3,405.52 |
| 61 | ANB # 4723 WW (W) | 2/13/06 | $3,405.52 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 62 | ANB # 4723 WW (W) | 3/10/06 | $3,405.52 |
| 63 | ANB # 4723 WW (W) | 4/10/06 | $3,405.52 |
| 64 | ANB # 4723 WW (W) | 5/17/06 | $3,405.52 |
| 65 | ANB # 4723 WW (W) | 6/12/06 | $3,503.81 |
| 66 | ANB # 4723 WW (W) | 7/18/06 | $3,503.81 |
| 67 | ANB # 4723 WW (W) | 8/7/06 | $3,503.81 |
| 68 | ANB # 4723 WW (W) | 9/11/06 | $3,383.64 |
| 69 | ANB # 4723 WW (W) | 10/16/06 | $3,383.64 |
| 70 | ANB # 4723 WW (W) | 11/16/06 | $3,383.64 |
| 71 | ANB # 4723 WW (W) | 12/18/06 | $3,414.26 |
| 72 | ANB # 4723 WW (W) | 1/16/07 | $3,414.26 |
| 73 | ANB # 4723 WW (W) | 2/14/07 | $3,414.26 |
| 74 | ANB # 4723 WW (W) | 3/9/07 | $3,414.26 |
| 75 | ANB # 4723 WW (W) | 4/17/07 | $3,414.26 |
| 76 | ANB # 4723 WW (W) | 5/11/07 | $3,414.26 |
| 77 | ANB # 4723 WW (W) | 6/13/07 | $3,381.38 |
| 78 | ANB # 4723 WW (W) | 7/13/07 | $3,381.38 |
| 79 | ANB # 4723 WW (W) | 8/14/07 | $3,381.38 |
| 80 | ANB # 4723 WW (W) | 9/14/07 | $3,381.38 |
| 81 | ANB # 4723 WW (W) | 10/17/07 | $3,381.38 |
| 82 | ANB # 4723 WW (W) | 11/13/07 | $3,381.38 |
| 83 | ANB # 4723 WW (W) | 12/19/07 | $3,351.45 |
| 84 | ANB # 4723 WW (W) | 1/28/08 | $3,351.45 |
| 85 | ANB # 4723 WW (W) | 2/21/08 | $3,351.45 |
| 86 | ANB # 4723 WW (W) | 3/18/08 | $3,351.45 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 87 | GB #1321 WW/AW (WC) | 4/9/08 | $3,351.45 |
| 88 | GB #1321 WW/AW (WC) | 5/28/08 | $3,351.45 |

g.      This loan was not paid off as of May 31, 2008.

## OBJECTION TO OPINION #5

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

## OPINION #6

6.      **Opinions for the loan dated 8/1/02 to Craig and Waun Weingart by Beneficial Mortgage for $35,000.**  (This loan is designated as Loan Code S-7)

a.      Loan proceeds of $19,000.00 were deposited by check into the First American State Bank account #407049 in the name of Craig Weingart and Waun Weingart on 8/7/02.

b.      Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code S-7:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 1 | FASB #1666 CCCT (JWCP) | 4/17/03 | $623.00 |
| 2 | FASB #1666 CCCT (JWCP) | 5/15/03 | $622.00 |
| 3 | ANB # 7831 CCCT (WJ) | 6/12/03 | $624.00 |
| 4 | ANB # 7831 CCCT (WJ) | 7/10/03 | $623.00 |
| 5 | ANB # 7831 CCCT (WJ) | 8/18/03 | $623.00 |
| 6 | ANB # 7831 CCCT (WJ) | 10/6/03 | $632.00 |
| 7 | ANB # 7831 CCCT (WJ) | 10/23/03 | $633.00 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 8 | ANB # 7831 CCCT (WJ) | 11/13/03 | $653.10 |
| 9 | ANB # 7831 CCCT (WJ) | 12/12/03 | $620.00 |
| 10 | ANB # 7831 CCCT (WJ) | 1/16/04 | $619.00 |
| 11 | FASB #1355 CW/WW  (CW) | 2/24/04 | $1,247.00 |
| 12 | FASB #1625 CCCT (WCPJ) | 3/11/04 | $628.00 |
| 13 | FASB #1355 CW/WW  (CW) | 4/14/04 | $628.00 |
| 14 | FASB #1355 CW/WW  (CW) | 5/13/04 | $604.00 |
| 15 | FASB #1355 CW/WW  (CW) | 6/14/04 | $603.00 |
| 16 | FASB #1355 CW/WW  (CW) | 7/16/04 | $603.00 |
| 17 | FASB #1355 CW/WW  (CW) | 8/12/04 | $602.00 |
| 18 | FASB #1355 CW/WW  (CW) | 10/18/04 | $622.00 |
| 19 | FASB #1355 CW/WW  (CW) | 11/12/04 | $1,214.00 |
| 20 | FASB #1355 CW/WW  (CW) | 12/7/04 | $601.00 |
| 21 | FASB #1355 CW/WW  (CW) | 1/12/05 | $599.00 |
| 22 | FASB #1355 CW/WW  (CW) | 2/10/05 | $599.00 |
| 23 | FASB #7056 JG (J) | 3/16/05 | $598.00 |
| 24 | FASB #1355 CW/WW  (CW) | 5/18/05 | $1,195.00 |
| 25 | FASB #1355 CW/WW  (CW) | 6/21/05 | $597.00 |
| 26 | FASB #1355 CW/WW  (CW) | 7/11/05 | $596.00 |
| 27 | FASB #1355 CW/WW  (CW) | 8/11/05 | $595.00 |
| 28 | FASB #1355 CW/WW  (CW) | 9/14/05 | $595.00 |
| 29 | FASB #1355 CW/WW  (CW) | 10/7/05 | $595.00 |
| 30 | ANB # 4723 WW (W) | 11/15/05 | $594.00 |
| 31 | ANB # 4723 WW (W) | 12/8/05 | $593.00 |
| 32 | ANB # 4723 WW (W) | 1/10/06 | $592.00 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|-----|---------------------------------------------------------|------|---------|
| 33 | ANB # 4723 WW (W) | 2/10/06 | $592.00 |
| 34 | ANB # 4723 WW (W) | 3/9/06 | $591.00 |
| 35 | ANB # 4723 WW (W) | 4/7/06 | $590.00 |
| 36 | ANB # 4723 WW (W) | 5/12/06 | $589.00 |
| 37 | ANB # 4723 WW (W) | 6/9/06 | $589.00 |
| 38 | ANB # 4723 WW (W) | 7/18/06 | $588.00 |
| 39 | ANB # 4723 WW (W) | 8/15/06 | $588.00 |
| 40 | ANB # 4723 WW (W) | 9/28/06 | $598.00 |
| 41 | ANB # 4723 WW (W) | 10/16/06 | $608.00 |
| 42 | ANB # 4723 WW (W) | 11/15/06 | $587.00 |
| 43 | ANB # 4723 WW (W) | 12/15/06 | $586.00 |
| 44 | ANB # 4723 WW (W) | 1/16/07 | $585.00 |
| 45 | GB #1321 WW/AW (WC) | 2/14/07 | $582.00 |
| 46 | ANB # 4723 WW (W) | 3/9/07 | $581.00 |
| 47 | ANB # 4723 WW (W) | 4/17/07 | $580.00 |
| 48 | GB #1321 WW/AW (WC) | 5/11/07 | $580.00 |
| 49 | ANB # 4723 WW (W) | 6/20/07 | $588.00 |
| 50 | ANB # 4723 WW (W) | 7/13/07 | $579.00 |
| 51 | ANB # 4723 WW (W) | 8/14/07 | $578.00 |
| 52 | ANB # 4723 WW (W) | 9/14/07 | $578.00 |
| 53 | ANB # 4723 WW (W) | 10/17/07 | $577.00 |
| 54 | ANB # 4723 WW (W) | 11/9/07 | $577.00 |
| 55 | ANB # 4723 WW (W) | 12/18/07 | $576.00 |
| 56 | ANB # 4723 WW (W) | 1/28/08 | $584.00 |
| 57 | ANB # 4723 WW (W) | 2/15/08 | $575.00 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|-----|-----|-----|-----|
| 58 | GB #1321 WW/AW (WC) | 3/17/08 | $574.00 |
| 59 | GB #1321 WW/AW (WC) | 4/9/08 | $574.00 |
| 60 | ANB # 4723 WW (W) | 6/18/08 | $582.00 |

    c.      This loan was not paid off as of May 31, 2008.

## OBJECTION TO OPINION #6

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

## OPINION #7

7.     **Opinions for the loan dated 1/27/03 to Craig Weingart by General Mortgage Corp of America for $400,000.**  (This loan is designated as Loan Code S-8)

    a.      Loan proceeds of $400,000 were deposited by wire transfer into the American National Bank account #70047831 in the name of Colorado County & Community Title Operating Account on 1/31/03.

    b.      The proceeds from this loan were not used to pay off the prior mortgage designated by the lender to be paid off as a condition of the approval of the loan, namely a loan to Countrywide.

    c.      Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code S-8:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|-----|-----|-----|-----|
| 1 | FASB #1666 CCCT (JWCP) | 2/10/03 | $2,404.68 |
| 2 | FASB #1666 CCCT (JWCP) | 3/13/03 | $3,182.58 |
| 3 | FASB #1666 CCCT (JWCP) | 4/16/03 | $3,187.58 |
| 4 | FASB #1666 CCCT (JWCP) | 5/15/03 | $3,346.71 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 5 | ANB # 7831 CCCT (WJ) | 6/12/03 | $3,187.58 |
| 6 | ANB # 7831 CCCT (WJ) | 7/10/03 | $3,182.58 |
| 7 | ANB # 7831 CCCT (WJ) | 8/15/03 | $3,182.58 |
| 8 | ANB # 7831 CCCT (WJ) | 9/17/03 | $3,182.58 |
| 9 | ANB # 7831 CCCT (WJ) | 10/22/03 | $3,182.58 |
| 10 | ANB # 7831 CCCT (WJ) | 11/12/03 | $3,182.58 |
| 11 | ANB # 7831 CCCT (WJ) | 12/11/03 | $3,182.58 |
| 12 | ANB # 7831 CCCT (WJ) | 1/16/04 | $3,182.58 |
| 13 | FASB #1355 CW/WW  (CW) | 2/24/04 | $3,500.83 |
| 14 | FASB #1355 CW/WW  (CW) | 3/11/04 | $3,182.58 |
| 15 | FASB #1355 CW/WW  (CW) | 4/14/04 | $3,182.58 |
| 16 | FASB #1355 CW/WW  (CW) | 5/13/04 | $3,182.58 |
| 17 | FASB #1355 CW/WW  (CW) | 6/14/04 | $3,182.58 |
| 18 | FASB #1355 CW/WW  (CW) | 7/16/04 | $3,182.58 |
| 19 | FASB #1355 CW/WW  (CW) | 8/13/04 | $3,182.58 |
| 20 | FASB #1355 CW/WW  (CW) | 9/16/04 | $3,182.58 |
| 21 | FASB #1355 CW/WW  (CW) | 10/18/04 | $3,182.58 |
| 22 | FASB #1355 CW/WW  (CW) | 11/16/04 | $3,182.58 |
| 23 | FASB #1355 CW/WW  (CW) | 12/14/04 | $4,338.25 |
| 24 | FASB #1355 CW/WW  (CW) | 1/11/05 | $4,338.25 |
| 25 | FASB #1355 CW/WW  (CW) | 2/9/05 | $4,338.24 |
| 26 | FASB #1355 CW/WW  (CW) | 3/15/05 | $3,182.58 |
| 27 | FASB #1355 CW/WW  (CW) | 4/18/05 | $3,182.58 |
| 28 | FASB #1355 CW/WW  (CW) | 5/17/05 | $3,182.58 |
| 29 | FASB #1355 CW/WW  (CW) | 6/20/05 | $3,182.58 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 30 | FASB #1355 CW/WW  (CW) | 7/8/05 | $3,182.58 |
| 31 | FASB #1355 CW/WW  (CW) | 8/10/05 | $3,182.58 |
| 32 | FASB #1355 CW/WW  (CW) | 9/13/05 | $3,182.58 |
| 33 | FASB #1355 CW/WW  (CW) | 10/7/05 | $4,338.25 |
| 34 | ANB # 4723 WW (W) | 11/14/05 | $4,338.25 |
| 35 | ANB # 4723 WW (W) | 12/7/05 | $4,338.24 |
| 36 | ANB # 4723 WW (W) | 1/12/06 | $3,182.58 |
| 37 | ANB # 4723 WW (W) | 2/9/06 | $3,182.58 |
| 38 | ANB # 4723 WW (W) | 3/8/06 | $3,182.58 |
| 39 | ANB # 4723 WW (W) | 4/7/06 | $3,182.58 |
| 40 | ANB # 4723 WW (W) | 5/12/06 | $3,182.58 |
| 41 | ANB # 4723 WW (W) | 6/8/06 | $3,182.58 |
| 42 | ANB # 4723 WW (W) | 7/17/06 | $3,182.58 |
| 43 | ANB # 4723 WW (W) | 8/4/06 | $3,182.58 |
| 44 | ANB # 4723 WW (W) | 9/8/06 | $4,338.25 |
| 45 | ANB # 4723 WW (W) | 10/13/06 | $4,338.25 |
| 46 | ANB # 4723 WW (W) | 11/14/06 | $4,338.24 |
| 47 | ANB # 4723 WW (W) | 12/14/06 | $3,182.58 |
| 48 | ANB # 4723 WW (W) | 1/12/07 | $3,182.58 |
| 49 | ANB # 4723 WW (W) | 2/12/07 | $3,182.58 |
| 50 | ANB # 4723 WW (W) | 3/7/07 | $3,182.58 |
| 51 | ANB # 4723 WW (W) | 4/17/07 | $3,182.58 |
| 52 | ANB # 4723 WW (W) | 5/9/07 | $3,182.58 |
| 53 | ANB # 4723 WW (W) | 6/13/07 | $3,182.58 |
| 54 | ANB # 4723 WW (W) | 7/12/07 | $3,182.58 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|-----|---------------------------------------------------------|---------|-----------|
| 55 | ANB # 4723 WW (W) | 8/13/07 | $3,182.58 |
| 56 | ANB # 4723 WW (W) | 9/14/07 | $3,471.50 |
| 57 | ANB # 4723 WW (W) | 10/16/07 | $3,471.50 |
| 58 | ANB # 4723 WW (W) | 11/8/07 | $3,471.50 |
| 59 | ANB # 4723 WW (W) | 12/18/07 | $3,471.50 |
| 60 | ANB # 4723 WW (W) | 1/25/08 | $3,471.50 |
| 61 | ANB # 4723 WW (W) | 2/14/08 | $3,471.50 |
| 62 | GB #1321 WW/AW (WC) | 3/17/08 | $3,471.50 |
| 63 | GB #1321 WW/AW (WC) | 4/8/08 | $3,471.50 |
| 64 | GB #1321 WW/AW (WC) | 5/28/08 | $3,471.50 |

    d.      This loan was not paid off as of May 31, 2008.

## OBJECTION TO OPINION #7

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

## OPINION #8

8.    **Opinions for the loan dated 11/19/03 to Alois Weingart by 1st Mariner Bank for $420,000.**   (This loan is designated as Loan Code S-9)

    a.      It is highly likely that 98 Black Diamond, Copper Mtn, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $483,049 liability to Indymac Bank listed in the Liabilities Section of the loan application, or the debt of $483,049 to Indymac Bank listed in the credit report.  That liability and that debt actually correspond to the 12/18/2002 loan to Craig Weingart for $486,000 from Firstar Finance for the refinancing of as an yet unidentified property (Loan Code Unk-1).

    b.      493 Kennedy Dr., Sun City, NV, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which

was pledged as collateral for the $398,466 liability to General Motors listed in the Liabilities Section of the loan application, or the debt of $398,466 to General Motors Mtg Cor listed in the credit report.  That liability and that debt actually correspond to the 1/27/2003 loan to Craig Weingart for $400,000 from General Mortgage Corp of America  for the refinancing of 7766 Saxeborough Drive (Loan Code S-8).

c.    7603 California SW, Seattle, WA, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $353,469 liability to Countrywide Home Loan listed in the Liabilities Section of the loan application, or the debt of $353,469 to Countrywide Home Loans listed in the credit report.  That liability and that debt actually correspond to the 8/24/98 loan to Craig & Waun Weingart for $372,000 from Standard Financial Corp dba Standard Loans for the refinancing of 7766 Saxeborough Drive (Loan Code S-2).

d.    422 430 E. 6th Ave., Denver, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $352,167 liability to Indymac Bank listed in the Liabilities Section of the loan application, or the debt of $352,167 to Indymac Bank listed in the credit report.  That liability and that debt actually correspond to the 7/29/1999 loan to Craig & Waun Weingart for $363,300 from Broad Street Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-3).

e.    2549 SW 4th Ave., Seattle, WA, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $350,722 liability to Option One Mortgage listed in the Liabilities Section of the loan application, or the debt of $350,722 to Option One Mortgage listed in the credit report.  That liability and that debt actually correspond to the 10/12/2000 loan to Craig & Waun Weingart for $356,000 from Option One Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-6).

f.    523-595 Pennsylvania, Denver, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $390,209 liability to Flagstar Bank listed in the Liabilities Section of the loan application, or the debt of $390,209 to Flagstar Bank listed in the credit report.  That liability and that debt actually correspond to the 8/7/2000 loan to Craig & Waun Weingart for $397,500 from Flagstar Bank for the refinancing of 7766 Saxeborough Drive (Loan Code S-5).

g.      The 8/1/02 loan to Craig and Waun Weingart for $35,000 from Beneficial Mortgage for the refinancing of 7766 Saxeborough (Loan Code S-7) was outstanding as of 11/19/03, but was not listed on the loan application for S-9 as a liability or on the Schedule of Real Estate Owned.

h.      The 10/22/03 loan to Alois Weingart for $420,000 from Peoples Choice Home Loan for purchase of or the refinancing of an as yet unidentified property (Loan Code Unk-2) was outstanding as of 11/19/03, but was not listed on the loan application for S-9 as a liability or on the Schedule of Real Estate Owned.

i.      Loan proceeds of $410,182.10 were deposited by official check into the First American State Bank account #111625 in the name of Colorado County & Community Title Money Market Account on 11/25/03.

j.      The proceeds from this loan were used to pay off the prior mortgage designated by the lender to be paid off as a condition of the approval of the loan, namely a loan to Countrywide (Loan Code S-4).

k.      Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code S-9:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|-----|---------------------------------------------------------|---------|------------|
| 1   | FASB #1355 CW/WW  (CW)                                   | 1/5/04  | $3,568.00  |
| 2   | FASB #1355 CW/WW  (CW)                                   | 2/24/04 | $3,725.77  |
| 3   | FASB #1355 CW/WW  (CW)                                   | 3/10/04 | $3,568.00  |
| 4   | FASB #1355 CW/WW  (CW)                                   | 4/13/04 | $3,568.00  |
| 5   | FASB #1355 CW/WW  (CW)                                   | 5/11/04 | $3,568.00  |

l.      This loan was paid off on May 12, 2004 by a wire transfer of $419,812.86 from the  First American State Bank account #111625 in the name of Colorado County & Community Title Money Market Account.

## OBJECTION TO OPINION #8

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

**OPINION #9**

9.     **Opinions for the loan dated 2/19/04 to Alois Weingart by Liberty American Mortgage for $405,000.**  (This loan is designated as Loan Code S-10)

a.     523-595 Pennsylvania, Denver, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $351,000 liability to Countrywide Home Loans listed in the Liabilities Section of the loan application, or the debt of $405,000 to Countrywide Home Loans listed in the credit report. That liability and that debt actually correspond to the 8/3/2000 loan to Craig & Waun Weingart for $420,000 from Jefferson Mortgage Group for the refinancing of 7766 Saxeborough Drive (Loan Code S-4).

b.     523-595 Pennsylvania, Denver, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $351,000 liability to Countrywide Home Loans  listed in the Liabilities Section of the loan application, or the debt of $351,000 to Countrywide Home Loans listed in the credit report. That liability and that debt actually correspond to the 8/24/1998 loan to Craig & Waun Weingart for $372,000 from Standard Financial Corp dba Standard Loans for the refinancing of 7766 Saxeborough Drive (Loan Code S-2).

c.     493 Kennedy Drive, Sun City, NV, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $397,513 liability to General Motors Mtg Corp listed in the Liabilities Section of the loan application, or the debt of $397,513 to "General Motors Mtg Cor" listed in the credit report.  That liability and that debt actually correspond to the 1/27/2003 loan to Craig Weingart for $400,000 from General Mortgage Corp of America  for the refinancing of 7766 Saxeborough Drive (Loan Code S-8).

d.     422-430 E. 6th Ave., Denver, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $350,000 liability to Indymac Bank listed in the Liabilities Section of the loan application, or the debt of $350,000 to Indymac Bank listed in the credit report.  That liability and that debt actually correspond to the 7/29/1999 loan to Craig & Waun Weingart for $363,300 from Broad Street Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-3).

e.     567 Van Buren Drive, La Jolla, CA, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $349,972 liability to Option One

29

Mortgage listed in the Liabilities Section of the loan application, or the debt of $349,972 to Option One Mortgage listed in the credit report.  That liability and that debt actually correspond to the 10/12/00 loan to Craig & Waun Weingart for $356,000 from Option One Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-6).

f.     The 8/1/02 loan to Craig and Waun Weingart for $35,000 from Beneficial Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-7) was outstanding as of 2/19/04 and was not listed on the loan application for S-10 as a liability and on the Schedule of Real Estate Owned.

g.     The 11/19/03 loan to Alois Weingart for $420,000 from 1st Mariner Bank for the refinancing of 7766 Saxeborough Drive (Loan Code S-9) was outstanding as of 2/19/04 and was not listed on the loan application for S-10 as a liability and on the Schedule of Real Estate Owned.

h.     Loan proceeds of $403,657.80 were deposited by wire transfer into the First American State Bank account #111625 in the name of Colorado County & Community Title Money Market Account on 2/25/04.

i.     The proceeds from this loan were not used to pay off the prior mortgage designated by the lender to be paid off as a condition of the approval of the loan, namely a loan to Flagstar (Loan Code S-5).

j.     Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code S-10:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 1 | FASB #1355 CW/WW  (CW) | 4/23/04 | $2,957.64 |
| 2 | ANB # 4723 WW (W) | 5/21/04 | $2,957.64 |
| 3 | FASB #1355 CW/WW  (CW) | 6/25/04 | $2,957.64 |
| 4 | FASB #1355 CW/WW  (CW) | 7/15/04 | $2,957.64 |
| 5 | FASB #1355 CW/WW  (CW) | 8/11/04 | $2,957.64 |
| 6 | FASB #1355 CW/WW  (CW) | 9/15/04 | $2,957.64 |
| 7 | FASB #1355 CW/WW  (CW) | 10/15/04 | $2,957.64 |
| 8 | FASB #1355 CW/WW  (CW) | 11/15/04 | $2,957.64 |

30

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 9 | FASB #1355 CW/WW  (CW) | 12/6/04 | $2,957.64 |
| 10 | FASB #1355 CW/WW  (CW) | 1/11/05 | $2,957.64 |

     k.     This loan was paid off on February 7, 2005 by a wire transfer of $408,178.58 from the First American State Bank account #111666 in the name of Colorado County & Community Title Operating Account.

## OBJECTION TO OPINION #9

     Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

## OPINION #10

10.    **Opinions for the loan dated 4/9/04 to Waun Weingart by Chase Manhattan Mortgage for $320,000.**  (This loan is designated as Loan Code S-11)

     a.     Loan proceeds of $314,027.17 were deposited by wire transfer into the First American State Bank account #111625 in the name of Colorado County & Community Title Money Market Account on 4/9/04.

     b.     The proceeds from this loan were used in part to fund the payoff of S-9.

     c.     Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code S-11:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 1 | ANB # 4723 WW (W) | 6/18/04 | $2,596.69 |
| 2 | ANB # 4723 WW (W) | 7/16/04 | $2,588.69 |
| 3 | ANB # 4723 WW (W) | 8/12/04 | $2,588.69 |
| 4 | ANB # 4723 WW (W) | 9/16/04 | $2,588.69 |
| 5 | ANB # 4723 WW (W) | 10/18/04 | $2,588.69 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 6 | ANB # 4723 WW (W) | 11/17/04 | $2,588.69 |
| 7 | ANB # 4723 WW (W) | 12/6/04 | $2,588.69 |
| 8 | ANB # 4723 WW (W) | 1/12/05 | $2,588.69 |
| 9 | ANB # 4723 WW (W) | 2/14/05 | $2,588.69 |
| 10 | ANB # 4723 WW (W) | 3/16/05 | $2,588.69 |
| 11 | FASB #1355 CW/WW   (CW) | 4/18/05 | $2,588.69 |
| 12 | FASB #1355 CW/WW   (CW) | 5/17/05 | $2,588.69 |
| 13 | FASB #1355 CW/WW   (CW) | 6/20/05 | $2,538.39 |
| 14 | FASB #1355 CW/WW   (CW) | 7/11/05 | $2,538.39 |
| 15 | FASB #1355 CW/WW   (CW) | 8/10/05 | $2,538.39 |
| 16 | FASB #1355 CW/WW   (CW) | 9/13/05 | $2,465.75 |
| 17 | FASB #1355 CW/WW   (CW) | 10/7/05 | $2,465.75 |
| 18 | ANB # 4723 WW (W) | 11/15/05 | $2,465.75 |
| 19 | ANB # 4723 WW (W) | 12/7/05 | $2,465.75 |
| 20 | ANB # 4723 WW (W) | 1/12/06 | $2,465.75 |
| 21 | ANB # 4723 WW (W) | 2/9/06 | $2,465.75 |
| 22 | ANB # 4723 WW (W) | 3/8/06 | $2,465.75 |
| 23 | ANB # 4723 WW (W) | 4/6/06 | $2,465.75 |
| 24 | ANB # 4723 WW (W) | 5/17/06 | $2,465.75 |
| 25 | ANB # 4723 WW (W) | 6/8/06 | $2,465.75 |
| 26 | ANB # 4723 WW (W) | 7/17/06 | $2,465.75 |
| 27 | ANB # 4723 WW (W) | 8/14/06 | $2,465.75 |
| 28 | ANB # 4723 WW (W) | 9/8/06 | $2,454.57 |
| 29 | GB #1321 WW/AW (WC) | 10/12/06 | $2,454.57 |
| 30 | ANB # 4723 WW (W) | 10/12/06 | $2,454.57 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|-----|---------------------------------------------------------|------|---------|
| 31 | GB #1321 WW/AW (WC) | 11/14/06 | $2,454.57 |
| 32 | GB #1321 WW/AW (WC) | 12/14/06 | $2,454.57 |
| 33 | GB #1321 WW/AW (WC) | 1/12/07 | $2,454.57 |
| 34 | GB #1321 WW/AW (WC) | 3/8/07 | $2,454.57 |
| 35 | GB #1321 WW/AW (WC) | 4/17/07 | $2,454.57 |
| 36 | GB #1321 WW/AW (WC) | 5/9/07 | $2,454.57 |
| 37 | GB #1321 WW/AW (WC) | 6/19/07 | $2,454.57 |
| 38 | GB #1321 WW/AW (WC) | 7/12/07 | $2,454.57 |
| 39 | GB #1321 WW/AW (WC) | 8/13/07 | $2,593.51 |
| 40 | GB #1321 WW/AW (WC) | 9/14/07 | $2,593.51 |
| 41 | GB #1321 WW/AW (WC) | 10/17/07 | $2,593.51 |
| 42 | GB #1321 WW/AW (WC) | 11/8/07 | $2,593.51 |
| 43 | GB #1321 WW/AW (WC) | 12/17/07 | $2,593.51 |
| 44 | GB #1321 WW/AW (WC) | 1/28/08 | $2,701.31 |
| 45 | GB #1321 WW/AW (WC) | 2/14/08 | $2,601.51 |
| 46 | GB #1321 WW/AW (WC) | 3/17/08 | $2,593.51 |
| 47 | GB #1321 WW/AW (WC) | 4/9/08 | $2,593.51 |
| 48 | GB #1321 WW/AW (WC) | 5/28/08 | $2,593.51 |

d.      This loan was not paid off as of May 31, 2008.


## OBJECTION TO OPINION #10

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

33

**OPINION #11**

11.   **Opinions for the loan dated 5/6/04 to Waun Weingart by Washington Mutual Bank for $400,000.**  (This loan is designated as Loan Code S-12)

    a.   141 Lost Angel Road, Boulder, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $351,620 liability to Countrywide Fund listed in the Liabilities Section of the loan application, or the debt of $351,620 to Countrywide Fund listed in the credit report.  That liability and that debt actually correspond to the 8/24/1998 loan to Craig & Waun Weingart for $372,000 from Standard Financial Corp dba Standard Loans for the refinancing of 7766 Saxeborough Drive (Loan Code S-2).

    b.   4325- 430 E. 5th Ave., Denver, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $350,306 liability to Loanworks listed in the Liabilities Section of the loan application, or the debt of $350,306 to Loanworks listed in the credit report.  That liability and that debt actually correspond to the 7/29/1999 loan to Craig & Waun Weingart for $363,300 from Broad Street Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-3).

    c.   2122 W. 44th, Seattle, WA, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $349,780 liability to Option One listed in the Liabilities Section of the loan application, or the debt of $349,780 to Option One listed in the credit report.  That liability and that debt actually correspond to the 10/12/2000 loan to Craig & Waun Weingart for $356,000 from Option One Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-6).

    d.   There was no address listed on the Schedule of Real Estate Owned Section of the loan application for the $34,267 liability to "Benfcl/HFC" listed in the Liabilities Section of the loan application, or the debt of $34,267 to "Benfcl/HFC" listed in the credit report.  That liability and that debt actually correspond to the 8/1/2002 loan to Craig & Waun Weingart for $35,000 from Beneficial Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-7).

    e.   The 4/9/04 loan to Waun Weingart for $320,000 from Chase Manhattan Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-11) was outstanding as of 5/6/04 and was not listed on the loan application for S-12 as a liability and on the Schedule of Real Estate Owned.

34

f.  The 4/9/04 loan to Waun Weingart for $410,000 from Chase Manhattan Mortgage for the refinancing of 141 Lost Angel Road (Loan Code L-5) was outstanding as of 5/6/04 and was not listed on the loan application for S-12 as a liability and on the Schedule of Real Estate Owned.

g.  Loan proceeds of $405,426.64 were deposited by wire transfer into the First American State Bank account #111666 in the name of Colorado County & Community Title Operating Account on 5/6/04.

h.  The proceeds from this loan were not used to pay off the prior mortgage designated by the lender to be paid off as a condition of the approval of the loan, namely a loan to Flagstar (Loan Code S-5).

i.  The proceeds from this loan were used in part to fund the payoff of Unk-1.

j.  Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code S-12:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 1 | FASB #1355 CW/WW  (CW) | 7/15/04 | $1,802.46 |
| 2 | FASB #1355 CW/WW  (CW) | 8/12/04 | $1,802.46 |
| 3 | FASB #1355 CW/WW  (CW) | 9/15/04 | $1,802.46 |
| 4 | FASB #1355 CW/WW  (CW) | 10/15/04 | $1,802.46 |
| 5 | FASB #1355 CW/WW  (CW) | 11/15/04 | $1,802.46 |
| 6 | FASB #1355 CW/WW  (CW) | 12/6/04 | $1,802.46 |
| 7 | FASB #1355 CW/WW  (CW) | 1/11/05 | $1,802.46 |
| 8 | FASB #1355 CW/WW  (CW) | 2/11/05 | $1,802.46 |
| 9 | FASB #1355 CW/WW  (CW) | 3/15/05 | $1,802.46 |
| 10 | FASB #1355 CW/WW  (CW) | 4/18/05 | $1,802.46 |
| 11 | FASB #1355 CW/WW  (CW) | 5/17/05 | $1,802.46 |
| 12 | FASB #1355 CW/WW  (CW) | 6/20/05 | $1,766.63 |
| 13 | FASB #1355 CW/WW  (CW) | 7/11/05 | $1,868.60 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 14 | FASB #1355 CW/WW  (CW) | 9/14/05 | $3,796.85 |
| 15 | FASB #1355 CW/WW  (CW) | 10/7/05 | $1,868.60 |
| 16 | ANB # 4723 WW (W) | 11/15/05 | $1,868.60 |
| 17 | ANB 4723 WW (W) | 12/7/05 | $1,868.60 |
| 18 | ANB # 4723 WW (W) | 1/12/06 | $1,868.60 |
| 19 | ANB # 4723 WW (W) | 2/9/06 | $1,868.60 |
| 20 | ANB # 4723 WW (W) | 3/8/06 | $1,868.60 |
| 21 | ANB # 4723 WW (W) | 4/6/06 | $1,868.60 |
| 22 | ANB # 4723 WW (W) | 6/8/06 | $3,796.85 |
| 23 | ANB # 4723 WW (W) | 7/17/06 | $1,976.98 |
| 24 | ANB # 4723 WW (W) | 8/4/06 | $1,976.98 |
| 25 | ANB # 4723 WW (W) | 9/8/06 | $1,976.98 |
| 26 | ANB # 4723 WW (W) | 10/13/06 | $1,976.98 |
| 27 | ANB # 4723 WW (W) | 11/14/06 | $1,976.98 |
| 28 | ANB # 4723 WW (W) | 12/14/06 | $1,976.98 |
| 29 | ANB # 4723 WW (W) | 1/12/07 | $1,976.98 |
| 30 | ANB # 4723 WW (W) | 2/12/07 | $1,976.98 |
| 31 | ANB # 4723 WW (W) | 3/8/07 | $1,976.98 |
| 32 | ANB # 4723 WW (W) | 4/16/07 | $1,976.98 |
| 33 | ANB # 4723 WW (W) | 5/9/07 | $1,976.98 |
| 34 | ANB # 4723 WW (W) | 6/19/07 | $2,031.92 |
| 35 | ANB # 4723 WW (W) | 7/11/07 | $2,147.45 |
| 36 | ANB # 4723 WW (W) | 8/13/07 | $2,147.45 |
| 37 | ANB # 4723 WW (W) | 9/13/07 | $2,147.45 |
| 38 | ANB # 4723 WW (W) | 10/16/07 | $2,147.45 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 39 | ANB # 4723 WW (W) | 11/8/07 | $2,147.45 |
| 40 | ANB # 4723 WW (W) | 12/17/07 | $2,147.45 |
| 41 | ANB # 4723 WW (W) | 1/25/08 | $2,230.25 |
| 42 | ANB # 4723 WW (W) | 2/14/08 | $2,147.45 |
| 43 | GB #1321 WW/AW (WC) | 3/17/08 | $2,147.45 |
| 44 | GB #1321 WW/AW (WC) | 4/8/08 | $2,147.45 |
| 45 | GB #1321 WW/AW (WC) | 5/28/08 | $2,147.45 |

k.   This loan was not paid off as of May 31, 2008.

## OBJECTION TO OPINION #11

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

## OPINION #12

12.   **Opinions for the loan dated 11/15/04 to Waunita Weingart by Ohio Savings Bank for $360,400.**  (This loan is designated as Loan Code S-13)

a.   The 7/29/99 loan to Craig and Waun Weingart for $363,300 from Broad Street Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-3) was outstanding as of 11/15/04, but did not appear in the Liabilities Section of the loan application.

b.   The 8/7/00 loan to Craig and Waun Weingart for $397,500 from Flagstar Bank for the refinancing of 7766 Saxeborough Drive (Loan Code S-5) was outstanding as of 11/15/04, but did not appear in the Liabilities Section of the loan application.

c.   The 10/12/00 loan to Craig and Waun Weingart for $356,000 from Option One Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-6) was outstanding as of 11/15/04, but did not appear in the Liabilities Section of the loan application.

37

d.      The 8/1/02 loan to Craig and Waun Weingart for $35,000 from Beneficial Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-7) was outstanding as of 11/15/04, but did not appear in the Liabilities Section of the loan application.

e.      The 4/9/04 loan to Waun Weingart for $320,000 from Chase Manhattan Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-11) was outstanding as of 11/15/04, but did not appear in the Liabilities Section of the loan application.

f.      The 4/9/04 loan to Waun Weingart for $410,000 from Chase Manhattan Mortgage for the refinancing of 141 Lost Angel Road (Loan Code L-5) was outstanding as of 11/15/04, but did not appear in the Liabilities Section of the loan application.

g.      The 5/6/04 loan to Waun Weingart for $400,000 from Washington Mutual Bank for the refinancing of 7766 Saxeborough Drive (Loan Code S-12) was outstanding as of 11/15/04, but did not appear in the Liabilities Section of the loan application.

h.      The 5/24/04 loan to Waun Weingart for $444,500 from America's Wholesale Lender for the refinancing of 141 Lost Angel Road (Loan Code L-6) was outstanding as of 11/15/04, but did not appear in the Liabilities Section of the loan application.

i.      The 10/25/04 loan to Waun Weingart for $397,000 from Washington Mutual Bank for the refinancing of 141 Lost Angel Road (Loan Code L-7) was outstanding as of 11/15/04, but did not appear in the Liabilities Section of the loan application.

j.      The 11/15/04 loan to Waun Weingart for $400,000 from Lehman Brothers Bank for the refinancing of 141 Lost Angel Road (Loan Code L-8) was outstanding as of 11/15/04, but did not appear in the Liabilities Section of the loan application.

k.      The 11/15/04 loan to Waun Weingart for $360,000 from Lehman Brothers Bank for the refinancing of 7766 Saxeborough Drive (Loan Code S-14) was outstanding as of 11/15/04, but did not appear in the Liabilities Section of the loan application.

l.      The addresses, other than 7766 Saxeborough Dr. and 141 Lost Angel Road, listed in the Schedule of Real Estate Owned were not the properties which were pledged as collateral for the liabilities listed in opinions 6(a) through 6(k).

m.    Loan proceeds of $354,192.29 were deposited by wire transfer into the First American State Bank account #111666 in the name of Colorado County & Community Title Operating Account on 11/19/04.

n.    The proceeds from this loan were not used to pay off the prior mortgage designated by the lender to be paid off as a condition of the approval of the loan, namely a loan to Option One (Loan Code S-6).

o.    The proceeds from this loan were used in part to fund the payoff of S-10.

p.    Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code S-13:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 1 | FASB #1355 CW/WW  (CW) | 1/14/05 | $2,444.75 |
| 2 | FASB #1355 CW/WW  (CW) | 2/15/05 | $2,444.75 |
| 3 | FASB #1355 CW/WW  (CW) | 3/18/05 | $2,444.75 |
| 4 | FASB #1355 CW/WW  (CW) | 4/18/05 | $2,533.12 |
| 5 | FASB #1355 CW/WW  (CW) | 5/20/05 | $2,635.43 |
| 6 | FASB #1355 CW/WW  (CW) | 6/23/05 | $2,635.43 |
| 7 | FASB #1355 CW/WW  (CW) | 7/12/05 | $2,533.12 |
| 8 | FASB #1355 CW/WW  (CW) | 8/10/05 | $2,533.12 |
| 9 | FASB #1355 CW/WW  (CW) | 9/14/05 | $2,533.12 |
| 10 | FASB #1355 CW/WW  (CW) | 10/7/05 | $2,533.12 |
| 11 | ANB # 4723 WW (W) | 11/14/05 | $2,533.12 |
| 12 | ANB # 4723 WW (W) | 12/7/05 | $2,477.86 |
| 13 | ANB # 4723 WW (W) | 1/12/06 | $2,477.86 |
| 14 | ANB # 4723 WW (W) | 2/9/06 | $2,477.86 |
| 15 | ANB # 4723 WW (W) | 3/9/06 | $2,465.36 |
| 16 | ANB # 4723 WW (W) | 4/7/06 | $2,465.36 |
| 17 | ANB # 4723 WW (W) | 5/17/06 | $2,465.36 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 18 | ANB # 4723 WW (W) | 6/9/06 | $2,465.36 |
| 19 | ANB # 4723 WW (W) | 7/18/06 | $2,465.36 |
| 20 | ANB # 4723 WW (W) | 8/7/06 | $2,465.36 |
| 21 | ANB # 4723 WW (W) | 9/11/06 | $2,465.36 |
| 22 | ANB # 4723 WW (W) | 10/13/06 | $2,465.36 |
| 23 | ANB # 4723 WW (W) | 11/15/06 | $2,520.62 |
| 24 | ANB # 4723 WW (W) | 12/15/06 | $2,465.36 |
| 25 | ANB # 4723 WW (W) | 1/16/07 | $2,430.17 |
| 26 | ANB # 4723 WW (W) | 2/9/07 | $2,450.17 |
| 27 | ANB # 4723 WW (W) | 3/9/07 | $2,430.17 |
| 28 | ANB # 4723 WW (W) | 4/17/07 | $2,430.17 |
| 29 | ANB # 4723 WW (W) | 5/9/07 | $2,430.17 |
| 30 | ANB # 4723 WW (W) | 6/20/07 | $2,532.48 |
| 31 | ANB # 4723 WW (W) | 7/12/07 | $2,430.17 |
| 32 | ANB # 4723 WW (W) | 8/14/07 | $2,430.17 |
| 33 | ANB # 4723 WW (W) | 9/14/07 | $2,430.17 |
| 34 | ANB # 4723 WW (W) | 10/17/07 | $2,430.17 |
| 35 | ANB # 4723 WW (W) | 11/9/07 | $2,430.17 |
| 36 | ANB # 4723 WW (W) | 12/18/07 | $2,430.17 |
| 37 | ANB # 4723 WW (W) | 1/28/08 | $2,834.74 |
| 38 | ANB # 4723 WW (W) | 2/15/08 | $2,834.74 |
| 39 | GB #1321 WW/AW (WC) | 3/18/08 | $2,834.74 |
| 40 | GB #1321 WW/AW (WC) | 4/9/08 | $2,834.74 |

q.    This loan was not paid off as of May 31, 2008.

