# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.   11-cr-00355-MSK-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

  **2.   JOHN PHILLIP GALLEGOS**

    Defendant.

---

### DEFENDANT JOHN P. GALLEGOS' DISCLOSURE RELATING TO THE ANTICIPATED TESTIMONY OF FORENSIC DOCUMENT ANALYST ROBERT D. KULLMAN

---

Defendant John Phillip Gallegos by counsel, William L. Taylor and Darlene A. Bagley of Ridley, McGreevy & Winocur, P.C., in compliance with the Court's scheduling order and pursuant to F.R.E. 702, hereby makes the following disclosure relating to the anticipated testimony of Robert D. Kullman, Forensic Document Analyst.

### Introduction

Mr. Kullman will testify that he has examined documents from discovery in this case that purport to bear the signature of Mr. John Gallegos in an attempt to determine whether Mr. Gallegos actually signed the documents or whether the questioned documents were signed by someone else.

He will testify regarding his training and background as a forensic document analyst for over 30 years for the Michigan State Police, as a private consultant, and for Speckin Forensic Laboratories.  He will describe the forensic principles and techniques employed by forensic document analysts and handwriting examiners, and the forensic conclusions that can and

1

cannot be reached through forensic handwriting and document analysis, given the evidence available in this case, and based on these forensic principles and techniques.  He will testify to the conclusions he has reached regarding the authenticity *vel non* of the purported signatures of John Gallegos that he has examined during his review.   This disclosure sets out in summary form the opinions and conclusions reached by Mr. Kullman about which he is prepared to testify.

### Qualifications of Robert Kullman

Mr. Kullman retired from the Michigan State Police after a twenty five-year career with that agency, fifteen of which he spent in the Crime Laboratory as a handwriting and document analyst.  Mr. Kullman has worked as a private consultant in the same forensic fields since 1989.  He is a member of the American Academy of Forensic Sciences, Questioned Documents Section.  He received professional training in questioned documents analysis from the Michigan State Police, the United States Secret Service Laboratory, and the Federal Bureau of Investigation Training Academy, among other sources.

Mr. Kullman is a court-qualified expert in the areas of handwriting analysis and document analysis.  He has given sworn testimony as an expert in excess of 300 times.  Attached hereto is a copy of Mr. Kullman's *curriculum vitae* and a list of cases in which he has given expert testimony over the last four years and cases in federal courts in which he has given expert testimony.   *See* Exhibit A.

### Inventory of Documents / Signatures Analyzed

Mr. Kullman was provided materials from discovery disclosed to the defense during the pendency of this case.  A list by Bates number of the documents reviewed by Mr. Kullman is attached hereto as Exhibit B.   Mr. Kullman will testify that he was asked by the defense to

analyze the signatures on these documents to determine whether he could identify questioned signatures as those of John Gallegos.

## Summary of Conclusions and Opinions

Mr. Kullman will testify that, generally speaking, he was able to identify three categories of documents/signatures in response to the request that he attempt to determine whether the signature pages provided were signed by John Gallegos: (A) signatures that are inconsistent with known samples of John Gallegos' signature, (B) signatures that are identical to each other and are consistent with impressions from a signature stamp bearing John Gallegos' name, rather than handwritten signatures, and (C) signatures that have characteristics that are consistent with the known signature of John Gallegos, but that he cannot say to a reasonable degree of certainty are those of John Gallegos, based on forensic principles and standards. Finally, Mr. Kullman, based on studies relied upon in his field, will testify to his opinion that forensic document examiners encounter significantly lower error rates in signature authentication than do laypersons.

### Category A: Signatures Not John Gallegos'

Among the documents submitted for analysis were the following documents, which purport to bear the signature of John Gallegos.

| Ex. No. | Document Description | Signature Block Image |
|---|---|---|
| S-6-2 | Loan Application, at 00000869. Gallegos allegedly signing as Interviewer | |
| L-4-2 | Loan Application, at 00008081. Gallegos allegedly signing as Borrower, dated 2/13/04 | |

3

| | | |
|---|---|---|
| S-12-10 | Title Commitment, unknown person signing, dated 2/2/04 | |
| S-23A-2 | Loan Application, at 00005413, John Gallegos allegedly signing as Interviewer, dated 12/5/06 | |
| L-11-4 | To Whom it May Concern letters, at 00009890 and 00009891, John Gallegos allegedly signing as borrower, dated 12/7/06 | |
| L-13-2 | Loan Application, at 00010798, John Gallegos allegedly signing as Interviewer, dated 1/23/07 | |

It is Mr. Kullman's opinion that the purported signatures set out above (1) are inconsistent with the signature of John Gallegos, and (2) probably were signed by more than one person.

