**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No.   11-cr-00355-MSK

UNITED STATES OF AMERICA,

     Plaintiff,

v.

    1.  WAUNITA WEINGART
    **2.  JOHN PHILLIP GALLEGOS**
    3.  ALOIS CRAIG WEINGART

     Defendants.

---

**UNOPPOSED REQUEST FOR LEAVE TO APPEAR TELEPHONICALLY FOR HEARING
SCHEDULED MONDAY, SEPTEMBER 17, 2012**

---

Darlene Bagley, counsel for Defendant John Gallegos, hereby requests leave of

this Court to appear via telephone for the hearing scheduled Monday, September 17,

2012.  As grounds, counsel states as follows:

1.     On September 6, 2012, counsel received this Court's order via ECF

setting a non-evidentiary hearing on the law and motion calendar for scheduling

purposes pertaining to the Amended Motion for Daubert Hearing under Fed. R. Evid.

702.  [Doc. 141]  Pursuant to said order, the hearing was set for Monday, September

17, 2012, at 9:00 a.m.

2.     Undersigned counsel respectfully requests permission from this Court to

appear via telephone for this hearing.  Prior to this Court setting this hearing, she made

plans to be out-of-town on September 17, 2012.  She can be present by phone, and co-

counsel William Taylor will be present in court along with Mr. Gallegos.

3.     If authorized to appear by phone, counsel will call in to Ms. Glover, as

directed in MSK. Cr. Practice Standard II.B.3, to arrange for the telephonic appearance.

      4.      Counsel has conferred with Linda Kaufman and Marty Paluch, the assigned Assistant United States Attorneys, who have authorized counsel to state that they do not oppose this request.

      WHEREFORE, Darlene Bagley, counsel for Mr. Gallegos, respectfully requests leave of this Court to appear via telephone at the upcoming hearing on September 17, 2012.

      Respectfully submitted this 7th day of September, 2012.

/s/ William L. Taylor
William L. Taylor, #21098

/s/ Darlene A. Bagley
Darlene A. Bagley, #35728
Ridley, McGreevy & Winocur P.C.
303 16th Street, Suite 200
Denver, CO  80202
(303) 629-9700

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September, 2012, I served a true and correct copy of the foregoing **Unopposed Request for Leave to Appear Telephonically for Hearing Scheduled Monday, September 17, 2012,** via CM/ECF filing addressed to all counsel/parties subscribed for service of CM/ECF filings in this matter.

/s/ *Suzy M. Kamps*
Suzy M. Kamps