**OBJECTION TO OPINION #12**

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

**OPINION #13**

13.   **Opinions for the loan dated 11/15/04 to Waun Weingart by Lehman Brothers Bank for $360,000.**   (This loan is designated as Loan Code S-14)

a.   There was no address listed on the Schedule of Real Estate Owned Section of the loan application for the $32,799 liability to Beneficial/HFC listed in the Liabilities Section of the loan application, and the debt of $32,799 to Beneficial/HFC listed in the credit report.  That liability and that debt actually correspond to the 8/1/2002 loan to Craig & Waun Weingart for $35,000 from Beneficial Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-7).

b.   141 Lost Angel Road, Boulder, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $385,997 liability to Flagstar Bank listed in the Liabilities Section of the loan application, or the debt of $385,997 to Flagstar Bank listed in the credit report.  That liability and that debt actually correspond to the 8/7/2000 loan to Craig & Waun Weingart for $397,500 from Flagstar Bank for the refinancing of 7766 Saxeborough Drive (Loan Code S-5).

c.   790 Magnolia Way, Scottsdale, AZ, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $399,143 liability to "WAMU" listed in the Liabilities Section of the loan application, or the debt of $399,143 to "Wshngtn Mutl" listed in the credit report.  That liability and that debt actually correspond to the 5/6/2004 loan to Waun Weingart for $400,000 from Washington Mutual Bank (WAMU) for the refinancing of 7766 Saxeborough Drive (Loan Code S-12).

d.   421-430 E. 6th Ave., Denver, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $347,452 liability to Indymac Bank listed in the Liabilities Section of the loan application, or the debt of $347,452 to Indymac Bank listed in the credit report.  That liability and that debt actually correspond to the 7/29/1999 loan to Craig & Waun Weingart for $363,300 from Broad Street Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-3).

41

e.      7603 SW California St, Seattle, WA, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $444,500 liability to Countrywide Fund listed in the Liabilities Section of the loan application, or the debt of $444,500 to Countrywide Fund listed in the credit report.  That liability and that debt actually correspond to the 5/24/2004 loan to Waun Weingart for $444,500 from America's Wholesale Lender  for the refinancing of 141 Lost Angel Road (Loan Code L-6).

f.      La Jolla, CA, a location listed on the Schedule of Real Estate Owned Section of the loan application, is not the location of the property which was pledged as collateral for part of the $728,261 liability to "Chase Manhattan Mort" listed in the Liabilities Section of the loan application, or the debt of $409,034 to "Chase Manhattan Mortga" listed in the credit report.  Part of that liability and that debt actually correspond to the 4/9/2004 loan to Waun Weingart for $410,000 from Chase Manhattan Mortgage for the refinancing of 141 Lost Angel Road (Loan Code L-5).

g.      Seattle, WA, a location listed on the Schedule of Real Estate Owned Section of the loan application, is not the location of the property which was pledged as collateral for part the $728,261 liability to "Chase Manhattan Mort" listed in the Liabilities Section of the loan application, or the debt of $319,227 to Chase Manhattan Mortgage listed in the credit report.  Part of that liability and that debt actually correspond to the 4/9/2004 loan to Waun Weingart for $320,000 from Chase Manhattan Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-11).

h.      The 10/25/04 loan to Waun Weingart for $397,000 from Washington Mutual Bank for the refinancing of 141 Lost Angel Road (Loan Code L-7) was outstanding as of 11/15/04 and was not listed on the loan application for S-14 as a liability and on the Schedule of Real Estate Owned.

i.      The 11/15/04 loan to Waunita Weingart for $360,400 from Ohio Savings Bank for the refinancing of 7766 Saxeborough Drive (Loan Code S-13) was outstanding as of 11/15/04 and was not listed on the loan application for S-14 as a liability and on the Schedule of Real Estate Owned.

j.      The 11/15/04 loan to Waun Weingart for $400,000 from Lehman Brothers Bank for the refinancing of 141 Lost Angel Road (Loan Code L-8) was outstanding as of 11/15/04 and was not listed on the loan application for S-14 as a liability and on the Schedule of Real Estate Owned.

k.    Loan proceeds of $353,283.29 were deposited by wire transfer into the First American State Bank account #111666 in the name of Colorado County & Community Title Operating Account on 11/19/04.

l.    The proceeds from this loan were not used to pay off the prior mortgage designated by the lender to be paid off as a condition of the approval of the loan, namely a loan to Option One (Loan Code S-6).

m.    Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code S-14:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 1 | FASB #1355 CW/WW  (CW) | 1/12/05 | $2,695.29 |
| 2 | FASB #1355 CW/WW  (CW) | 2/9/05 | $2,695.29 |
| 3 | FASB #1355 CW/WW  (CW) | 3/16/05 | $2,695.29 |
| 4 | FASB #1355 CW/WW  (CW) | 4/19/05 | $2,695.29 |
| 5 | FASB #1355 CW/WW  (CW) | 5/17/05 | $2,706.71 |
| 6 | FASB #1355 CW/WW  (CW) | 6/20/05 | $2,706.71 |
| 7 | FASB #1355 CW/WW  (CW) | 7/11/05 | $2,706.71 |
| 8 | FASB #1355 CW/WW  (CW) | 8/11/05 | $2,706.71 |
| 9 | FASB #1355 CW/WW  (CW) | 9/15/05 | $2,706.71 |
| 10 | FASB #1355 CW/WW  (CW) | 10/7/05 | $2,706.71 |
| 11 | ANB # 4723 WW (W) | 11/15/05 | $2,706.71 |
| 12 | ANB # 4723 WW (W) | 12/8/05 | $2,706.71 |
| 13 | ANB # 4723 WW (W) | 1/10/06 | $2,706.71 |
| 14 | ANB # 4723 WW (W) | 2/10/06 | $2,706.71 |
| 15 | ANB # 4723 WW (W) | 3/9/06 | $2,706.71 |
| 16 | ANB # 4723 WW (W) | 4/7/06 | $2,696.71 |
| 17 | ANB # 4723 WW (W) | 5/12/06 | $2,702.28 |
| 18 | ANB # 4723 WW (W) | 6/9/06 | $2,702.28 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 19 | ANB # 4723 WW (W) | 7/18/06 | $2,702.28 |
| 20 | ANB # 4723 WW (W) | 8/15/06 | $2,702.28 |
| 21 | ANB # 4723 WW (W) | 9/11/06 | $2,702.28 |
| 22 | ANB # 4723 WW (W) | 10/13/06 | $2,702.28 |
| 23 | ANB # 4723 WW (W) | 11/15/06 | $2,702.28 |
| 24 | ANB # 4723 WW (W) | 12/15/06 | $2,702.28 |
| 25 | ANB # 4723 WW (W) | 1/16/07 | $2,702.28 |
| 26 | ANB # 4723 WW (W) | 2/15/07 | $2,702.28 |
| 27 | ANB # 4723 WW (W) | 3/9/07 | $2,702.28 |
| 28 | ANB # 4723 WW (W) | 4/17/07 | $2,702.28 |
| 29 | ANB # 4723 WW (W) | 5/11/07 | $2,723.75 |
| 30 | ANB # 4723 WW (W) | 6/13/07 | $2,723.75 |
| 31 | ANB # 4723 WW (W) | 7/13/07 | $2,723.75 |
| 32 | ANB # 4723 WW (W) | 8/14/07 | $2,723.75 |
| 33 | ANB # 4723 WW (W) | 9/14/07 | $2,733.75 |
| 34 | ANB # 4723 WW (W) | 10/17/07 | $2,733.75 |
| 35 | GB #1321 WW/AW (WC) | 11/9/07 | $2,723.75 |
| 36 | ANB # 4723 WW (W) | 12/18/07 | $2,733.75 |
| 37 | ANB # 4723 WW (W) | 1/28/08 | $2,849.01 |
| 38 | ANB # 4723 WW (W) | 2/26/08 | $2,743.75 |
| 39 | GB #1321 WW/AW (WC) | 3/17/08 | $2,849.01 |

n.   This loan was paid off on April 2, 2008 by a wire transfer for $348,355.16 from the Guaranty Bank account #55011321 in the name of Waunita R. Weingart and Alois Craig Weingart.

44

**OBJECTION TO OPINION #13**

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

**OPINION #14**

14.    **Opinions for the loan dated 8/19/05 to Waun Weingart by Ameriquest Mortgage Company for $496,000.** (This loan is designated as Loan Code S-15)

a.    790 Magnolia St, Scottsdale, AZ, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $401,761 liability to Washington Mutual FA listed in the Liabilities Section of the loan application, or the debt of $401,761 to Washington Mutual listed in the credit report. That liability and that debt actually correspond to the 5/6/2004 loan to Waun Weingart for $400,000 from Washington Mutual Bank (WAMU) for the refinancing of 7766 Saxeborough Drive (Loan Code S-12).

b.    770 Sunrise Pl, Pheonix [sic], AZ, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $405,688 liability to "Chase Manhattan Mort" listed in the Liabilities Section of the loan application, or the debt of $405,688 to "Chase Manhattan M" listed in the credit report. That liability and that debt actually correspond to the 4/9/2004 loan to Waun Weingart for $410,000 from Chase Manhattan Mortgage for the refinancing of 141 Lost Angel Road (Loan Code L-5).

c.    7605 California, Seattle, WA, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $32,403 liability to Beneficial/HFC listed in the Liabilities Section of the loan application, or the debt of $32,403 to Beneficial/HFC listed in the credit report. That liability and that debt actually correspond to the 8/1/2002 loan to Craig & Waun Weingart for $35,000 from Beneficial Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-7).

d.    259 Falcons Fire Ave, Las Vegas, NV, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $357,739 liability to Aurora Loan Services listed in the Liabilities Section of the loan application, or the debt of $357,739 to "Aurora Loan Servi" listed in the credit report. That liability and that debt actually correspond to the 11/15/2004 loan to Waun

Weingart for $360,000 from Lehman Brothers Bank for the refinancing of 7766 Saxeborough Drive (Loan Code S-14).

e.      2122 W. 44th Ave, Seattle, WA, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $396,949 liability to Washington Mutual FA listed in the Liabilities Section of the loan application, or the debt of $396,949 to Washington Mutual listed in the credit report.  That liability and that debt actually correspond to the 10/25/2004 loan to Waun Weingart for $397,000 from Washington Mutual Bank (WAMU) for the refinancing of 141 Lost Angel Road (Loan Code L-7).

f.      777 Sunrise Pl, Pheonix [sic], AZ, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $316,552 liability to "Chase Manhattan Mort" listed in the Liabilities Section of the loan application, or the debt of $316,552 to "Chase Manhattan M" listed in the credit report. That liability and that debt actually correspond to the 4/9/2004 loan to Waun Weingart for $320,000 from Chase Manhattan Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-11).

g.      7605 California SW, Seattle, WA, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $342,721 liability to Indymac Bank listed in the Liabilities Section of the loan application, or the debt of $342,721 to Indymac Bank listed in the credit report.  That liability and that debt actually correspond to the 7/29/1999 loan to Craig & Waun Weingart for $363,300 from Broad Street Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-3).

h.      3165 S. Ogden, La Jolla, CA, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $397,488 liability to Aurora Loan Services listed in the Liabilities Section of the loan application, or the debt of $397,488 to "Aurora Loan Servi" listed in the credit report.  That liability and that debt actually correspond to the 11/15/2004 loan to Waun Weingart for $400,000 from Lehman Brothers Bank for the refinancing of 141 Lost Angel Road (Loan Code L-8).

i.      249 Falcons Fire Ave., Las Vegas, NV, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $359,293 liability to Ohio Savings Bank listed in the Liabilities Section of the loan application, or the debt of $359,293 to Ohio Savings Bank listed in the credit report.  That liability and that debt actually correspond to the 11/15/2004 loan to Waun

Weingart for $360,400 from Ohio Savings Bank for the refinancing of 7766 Saxeborough Drive (Loan Code S-13).

j.      The 10/12/00 loan to Craig and Waun Weingart for $356,000 from Option One Mortgage for the refinancing of 7766 Saxeborough (Loan Code S-6) was outstanding as of 8/19/05, but was not listed on the loan application for S-15 as a liability or on the Schedule of Real Estate Owned.

k.      Loan proceeds of $483,408.46 were deposited by wire transfer into the American National Bank account #70231142 in the name of Real Estate Title LLC on 8/26/05.

l.      The proceeds from this loan were not used to pay off the prior mortgage designated by the lender to be paid off as a condition of the approval of the loan, namely a loan to Flagstar Bank (Loan Code S-5).

m.      The proceeds from this loan were used in part to fund the payoff of Unk-2.

n.      Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code S-15:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|-----|--------------------------------------------------------|---------|-----------|
| 1 | ANB # 4723 WW (W) | 10/7/05 | $3,492.67 |
| 2 | ANB # 4723 WW (W) | 11/14/05 | $3,492.67 |
| 3 | ANB # 4723 WW (W) | 12/7/05 | $3,492.67 |
| 4 | ANB # 4723 WW (W) | 1/12/06 | $3,492.67 |
| 5 | ANB # 4723 WW (W) | 2/9/06 | $3,492.67 |
| 6 | ANB # 4723 WW (W) | 3/6/06 | $3,492.67 |
| 7 | ANB # 4723 WW (W) | 4/6/06 | $3,492.67 |
| 8 | ANB # 4723 WW (W) | 5/16/06 | $3,492.67 |
| 9 | ANB # 4723 WW (W) | 6/8/06 | $3,492.67 |
| 10 | ANB # 4723 WW (W) | 7/17/06 | $3,492.67 |
| 11 | ANB # 4723 WW (W) | 8/14/06 | $3,492.67 |
| 12 | ANB # 4723 WW (W) | 9/12/06 | $3,492.67 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 13 | ANB # 4723 WW (W) | 10/13/06 | $3,492.67 |
| 14 | ANB # 4723 WW (W) | 11/14/06 | $3,492.67 |
| 15 | ANB # 4723 WW (W) | 12/14/06 | $3,492.67 |
| 16 | ANB # 4723 WW (W) | 1/12/07 | $3,492.67 |
| 17 | ANB # 4723 WW (W) | 2/13/07 | $3,492.67 |
| 18 | ANB # 4723 WW (W) | 3/8/07 | $3,492.67 |
| 19 | ANB # 4723 WW (W) | 4/16/07 | $3,492.67 |
| 20 | ANB # 4723 WW (W) | 5/8/07 | $3,492.67 |
| 21 | ANB # 4723 WW (W) | 6/19/07 | $3,492.67 |
| 22 | ANB # 4723 WW (W) | 7/12/07 | $3,492.67 |
| 23 | ANB # 4723 WW (W) | 8/13/07 | $3,492.67 |
| 24 | ANB # 4723 WW (W) | 9/13/07 | $3,492.67 |
| 25 | ANB # 4723 WW (W) | 10/16/07 | $3,492.67 |
| 26 | ANB # 4723 WW (W) | 11/8/07 | $3,492.67 |
| 27 | ANB # 4723 WW (W) | 12/14/07 | $3,492.67 |
| 28 | ANB # 4723 WW (W) | 1/28/08 | $3,492.67 |
| 29 | ANB # 4723 WW (W) | 2/14/08 | $3,885.50 |
| 30 | GB #1321 WW/AW (WC) | 3/14/08 | $3,885.50 |
| 31 | GB #1321 WW/AW (WC) | 4/8/08 | $3,885.50 |
| 32 | GB #1321 WW/AW (WC) | 5/27/08 | $3,885.50 |

o.     This loan was not paid off as of May 31, 2008.

**OBJECTION TO OPINION #14**

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

**OPINION #15**

15. **Opinions for the loan dated 8/26/05 to Craig Weingart by World Savings Bank for $406,250.** (This loan is designated as Loan Code S-16)

   a. It is highly probable that 790 Magnolia Way, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $412,719 liability to EMC Mortgage listed in the Liabilities Section of the loan application, or the debt of $412,719 to EMC Mortgage listed in the credit report. That liability and that debt actually correspond to the 10/22/2003 loan to Alois Weingart for $420,000 from Peoples Choice Home Loan for the refinancing of as an yet unidentified property (Loan Code Unk-2).

   b. 141 Lost Angel Rd, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $392,860 liability to GMAC Mortgage Corp listed in the Liabilities Section of the loan application, or the debt of $392,860 to GMAC Mortgage Corp listed in the credit report. That liability and that debt actually correspond to the 1/27/2003 loan to Craig Weingart for $400,000 from General Mortgage Corp of America for the refinancing of 7766 Saxeborough Drive (Loan Code S-8).

   c. 2122 West 44th Avenue, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $342,721 liability to Indymac Bank listed in the Liabilities Section of the loan application, or the debt of $342,721 to Indymac Bank listed in the credit report. That liability and that debt actually correspond to the 7/29/1999 loan to Craig & Waun Weingart for $363,300 from Broad Street Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-3).

   d. The 10/12/00 loan to Craig and Waun Weingart for $356,000 from Option One Mortgage for the refinancing of 7766 Saxeborough (Loan Code S-6) was outstanding as of 8/26/05, but was not listed on the loan application for S-16 as a liability or on the Schedule of Real Estate Owned.

   e. The 8/1/02 loan to Craig and Waun Weingart for $35,000 from Beneficial Mortgage for the refinancing of 7766 Saxeborough (Loan Code S-7) was outstanding as of 8/26/05, but was not listed on the loan application for S-16 as a liability or on the Schedule of Real Estate Owned.

   f. Loan proceeds of $404,650.05 were deposited by wire transfer into the American National Bank account #70047831 in the name of Colorado County & Community Title Operating Account on 8/31/05.

g.  The proceeds from this loan were not used to pay off the prior mortgage designated by the lender to be paid off as a condition of the approval of the loan, namely a loan to Flagstar Bank (Loan Code S-5).

h.  The proceeds from this loan were used in part to fund the payoff of Unk-2.

i.  Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code S-16:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 1 | FASB #1355 CW/WW  (CW) | 10/11/05 | $1,402.06 |
| 2 | ANB # 4723 WW (W) | 11/14/05 | $1,989.66 |
| 3 | ANB # 4723 WW (W) | 12/7/05 | $1,402.06 |
| 4 | ANB # 4723 WW (W) | 1/9/06 | $1,402.06 |
| 5 | ANB # 4723 WW (W) | 2/9/06 | $1,402.06 |
| 6 | ANB # 4723 WW (W) | 3/6/06 | $1,402.06 |
| 7 | ANB # 4723 WW (W) | 4/6/06 | $1,402.06 |
| 8 | ANB # 4723 WW (W) | 5/16/06 | $1,402.06 |
| 9 | ANB # 4723 WW (W) | 6/8/06 | $1,402.06 |
| 10 | ANB # 4723 WW (W) | 7/17/06 | $1,668.73 |
| 11 | ANB # 4723 WW (W) | 8/14/06 | $1,668.73 |
| 12 | ANB # 4723 WW (W) | 9/12/06 | $1,668.73 |
| 13 | ANB # 4723 WW (W) | 10/13/06 | $1,773.88 |
| 14 | ANB # 4723 WW (W) | 11/14/06 | $1,773.88 |
| 15 | ANB # 4723 WW (W) | 12/14/06 | $1,773.88 |
| 16 | ANB # 4723 WW (W) | 1/12/07 | $1,773.88 |
| 17 | ANB # 4723 WW (W) | 2/12/07 | $1,884.99 |
| 18 | ANB # 4723 WW (W) | 3/7/07 | $1,884.99 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|-----|---------------------------------------------------------|------|---------|
| 19 | ANB # 4723 WW (W) | 4/16/07 | $1,884.99 |
| 20 | ANB # 4723 WW (W) | 5/8/07 | $1,884.99 |
| 21 | ANB # 4723 WW (W) | 6/18/07 | $1,759.06 |
| 22 | ANB # 4723 WW (W) | 7/11/07 | $1,759.06 |
| 23 | ANB # 4723 WW (W) | 8/13/07 | $1,759.06 |
| 24 | ANB # 4723 WW (W) | 9/13/07 | $1,759.06 |
| 25 | ANB # 4723 WW (W) | 10/16/07 | $1,872.10 |
| 26 | ANB # 4723 WW (W) | 11/9/07 | $1,872.10 |
| 27 | ANB # 4723 WW (W) | 12/18/07 | $1,872.10 |
| 28 | ANB # 4723 WW (W) | 1/25/08 | $1,991.85 |
| 29 | ANB # 4723 WW (W) | 2/14/08 | $1,991.85 |
| 30 | GB #1321 WW/AW (WC) | 4/8/08 | $1,991.85 |
| 31 | GB #1321 WW/AW (WC) | 4/16/08 | $1,991.85 |
| 32 | GB #1321 WW/AW (WC) | 5/16/08 | $1,991.85 |
| 33 | GB #1321 WW/AW (WC) | 6/17/08 | $1,837.02 |

j.      This loan was not paid off as of May 31, 2008.

## OBJECTION TO OPINION #15

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

## OPINION #16

16.     **Opinions for the loan dated 8/31/05 to Craig Weingart by Ocwen Loan Servicing for $492,000.**  (This loan is designated as Loan Code S-17)

a.      790 Magnolia Way, Scottsdale, AZ, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $412,719 liability to EMC

51

Mortgage listed on the Schedule of Real Estate Owned Section of the loan application, or the debt of $412,719 to EMC Mortgage listed in the credit report.  That liability and that debt actually correspond to the 10/22/2003 loan to Alois Weingart for $420,000 from Peoples Choice Home Loan for the refinancing of as an yet unidentified property (Loan Code Unk-2).

b.     3165 South Augdon, LaJalla, CA, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $392,860 liability to GMAC Mortgage listed on the Schedule of Real Estate Owned Section of the loan application, or the debt of $392,860 to GMAC Mortgage Corp listed in the credit report.  That liability and that debt actually correspond to the 1/27/2003 loan to Craig Weingart for $400,000 from General Mortgage Corp of America  for the refinancing of 7766 Saxeborough Drive (Loan Code S-8).

c.     2122 West 44th Ave., Seattle, WA, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $342,721 liability to "Indy Mac" listed on the Schedule of Real Estate Owned Section of the loan application, or the debt of $342,721 to Indymac Bank listed in the credit report.  That liability and that debt actually correspond to the 7/29/1999 loan to Craig & Waun Weingart for $363,300 from Broad Street Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-3).

d.     The 10/12/00 loan to Craig and Waun Weingart for $356,000 from Option One Mortgage for the refinancing of 7766 Saxeborough (Loan Code S-6) was outstanding as of 8/31/05, but was not listed on the loan application for S-17 as a liability or on the Schedule of Real Estate Owned.

e.     The 8/1/02 loan to Craig and Waun Weingart for $35,000 from Beneficial Mortgage for the refinancing of 7766 Saxeborough (Loan Code S-7) was outstanding as of 8/31/05, but was not listed on the loan application for S-17 as a liability or on the Schedule of Real Estate Owned.

f.     The 8/26/05 loan to Craig Weingart for $406,250 from World Savings Bank for the refinancing of 7766 Saxeborough (Loan Code S-16) was outstanding as of 8/31/05, but was not listed on the loan application for S-17 as a liability or on the Schedule of Real Estate Owned.

g.     Loan proceeds of $479,877.25 were deposited by wire transfer into the First American State Bank account #111666 in the name of Colorado County & Community Title Operating Account on 9/8/05.

h.  The proceeds from this loan were not used to pay off the prior mortgage designated by the lender to be paid off as a condition of the approval of the loan, namely a loan to Flagstar (Loan Code S-5).

i.  Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code S-17:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 1 | ANB # 4723 WW (W) | 11/15/05 | $3,232.09 |
| 2 | ANB # 4723 WW (W) | 12/7/05 | $3,232.09 |
| 3 | ANB # 4723 WW (W) | 1/12/06 | $3,232.09 |
| 4 | ANB # 4723 WW (W) | 2/9/06 | $3,232.09 |
| 5 | ANB # 4723 WW (W) | 3/8/06 | $3,232.09 |
| 6 | ANB # 4723 WW (W) | 4/6/06 | $3,232.09 |
| 7 | ANB # 4723 WW (W) | 5/16/06 | $3,232.09 |
| 8 | ANB # 4723 WW (W) | 6/8/06 | $3,232.09 |
| 9 | ANB # 4723 WW (W) | 7/17/06 | $3,232.09 |
| 10 | ANB # 4723 WW (W) | 8/14/06 | $3,232.09 |
| 11 | ANB # 4723 WW (W) | 9/22/06 | $3,393.69 |
| 12 | ANB # 4723 WW (W) | 10/13/06 | $3,232.09 |
| 13 | ANB # 4723 WW (W) | 11/14/06 | $3,232.09 |
| 14 | ANB # 4723 WW (W) | 12/14/06 | $3,232.09 |
| 15 | ANB # 4723 WW (W) | 1/12/07 | $3,232.09 |
| 16 | ANB # 4723 WW (W) | 2/9/07 | $3,232.09 |
| 17 | ANB # 4723 WW (W) | 3/7/07 | $3,232.09 |
| 18 | ANB # 4723 WW (W) | 4/16/07 | $3,232.09 |
| 19 | ANB # 4723 WW (W) | 5/8/07 | $3,232.09 |
| 20 | ANB # 4723 WW (W) | 6/12/07 | $3,232.09 |

| 21 | ANB # 4723 WW (W) | 7/11/07 | $3,232.09 |
|----|-------------------|---------|-----------|
| 22 | ANB # 4723 WW (W) | 8/13/07 | $3,232.09 |
| 23 | ANB # 4723 WW (W) | 9/13/07 | $3,232.09 |
| 24 | ANB # 4723 WW (W) | 10/16/07 | $3,232.09 |
| 25 | ANB # 4723 WW (W) | 11/8/07 | $3,232.09 |
| 26 | ANB # 4723 WW (W) | 12/18/07 | $3,232.09 |
| 27 | ANB # 4723 WW (W) | 1/25/08 | $3,393.69 |
| 28 | ANB # 4723 WW (W) | 2/14/08 | $3,232.09 |
| 29 | GB #1321 WW/AW (WC) | 3/17/08 | $3,232.09 |
| 30 | GB #1321 WW/AW (WC) | 4/8/08 | $3,232.09 |
| 31 | GB #1321 WW/AW (WC) | 5/27/08 | $3,232.09 |

j.      This loan was not paid off as of May 31, 2008.

## OBJECTION TO OPINION #16

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

## OPINION #17

17.     **Opinions for the loan dated 9/7/05 to Craig Weingart by Chevy Chase Bank for $400,000.** (This loan is designated as Loan Code S-18)

a.      790 Magnolia Way, Scottsdale, AZ, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $413,103 liability to EMC Mortgage listed in the Liabilities Section of the loan application, or the debt of $413,103 to EMC Mortgage listed in the credit report.  That liability and that debt actually correspond to the 10/22/2003 loan to Alois Weingart for $420,000 from Peoples Choice Home Loan for the refinancing of as an yet unidentified property (Loan Code Unk-2).

b.      141 Lost Angel Road, Boulder, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $392,860 liability to GMAC Mortgage listed in the Liabilities Section of the loan application, or the debt

of $392,860 to GMAC Mortgage listed in the credit report. That liability and that debt actually correspond to the 1/27/2003 loan to Craig Weingart for $400,000 from General Mortgage Corp of America for the refinancing of 7766 Saxeborough Drive (Loan Code S-8).

c.   2122 West 44th Ave., Seattle, WA, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $343,164 liability to Indymac-HLS listed in the Liabilities Section of the loan application, or the debt of $343,164 to Indymac-HLS listed in the credit report. That liability and that debt actually correspond to the 7/29/1999 loan to Craig & Waun Weingart for $363,300 from Broad Street Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-3).

d.   The 10/12/00 loan to Craig and Waun Weingart for $356,000 from Option One Mortgage for the refinancing of 7766 Saxeborough (Loan Code S-6) was outstanding as of 9/7/05, but was not listed on the loan application for S-18 as a liability or on the Schedule of Real Estate Owned.

e.   The 8/1/02 loan to Craig and Waun Weingart for $35,000 from Beneficial Mortgage for the refinancing of 7766 Saxeborough (Loan Code S-7) was outstanding as of 9/7/05, but was not listed on the loan application for S-18 as a liability or on the Schedule of Real Estate Owned.

f.   The 8/26/05 loan to Craig Weingart for $406,250 from World Savings Bank for the refinancing of 7766 Saxeborough (Loan Code S-16) was outstanding as of 9/7/05, but was not listed on the loan application for S-18 as a liability or on the Schedule of Real Estate Owned.

g.   The 8/31/05 loan to Craig Weingart for $492,000 from Ocwen Loan Servicing for the refinancing of 7766 Saxeborough (Loan Code S-17) was outstanding as of 9/7/05, but was not listed on the loan application for S-18 as a liability or on the Schedule of Real Estate Owned.

h.   Loan proceeds of $409,385.49 were deposited by wire transfer into the First American State Bank account #111666 in the name of Colorado County & Community Title Operating Account on 9/12/05.

i.   The proceeds from this loan were not used to pay off the prior mortgage designated by the lender to be paid off as a condition of the approval of the loan, namely a loan to Flagstar (Loan Code S-5).

j.   Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code S-18:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 1 | ANB # 4723 WW (W) | 11/17/05 | $1,726.45 |
| 2 | ANB # 4723 WW (W) | 12/9/05 | $1,726.45 |
| 3 | ANB # 4723 WW (W) | 1/13/06 | $1,726.45 |
| 4 | ANB # 4723 WW (W) | 2/10/06 | $1,726.45 |
| 5 | ANB # 4723 WW (W) | 3/10/06 | $1,737.45 |
| 6 | ANB # 4723 WW (W) | 4/7/06 | $1,748.45 |
| 7 | ANB # 4723 WW (W) | 5/15/06 | $1,759.45 |
| 8 | ANB # 4723 WW (W) | 6/9/06 | $1,748.45 |
| 9 | ANB # 4723 WW (W) | 7/19/06 | $1,759.45 |
| 10 | ANB # 4723 WW (W) | 8/7/06 | $1,733.44 |
| 11 | ANB # 4723 WW (W) | 9/11/06 | $1,744.44 |
| 12 | ANB # 4723 WW (W) | 10/16/06 | $1,755.44 |
| 13 | ANB # 4723 WW (W) | 11/15/06 | $1,829.93 |
| 14 | ANB # 4723 WW (W) | 12/15/06 | $1,929.93 |
| 15 | ANB # 4723 WW (W) | 1/16/07 | $1,929.93 |
| 16 | ANB # 4723 WW (W) | 2/14/07 | $1,929.23 |
| 17 | ANB # 4723 WW (W) | 3/8/07 | $1,829.93 |
| 18 | ANB # 4723 WW (W) | 4/17/07 | $1,829.93 |
| 19 | ANB # 4723 WW (W) | 5/10/07 | $1,829.93 |
| 20 | GB #1321 WW/AW (WC) | 6/20/07 | $1,840.93 |
| 21 | ANB # 4723 WW (W) | 7/13/07 | $1,834.11 |
| 22 | ANB # 4723 WW (W) | 8/14/07 | $1,834.11 |
| 23 | ANB # 4723 WW (W) | 9/14/07 | $1,845.11 |
| 24 | GB #1321 WW/AW (WC) | 10/18/07 | $1,845.11 |
| 25 | ANB # 4723 WW (W) | 11/13/07 | $1,937.83 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|-----|--------------------------------------------------------|------|---------|
| 26 | ANB # 4723 WW (W) | 12/19/07 | $1,937.83 |
| 27 | ANB # 4723 WW (W) | 1/28/08 | $1,937.83 |
| 28 | ANB # 4723 WW (W) | 2/15/08 | $1,937.83 |
| 29 | GB #1321 WW/AW (WC) | 3/18/08 | $1,948.83 |
| 30 | GB #1321 WW/AW (WC) | 4/9/08 | $1,948.83 |
| 31 | GB #1321 WW/AW (WC) | 5/28/08 | $1,937.83 |

k.      This loan was not paid off as of May 31, 2008.

## OBJECTION OPINION #17

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.


## OPINION #18

18.     **Opinions for the loan dated 9/21/05 to Craig Weingart by National City Mortgage for $425,000.**  (This loan is designated as Loan Code S-19)

   a.     2122 West 44th Ave., Seattle, WA, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $342,721 liability to Indymac Bank listed in the Liabilities Section of the loan application, or the debt of $342,721 to Indymac Bank listed in the credit report.  That liability and that debt actually correspond to the 7/29/1999 loan to Craig & Waun Weingart for $363,300 from Broad Street Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-3).

   b.     3165 S. Ogden, La Jolla, CA, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $392,860 liability to "GMAC Mort." listed in the Liabilities Section of the loan application, or the debt of $392,860 to GMAC Mortgage listed in the credit report.  That liability and that debt actually correspond to the 1/27/2003 loan to Craig Weingart for $400,000 from General Mortgage Corp of America  for the refinancing of 7766 Saxeborough Drive (Loan Code S-8).

57

c.      790 Magnolia Way, Scottsdale, AZ, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $412,719 liability to EMC Mortgage listed in the Liabilities Section of the loan application, or the debt of $412,719 to EMC Mortgage listed in the credit report. That liability and that debt actually correspond to the 10/22/2003 loan to Alois Weingart for $420,000 from Peoples Choice Home Loan for the refinancing of as an yet unidentified property (Loan Code Unk-2).

d.      The 10/12/00 loan to Craig and Waun Weingart for $356,000 from Option One Mortgage for the refinancing of 7766 Saxeborough (Loan Code S-6) was outstanding as of 9/21/05, but was not listed on the loan application for S-19 as a liability or on the Schedule of Real Estate Owned.

e.      The 8/1/02 loan to Craig and Waun Weingart for $35,000 from Beneficial Mortgage for the refinancing of 7766 Saxeborough (Loan Code S-7) was outstanding as of 9/21/05, but was not listed on the loan application for S-19 as a liability or on the Schedule of Real Estate Owned.

f.      The 8/26/05 loan to Craig Weingart for $406,250 from World Savings Bank for the refinancing of 7766 Saxeborough (Loan Code S-16) was outstanding as of 9/21/05, but was not listed on the loan application for S-19 as a liability or on the Schedule of Real Estate Owned.

g.      The 8/31/05 loan to Craig Weingart for $492,000 from Ocwen Loan Servicing for the refinancing of 7766 Saxeborough (Loan Code S-17) was outstanding as of 9/21/05, but was not listed on the loan application for S-19 as a liability or on the Schedule of Real Estate Owned.

h.      The 9/7/05 loan to Craig Weingart for $400,000 from Chevy Chase Bank for the refinancing of 7766 Saxeborough (Loan Code S-18) was outstanding as of 9/21/05, but was not listed on the loan application for S-19 as a liability or on the Schedule of Real Estate Owned.

i.      Loan proceeds of $421,781.60 were deposited by cashiers check into the American National Bank account #70047831 in the name of Colorado County & Community Title Operating Account on 9/27/05.

j.      The proceeds from this loan were not used to pay off the prior mortgage designated by the lender to be paid off as a condition of the approval of the loan, namely a loan to Flagstar.

k.  Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code S-19:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 1 | ANB # 4723 WW (W) | 11/14/05 | $2,691.29 |
| 2 | ANB # 4723 WW (W) | 12/7/05 | $2,691.29 |
| 3 | ANB # 4723 WW (W) | 1/12/06 | $2,691.29 |
| 4 | ANB # 1142 RET (WJ) | 3/1/06 | $2,703.29 |
| 5 | ANB # 4723 WW (W) | 3/6/06 | $2,691.29 |
| 6 | ANB # 4723 WW (W) | 4/6/06 | $2,892.20 |
| 7 | GB #1321 WW/AW (WC) | 5/16/06 | $2,764.89 |
| 8 | GB #1321 WW/AW (WC) | 6/8/06 | $2,757.89 |
| 9 | GB #1321 WW/AW (WC) | 7/17/06 | $2,764.89 |
| 10 | GB #1321 WW/AW (WC) | 8/14/06 | $2,757.89 |
| 11 | ANB # 4723 WW (W) | 9/12/06 | $2,757.89 |
| 12 | ANB # 4723 WW (W) | 10/13/06 | $2,757.89 |
| 13 | ANB # 4723 WW (W) | 11/14/06 | $2,757.89 |
| 14 | ANB # 4723 WW (W) | 12/14/06 | $2,757.89 |
| 15 | ANB # 4723 WW (W) | 1/12/07 | $2,757.89 |
| 16 | ANB # 4723 WW (W) | 2/12/07 | $2,757.89 |
| 17 | ANB # 4723 WW (W) | 3/7/07 | $2,757.89 |
| 18 | ANB # 4723 WW (W) | 4/16/07 | $2,757.89 |
| 19 | ANB # 4723 WW (W) | 5/8/07 | $2,757.89 |
| 20 | ANB # 4723 WW (W) | 6/18/07 | $2,764.89 |
| 21 | ANB # 4723 WW (W) | 7/11/07 | $2,757.89 |
| 22 | ANB # 4723 WW (W) | 8/13/07 | $2,757.89 |
| 23 | ANB # 4723 WW (W) | 9/13/07 | $2,757.89 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|-----|--------------------------------------------------------|------|---------|
| 24 | GB #1321 WW/AW (WC) | 10/16/07 | $2,764.89 |
| 25 | GB #1321 WW/AW (WC) | 11/8/07 | $2,757.89 |
| 26 | ANB # 4723 WW (W) | 12/18/07 | $2,764.89 |
| 27 | ANB # 4723 WW (W) | 1/25/08 | $2,899.20 |
| 28 | ANB # 4723 WW (W) | 2/14/08 | $2,757.89 |
| 29 | GB #1321 WW/AW (WC) | 3/17/08 | $2,764.89 |
| 30 | GB #1321 WW/AW (WC) | 4/8/08 | $2,757.89 |
| 31 | GB #1321 WW/AW (WC) | 5/27/08 | $2,899.20 |

l.      This loan was not paid off as of May 31, 2008.