Category B:  Signatures by Signature Stamp

Mr. Kullman will testify that a number of signatures on documents analyzed are not only similar, they are identical.  *See*  Bates-numbered documents 00009260, 00009264, 00009266, 00009267, 00009256, 0002555, 00009713, 00003166, 00003900, 00004349, and 00004753. In Mr. Kullman's opinion, normal variation in anyone's handwriting precludes signatures from being truly identical.  These signatures are, in his expert opinion, not signatures at all, but are consistent with impressions from a stamp of John Gallegos' signature.

An example of such a signature stamp impression is provided below.



Ex. L-8-8.

Category C:  Signatures That Mr. Kullman Cannot Say to a Reasonable Degree of Certainty are that of John Gallegos

| S-12-5 | Certification of tax return preparation, G&G Associates, John Gallegos allegedly signing as tax accountant, dated 3/10/04 | |
| --- | --- | --- |
| L-6-4 | Certification of tax return preparation, G&G Associates, John Gallegos allegedly signing as tax accountant, dated 5/17/04 | |
| S-19-8 | Instructions to Title, John Gallegos allegedly signing as Title Company, dated approx. 8/05 | |
| S-18-2 | Loan Application, at 00003556, John Gallegos allegedly signing as Interviewer, dated 9/7/05 | |

It is Mr. Kullman's opinion that the signatures above are consistent with signatures of John Gallegos, but in some instances there are also characteristics that call this conclusion into doubt, and/or suggest that others may have signed Mr. Gallegos' name.  Without original

5

documents, Mr. Kullman cannot identify these signatures as those of John Gallegos to a reasonable degree of certainty.

### Opinion Concerning Limitations on Inferences to be Drawn From Evidence

Mr. Kullman will opine that any forensic examination of the documents in this case is hampered and intrinsically limited by the unavailability of original documents. Original documents are necessary in order to draw conclusions as to the identity of signatories with a reasonable degree of certainty for many reasons. For example, one cannot, without originals, determine with certainty the fluency of the writing, the writing pressure and presence or absence of variation of the writing pressure, the tapering or bluntness of beginning and ending of a stroke, the direction of the writing and direction of individual strokes (such as, whether an "o" is made clockwise or counter-clockwise), the stops or hesitations within the written lines, or whether the signatures/writings are tracings or slowly drawn simulations of authentic signatures/writings. *See, generally,* Exhibit C, ASTM Standard Guide for Examination of Handwritten Items, *attached.* Because original documents were not available for forensic analysis, it is Mr. Kullman's opinion that it is not possible to determine with reasonable certainty who signed a particular document.

### Opinion Concerning Error Rates in Signature Authentication by Laypersons and Forensic Document Examiners

Mr. Kullman will opine that laypersons experience significantly higher error rates when attempting to authenticate signatures than do forensic document examiners. This opinion is supported by scientifically conducted studies authored by Moshe Kam, PhD, Kishore

Gummadidala, M.S., Gabriel Fielding, PhD, and Robert Conn, PhD.  *See* attached Exhibits D and E.

DATED this 24th day of August, 2012, at Denver , Colorado.

Respectfully submitted.

*/s/ William L. Taylor*

William L. Taylor, #21098

*/s/ Darlene A. Bagley*
Darlene A. Bagley, #35728

RIDLEY, MCGREEVY & WINOCUR P.C.
303 16th Street, Suite 200
Denver, CO  80202
Telephone:  (303) 629-9700
Fax:  (303) 629-9702
E-Mail:  wltaylorpc@gmail.com;
taylor@ridleylaw.com;
bagley@ridleylaw.com
Attorneys for John Phillip Gallegos

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of August, 2012, I served a true and correct copy of the foregoing **DEFENDANT JOHN P. GALLEGOS' DISCLOSURE RELATING TO THE ANTICIPATED TESTIMONY OF ROBERT D. KULLMAN** via email to all parties:

Linda Kaufman
Assistant United States Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100
FAX:  (303) 454-0401
E-mail:  Linda.Kaufman@usdoj.gov
Attorney for Government

Martha Paluch
Assistant United States Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100
FAX:  (303) 454-0401
E-mail:  martha.paluch@usdoj.gov
Attorney for Government

Paula M. Ray
Paula M. Ray, P.C.
P.O. Box 12554
Denver, CO 80212-0554
Telephone: 303-874-5170
E-mail: paulamray@earthlink.net
Attorney for Craig Weingart

Martin Stuart
PortmanStuart, LLC
955 Bannock Street, suite 200
Denver, CO 80204
Phone:  303-355-6789
Fax:  303-623-0714
E-mail:  mstuart@portmanstuart.com
Attorney for Waunita Weingart

/s/ *William L. Taylor*
William L. Taylor