## OBJECTION TO OPINION #18

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

## OPINION #19

19.     **Opinions for the loan dated 10/7/05 to Craig Weingart by Irwin Mortgage for $386,500.**  (This loan is designated as Loan Code S-20)

a.      It is highly probable that 790 Magnolia Way, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $412,332 liability to EMC Mortgage listed in the Liabilities Section of the loan application, or the debt of $412,332 to EMC Mortgage listed in the credit report.  That liability and that debt actually correspond to the 10/22/2003 loan to Alois Weingart for $420,000 from Peoples Choice Home Loan for the refinancing of as an yet unidentified property (Loan Code Unk-2).

b.      3165 Ogden S., an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $392,304 liability to "GMAC Mort." listed in the Liabilities Section of the loan application, or the debt of $392,304 to "GMAC Mort" listed in the credit report.  That liability and that debt actually correspond to

60

the 1/27/2003 loan to Craig Weingart for $400,000 from General Mortgage Corp of America  for the refinancing of 7766 Saxeborough Drive (Loan Code S-8).

c.      2122 West 44th Ave., an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $342,275 liability to Indymac Bank listed in the Liabilities Section of the loan application, or the debt of $342,275 to Indymac Bank listed in the credit report.  That liability and that debt actually correspond to the 7/29/1999 loan to Craig & Waun Weingart for $363,300 from Broad Street Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-3).

d.      The 10/12/00 loan to Craig and Waun Weingart for $356,000 from Option One Mortgage for the refinancing of 7766 Saxeborough (Loan Code S-6) was outstanding as of 10/7/05, but was not listed on the loan application for S-20 as a liability or on the Schedule of Real Estate Owned.

e.      The 8/1/02 loan to Craig and Waun Weingart for $35,000 from Beneficial Mortgage for the refinancing of 7766 Saxeborough (Loan Code S-7) was outstanding as of 10/7/05, but was not listed on the loan application for S-20 as a liability or on the Schedule of Real Estate Owned.

f.      The 8/26/05 loan to Craig Weingart for $406,250 from World Savings Bank for the refinancing of 7766 Saxeborough (Loan Code S-16) was outstanding as of 10/7/05, but was not listed on the loan application for S-20 as a liability or on the Schedule of Real Estate Owned.

g.      The 8/31/05 loan to Craig Weingart for $492,000 from Ocwen Loan Servicing for the refinancing of 7766 Saxeborough (Loan Code S-17) was outstanding as of 10/7/05, but was not listed on the loan application for S-20 as a liability or on the Schedule of Real Estate Owned.

h.      The 9/7/05 loan to Craig Weingart for $400,000 from Chevy Chase Bank for the refinancing of 7766 Saxeborough (Loan Code S-18) was outstanding as of 10/7/05, but was not listed on the loan application for S-20 as a liability or on the Schedule of Real Estate Owned.

i.      The 9/21/05 loan to Craig Weingart for $425,000 from National City Mortgage for the refinancing of 7766 Saxeborough (Loan Code S-19) was outstanding as of 10/7/05, but was not listed on the loan application for S-20 as a liability or on the Schedule of Real Estate Owned.

j.      Loan proceeds of $380,909.66 were deposited by wire transfer into the American National Bank account #70047831 in the name of Colorado County & Community Title Operating Account on 10/13/05.

k.      The proceeds from this loan were not used to pay off the prior mortgage designated by the lender to be paid off as a condition of the approval of the loan, namely a loan to Flagstar Bank (Loan Code S-5).

l.      Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code S-20:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|-----|-----------------------------------------------------------|----------|------------|
| 1   | ANB # 4723 WW (W) | 12/8/05  | $2,416.26 |
| 2   | ANB # 4723 WW (W) | 1/18/06  | $2,411.26 |
| 3   | ANB # 4723 WW (W) | 2/10/06  | $2,411.26 |
| 4   | ANB # 4723 WW (W) | 3/7/06   | $2,411.26 |
| 5   | ANB # 4723 WW (W) | 4/7/06   | $2,411.26 |
| 6   | ANB # 4723 WW (W) | 5/17/06  | $2,411.26 |
| 7   | ANB # 4723 WW (W) | 6/9/06   | $2,411.26 |
| 8   | ANB # 4723 WW (W) | 7/18/06  | $2,411.26 |
| 9   | ANB # 4723 WW (W) | 8/7/06   | $2,411.26 |
| 10  | ANB # 4723 WW (W) | 9/11/06  | $2,411.26 |
| 11  | ANB # 4723 WW (W) | 10/16/06 | $2,411.26 |
| 12  | ANB # 4723 WW (W) | 11/15/06 | $2,411.26 |
| 13  | ANB # 4723 WW (W) | 12/15/06 | $2,411.26 |
| 14  | ANB # 4723 WW (W) | 1/16/07  | $2,411.26 |
| 15  | ANB # 4723 WW (W) | 2/14/07  | $2,411.26 |
| 16  | ANB # 4723 WW (W) | 3/9/07   | $2,411.26 |
| 17  | ANB # 4723 WW (W) | 4/17/07  | $2,411.26 |
| 18  | ANB # 4723 WW (W) | 5/9/07   | $2,411.26 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 19 | ANB # 4723 WW (W) | 6/19/07 | $2,411.26 |
| 20 | ANB # 4723 WW (W) | 7/12/07 | $2,411.26 |
| 21 | ANB # 4723 WW (W) | 8/13/07 | $2,411.26 |
| 22 | ANB # 4723 WW (W) | 9/14/07 | $2,411.26 |
| 23 | ANB # 4723 WW (W) | 10/16/07 | $2,411.26 |
| 24 | ANB # 4723 WW (W) | 11/8/07 | $2,411.26 |
| 25 | ANB # 4723 WW (W) | 12/18/07 | $2,411.26 |
| 26 | ANB # 4723 WW (W) | 1/25/08 | $2,411.26 |
| 27 | ANB # 4723 WW (W) | 2/14/08 | $2,411.26 |
| 28 | GB #1321 WW/AW (WC) | 3/17/08 | $2,411.26 |
| 29 | GB #1321 WW/AW (WC) | 4/8/08 | $2,411.26 |
| 30 | GB #1321 WW/AW (WC) | 5/27/08 | $2,411.26 |

m.      This loan was not paid off as of May 31, 2008.

## OBJECTION TO OPINION #19

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

## OPINION #20

20.     **Opinions for the loan dated 10/13/05 to Craig Weingart by WMC Mortgage for $400,000.**  (This loan is designated as Loan Code S-21)

a.      790 Magnolia Way, Scottsdale, AZ, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $413,103 liability to EMC Mortgage listed in the Liabilities Section of the loan application.  That liability actually corresponds to the 10/22/2003 loan to Alois Weingart for $420,000 from Peoples Choice Home Loan for the refinancing of as an yet unidentified property (Loan Code Unk-2).

63

b.      3165 S. Odgen, La Jolla, CA, an address listed on the Schedule of Real
        Estate Owned Section of the loan application, is not the property which
        was pledged as collateral for the $392,860 liability to GMAC Mortgage
        listed in the Liabilities Section of the loan application.  That liability actually
        corresponds to the 1/27/2003 loan to Craig Weingart for $400,000 from
        General Mortgage Corp of America  for the refinancing of 7766
        Saxeborough Drive (Loan Code S-8).

c.      2122 West 44th Ave., Seattle, WA, an address listed on the Schedule of
        Real Estate Owned Section of the loan application, is not the property
        which was pledged as collateral for the $343,164 liability to Indymac-HLS
        listed in the Liabilities Section of the loan application.  That liability actually
        corresponds to the 7/29/1999 loan to Craig & Waun Weingart for $363,300
        from Broad Street Mortgage for the refinancing of 7766 Saxeborough
        Drive (Loan Code S-3).

d.      The 10/12/00 loan to Craig and Waun Weingart for $356,000 from Option
        One Mortgage for the refinancing of 7766 Saxeborough (Loan Code S-6)
        was outstanding as of 10/13/05, but was not listed on the loan application
        for S-21 as a liability or on the Schedule of Real Estate Owned.

e.      The 8/1/02 loan to Craig and Waun Weingart for $35,000 from Beneficial
        Mortgage for the refinancing of 7766 Saxeborough (Loan Code S-7) was
        outstanding as of 10/13/05, but was not listed on the loan application for
        S-21 as a liability or on the Schedule of Real Estate Owned.

f.      The 8/26/05 loan to Craig Weingart for $406,250 from World Savings
        Bank for the refinancing of 7766 Saxeborough (Loan Code S-16) was
        outstanding as of 10/13/05, but was not listed on the loan application for
        S-21 as a liability or on the Schedule of Real Estate Owned.

g.      The 8/31/05 loan to Craig Weingart for $492,000 from Ocwen Loan
        Servicing for the refinancing of 7766 Saxeborough (Loan Code S-17) was
        outstanding as of 10/13/05, but was not listed on the loan application for
        S-21 as a liability or on the Schedule of Real Estate Owned.

h.      The 9/7/05 loan to Craig Weingart for $400,000 from Chevy Chase Bank
        for the refinancing of 7766 Saxeborough (Loan Code S-18) was
        outstanding as of 10/13/05, but was not listed on the loan application for
        S-21 as a liability or on the Schedule of Real Estate Owned.

i.      The 9/21/05 loan to Craig Weingart for $425,000 from National City
        Mortgage for the refinancing of 7766 Saxeborough (Loan Code S-19) was
        outstanding as of 10/13/05, but was not listed on the loan application for
        S-21 as a liability or on the Schedule of Real Estate Owned.

j.      The 10/7/05 loan to Craig Weingart for $386,500 from Irwin Mortgage for the refinancing of 7766 Saxeborough (Loan Code S-20) was outstanding as of 10/13/05, but was not listed on the loan application for S-21 as a liability or on the Schedule of Real Estate Owned.

k.      Loan proceeds of $401,023.12 were deposited by wire transfer into the American National Bank account #70047831 in the name of Colorado County & Community Title Operating Account on 10/19/05.

l.      The proceeds from this loan were not used to pay off the prior mortgage designated by the lender to be paid off as a condition of the approval of the loan, namely a loan to Flagstar Bank (Loan Code S-5).

m.      Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code S-21:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 1 | ANB # 4723 WW (W) | 12/7/05 | $2,728.71 |
| 2 | ANB # 4723 WW (W) | 1/12/06 | $2,740.71 |
| 3 | ANB # 4723 WW (W) | 2/9/06 | $2,740.71 |
| 4 | ANB # 4723 WW (W) | 3/8/06 | $2,740.71 |
| 5 | ANB # 4723 WW (W) | 4/6/06 | $2,740.71 |
| 6 | ANB # 4723 WW (W) | 5/12/06 | $2,740.71 |
| 7 | ANB # 4723 WW (W) | 6/8/06 | $2,740.71 |
| 8 | ANB # 4723 WW (W) | 7/17/06 | $2,740.71 |
| 9 | ANB # 4723 WW (W) | 8/14/06 | $2,740.71 |
| 10 | ANB # 4723 WW (W) | 9/8/06 | $2,740.71 |
| 11 | ANB # 4723 WW (W) | 10/12/06 | $2,740.71 |
| 12 | ANB # 4723 WW (W) | 11/16/06 | $2,740.71 |
| 13 | ANB # 4723 WW (W) | 12/14/06 | $2,740.71 |
| 14 | ANB # 4723 WW (W) | 1/12/07 | $2,740.71 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 15 | ANB # 4723 WW (W) | 2/9/07 | $2,740.71 |
| 16 | ANB # 4723 WW (W) | 3/8/07 | $2,740.71 |
| 17 | ANB # 4723 WW (W) | 4/24/07 | $2,877.15 |
| 18 | ANB # 4723 WW (W) | 5/9/07 | $2,740.71 |
| 19 | ANB # 4723 WW (W) | 6/19/07 | $2,740.71 |
| 20 | ANB # 4723 WW (W) | 7/11/07 | $2,740.71 |
| 21 | ANB # 4723 WW (W) | 8/13/07 | $2,740.71 |
| 22 | ANB # 4723 WW (W) | 9/14/07 | $2,740.71 |
| 23 | ANB # 4723 WW (W) | 10/17/07 | $3,335.21 |
| 24 | ANB # 4723 WW (W) | 11/8/07 | $3,335.21 |
| 25 | ANB # 4723 WW (W) | 12/18/07 | $3,335.21 |
| 26 | ANB # 4723 WW (W) | 1/25/08 | $3,471.65 |
| 27 | ANB # 4723 WW (W) | 2/14/08 | $3,335.21 |
| 28 | GB #1321 WW/AW (WC) | 3/17/08 | $3,335.21 |
| 29 | GB #1321 WW/AW (WC) | 4/8/08 | $3,335.21 |
| 30 | GB #1321 WW/AW (WC) | 5/27/08 | $2,926.61 |

n.      This loan was not paid off as of May 31, 2008.

**OBJECTION TO OPINION #20**

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

**OPINION #21**

21.   **Opinions for the loan dated 10/18/05 to Craig Weingart by Wells Fargo Bank NA for $412,500.**  (This loan is designated as Loan Code S-22)

66

a.     790 Magnolia Way, Scottsdale, AZ, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $412,332 liability to EMC Mortgage listed in the Liabilities Section of the loan application, or the debt of $412,332 to EMC Mortgage listed in the credit report.  That liability and that debt actually correspond to the 10/22/2003 loan to Alois Weingart for $420,000 from Peoples Choice Home Loan for the refinancing of as an yet unidentified property (Loan Code Unk-2).

b.     141 Lost Angle [sic] Rd., Boulder, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $392,583 liability to GMAC Mortgage C listed in the Liabilities Section of the loan application, or the debt of $392,583 to GMAC Mortgage Corp listed in the credit report.  That liability and that debt actually correspond to the 1/27/2003 loan to Craig Weingart for $400,000 from General Mortgage Corp of America  for the refinancing of 7766 Saxeborough Drive (Loan Code S-8).

c.     2122 West 44th Ave., Seattle, WA, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $342,275 liability to Indymac Bank listed in the Liabilities Section of the loan application, or the debt of $342,275 to Indymac Bank listed in the credit report.  That liability and that debt actually correspond to the 7/29/1999 loan to Craig & Waun Weingart for $363,300 from Broad Street Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-3).

d.     The 10/12/00 loan to Craig and Waun Weingart for $356,000 from Option One Mortgage for the refinancing of 7766 Saxeborough (Loan Code S-6) was outstanding as of 10/18/05, but was not listed on the loan application for S-22 as a liability or on the Schedule of Real Estate Owned.

e.     The 8/1/02 loan to Craig and Waun Weingart for $35,000 from Beneficial Mortgage for the refinancing of 7766 Saxeborough (Loan Code S-7) was outstanding as of 10/18/05, but was not listed on the loan application for S-22 as a liability or on the Schedule of Real Estate Owned.

f.     The 8/26/05 loan to Craig Weingart for $406,250 from World Savings Bank for the refinancing of 7766 Saxeborough (Loan Code S-16) was outstanding as of 10/18/05, but was not listed on the loan application for S-22 as a liability or on the Schedule of Real Estate Owned.

g.     The 8/31/05 loan to Craig Weingart for $492,000 from Ocwen Loan Servicing for the refinancing of 7766 Saxeborough (Loan Code S-17) was

outstanding as of 10/18/05, but was not listed on the loan application for S-22 as a liability or on the Schedule of Real Estate Owned.

h.      The 9/7/05 loan to Craig Weingart for $400,000 from Chevy Chase Bank for the refinancing of 7766 Saxeborough (Loan Code S-18) was outstanding as of 10/18/05, but was not listed on the loan application for S-22 as a liability or on the Schedule of Real Estate Owned.

i.      The 9/21/05 loan to Craig Weingart for $425,000 from National City Mortgage for the refinancing of 7766 Saxeborough (Loan Code S-19) was outstanding as of 10/18/05, but was not listed on the loan application for S-22 as a liability or on the Schedule of Real Estate Owned.

j.      The 10/7/05 loan to Craig Weingart for $386,500 from Irwin Mortgage for the refinancing of 7766 Saxeborough (Loan Code S-20) was outstanding as of 10/18/05, but was not listed on the loan application for S-22 as a liability or on the Schedule of Real Estate Owned.

k.      The 10/13/05 loan to Craig Weingart for $400,000 from WMC Mortgage for the refinancing of 7766 Saxeborough (Loan Code S-21) was outstanding as of 10/18/05, but was not listed on the loan application for S-22 as a liability or on the Schedule of Real Estate Owned.

l.      Loan proceeds of $412,500.00 were deposited by cashiers check into the American National Bank account #70047831 in the name of Colorado County & Community Title Operating Account on 10/25/05.

m.      The proceeds from this loan were not used to pay off the prior mortgage designated by the lender to be paid off as a condition of the approval of the loan, namely a loan to Flagstar Bank (Loan Code S-5).

n.      Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code S-22:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 1 | ANB # 4723 WW (W) | 12/8/05 | $2,870.60 |
| 2 | ANB # 4723 WW (W) | 1/12/06 | $2,870.60 |
| 3 | ANB # 4723 WW (W) | 2/9/06 | $2,870.60 |
| 4 | ANB # 7831 CCCT (WJ) | 3/7/06 | $2,870.60 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 5 | ANB # 7831 CCCT (WJ) | 4/7/06 | $2,870.60 |
| 6 | GB #1321 WW/AW (WC) | 5/17/06 | $2,870.60 |
| 7 | ANB # 4723 WW (W) | 6/9/06 | $2,870.60 |
| 8 | ANB # 4723 WW (W) | 7/17/06 | $2,888.23 |
| 9 | ANB # 4723 WW (W) | 8/14/06 | $2,888.23 |
| 10 | ANB # 4723 WW (W) | 9/8/06 | $2,888.23 |
| 11 | ANB # 4723 WW (W) | 10/13/06 | $2,888.23 |
| 12 | ANB # 4723 WW (W) | 11/15/06 | $2,888.23 |
| 13 | ANB # 4723 WW (W) | 12/14/06 | $2,888.23 |
| 14 | GB #1321 WW/AW (WC) | 1/12/07 | $2,888.23 |
| 15 | GB #1321 WW/AW (WC) | 2/12/07 | $2,888.23 |
| 16 | GB #1321 WW/AW (WC) | 3/8/07 | $2,888.23 |
| 17 | GB #1321 WW/AW (WC) | 4/17/07 | $2,888.23 |
| 18 | GB #1321 WW/AW (WC) | 5/9/07 | $2,888.23 |
| 19 | GB #1321 WW/AW (WC) | 6/13/07 | $2,888.23 |
| 20 | GB #1321 WW/AW (WC) | 7/12/07 | $2,893.95 |
| 21 | GB #1321 WW/AW (WC) | 8/13/07 | $2,893.95 |
| 22 | GB #1321 WW/AW (WC) | 9/14/07 | $2,893.95 |
| 23 | GB #1321 WW/AW (WC) | 10/17/07 | $2,893.95 |
| 24 | GB #1321 WW/AW (WC) | 11/8/07 | $2,893.95 |
| 25 | GB #1321 WW/AW (WC) | 12/18/07 | $3,635.99 |
| 26 | GB #1321 WW/AW (WC) | 1/25/08 | $3,798.41 |
| 27 | GB #1321 WW/AW (WC) | 2/14/08 | $3,635.99 |
| 28 | GB #1321 WW/AW (WC) | 3/17/08 | $3,635.99 |
| 29 | GB #1321 WW/AW (WC) | 4/9/08 | $3,635.99 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 30 | GB #1321 WW/AW (WC) | 5/27/08 | $3,798.41 |

o.   This loan was not paid off as of May 31, 2008.

## OBJECTION TO OPINION #21

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

## OPINION #22

22.  **Opinions for the loan dated 12/5/06 to Craig Weingart by New Century Mortgage for $568,000 and for the loan dated 12/5/06 to Craig Weingart by New Century Mortgage for $142,000.**  (These loans are designated as Loan Code S-23-A and S-23-B respectively)

a.   3165 S. Odgen, La Jolla, CA, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $487,320 liability to Countrywide Home Loans listed in the Liabilities Section of the loan application, or the debt of $487,320 to Countrywide Home Loans listed in the credit report.  That liability and that debt actually correspond to the 8/31/2005 loan to Craig Weingart for $492,000 from Ocwen Loan Servicing  for the refinancing of 7766 Saxeborough Drive (Loan Code S-17).

b.   2122 West 44th Avenue, Seattle, WA, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $420,657 liability to National City Mortgage listed in the Liabilities Section of the loan application, or the debt of $420,657 to National City Mortgage listed in the credit report.  That liability and that debt actually correspond to the 9/21/2005 loan to Craig Weingart for $425,000 from National City Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-19).

c.   259 Falcon Fire Avenue, Las Vegas, NV, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $414,703 liability to World Savings Loan listed in the Liabilities Section of the loan application, or the debt of $414,703 to World Savings Loan listed in the credit report.  That liability and that debt actually correspond to the 8/26/2005 loan to Craig

Weingart for $406,250 from World Savings Bank for the refinancing of 7766 Saxeborough Drive (Loan Code S-16).

d.   249 Falcons Fire Avenue, Las Vegas, NV, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $410,978 liability to "Chevy Chase Fed Sav Ba" listed in the Liabilities Section of the loan application, or the debt of $410,978 to "Chevy Chase Fed Sav Ba" listed in the credit report.  That liability and that debt actually correspond to the 9/7/2005 loan to Craig Weingart for $400,000 from Chevy Chase Bank for the refinancing of 7766 Saxeborough Drive (Loan Code S-18).

e.   777 Sunrise Place, Phoenix, AZ, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $408,397 liability to "Wells Fargo Home Mortg" listed in the Liabilities Section of the loan application, or the debt of $408,397 to "Wells Fargo Home Mortg" listed in the credit report. That liability and that debt actually correspond to the 10/18/2005 loan to Craig Weingart for $412,500 from Wells Fargo Bank NA for the refinancing of 7766 Saxeborough Drive (Loan Code S-22).

f.   790 Magnolia, Scottsdale, AZ, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $396,793 liability to "Chase Manhattan Mortga" listed in the Liabilities Section of the loan application, or the debt of $396,793 to "Chase Manhattan Mortga" listed in the credit report.  That liability and that debt actually correspond to the 10/13/2005 loan to Craig Weingart for $400,000 from WMC Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-21).

g.   767 Sunrise Place, Phoenix, AZ, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $391,355 liability to GMAC Mortgage listed in the Liabilities Section of the loan application, or the debt of $391,355 to GMAC Mortgage listed in the credit report.  That liability and that debt actually correspond to the 1/27/2003 loan to Craig Weingart for $400,000 from General Mortgage Corp of America  for the refinancing of 7766 Saxeborough Drive (Loan Code S-8).

h.   757 Sunrise Place, Phoenix, AZ, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $383,208 liability to Home Coming Funding NE listed in the Liabilities Section of the loan application, or the debt of $383,208 to Home Coming Funding NE listed in the credit report. That liability and that debt actually correspond to the 10/7/2005 loan to

Craig Weingart for $386,500 from Irwin Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-20).

i.  7605 California SW, Seattle, WA, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $336,225 liability to Indymac Bank listed in the Liabilities Section of the loan application, or the debt of $336,225 to Indymac Bank listed in the credit report. That liability and that debt actually correspond to the 7/29/1999 loan to Craig & Waun Weingart for $363,300 from Broad Street Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-3).

j.  The 10/12/00 loan to Craig and Waun Weingart for $356,000 from Option One Mortgage for the refinancing of 7766 Saxeborough (Loan Code S-6) was outstanding as of 12/5/06, but was not listed on the loan application for S-23 as a liability or on the Schedule of Real Estate Owned.

k.  The 8/1/02 loan to Craig and Waun Weingart for $35,000 from Beneficial Mortgage for the refinancing of 7766 Saxeborough (Loan Code S-7) was outstanding as of 12/5/06, but was not listed on the loan application for S-23 as a liability or on the Schedule of Real Estate Owned.

l.  Loan proceeds of $569,998.75 were deposited by wire transfer into the Guaranty Bank account #51209410 in the name of Real Estate Title LLC Escrow/Trust Account on 12/11/06.

m.  Loan proceeds of $140,773.65 were deposited by wire transfer into the Guaranty Bank account #51209410 in the name of Real Estate Title LLC Escrow/Trust Account on 12/11/06.

n.  The proceeds from the loan assigned the Loan Code S-23-A were not used to pay off the prior mortgage designated by the lender to be paid off as a condition of the approval of the loan, namely a loan to Flagstar Bank (Loan Code S-5).

o.  Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code S-23-A:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 1 | GB #1321 WW/AW (WC) | 2/8/07 | $4,104.99 |

72

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 2 | GB #1321 WW/AW (WC) | 3/8/07 | $4,104.99 |
| 3 | ANB # 4723 WW (W) | 4/16/07 | $4,104.99 |
| 4 | ANB # 4723 WW (W) | 5/8/07 | $4,104.99 |
| 5 | ANB # 4723 WW (W) | 6/13/07 | $4,104.99 |
| 6 | ANB # 4723 WW (W) | 7/12/07 | $4,104.99 |
| 7 | ANB # 4723 WW (W) | 8/13/07 | $4,104.99 |
| 8 | ANB # 4723 WW (W) | 9/13/07 | $4,104.99 |
| 9 | ANB # 4723 WW (W) | 10/17/07 | $4,104.99 |
| 10 | ANB # 4723 WW (W) | 11/9/07 | $4,107.49 |
| 11 | ANB # 4723 WW (W) | 12/19/07 | $4,107.49 |
| 12 | ANB # 4723 WW (W) | 1/28/08 | $4,107.49 |
| 13 | ANB # 4723 WW (W) | 2/15/08 | $4,107.49 |
| 14 | GB #1321 WW/AW (WC) | 3/17/08 | $4,107.49 |
| 15 | GB #1321 WW/AW (WC) | 4/8/08 | $4,107.49 |
| 16 | GB #1321 WW/AW (WC) | 5/27/08 | $4,107.49 |

p.    Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code S-23-B:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 1 | GB #1321 WW/AW (WC) | 2/8/07 | $1,395.39 |
| 2 | GB #1321 WW/AW (WC) | 3/8/07 | $1,395.39 |
| 3 | ANB # 4723 WW (W) | 4/16/07 | $1,395.39 |
| 4 | ANB # 4723 WW (W) | 5/8/07 | $1,395.39 |
| 5 | ANB # 4723 WW (W) | 6/13/07 | $1,395.39 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 6 | ANB # 4723 WW (W) | 7/12/07 | $1,395.39 |
| 7 | ANB # 4723 WW (W) | 8/13/07 | $1,395.39 |
| 8 | ANB # 4723 WW (W) | 9/13/07 | $1,395.39 |
| 9 | GB #1321 WW/AW (WC) | 10/17/07 | $1,395.39 |
| 10 | GB #1321 WW/AW (WC) | 11/9/07 | $1,397.89 |
| 11 | GB #1321 WW/AW (WC) | 12/19/07 | $1,397.89 |
| 12 | GB #1321 WW/AW (WC) | 1/28/08 | $1,397.89 |
| 13 | GB #1321 WW/AW (WC) | 2/15/08 | $1,397.89 |
| 14 | GB #1321 WW/AW (WC) | 3/17/08 | $1,397.89 |
| 15 | GB #1321 WW/AW (WC) | 4/8/08 | $1,397.89 |
| 16 | GB #1321 WW/AW (WC) | 5/27/08 | $1,397.89 |

q.    These loans were not paid off as of May 31, 2008.

## OBJECTION TO OPINION #22

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

## OPINION #23

23.   **Opinions for the loan dated 12/22/06 to Waun Weingart by Equifirst for $440,000.**  (This loan is designated as Loan Code S-24)

a.    7605 California SW, Seattle, WA, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $496,000 liability to "AMC Mtg Svcs" listed in the Liabilities Section of the loan application, or the debt of $496,000 to "AMC Mtg Svcs" listed in the credit report.  That liability and that debt actually correspond to the 8/19/2005 loan to Waun Weingart for $496,000 from Ameriquest Mortgage Company (AMC) for the refinancing of 7766 Saxeborough Drive (Loan Code S-15).

b.      3465 S. Ogden, Lajolla, CA, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $406,698 liability to "Wshngtn Mutl" listed in the Liabilities Section of the loan application, or the debt of $406,698 to "Wshgtn Mutl" listed in the credit report.  That liability and that debt actually correspond to the 10/25/2004 loan to Waun Weingart for $397,000 from Washington Mutual Bank (WAMU) for the refinancing of 141 Lost Angel Road (Loan Code L-7).

c.      790 Magnolia Way, Scottsdale, AZ, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $391,370 liability to Aurora Loan listed in the Liabilities Section of the loan application, or the debt of $391,370 to Aurora Loan listed in the credit report.  That liability and that debt actually correspond to the 11/15/2004 loan to Waun Weingart for $400,000 from Lehman Brothers Bank for the refinancing of 141 Lost Angel Road (Loan Code L-8).

d.      249 Falcons Fire Avenue, Las Vegas, NV, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $352,406 liability to "AMTrust Bk" listed in the Liabilities Section of the loan application, or the debt of $352,406 to "AMTrust Bk" listed in the credit report.  That liability and that debt actually correspond to the 11/15/2004 loan to Waun Weingart for $360,400 from Ohio Savings Bank for the refinancing of 7766 Saxeborough Drive (Loan Code S-13).

e.      259 Falcons Fire Avenue, Lsa [sic] Vegas, NV, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $352,233 liability to Aurora Loan listed in the Liabilities Section of the loan application, or the debt of $352,233 to Aurora Loan listed in the credit report.  That liability and that debt actually correspond to the 11/15/2004 loan to Waun Weingart for $360,000 from Lehman Brothers Bank for the refinancing of 7766 Saxeborough Drive (Loan Code S-14).

f.      777 Sunrise Place, Phoenix, AZ, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $311,318 liability to Chase listed in the Liabilities Section of the loan application, or the debt of $311,318 to Chase listed in the credit report.  That liability and that debt actually correspond to the 4/9/2004 loan to Waun Weingart for $320,000 from Chase Manhattan Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-11).

g.    The 7/29/99 loan to Craig and Waun Weingart for $363,300 from Broad Street Mortgage for the refinancing of 7766 Saxeborough (Loan Code S-3) was outstanding as of 12/22/06, but was not listed on the loan application for S-24 as a liability or on the Schedule of Real Estate Owned.

h.    The 8/7/00 loan to Craig and Waun Weingart for $397,500 from Flagstar Bank for the refinancing of 7766 Saxeborough (Loan Code S-5) was outstanding as of 12/22/06, but was not listed on the loan application for S-24 as a liability or on the Schedule of Real Estate Owned.

i.    The 10/12/00 loan to Craig and Waun Weingart for $356,000 from Option One Mortgage for the refinancing of 7766 Saxeborough (Loan Code S-6) was outstanding as of 12/22/06, but was not listed on the loan application for S-24 as a liability or on the Schedule of Real Estate Owned.

j.    The 8/1/02 loan to Craig and Waun Weingart for $35,000 from Beneficial Mortgage for the refinancing of 7766 Saxeborough (Loan Code S-7) was outstanding as of 12/22/06, but was not listed on the loan application for S-24 as a liability or on the Schedule of Real Estate Owned.

k.    The 4/9/04 loan to Waun Weingart for $410,000 from Chase Manhattan Mortgage for the refinancing of 7766 Saxeborough (Loan Code L-5) was outstanding as of 12/22/06, but was not listed on the loan application for S-24 as a liability or on the Schedule of Real Estate Owned.

l.    Loan proceeds of $442,830.71 were deposited by wire transfer into the Guaranty Bank account #51209410 in the name of Real Estate Title LLC Escrow/Trust Account on 12/28/06.

m.    The proceeds from this loan were not used to pay off the prior mortgage designated by the lender to be paid off as a condition of the approval of the loan, namely a loan to Washington Mutual (Loan Code S-12).

n.    Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code S-24:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|-----|--------------------------------------------------------|--------|-----------|
| 1 | ANB # 4723 WW (W) | 2/21/07 | $3,259.42 |
| 2 | ANB # 4723 WW (W) | 3/7/07 | $3,400.70 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 3 | ANB # 4723 WW (W) | 4/16/07 | $3,259.42 |
| 4 | ANB # 4723 WW (W) | 5/8/07 | $3,259.42 |
| 5 | ANB # 4723 WW (W) | 6/13/07 | $3,259.42 |
| 6 | ANB # 4723 WW (W) | 7/12/07 | $3,259.59 |
| 7 | ANB # 4723 WW (W) | 8/14/07 | $3,259.59 |
| 8 | ANB # 4723 WW (W) | 9/13/07 | $3,259.59 |
| 9 | ANB # 4723 WW (W) | 10/17/07 | $3,259.59 |
| 10 | ANB # 4723 WW (W) | 11/8/07 | $3,259.59 |
| 11 | ANB # 4723 WW (W) | 12/14/07 | $3,259.59 |
| 12 | ANB # 4723 WW (W) | 1/25/08 | $3,400.87 |
| 13 | ANB # 4723 WW (W) | 2/14/08 | $3,259.59 |
| 14 | GB #1321 WW/AW (WC) | 3/17/08 | $3,169.12 |
| 15 | GB #1321 WW/AW (WC) | 4/8/08 | $3,169.12 |
| 16 | GB #1321 WW/AW (WC) | 5/28/08 | $3,169.12 |

o.     This loan was not paid off as of May 31, 2008.

## OBJECTION TO OPINION #23

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

## OPINION #24

24.   **Opinions for the loan dated 10/30/07 to Craig Weingart by World Savings Bank for $86,300.**  (This loan is designated as Loan Code S-25)

a.     86555 West Way, Austin, TX, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $330,738 liability to Indymac Bank listed in the Liabilities Section of the loan application, or the debt of $330,738 to

77

Indymac Bank listed in the credit report.  That liability and that debt actually correspond to the 7/29/1999 loan to Craig & Waun Weingart for $363,300 from Broad Street Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-3).

b.      2122 West 44th Ave., an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $482,338 liability to Countrywide listed in the Liabilities Section of the loan application, or the debt of $482,338 to Countrywide Home Loans listed in the credit report.  That liability and that debt actually correspond to the 8/31/2005 loan to Craig Weingart for $492,000 from Ocwen Loan Servicing  for the refinancing of 7766 Saxeborough Drive (Loan Code S-17).

c.      259 Falcons Fire Ave, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $426,166 liability to Chevy Chase listed in the Liabilities Section of the loan application, or the debt of $426,166 to "Chevy Chase Fed Sav Ba" listed in the credit report.  That liability and that debt actually correspond to the 9/7/2005 loan to Craig Weingart for $400,000 from Chevy Chase Bank for the refinancing of 7766 Saxeborough Drive (Loan Code S-18).

d.      249 Falcons Fire Ave, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $416,048 liability to National City listed in the Liabilities Section of the loan application, or the debt of $416,048 to National City Mortgage listed in the credit report.  That liability and that debt actually correspond to the 9/21/2005 loan to Craig Weingart for $425,000 from National City Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-19).

e.      7605 California SW, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $403,636 liability to Wells Fargo listed in the Liabilities Section of the loan application, or the debt of $403,636 to Wells Fargo Home Mortg listed in the credit report.  That liability and that debt actually correspond to the 10/18/2005 loan to Craig Weingart for $412,500 from Wells Fargo Bank NA for the refinancing of 7766 Saxeborough Drive (Loan Code S-22).

f.      430-450 E. 6th Ave, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $393,035 liability to Chase listed in the Liabilities Section of the loan application, or the debt of $393,035 to

"Chase Manhattan Mortga" listed in the credit report.  That liability and that debt actually correspond to the 10/13/2005 loan to Craig Weingart for $400,000 from WMC Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-21).

g.    141 Lost Angel Rd, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $387,892 liability to GMAC Mort. listed in the Liabilities Section of the loan application, or the debt of $387,892 to GMAC Mort. listed in the credit report.  That liability and that debt actually correspond to the 1/27/2003 loan to Craig Weingart for $400,000 from General Mortgage Corp of America  for the refinancing of 7766 Saxeborough Drive (Loan Code S-8).

h.    575-579 Pennsylvania, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $380,647 liability to Homecoming listed in the Liabilities Section of the loan application, or the debt of $380,647 to Homecoming listed in the credit report.  That liability and that debt actually correspond to the 10/7/2005 loan to Craig Weingart for $386,500 from Irwin Mortgage  for the refinancing of 7766 Saxeborough Drive (Loan Code S-20).

i.    There was no address listed on the Schedule of Real Estate Owned Section of the loan application for the $370,536 liability to Flagstar Bank listed in the Liabilities Section of the loan application or the debt of $370,536 to Flagstar Bank listed in the credit report.  That liability and that debt actually correspond to the 8/7/2000 loan to Craig & Waun Weingart for $397,500 from Flagstar Bank for the refinancing of 7766 Saxeborough Drive (Loan Code S-5).

j.    There was no address listed on the Schedule of Real Estate Owned Section of the loan application for the $143,056 liability to "Saxon Mtg" listed in the Liabilities Section of the loan application, or the debt of $143,056 to Saxon Mortgage Service listed in the credit report.  That liability and that debt actually correspond to the 12/5/2006 loan to Craig Weingart for $142,000 from New Century Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-23-B).

k.    There was no address listed on the Schedule of Real Estate Owned Section of the loan application for the $571,764 liability to Saxon Mortgage Service listed in the Liabilities Section of the loan application, or the debt of $571,764 to Saxon Mortgage Service listed in the credit report.  That liability and that debt actually correspond to the 12/5/2006 loan to Craig

Weingart for $568,000 from New Century Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-23-A).

l.     The 10/12/00 loan to Craig and Waun Weingart for $356,000 from Option One Mortgage for the refinancing of 7766 Saxeborough (Loan Code S-6) was outstanding as of 10/30/07, but was not listed on the loan application for S-25 as a liability or on the Schedule of Real Estate Owned.

m.    The 8/1/02 loan to Craig and Waun Weingart for $35,000 from Beneficial Mortgage for the refinancing of 7766 Saxeborough (Loan Code S-7) was outstanding as of 10/30/07, but was not listed on the loan application for S-25 as a liability or on the Schedule of Real Estate Owned.

n.     Loan proceeds of $20,000.00 were deposited by wire transfer into the Guaranty Bank account #55011321 in the name of Waunita R. Weingart and Alois Craig Weingart on 11/5/07.

o.     An additional advance of proceeds on this line of credit in the amount of $15,000.00 was done on 12/6/07.

p.     Loan proceeds of $51,100.00 were deposited by check into the American National Bank account #70074723 in the name of Waun Weingart on 12/20/07.

q.     Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code S-25:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 1 | ANB # 4723 WW (W) | 1/9/08 | $243.40 |
| 2 | GB #9795 TCS (WJC) | 1/30/08 | $258.40 |
| 3 | GB #9795 TCS (WJC) | 2/5/08 | $510.21 |
| 4 | GB #9795 TCS (WJC) | 3/7/08 | $541.47 |
| 5 | GB #9795 TCS (WJC) | 4/4/08 | $481.61 |
| 6 | GB #9795 TCS (WJC) | 5/6/08 | $484.99 |

r.     This loan was not paid off as of May 31, 2008.

80

**OBJECTION TO OPINION #24**

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.


**OPINION #25**

25.   **Opinions for the loan dated 1/18/08 to Alois Weingart by Bank of America for $417,000 and for the loan dated 1/18/08 to Alois Weingart by Bank of America for $32,000.**  (These loans are designated as Loan Code S-26-A and S-26-B respectively)

a.     3165 S Ogden, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $571,443 liability to "Saxon Mortgage Servi" listed in the Schedule of Real Estate Owned Section of the loan application, or the debt of $571,443 to "Saxon Mortgage Servi" listed in the credit report. That liability and that debt actually correspond to the 12/5/2006 loan to Craig Weingart for $568,000 from New Century Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-23-A).

b.     2122 West 44th Ave., an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $480,923 liability to "Countrywide Home Loa" listed in the Schedule of Real Estate Owned Section of the loan application, or the debt of $480,923 to "Countrywide Home Loa" listed in the credit report.  That liability and that debt actually correspond to the 8/31/2005 loan to Craig Weingart for $492,000 from Ocwen Loan Servicing  for the refinancing of 7766 Saxeborough Drive (Loan Code S-17).

c.     259 Falcon Fire Ave, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $430,399 liability to Chevy Chase listed in the Schedule of Real Estate Owned Section of the loan application, or the debt of $430,399 to Chevy Chase  listed in the credit report.  That liability and that debt actually correspond to the 9/7/2005 loan to Craig Weingart for $400,000 from Chevy Chase Bank for the refinancing of 7766 Saxeborough Drive (Loan Code S-18).

d.     259 Falcon Fire Ave, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $20,200 liability to World Savings listed in the Schedule of Real Estate Owned Section of the loan application, or the

81

debt of $20,200 to World Savings & Loan listed in the credit report. That liability and that debt actually correspond to the 10/30/2007 loan to Craig Weingart for $86,300 from World Savings Bank for the refinancing of 7766 Saxeborough Drive (Loan Code S-25).

e.    249 Falcon Fire Ave, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $414,743 liability to "Ntl City Mtg" listed in the Schedule of Real Estate Owned Section of the loan application, or the debt of $414,743 to "Ntl City Mtg" listed in the credit report. That liability and that debt actually correspond to the 9/21/2005 loan to Craig Weingart for $425,000 from National City Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-19).

f.    7605 California SW Ave, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $402,291 liability to "WF Hme Mrtg" listed in the Schedule of Real Estate Owned Section of the loan application, or the debt of $402,291 to "WF Hme Mrtg" listed in the credit report. That liability and that debt actually correspond to the 10/18/2005 loan to Craig Weingart for $412,500 from Wells Fargo Bank NA for the refinancing of 7766 Saxeborough Drive (Loan Code S-22).

g.    430-450 E. 6th Ave, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $391,966 liability to  listed in the Liabilities Section of the loan application, or the debt of $391,966 to "Chase Manhattan Mort" listed in the credit report. That liability and that debt actually correspond to the 10/13/2005 loan to Craig Weingart for $400,000 from WMC  Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-21).

h.    There was no address listed on the Schedule of Real Estate Owned Section of the loan application for part of the $2,055,875 liability listed in the Liabilities Section of the loan application, or the debt of $430,476 to World Savings  listed in the credit report. Part of that liability and that debt actually correspond to the 8/26/2005 loan to Craig Weingart for $406,250 from World Savings Bank for the refinancing of 7766 Saxeborough Drive (Loan Code S-16).

i.    There was no address listed on the Schedule of Real Estate Owned Section of the loan application for part of the $2,055,875 liability listed in the Liabilities Section of the loan application, or the debt of $329,179 to Indymac-HLS listed in the credit report. Part of that liability and that debt actually correspond to the 7/29/1999 loan to Craig & Waun Weingart for

$363,300 from Broad Street Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-3).

j.      There was no address listed on the Schedule of Real Estate Owned Section of the loan application for part of the $2,055,875 liability listed in the Liabilities Section of the loan application, or the debt of $386,775 to "GMAC Mort" listed in the credit report.  Part of that liability and that debt actually correspond to the 1/27/2003 loan to Craig Weingart for $400,000 from General Mortgage Corp of America  for the refinancing of 7766 Saxeborough Drive (Loan Code S-8).

k.      There was no address listed on the Schedule of Real Estate Owned Section of the loan application for part of the $2,055,875 liability listed in the Liabilities Section of the loan application, or the debt of $379,840 to Home Coming Funding listed in the credit report.  Part of that liability and that debt actually correspond to the 10/7/2005 loan to Craig Weingart for $386,500 from Irwin Mortgage  for the refinancing of 7766 Saxeborough Drive (Loan Code S-20).

l.      There was no address listed on the Schedule of Real Estate Owned Section of the loan application for part of the $2,055,875 liability listed in the Liabilities Section of the loan application, or the debt of $369,774 to "Flagstar Bk" listed in the credit report.  Part of that liability and that debt actually correspond to the 8/7/2000 loan to Craig & Waun Weingart for $397,500 from Flagstar Bank for the refinancing of 7766 Saxeborough Drive (Loan Code S-5).

m.      There was no address listed on the Schedule of Real Estate Owned Section of the loan application for part of the $2,055,875 liability listed in the Liabilities Section of the loan application, or the debt of $142,860 to "Saxon Mortgage Servi" listed in the credit report.  Part of that liability and that debt actually correspond to the 12/5/2006 loan to Craig Weingart for $142,000 from New Century Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-23-B).

n.      The 10/12/00 loan to Craig and Waun Weingart for $356,000 from Option One Mortgage for the refinancing of 7766 Saxeborough (Loan Code S-6) was outstanding as of 1/18/08, but was not listed on the loan application for S-26 as a liability or on the Schedule of Real Estate Owned.

o.      The 8/1/02 loan to Craig and Waun Weingart for $35,000 from Beneficial Mortgage for the refinancing of 7766 Saxeborough (Loan Code S-7) was outstanding as of 1/18/08, but was not listed on the loan application for S-26 as a liability or on the Schedule of Real Estate Owned.

p.      Loan proceeds of $411,457.51 were deposited by wire transfer into the American National Bank  account #70272897 in the name of Real Estate Title LLC  Escrow Trust Account on 1/23/08.

q.      Loan proceeds of $32,017.68 were deposited by wire transfer into the American National Bank  account #70272897 in the name of Real Estate Title LLC  Escrow Trust Account on 1/23/08.

r.      The proceeds from the loan assigned the Loan Code S-26-A were not used to pay off the prior mortgage designated by the lender to be paid off as a condition of the approval of the loan, namely a loan to Wachovia Mortgage (Loan Code S-16).

s.      Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code S-26-A:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 1 | GB #1321 WW/AW (WC) | 3/26/08 | $2,515.13 |
| 2 | GB #1321 WW/AW (WC) | 4/8/08 | $2,515.13 |
| 3 | GB #1321 WW/AW (WC) | 5/27/08 | $2,515.13 |

t.      Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code S-26-B:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 1 | GB #1321 WW/AW (WC) | 4/8/08 | $458.52 |
| 2 | GB #1321 WW/AW (WC) | 5/27/08 | $244.26 |

u.      These loans were not paid off as of May 31, 2008.

## OBJECTION TO OPINION #25

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

**OPINION #26**

26.     **Opinions for the loan dated 3/21/02 to John Gallegos by Aames Funding for $278,000.**  (This loan is designated as Loan Code L-1)

     a.     141 Lost Angel Road, Boulder, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $124,000 liability to Equicredit listed in the Liabilities Section of the loan application.  That liability actually corresponds to the 9/22/00 loan to John Gallegos for $124,720 from Stonecreek Funding for the refinancing of 430 E. 6th Avenue (Loan Code 6th-2).

     b.     There was no an address listed on the Schedule of Real Estate Owned Section of the loan application for the "Paid Off" liability to Flagstar Bank listed in the Liabilities Section of the loan application.  That liability actually corresponds to the 9/22/2000 loan to John Gallegos for $124,700 from Flagstar Bank for the refinancing of 430 E. 6th Avenue (Loan Code 6th-1) which was outstanding as of 3/21/02.

     c.     422 E. 6th Avenue., Denver, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $136,579 liability to Homecomings Financial listed in the Liabilities Section of the loan application. That liability actually corresponds to the 7/11/01 loan to John Gallegos for $136,800 from Matrix Financial Services for the refinancing of 430 E. 6th Avenue (Loan Code 6th-4).

     d.     428 E. 6th Ave., Denver, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $136,000 liability to Ocwen Fed listed in the Liabilities Section of the loan application. That liability actually corresponds to the 12/20/2001 loan to John Gallegos for $136,800 from Bridge Capital Corp  for the refinancing of 430 E. 6th Avenue (Loan Code 6th-6).

     e.     The 11/30/01 loan to John Gallegos for $136,800 from CBSK Financial dba American Home Loans for the refinancing of 430 E. 6th Avenue (Loan Code 6th-5-A) was outstanding as of 3/21/02 and was not listed on the loan application for L-1 as a liability and on the Schedule of Real Estate Owned.

     f.     The 11/30/01 loan to John Gallegos for $34,200 from CBSK Financial dba American Home Loans for the refinancing of 430 E. 6th Avenue (Loan Code 6th-5-B) was outstanding as of 3/21/02 and was not listed on the

loan application for L-1 as a liability and on the Schedule of Real Estate Owned.

g.     Loan proceeds of $276,449.60 were deposited by wire transfer into the First American State Bank account #111666 in the name of Colorado County & Community Title Operating Account on 3/21/02.

h.     The proceeds from this loan were not used to pay off the prior mortgage designated by the lender to be paid off as a condition of the approval of the loan, namely a loan to Equicredit (Loan Code 6th-2).

i.     Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code L-1:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|-----|--------------------------------------------------------|------|---------|
| 1 | FASB #1625 CCCT | 5/14/02 | $1,996.43 |
| 2 | FASB #1625 CCCT | 6/14/02 | $1,996.43 |
| 3 | FASB #1625 CCCT | 7/23/02 | $1,996.43 |
| 4 | FASB #7049 CW/WW (CW) | 8/7/02 | $3,992.86 |
| 5 | FASB #7049 CW/WW (CW) | 9/19/02 | $1,996.43 |
| 6 | FASB #7049 CW/WW (CW) | 10/8/02 | $1,996.43 |
| 7 | FASB #7049 CW/WW (CW) | 10/28/02 | $3,992.86 |
| 8 | FASB #7049 CW/WW (CW) | 11/13/02 | $1,996.43 |
| 9 | FASB #1666 CCCT | 12/27/02 | $1,996.43 |
| 10 | FASB #1666 CCCT | 1/16/03 | $1,996.43 |
| 11 | FASB #1666 CCCT | 3/13/03 | $1,996.43 |
| 12 | FASB #1666 CCCT | 5/14/03 | $2,011.43 |
| 13 | ANB #7831 CCCT | 6/11/03 | $2,011.45 |
| 14 | ANB #7831 CCCT | 7/9/03 | $2,358.55 |
| 15 | ANB #7831 CCCT | 8/14/03 | $2,358.54 |
| 16 | ANB #7831 CCCT | 9/17/03 | $2,358.54 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 17 | ANB #7831 CCCT | 10/21/03 | $2,358.54 |
| 18 | ANB #7831 CCCT | 11/12/03 | $2,358.54 |
| 19 | ANB #7831 CCCT | 12/11/03 | $2,358.54 |
| 20 | ANB #7831 CCCT | 1/15/04 | $2,358.54 |
| 21 | FASB #7056 JG (J) | 2/23/04 | $2,358.54 |
| 22 | FASB #7056 JG (J) | 2/23/04 | ($2,358.54) |
| 23 | FASB #7056 JG (J) | 2/24/04 | $2,358.54 |
| 24 | FASB #1625 CCCT | 3/10/04 | $2,358.54 |
| 25 | FASB #7056 JG (J) | 4/13/04 | $2,343.54 |
| 26 | FASB #7056 JG (J) | 5/11/04 | $2,343.54 |
| 27 | FASB #7056 JG (J) | 6/11/04 | $2,251.43 |
| 28 | FASB #7056 JG (J) | 7/15/04 | $2,251.43 |
| 29 | FASB #7056 JG (J) | 8/11/04 | $2,260.43 |
| 30 | FASB #7056 JG (J) | 9/15/04 | $2,260.43 |
| 31 | FASB #7056 JG (J) | 10/15/04 | $2,260.43 |
| 32 | FASB #1625 CCCT | 11/30/04 | $2,260.43 |
| 33 | FASB #7056 JG (J) | 12/6/04 | $2,260.43 |
| 34 | FASB #7056 JG (J) | 1/11/05 | $2,260.43 |
| 35 | FASB #7056 JG (J) | 2/8/05 | $2,260.43 |
| 36 | FASB #7056 JG (J) | 3/15/05 | $1,996.43 |
| 37 | FASB #7056 JG (J) | 4/18/05 | $1,996.43 |
| 38 | FASB #7056 JG (J) | 5/16/05 | $2,274.30 |
| 39 | FASB #7056 JG (J) | 6/17/05 | $2,274.30 |
| 40 | FASB #7056 JG (J) | 7/8/05 | $2,274.30 |
| 41 | FASB #7056 JG (J) | 8/10/05 | $2,274.30 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 42 | FASB #7056 JG (J) | 9/13/05 | $2,274.30 |
| 43 | FASB #7056 JG (J) | 10/6/05 | $2,274.30 |
| 44 | ANB # 4710 JG (J) | 11/14/05 | $2,440.48 |
| 45 | ANB # 4710 JG (J) | 12/7/05 | $2,440.48 |
| 46 | ANB # 4710 JG (J) | 1/9/06 | $2,440.48 |
| 47 | ANB # 4710 JG (J) | 2/9/06 | $2,440.48 |
| 48 | ANB # 4710 JG (J) | 3/8/06 | $2,440.48 |
| 49 | ANB # 4710 JG (J) | 4/7/06 | $2,440.48 |
| 50 | GB #1348 JG (J) | 5/17/06 | $2,633.28 |
| 51 | ANB # 4710 JG (J) | 6/8/06 | $2,633.28 |
| 52 | ANB # 4710 JG (J) | 7/17/06 | $2,648.28 |
| 53 | ANB # 4710 JG (J) | 8/4/06 | $2,648.28 |
| 54 | ANB # 4710 JG (J) | 9/8/06 | $2,648.28 |
| 55 | ANB # 4710 JG (J) | 10/13/06 | $2,648.28 |
| 56 | ANB # 4723 WW (W) | 11/14/06 | $2,721.12 |
| 57 | ANB # 4710 JG (J) | 12/14/06 | $2,721.12 |
| 58 | ANB # 4710 JG (J) | 1/12/07 | $2,721.12 |
| 59 | ANB # 4710 JG (J) | 2/9/07 | $2,721.12 |
| 60 | ANB # 4723 WW (W) | 3/8/07 | $2,721.12 |
| 61 | ANB # 4723 WW (W) | 4/16/07 | $2,721.12 |
| 62 | ANB # 4710 JG (J) | 5/9/07 | $2,721.12 |
| 63 | ANB # 4710 JG (J) | 6/19/07 | $2,721.12 |
| 64 | ANB # 4710 JG (J) | 7/11/07 | $2,721.12 |
| 65 | ANB # 4710 JG (J) | 8/13/07 | $2,721.12 |
| 66 | ANB # 4710 JG (J) | 9/13/07 | $2,721.12 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 67 | ANB # 4723 WW (W) | 10/16/07 | $2,721.12 |
| 68 | ANB # 4710 JG (J) | 11/8/07 | $2,745.13 |
| 69 | ANB # 4710 JG (J) | 12/18/07 | $2,745.13 |
| 70 | ANB # 4710 JG (J) | 1/25/08 | $2,844.95 |
| 71 | ANB # 4710 JG (J) | 2/14/08 | $2,745.13 |
| 72 | GB #1321 WW/AW (WC) | 3/17/08 | $2,745.13 |
| 73 | GB #1321 WW/AW (WC) | 4/8/08 | $2,735.13 |
| 74 | GB #1321 WW/AW (WC) | 5/27/08 | $2,556.66 |

j.      This loan was not paid off as of May 31, 2008.

## OBJECTION TO OPINION #26

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

## OPINION #27

27.   **Opinions for the loan dated 3/29/02 to John Gallegos by Resource Bank for $400,000.**  (This loan is designated as Loan Code L-2)

a.      422 E. 6th Ave., Denver, CO, an address listed on the Liabilities Section of the loan application, is not the property which was pledged as collateral for the "Paid Off" liability to Flagstar Bank listed in the Liabilities Section of the loan application.  That liability actually corresponds to the 9/22/2000 loan to John Gallegos for $124,700 from Flagstar Bank for the refinancing of 430 E. 6th Avenue (Loan Code 6th-1) which was outstanding as of 3/29/02.

b.      141 Lost Angel Road, Boulder, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $136,000 liability to Loan Works listed in the Liabilities Section of the loan application.  That liability actually corresponds to the 6/25/2001 loan to John Gallegos for $136,800 from

Peoples Choice Home Loan for the refinancing of 430 E. 6th Avenue (Loan Code 6th-3).

c.      422 E. 6th Ave., Denver, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $136,579 liability to Homecomings Financial listed in the Liabilities Section of the loan application.  That liability actually corresponds to the 7/11/01 loan to John Gallegos for $136,800 from Matrix Financial Services for the refinancing of 430 E. 6th Avenue (Loan Code 6th-4).

d.      426 E. 6th Ave., Denver, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $136,000 liability to Ocwen Fed listed in the Liabilities Section of the loan application.  That liability actually corresponds to the 12/20/2001 loan to John Gallegos for $136,800 from Bridge Capital Corp  for the refinancing of 430 E. 6th Avenue (Loan Code 6th-6).

e.      The 11/30/01 loan to John Gallegos for $136,800 from CBSK Financial dba American Home Loans for the refinancing of 430 E. 6th Avenue (Loan Code 6th-5-A) was outstanding as of 3/29/02 and was not listed on the loan application for L-2 as a liability and on the Schedule of Real Estate Owned.

f.      The 11/30/01 loan to John Gallegos for $34,200 from CBSK Financial dba American Home Loans for the refinancing of 430 E. 6th Avenue (Loan Code 6th-5-B) was outstanding as of 3/29/02 and was not listed on the loan application for L-2 as a liability and on the Schedule of Real Estate Owned.

g.      The 3/21/02 loan to John Gallegos for $278,000 from Aames Funding for the refinancing of 141 Lost Angel Road (Loan Code L-1) was outstanding as of 3/29/02 and was not listed on the loan application for L-2 as a liability and on the Schedule of Real Estate Owned.

h.      Loan proceeds of $397,705.01 were deposited by wire transfer into the First American State Bank account #111625 in the name of Colorado County & Community Title Money Market Account on 3/29/02.

i.      The proceeds from this loan were not used to pay off the prior mortgage designated by the lender to be paid off as a condition of the approval of the loan, namely a loan to Loanworks (Loan Code 6th-3).

j.   Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code L-2:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 1 | FASB #1625 CCCT | 6/13/02 | $3,550.67 |
| 2 | FASB #1625 CCCT | 6/17/02 | $3,550.67 |
| 3 | FASB #1625 CCCT | 7/18/02 | $3,550.67 |
| 4 | FASB #7049 CW/WW (CW) | 8/6/02 | $3,550.67 |
| 5 | FASB #7049 CW/WW (CW) | 9/16/02 | $3,550.67 |
| 6 | FASB #7049 CW/WW (CW) | 10/16/02 | $3,550.67 |
| 7 | FASB #7049 CW/WW (CW) | 11/13/02 | $3,550.67 |
| 8 | FASB #1666 CCCT | 2/3/03 | $7,116.34 |
| 9 | FASB #1666 CCCT | 2/3/03 | $3,550.67 |
| 10 | FASB #1666 CCCT | 3/13/03 | $3,550.67 |
| 11 | FASB #1666 CCCT | 4/16/03 | $7,159.24 |
| 12 | FASB #1666 CCCT | 5/15/03 | $3,565.67 |
| 13 | ANB #7831 CCCT | 6/11/03 | $3,565.67 |
| 14 | ANB #7831 CCCT | 7/9/03 | $3,565.67 |
| 15 | ANB #7831 CCCT | 8/14/03 | $3,565.67 |
| 16 | ANB #7831 CCCT | 9/17/03 | $3,565.67 |
| 17 | ANB #7831 CCCT | 10/21/03 | $3,706.05 |
| 18 | ANB #7831 CCCT | 11/12/03 | $3,706.05 |
| 19 | ANB #7831 CCCT | 12/11/03 | $3,706.05 |
| 20 | ANB #7831 CCCT | 1/15/04 | $3,706.05 |
| 21 | FASB #7056 JG (J) | 2/23/04 | $3,706.05 |
| 22 | FASB #7056 JG (J) | 2/24/04 | ($3,706.05) |
| 23 | FASB #7056 JG (J) | 2/25/04 | $3,706.05 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 24 | FASB #1625 CCCT | 3/10/04 | $3,706.05 |
| 25 | FASB #7056 JG (J) | 4/13/04 | $3,691.05 |
| 26 | FASB #7056 JG (J) | 5/11/04 | $3,691.05 |
| 27 | FASB #7056 JG (J) | 6/11/04 | $3,691.05 |
| 28 | FASB #7056 JG (J) | 7/15/04 | $3,546.21 |
| 29 | FASB #7056 JG (J) | 8/11/04 | $3,546.21 |
| 30 | FASB #7056 JG (J) | 9/15/04 | $3,546.21 |
| 31 | FASB #1625 CCCT | 11/9/04 | $7,092.42 |
| 32 | FASB #7056 JG (J) | 11/15/04 | $3,546.21 |
| 33 | FASB #7056 JG (J) | 12/6/04 | $3,546.21 |
| 34 | FASB #7056 JG (J) | 1/11/05 | $3,546.21 |
| 35 | FASB #7056 JG (J) | 2/8/05 | $3,546.21 |
| 36 | FASB #7056 JG (J) | 3/15/05 | $3,546.21 |
| 37 | FASB #7056 JG (J) | 4/18/05 | $3,546.21 |
| 38 | FASB #7056 JG (J) | 5/16/05 | $3,529.88 |
| 39 | FASB #7056 JG (J) | 6/17/05 | $3,529.88 |
| 40 | FASB #7056 JG (J) | 7/8/05 | $3,529.88 |
| 41 | FASB #7056 JG (J) | 8/10/05 | $3,529.88 |
| 42 | FASB #7056 JG (J) | 9/13/05 | $3,529.88 |
| 43 | FASB #7056 JG (J) | 10/7/05 | $3,529.88 |
| 44 | ANB # 4710 JG (J) | 11/14/05 | $3,529.88 |
| 45 | ANB # 4710 JG (J) | 12/7/05 | $3,529.88 |
| 46 | ANB # 4710 JG (J) | 1/12/06 | $3,529.88 |
| 47 | ANB # 4710 JG (J) | 2/9/06 | $3,529.88 |
| 48 | ANB # 4710 JG (J) | 3/8/06 | $3,529.88 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|-----|--------------------------------------------------------|------|---------|
| 49 | ANB # 4710 JG (J) | 4/6/06 | $3,529.88 |
| 50 | ANB # 4710 JG (J) | 5/17/06 | $3,513.61 |
| 51 | ANB # 4710 JG (J) | 6/8/06 | $3,513.61 |
| 52 | ANB # 4710 JG (J) | 7/17/06 | $3,528.61 |
| 53 | ANB # 4723 WW (W) | 8/4/06 | $3,528.61 |
| 54 | ANB # 4710 JG (J) | 9/8/06 | $3,528.61 |
| 55 | ANB # 4710 JG (J) | 10/13/06 | $3,528.61 |
| 56 | ANB # 4723 WW (W) | 11/14/06 | $3,528.61 |
| 57 | ANB # 4710 JG (J) | 12/14/06 | $3,528.61 |
| 58 | ANB # 4710 JG (J) | 1/12/07 | $3,528.61 |
| 59 | ANB # 4710 JG (J) | 2/14/07 | $3,528.61 |
| 60 | ANB # 4710 JG (J) | 3/8/07 | $3,528.61 |
| 61 | ANB # 4710 JG (J) | 4/16/07 | $3,523.35 |
| 62 | ANB # 4710 JG (J) | 5/9/07 | $3,523.35 |
| 63 | ANB # 4723 WW (W) | 6/19/07 | $3,523.35 |
| 64 | ANB # 4710 JG (J) | 7/12/07 | $3,523.35 |
| 65 | ANB # 4710 JG (J) | 8/13/07 | $3,523.35 |
| 66 | ANB # 4710 JG (J) | 9/13/07 | $3,523.35 |
| 67 | ANB # 4710 JG (J) | 10/16/07 | $3,523.35 |
| 68 | GB #1321 WW/AW (WC) | 11/8/07 | $3,523.35 |
| 69 | ANB # 4710 JG (J) | 12/18/07 | $3,523.35 |
| 70 | ANB # 4710 JG (J) | 1/29/08 | $3,523.35 |
| 71 | ANB # 4723 WW (W) | 2/19/08 | $3,523.35 |
| 72 | GB #1321 WW/AW (WC) | 3/17/08 | $3,523.35 |
| 73 | GB #1321 WW/AW (WC) | 4/8/08 | $3,513.35 |

k.     This loan was not paid off as of May 31, 2008.

## OBJECTION TO OPINION #27

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

## OPINION #28

28.   **Opinions for the loan dated 6/25/02 to John Gallegos by General Mortgage Corp of America for $229,800.**  (This loan is designated as Loan Code L-3)

a.     141 Lost Angel Road, Boulder, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $124,000 liability to Equicredit listed in the Liabilities Section of the loan application, or the debt of $123,768 to Equicredit Corp listed in the credit report.  That liability and that debt actually correspond to the 9/22/00 loan to John Gallegos for $124,720 from Stonecreek Funding for the refinancing of 430 E. 6th Avenue (Loan Code 6th-2).

b.     422 E. 6th Avenue , an address listed in the Liabilities Section of the loan application, is not the property which was pledged as collateral for the "Paid Off" liability to Flagstar Bank listed in the Liabilities Section of the loan application, or the debt of $123,362 to Flagstar Bank listed in the credit report.  That liability and that debt actually correspond to the 9/22/2000 loan to John Gallegos for $124,700 from Flagstar Bank for the refinancing of 430 E. 6th Avenue (Loan Code 6th-1).

c.     426 E. 6th Ave, Denver, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $136,000 liability to Ocwen Fed listed in the Liabilities Section of the loan application, or the debt of $136,000 to Ocwen Fed listed in the credit report.  That liability and that debt actually correspond to the 12/20/2001 loan to John Gallegos for $136,800 from Bridge Capital Corp  for the refinancing of 430 E. 6th Avenue (Loan Code 6th-6).

d.     422 E. 6th Ave, Denver, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $136,000 liability to Loanworks I.E. Indymac listed in the Liabilities Section of the loan application, or the debt of $135,805 to Indymac Bk Loan Works listed in the credit report.  That liability and that debt actually correspond to the 6/25/2001 loan to John

Gallegos for $136,800 from Peoples Choice Home Loan for the refinancing of 430 E. 6th Avenue (Loan Code 6th-3).

e.  5603 California SW, Seattle, WA, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $338,214 liability to Countrywide listed in the Liabilities Section of the loan application, or the debt of $335,833 to Countrywide listed in the credit report. That liability and debt actually correspond to the 7/19/2001 loan to John Gallegos for $337,500 from Resource Bank for the refinancing of 7603 California Avenue SW (Loan Code Calif-1).

f.  5603 California SW, an address listed in the Liabilities Section of the loan application, is not the property which was pledged as collateral for the $136,800 liability to Olympus Servicing listed in the Liabilities Section of the loan application, or the debt of $136,410 to Olympus Servicing LP listed in the credit report. That liability and that debt actually correspond to the 11/30/2001 loan to John Gallegos for $136,800 from CBSK Financial dba American Home Loans for the refinancing of 430 E. 6th Avenue (Loan Code 6th-5-A).

g.  5939 W. 44th Ave SW, Seattle, WA, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $279,801 liability to Aames Home Loans listed in the Liabilities Section of the loan application, or the debt of $279,801 to Aames Home Loan listed in the credit report. That liability and that debt actually correspond to the 3/21/2002 loan to John Gallegos for $278,000 from Aames Funding for the refinancing of 141 Lost Angel Road (Loan Code L-1).

h.  The 11/30/01 loan to John Gallegos for $34,200 from CBSK Financial dba American Home Loans for the refinancing of 430 E. 6th Avenue (Loan Code 6th-5-B) was outstanding as of 6/25/02 and was not listed on the loan application for L-3 as a liability and on the Schedule of Real Estate Owned.

i.  The 3/29/02 loan to John Gallegos for $400,000 from Resource Bank for the refinancing of 141 Lost Angel Road (Loan Code L-2) was outstanding as of 6/25/02 and was not listed on the loan application for L-3 as a liability and on the Schedule of Real Estate Owned.

j.  The proceeds from this loan were not used to pay off the prior mortgage designated by the lender to be paid off as a condition of the approval of the loan, namely a loan to Equicredit (Loan Code 6th-2).

k.    Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code L-3:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|-----|--------------------------------------------------------|------|---------|
| 1 | FASB #1625 CCCT | 7/10/02 | $1,048.00 |
| 2 | FASB #1625 CCCT | 8/14/02 | $1,749.52 |
| 3 | FASB #7049 CW/WW (CW) | 9/10/02 | $1,666.21 |
| 4 | FASB #7049 CW/WW (CW) | 10/8/02 | $1,666.21 |
| 5 | FASB #7049 CW/WW (CW) | 11/13/02 | $1,666.21 |
| 6 | FASB #1666 CCCT | 12/26/02 | $1,749.52 |
| 7 | FASB #1666 CCCT | 2/4/03 | $1,666.21 |
| 8 | FASB #1666 CCCT | 2/4/03 | $1,666.21 |
| 9 | FASB #1666 CCCT | 3/12/03 | $1,749.52 |
| 10 | FASB #1666 CCCT | 4/17/03 | $1,678.20 |
| 11 | FASB #1666 CCCT | 5/15/03 | $1,666.21 |
| 12 | ANB #7831 CCCT | 6/12/03 | $1,666.21 |
| 13 | ANB #7831 CCCT | 7/10/03 | $1,666.21 |
| 14 | ANB #7831 CCCT | 8/19/03 | $1,666.21 |
| 15 | ANB #7831 CCCT | 9/17/03 | $1,666.21 |
| 16 | ANB #7831 CCCT | 10/22/03 | $1,749.52 |
| 17 | ANB #7831 CCCT | 11/13/03 | $1,666.21 |
| 18 | ANB #7831 CCCT | 12/12/03 | $1,666.21 |
| 19 | ANB #7831 CCCT | 1/16/04 | $1,666.21 |
| 20 | FASB #7056 JG (J) | 2/24/04 | $1,749.52 |
| 21 | FASB #7056 JG (J) | 3/11/04 | $1,666.21 |
| 22 | FASB #7056 JG (J) | 4/14/04 | $1,666.21 |
| 23 | FASB #7056 JG (J) | 5/12/04 | $1,666.21 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 24 | FASB #1625 CCCT | 7/16/04 | $3,332.42 |
| 25 | FASB #1625 CCCT | 8/12/04 | $1,666.21 |
| 26 | FASB #1625 CCCT | 9/15/04 | $1,666.21 |
| 27 | FASB #1625 CCCT | 10/18/04 | $1,666.21 |
| 28 | FASB #1625 CCCT | 11/16/04 | $1,666.21 |
| 29 | FASB #1625 CCCT | 12/7/04 | $1,666.21 |
| 30 | FASB #1625 CCCT | 1/12/05 | $1,666.21 |
| 31 | FASB #1625 CCCT | 2/9/05 | $1,666.21 |
| 32 | FASB #1625 CCCT | 3/17/05 | $1,666.21 |
| 33 | FASB #1625 CCCT | 4/19/05 | $1,666.21 |
| 34 | FASB #1625 CCCT | 5/17/05 | $1,666.21 |
| 35 | FASB #1625 CCCT | 6/20/05 | $1,666.21 |
| 36 | FASB #7056 JG (J) | 7/13/05 | $1,666.21 |
| 37 | FASB #7056 JG (J) | 8/12/05 | $2,138.50 |
| 38 | FASB #7056 JG (J) | 9/14/05 | $2,138.50 |
| 39 | FASB #7056 JG (J) | 10/7/05 | $2,138.50 |
| 40 | ANB # 4710 JG (J) | 11/15/05 | $2,138.50 |
| 41 | ANB # 4710 JG (J) | 12/8/05 | $2,138.50 |
| 42 | ANB # 4710 JG (J) | 1/18/06 | $2,138.50 |
| 43 | ANB # 4710 JG (J) | 2/10/06 | $2,303.14 |
| 44 | ANB # 4710 JG (J) | 3/9/06 | $2,303.14 |
| 45 | ANB # 4710 JG (J) | 4/7/06 | $2,303.14 |
| 46 | ANB # 4710 JG (J) | 5/17/06 | $2,303.14 |
| 47 | ANB # 4710 JG (J) | 6/9/06 | $2,303.14 |
| 48 | ANB # 4710 JG (J) | 7/18/06 | $2,303.14 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|-----|----------------------------------------------------------|------|---------|
| 49 | ANB # 4710 JG (J) | 8/7/06 | $2,427.90 |
| 50 | ANB # 4710 JG (J) | 9/11/06 | $2,427.90 |
| 51 | ANB # 4710 JG (J) | 10/16/06 | $2,427.90 |
| 52 | ANB # 4710 JG (J) | 11/15/06 | $2,427.90 |
| 53 | ANB # 4710 JG (J) | 12/15/06 | $2,427.90 |
| 54 | ANB # 4710 JG (J) | 1/16/07 | $2,427.90 |
| 55 | ANB # 4710 JG (J) | 2/14/07 | $2,448.72 |
| 56 | ANB # 4710 JG (J) | 3/9/07 | $2,448.72 |
| 57 | ANB # 4710 JG (J) | 4/17/07 | $2,448.72 |
| 58 | ANB # 4723 WW (W) | 5/10/07 | $2,456.22 |
| 59 | ANB # 4710 JG (J) | 6/13/07 | $2,456.22 |
| 60 | ANB # 4723 WW (W) | 7/12/07 | $2,456.22 |
| 61 | ANB # 4710 JG (J) | 8/13/07 | $2,456.22 |
| 62 | GB #1321 WW/AW (WC) | 9/14/07 | $2,456.22 |
| 63 | ANB # 4710 JG (J) | 10/17/07 | $2,456.22 |
| 64 | ANB # 4710 JG (J) | 11/8/07 | $2,456.22 |
| 65 | ANB # 4723 WW (W) | 12/18/07 | $2,456.22 |
| 66 | ANB # 4723 WW (W) | 1/25/08 | $2,578.65 |
| 67 | ANB # 4723 WW (W) | 2/14/08 | $2,354.16 |
| 68 | GB #1321 WW/AW (WC) | 3/18/08 | $2,354.16 |
| 69 | GB #1321 WW/AW (WC) | 4/22/08 | $2,478.99 |
| 70 | GB #1321 WW/AW (WC) | 5/27/08 | $2,354.16 |

l.      This loan was not paid off as of May 31, 2008.


**OBJECTION TO OPINION #28**

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

**OPINION #29**

29.    **Opinions for the loan dated 2/13/04 to John Gallegos by 1st Mariner Bank for $400,000.**  (This loan is designated as Loan Code L-4)

  a.    141 Lost Angel Road, Boulder, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $395,185 liability to LSC listed in the Liabilities Section of the loan application, or the debt of $395,185 to LSC listed in the credit report.  That liability and that debt actually correspond to the 3/29/2002 loan to John Gallegos for $400,000 from Resource Bank  for the refinancing of 141 Lost Angel Road (Loan Code L-2).

  b.    21789 California SW, Puget Sound, Seattle, WA, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $355,665 liability to Countrywide listed in the Liabilities Section of the loan application, or the debt of $355,665 to Countrywide Home Loans listed in the credit report. That liability and that debt actually correspond to the 12/27/2002 loan to John Gallegos for $360,000 from  for the refinancing of 7603 California Avenue SW (Loan Code Calif-2).

  c.    There was no address listed on the Schedule of Real Estate Owned Section of the loan application for the $134,627 liability to Home Coming Funding listed in the Liabilities Section of the loan application, or the debt of $134,627 to Home Coming Funding NE listed in the credit report.  That liability and that debt actually correspond to the 7/11/01 loan to John Gallegos for $136,800 from Matrix Financial Services for the refinancing of 430 E. 6th Avenue (Loan Code 6th-4).

  d.    There was no address listed on the Schedule of Real Estate Owned Section of the loan application for the $133,731 liability to Indymac listed in the Liabilities Section of the loan application, or the debt of $133,731 to Indymac Bank listed in the credit report.  That liability and that debt actually correspond to the 6/25/2001 loan to John Gallegos for $136,800 from Peoples Choice Home Loan for the refinancing of 430 E. 6th Avenue (Loan Code 6th-3).

e.  1317 S. Raleigh Street, Denver, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $135,022 liability to Ocwen Federal Bank listed in the Liabilities Section of the loan application, or the debt of $135,022 to Ocwen Federal Bank listed in the credit report. That liability and that debt actually correspond to the 12/20/2001 loan to John Gallegos for $136,800 from Bridge Capital Corp for the refinancing of 430 E. 6th Avenue (Loan Code 6th-6).

f.  1515 S. Navajo Street, Denver, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $134,585 liability to Ocwen Federal Bank listed in the Liabilities Section of the loan application, or the debt of $134,585 to Ocwen Federal Bank listed in the credit report. That liability and that debt actually correspond to the 11/30/2001 loan to John Gallegos for $136,800 from CBSK Financial dba American Home Loans for the refinancing of 430 E. 6th Avenue (Loan Code 6th-5-A).

g.  1519 S. Navajo Street, Denver, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $122,000 liability to Flagstar Bank listed in the Liabilities Section of the loan application, or the debt of $122,000 to Flagstar Bank listed in the credit report. That liability and that debt actually correspond to the 9/22/00 loan to John Gallegos for $124,720 from Stonecreek Funding for the refinancing of 430 E. 6th Avenue (Loan Code 6th-2).

h.  The 9/22/00 loan to John Gallegos for $124,700 from Flagstar Bank for the refinancing of 430 E. 6th Avenue (Loan Code 6th-1) was outstanding as of 2/13/04 and was not listed on loan application for L-4 as a liability and on the Schedule of Real Estate Owned.

i.  77217 Terra Cr, Scottsdale, AZ, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $271,688 liability to LSC listed in the Liabilities Section of the loan application, or the debt of $271,688 to LSC listed in the credit report. That liability and that debt actually correspond to the 3/21/2002 loan to John Gallegos for $278,000 from Aames Funding for the refinancing of 141 Lost Angel Road (Loan Code L-1).

j.  1213 S. Mariposa, Denver, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $227,037 liability to Home Coming Funding listed in the Liabilities Section of the loan application, or the debt of $227,037 to Home Coming Funding NE listed in the credit report. That

liability and that debt actually correspond to the 6/25/2002 loan to John Gallegos for $229,800 from General Mortgage Corp of America  for the refinancing of 141 Lost Angel Road (Loan Code L-3).

k.     21789 California SW, Puget Sound, Seattle, WA, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $34,045 liability to Wilshire Credit Corp listed in the Liabilities Section of the loan application, or the debt of $34,045 to Wilshire Credit Corp listed in the credit report. That liability and that debt actually correspond to the 11/30/2001 loan to John Gallegos for $34,200 from CBSK Financial dba American Home Loans  for the refinancing of 430 E. 6th Avenue (Loan Code 6th-5-B).

l.     Loan proceeds of $397,733.41 were deposited by wire transfer into the First American State Bank account #111625 in the name of Colorado County & Community Title Money Market Account on 2/19/04.

m.     The proceeds from this loan were not used to pay off the prior mortgage designated by the lender to be paid off as a condition of the approval of the loan, namely a loan to Fairbanks (Loan Code L-2).

n.     The proceeds from this loan were used in part to fund the payoff of S-2.

o.     Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code L-4:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 1 | FASB #7056 JG (J) | 4/16/04 | $2,920.19 |
| 2 | FASB #7056 JG (J) | 5/12/04 | $2,920.19 |
| 3 | FASB #7056 JG (J) | 6/11/04 | $2,920.19 |
| 4 | FASB #7056 JG (J) | 7/16/04 | $2,920.19 |
| 5 | FASB #7056 JG (J) | 8/12/04 | $2,920.19 |
| 6 | FASB #7056 JG (J) | 9/15/04 | $2,920.19 |
| 7 | FASB #7056 JG (J) | 10/18/04 | $2,920.19 |
| 8 | FASB #7056 JG (J) | 11/15/04 | $2,920.19 |
| 9 | FASB #7056 JG (J) | 12/6/04 | $2,920.19 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 10 | FASB #7056 JG (J) | 1/13/05 | $2,920.19 |
| 11 | FASB #7056 JG (J) | 2/16/05 | $2,920.19 |
| 12 | FASB #7056 JG (J) | 3/16/05 | $2,920.19 |
| 13 | FASB #7056 JG (J) | 4/18/05 | $2,865.98 |
| 14 | FASB #7056 JG (J) | 5/17/05 | $2,865.98 |
| 15 | FASB #7056 JG (J) | 6/21/05 | $2,865.98 |
| 16 | FASB #7056 JG (J) | 7/11/05 | $2,865.98 |
| 17 | FASB #7056 JG (J) | 8/10/05 | $2,865.98 |
| 18 | FASB #7056 JG (J) | 9/13/05 | $2,865.98 |
| 19 | FASB #7056 JG (J) | 10/7/05 | $2,865.98 |
| 20 | ANB # 4710 JG (J) | 11/15/05 | $2,865.98 |
| 21 | ANB # 4710 JG (J) | 12/7/05 | $2,865.98 |
| 22 | ANB # 4710 JG (J) | 1/12/06 | $2,865.98 |
| 23 | ANB # 4710 JG (J) | 2/9/06 | $2,865.98 |
| 24 | ANB # 4710 JG (J) | 3/8/06 | $2,903.66 |
| 25 | ANB # 4710 JG (J) | 4/7/06 | $2,891.16 |
| 26 | ANB # 4710 JG (J) | 6/8/06 | $3,017.57 |
| 27 | ANB # 1142 RET (WJ) | 6/22/06 | $2,903.66 |
| 28 | ANB # 4723 WW (W) | 7/18/06 | $2,891.16 |
| 29 | ANB # 4723 WW (W) | 8/7/06 | $2,891.16 |
| 30 | ANB # 4710 JG (J) | 9/11/06 | $2,891.16 |
| 31 | ANB # 4723 WW (W) | 10/13/06 | $2,891.16 |
| 32 | ANB # 4723 WW (W) | 11/15/06 | $2,891.16 |
| 33 | ANB # 4710 JG (J) | 12/15/06 | $3,017.57 |
| 34 | ANB # 4723 WW (W) | 1/16/07 | $2,891.16 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|-----|---------------------------------------------------------|------|---------|
| 35 | ANB # 4723 WW (W) | 2/9/07 | $2,891.16 |
| 36 | ANB # 4723 WW (W) | 3/9/07 | $2,891.16 |
| 37 | ANB # 4723 WW (W) | 4/17/07 | $3,359.07 |
| 38 | ANB # 4723 WW (W) | 5/9/07 | $3,359.07 |
| 39 | ANB # 4723 WW (W) | 6/20/07 | $3,359.07 |
| 40 | ANB # 4723 WW (W) | 7/12/07 | $3,359.07 |
| 41 | ANB # 4723 WW (W) | 8/14/07 | $3,359.07 |
| 42 | ANB # 4723 WW (W) | 9/18/07 | $3,359.07 |
| 43 | ANB # 4723 WW (W) | 10/17/07 | $3,359.07 |
| 44 | ANB # 4723 WW (W) | 11/9/07 | $3,359.07 |
| 45 | ANB # 4723 WW (W) | 12/19/07 | $3,359.07 |
| 46 | ANB # 4723 WW (W) | 1/28/08 | $3,359.07 |
| 47 | ANB # 4723 WW (W) | 2/15/08 | $3,359.07 |
| 48 | GB #1321 WW/AW (WC) | 3/18/08 | $3,359.07 |
| 49 | GB #1321 WW/AW (WC) | 4/11/08 | $3,242.75 |
| 50 | GB #1321 WW/AW (WC) | 5/28/08 | $3,242.75 |

     p.    This loan was not paid off as of May 31, 2008.

## OBJECTION TO OPINION #29

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

## OPINION #30

30.   **Opinions for the loan dated 4/9/04 to Waun Weingart by Chase Manhattan Mortgage for $410,000.**  (This loan is designated as Loan Code L-5)

a.    Loan proceeds of $403,309.69 were deposited by wire transfer into the First American State Bank account #111625 in the name of Colorado County & Community Title Money Market Account on 4/13/04.

b.    The proceeds from this loan were not used to pay off the prior mortgage designated by the lender to be paid off as a condition of the approval of the loan, namely a loan to Flagstar.

c.    The proceeds from this loan were used in part to fund the payoff of S-9.

d.    Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code L-5:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 1 | ANB #7831 CCCT | 6/21/04 | $3,141.35 |
| 2 | ANB #7831 CCCT | 7/16/04 | $3,133.35 |
| 3 | ANB #7831 CCCT | 8/12/04 | $3,133.35 |
| 4 | ANB #7831 CCCT | 9/16/04 | $3,133.35 |
| 5 | ANB #7831 CCCT | 10/18/04 | $3,133.35 |
| 6 | ANB #7831 CCCT | 11/17/04 | $3,133.35 |
| 7 | ANB #7831 CCCT | 12/6/04 | $3,133.35 |
| 8 | ANB #7831 CCCT | 1/12/05 | $3,133.35 |
| 9 | ANB #7831 CCCT | 2/10/05 | $3,133.35 |
| 10 | ANB #7831 CCCT | 3/16/05 | $3,133.35 |
| 11 | FASB #1355 CW/WW  (CW) | 4/19/05 | $3,133.35 |
| 12 | FASB #1355 CW/WW  (CW) | 5/17/05 | $3,133.35 |
| 13 | FASB #1355 CW/WW  (CW) | 6/21/05 | $3,176.12 |
| 14 | FASB #1355 CW/WW  (CW) | 7/11/05 | $3,121.16 |
| 15 | FASB #1355 CW/WW  (CW) | 8/10/05 | $3,121.16 |
| 16 | FASB #1355 CW/WW  (CW) | 9/13/05 | $3,121.16 |
| 17 | FASB #1355 CW/WW  (CW) | 10/7/05 | $3,121.16 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 18 | ANB # 4723 WW (W) | 11/15/05 | $3,121.16 |
| 19 | ANB # 4723 WW (W) | 12/7/05 | $3,121.16 |
| 20 | ANB # 4723 WW (W) | 1/12/06 | $3,121.16 |
| 21 | ANB # 4723 WW (W) | 2/9/06 | $3,121.16 |
| 22 | ANB # 4723 WW (W) | 3/8/06 | $3,121.16 |
| 23 | ANB # 4723 WW (W) | 4/6/06 | $3,121.16 |
| 24 | ANB # 4723 WW (W) | 5/12/06 | $3,121.16 |
| 25 | ANB # 4723 WW (W) | 6/8/06 | $3,121.16 |
| 26 | ANB # 4723 WW (W) | 7/17/06 | $3,121.16 |
| 27 | ANB # 4723 WW (W) | 8/14/06 | $3,121.16 |
| 28 | ANB # 4723 WW (W) | 9/8/06 | $3,116.65 |
| 29 | ANB # 4723 WW (W) | 10/24/06 | $3,256.50 |
| 30 | ANB # 4723 WW (W) | 11/16/06 | $3,116.65 |
| 31 | ANB # 4723 WW (W) | 12/14/06 | $3,116.65 |
| 32 | ANB # 4723 WW (W) | 1/12/07 | $3,116.65 |
| 33 | ANB # 4723 WW (W) | 2/9/07 | $3,116.65 |
| 34 | ANB # 4723 WW (W) | 3/8/07 | $3,116.65 |
| 35 | ANB # 4723 WW (W) | 4/17/07 | $3,116.65 |
| 36 | ANB # 4723 WW (W) | 5/9/07 | $3,116.65 |
| 37 | ANB # 4723 WW (W) | 6/19/07 | $3,116.65 |
| 38 | ANB # 4723 WW (W) | 7/12/07 | $3,116.65 |
| 39 | ANB # 4723 WW (W) | 8/13/07 | $3,116.65 |
| 40 | ANB # 4723 WW (W) | 9/14/07 | $3,123.82 |
| 41 | ANB # 4723 WW (W) | 10/17/07 | $3,123.82 |
| 42 | ANB # 4723 WW (W) | 11/8/07 | $3,123.82 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|-----|------------------------------------------------------|---------|-----------|
| 43 | ANB # 4723 WW (W) | 12/17/07 | $3,123.82 |
| 44 | ANB # 4723 WW (W) | 1/29/08 | $3,263.67 |
| 45 | ANB # 4723 WW (W) | 2/15/08 | $3,123.82 |
| 46 | GB #1321 WW/AW (WC) | 3/14/08 | $3,123.82 |
| 47 | GB #1321 WW/AW (WC) | 4/10/08 | $3,123.82 |
| 48 | GB #1321 WW/AW (WC) | 5/27/08 | $3,123.82 |

    e.      This loan was not paid off as of May 31, 2008.

## OBJECTION TO OPINION #30

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

## OPINION #31

31.    **Opinions for the loan dated 5/24/04 to Waun Weingart by America's Wholesale Lender for $444,500.**  (This loan is designated as Loan Code L-6)

    a.      141 Lost Angel Road, Boulder, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $351,620 liability to Countrywide Fund listed in the Liabilities Section of the loan application, or the debt of $0 to Countrywide listed in the credit report.  That liability and that debt actually correspond to the 8/24/1998 loan to Craig & Waun Weingart for $372,000 from Standard Financial Corp dba Standard Loans for the refinancing of 7766 Saxeborough Drive (Loan Code S-2).

    b.      4325- 430 E. 5th Ave., Denver, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $350,306 liability to Loanworks listed in the Liabilities Section of the loan application, or the debt of $349,503 to Indymac-HLS listed in the credit report.  That liability and that debt actually correspond to the 7/29/1999 loan to Craig & Waun Weingart for $363,300 from Broad Street Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-3).

c.      2122 W. 44th, Seattle, WA, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $349,780 liability to Option One listed in the Liabilities Section of the loan application, or the debt of $349,587 to Option One listed in the credit report.  That liability and that debt actually correspond to the 10/12/2000 loan to Craig & Waun Weingart for $356,000 from Option One Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-6).

d.      There was no address listed on the Schedule of Real Estate Owned Section of the loan application for the $34,267 liability to "Benfcl/HFC" listed in the Liabilities Section of the loan application, or the debt of $32,900 to "Benfcl/HFC" listed in the credit report.  That liability and that debt actually correspond to the 8/1/2002 loan to Craig & Waun Weingart for $35,000 from Beneficial Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-7).

e.      The 4/9/04 loan to Waun Weingart for $320,000 from Chase Manhattan Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-11) was outstanding as of 5/24/04 and was not listed on the loan application for L-6 as a liability and on the Schedule of Real Estate Owned.

f.      The 4/9/04 loan to Waun Weingart for $410,000 from Chase Manhattan Mortgage for the refinancing of 141 Lost Angel Road (Loan Code L-5) was outstanding as of 5/24/04 and was not listed on the loan application for L-6 as a liability and on the Schedule of Real Estate Owned.

g.      The 5/6/04 loan to Waun Weingart for $400,000 from Washington Mutual Bank for the refinancing of 7766 Saxeborough Drive (Loan Code S-12) was outstanding of 5/24/04 and was not listed on the loan application for L-6 as a liability and on the Schedule of Real Estate Owned.

h.      Loan proceeds of $448,420.02 were deposited by wire transfer into the First American State Bank account #111666 in the name of Colorado County & Community Title Operating Account on 5/26/04.

i.      The proceeds from this loan were not used to pay off the prior mortgage designated by the lender to be paid off as a condition of the approval of the loan, namely a loan to Countrywide (Loan Code S-2).

j.      The proceeds from this loan were used in part to fund the payoff of Unk-1.

k.    Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code L-6:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|-----|----------------------------------------------------------|------|---------|
| 1 | FASB #1355 CW/WW  (CW) | 7/15/04 | $2,861.35 |
| 2 | FASB #1355 CW/WW  (CW) | 8/11/04 | $2,861.35 |
| 3 | FASB #1355 CW/WW  (CW) | 9/15/04 | $2,861.35 |
| 4 | FASB #1355 CW/WW  (CW) | 10/15/04 | $2,861.35 |
| 5 | FASB #1355 CW/WW  (CW) | 11/15/04 | $2,861.35 |
| 6 | FASB #1355 CW/WW  (CW) | 12/6/04 | $2,861.35 |
| 7 | FASB #1355 CW/WW  (CW) | 1/11/05 | $2,861.35 |
| 8 | FASB #1355 CW/WW  (CW) | 2/8/05 | $2,861.35 |
| 9 | FASB #1355 CW/WW  (CW) | 3/15/05 | $2,861.35 |
| 10 | FASB #1355 CW/WW  (CW) | 4/18/05 | $2,861.35 |
| 11 | FASB #1355 CW/WW  (CW) | 5/16/05 | $2,861.35 |
| 12 | FASB #1355 CW/WW  (CW) | 6/17/05 | $2,861.35 |
| 13 | FASB #1355 CW/WW  (CW) | 7/8/05 | $2,860.67 |
| 14 | FASB #1355 CW/WW  (CW) | 8/10/05 | $2,860.67 |
| 15 | FASB #1355 CW/WW  (CW) | 9/13/05 | $2,860.67 |
| 16 | FASB #1355 CW/WW  (CW) | 10/6/05 | $2,860.67 |
| 17 | ANB # 4723 WW (W) | 11/14/05 | $2,860.67 |
| 18 | ANB # 4723 WW (W) | 12/7/05 | $2,860.67 |
| 19 | ANB # 4723 WW (W) | 1/12/06 | $2,860.67 |
| 20 | ANB # 4723 WW (W) | 2/9/06 | $2,860.67 |
| 21 | ANB # 4723 WW (W) | 3/6/06 | $2,860.67 |
| 22 | ANB # 4723 WW (W) | 4/6/06 | $2,860.67 |
| 23 | ANB # 4723 WW (W) | 5/16/06 | $2,860.67 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 24 | ANB # 4723 WW (W) | 6/8/06 | $2,860.67 |
| 25 | ANB # 4723 WW (W) | 7/17/06 | $2,860.67 |
| 26 | ANB # 4723 WW (W) | 8/14/06 | $2,860.67 |
| 27 | ANB # 4723 WW (W) | 9/12/06 | $2,860.67 |
| 28 | ANB # 4723 WW (W) | 10/13/06 | $2,851.72 |
| 29 | ANB # 4723 WW (W) | 11/14/06 | $2,851.72 |
| 30 | ANB # 4723 WW (W) | 12/14/06 | $2,851.72 |
| 31 | ANB # 4723 WW (W) | 1/12/07 | $2,851.72 |
| 32 | ANB # 4723 WW (W) | 2/9/07 | $2,851.72 |
| 33 | ANB # 4723 WW (W) | 3/8/07 | $2,851.72 |
| 34 | ANB # 4723 WW (W) | 4/16/07 | $2,851.72 |
| 35 | ANB # 4723 WW (W) | 5/8/07 | $2,851.72 |
| 36 | ANB # 4723 WW (W) | 6/12/07 | $2,851.72 |
| 37 | ANB # 4723 WW (W) | 7/11/07 | $2,851.72 |
| 38 | ANB # 4723 WW (W) | 8/13/07 | $2,851.72 |
| 39 | ANB # 4723 WW (W) | 9/13/07 | $2,851.72 |
| 40 | ANB # 4723 WW (W) | 10/16/07 | $2,856.60 |
| 41 | ANB # 4723 WW (W) | 11/8/07 | $2,856.60 |
| 42 | ANB # 4723 WW (W) | 12/17/07 | $2,856.60 |
| 43 | ANB # 4723 WW (W) | 1/25/08 | $2,981.62 |
| 44 | ANB # 4723 WW (W) | 2/14/08 | $3,364.92 |
| 45 | GB #1321 WW/AW (WC) | 3/17/08 | $2,854.89 |
| 46 | ANB # 4723 WW (W) | 4/8/08 | $3,368.39 |
| 47 | ANB # 4723 WW (W) | 5/27/08 | $2,851.43 |

l.      This loan was not paid off as of May 31, 2008.

**OBJECTION TO OPINION #31**

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

**OPINION #32**

32. **Opinions L-7 for the loan dated 10/25/04 to Waun Weingart by Washington Mutual Bank for $397,000.**  (This loan is designated as Loan Code L-7)

a.     There was no address listed on the Schedule of Real Estate Owned Section of the loan application for the $32,763 liability to "Benfcl/HFC" listed in the Liabilities Section of the loan application, or the debt of $32,763 to "Benfcl/HFC" listed in the credit report.  That liability and that debt actually correspond to the 8/1/2002 loan to Craig & Waun Weingart for $35,000 from Beneficial Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-7).

b.     2122 W. 44th, Seattle, WA, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $319,227 liability to "Chase Manhattan Mortga" listed in the Liabilities Section of the loan application, or the debt of $319,227 to Chase "Manhattan Mortga" listed in the credit report.  That liability and that debt actually correspond to the 4/9/2004 loan to Waun Weingart for $320,000 from Chase Manhattan Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-11).

c.     3165 S Ogden St, San Diego, CA, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $409,034 liability to "Chase Manhattan Mortga" listed in the Liabilities Section of the loan application, or the debt of $409,034 to "Chase Manhattan Mortga" listed in the credit report.  That liability and that debt actually correspond to the 4/9/2004 loan to Waun Weingart for $410,000 from Chase Manhattan Mortgage for the refinancing of 141 Lost Angel Road (Loan Code L-5).

d.     7603 SW California, Seattle, WA, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $444,500 liability to Countrywide Home Loans listed in the Liabilities Section of the loan application, or the debt of $444,500 to Countrywide Home Loans listed in the credit report. That liability and that debt actually correspond to the 5/24/2004 loan to Waun Weingart for $444,500 from America's Wholesale Lender  for the refinancing of 141 Lost Angel Road (Loan Code L-6).

110

e.      141 Lost Angel Road, Boulder, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $385,997 liability to Flagstar Bank listed in the Liabilities Section of the loan application, or the debt of $385,997 to Flagstar Bank listed in the credit report.  That liability and that debt actually correspond to the 8/7/2000 loan to Craig & Waun Weingart for $397,500 from Flagstar Bank for the refinancing of 7766 Saxeborough Drive (Loan Code S-5).

f.      421-430 E. 6th Ave., Denver, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $347,452 liability to Indymac Bank listed in the Liabilities Section of the loan application, or the debt of $347,452 to Indymac Bank listed in the credit report.  That liability and that debt actually correspond to the 7/29/1999 loan to Craig & Waun Weingart for $363,300 from Broad Street Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-3).

g.      790 Magnolia Way, Scottsdale, AZ, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $348,390 liability to Option One Mortgage listed in the Liabilities Section of the loan application, or the debt of $348,390 to Option One Mortgage listed in the credit report.  That liability and that debt actually correspond to the 10/12/2000 loan to Craig & Waun Weingart for $356,000 from Option One Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-6).

h.      Loan proceeds of $391,598.13 were deposited by wire transfer into the First American State Bank account #117523 in the name of Colorado County & Community Title Escrow/Trust Account on 10/25/04.

i.      The proceeds from this loan were not used to pay off the prior mortgage designated by the lender to be paid off as a condition of the approval of the loan, namely a loan to Flagstar (Loan Code S-5).

j.      Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code L-7:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|-----|---------------------------------------------------------|------|---------|
| 1   | FASB #1355 CW/WW  (CW)                                   | 1/11/05 | $1,621.84 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|-----|---------------------------------------------------------|------|---------|
| 2  | FASB #1355 CW/WW  (CW) | 2/11/05  | $1,621.84 |
| 3  | FASB #1355 CW/WW  (CW) | 3/15/05  | $1,621.84 |
| 4  | FASB #1355 CW/WW  (CW) | 4/18/05  | $1,621.84 |
| 5  | FASB #1355 CW/WW  (CW) | 5/17/05  | $1,621.84 |
| 6  | FASB #1355 CW/WW  (CW) | 6/20/05  | $1,621.84 |
| 7  | FASB #1355 CW/WW  (CW) | 7/11/05  | $1,614.13 |
| 8  | FASB #1355 CW/WW  (CW) | 8/10/05  | $1,614.13 |
| 9  | FASB #1355 CW/WW  (CW) | 9/14/05  | $1,614.13 |
| 10 | FASB #1355 CW/WW  (CW) | 10/7/05  | $1,614.13 |
| 11 | ANB # 4723 WW (W)       | 11/15/05 | $1,614.13 |
| 12 | ANB # 4723 WW (W)       | 12/7/05  | $1,709.89 |
| 13 | ANB # 4723 WW (W)       | 1/12/06  | $1,709.89 |
| 14 | ANB # 4723 WW (W)       | 2/9/06   | $1,709.89 |
| 15 | ANB # 4723 WW (W)       | 3/8/06   | $1,709.89 |
| 16 | ANB # 4723 WW (W)       | 4/6/06   | $1,709.89 |
| 17 | ANB # 4723 WW (W)       | 5/12/06  | $1,709.89 |
| 18 | ANB # 4723 WW (W)       | 6/8/06   | $1,709.89 |
| 19 | ANB # 4723 WW (W)       | 7/17/06  | $1,695.18 |
| 20 | ANB # 4723 WW (W)       | 8/4/06   | $1,695.18 |
| 21 | ANB # 4723 WW (W)       | 9/8/06   | $1,695.18 |
| 22 | ANB # 4723 WW (W)       | 10/13/06 | $1,695.18 |
| 23 | ANB # 4723 WW (W)       | 11/14/06 | $1,695.18 |
| 24 | ANB # 4723 WW (W)       | 12/14/06 | $1,798.13 |
| 25 | ANB # 4723 WW (W)       | 1/12/07  | $1,798.13 |
| 26 | ANB # 4723 WW (W)       | 2/12/07  | $1,798.13 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 27 | ANB # 4723 WW (W) | 3/7/07 | $1,798.13 |
| 28 | ANB # 4723 WW (W) | 4/16/07 | $1,798.13 |
| 29 | ANB # 4723 WW (W) | 5/9/07 | $1,798.13 |
| 30 | ANB # 4723 WW (W) | 6/19/07 | $1,806.32 |
| 31 | ANB # 4723 WW (W) | 7/11/07 | $1,806.32 |
| 32 | ANB # 4723 WW (W) | 8/13/07 | $1,806.32 |
| 33 | ANB # 4723 WW (W) | 9/13/07 | $1,806.32 |
| 34 | ANB # 4723 WW (W) | 10/16/07 | $1,806.32 |
| 35 | ANB # 4723 WW (W) | 11/8/07 | $1,806.32 |
| 36 | ANB # 4723 WW (W) | 12/17/07 | $1,916.99 |
| 37 | ANB # 4723 WW (W) | 1/25/08 | $1,996.30 |
| 38 | ANB # 4723 WW (W) | 2/14/08 | $1,916.99 |
| 39 | ANB # 4723 WW (W) | 3/17/08 | $1,916.99 |
| 40 | ANB # 4723 WW (W) | 4/8/08 | $1,916.99 |
| 41 | GB #1321 WW/AW (WC) | 5/27/08 | $1,916.99 |

     k.    This loan was not paid off as of May 31, 2008.

## OBJECTION TO OPINION #32

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

## OPINION #33

33.    **Opinions for the loan dated 11/15/04 to Waun Weingart by Lehman Brothers Bank for $400,000.**  (This loan is designated as Loan Code L-8)

    a.    There was no address listed on the Schedule of Real Estate Owned Section of the loan application for the $32,799 liability to Beneficial/HFC listed in the Liabilities Section of the loan application, or the debt of

113

$32,799 to Beneficial/HFC listed in the credit report.  That liability and that debt actually correspond to the 8/1/2002 loan to Craig & Waun Weingart for $35,000 from Beneficial Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-7).

b.    141 Lost Angel Road, Boulder, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $387,443.40 liability to Flagstar Bank listed in the Liabilities Section of the loan application, or the debt of $385,997 to Flagstar Bank listed in the credit report.  That liability and that debt actually correspond to the 8/7/2000 loan to Craig & Waun Weingart for $397,500 from Flagstar Bank for the refinancing of 7766 Saxeborough Drive (Loan Code S-5).

c.    790 Magnolia Way, Scottsdale, AZ, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $399,143 liability to WAMU listed in the Liabilities Section of the loan application, or the debt of $399,143 to "Wshngtn Mut"l listed in the credit report.  That liability and that debt actually correspond to the 5/6/2004 loan to Waun Weingart for $400,000 from Washington Mutual Bank (WAMU) for the refinancing of 7766 Saxeborough Drive (Loan Code S-12).

d.    421-430 E. 6th Ave., Denver, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $347,452 liability to Indymac Bank listed in the Liabilities Section of the loan application, or the debt of $347,452 to Indymac Bank listed in the credit report.  That liability and that debt actually correspond to the 7/29/1999 loan to Craig & Waun Weingart for $363,300 from Broad Street Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-3).

e.    7603 SW California St, Seattle, WA, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $444,500 liability to Countrywide Fund listed in the Liabilities Section of the loan application, or the debt of $444,500 to Countrywide Fund listed in the credit report.  That liability and that debt actually correspond to the 5/24/2004 loan to Waun Weingart for $444,500 from America's Wholesale Lender  for the refinancing of 141 Lost Angel Road (Loan Code L-6).

f.    La Jolla, CA, a location listed on the Schedule of Real Estate Owned Section of the loan application, is not the location of the property which was pledged as collateral for part of the $728,261 liability to Chase Manhattan Mort listed in the Liabilities Section of the loan application, or

114

the debt of $409,034 to Chase Manhattan Mortga listed in the credit report. Part of that liability and that debt actually correspond to the 4/9/2004 loan to Waun Weingart for $410,000 from Chase Manhattan Mortgage for the refinancing of 141 Lost Angel Road (Loan Code L-5).

g.  Seattle, WA, a location listed on the Schedule of Real Estate Owned Section of the loan application, is not the location of the property which was pledged as collateral for part of the $728,261 liability to Chase Manhattan Mort listed in the Liabilities Section of the loan application, or the debt of $319,227 to Chase Manhattan Mortga listed in the credit report. Part of that liability and that debt actually correspond to the 4/9/2004 loan to Waun Weingart for $320,000 from Chase Manhattan Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-11).

h.  The 10/25/04 loan to Waun Weingart for $397,000 from Washington Mutual Bank for the refinancing of 141 Lost Angel Road (Loan Code L-7) was outstanding as of 11/15/04 and was not listed on the loan application for L-8 as a liability and on the Schedule of Real Estate Owned.

i.  The 11/15/04 loan to Waunita Weingart for $360,400 from Ohio Savings Bank for the refinancing of 7766 Saxeborough Drive (Loan Code S-13) was outstanding as of 11/15/04 and was not listed on the loan application for L-8 as a liability and on the Schedule of Real Estate Owned.

j.  The 11/15/04 loan to Waun Weingart for $360,000 from Lehman Brothers Bank for the refinancing of 7766 Saxeborough Drive (Loan Code S-14) was outstanding as of 11/15/04 and was not listed on the loan application for L-8 as a liability and on the Schedule of Real Estate Owned.

k.  Loan proceeds of $392,965.22 were deposited by wire transfer into the First American State Bank account #111666 in the name of Colorado County & Community Title Operating Account on 11/15/04.

l.  The proceeds from this loan were not used to pay off the prior mortgage designated by the lender to be paid off as a condition of the approval of the loan, namely a loan to Flagstar Bank (Loan Code S-5).

m.  The proceeds from this loan were used in part to fund the payoff of S-10.

n.  Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code L-8:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 1 | FASB #1355 CW/WW   (CW) | 1/12/05 | $2,989.73 |
| 2 | FASB #1355 CW/WW   (CW) | 2/9/05 | $2,989.73 |
| 3 | FASB #1355 CW/WW   (CW) | 3/16/05 | $3,130.32 |
| 4 | FASB #1355 CW/WW   (CW) | 4/19/05 | $3,130.32 |
| 5 | FASB #1355 CW/WW   (CW) | 5/17/05 | $3,130.32 |
| 6 | FASB #1355 CW/WW   (CW) | 6/20/05 | $3,130.32 |
| 7 | FASB #1355 CW/WW   (CW) | 7/11/05 | $3,130.32 |
| 8 | FASB #1355 CW/WW   (CW) | 8/11/05 | $3,130.32 |
| 9 | FASB #1355 CW/WW   (CW) | 9/15/05 | $3,130.32 |
| 10 | FASB #1355 CW/WW   (CW) | 10/7/05 | $2,989.28 |
| 11 | ANB # 4723 WW (W) | 11/15/05 | $2,989.28 |
| 12 | ANB # 4723 WW (W) | 12/8/05 | $2,989.28 |
| 13 | ANB # 4723 WW (W) | 1/10/06 | $2,989.28 |
| 14 | ANB # 4723 WW (W) | 2/10/06 | $2,989.28 |
| 15 | ANB # 4723 WW (W) | 3/9/06 | $2,989.28 |
| 16 | GB #1321 WW/AW (WC) | 4/7/06 | $2,979.28 |
| 17 | GB #1321 WW/AW (WC) | 5/12/06 | $2,952.24 |
| 18 | GB #1321 WW/AW (WC) | 6/9/06 | $2,952.24 |
| 19 | GB #1321 WW/AW (WC) | 7/18/06 | $2,952.24 |
| 20 | GB #1321 WW/AW (WC) | 8/15/06 | $2,952.24 |
| 21 | GB #1348 JG (J) | 9/11/06 | $2,952.24 |
| 22 | GB #1321 WW/AW (WC) | 10/13/06 | $2,952.24 |
| 23 | ANB # 4723 WW (W) | 11/15/06 | $2,952.24 |
| 24 | ANB # 4723 WW (W) | 12/15/06 | $2,952.24 |
| 25 | ANB # 4723 WW (W) | 1/16/07 | $2,952.24 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|-----|---------------------------------------------------------|------|---------|
| 26 | ANB # 4723 WW (W) | 2/15/07 | $2,952.24 |
| 27 | ANB # 4723 WW (W) | 3/9/07 | $2,952.24 |
| 28 | ANB # 4723 WW (W) | 4/17/07 | $2,952.24 |
| 29 | ANB # 4723 WW (W) | 5/11/07 | $2,952.24 |
| 30 | ANB # 4723 WW (W) | 6/13/07 | $2,979.04 |
| 31 | ANB # 4723 WW (W) | 7/13/07 | $2,979.04 |
| 32 | ANB # 4723 WW (W) | 8/14/07 | $2,979.04 |
| 33 | ANB # 4723 WW (W) | 9/14/07 | $2,989.04 |
| 34 | ANB # 4723 WW (W) | 10/17/07 | $2,989.04 |
| 35 | GB #1321 WW/AW (WC) | 11/9/07 | $2,979.04 |
| 36 | ANB # 4723 WW (W) | 12/18/07 | $2,989.04 |
| 37 | ANB # 4723 WW (W) | 1/28/08 | $3,117.10 |
| 38 | ANB # 4723 WW (W) | 2/27/08 | $3,117.10 |
| 39 | GB #1321 WW/AW (WC) | 3/17/08 | $2,989.04 |
| 40 | GB #1321 WW/AW (WC) | 4/16/08 | $2,979.04 |

    o.    This loan was  paid off on May 6, 2008 by a wire transfer of $386,782.76 from the Guaranty Bank account #55011321 in the name of Waunita R. Weingart and Alois Craig Weingart.

## OBJECTION TO OPINION #33

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

## OPINION #34

34.    **Opinions for the loan dated 8/25/05 to John Gallegos by Wells Fargo Bank NA for $400,000.**  (This loan is designated as Loan Code L-9)

a.     561 Pennsylvania, Denver, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $120,449 liability to Flagstar Bank listed in the Liabilities Section of the loan application, or the debt of $120,449 to Flagstar Bank listed in the credit report.  That liability and that debt actually correspond to the 9/22/2000 loan to John Gallegos for $124,700 from Flagstar Bank for the refinancing of 430 E. 6th Avenue (Loan Code 6th-1).

b.     571 Pennsylvania, Denver, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $132,911 liability to "Home Coming Fun" listed in the Liabilities Section of the loan application, or the debt of $132,911 to Home Coming Funding listed in the credit report.  That liability and that debt actually correspond to the 7/11/01 loan to John Gallegos for $136,800 from Matrix Financial Services for the refinancing of 430 E. 6th Avenue (Loan Code 6th-4).

c.     2122 W. 44th Avenue, Seattle, WA, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $223,681 liability to "Home Coming Fun" listed in the Liabilities Section of the loan application, or the debt of $223,681 to Home Coming Funding listed in the credit report.  That liability and that debt actually correspond to the 6/25/2002 loan to John Gallegos for $229,800 from General Mortgage Corp of America  for the refinancing of 141 Lost Angel Road (Loan Code L-3).

d.     777 Sunrise Place, Phoenix, AZ, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $267,168 liability to "Select Portfolio Svc" listed in the Liabilities Section of the loan application, or the debt of $267,168 to "Select Portfolio Svcin" listed in the credit report.  That liability and that debt actually correspond to the 3/21/2002 loan to John Gallegos for $278,000 from Aames Funding for the refinancing of 141 Lost Angel Road (Loan Code L-1).

e.     There was no address listed on the Schedule of Real Estate Owned Section of the loan application for the $34,253 liability to Wilshire Credit Corp listed in the Liabilities Section of the loan application, or the debt of $34,276 to Wilshire Credit Corp listed in the credit report.  That liability and that debt actually correspond to the 11/30/2001 loan to John Gallegos for $34,200 from CBSK Financial dba American Home Loans  for the refinancing of 430 E. 6th Avenue (Loan Code 6th-5-B).

f.      563 Pennsylvania, Denver, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $131,517 liability to Indymac Bank listed in the Liabilities Section of the loan application, or the debt of $131,517 to Indymac Bank listed in the credit report.  That liability and that debt actually correspond to the 6/25/2001 loan to John Gallegos for $136,800 from Peoples Choice Home Loan for the refinancing of 430 E. 6th Avenue (Loan Code 6th-3).

g.      569 Pennsylvania, Denver, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $132,000 liability to "Ocwen Federal B" listed in the Liabilities Section of the loan application, or the debt of 132300 to Ocwen Federal Bank listed in the credit report.  That liability and that debt actually correspond to the 11/30/2001 loan to John Gallegos for $136,800 from CBSK Financial dba American Home Loans  for the refinancing of 430 E. 6th Avenue (Loan Code 6th-5-A).

h.      576 Pennsylvania, Denver, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $133,298 liability to "Ocwen Federal B" listed in the Liabilities Section of the loan application, or the debt of $133,298 to Ocwen Federal Bank listed in the credit report.  That liability and that debt actually correspond to the 12/20/2001 loan to John Gallegos for $136,800 from Bridge Capital Corp  for the refinancing of 430 E. 6th Avenue (Loan Code 6th-6).

i.      2523 W. 45th Avenue, Seattle, WA, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $267,168 liability to "Select Portfoli" listed in the Liabilities Section of the loan application, or the debt of $389,606 to "Select Portfolio Svcin" listed in the credit report.  That liability and that debt actually correspond to the 3/29/2002 loan to John Gallegos for $400,000 from Resource Bank  for the refinancing of 141 Lost Angel Road (Loan Code L-2).

j.      430 E. 6th Ave., Denver, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $120,838 liability to "Select Portfoli" listed in the Liabilities Section of the loan application, or the debt of $120,838 to "Select Portfolio Svcin" listed in the credit report.  That liability and that debt actually correspond to the 9/22/00 loan to John Gallegos for $124,720 from Stonecreek Funding for the refinancing of 430 E. 6th Avenue (Loan Code 6th-2).

k.    Loan proceeds of $411,000.00 were deposited by wire transfer into the American National Bank account #70231142 in the name of Real Estate Title LLC on 8/30/05.

l.    The proceeds from this loan were not used to pay off the prior mortgage designated by the lender to be paid off as a condition of the approval of the loan, namely a loan to Ohio Savings Bank (Loan Code L-4).

m.    Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code L-9:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 1 | FASB #7056 JG (J) | 10/26/05 | $2,811.86 |
| 2 | ANB # 4710 JG (J) | 11/15/05 | $2,806.86 |
| 3 | ANB # 4710 JG (J) | 12/7/05 | $2,806.86 |
| 4 | ANB # 4710 JG (J) | 1/12/06 | $2,806.86 |
| 5 | ANB # 4710 JG (J) | 2/9/06 | $2,806.86 |
| 6 | ANB # 4710 JG (J) | 3/8/06 | $2,806.86 |
| 7 | ANB # 4710 JG (J) | 4/7/06 | $2,806.86 |
| 8 | ANB # 4710 JG (J) | 5/12/06 | $2,806.86 |
| 9 | ANB # 4710 JG (J) | 6/8/06 | $2,806.86 |
| 10 | ANB # 4710 JG (J) | 7/17/06 | $2,806.86 |
| 11 | ANB # 4710 JG (J) | 8/14/06 | $2,806.86 |
| 12 | ANB # 4710 JG (J) | 9/8/06 | $2,806.86 |
| 13 | ANB # 4710 JG (J) | 10/13/06 | $2,806.86 |
| 14 | ANB # 4710 JG (J) | 11/15/06 | $2,806.86 |
| 15 | ANB # 4710 JG (J) | 12/14/06 | $2,806.86 |
| 16 | ANB # 4710 JG (J) | 1/12/07 | $2,806.86 |
| 17 | ANB # 4710 JG (J) | 2/12/07 | $2,852.52 |
| 18 | ANB # 4710 JG (J) | 3/8/07 | $2,852.52 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|-----|---------------------------------------------------------|------|---------|
| 19 | ANB # 4710 JG (J) | 4/17/07 | $2,852.52 |
| 20 | ANB # 4710 JG (J) | 5/9/07 | $2,852.52 |
| 21 | ANB # 4710 JG (J) | 6/19/07 | $2,852.52 |
| 22 | ANB # 4710 JG (J) | 7/12/07 | $2,852.52 |
| 23 | ANB # 4710 JG (J) | 8/13/07 | $2,852.52 |
| 24 | ANB # 4710 JG (J) | 9/14/07 | $2,852.52 |
| 25 | ANB # 4710 JG (J) | 10/17/07 | $2,852.52 |
| 26 | ANB # 4710 JG (J) | 11/8/07 | $2,852.52 |
| 27 | ANB # 4710 JG (J) | 12/18/07 | $2,852.52 |
| 28 | ANB # 4710 JG (J) | 1/25/08 | $2,992.36 |
| 29 | ANB # 4710 JG (J) | 2/14/08 | $2,806.86 |
| 30 | GB #9410 RET (WJ) | 3/27/08 | $2,936.70 |
| 31 | GB #9410 RET (WJ) | 4/8/08 | $2,806.86 |
| 32 | GB #1321 WW/AW (WC) | 5/27/08 | $2,946.70 |

n.      This loan was not paid off as of May 31, 2008.

## OBJECTION TO OPINION #34

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

## OPINION #35

35.   **Opinions for the loan dated 12/27/06 to John Gallegos by Wells Fargo Bank NA for $495,000.**  (This loan is designated as Loan Code L-11)

a.      434 E. 6th Ave., Denver, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $118,889 liability to Flagstar Bank listed in the Liabilities Section of the loan application, or the debt of $118,889 to

121

Flagstar Bank listed in the credit report.  That liability and that debt actually correspond to the 9/22/2000 loan to John Gallegos for $124,700 from Flagstar Bank for the refinancing of 430 E. 6th Avenue (Loan Code 6th-1).

b.      575 Pennsylvania, Denver, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $221,773 liability to Home Coming Fun listed in the Liabilities Section of the loan application, or the debt of $221,773 to Home Coming Funding listed in the credit report.  That liability and that debt actually correspond to the 6/25/2002 loan to John Gallegos for $229,800 from General Mortgage Corp of America  for the refinancing of 141 Lost Angel Road (Loan Code L-3).

c.      569 Pennsylvania, Denver, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $131,176 liability to Home Coming Fun listed in the Liabilities Section of the loan application, or the debt of $131,176 to Home Coming Funding listed in the credit report.  That liability and that debt actually correspond to the 7/11/01 loan to John Gallegos for $136,800 from Matrix Financial Services for the refinancing of 430 E. 6th Avenue (Loan Code 6th-4).

d.      563 Pennsylvania, Denver, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $129,631 liability to Indymac Bank listed in the Liabilities Section of the loan application, or the debt of $129,631 to Indymac Bank listed in the credit report.  That liability and that debt actually correspond to the 6/25/2001 loan to John Gallegos for $136,800 from Peoples Choice Home Loan for the refinancing of 430 E. 6th Avenue (Loan Code 6th-3).

e.      2523 W. 45th Ave, Seattle, WA, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $395,992 liability to "Wells Fargo Home Mor" listed in the Liabilities Section of the loan application, or the debt of $395,992 to "Wells Fargo Home Mor" listed in the credit report.  That liability and that debt actually correspond to the 8/25/2005 loan to John Gallegos for $400,000 from Wells Fargo Bank NA for the refinancing of 141 Lost Angel Road (Loan Code L-9).

f.      7603 California SW, Seattle, WA, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $34,074 liability to Wilshire Credit Corp. listed in the Liabilities Section of the loan application, or the debt of

$34,074 to Wilshire Credit Corp listed in the credit report.  That liability and that debt actually correspond to the 11/30/2001 loan to John Gallegos for $34,200 from CBSK Financial dba American Home Loans  for the refinancing of 430 E. 6th Avenue (Loan Code 6th-5-B).

g.   561 Pennsylvania, Denver, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $128,596 liability to "Ocwen Loan Serv" listed in the Liabilities Section of the loan application, or the debt of $128,596 to Ocwen Loan Servicing listed in the credit report.  That liability and that debt actually correspond to the 11/30/2001 loan to John Gallegos for $136,800 from CBSK Financial dba American Home Loans  for the refinancing of 430 E. 6th Avenue (Loan Code 6th-5-A).

h.   571 Pennsylvania, Denver, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $132,016 liability to "Ocwen Loan Serv" listed in the Liabilities Section of the loan application, or the debt of $132,016 to Ocwen Loan Servicing listed in the credit report.  That liability and that debt actually correspond to the 12/20/2001 loan to John Gallegos for $136,800 from Bridge Capital Corp.  for the refinancing of 430 E. 6th Avenue (Loan Code 6th-6).

i.   7603 California SW, Seattle, WA, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $389,961 liability to "Ohio Savings Ba" listed in the Liabilities Section of the loan application, or the debt of $389,961 to Ohio Savings Bank listed in the credit report.  That liability and that debt actually correspond to the 2/13/2004 loan to John Gallegos for $400,000 from 1st Mariner Bank  for the refinancing of 141 Lost Angel Road (Loan Code L-4).

j.   430 E. 6th Ave., Denver, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $119,692 liability to "Select Portfoli" listed in the Liabilities Section of the loan application, or the debt of $119,692 to "Select Portfolio Svc" listed in the credit report.  That liability and that debt actually correspond to the 9/22/00 loan to John Gallegos for $124,720 from Stonecreek Funding for the refinancing of 430 E. 6th Avenue (Loan Code 6th-2).

k.   2122 W. 44th Ave, Seattle, WA, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $264,722 liability to "Select Portfoli" listed in the Liabilities Section of the loan application, or the debt of $264,722 to

"Select Portfolio Svc" listed in the credit report.  That liability and that debt actually correspond to the 3/21/2002 loan to John Gallegos for $278,000 from Aames Funding for the refinancing of 141 Lost Angel Road (Loan Code L-1).

l.      777 Sunrise Place, Phoenix, AZ, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $366,928 liability to "Washington Mutu" listed in the Liabilities Section of the loan application, or the debt of $366,928 to Washington Mutual FA listed in the credit report.  That liability and that debt actually correspond to the 4/15/2005 loan to John Gallegos for $359,000 from Washington Mutual Bank (WAMU) for the refinancing of 7603 California Avenue SW (Loan Code Calif-3).

m.      Loan proceeds of $502,083.80 were deposited by wire transfer into the American National Bank account #70231142 in the name of Real Estate Title LLC on 1/3/07.

n.      The proceeds from this loan were not used to pay off the prior mortgage designated by the lender to be paid off as a condition of the approval of the loan, namely a loan to Select Portfolio Servicing (Loan Code L-2).

o.      Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code L-11:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 1 | ANB # 4710 JG (J) | 2/12/07 | $3,585.59 |
| 2 | ANB # 4710 JG (J) | 3/8/07 | $3,585.59 |
| 3 | ANB # 4710 JG (J) | 4/17/07 | $3,585.59 |
| 4 | ANB # 4710 JG (J) | 5/9/07 | $3,585.59 |
| 5 | ANB # 4710 JG (J) | 6/19/07 | $3,585.59 |
| 6 | ANB # 4710 JG (J) | 7/12/07 | $3,585.59 |
| 7 | ANB # 4710 JG (J) | 8/13/07 | $3,585.59 |
| 8 | ANB # 4710 JG (J) | 9/14/07 | $3,585.59 |
| 9 | ANB # 4710 JG (J) | 10/17/07 | $3,585.59 |

124

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 10 | ANB # 4710 JG (J) | 11/8/07 | $3,585.59 |
| 11 | ANB # 4710 JG (J) | 12/18/07 | $3,585.59 |
| 12 | ANB # 4710 JG (J) | 1/25/08 | $3,743.09 |
| 13 | ANB # 4710 JG (J) | 2/14/08 | $3,580.50 |
| 14 | GB #1321 WW/AW (WC) | 3/17/08 | $3,580.50 |
| 15 | GB #1321 WW/AW (WC) | 4/8/08 | $3,580.50 |
| 16 | GB #1321 WW/AW (WC) | 5/27/08 | $3,743.09 |

     p.     This loan was not paid off as of May 31, 2008.

## OBJECTION TO OPINION #35

     Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

## OPINION #36

36.    **Opinions for the loan dated 12/29/06 to Waun Weingart by EquiFirst for $465,000.**  (This loan is designated as Loan Code L-12)

     a.     7605 California SW, Seattle, WA, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $496,000 liability to "AMC Mtg Svcs" listed in the Liabilities Section of the loan application, or the debt of $496,000 to "AMC Mtg Svcs" listed in the credit report.  That liability and that debt actually correspond to the 8/19/2005 loan to Waun Weingart for $496,000 from Ameriquest Mortgage Company (AMC) for the refinancing of 7766 Saxeborough Drive (Loan Code S-15).

     b.     7766 Saxeborough, Castle Rock, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $446,867.66 liability to Countrywide 1115720 listed in the Liabilities Section of the loan application, or the debt of $444,500 to Countrywide listed in the credit report.  That liability and that debt actually correspond to the 5/24/2004

loan to Waun Weingart for $444,500 from America's Wholesale Lender for the refinancing of 141 Lost Angel Road (Loan Code L-6).

c.     141 Lost Angel Road, Boulder, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $413,888 liability to "Wshngtn Mutl" listed in the Liabilities Section of the loan application, or the debt of $413,888 to "Wshgtn Mutl" listed in the credit report.  That liability and that debt actually correspond to the 5/6/2004 loan to Waun Weingart for $400,000 from Washington Mutual Bank (WAMU) for the refinancing of 7766 Saxeborough Drive (Loan Code S-12).

d.     3465 South Ogden, Lajolla, CA, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $406,698 liability to "Wshngtn Mutl" listed in the Liabilities Section of the loan application, or the debt of $406,698 to "Wshgtn Mutl" listed in the credit report.  That liability and that debt actually correspond to the 10/25/2004 loan to Waun Weingart for $397,000 from Washington Mutual Bank (WAMU) for the refinancing of 141 Lost Angel Road (Loan Code L-7).

e.     790 Magnolia Way, Scottsdale, AZ, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $391,370 liability to Aurora Loan listed in the Liabilities Section of the loan application, or the debt of $391,370 to Aurora Loan listed in the credit report.  That liability and that debt actually correspond to the 11/15/2004 loan to Waun Weingart for $400,000 from Lehman Brothers Bank for the refinancing of 141 Lost Angel Road (Loan Code L-8).

f.     259 Falcons Fire Avenue, Las Vegas, NV, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $352,406 liability to "AMTrust Bk" listed in the Liabilities Section of the loan application, or the debt of $352,406 to "AMTrust Bk" listed in the credit report.  That liability and that debt actually correspond to the 11/15/2004 loan to Waun Weingart for $360,400 from Ohio Savings Bank for the refinancing of 7766 Saxeborough Drive (Loan Code S-13).

g.     There was no address listed on the Schedule of Real Estate Owned Section of the loan application for the  $352,233 liability to Aurora Loan listed in the Liabilities Section of the loan application, or the debt of $352,233 to Aurora Loan listed in the credit report.  That liability and that debt actually correspond to the 11/15/2004 loan to Waun Weingart for

$360,000 from Lehman Brothers Bank for the refinancing of 7766 Saxeborough Drive (Loan Code S-14).

h.   There was no address listed on the Schedule of Real Estate Owned Section of the loan application for the $311,318 liability to Chase listed in the Liabilities Section of the loan application, or the debt of $311,318 to Chase listed in the credit report.  That liability and that debt actually correspond to the 4/9/2004 loan to Waun Weingart for $320,000 from Chase Manhattan Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-11).

i.   The 7/29/99 loan to Craig and Waun Weingart for $363,300 from Broad Street Mortgage for the  refinancing of 7766 Saxeborough (Loan Code S-3) was outstanding as of 12/29/06, but was not listed on the loan application for L-12 as a liability or on the Schedule of Real Estate Owned.

j.   The 8/7/00 loan to Craig and Waun Weingart for $397,500 from Flagstar Bank for the  refinancing of 7766 Saxeborough (Loan Code S-5) was outstanding as of 12/29/09, but was not listed on the loan application for L-12 as a liability or on the Schedule of Real Estate Owned.

k.   The 10/12/00 loan to Craig and Waun Weingart for $356,000 from Option One Mortgage for the refinancing of 7766 Saxeborough (Loan Code S-6) was outstanding as of 12/29/06, but was not listed on the loan application for L-12 as a liability or on the Schedule of Real Estate Owned.

l.   The 8/1/02 loan to Craig and Waun Weingart for $35,000 from Beneficial Mortgage for the refinancing of 7766 Saxeborough (Loan Code S-7) was outstanding as of 12/29/06, but was not listed on the loan application for L-12 as a liability or on the Schedule of Real Estate Owned

m.   The 10/25/04 loan to Waun Weingart for $410,000 from Chase Manhattan Mortgage for the refinancing of 141 Lost Angel Road (Loan Code L-5) was outstanding as of 12/29/06, but was not listed on the loan application for L-12 as a liability or on the Schedule of Real Estate Owned.

n.   The 12/22/06 loan to Waun Weingart for $440,000 from Equifirst for the refinancing of 7766 Saxeborough (Loan Code S-24) was outstanding as of 12/29/06, but was not listed on the loan application for L-12 as a liability or on the Schedule of Real Estate Owned.

o.   Loan proceeds of $466,225.30 were deposited by wire transfer into the Guaranty Bank account #51209410 in the name of Real Estate Title LLC Escrow/Trust Account on 12/29/06.

127

p.   The proceeds from this loan were not used to pay off the prior mortgage designated by the lender to be paid off as a condition of the approval of the loan, namely a loan to Countrywide Home Loans (Loan Code L-6).

q.   Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code L-12:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|-----|------|------|---------|
| 1 | ANB # 4723 WW (W) | 2/21/07 | $3,361.71 |
| 2 | ANB # 4723 WW (W) | 3/7/07 | $3,513.17 |
| 3 | ANB # 4723 WW (W) | 4/16/07 | $3,361.71 |
| 4 | ANB # 4723 WW (W) | 5/8/07 | $3,362.27 |
| 5 | ANB # 4723 WW (W) | 6/13/07 | $3,361.71 |
| 6 | ANB # 4723 WW (W) | 7/12/07 | $3,371.00 |
| 7 | ANB # 4723 WW (W) | 8/14/07 | $3,371.00 |
| 8 | ANB # 4723 WW (W) | 9/13/07 | $3,371.00 |
| 9 | ANB # 4723 WW (W) | 10/17/07 | $3,371.00 |
| 10 | ANB # 4723 WW (W) | 11/8/07 | $3,371.00 |
| 11 | ANB # 4723 WW (W) | 12/14/07 | $3,371.00 |
| 12 | ANB # 4723 WW (W) | 1/25/08 | $3,523.02 |
| 13 | ANB # 4723 WW (W) | 2/14/08 | $3,371.00 |
| 14 | GB #1321 WW/AW (WC) | 3/17/08 | $3,371.00 |
| 15 | GB #1321 WW/AW (WC) | 4/8/08 | $3,371.00 |
| 16 | GB #1321 WW/AW (WC) | 5/28/08 | $3,371.00 |

r.   This loan was not paid off as of May 31, 2008.

## OBJECTION TO OPINION #36

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

**OPINION #37**

37.   **Opinions for the loan dated 1/23/07 to Waun Weingart by New Century Mortgage for $450,000.**  (This loan is designated as Loan Code L-13)

a.   1144 Alameda Blvd., San Diego, CA, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $496,000 liability to "AMC Mtg Svcs" listed in the Liabilities Section of the loan application, or the debt of $496,000 to AMC Mortgage Services listed in the credit report.  That liability and that debt actually correspond to the 8/19/2005 loan to Waun Weingart for $496,000 from Ameriquest Mortgage Company (AMC) for the refinancing of 7766 Saxeborough Drive (Loan Code S-15).

b.   749 I Avenue, Coronado, CA, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $413,889 liability to "Wshgtn Mutl" listed in the Liabilities Section of the loan application, or the debt of $414,989 to Washington Mutual FA listed in the credit report.  That liability and that debt actually correspond to the 5/6/2004 loan to Waun Weingart for $400,000 from Washington Mutual Bank (WAMU) for the refinancing of 7766 Saxeborough Drive (Loan Code S-12).

c.   1035 G Avenue, San Diego, CA, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $406,699 liability to "Wshgtn Mutl" listed in the Liabilities Section of the loan application, or the debt of $407,581 to Washington Mutual FA listed in the credit report.  That liability and that debt actually correspond to the 10/25/2004 loan to Waun Weingart for $397,000 from Washington Mutual Bank (WAMU) for the refinancing of 141 Lost Angel Road (Loan Code L-7).

d.   1302 Sherman (A), Denver, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $391,370 liability to Aurora Loan listed in the Liabilities Section of the loan application, or the debt of $390,969 to Aurora Loan Services listed in the credit report.  That liability and that debt actually correspond to the 11/15/2004 loan to Waun Weingart for $400,000 from Lehman Brothers Bank for the refinancing of 141 Lost Angel Road (Loan Code L-8).

e.   1302 Sherman (B), Denver, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $352,233 liability to Aurora Loan listed in the Liabilities Section of the loan application, or the debt of

$351,872 to Aurora Loan Services listed in the credit report.  That liability and that debt actually correspond to the 11/15/2004 loan to Waun Weingart for $360,000 from Lehman Brothers Bank for the refinancing of 7766 Saxeborough Drive (Loan Code S-14).

f.     571 Pennsylvania, Denver, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $350,361 liability to "AMTrust Bk" listed in the Liabilities Section of the loan application, or the debt of $352,406 to Ohio Savings Bank listed in the credit report.  That liability and that debt actually correspond to the 11/15/2004 loan to Waun Weingart for $360,400 from Ohio Savings Bank for the refinancing of 7766 Saxeborough Drive (Loan Code S-13).

g.     575 Pennsylvania, Denver, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $311,318 liability to Chase listed in the Liabilities Section of the loan application, or the debt of $311,318 to "Chase Manhattan Mortga" listed in the credit report.  That liability and that debt actually correspond to the 4/9/2004 loan to Waun Weingart for $320,000 from Chase Manhattan Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-11).

h.     790 Magnolia St, Scottsdale, AZ, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $399,514 liability to Chase Manhattan Mortgage listed in the Liabilities Section of the loan application, or the debt of $399,514 to "Chase Manhattan Mortga" listed in the credit report.  That liability and that debt actually correspond to the 4/9/2004 loan to Waun Weingart for $410,000 from Chase Manhattan Mortgage for the refinancing of 141 Lost Angel Road (Loan Code L-5).

i.     7605 California SW, Seattle, WA, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $334,764 liability to Indy mac Bank listed in the Liabilities Section of the loan application, or the debt of $334,764 to Indymac Bank listed in the credit report.  That liability and that debt actually correspond to the 7/29/1999 loan to Craig & Waun Weingart for $363,300 from Broad Street Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-3).

j.     There was no address listed on the Schedule of Real Estate Owned Section of the loan application for the $31,857 liability to Beneficial listed in the Liabilities Section of the loan application, or the debt of $31,857 to Beneficial/HFC listed in the credit report.  That liability and that debt

130

actually correspond to the 8/1/2002 loan to Craig & Waun Weingart for $35,000 from Beneficial Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-7).

k.   The 10/12/00 loan to Craig and Waun Weingart for $356,000 from Option One Mortgage for the refinancing of 7766 Saxeborough (Loan Code S-6) was outstanding as of 1/23/07, but was not listed on the loan application for L-13 as a liability or on the Schedule of Real Estate Owned.

l.   The 12/22/06 loan to Waun Weingart for $440,000 from Equifirst for the refinancing of 7766 Saxeborough (Loan Code S-24) was outstanding as of 1/23/07, but was not listed on the loan application for L-13 as a liability or on the Schedule of Real Estate Owned.

m.   The 12/29/06 loan to Waun Weingart for $465,000 from Equifirst for the refinancing of 141 Lost Angel Road (Loan Code L-12) was outstanding as of 1/23/07, but was not listed on the loan application for L-13 as a liability or on the Schedule of Real Estate Owned.

n.   Loan proceeds of $452,735.44 were deposited by wire transfer into the American National Bank account #70231142 in the name of Real Estate Title LLC on 1/24/07.

o.   The proceeds from this loan were not used to pay off the prior mortgage designated by the lender to be paid off as a condition of the approval of the loan, namely a loan to Countrywide Home Loans (Loan Code L-6).

p.   Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code L-13:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 1 | GB #1321 WW/AW (WC) | 3/8/07 | $3,368.62 |
| 2 | GB #1321 WW/AW (WC) | 4/17/07 | $3,368.62 |
| 3 | GB #1321 WW/AW (WC) | 5/8/07 | $3,368.62 |
| 4 | GB #1321 WW/AW (WC) | 6/12/07 | $3,368.62 |
| 5 | GB #1321 WW/AW (WC) | 7/11/07 | $3,368.62 |
| 6 | GB #1321 WW/AW (WC) | 8/13/07 | $3,368.62 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 7 | GB #1321 WW/AW (WC) | 9/13/07 | $3,368.62 |
| 8 | GB #1321 WW/AW (WC) | 10/16/07 | $3,368.62 |
| 9 | GB #1321 WW/AW (WC) | 11/8/07 | $3,368.62 |
| 10 | GB #1321 WW/AW (WC) | 12/17/07 | $3,368.62 |
| 11 | GB #1321 WW/AW (WC) | 1/25/08 | $3,537.05 |
| 12 | GB #1321 WW/AW (WC) | 2/14/08 | $3,368.62 |
| 13 | GB #1321 WW/AW (WC) | 3/17/08 | $3,368.62 |
| 14 | GB #1321 WW/AW (WC) | 4/8/08 | $3,368.62 |
| 15 | GB #1321 WW/AW (WC) | 5/27/08 | $3,368.62 |

q.     This loan was not paid off as of May 31, 2008.

## OBJECTION TO OPINION #37

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

## OPINION #38

38.  **Opinions for the loan dated 3/14/08 to Waun Weingart by Bank of America for $417,000 and for the loan dated 3/14/08 to Waun Weingart by Bank of America for $28,362.**  (These loans are designated as Loan Code L-14-A and L-14-B respectively)

a.     7603 California SW, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $449,537 liability to Countrywide Home Loans listed in the Liabilities Section and the Schedule of Real Estate Owned Section of the loan application, or the debt of $449,537 to Countrywide Home Loans listed in the credit report.  That liability and that debt actually correspond to the 1/23/2007 loan to Waun Weingart for $450,000 from New Century Mortgage for the refinancing of 141 Lost Angel Road (Loan Code L-13).

132

b.   579-580 Pennsylvania Ave, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $368,986 liability to Flagstar Bank listed in the Liabilities Section and the Schedule of Real Estate Owned Section of the loan application, or the debt of $368,986 to Flagstar Bank listed in the credit report.  That liability and that debt actually correspond to the 8/7/2000 loan to Craig & Waun Weingart for $397,500 from Flagstar Bank for the refinancing of 7766 Saxeborough Drive (Loan Code S-5).

c.   249 Falcons Fire Way, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $420,178 liability to Washington Mutual FA listed in the Liabilities Section and the Schedule of Real Estate Owned Section of the loan application, or the debt of $420,178 to Washington Mutual FA listed in the credit report.  That liability and that debt actually correspond to the 10/25/2004 loan to Waun Weingart for $397,000 from Washington Mutual Bank (WAMU) for the refinancing of 141 Lost Angel Road (Loan Code L-7).

d.   575-579 Pennsylvania Ave, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $385,556 liability to Aurora Loan Services I listed in the Liabilities Section and the Schedule of Real Estate Owned Section of the loan application, or the debt of $385,556 to Aurora Loan Services I listed in the credit report.  That liability and that debt actually correspond to the 11/15/2004 loan to Waun Weingart for $400,000 from Lehman Brothers Bank for the refinancing of 141 Lost Angel Road (Loan Code L-8).

e.   790 Magnolia Wy., an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $347,001 liability to Aurora Loan Services I listed in the Liabilities Section and the Schedule of Real Estate Owned Section of the loan application, or the debt of $347,001 to Aurora Loan Services I listed in the credit report.  That liability and that debt actually correspond to the 11/15/2004 loan to Waun Weingart for $360,000 from Lehman Brothers Bank for the refinancing of 7766 Saxeborough Drive (Loan Code S-14).

f.   32587 Fox Hollow, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $327,591 liability to  listed in the Liabilities Section and the Schedule of Real Estate Owned Section of the loan application, or the debt of $327,591 to Indymac Bank listed in the credit report.  That liability and that debt actually correspond to the 7/29/1999

loan to Craig & Waun Weingart for $363,300 from Broad Street Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-3).

g.      There was no address listed on the Schedule of Real Estate Owned Section of the loan application for part of the $2,927,248 liability listed in the Liabilities Section of the loan application, or the debt of $464,175 to Homeq listed in the credit report.  Part of that liability and that debt actually correspond to the 12/29/2006 loan to Waun Weingart for $465,000 from EquiFirst  for the refinancing of 141 Lost Angel Road (Loan Code L-12).

h.      There was no address listed on the Schedule of Real Estate Owned Section of the loan application for part of the $2,927,248 liability listed in the Liabilities Section of the loan application, or the debt of $444,500 to Countrywide Home Loans listed in the credit report.  Part of that liability and that debt actually correspond to the 5/24/2004 loan to Waun Weingart for $444,500 from America's Wholesale Lender  for the refinancing of 141 Lost Angel Road (Loan Code L-6).

i.      There was no address listed on the Schedule of Real Estate Owned Section of the loan application for part of the $2,927,248 liability listed in the Liabilities Section of the loan application, or the debt of $439,175 to Homeq listed in the credit report.  Part of that liability and that debt actually correspond to the 12/22/2006 loan to Waun Weingart for $440,000 from Equifirst  for the refinancing of 7766 Saxeborough Drive (Loan Code S-24).

j.      There was no address listed on the Schedule of Real Estate Owned Section of the loan application for part of the $2,927,248 liability listed in the Liabilities Section of the loan application, or the debt of $393,794 to "Chase Manhattan Mortga" listed in the credit report.  Part of that liability and that debt actually correspond to the 4/9/2004 loan to Waun Weingart for $410,000 from Chase Manhattan Mortgage for the refinancing of 141 Lost Angel Road (Loan Code L-5).

k.      There was no address listed on the Schedule of Real Estate Owned Section of the loan application for part of the $2,927,248 liability listed in the Liabilities Section of the loan application, or the debt of $346,639 to Ohio Sav listed in the credit report.  Part of that liability and that debt actually correspond to the 11/15/2004 loan to Waun Weingart for $360,400 from Ohio Savings Bank for the refinancing of 7766 Saxeborough Drive (Loan Code S-13).

l.      There was no address listed on the Schedule of Real Estate Owned Section of the loan application for part of the $2,927,248 liability listed in the Liabilities Section of the loan application, or the debt of $307,068 to

"Chase Manhattan Mortga" listed in the credit report. Part of that liability and that debt actually correspond to the 4/9/2004 loan to Waun Weingart for $320,000 from Chase Manhattan Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-11).

m.   There was no address listed on the Schedule of Real Estate Owned Section of the loan application for part of the $2,927,248 liability listed in the Liabilities Section of the loan application, or the debt of $496,000 to "Citirl" listed in the credit report. Part of that liability and that debt actually correspond to the 8/19/2005 loan to Waun Weingart for $496,000 from Ameriquest Mortgage Company (AMC) for the refinancing of 7766 Saxeborough Drive (Loan Code S-15).

n.   There was no address listed on the Schedule of Real Estate Owned Section of the loan application for part of the $2,927,248 liability listed in the Liabilities Section of the loan application, or the debt of $31,408 to "HFC" listed in the credit report. Part of that liability and that debt actually correspond to the 8/1/2002 loan to Craig & Waun Weingart for $35,000 from Beneficial Mortgage for the refinancing of 7766 Saxeborough Drive (Loan Code S-7).

o.   The 10/12/00 loan to Craig and Waun Weingart for $356,000 from Option One Mortgage for the refinancing of 7766 Saxeborough (Loan Code S-6) was outstanding as of 3/14/08, but was not listed on the loan application for L-14 as a liability or on the Schedule of Real Estate Owned.

p.   Loan proceeds of $414,084.56 were deposited by wire transfer into the Guaranty Bank account #51209410 in the name of Real Estate Title LLC Escrow/Trust Account on 3/18/08.

q.   Loan proceeds of $28,149.19 were deposited by wire transfer into the Guaranty Bank account #51209410 in the name of Real Estate Title LLC Escrow/Trust Account on 3/19/08.

r.   The proceeds from the loan assigned the Loan Code L-14-A were not used to pay off the prior mortgage designated by the lender to be paid off as a condition of the approval of the loan, namely a loan to Countrywide (Loan Code L-6).

s.   The proceeds from these loan were used in part to fund the payoffs of S-14 and L-8.

t.   These loans were not paid off as of May 31, 2008.

135

## OBJECTION TO OPINION #38

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

## OPINION #39

39.  **Opinions for the loan dated 4/21/08 to John Gallegos by Bank of America for $417,000.**  (This loan is designated as Loan Code L-15)

   a.   777 Sunrise Place, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $385,239 liability to "Ohio Sav" listed in the Liabilities Section  and the Schedule of Real Estate Owned Section of the loan application, or the debt of $385,239 to Ohio Sav listed in the credit report.  That liability and that debt actually correspond to the 2/13/2004 loan to John Gallegos for $400,000 from 1st Mariner Bank  for the refinancing of 141 Lost Angel Road (Loan Code L-4).

   b.   20 Whistler Pine Way, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $390,593 liability to "WlsFgr HmMtg" listed in the Liabilities Section  and the Schedule of Real Estate Owned Section of the loan application, or the debt of $390,593 to "WlsFgr HmMtg" listed in the credit report.  That liability and that debt actually correspond to the 8/25/2005 loan to John Gallegos for $400,000 from Wells Fargo Bank NA for the refinancing of 141 Lost Angel Road (Loan Code L-9).

   c.   575 Pennsylvania St, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $262,298 liability to "Select Portfolio Svcin" listed in the Liabilities Section  and the Schedule of Real Estate Owned Section of the loan application, or the debt of $262,298 to "Select Portfolio Svcin" listed in the credit report.  That liability and that debt actually correspond to the 3/21/2002 loan to John Gallegos for $278,000 from Aames Funding for the refinancing of 141 Lost Angel Road (Loan Code L-1).

   d.   563 Pennsylvania Ave, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $129,190 liability to Home Coming Funding NE listed in the Liabilities Section  and the Schedule of Real Estate Owned Section of the loan application, or the debt of $129,190 to Home Coming Funding listed in the credit report.  That liability and that debt

actually correspond to the 7/11/01 loan to John Gallegos for $136,800 from Matrix Financial Services for the refinancing of 430 E. 6th Avenue (Loan Code 6th-4).

e.     "561 Pennsylvania Av", an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $127,738 liability to  listed in the Liabilities Section  and the Schedule of Real Estate Owned Section of the loan application, or the debt of $127,738 to Indymac Bank listed in the credit report.  That liability and that debt actually correspond to the 6/25/2001 loan to John Gallegos for $136,800 from Peoples Choice Home Loan for the refinancing of 430 E. 6th Avenue (Loan Code 6th-3).

f.     There was no address listed on the Schedule of Real Estate Owned Section of the loan application for the $381,616 liability to "Wshntn Mutl" listed in the Liabilities Section or the debt of $381,616 to "Wshngtn Mutl" listed in the credit report.  That liability and that debt actually correspond to the 4/15/05 loan to John Gallegos for $359,000 from Washington Mutual Bank for the refinancing of 7603 California Avenue SW (Loan Code Calif-3).

g.     There was no address listed on the Schedule of Real Estate Owned Section of the loan application for part of the $2,347,272 liability listed in the Liabilities Section of the loan application, or the debt of $489,404 to "WlsFgr HmMtg" listed in the credit report.  Part of that liability and that debt actually correspond to the 12/27/2006 loan to John Gallegos for $495,000 from Wells Fargo Bank NA for the refinancing of 141 Lost Angel Road (Loan Code L-11).

h.     There was no address listed on the Schedule of Real Estate Owned Section of the loan application for part of the $2,347,272 liability listed in the Liabilities Section of the loan application, or the debt of $465,160 to Countrywide listed in the credit report.  Part of that liability and that debt actually correspond to the 10/12/2007 loan to John Gallegos for $465,500 from Countrywide Home Loans for the refinancing of 7603 California Avenue SW (Loan Code Calif-4).

i.     There was no address listed on the Schedule of Real Estate Owned Section of the loan application for part of the $2,347,272 liability listed in the Liabilities Section of the loan application, or the debt of $383,200 to "Bk of Amer" listed in the credit report.  Part of that liability and that debt actually correspond to the 1/22/2008 loan to John Gallegos for $383,200 from Bank of America  for the refinancing of 7603 California Avenue SW (Loan Code Calif-5).

j.      There was no address listed on the Schedule of Real Estate Owned Section of the loan application for part of the $2,347,272 liability listed in the Liabilities Section of the loan application, or the debt of $379,158 to "Select Portfolio Svcin" listed in the credit report.  Part of that liability and that debt actually correspond to the 3/29/2002 loan to John Gallegos for $400,000 from Resource Bank  for the refinancing of 141 Lost Angel Road (Loan Code L-2).

k.      There was no address listed on the Schedule of Real Estate Owned Section of the loan application for part of the $2,347,272 liability listed in the Liabilities Section of the loan application, or the debt of $127,023 to Ocwen Loan Servicing listed in the credit report.  Part of that liability and that debt actually correspond to the 11/30/2001 loan to John Gallegos for $136,800 from CBSK Financial dba American Home Loans  for the refinancing of 430 E. 6th Avenue (Loan Code 6th-5-A).

l.      There was no address listed on the Schedule of Real Estate Owned Section of the loan application for part of the $2,347,272 liability listed in the Liabilities Section of the loan application, or the debt of $118,516 to "Select Portfolio Svcin" listed in the credit report.  Part of that liability and that debt actually correspond to the 9/22/00 loan to John Gallegos for $124,720 from Stonecreek Funding for the refinancing of 430 E. 6th Avenue (Loan Code 6th-2).

m.      There was no address listed on the Schedule of Real Estate Owned Section of the loan application for part of the $2,347,272 liability listed in the Liabilities Section of the loan application, or the debt of $100,085 to "Bk of Amer" listed in the credit report.  Part of that liability and that debt actually correspond to the 1/2008 loan to John Gallegos for $100,000 from Bank of America  for the refinancing of 7603 California Avenue SW (Loan Code Calif-6).

n.      There was no address listed on the Schedule of Real Estate Owned Section of the loan application for part of the $2,347,272 liability listed in the Liabilities Section of the loan application, or the debt of $222,187 to Home Coming Funding listed in the credit report.  Part of that liability and that debt actually correspond to the 6/25/2002 loan to John Gallegos for $229,800 from General Mortgage Corp. of America  for the refinancing of 141 Lost Angel Road (Loan Code L-3).

o.      There was no address listed on the Schedule of Real Estate Owned Section of the loan application for part of the $2,347,272 liability listed in the Liabilities Section of the loan application, or the debt of $130,758 to Ocwen Loan Servicing listed in the credit report.  Part of that liability and that debt actually correspond to the 12/20/2001 loan to John Gallegos for

$136,800 from Bridge Capital Corp  for the refinancing of 430 E. 6th Avenue (Loan Code 6th-6).

p.      Loan proceeds of $408,307.46 were deposited by wire transfer into the Guaranty Bank account #51209410 in the name of Real Estate Title LLC Escrow/Trust Account on 4/18/08.

q.      The proceeds from this loan were not used to pay off the prior mortgage designated by the lender to be paid off as a condition of the approval of the loan, namely a loan to Wells Fargo (Loan Code L-9).

r.      The proceeds from these loan were used in part to fund the payoffs of L-8.

s.      This loan was not paid off as of May 31, 2008.

## OBJECTION TO OPINION #39

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

## OPINION #40

40.   **Opinions for the loan dated 9/22/00 to John Gallegos by G-4 Holdings to Flagstar Bank for $124,700.**  (This loan is designated as Loan Code 6th-1)

a.      The following mortgage payments (which in some instances included fees) were made on the loan designated as Loan Code 6th-1; where a bank account is identified, funds from that account were used to make the payment:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 1 | | 11/7/00 | $1,185.17 |
| 2 | | 12/4/00 | $1,185.17 |
| 3 | | 12/29/00 | $1,197.51 |
| 4 | | 2/6/01 | $1,197.51 |
| 5 | | 3/2/01 | $1,197.51 |
| 6 | | 4/5/01 | $1,197.51 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 7 | | 4/5/01 | $54.14 |
| 8 | | 5/10/01 | $1,197.51 |
| 9 | | 6/25/01 | $1,251.65 |
| 10 | | 7/10/01 | $1,197.51 |
| 11 | | 7/10/01 | $54.14 |
| 12 | | 8/16/01 | $1,197.51 |
| 13 | | 8/16/01 | $54.14 |
| 14 | | 9/27/01 | $1,158.43 |
| 15 | | 9/27/01 | $1,197.51 |
| 16 | | 10/29/01 | $1,168.81 |
| 17 | | 10/29/01 | $1,168.81 |
| 18 | | 12/6/01 | $1,168.81 |
| 19 | FASB #1625 CCCT (WCPJ) | 1/8/02 | $1,168.81 |
| 20 | | 2/28/02 | $1,168.81 |
| 21 | FASB #7049 CW/WW (CW) | 3/4/02 | $1,168.81 |
| 22 | FASB #7049 CW/WW (CW) | 4/9/02 | $1,168.81 |
| 23 | FASB #1625 CCCT (WCPJ) | 5/6/02 | $1,168.81 |
| 24 | FASB #1625 CCCT (WCPJ) | 6/5/02 | $1,168.81 |
| 25 | FASB #1625 CCCT (WCPJ) | 7/2/02 | $1,168.81 |
| 26 | FASB #7049 CW/WW (CW) | 8/6/02 | $1,168.81 |
| 27 | FASB #7049 CW/WW (CW) | 9/11/02 | $1,168.81 |
| 28 | FASB #7049 CW/WW (CW) | 10/8/02 | $1,168.81 |
| 29 | FASB #7049 CW/WW (CW) | 11/14/02 | $1,318.72 |
| 30 | FASB #1666 CCCT (JWCP) | 12/27/02 | $1,481.14 |
| 31 | FASB #1666 CCCT (JWCP) | 1/21/03 | $1,318.72 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 32 | FASB #1666 CCCT (JWCP) | 2/4/03 | $1,469.24 |
| 33 | FASB #1666 CCCT (JWCP) | 3/21/03 | $1,469.24 |
| 34 | FASB #1666 CCCT (JWCP) | 4/17/03 | $1,469.24 |
| 35 | FASB #1666 CCCT (JWCP) | 5/15/03 | $1,469.24 |
| 36 | ANB # 7831 CCCT (WJ) | 6/12/03 | $1,469.24 |
| 37 | ANB # 7831 CCCT (WJ) | 7/10/03 | $1,469.24 |
| 38 | ANB # 7831 CCCT (WJ) | 8/15/03 | $1,469.24 |
| 39 | ANB # 7831 CCCT (WJ) | 9/18/03 | $1,469.24 |
| 40 | ANB # 7831 CCCT (WJ) | 10/22/03 | $1,469.24 |
| 41 | ANB # 7831 CCCT (WJ) | 11/13/03 | $1,383.96 |
| 42 | ANB # 7831 CCCT (WJ) | 12/12/03 | $1,383.96 |
| 43 | ANB # 7831 CCCT (WJ) | 1/16/04 | $1,383.96 |
| 44 | FASB #7056 JG (J) | 2/24/04 | $1,383.96 |
| 45 | FASB #7056 JG (J) | 3/11/04 | $1,383.96 |
| 46 | FASB #7056 JG (J) | 4/14/04 | $1,383.96 |
| 47 | FASB #7056 JG (J) | 5/12/04 | $1,383.96 |
| 48 | FASB #7056 JG (J) | 6/14/04 | $1,383.96 |
| 49 | FASB #7056 JG (J) | 7/16/04 | $1,383.96 |
| 50 | FASB #7056 JG (J) | 8/12/04 | $1,383.96 |
| 51 | FASB #7056 JG (J) | 9/15/04 | $1,383.96 |
| 52 | FASB #7056 JG (J) | 10/18/04 | $1,383.96 |
| 53 | FASB #7056 JG (J) | 11/16/04 | $1,326.11 |
| 54 | FASB #7056 JG (J) | 12/7/04 | $1,326.11 |
| 55 | FASB #7056 JG (J) | 1/12/05 | $1,326.11 |
| 56 | FASB #7056 JG (J) | 2/9/05 | $1,326.11 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 57 | FASB #7056 JG (J) | 3/16/05 | $1,326.11 |
| 58 | FASB #7056 JG (J) | 4/19/05 | $1,326.11 |
| 59 | FASB #7056 JG (J) | 5/17/05 | $1,326.11 |
| 60 | FASB #7056 JG (J) | 6/20/05 | $1,326.11 |
| 61 | FASB #7056 JG (J) | 7/11/05 | $1,326.11 |
| 62 | FASB #7056 JG (J) | 8/12/05 | $1,326.11 |
| 63 | FASB #7056 JG (J) | 9/14/05 | $1,326.11 |
| 64 | FASB #7056 JG (J) | 10/7/05 | $1,326.11 |
| 65 | ANB # 4710 JG (J) | 11/15/05 | $1,328.41 |
| 66 | ANB # 4710 JG (J) | 12/8/05 | $1,328.41 |
| 67 | ANB # 4710 JG (J) | 1/10/06 | $1,328.41 |
| 68 | ANB # 4710 JG (J) | 2/10/06 | $1,328.41 |
| 69 | ANB # 4710 JG (J) | 3/9/06 | $1,328.41 |
| 70 | ANB # 4710 JG (J) | 4/7/06 | $1,328.41 |
| 71 | ANB # 4710 JG (J) | 5/17/06 | $1,328.41 |
| 72 | ANB # 4710 JG (J) | 6/9/06 | $1,328.41 |
| 73 | ANB # 4710 JG (J) | 7/18/06 | $1,328.41 |
| 74 | ANB # 4710 JG (J) | 8/15/06 | $1,328.41 |
| 75 | ANB # 4710 JG (J) | 9/11/06 | $1,328.41 |
| 76 | ANB # 4710 JG (J) | 10/16/06 | $1,328.41 |
| 77 | ANB # 4710 JG (J) | 11/15/06 | $1,330.16 |
| 78 | ANB # 4710 JG (J) | 12/15/06 | $1,330.16 |
| 79 | ANB # 4710 JG (J) | 1/17/07 | $1,330.16 |
| 80 | ANB # 4710 JG (J) | 2/12/07 | $1,330.16 |
| 81 | ANB # 4710 JG (J) | 3/9/07 | $1,330.16 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 82 | ANB # 4710 JG (J) | 4/17/07 | $1,330.16 |
| 83 | ANB # 4710 JG (J) | 5/9/07 | $1,330.16 |
| 84 | ANB # 4710 JG (J) | 6/19/07 | $1,330.16 |
| 85 | ANB # 4710 JG (J) | 7/12/07 | $1,330.16 |
| 86 | ANB # 4710 JG (J) | 8/14/07 | $1,330.16 |
| 87 | ANB # 4710 JG (J) | 9/14/07 | $1,330.16 |
| 88 | ANB # 4710 JG (J) | 10/17/07 | $1,330.16 |
| 89 | ANB # 4710 JG (J) | 11/9/07 | $1,323.63 |
| 90 | ANB # 4710 JG (J) | 12/19/07 | $1,323.63 |
| 91 | ANB # 4710 JG (J) | 1/28/08 | $1,323.63 |
| 92 | ANB # 4710 JG (J) | 2/19/08 | $1,323.63 |
| 93 | GB #1321 WW/AW (WC) | 3/18/08 | $1,323.63 |
| 94 | GB #1321 WW/AW (WC) | 4/9/08 | $1,323.63 |
| 95 | GB #1321 WW/AW (WC) | 5/28/08 | $1,323.63 |

b.      This loan was not paid off as of May 31, 2008.


## OBJECTION TO OPINION #40

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.


## OPINION #41

41.   **Opinions for the loan dated 9/22/00 to John Gallegos by Stonecreek Funding for $124,720.**  (This loan is designated as Loan Code 6th-2)

a.      Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code 6th-2

143

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 1 | FASB #1625 CCCT (WCPJ) | 1/9/02 | $1,117.62 |
| 2 | FASB #7049 CW/WW (CW) | 2/14/02 | $1,117.62 |
| 3 | FASB #7049 CW/WW (CW) | 3/11/02 | $1,117.60 |
| 4 | FASB #7049 CW/WW (CW) | 4/10/02 | $1,117.60 |
| 5 | FASB #1625 CCCT (WCPJ) | 5/6/02 | $1,117.62 |
| 6 | FASB #1625 CCCT (WCPJ) | 6/6/02 | $1,117.62 |
| 7 | FASB #1625 CCCT (WCPJ) | 7/2/02 | $1,117.63 |
| 8 | FASB #7049 CW/WW (CW) | 8/7/02 | $1,117.63 |
| 9 | FASB #7049 CW/WW (CW) | 9/13/02 | $1,117.63 |
| 10 | FASB #7049 CW/WW (CW) | 10/8/02 | $1,117.63 |
| 11 | FASB #7049 CW/WW (CW) | 11/13/02 | $1,117.63 |
| 12 | FASB #1666 CCCT (JWCP) | 1/16/03 | $1,117.06 |
| 13 | FASB #1666 CCCT (JWCP) | 2/3/03 | $1,117.06 |
| 14 | FASB #1666 CCCT (JWCP) | 3/13/03 | $1,117.06 |
| 15 | FASB #1666 CCCT (JWCP) | 4/17/03 | $1,333.46 |
| 16 | FASB #1666 CCCT (JWCP) | 5/14/03 | $1,345.66 |
| 17 | ANB # 7831 CCCT (WJ) | 6/11/03 | $1,333.46 |
| 18 | ANB # 7831 CCCT (WJ) | 7/9/03 | $1,333.46 |
| 19 | ANB # 7831 CCCT (WJ) | 8/14/03 | $1,333.46 |
| 20 | ANB # 7831 CCCT (WJ) | 9/17/03 | $1,294.87 |
| 21 | ANB # 7831 CCCT (WJ) | 10/21/03 | $1,350.72 |
| 22 | ANB # 7831 CCCT (WJ) | 11/12/03 | $1,294.87 |
| 23 | ANB # 7831 CCCT (WJ) | 12/11/03 | $1,294.87 |
| 24 | ANB # 7831 CCCT (WJ) | 1/15/04 | $1,294.87 |
| 25 | FASB #7056 JG (J) | 2/23/04 | $1,350.72 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 26 | FASB #7056 JG (J) | 2/24/04 | $1,350.72 |
| 27 | FASB #1625 CCCT (WCPJ) | 3/10/04 | $1,350.72 |
| 28 | FASB #7056 JG (J) | 4/13/04 | $1,279.87 |
| 29 | FASB #7056 JG (J) | 5/11/04 | $1,279.87 |
| 30 | FASB #7056 JG (J) | 6/11/04 | $1,279.87 |
| 31 | FASB #7056 JG (J) | 7/15/04 | $1,279.87 |
| 32 | FASB #7056 JG (J) | 8/11/04 | $1,203.05 |
| 33 | FASB #7056 JG (J) | 9/15/04 | $1,207.05 |
| 34 | FASB #7056 JG (J) | 10/15/04 | $1,203.05 |
| 35 | FASB #7056 JG (J) | 11/15/04 | $1,203.05 |
| 36 | FASB #7056 JG (J) | 12/6/04 | $1,203.05 |
| 37 | FASB #7056 JG (J) | 1/11/05 | $1,203.05 |
| 38 | FASB #7056 JG (J) | 2/8/05 | $1,203.05 |
| 39 | FASB #7056 JG (J) | 3/15/05 | $1,203.05 |
| 40 | FASB #7056 JG (J) | 4/18/05 | $1,203.05 |
| 41 | FASB #7056 JG (J) | 5/16/05 | $1,203.05 |
| 42 | FASB #7056 JG (J) | 6/17/05 | $1,203.05 |
| 43 | FASB #7056 JG (J) | 7/8/05 | $1,203.05 |
| 44 | FASB #7056 JG (J) | 8/10/05 | $1,203.05 |
| 45 | FASB #7056 JG (J) | 9/13/05 | $1,203.05 |
| 46 | FASB #7056 JG (J) | 10/7/05 | $1,209.13 |
| 47 | ANB # 4723 WW (W) | 11/14/05 | $1,273.91 |
| 48 | ANB # 4710 JG (J) | 12/7/05 | $1,273.91 |
| 49 | FASB #7056 JG (J) | 1/27/06 | $1,273.91 |
| 50 | ANB # 4710 JG (J) | 2/9/06 | $1,329.76 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 51 | ANB # 4710 JG (J) | 3/8/06 | $1,329.76 |
| 52 | ANB # 4710 JG (J) | 4/11/06 | $1,307.66 |
| 53 | ANB # 4710 JG (J) | 5/17/06 | $1,361.28 |
| 54 | ANB # 4710 JG (J) | 6/8/06 | $1,361.28 |
| 55 | ANB # 4710 JG (J) | 7/17/06 | $1,376.28 |
| 56 | GB #1348 JG (J) | 8/4/06 | $1,376.28 |
| 57 | ANB # 4710 JG (J) | 9/8/06 | $1,376.28 |
| 58 | ANB # 4723 WW (W) | 10/13/06 | $1,379.90 |
| 59 | ANB # 4723 WW (W) | 11/14/06 | $1,412.86 |
| 60 | ANB # 4710 JG (J) | 12/14/06 | $1,412.86 |
| 61 | ANB # 4710 JG (J) | 1/12/07 | $1,412.86 |
| 62 | GB #1321 WW/AW (WC) | 2/9/07 | $1,412.86 |
| 63 | ANB # 4723 WW (W) | 3/8/07 | $1,412.86 |
| 64 | ANB # 4710 JG (J) | 4/16/07 | $1,412.86 |
| 65 | ANB # 4710 JG (J) | 5/9/07 | $1,401.94 |
| 66 | ANB # 4710 JG (J) | 6/19/07 | $1,401.94 |
| 67 | ANB # 4723 WW (W) | 7/11/07 | $1,401.94 |
| 68 | ANB # 4710 JG (J) | 8/13/07 | $1,396.24 |
| 69 | ANB # 4710 JG (J) | 9/13/07 | $1,396.24 |
| 70 | ANB # 4723 WW (W) | 10/16/07 | $1,396.24 |
| 71 | ANB # 4710 JG (J) | 11/8/07 | $1,417.91 |
| 72 | GB #1321 WW/AW (WC) | 12/18/07 | $1,417.91 |
| 73 | ANB # 4710 JG (J) | 1/29/08 | $1,417.91 |
| 74 | ANB # 4723 WW (W) | 2/19/08 | $1,417.91 |
| 75 | ANB # 4723 WW (W) | 3/14/08 | $1,417.91 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|-----|---------------------------------------------------------|------|---------|
| 76 | ANB # 4723 WW (W) | 4/8/08 | $1,407.91 |
| 77 | GB #1321 WW/AW (WC) | 5/27/08 | $1,332.76 |

  b.  This loan was not paid off as of May 31, 2008.

## OBJECTION TO OPINION #41

   Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

## OPINION #42

42. **Opinions for the loan dated 6/25/01 to John Gallegos by Peoples Choice Home Loan for $136,800.** (This loan is designated as Loan Code 6th-3)

  a.  Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code 6th-3:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|-----|---------------------------------------------------------|------|---------|
| 1 | FASB #1625 CCCT (WCPJ) | 1/7/02 | $980.06 |
| 2 | FASB #1625 CCCT (WCPJ) | 1/7/02 | $980.06 |
| 3 | FASB #7049 CW/WW (CW) | 2/12/02 | $980.05 |
| 4 | FASB #7049 CW/WW (CW) | 3/6/02 | $980.05 |
| 5 | FASB #7049 CW/WW (CW) | 4/8/02 | $980.05 |
| 6 | FASB #1625 CCCT (WCPJ) | 5/6/02 | $980.05 |
| 7 | FASB #1625 CCCT (WCPJ) | 6/5/02 | $980.05 |
| 8 | FASB #1625 CCCT (WCPJ) | 7/2/02 | $980.05 |
| 9 | FASB #7049 CW/WW (CW) | 8/6/02 | $980.05 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 10 | FASB #7049 CW/WW (CW) | 9/13/02 | $980.05 |
| 11 | FASB #7049 CW/WW (CW) | 10/8/02 | $980.05 |
| 12 | FASB #7049 CW/WW (CW) | 11/13/02 | $980.05 |
| 13 | FASB #1666 CCCT (JWCP) | 1/15/03 | $1,213.84 |
| 14 | FASB #1666 CCCT (JWCP) | 2/4/03 | $1,213.84 |
| 15 | FASB #1666 CCCT (JWCP) | 3/12/03 | $1,213.84 |
| 16 | FASB #1666 CCCT (JWCP) | 4/16/03 | $1,218.84 |
| 17 | FASB #1666 CCCT (JWCP) | 5/14/03 | $1,218.84 |
| 18 | ANB # 7831 CCCT (WJ) | 6/11/03 | $1,218.84 |
| 19 | ANB # 7831 CCCT (WJ) | 7/9/03 | $1,218.84 |
| 20 | ANB # 7831 CCCT (WJ) | 8/14/03 | $1,218.84 |
| 21 | ANB # 7831 CCCT (WJ) | 9/17/03 | $1,123.32 |
| 22 | ANB # 7831 CCCT (WJ) | 10/21/03 | $1,125.32 |
| 23 | ANB # 7831 CCCT (WJ) | 11/12/03 | $1,172.32 |
| 24 | ANB # 7831 CCCT (WJ) | 12/11/03 | $1,123.32 |
| 25 | ANB # 7831 CCCT (WJ) | 1/15/04 | $1,123.32 |
| 26 | FASB #7056 JG (J) | 2/23/04 | $1,172.32 |
| 27 | FASB #7056 JG (J) | 3/10/04 | $1,123.32 |
| 28 | FASB #7056 JG (J) | 4/13/04 | $1,123.32 |
| 29 | FASB #7056 JG (J) | 5/11/04 | $1,123.32 |
| 30 | FASB #7056 JG (J) | 6/11/04 | $1,123.32 |
| 31 | FASB #7056 JG (J) | 7/15/04 | $1,123.32 |
| 32 | FASB #7056 JG (J) | 8/11/04 | $1,075.55 |
| 33 | FASB #7056 JG (J) | 9/14/04 | $1,075.55 |
| 34 | FASB #7056 JG (J) | 10/15/04 | $1,075.55 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 35 | FASB #7056 JG (J) | 11/15/04 | $1,075.55 |
| 36 | FASB #7056 JG (J) | 12/6/04 | $1,075.55 |
| 37 | FASB #7056 JG (J) | 1/11/05 | $1,075.55 |
| 38 | FASB #7056 JG (J) | 2/8/05 | $1,075.55 |
| 39 | FASB #7056 JG (J) | 3/15/05 | $1,075.55 |
| 40 | FASB #7056 JG (J) | 4/18/05 | $1,075.55 |
| 41 | FASB #7056 JG (J) | 5/16/05 | $1,075.55 |
| 42 | FASB #7056 JG (J) | 6/17/05 | $1,075.55 |
| 43 | FASB #7056 JG (J) | 7/8/05 | $1,075.55 |
| 44 | FASB #7056 JG (J) | 8/10/05 | $1,097.46 |
| 45 | FASB #7056 JG (J) | 9/13/05 | $1,097.46 |
| 46 | FASB #7056 JG (J) | 10/6/05 | $1,092.46 |
| 47 | ANB # 4710 JG (J) | 11/14/05 | $1,097.46 |
| 48 | ANB # 4710 JG (J) | 12/7/05 | $1,092.46 |
| 49 | ANB # 4710 JG (J) | 1/12/06 | $1,097.46 |
| 50 | ANB # 4710 JG (J) | 2/9/06 | $1,185.96 |
| 51 | ANB # 4710 JG (J) | 3/6/06 | $1,180.96 |
| 52 | ANB # 4710 JG (J) | 4/6/06 | $1,180.96 |
| 53 | ANB # 4710 JG (J) | 5/16/06 | $1,185.96 |
| 54 | ANB # 4710 JG (J) | 6/8/06 | $1,185.96 |
| 55 | ANB # 4710 JG (J) | 7/17/06 | $1,185.96 |
| 56 | ANB # 4710 JG (J) | 8/14/06 | $1,253.45 |
| 57 | ANB # 4710 JG (J) | 9/12/06 | $1,253.45 |
| 58 | ANB # 4710 JG (J) | 10/13/06 | $1,253.45 |
| 59 | ANB # 4710 JG (J) | 11/14/06 | $1,253.45 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|-----|---------------------------------------------------------|------|---------|
| 60 | ANB # 4710 JG (J) | 12/14/06 | $1,253.45 |
| 61 | ANB # 4710 JG (J) | 1/12/07 | $1,253.45 |
| 62 | ANB # 4710 JG (J) | 2/12/07 | $1,264.72 |
| 63 | ANB # 4710 JG (J) | 3/7/07 | $1,259.72 |
| 64 | ANB # 4710 JG (J) | 4/16/07 | $1,264.72 |
| 65 | ANB # 4710 JG (J) | 5/8/07 | $1,264.72 |
| 66 | ANB # 4710 JG (J) | 6/18/07 | $1,264.72 |
| 67 | ANB # 4710 JG (J) | 7/11/07 | $1,264.72 |
| 68 | ANB # 4710 JG (J) | 8/13/07 | $1,264.72 |
| 69 | ANB # 4710 JG (J) | 9/13/07 | $1,264.72 |
| 70 | ANB # 4710 JG (J) | 10/16/07 | $1,264.72 |
| 71 | ANB # 4710 JG (J) | 11/8/07 | $1,264.72 |
| 72 | ANB # 4710 JG (J) | 12/18/07 | $1,264.72 |
| 73 | ANB # 4710 JG (J) | 1/25/08 | $2,528.14 |
| 74 | ANB # 4710 JG (J) | 2/14/08 | $1,204.96 |
| 75 | GB #1321 WW/AW (WC) | 3/17/08 | $1,204.96 |
| 76 | GB #1321 WW/AW (WC) | 4/22/08 | $1,229.96 |
| 77 | GB #1321 WW/AW (WC) | 5/27/08 | $1,204.96 |

b.      This loan was not paid off as of May 31, 2008.


**OBJECTION TO OPINION #42**

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

**OPINION #43**

43. **Opinions for the loan dated 7/11/01 to John Gallegos by Matrix Financial Services for $136,800.**  (This loan is designated as Loan Code 6th-4)

    a.    Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code 6th-4:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 1 | FASB #1625 CCCT (WCPJ) | 1/8/02 | $1,113.05 |
| 2 | FASB #7049 CW/WW (CW) | 2/27/02 | $1,113.05 |
| 3 | FASB #7049 CW/WW (CW) | 3/7/02 | $1,113.05 |
| 4 | FASB #1625 CCCT (WCPJ) | 4/18/02 | $2,478.05 |
| 5 | FASB #1625 CCCT (WCPJ) | 6/5/02 | 11,168.70 |
| 6 | FASB #1625 CCCT (WCPJ) | 7/3/02 | $1,113.05 |
| 7 | FASB #7049 CW/WW (CW) | 8/7/02 | $1,113.05 |
| 8 | FASB #7049 CW/WW (CW) | 9/12/02 | $1,113.05 |
| 9 | FASB #7049 CW/WW (CW) | 10/7/02 | $1,113.05 |
| 10 | FASB #7049 CW/WW (CW) | 11/13/02 | $1,113.05 |
| 11 | FASB #1666 CCCT (JWCP) | 12/26/02 | $1,168.70 |
| 12 | FASB #1666 CCCT (JWCP) | 1/16/03 | $1,113.05 |
| 13 | FASB #1666 CCCT (JWCP) | 2/4/03 | $1,113.05 |
| 14 | FASB #1666 CCCT (JWCP) | 3/12/03 | $2,478.05 |
| 15 | FASB #1666 CCCT (JWCP) | 4/17/03 | $1,125.04 |
| 16 | FASB #1666 CCCT (JWCP) | 5/15/03 | $1,113.05 |
| 17 | ANB # 7831 CCCT (WJ) | 6/12/03 | $1,113.05 |
| 18 | FASB #1666 CCCT (JWCP) | 7/11/03 | $1,113.05 |
| 19 | ANB # 7831 CCCT (WJ) | 8/19/03 | $1,133.04 |
| 20 | ANB # 7831 CCCT (WJ) | 9/17/03 | $1,113.05 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 21 | ANB # 7831 CCCT (WJ) | 10/22/03 | $1,168.70 |
| 22 | ANB # 7831 CCCT (WJ) | 11/13/03 | $1,557.39 |
| 23 | ANB # 7831 CCCT (WJ) | 12/12/03 | $1,557.39 |
| 24 | ANB # 7831 CCCT (WJ) | 1/16/04 | $1,557.39 |
| 25 | ANB # 7831 CCCT (WJ) | 2/24/04 | $1,168.70 |
| 26 | FASB #7056 JG (J) | 3/11/04 | $1,113.05 |
| 27 | FASB #7056 JG (J) | 4/14/04 | $1,113.05 |
| 28 | FASB #7056 JG (J) | 5/12/04 | $1,113.05 |
| 29 | FASB #7056 JG (J) | 6/14/04 | $1,113.05 |
| 30 | FASB #7056 JG (J) | 7/16/04 | $1,113.05 |
| 31 | FASB #7056 JG (J) | 8/12/04 | $1,113.05 |
| 32 | FASB #7056 JG (J) | 9/15/04 | $1,113.05 |
| 33 | FASB #7056 JG (J) | 10/18/04 | $1,113.05 |
| 34 | FASB #7056 JG (J) | 11/16/04 | $1,113.05 |
| 35 | FASB #7056 JG (J) | 12/7/04 | $1,113.05 |
| 36 | FASB #7056 JG (J) | 1/12/05 | $1,113.05 |
| 37 | FASB #7056 JG (J) | 2/9/05 | $1,113.05 |
| 38 | FASB #7056 JG (J) | 3/16/05 | $1,113.05 |
| 39 | FASB #7056 JG (J) | 4/19/05 | $1,113.05 |
| 40 | FASB #7056 JG (J) | 5/17/05 | $1,113.05 |
| 41 | FASB #7056 JG (J) | 6/20/05 | $1,113.05 |
| 42 | FASB #7056 JG (J) | 7/12/05 | $1,113.05 |
| 43 | FASB #7056 JG (J) | 8/11/05 | $1,113.05 |
| 44 | FASB #7056 JG (J) | 9/14/05 | $1,113.05 |
| 45 | FASB #7056 JG (J) | 10/7/05 | $1,113.05 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 46 | ANB # 4710 JG (J) | 11/15/05 | $1,113.05 |
| 47 | ANB # 4710 JG (J) | 12/8/05 | $1,113.05 |
| 48 | ANB # 4710 JG (J) | 1/17/06 | $1,113.05 |
| 49 | ANB # 4710 JG (J) | 2/10/06 | $1,113.05 |
| 50 | ANB # 4710 JG (J) | 3/9/06 | $1,113.05 |
| 51 | ANB # 4710 JG (J) | 4/7/06 | $1,113.05 |
| 52 | ANB # 4710 JG (J) | 5/17/06 | $1,113.05 |
| 53 | ANB # 4710 JG (J) | 6/9/06 | $1,113.05 |
| 54 | ANB # 4710 JG (J) | 7/18/06 | $1,113.05 |
| 55 | ANB # 4710 JG (J) | 8/7/06 | $1,113.05 |
| 56 | ANB # 4710 JG (J) | 9/13/06 | $1,113.05 |
| 57 | ANB # 4710 JG (J) | 10/16/06 | $1,113.05 |
| 58 | ANB # 4710 JG (J) | 11/15/06 | $1,220.05 |
| 59 | ANB # 4710 JG (J) | 12/15/06 | $1,220.05 |
| 60 | ANB # 4710 JG (J) | 1/16/07 | $1,220.05 |
| 61 | ANB # 4710 JG (J) | 2/14/07 | $1,113.05 |
| 62 | ANB # 4710 JG (J) | 3/9/07 | $1,113.05 |
| 63 | ANB # 4710 JG (J) | 4/17/07 | $1,113.05 |
| 64 | GB #1321 WW/AW (WC) | 5/10/07 | $1,120.55 |
| 65 | GB #1321 WW/AW (WC) | 6/13/07 | $1,125.55 |
| 66 | GB #1321 WW/AW (WC) | 7/12/07 | $1,120.55 |
| 67 | ANB # 4710 JG (J) | 8/13/07 | $1,120.55 |
| 68 | GB #1321 WW/AW (WC) | 9/17/07 | $1,120.55 |
| 69 | GB #1321 WW/AW (WC) | 10/17/07 | $1,120.55 |
| 70 | ANB # 4710 JG (J) | 11/8/07 | $1,120.55 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 71 | GB #1321 WW/AW (WC) | 12/18/07 | $1,120.55 |
| 72 | ANB # 4723 WW (W) | 1/25/08 | $1,176.20 |
| 73 | ANB # 4710 JG (J) | 3/4/08 | $1,188.70 |
| 74 | GB #1321 WW/AW (WC) | 3/18/08 | $1,120.55 |
| 75 | GB #1321 WW/AW (WC) | 4/22/08 | $1,183.70 |
| 76 | GB #1321 WW/AW (WC) | 5/27/08 | $1,120.55 |

    b.    This loan was not paid off as of May 31, 2008.

## OBJECTION TO OPINION #43

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

## OPINION #44

44.    **Opinions for the loan dated 11/30/01 to John Gallegos by CBSK Financial dba American Home Loans for $136,800 and for the loan dated 11/30/01 to John Gallegos by CBSK Financial dba American Home Loans for $34,200.** (These loans are designated as Loan Code 6th–5-A and 6th-5-B respectively)

    a.    422 E. 6th Avenue, Denver, CO, an address listed on the Schedule of Real Estate Owned Section of the loan application, is not the property which was pledged as collateral for the $123,000 liability to Flagstar Bank listed in the Liabilities Section of the loan application.  That liability actually corresponds to the 9/22/2000 loan to John Gallegos for $124,700 from Flagstar Bank for the refinancing of 430 E. 6th Avenue (Loan Code 6th-1).

    b.    The 6/25/01 loan to John Gallegos for $136,800 from Peoples Choice Home Loans for the refinancing of 430 E. 6th Avenue (Loan Code 6th-3) was outstanding as of 11/30/01, but was not listed on the loan application for 6th-5 as a liability or on the Schedule of Real Estate Owned.

    c.    The 7/11/01 loan to John Gallegos for $136,800 from Matrix Financial Services for the refinancing of 430 E. 6th Avenue (Loan Code 6th-4) was

outstanding as of 11/30/01, but was not listed on the loan application for 6th-5 as a liability or on the Schedule of Real Estate Owned.

d.    The 7/19/01 loan to John Gallegos for $337,500 from Resource Bank for the refinancing of 7603 California Avenue SW (Loan Code Calif-1) was outstanding as of 11/30/01, but was not listed on the loan application for 6th-5 as a liability of on the Schedule or Real Estate Owned.

e.    Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code 6th-5-A:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 1 | FASB #7049 CW/WW (CW) | 2/26/02 | $1,088.44 |
| 2 | FASB #7049 CW/WW (CW) | 3/15/02 | $1,088.44 |
| 3 | FASB #7049 CW/WW (CW) | 4/11/02 | $1,088.44 |
| 4 | FASB #1625 CCCT (WCPJ) | 5/7/02 | $1,088.44 |
| 5 | FASB #1625 CCCT (WCPJ) | 6/6/02 | $1,088.44 |
| 6 | FASB #1625 CCCT (WCPJ) | 7/22/02 | $1,088.44 |
| 7 | FASB #7049 CW/WW (CW) | 8/7/02 | $1,088.44 |
| 8 | FASB #7049 CW/WW (CW) | 9/13/02 | $1,088.44 |
| 9 | FASB #7049 CW/WW (CW) | 10/9/02 | $1,088.44 |
| 10 | FASB #7049 CW/WW (CW) | 11/13/02 | $1,088.44 |
| 11 | FASB #1666 CCCT (JWCP) | 12/30/02 | $2,231.30 |
| 12 | FASB #1666 CCCT (JWCP) | 2/5/03 | $1,088.44 |
| 13 | FASB #1666 CCCT (JWCP) | 3/13/03 | $1,088.44 |
| 14 | FASB #1666 CCCT (JWCP) | 3/31/03 | $1,088.44 |
| 15 | FASB #1666 CCCT (JWCP) | 4/17/03 | $1,088.44 |
| 16 | FASB #1666 CCCT (JWCP) | 5/15/03 | $1,088.44 |
| 17 | ANB # 7831 CCCT (WJ) | 6/12/03 | $1,088.44 |
| 18 | ANB # 7831 CCCT (WJ) | 7/10/03 | $1,088.44 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 19 | ANB # 7831 CCCT (WJ) | 8/19/03 | $1,088.44 |
| 20 | ANB # 7831 CCCT (WJ) | 9/18/03 | $1,088.44 |
| 21 | ANB # 7831 CCCT (WJ) | 10/22/03 | $1,088.44 |
| 22 | ANB # 7831 CCCT (WJ) | 11/13/03 | $1,088.44 |
| 23 | ANB # 7831 CCCT (WJ) | 12/12/03 | $1,087.49 |
| 24 | ANB # 7831 CCCT (WJ) | 1/16/04 | $1,087.49 |
| 25 | FASB #7056 JG (J) | 2/24/04 | $1,087.49 |
| 26 | FASB #7056 JG (J) | 3/11/04 | $1,087.49 |
| 27 | FASB #7056 JG (J) | 4/14/04 | $1,087.49 |
| 28 | FASB #7056 JG (J) | 5/12/04 | $1,087.49 |
| 29 | FASB #7056 JG (J) | 6/14/04 | $1,087.49 |
| 30 | FASB #7056 JG (J) | 7/16/04 | $1,087.49 |
| 31 | FASB #7056 JG (J) | 8/12/04 | $1,087.49 |
| 32 | FASB #7056 JG (J) | 9/15/04 | $1,087.49 |
| 33 | FASB #7056 JG (J) | 10/18/04 | $1,087.49 |
| 34 | FASB #7056 JG (J) | 11/16/04 | $1,087.49 |
| 35 | FASB #7056 JG (J) | 12/7/04 | $1,087.49 |
| 36 | FASB #7056 JG (J) | 1/12/05 | $1,087.49 |
| 37 | FASB #7056 JG (J) | 2/14/05 | $1,087.49 |
| 38 | FASB #7056 JG (J) | 3/16/05 | $1,087.49 |
| 39 | FASB #7056 JG (J) | 4/19/05 | $939.51 |
| 40 | FASB #7056 JG (J) | 5/17/05 | $939.51 |
| 41 | FASB #7056 JG (J) | 5/18/05 | $939.51 |
| 42 | FASB #7056 JG (J) | 6/20/05 | $1,210.50 |
| 43 | FASB #7056 JG (J) | 7/13/05 | $1,273.02 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 44 | FASB #7056 JG (J) | 8/11/05 | $1,273.02 |
| 45 | FASB #7056 JG (J) | 9/14/05 | $1,273.02 |
| 46 | FASB #7056 JG (J) | 10/7/05 | $1,273.02 |
| 47 | ANB # 4710 JG (J) | 11/15/05 | $1,273.02 |
| 48 | ANB # 4710 JG (J) | 12/8/05 | $1,355.91 |
| 49 | ANB # 4710 JG (J) | 1/13/06 | $1,355.91 |
| 50 | ANB # 4710 JG (J) | 2/10/06 | $1,355.91 |
| 51 | ANB # 4710 JG (J) | 3/9/06 | $1,355.91 |
| 52 | ANB # 4710 JG (J) | 4/7/06 | $1,355.91 |
| 53 | ANB # 4710 JG (J) | 5/18/06 | $1,355.91 |
| 54 | ANB # 4710 JG (J) | 6/12/06 | $1,435.45 |
| 55 | ANB # 4710 JG (J) | 7/18/06 | $1,435.45 |
| 56 | GB #1348 JG (J) | 8/15/06 | $1,380.99 |
| 57 | GB #1348 JG (J) | 9/13/06 | $1,380.99 |
| 58 | ANB # 4710 JG (J) | 10/16/06 | $1,380.99 |
| 59 | ANB # 4710 JG (J) | 11/15/06 | $1,380.99 |
| 60 | ANB # 4710 JG (J) | 12/15/06 | $1,392.41 |
| 61 | ANB # 4710 JG (J) | 1/16/07 | $1,392.41 |
| 62 | ANB # 4710 JG (J) | 2/14/07 | $1,392.41 |
| 63 | ANB # 4710 JG (J) | 3/9/07 | $1,392.41 |
| 64 | ANB # 4723 WW (W) | 4/17/07 | $1,392.41 |
| 65 | ANB # 4710 JG (J) | 5/11/07 | $1,392.41 |
| 66 | ANB # 4710 JG (J) | 6/13/07 | $1,392.41 |
| 67 | GB #1321 WW/AW (WC) | 7/13/07 | $1,392.41 |
| 68 | GB #1321 WW/AW (WC) | 8/14/07 | $1,392.41 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 69 | ANB # 4710 JG (J) | 9/14/07 | $1,392.41 |
| 70 | GB #1321 WW/AW (WC) | 10/17/07 | $1,392.41 |
| 71 | ANB # 4723 WW (W) | 11/9/07 | $1,392.41 |
| 72 | ANB # 4710 JG (J) | 12/19/07 | $1,336.83 |
| 73 | ANB # 4710 JG (J) | 1/28/08 | $1,336.83 |
| 74 | ANB # 4710 JG (J) | 2/15/08 | $1,336.83 |
| 75 | GB #1321 WW/AW (WC) | 3/18/08 | $1,336.83 |
| 76 | GB #1321 WW/AW (WC) | 4/9/08 | $1,336.83 |
| 77 | GB #1321 WW/AW (WC) | 5/28/08 | $1,336.83 |

f.    Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code 6th-5-B:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 1 | FASB #1625 CCCT (WCPJ) | 1/14/02 | $412.00 |
| 2 | FASB #7049 CW/WW (CW) | 2/19/02 | $412.00 |
| 3 | FASB #7049 CW/WW (CW) | 3/7/02 | $412.00 |
| 4 | FASB #7049 CW/WW (CW) | 4/9/02 | $412.00 |
| 5 | FASB #1625 CCCT (WCPJ) | 5/6/02 | $412.00 |
| 6 | FASB #1625 CCCT (WCPJ) | 6/6/02 | $412.00 |
| 7 | FASB #1625 CCCT (WCPJ) | 7/2/02 | $412.00 |
| 8 | FASB #7049 CW/WW (CW) | 8/6/02 | $412.00 |
| 9 | FASB #7049 CW/WW (CW) | 9/13/02 | $412.00 |
| 10 | FASB #7049 CW/WW (CW) | 10/9/02 | $412.00 |
| 11 | FASB #7049 CW/WW (CW) | 11/14/02 | $412.00 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 12 | FASB #1666 CCCT (JWCP) | 12/26/02 | $417.00 |
| 13 | FASB #1666 CCCT (JWCP) | 1/16/03 | $412.00 |
| 14 | FASB #1666 CCCT (JWCP) | 2/4/03 | $412.00 |
| 15 | FASB #1666 CCCT (JWCP) | 3/14/03 | $412.00 |
| 16 | FASB #1666 CCCT (JWCP) | 4/17/03 | $437.60 |
| 17 | FASB #1666 CCCT (JWCP) | 5/15/03 | $417.00 |
| 18 | ANB # 7831 CCCT (WJ) | 6/12/03 | $417.00 |
| 19 | ANB # 7831 CCCT (WJ) | 7/10/03 | $402.00 |
| 20 | ANB # 7831 CCCT (WJ) | 8/15/03 | $412.00 |
| 21 | ANB # 7831 CCCT (WJ) | 9/18/03 | $417.00 |
| 22 | ANB # 7831 CCCT (WJ) | 10/22/03 | $402.00 |
| 23 | ANB # 7831 CCCT (WJ) | 11/12/03 | $412.00 |
| 24 | ANB # 7831 CCCT (WJ) | 12/12/03 | $412.00 |
| 25 | ANB # 7831 CCCT (WJ) | 1/16/04 | $412.00 |
| 26 | FASB #7056 JG (J) | 2/24/04 | $412.00 |
| 27 | FASB #7056 JG (J) | 3/11/04 | $412.00 |
| 28 | FASB #7056 JG (J) | 4/14/04 | $412.00 |
| 29 | FASB #7056 JG (J) | 5/12/04 | $412.00 |
| 30 | FASB #7056 JG (J) | 6/14/04 | $412.00 |
| 31 | FASB #7056 JG (J) | 7/16/04 | $412.00 |
| 32 | FASB #7056 JG (J) | 8/12/04 | $412.00 |
| 33 | FASB #7056 JG (J) | 9/23/04 | $412.00 |
| 34 | FASB #7056 JG (J) | 10/18/04 | $412.00 |
| 35 | FASB #7056 JG (J) | 11/16/04 | $412.00 |
| 36 | FASB #7056 JG (J) | 12/7/04 | $412.00 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 37 | FASB #7056 JG (J) | 1/12/05 | $412.00 |
| 38 | FASB #7056 JG (J) | 2/9/05 | $412.00 |
| 39 | FASB #7056 JG (J) | 3/16/05 | $412.00 |
| 40 | FASB #7056 JG (J) | 4/19/05 | $412.00 |
| 41 | FASB #7056 JG (J) | 5/17/05 | $412.00 |
| 42 | FASB #7056 JG (J) | 6/20/05 | $412.00 |
| 43 | FASB #7056 JG (J) | 7/11/05 | $412.00 |
| 44 | FASB #7056 JG (J) | 8/11/05 | $412.00 |
| 45 | FASB #7056 JG (J) | 9/14/05 | $412.00 |
| 46 | FASB #7056 JG (J) | 10/7/05 | $412.00 |
| 47 | ANB # 4710 JG (J) | 11/14/05 | $412.00 |
| 48 | ANB # 4710 JG (J) | 12/8/05 | $412.00 |
| 49 | ANB # 4710 JG (J) | 1/10/06 | $412.00 |
| 50 | ANB # 4710 JG (J) | 2/10/06 | $412.00 |
| 51 | ANB # 4710 JG (J) | 3/9/06 | $412.00 |
| 52 | ANB # 4710 JG (J) | 4/7/06 | $412.00 |
| 53 | ANB # 4710 JG (J) | 5/12/06 | $412.00 |
| 54 | ANB # 4710 JG (J) | 6/9/06 | $412.00 |
| 55 | ANB # 4710 JG (J) | 7/18/06 | $412.00 |
| 56 | ANB # 4710 JG (J) | 8/15/06 | $412.00 |
| 57 | ANB # 4710 JG (J) | 9/11/06 | $412.00 |
| 58 | ANB # 4710 JG (J) | 10/13/06 | $412.00 |
| 59 | ANB # 4710 JG (J) | 11/15/06 | $412.00 |
| 60 | ANB # 4710 JG (J) | 12/15/06 | $412.00 |
| 61 | ANB # 4710 JG (J) | 1/16/07 | $412.00 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|-----|-----|-----|-----|
| 62 | ANB # 4710 JG (J) | 2/14/07 | $412.00 |
| 63 | ANB # 4710 JG (J) | 3/9/07 | $412.00 |
| 64 | ANB # 4723 WW (W) | 4/17/07 | $412.00 |
| 65 | ANB # 4710 JG (J) | 5/9/07 | $412.00 |
| 66 | ANB # 4710 JG (J) | 6/20/07 | $412.00 |
| 67 | ANB # 4710 JG (J) | 7/13/07 | $412.00 |
| 68 | ANB # 4710 JG (J) | 8/14/07 | $412.00 |
| 69 | ANB # 4710 JG (J) | 9/14/07 | $412.00 |
| 70 | ANB # 4710 JG (J) | 10/17/07 | $412.00 |
| 71 | GB #1321 WW/AW (WC) | 11/9/07 | $412.00 |
| 72 | ANB # 4723 WW (W) | 12/28/07 | $844.60 |
| 73 | ANB # 4710 JG (J) | 1/28/08 | $412.00 |
| 74 | ANB # 4723 WW (W) | 2/14/08 | $412.00 |
| 75 | GB #1321 WW/AW (WC) | 3/17/08 | $412.00 |
| 76 | GB #1321 WW/AW (WC) | 4/8/08 | $412.00 |
| 77 | GB #1321 WW/AW (WC) | 5/28/08 | $412.00 |

g.      These loans were not paid off as of May 31, 2008.

## OBJECTION TO OPINION #44

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.


## OPINION #45

45.     **Opinions for the loan dated 12/20/01 to John Gallegos by Bridge Capital Corp for $136,800.**  (This loan is designated as Loan Code 6th-6)

161

a.   Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code 6th-6:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 1 | FASB #1625 CCCT (WCPJ) | 2/21/02 | $1,125.42 |
| 2 | FASB #7049 CW/WW (CW) | 3/8/02 | $1,125.42 |
| 3 | FASB #7049 CW/WW (CW) | 4/10/02 | $1,125.42 |
| 4 | FASB #1625 CCCT (WCPJ) | 5/8/02 | $1,125.42 |
| 5 | FASB #1625 CCCT (WCPJ) | 6/5/02 | $1,125.42 |
| 6 | FASB #1625 CCCT (WCPJ) | 7/3/02 | $1,125.42 |
| 7 | FASB #7049 CW/WW (CW) | 8/7/02 | $1,125.42 |
| 8 | FASB #7049 CW/WW (CW) | 9/13/02 | $1,125.42 |
| 9 | FASB #7049 CW/WW (CW) | 10/9/02 | $1,125.42 |
| 10 | FASB #7049 CW/WW (CW) | 11/14/02 | $1,125.42 |
| 11 | FASB #1666 CCCT (JWCP) | 12/30/02 | $1,181.69 |
| 12 | FASB #1666 CCCT (JWCP) | 1/21/03 | $1,125.42 |
| 13 | FASB #1666 CCCT (JWCP) | 2/5/03 | $1,125.42 |
| 14 | FASB #1666 CCCT (JWCP) | 3/13/03 | $1,125.42 |
| 15 | FASB #1666 CCCT (JWCP) | 4/17/03 | $1,125.42 |
| 16 | FASB #1666 CCCT (JWCP) | 5/15/03 | $1,125.42 |
| 17 | ANB # 7831 CCCT (WJ) | 6/12/03 | $1,125.42 |
| 18 | ANB # 7831 CCCT (WJ) | 7/10/03 | $1,125.42 |
| 19 | ANB # 7831 CCCT (WJ) | 8/15/03 | $1,125.42 |
| 20 | ANB # 7831 CCCT (WJ) | 9/18/03 | $1,125.42 |
| 21 | ANB # 7831 CCCT (WJ) | 10/22/03 | $1,125.42 |
| 22 | ANB # 7831 CCCT (WJ) | 11/13/03 | $1,125.42 |
| 23 | ANB # 7831 CCCT (WJ) | 12/12/03 | $1,125.42 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 24 | ANB # 7831 CCCT (WJ) | 1/16/04 | $1,125.42 |
| 25 | FASB #7056 JG (J) | 2/24/04 | $1,125.42 |
| 26 | FASB #7056 JG (J) | 3/11/04 | $1,125.42 |
| 27 | FASB #7056 JG (J) | 4/14/04 | $1,125.42 |
| 28 | FASB #7056 JG (J) | 5/12/04 | $1,125.42 |
| 29 | FASB #7056 JG (J) | 6/14/04 | $1,125.42 |
| 30 | FASB #7056 JG (J) | 7/16/04 | $1,125.42 |
| 31 | FASB #7056 JG (J) | 8/12/04 | $1,125.42 |
| 32 | FASB #7056 JG (J) | 9/15/04 | $1,125.42 |
| 33 | FASB #7056 JG (J) | 10/18/04 | $1,125.42 |
| 34 | FASB #7056 JG (J) | 11/16/04 | $1,125.42 |
| 35 | FASB #7056 JG (J) | 12/7/04 | $1,125.42 |
| 36 | FASB #7056 JG (J) | 1/12/05 | $1,125.42 |
| 37 | FASB #7056 JG (J) | 2/9/05 | $1,125.42 |
| 38 | FASB #7056 JG (J) | 4/19/05 | $1,125.42 |
| 39 | FASB #7056 JG (J) | 4/19/05 | $1,125.42 |
| 40 | FASB #7056 JG (J) | 5/17/05 | $1,125.42 |
| 41 | FASB #7056 JG (J) | 5/18/05 | $1,125.42 |
| 42 | FASB #7056 JG (J) | 6/20/05 | $1,210.50 |
| 43 | FASB #7056 JG (J) | 7/12/05 | $1,269.44 |
| 44 | FASB #7056 JG (J) | 8/11/05 | $1,269.44 |
| 45 | FASB #7056 JG (J) | 9/14/05 | $1,269.44 |
| 46 | FASB #7056 JG (J) | 10/7/05 | $1,269.44 |
| 47 | ANB # 4710 JG (J) | 11/15/05 | $1,269.44 |
| 48 | ANB # 4710 JG (J) | 12/8/05 | $1,269.44 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 49 | ANB # 4710 JG (J) | 1/13/06 | $1,377.03 |
| 50 | ANB # 4710 JG (J) | 2/10/06 | $1,377.03 |
| 51 | ANB # 4710 JG (J) | 3/9/06 | $1,377.03 |
| 52 | ANB # 4710 JG (J) | 4/7/06 | $1,377.03 |
| 53 | GB #1348 JG (J) | 5/18/06 | $1,377.03 |
| 54 | GB #1348 JG (J) | 6/12/06 | $1,291.95 |
| 55 | GB #1348 JG (J) | 7/18/06 | $1,352.46 |
| 56 | ANB # 4710 JG (J) | 8/15/06 | $1,352.46 |
| 57 | ANB # 4710 JG (J) | 9/13/06 | $1,352.46 |
| 58 | ANB # 4710 JG (J) | 10/16/06 | $1,352.46 |
| 59 | ANB # 4710 JG (J) | 11/15/06 | $1,352.46 |
| 60 | ANB # 4710 JG (J) | 12/15/06 | $1,352.46 |
| 61 | ANB # 4710 JG (J) | 1/16/07 | $1,364.57 |
| 62 | ANB # 4710 JG (J) | 2/14/07 | $1,364.57 |
| 63 | ANB # 4710 JG (J) | 3/9/07 | $1,364.57 |
| 64 | ANB # 4723 WW (W) | 4/17/07 | $1,364.57 |
| 65 | ANB # 4723 WW (W) | 5/11/07 | $1,364.57 |
| 66 | ANB # 4723 WW (W) | 6/13/07 | $1,364.57 |
| 67 | ANB # 4723 WW (W) | 7/13/07 | $1,364.57 |
| 68 | ANB # 4723 WW (W) | 8/14/07 | $1,364.57 |
| 69 | ANB # 4710 JG (J) | 9/14/07 | $1,364.57 |
| 70 | GB #1321 WW/AW (WC) | 10/17/07 | $1,364.57 |
| 71 | ANB # 4723 WW (W) | 11/9/07 | $1,364.57 |
| 72 | GB #1321 WW/AW (WC) | 12/19/07 | $1,364.57 |
| 73 | ANB # 4723 WW (W) | 1/28/08 | $1,317.19 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|-----|-----|-----|-----|
| 74 | ANB # 4723 WW (W) | 2/15/08 | $1,317.19 |
| 75 | GB #1321 WW/AW (WC) | 3/18/08 | $1,317.19 |
| 76 | GB #1321 WW/AW (WC) | 4/9/08 | $1,317.19 |
| 77 | GB #1321 WW/AW (WC) | 5/28/08 | $1,317.19 |

b.      This loan was not paid off as of May 31, 2008.

## OBJECTION TO OPINION #45

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

## OPINION #46

46.     **Opinions for the loan dated 7/19/01 to John Gallegos by Resource Bank for $337,500.**  (This loan is designated as Loan Code Calif-1)

a.      The following mortgage payments (which in some instances included fees) were made on the loan designated as Loan Code Calif-1; where a bank account is identified, funds from that account were used to make the payment:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|-----|-----|-----|-----|
| 1 | FASB #7056 JG (J) | 9/17/01 | $3,269.85 |
| 2 | | 1/15/02 | $3,268.64 |
| 3 | | 2/6/02 | $3,405.94 |
| 4 | | 3/7/02 | $3,268.64 |
| 5 | FASB #3407 G4 Holding (JWPC) | 4/2/02 | $3,268.64 |
| 6 | FASB #3407 G4 Holding (JWPC) | 4/30/02 | $3,345.00 |
| 7 | | 6/6/02 | $3,345.00 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|-----|---------------------------------------------------------|---------|-------------|
| 8 | | 7/10/02 | $3,345.00 |
| 9 | | 8/12/02 | $3,345.00 |
| 10 | | 9/9/02 | $3,345.00 |
| 11 | | 9/30/02 | $3,345.00 |
| 12 | | 11/4/02 | $3,345.00 |

     b.    This loan was  paid off on December 27, 2002.

## OBJECTION TO OPINION #46

     Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.


## OPINION #47

47.   **Opinions for the loan dated 12/13/02 to John Gallegos by Countrywide for $360,000.**  (This loan is designated as Loan Code Calif-2) *[Based upon information received by the government on August 23, 2012, the date for the loan designated as Loan Code Calif-2 is 12/13/02 and not 12/27/02, as previously believed. ]*

     a.    The proceeds from this loan were used to fund the payoff of Calif-1.

     b.    The following mortgage payments (which in some instances included fees) were made on the loan designated as Loan Code Calif-2; where a bank account is identified, funds from that account were used to make the payment:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|-----|---------------------------------------------------------|---------|-------------|
| 1 | | 2/5/03 | $2,617.13 |
| 2 | FASB #7056 JG (J) | 3/17/03 | $2,617.13 |
| 3 | FASB #7056 JG (J) | 4/4/03 | $2,617.13 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 4 | FASB #1666 CCCT (JWCP) | 5/14/03 | $2,617.13 |
| 5 | ANB # 7831 CCCT (WJ) | 6/11/03 | $2,617.13 |
| 6 | ANB # 7831 CCCT (WJ) | 7/9/03 | $2,617.13 |
| 7 | ANB # 7831 CCCT (WJ) | 8/14/03 | $2,617.13 |
| 8 | ANB # 7831 CCCT (WJ) | 9/17/03 | $2,617.13 |
| 9 | ANB # 7831 CCCT (WJ) | 10/21/03 | $2,720.75 |
| 10 | ANB # 7831 CCCT (WJ) | 11/12/03 | $2,617.13 |
| 11 | ANB # 7831 CCCT (WJ) | 12/11/03 | $2,617.13 |
| 12 | ANB # 7831 CCCT (WJ) | 1/7/04 | $2,617.13 |
| 13 | FASB #7056 JG (J) | 2/23/04 | $2,755.18 |
| 14 | FASB #1625 CCCT (WCPJ) | 4/13/04 | $5,303.12 |
| 15 | FASB #7056 JG (J) | 5/11/04 | $2,651.56 |
| 16 | FASB #7056 JG (J) | 6/11/04 | $2,651.56 |
| 17 | FASB #7056 JG (J) | 7/15/04 | $2,651.56 |
| 18 | FASB #7056 JG (J) | 8/11/04 | $2,662.03 |
| 19 | FASB #7056 JG (J) | 9/15/04 | $2,662.03 |
| 20 | FASB #7056 JG (J) | 10/15/04 | $2,662.03 |
| 21 | FASB #7056 JG (J) | 11/15/04 | $2,662.03 |
| 22 | FASB #7056 JG (J) | 12/6/04 | $2,662.03 |
| 23 | FASB #7056 JG (J) | 1/11/05 | $2,662.03 |
| 24 | FASB #7056 JG (J) | 2/8/05 | $2,662.03 |
| 25 | FASB #7056 JG (J) | 3/15/05 | $2,662.03 |

c.      This loan was  paid off on April 19, 2005.

**OBJECTION TO OPINION #47**

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

**OPINION #48**

48. **Opinions for the loan dated 4/8/05 to John Gallegos by Washington Mutual Bank for $359,000.** (This loan is designated as Loan Code Calif-3) *[Based upon information received by the government on August 23, 2012, the date for the loan designated as Loan Code Calif-3 is 4/8/05 and not 4/15/05, as previously believed.]*

a. The proceeds from this loan were used to fund the payoff of Calif-2.

b. Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code Calif-3:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 1 | FASB #7056 JG (J) | 6/20/05 | $1,609.59 |
| 2 | FASB #7056 JG (J) | 7/8/05 | $1,611.59 |
| 3 | FASB #7056 JG (J) | 8/10/05 | $1,611.59 |
| 4 | FASB #7056 JG (J) | 9/14/05 | $1,646.28 |
| 5 | FASB #7056 JG (J) | 10/7/05 | $1,646.28 |
| 6 | ANB # 4710 JG (J) | 11/15/05 | $1,646.28 |
| 7 | ANB # 4710 JG (J) | 12/7/05 | $1,646.28 |
| 8 | ANB # 4710 JG (J) | 1/12/06 | $1,646.28 |
| 9 | ANB # 4710 JG (J) | 2/9/06 | $1,646.28 |
| 10 | ANB # 4710 JG (J) | 3/8/06 | $1,646.28 |
| 11 | ANB # 4710 JG (J) | 4/6/06 | $1,646.28 |
| 12 | ANB # 4710 JG (J) | 5/17/06 | $1,646.28 |
| 13 | ANB # 4710 JG (J) | 6/8/06 | $1,736.00 |

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 14 | ANB # 4710 JG (J) | 7/17/06 | $1,736.00 |
| 15 | ANB # 4710 JG (J) | 8/4/06 | $1,736.00 |
| 16 | ANB # 4710 JG (J) | 9/8/06 | $1,724.66 |
| 17 | ANB # 4710 JG (J) | 10/13/06 | $1,724.66 |
| 18 | ANB # 4710 JG (J) | 11/14/06 | $1,724.66 |
| 19 | ANB # 4710 JG (J) | 12/14/06 | $1,724.66 |
| 20 | ANB # 4710 JG (J) | 1/12/07 | $1,724.66 |
| 21 | ANB # 4710 JG (J) | 2/12/07 | $1,724.66 |
| 22 | ANB # 4710 JG (J) | 3/7/07 | $1,724.66 |
| 23 | ANB # 4710 JG (J) | 4/17/07 | $1,724.66 |
| 24 | ANB # 4710 JG (J) | 5/9/07 | $1,724.66 |
| 25 | ANB # 4710 JG (J) | 6/19/07 | $1,821.11 |
| 26 | ANB # 4710 JG (J) | 7/12/07 | $1,821.11 |
| 27 | ANB # 4710 JG (J) | 8/14/07 | $1,821.11 |
| 28 | ANB # 4710 JG (J) | 9/13/07 | $1,833.63 |
| 29 | ANB # 4710 JG (J) | 10/16/07 | $1,833.63 |
| 30 | ANB # 4710 JG (J) | 11/8/07 | $1,833.63 |
| 31 | ANB # 4710 JG (J) | 12/18/07 | $1,833.63 |
| 32 | ANB # 4710 JG (J) | 1/25/08 | $1,902.76 |
| 33 | ANB # 4710 JG (J) | 2/14/08 | $1,833.63 |
| 34 | ANB # 4710 JG (J) | 3/17/08 | $1,833.63 |
| 35 | ANB # 4710 JG (J) | 4/8/08 | $1,833.63 |
| 36 | GB #1321 WW/AW (WC) | 5/27/08 | $1,833.63 |

c.      This loan was not paid off as of May 31, 2008.

## OBJECTION TO OPINION #48

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

## OPINION #49

49. **Opinions for the loan dated 10/12/07 to John Gallegos by Countrywide Home Loans for $465,500.** (This loan is designated as Loan Code Calif-4)

   a. Loan proceeds of $449,960.23 were deposited by wire transfer into the Guaranty Bank account #51209410 in the name of Real Estate Title LLC Escrow/Trust Account on 10/12/07.

   b. Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code Calif-4:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 1 | ANB # 4723 WW (W) | 12/28/07 | $3,544.84 |
| 2 | ANB # 4723 WW (W) | 1/25/08 | $3,738.66 |
| 3 | ANB # 4723 WW (W) | 2/14/08 | $3,396.46 |
| 4 | GB #1321 WW/AW (WC) | 3/17/08 | $3,540.29 |
| 5 | GB #1321 WW/AW (WC) | 4/8/08 | $3,741.12 |
| 6 | GB #1321 WW/AW (WC) | 5/27/08 | $3,393.04 |

   c. This loan was not paid off as of May 31, 2008.

## OBJECTION TO OPINION #49

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

**OPINION #50**

50.     **Opinions for the loan dated 1/22/08 to John Gallegos by Bank of America
        for $383,200.**  (This loan is designated as Loan Code Calif-5)

        a.      There was no address listed on the Schedule of Real Estate Owned
                Section of the loan application for the $33,897 liability to Wilshire Credit
                Corp listed in the Liabilities Section of the loan application, or the debt of
                $33,897 to Wilshire Credit Corp listed in the credit report.  That liability and
                that debt actually correspond to the 11/30/2001 loan to John Gallegos for
                $34,200 from CBSK Financial dba American Home Loans  for the
                refinancing of 430 E. 6th Avenue (Loan Code 6th-5-B).

        b.      There was no address listed on the Schedule of Real Estate Owned
                Section of the loan application for the $385,809 liability to "Amtrust Bk"
                listed in the Liabilities Section of the loan application, or the debt of
                $385,809 to "Amtrust Bk' listed in the credit report.  That liability and that
                debt actually correspond to the 2/13/2004 loan to John Gallegos for
                $400,000 from 1st Mariner Bank  for the refinancing of 141 Lost Angel
                Road (Loan Code L-4).

        c.      There was no address listed on the Schedule of Real Estate Owned
                Section of the loan application for the $490,732 liability to "WF Hme Mrtg"
                listed in the Liabilities Section of the loan application, or the debt of
                $490,732 to "WF Hme Mrtg" listed in the credit report.  That liability and
                that debt actually correspond to the 12/27/2006 loan to John Gallegos for
                $495,000 from Wells Fargo Bank NA for the refinancing of 141 Lost Angel
                Road (Loan Code L-11).

        d.      There was no address listed on the Schedule of Real Estate Owned
                Section of the loan application for the $380,276 liability to "Select Portfolio
                Svc" listed in the Liabilities Section of the loan application, or the debt of
                $380,276 to "Select Portfolio Svc" listed in the credit report.  That liability
                and that debt actually correspond to the 3/29/2002 loan to John Gallegos
                for $400,000 from Resource Bank  for the refinancing of 141 Lost Angel
                Road (Loan Code L-2).

        e.      20 Whistler Pine Way, an address listed on the Schedule of Real Estate
                Owned Section of the loan application, is not the property which was
                pledged as collateral for the $391,647 liability to "WF Hme Mrtg" listed in
                the Schedule of Real Estate Owned Section of the loan application, or the
                debt of $391,647 to "WF Hme Mrtg" listed in the credit report.  That liability
                and that debt actually correspond to the 8/25/2005 loan to John Gallegos
                for $400,000 from Wells Fargo Bank NA for the refinancing of 141 Lost
                Angel Road (Loan Code L-9).

                                                    171

f.     575 Pennseylvaina [sic] St, an address listed on the Schedule of Real
       Estate Owned Section of the loan application, is not the property which
       was pledged as collateral for the $262,774 liability to "Select Portfolio Svc"
       listed in the Schedule of Real Estate Owned Section of the loan
       application, or the debt of $262,774 to "Select Portfolio Svc" listed in the
       credit report.  That liability and that debt actually correspond to the
       3/21/2002 loan to John Gallegos for $278,000 from Aames Funding for the
       refinancing of 141 Lost Angel Road (Loan Code L-1).

g.     563 Pennseyvaina [sic] Ave, an address listed on the Schedule of Real
       Estate Owned Section of the loan application, is not the property which
       was pledged as collateral for the $129,801 liability to Home Coming
       Funding listed in the Schedule of Real Estate Owned Section of the loan
       application, or the debt of $129,801 to Home Coming Funding listed in the
       credit report.  That liability and that debt actually correspond to the 7/11/01
       loan to John Gallegos for $136,800 from Matrix Financial Services for the
       refinancing of 430 E. 6th Avenue (Loan Code 6th-4).

h.     561 Pennseyvania [sic] , an address listed on the Schedule of Real Estate
       Owned Section of the loan application, is not the property which was
       pledged as collateral for the $128,110 liability to Indymac Bank listed in
       the Schedule of Real Estate Owned Section of the loan application, or the
       debt of $128,110 to Indymac Bank listed in the credit report.  That liability
       and that debt actually correspond to the 6/25/2001 loan to John Gallegos
       for $136,800 from Peoples Choice Home Loan for the refinancing of 430
       E. 6th Avenue (Loan Code 6th-3).

i.     561 Pennseyvania [sic] , an address listed on the Schedule of Real Estate
       Owned Section of the loan application, is not the property which was
       pledged as collateral for the $131,020 liability to Ocwen Loan Servicing
       listed in the Schedule of Real Estate Owned Section of the loan
       application, or the debt of $131,020 to Ocwen Loan Servicing listed in the
       credit report.  That liability and that debt actually correspond to the
       12/20/2001 loan to John Gallegos for $136,800 from Bridge Capital Corp
       for the refinancing of 430 E. 6th Avenue (Loan Code 6th-6).

j.     1302 Sherman St, an address listed on the Schedule of Real Estate
       Owned Section of the loan application, is not the property which was
       pledged as collateral for the $127,360 liability to Ocwen Loan Servicing
       listed in the Schedule of Real Estate Owned Section of the loan
       application, or the debt of $127,360 to Ocwen Loan Servicing listed in the
       credit report.  That liability and that debt actually correspond to the
       11/30/2001 loan to John Gallegos for $136,800 from CBSK Financial dba

American Home Loans  for the refinancing of 430 E. 6th Avenue (Loan Code 6th-5-A).

k.     There was no address listed on the Schedule of Real Estate Owned Section of the loan application for part of the $607,435 liability listed in the Liabilities Section of the loan application, or the debt of $359,000 to "Wshngtn Mutl" listed in the credit report.  Part of that liability and that debt actually correspond to the 4/15/2005 loan to John Gallegos for $359,000 from Washington Mutual Bank (WAMU) for the refinancing of 7603 California Avenue SW (Loan Code Calif-3).

l.     There was no address listed on the Schedule of Real Estate Owned Section of the loan application for part of the $607,435 liability listed in the Liabilities Section of the loan application, or the debt of $118,746 to "Select Portfolio Svc" listed in the credit report.  Part of that liability and that debt actually correspond to the 9/22/00 loan to John Gallegos for $124,720 from Stonecreek Funding for the refinancing of 430 E. 6th Avenue (Loan Code 6th-2).

m.     There was no address listed on the Schedule of Real Estate Owned Section of the loan application for part of the $607,435 liability listed in the Liabilities Section of the loan application, or the debt of $222,902 to Home Coming Funding listed in the credit report.  Part of that liability and that debt actually correspond to the 6/25/2002 loan to John Gallegos for $229,800 from General Mortgage Corp of America  for the refinancing of 141 Lost Angel Road (Loan Code L-3).

n.     The 10/12/07 loan to John Gallegos for $465,500 from Countrywide Home Loans for the refinancing of 7603 California Avenue SW (Loan Code Calif-4) was outstanding as of 1/22/08, but was not listed on the loan application for Calif-5 as a liability or on the Schedule of Real Estate Owned.

o.     Loan proceeds of $379,724.40 were deposited by wire transfer into the Guaranty Bank account #51209410 in the name of Real Estate Title LLC Escrow/Trust Account on 1/25/08.

p.     The proceeds from this loan were not used to pay off the prior mortgage designated by the lender to be paid off as a condition of the approval of the loan, namely a loan to Washington Mutual (Loan Code Calif-3).

q.     The proceeds from this loan were used in part to fund the payoff of S-14.

r.     Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code Calif-5:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|-----|---------------------------------------------------------|------|---------|
| 1 | GB #1321 WW/AW (WC) | 4/8/08 | $4,487.52 |
| 2 | GB #1321 WW/AW (WC) | 5/27/08 | $2,251.26 |

s.     This loan was not paid off as of May 31, 2008.

## OBJECTION TO OPINION #50

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.


## OPINION #51

51.   **Opinions for the loan dated 1/2008 to John Gallegos by Bank of America for $100,000.**  (This loan is designated as Loan Code Calif-6)

a.     Loan proceeds of $50,000.00 were deposited by check into the American National Bank account #70074723 in the name of Waun Weingart on 2/22/08.

b.     Loan proceeds of $50,000.00 were deposited by check into the American National Bank account #70074710 in the name of John P. Gallegos on 2/22/08.

c.     This loan was not paid off as of May 31, 2008.

## OBJECTION TO OPINION #51

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.


## OPINION #52

52.   **Opinions for the loan dated 12/18/02 to Craig Weingart by Firstar Finance for $486,000.**  (This loan is designated as Loan Code Unk-1)

a.  Loan proceeds of $484,185.80 were deposited by wire transfer into the First American State Bank account #111666 in the name of Colorado County & Community Title Operating Account on 12/18/02.

b.  Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code Unk-1:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 1 | FASB #1666 CCCT (JWCP) | 2/5/03 | $3,168.36 |
| 2 | FASB #1355 CW/WW  (CW) | 3/11/03 | $3,177.36 |
| 3 | FASB #1666 CCCT (JWCP) | 4/16/03 | $3,173.36 |
| 4 | FASB #1666 CCCT (JWCP) | 5/14/03 | $3,173.36 |
| 5 | ANB # 7831 CCCT (WJ) | 6/11/03 | $3,173.36 |
| 6 | ANB # 7831 CCCT (WJ) | 7/9/03 | $3,173.36 |
| 7 | ANB # 7831 CCCT (WJ) | 8/14/03 | $3,173.36 |
| 8 | ANB # 7831 CCCT (WJ) | 9/17/03 | $3,173.36 |
| 9 | ANB # 7831 CCCT (WJ) | 10/21/03 | $3,175.36 |
| 10 | ANB # 7831 CCCT (WJ) | 11/12/03 | $3,331.78 |
| 11 | ANB # 7831 CCCT (WJ) | 12/11/03 | $3,173.36 |
| 12 | ANB # 7831 CCCT (WJ) | 1/15/04 | $3,173.36 |
| 13 | FASB #1355 CW/WW  (CW) | 2/23/04 | $3,331.78 |
| 14 | FASB #1355 CW/WW  (CW) | 3/10/04 | $3,173.36 |
| 15 | FASB #1355 CW/WW  (CW) | 4/13/04 | $3,173.36 |
| 16 | FASB #1355 CW/WW  (CW) | 5/11/04 | $3,173.36 |
| 17 | FASB #1355 CW/WW  (CW) | 6/11/04 | $3,173.36 |
| 18 | FASB #1355 CW/WW  (CW) | 7/15/04 | $3,173.36 |
| 19 | FASB #1355 CW/WW  (CW) | 8/11/04 | $3,173.36 |
| 20 | FASB #1355 CW/WW  (CW) | 9/14/04 | $3,173.36 |

c.      This loan was paid off on September 16, 2004 by a wire transfer of $479,914.11 from the First American State Bank account #111666 in the name of Colorado County & Community Title Operating Account.

## OBJECTION TO OPINION #52

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

## OPINION #53

53.    **Opinions for the loan dated 10/17/03 to Alois Weingart by Peoples Choice Home Loan for $420,000.**  (This loan is designated as Loan Code Unk-2) *[Based upon information received by the government on August 29, 2012, the loan designated as Loan Code Unk-2 is in fact a loan to refinance 7766 Saxeborough Drive dated 10/17/03 to Alois C. Weingart by People's Choice Home Loan Inc. for $420,000.]*

a.      Loan proceeds of $418,331.50 were deposited by wire transfer into the American National Bank account #70047831 in the name of Colorado County & Community Title Operating Account on 10/22/03.

b.      Funds from the following accounts were used to make the following mortgage payments (which in some instances included fees) on the loan designated as Loan Code Unk-2:

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 1 | FASB #1355 CW/WW  (CW) | 12/15/03 | $2,794.28 |
| 2 | FASB #1355 CW/WW  (CW) | 1/7/04 | $2,794.28 |
| 3 | ANB # 7831 CCCT (WJ) | 2/24/04 | $2,804.23 |
| 4 | FASB #1625 CCCT (WCPJ) | 3/10/04 | $2,804.23 |
| 5 | FASB #1355 CW/WW  (CW) | 4/13/04 | $2,804.23 |
| 6 | FASB #1355 CW/WW  (CW) | 5/11/04 | $2,804.23 |
| 7 | FASB #1355 CW/WW  (CW) | 6/11/04 | $2,804.23 |
| 8 | FASB #1355 CW/WW  (CW) | 7/15/04 | $2,804.23 |

176

| Ref | Bank Account (see Abbreviation Chart after Opinion #52) | Date | Payment |
|---|---|---|---|
| 9 | FASB #1355 CW/WW  (CW) | 8/11/04 | $2,804.23 |
| 10 | FASB #1355 CW/WW  (CW) | 9/15/04 | $2,804.23 |
| 11 | FASB #1355 CW/WW  (CW) | 10/15/04 | $2,804.23 |
| 12 | FASB #1355 CW/WW  (CW) | 11/15/04 | $2,804.23 |
| 13 | FASB #1355 CW/WW  (CW) | 12/6/04 | $2,804.23 |
| 14 | FASB #1355 CW/WW  (CW) | 1/11/05 | $2,804.23 |
| 15 | FASB #1355 CW/WW  (CW) | 2/8/05 | $2,804.23 |
| 16 | FASB #1355 CW/WW  (CW) | 3/15/05 | $2,804.23 |
| 17 | FASB #1355 CW/WW  (CW) | 4/18/05 | $2,804.23 |
| 18 | FASB #1355 CW/WW  (CW) | 5/16/05 | $2,804.23 |
| 19 | FASB #1355 CW/WW  (CW) | 6/17/05 | $2,804.23 |
| 20 | FASB #1355 CW/WW  (CW) | 7/11/05 | $2,804.23 |
| 21 | FASB #1355 CW/WW  (CW) | 8/11/05 | $2,804.23 |

    c.    This loan was paid off on September 1, 2005 by a wire transfer of $417,935.41 from American National Bank account #70047831 in the name of Colorado County & Community Title Operating Account.

## OBJECTION TO OPINION #53

Ms. Weingart and Mr. Gallegos object to each and every opinion recited or implied herein on the grounds stated in their Objection to Opinion One.

**Abbreviation Chart**

| Abbreviation for Bank, Account #, Account Name, & (Account Signors ) | Bank | Account Name | Account # | Account Signors |
|---|---|---|---|---|
| ANB # 1142 RET (WJ) | American National Bank | Real Estate Title LLC | #70231142 | Waun Weingart<br><br>John Gallegos |
| ANB # 4710 JG (J) | American National Bank | John P. Gallegos | #70074710 | John Gallegos |
| ANB # 4723 WW (W) | American National Bank | Waun Weingart | #70074723 | Waun Weingart |
| ANB # 7831 CCCT (WJ) | American National Bank | Colorado County & Community Title Operating Account | #70047831 | Waun Weingart<br><br>John Gallegos |
| FASB #1355 CW/WW (CW) | First American State Bank | Craig Weingart Waun Weingart | #411355 | Craig Weingart<br><br>Waun Weingart |
| FASB #1625 CCCT (WCPJ) | First American State Bank | Colorado County & Community Title Money Market Account | #111625 | Waun Weingart<br><br>Craig Weingart<br><br>Patrick Gallegos<br><br>John Gallegos |
| FASB #1666 CCCT (JWCP) | First American State Bank | Colorado County & Community Title Operating Account | #111666 | John Gallegos<br><br>Waun Weingart<br><br>Craig Weingart<br><br>Patrick Gallegos |

| Abbreviation for Bank, Account #, Account Name, & (Account Signors ) | Bank | Account Name | Account # | Account Signors |
|---|---|---|---|---|
| FASB #3407 G4 Holding (JWPC) | First American State Bank | G4 Holding Company LLC | #113407 | John Gallegos<br><br>Waun Weingart<br><br>Patrick Gallegos<br><br>Craig Weingart |
| FASB #7049 CW/WW (CW) | First American State Bank | Craig Weingart Waun Weingart | #407049 | Waun Weingart<br><br>Craig Weingart |
| FASB #7056 JG (J) | First American State Bank | John Gallegos | #407056 | John Gallegos |
| FASB #8795 PAR (JW) | First American State Bank | Paradigm Escrow & Title Co LLC Title Transaction Account | #108795 | John Gallegos<br><br>Waun Weingart |
| GB #1321 WW/AW (WC) | Guaranty Bank | Waunita R. Weingart Alois Craig Weingart | #55011321 | Waunita Weingart<br><br>Alois Craig Weingart |
| GB #1348 JG (J) | Guaranty Bank | John P. Gallegos | #55011348 | John Gallegos |
| GB #9410 RET (WJ) | Guaranty Bank | Real Estate Title LLC Escrow/Trust Account | #51209410 | Waunita Weingart<br><br>John Gallegos |

| Abbreviation for Bank, Account #, Account Name, & (Account Signors ) | Bank | Account Name | Account # | Account Signors |
|---|---|---|---|---|
| GB #9795 TCS (WJC) | Guaranty Bank | Transaction Coordinator Service LLC Operating Account | #51209795 | Waunita Weingart<br><br>John Gallegos<br><br>Alois Craig Weingart |

The abbreviation "EW" in the Method or Ck # column stands for electronic withdrawal.

## II.     Defendant John Gallegos' proposed expert, Robert Kullman

**Opinion 1**

A.  The documents included in Category A of Mr. Kullman's disclosure [*see Exhibit B, pp. 3-4*] bear signatures that are inconsistent with the signature of John Gallegos as they reflect handwriting characteristics inconsistent with those of known samples of Mr. Gallegos' handwriting.

B.  The signatures included in Category A probably were signed by more than one person, as the signatures reflect handwriting characteristics that are inconsistent with each other.

**Objection to Opinion 1**

The government's objections are as follows:

A.  Mr. Kullman's opinions pertaining to the seven documents identified in Category A of his disclosure [*see Exhibit B, pp. 3-4*], are based upon

insufficient facts and data.  Mr. Kullman's opinions are not the product of

reliable principles and methods, and Mr. Kullman did not reliably apply the

principles and methodology to the facts and data obtained.

B.  Mr. Kullman's opinion is not the product of reliable principles and methods

and Mr. Kullman did not reliably apply the principles and methodology to the

facts and data obtained.

## Opinion 2

The documents identified in Category B of Mr. Kullman's disclosure [*see Exhibit

B, pp. 4-5*] are consistent with impressions of a stamp of John Gallegos' signature, not

an actual signature.  The signatures are not only similar to each other, they are

identical.  Normal variation in anyone's handwriting precludes signatures from being

truly identical.

## Objection to Opinion 2

The government's objections are as follows:

Mr. Kullman's opinions pertaining to the eleven documents identified in Category

B of his disclosure [*see Exhibit B, pp. 4-5*], are based upon insufficient facts and data.

Mr. Kullman's opinions are not the product of reliable principles and methods, and Mr.

Kullman did not reliably apply the principles and methodology to the facts and data

obtained.

**Opinion 3**

The purported signatures of John Gallegos on documents identified in Category C [*see Exhibit B, p. 5*] cannot be identified as those of John Gallegos to a reasonable degree of certainty, as they reflect characteristics consistent with his known handwriting, but also reflect characteristics that call this conclusion into doubt, suggesting that others may have signed Mr. Gallegos' name.

**Objection to Opinion 3**

The government's objections are as follows:

Mr. Kullman's opinions pertaining to the four documents identified in Category C [*see Exhibit B, p. 5*], are based upon insufficient facts and data.  Mr. Kullman's opinions are not the product of reliable principles and methods, and Mr. Kullman did not reliably apply the principles and methodology to the facts and data obtained.

**Opinion 4**

Any forensic examination of the documents in this case is hampered and intrinsically limited by the unavailability of original documents, preventing identification of the person who signed a particular document to a reasonable degree of certainty, because numerous aspects of handwriting may not be evaluated, including but not limited to:

- Determining with certainty the fluency of the writing, the writing pressure, and presence or absence of variation of the writing pressure;

- Determining with certainty the tapering or bluntness of beginning and ending of a

182

stroke;

- Determining with certainty the direction of the writing and the direction of individual strokes;

- Determining with certainty the stops or hesitations within the written lines; or

- Determining with certainty whether the signatures/writings are tracings or slowly drawn simulations of authentic signatures/writings.

## Objection to Opinion 4

The government's objections are as follows:

Mr. Kullman's opinions are based upon insufficient facts and data. Mr. Kullman's opinions are not the product of reliable principles and methods, and Mr. Kullman did not reliably apply the principles and methodology to the facts and data obtained.

## Opinion 5

Laypersons experience significantly higher error rates when attempting to authenticate signatures than do forensic document examiners.

## Objection to Opinion 5

The government's objections are as follows:

Mr. Kullman's opinions are based upon insufficient facts and data. Mr. Kullman's opinions are not the product of reliable principles and methods, and Mr. Kullman did not reliably apply the principles and methodology to the facts and data obtained.

### III.    Time Requested for Hearing as to Dana Chamberlin

The parties anticipated the admissibility of these opinions can be determined in a 2 day hearing.

### IV.    Time Requested for Hearing as to Robert Kullman

The parties anticipated the admissibility of these opinions can be determined in a half-day hearing.

### V.    Position of Defendant, Alois Craig Weingart

Counsel for Defendant, Alois Craig Weingart, has requested of the undersigned that they report to the Court and include herein the following statement of position on this paper:  "Pursuant to Fed. R. Evid. 702 and this Court's Procedures for Rule 702 Motions, Defendant Alois Craig Weingart, by his counsel, Paula M. Ray, declines to enter objections to the admission of Dana Chamberlin on behalf of the Government and Robert D. Kullman on behalf of Defendant Gallegos.  Any objections related to other Rules of Evidence are reserved."

Respectfully submitted this 4th day of September, 2012.

_/s/ William L. Taylor_____

William L. Taylor, #21098

_/s/ Darlene A. Bagley_____

Darlene A. Bagley, #35728

Ridley, McGreevy & Winocur P.C.
303 16th Street, Suite 200
Denver, CO  80202
(303) 629-9700
Attorneys for John P. Gallegos

_/s/ Linda Kaufman_____

Linda Kaufman

_/s/ Martha Paluch_____

Martha Paluch

Assistant United States Attorneys
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
(303) 454-0100
Attorneys for Government

_/s/ Martin Stuart_____

Martin Stuart
PortmanStuart, LLC
955 Bannock Street, Ste. 200
Denver, CO  80204
(303) 355-6789
Attorney for Waunita Weingart

185

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 4th day of September, 2012, I served a true and correct copy of the foregoing **Amended Parties' Joint Motion Under Fed. R. Evid. 702,** via CM/ECF filing addressed to all counsel/parties subscribed for service of CM/ECF filings in this matter.


*/s/ Heather Cratty*
Heather Cratty