```
EQUIFAX MORTGAGE SERVICES            ORDER NUMBER: 84WB47     Page: 1
6 E. CLEMENTON RD. SUITE A-2      REPOSITORY SOURCE: EFX XPN TU
GIBBSBORO, NJ  08026                      DATE ORD: 08/12/2005
  PHONE: 800-925-7461 FAX: 800-477-7304   DATE DEL: 08/12/2005
REPORT PREPARED FOR:                    LOAN NUMBER: 0130804263
  AMERIQUEST MORTGAGE COMPANY   INDIV/JOINT REPORT: INDIVIDUAL
  1600 DOUGLASS ROAD                         PRICE: 7.60
  ANAHEIM, CA  92806              ACCOUNT NUMBER: 080FM94398
                                        ORDERED BY:

 BORROWER'S INFORMATION           CO-BORROWER'S INFORMATION
NAME: WUANITA WEINGART           NAME:
SSN: 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       AGE:      SSN:                  AGE:
CURRENT ADDRESS: 7766 SAXEBOROUGH DR. CASTLE ROCK CO 80108
PREVIOUS ADDRESS: 7766 SAXEBOROUGH DR. CASTLE ROCK CO 80108

OWN/RENT:                        SINCE:
NUMBER OF DEPENDENTS:            MARITAL STATUS:

NO EMPLOYMENT INFORMATION AVAILABLE
```

### SUMMARY REPORT

| TRADE TYPE | # | # W/BAL | TOTAL BALANCE | TOTAL PYMT | TOTAL P/D | 30 | 60 | 90 | DATE LAST P/D |
|---|---|---|---|---|---|---|---|---|---|
| REAL EST | 17 | 10 | $ 3803763 | $ 25530 | $ 0 | 1 | 0 | 0 | 11/2004 |
| INSTALL | 20 | 2 | $ 62119 | $ 1982 | $ 0 | 4 | 0 | 0 | 07/2003 |
| REVOLVING | 29 | 11 | $ 99269 | $ 2987 | $ 0 | 1 | 0 | 0 | 06/2002 |
| COLLECT | 0 | 0 | $ 0 | $ 0 | $ 0 | - | - | - | |
| OTHER | 0 | 0 | $ 0 | $ 0 | $ 0 | 0 | 0 | 0 | |
| TOTAL | 66 | 23 | $ 3965151 | $ 30499 | $ 0 | 6 | 0 | 0 | 11/2004 |

```
PUBLIC RECORDS : LIENS : JUDGMENTS : FORECLOSURE : BANKRUPTCY : OTHER : TOTAL
TOTAL NUMBER        0          0          0            0          0       0
--------------------------------------------------------------------------
# INQUIRIES:  8                          # NEW TRADES: 0
OLDEST TRADE OPEN : 06/1992
```

### CREDIT HILITE ONLY. NOT A RESIDENTIAL MORTGAGE CREDIT REPORT

| CREDIT GRANTOR ACCOUNT NUMBER | DATE OPENED | LAST DT REPORTD | HIGH CREDIT | BALANCE OWING | CURR RATE | HISTORY 30 60 90 |
|---|---|---|---|---|---|---|

**\*\*\* NON DELINQUENT TRADES \*\*\***

**ATTACHMENT 4(b)**

00002485

```
WUANITA WEINGART              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              (84WB47) Page 2
0130804263
=================================================================

----------------------------------------------------------------
  CREDIT GRANTOR      DATE    LAST DT    HIGH   BALANCE CURR HISTORY
  ACCOUNT NUMBER     OPENED  REPORTD   CREDIT   OWING RATE 30 60 90
----------------------------------------------------------------

 1  AMERICAN GENERAL 12/1995 08/1996      342        0 I1   0  0  0
    12950249046224146                                  TERMS=
    MR=9   ECOA=I  B / XPN=01 DLA=08/1996
    PDA=0
    PP START DT= 08/1996 PP=XCCCCCCCC
    TYPE OF LOAN: HOUSEHOLD GOODS (SECURED)
    ACCOUNT PAID SATISFACTORILY

 2  AMERICAN NATIONAL 02/2003 01/2004   1000        0 R1   0  0  0
    130070074723                                       TERMS=
    MR=11  ECOA=I  B / XPN=01 DLA=01/2004
    PDA=0
    PP START DT= 01/2004 PP=XCCCCCCXCXX
    TYPE OF LOAN: CHECK CREDIT OR LINE OF CREDIT
    ACCOUNT TRANSFERED TO ANOTHER OFFICE

 3  AMEX              06/1999 08/2005      746      276 R1   0  0  0
    04413635290163A                                    TERMS=  1M*10
    MR=1   ECOA=A  B / XPN=01 DLA=08/2005
    PP START DT= 08/2005 PP=C
    TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
    CURRENT ACCOUNT

 4  AMEX              02/2001 08/2005    12100     5295 R1   0  0  0
    05020297401336                                     TERMS=*158
    MR=1   ECOA=I  B / XPN=01 DLA=08/2005
    PP START DT= 08/2005 PP=C
    TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
    CURRENT ACCOUNT

 5  AMEX              08/1998 03/2003      UNK        0 R1   0  0  0
    04413481101036                                     TERMS=
    MR=1   ECOA=U  B / XPN=01 DLA=03/2003
    PDA=0
    PP START DT= 03/2003 PP=X
    TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
    ACCOUNT PAID SATISFACTORILY; ACCOUNT CLOSED BY CONSUMER

 6  ASSOC/CITI        11/2001 07/2005      500        0 R1   0  0  0
    431795704120                                       TERMS=
    MR=44  ECOA=I  B / XPN=01 DLA=05/2002
    PP START DT= 07/2005 PP=CCCCCCXXCXXXXXXXXXXXCXXX
    TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
    CURRENT ACCOUNT
```

```
WUANITA WEINGART              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              (84WB47) Page 3
0130804263
==================================================================

-------------------------------------------------------------------
   CREDIT GRANTOR        DATE    LAST DT     HIGH    BALANCE CURR HISTORY
   ACCOUNT NUMBER       OPENED   REPORTD    CREDIT    OWING RATE 30 60 90
-------------------------------------------------------------------

  7  AURORA LOAN SERVI 11/2004 08/2005    360000    357739 M1   0  0  0
     3640018430686                                       TERMS=360M2697
     MR=9   ECOA=I  B / XPN=01,EFX=01,TU=01 DLA=07/2005
     PP START DT= 08/2005 PP=CCCCCCCCC
     TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
     CURRENT ACCOUNT; CONVENTIONAL MORTGAGE; REAL ESTATE MORTGAGE

  8  AURORA LOAN SERVI 11/2004 08/2005    400000    397488 M1   0  0  0
     3640018430389                                       TERMS=360M3120
     MR=9   ECOA=I  B / XPN=01,EFX=01,TU=01 DLA=07/2005
     PP START DT= 08/2005 PP=CCCCCCCCC
     TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
     CURRENT ACCOUNT; CONVENTIONAL MORTGAGE; REAL ESTATE MORTGAGE

  9  BAC-BANKCARD      07/2002 07/2005      5000      2252 R1   0  0  0
     430178920078                                        TERMS=REV10
     MR=37   ECOA=A  B / XPN=01 DLA=07/2005
     PP START DT= 07/2005 PP=CCCCCCCCCCCCCCCCCCCCCCCCC
     TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
     CURRENT ACCOUNT

 10  BENEFICIAL/HFC    08/2002 07/2005     35000     32403 R1   0  0  0
     2217151710                                         TERMS=REV535
     MR=36   ECOA=I  B / XPN=01 DLA=07/2005
     PP START DT= 07/2005 PP=CCCCCCCCCCXCCCCCCCCCCCCCC
     TYPE OF LOAN: HOME EQUITY LINE OF CREDIT
     CURRENT ACCOUNT

 11  BENEFICIAL/HFC    10/2001 08/2002      6198         0 I1   0  0  0
     220171154825                                       TERMS=
     MR=16   ECOA=I  B / XPN=01 DLA=08/2002
     PDA=0
     PP START DT= 08/2002 PP=XCCCCCCCCC
     TYPE OF LOAN: NOTE LOAN
     ACCOUNT PAID SATISFACTORILY

 12  BP/CITI           11/2001 07/2005       700       349 R1   0  0  0
     450193                                             TERMS=REV10
     MR=44   ECOA=I  B / XPN=01 DLA=07/2005
     PP START DT= 07/2005 PP=CCCCCCCCCCCCCCCXCCCCCCC
     TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
     CURRENT ACCOUNT

 13  CBUSASEARS        11/2000 08/2005      3400         0 R1   0  0  0
     504994809977                                       TERMS=
     MR=57   ECOA=I  B / XPN=01 DLA=04/2002
     PP START DT= 08/2005 PP=XXXXXXXXXXXXXXXXXXXXXXXXX
     TYPE OF LOAN: CHARGE ACCOUNT
```

00002487

```
WUANITA WEINGART              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              (84WB47) Page 4
0130804263
=================================================================

----------------------------------------------------------------
   CREDIT GRANTOR      DATE    LAST DT     HIGH    BALANCE CURR HISTORY
   ACCOUNT NUMBER     OPENED   REPORTD    CREDIT   OWING RATE 30 60 90
----------------------------------------------------------------

      CURRENT ACCOUNT

 14   CBUSASEARS       12/2001 07/2005     2500        0 R1  0  0  0
      512108010009                                       TERMS=
      MR=44  ECOA=I  B / XPN=01 DLA=06/2002
      PP START DT= 07/2005 PP=XXXXXXXXXXXXXXXXXXXXXXXXX
      TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
      CURRENT ACCOUNT

 15   CBUSASEARS       11/2001 08/2005     1400        0 R1  0  0  0
      512107500137                                       TERMS=
      MR=45  ECOA=I  B / XPN=01 DLA=06/2005
      PP START DT= 08/2005 PP=XXCXXXXXXXXXXXCCXXCXXXXX
      TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
      CURRENT ACCOUNT

 16   CHASE            09/2002 02/2005      450        0 R1  0  0  0
      426685102090                                       TERMS=
      MR=30  ECOA=A  B / XPN=01 DLA=09/2004
      PDA=0
      PP START DT= 02/2005 PP=XCCCCCCCCCCCCCCCCCCCCCCCC
      TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
      ACCOUNT PAID SATISFACTORILY; ACCOUNT CLOSED BY CONSUMER

 17   CHASE            05/2003 06/2005    31000    15724 R1  0  0  0
      5490922600                                         TERMS=REV412
      MR=26  ECOA=A  B / XPN=01 DLA=06/2005
      PP START DT= 06/2005 PP=CCCCCCCCCCCCCCCCCCCCCCCCC
      TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
      CURRENT ACCOUNT

 18   CHASE            08/1996 07/2005    35000      217 R1  0  0  0
      541712362594                                       TERMS=REV10
      MR=60  ECOA=J  B / XPN=01 DLA=04/2005
      PP START DT= 07/2005 PP=CCCCCCCCCCCCCCCCCCCCCCCCC
      TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
      CURRENT ACCOUNT

 19   CHASE MANHATTAN M 04/2004 06/2005  320000   316552 M1  0  0  0
      17452483                                           TERMS=360M2526
      MR=15  ECOA=I  B / XPN=01,EFX=01 DLA=06/2005
      PP START DT= 06/2005 PP=CCCCCCCCCCCCCCC
      TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
      CURRENT ACCOUNT; CONVENTIONAL MORTGAGE; REAL ESTATE MORTGAGE
```

00002488

```
WUANITA WEINGART              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              (84WB47) Page 5
0130804263
=====================================================================

---------------------------------------------------------------------
  CREDIT GRANTOR     DATE     LAST DT     HIGH     BALANCE CURR HISTORY
  ACCOUNT NUMBER     OPENED   REPORTD     CREDIT   OWING  RATE 30 60 90
---------------------------------------------------------------------

20  CHASE MANHATTAN M 04/2004 06/2005    410000   405688 M1   0  0  0
    17487711                                           TERMS=360M3164
    MR=15  ECOA=I  B / XPN=01 DLA=06/2005
    PP START DT= 06/2005 PP=CCCCCCCCCCCCCCC
    TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
    CURRENT ACCOUNT

21  CHASE NA          08/2004 07/2005     25000   17836 R1   0  0  0
    5149228090                                          TERMS=REV356
    MR=11  ECOA=I  B / EFX=01,XPN=01,TU=01 DLA=07/2005
    PDA=0
    PP START DT= 07/2005 PP=CCCCCCCCCCC
    TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
    CURRENT ACCOUNT; CREDIT CARD; AMT IN HIGH CREDIT IS CREDIT LIMIT

22  CHRYS CRED        01/1995 08/1995     19401       0 I1   0  0  0
    2162334116                                          TERMS=
    MR=9   ECOA=J  B / XPN=01 DLA=08/1995
    PP START DT= 08/1995 PP=XCCCCC
    TYPE OF LOAN: AUTO
    ACCOUNT PAID SATISFACTORILY

23  CITI              09/1999 02/2003      3500       0 R1   0  0  0
    542418036344                                        TERMS=
    MR=42  ECOA=I  B / XPN=01 DLA=10/2002
    PP START DT= 02/2003 PP=XXXXXCCCCCCCXXXXXXCCCCC
    TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
    CURRENT ACCOUNT; ACCOUNT CLOSED BY CONSUMER

24  CITI              01/2000 03/2005     10200       0 R1   0  0  0
    542418049608                                        TERMS=
    MR=63  ECOA=I  B / XPN=01 DLA=07/2004
    PDA=0
    PP START DT= 03/2005 PP=XXXXXXXCCCCCCCCCCCCCCCCCC
    TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
    ACCOUNT PAID SATISFACTORILY; ACCOUNT CLOSED BY CREDIT GRANTOR

25  CITI/SHELL        03/1999 08/2005       775     304 R1   0  0  0
    124242                                              TERMS=REV10
    MR=45  ECOA=I  B / XPN=01 DLA=07/2005
    PP START DT= 08/2005 PP=CCCCCCCCCCCCCCCCCCCCCCCCC
    TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
    CURRENT ACCOUNT
```

00002489

```
WUANITA WEINGART              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              ;   (84WB47) Page 6
0130804263
================================================================================

--------------------------------------------------------------------------------
   CREDIT GRANTOR      DATE     LAST DT      HIGH     BALANCE CURR HISTORY
   ACCOUNT NUMBER      OPENED   REPORTD      CREDIT   OWING RATE 30 60 90
--------------------------------------------------------------------------------

26  COUNTRYWIDE HOME  08/1998 02/2004    372000        0 M1   0  0  0
    4639744                                              TERMS=
    MR=65  ECOA=J  B / XPN=01 DLA=02/2004
    PP START DT= 02/2004 PP=XCCCCCCCCCCCCCCCCCCCCCCCC
    TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
    CURRENT ACCOUNT

27  COUNTRYWIDE HOME  05/2004 06/2005    444500   444500 M1   0  0  0
    56490730                                             TERMS=360M2861
    MR=13  ECOA=I  B / XPN=01,EFX=01,TU=01 DLA=06/2005
    PDA=0
    PP START DT= 06/2005 PP=CCCCCCCCCCC
    TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
    CURRENT ACCOUNT; CONVENTIONAL MORTGAGE; REAL ESTATE MORTGAGE

28  COUNTRYWIDE HOME  08/2000 01/2004    420000        0 M1   0  0  0
    5682274                                              TERMS=
    MR=36  ECOA=J  B / XPN=01 DLA=01/2004
    PDA=0
    PP START DT= 01/2004 PP=XCCCCCCCCCCCCCCCCCCCCCCCC
    TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
    ACCOUNT PAID SATISFACTORILY

29  DISCOVER FIN      08/1994 08/2005      3590      138 R1  '0' 0  0
    601100970352                                         TERMS=MIN10
    MR=34  ECOA=A  B / TU=01 DLA=07/2005
    PDA=0
    PP START DT= 07/2005 PP=CCCCCCCCCCCCCCCCCCCCCCCCCCC
    TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT

30  DISCOVER FINANCIA 10/2002 01/2005      8500        0 I1   0  0  0
    9402810036899                                        TERMS=
    MR=28  ECOA=I  B / XPN=01 DLA=01/2005
    PDA=0
    PP START DT= 01/2005 PP=XCCCCCCCCCCCCCCCCCCCCCCCC
    TYPE OF LOAN: UNSECURED LOAN
    ACCOUNT PAID SATISFACTORILY

31  DISCOVER FINANCIA 06/1992 07/2005      7300        0 R1   0  0  0
    601100901024                                         TERMS=
    MR=67  ECOA=J  B / XPN=01 DLA=01/2005
    PP START DT= 07/2005 PP=XXXXXCCCCCCCCCCCCCCCCCCCCC
    TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
    CURRENT ACCOUNT
```

00002490

WUANITA WEINGART                    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                     (84WB47) Page 7
0130804263
============================================================================

```
------------------------------------------------------------------------
    CREDIT GRANTOR      DATE     LAST DT     HIGH    BALANCE CURR HISTORY
    ACCOUNT NUMBER      OPENED   REPORTD    CREDIT    OWING  RATE 30 60 90
------------------------------------------------------------------------
```

32  EQUICREDIT CORP   02/1995 09/1997    18360        0 M1    0  0  0
    4601025                                            TERMS=
    MR=31  ECOA=J  B / XPN=01 DLA=09/1997
    PDA=0
    PP START DT= 09/1997 PP=XXCXXXCCCCCCCXCCCCCCCCCC
    TYPE OF LOAN: REAL ESTATE MORTGAGE
    ACCOUNT PAID SATISFACTORILY

33  FIRST USA BANK    01/1996 08/1999    10000        0 R1    0  0  0
    467803524                                          TERMS=
    MR=44  ECOA=J  B / XPN=01 DLA=10/1998
    PP START DT= 08/1999 PP=XXXXXXXXXXCCCCCCCCCCCCCCC
    TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
    CURRENT ACCOUNT

34  FLAGSTAR BANK     10/2000 06/2005   397500   381072 M1    0  0  0
    274998100276                                       TERMS=360M2503
    MR=57  ECOA=J  B / XPN=01 DLA=06/2005
    PP START DT= 06/2005 PP=CCCCCCCCCCCCCCCCCCCCCCCCC
    TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
    CURRENT ACCOUNT

35  FOLEYS            11/1998 07/2005      577        0 R1    0  0  0
    R0056037                                           TERMS=
    MR=73  ECOA=I  B / XPN=01 DLA=08/2001
    PP START DT= 07/2005 PP=CCCCCCCXCCCCCCGCXXXXXXXXX
    TYPE OF LOAN: CHARGE ACCOUNT
    CURRENT ACCOUNT

36  HSBC/MS           07/1999 12/2002    60000        0 M1    0  0  0
    2179125                                            TERMS=
    MR=38  ECOA=J  B / XPN=01 DLA=12/2002
    PDA=0
    PP START DT= 12/2002 PP=XCXCCCXCCCCCCCCCCCCCCCCCC
    TYPE OF LOAN: SECOND MORTGAGE
    ACCOUNT PAID SATISFACTORILY

37  HSBC/RS           01/1997 05/2001      UNK        0 R1    0  0  0
    3357176                                            TERMS=
    MR=34  ECOA=I  B / XPN=01 DLA=05/2001
    PDA=0                                              0 R1   0    0
    PP START DT= 05/2001 PP=XCCCCCCCCCCCCCCCCCCCCCCCC
    TYPE OF LOAN: CHARGE ACCOUNT
    ACCOUNT PAID SATISFACTORILY

WUANITA WEINGART                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                    (84WB47) Page 8
0130804263
==================================================================================

--------------------------------------------------------------------------
   CREDIT GRANTOR      DATE    LAST DT      HIGH    BALANCE CURR HISTORY
   ACCOUNT NUMBER     OPENED  REPORTD      CREDIT   OWING RATE 30 60 90
--------------------------------------------------------------------------

38  MBNA AMERICA    08/2001 04/2005    15000         0 R1   0   0   0
    07                                              TERMS=
    MR=44  ECOA=I  B / XPN=01 DLA=02/2005
    PP START DT= 04/2005 PP=XCCCCCCCCCCCCCCCCCCCCCCCC
    TYPE OF LOAN: CHECK CREDIT OR LINE OF CREDIT
    CURRENT ACCOUNT; ACCOUNT CLOSED BY CREDIT GRANTOR

39  MBNA AMERICA    03/1999 08/2005    25000     24475 R1   0   0   0
    7439                                            TERMS=REV620
    MR=47  ECOA=I  B / XPN=01 DLA=06/2005
    PP START DT= 08/2005 PP=CCCCCCCCCCCCCCCCCCCCCCCC
    TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
    CURRENT ACCOUNT

40  MERCEDES BENZ CRE 03/2003 07/2005    52805     27742 I1   0   0   0
    3000921290                                      TERMS= 73M733
    MR=36  ECOA=I  B / XPN=01 DLA=07/2005
    PP START DT= 07/2005 PP=CCCCCCCCCCCCCCCCCCCCCCCC
    TYPE OF LOAN: AUTO
    CURRENT ACCOUNT

41  NORDSTROM FSB    04/2001 08/2005     3000         0 R1   0   0   0
    20495                                           TERMS=
    MR=43  ECOA=I  B / XPN=01 DLA=03/2005
    PP START DT= 08/2005 PP=XXXXCCCCXXXXXXXXXCCCXXXX
    TYPE OF LOAN: CHARGE ACCOUNT
    CURRENT ACCOUNT

42  OHIO SAVINGS BANK 11/2004 07/2005   360400    359293 M1   0   0   0
    2367875                                         TERMS=360M2520
    MR=7   ECOA=I  B / XPN=01,EFX=01,TU=01 DLA=07/2005
    PP START DT= 07/2005 PP=CCCCCCC
    TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
    CURRENT ACCOUNT; CONVENTIONAL MORTGAGE; REAL ESTATE MORTGAGE

43  OPTION ONE MORTGA 10/2000 05/2005   356000         0 M1   0   0   0
    6470003767613                                   TERMS=
    MR=52  ECOA=J  B / XPN=01 DLA=04/2005
    PDA=0
    PP START DT= 05/2005 PP=XCCCCCCCCCCCCCCCCCCCCCCCX
    TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
    ACCOUNT TRANSFERED TO ANOTHER OFFICE

44  SELECT PORTFOLIO  09/1997 04/2000   261600         0 M1   0   0   0
    2771100470010                                   TERMS=
    MR=30  ECOA=J  B / XPN=01 DLA=04/2000
    PDA=0
    PP START DT= 04/2000 PP=XCCCCCCCCCCCCCCCCCCCCCCCC

00002492

WUANITA WEINGART               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                    (84WB47) Page 9
0130804263
==========================================================================

```
--------------------------------------------------------------------------
   CREDIT GRANTOR      DATE    LAST DT    HIGH    BALANCE CURR HISTORY
   ACCOUNT NUMBER     OPENED   REPORTD   CREDIT    OWING RATE 30 60 90
--------------------------------------------------------------------------

      TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
      ACCOUNT PAID SATISFACTORILY

 45  SPIEGEL          10/1999 03/2003     750        0 R1   0  0  0
     601205                                            TERMS=
     MR=44   ECOA=I  B / XPN=01 DLA=03/2003
     PDA=0
     PP START DT= 03/2003 PP=XXXXXXXXXXXXCCCCCCCXXXXC
     TYPE OF LOAN: CHARGE ACCOUNT
     ACCOUNT PAID SATISFACTORILY; ACCOUNT CLOSED BY CONSUMER

 46  TOYOTA MOTOR CRED 11/1997 05/1998   35023        0 I1   0  0  0
     70401160492380001                                  TERMS=
     MR=4    ECOA=I  B / XPN=01 DLA=05/1998
     PDA=0
     PP START DT= 05/1998 PP=XCCC
     TYPE OF LOAN: AUTO
     ACCOUNT PAID SATISFACTORILY

 47  UNION ACCEPTANCE  05/1996 08/1996   20446        0 I1   0  0  0
     846487961                                          TERMS=
     MR=3    ECOA=I  B / XPN=01 DLA=08/1996
     PDA=0
     PP START DT= 08/1996 PP=XCC
     TYPE OF LOAN: AUTO
     ACCOUNT PAID SATISFACTORILY

 48  VECTRA BANK COLOR 07/1996 12/1997   20797        0 I1   0  0  0
     95024078385325124                                  TERMS=
     MR=17   ECOA=I  B / XPN=01 DLA=12/1997
     PDA=0
     PP START DT= 12/1997 PP=XCCCCCCCCXXCXXXXC
     TYPE OF LOAN: INSTALLMENT LOAN
     ACCOUNT PAID SATISFACTORILY

 49  WASHINGTON MUTUAL 10/2004 07/2005  397000   396949 M1   0  0  0
     1560680413010                                     TERMS=360M1602
     MR=10   ECOA=I  B / XPN=01,EFX=01,TU=01 DLA=07/2005
     PDA=0
     PP START DT= 07/2005 PP=CCCCCCCCCC
     TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
     CURRENT ACCOUNT; CONVENTIONAL MORTGAGE; REAL ESTATE MORTGAGE

 50  WASHINGTON MUTUAL 05/2004 07/2005  400000   401761 M1   0  0  0
     1560675938427                                     TERMS=360M1857
     MR=15   ECOA=I  B / XPN=01,EFX=01,TU=01 DLA=07/2005
     PDA=0
     PP START DT= 07/2005 PP=CCCCCCCCCCCCCCCC
```

00002493

```
WUANITA WEINGART              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              (84WB47) Page 10
0130804263
======================================================================

----------------------------------------------------------------------
     CREDIT GRANTOR       DATE    LAST DT      HIGH    BALANCE CURR HISTORY
     ACCOUNT NUMBER      OPENED   REPORTD     CREDIT    OWING RATE 30 60 90
----------------------------------------------------------------------

     TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
     CURRENT ACCOUNT; CONVENTIONAL MORTGAGE; REAL ESTATE MORTGAGE

51   WELLS FARGO BANK  09/1995 08/2000     33262      0 I1   0  0  0
     50087311788166                              TERMS=
     MR=60   ECOA=J  B / XPN=01 DLA=08/2000
     FDA=0
     PP START DT= 08/2000 PP=XCCCCCCCCCCCCCCCCCCCCCCCC
     TYPE OF LOAN: LEASE / RENTAL AGREEMENT
     ACCOUNT PAID SATISFACTORILY

52   WELLS FARGO BANK  01/1995 10/1998      6904      0 I1   0  0  0
     16316369043940001                            TERMS=
     MR=4    ECOA=I  B / XPN=01 DLA=10/1998
     FDA=0
     PP START DT= 10/1998 PP=XCCC
     TYPE OF LOAN: INSTALLMENT LOAN
     ACCOUNT PAID SATISFACTORILY

53   WENDOVER FIN SRVS 08/2000 01/2001    420000      0 M1   0  0  0
     3540889907                                    TERMS=
     MR=2    ECOA=J  B / XPN=01 DLA=01/2001
     FDA=0
     PP START DT= 01/2001 PP=XC
     TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
     ACCOUNT TRANSFERRED TO ANOTHER OFFICE

54   WFFINACCPT          06/1995 02/1996       603      0 I1   0  0  0
     306069547711889                               TERMS=
     MR=9    ECOA=I  B / XPN=01 DLA=02/1996
     PP START DT= 02/1996 PP=XCCCCCCCCC
     TYPE OF LOAN: INSTALLMENT SALES CONTRACT
     ACCOUNT PAID SATISFACTORILY

55   WFFINANCE           11/1995 03/1996      3872      0 I1   0  0  0
     111229532738820                               TERMS=
     MR=4    ECOA=J  B / XPN=01 DLA=03/1996
     PP START DT= 03/1996 PP=XCCC
     TYPE OF LOAN: HOUSEHOLD GOODS & OTHER COLLATERAL AUTO (SECURED)
     ACCOUNT PAID SATISFACTORILY

56   WFFINANCE           07/1997 10/1997       300      0 I1   0  0  0
     107259709957104                               TERMS=
     MR=3    ECOA=J  B / XPN=01 DLA=10/1997
     FDA=0
     PP START DT= 10/1997 PP=XCC
     TYPE OF LOAN: NOTE LOAN
     ACCOUNT PAID SATISFACTORILY
```

```
WUANITA WEINGART              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              (84WB47) Page 11
0130804263
==================================================================
```

```
------------------------------------------------------------------
     CREDIT GRANTOR      DATE    LAST DT     HIGH    BALANCE CURR HISTORY
     ACCOUNT NUMBER     OPENED   REPORTD    CREDIT    OWING RATE 30 60 90
------------------------------------------------------------------
```

```
57   WFFINANCE         06/2000 10/2000     3901       0 I1   0   0   0
     106070074131483                                    TERMS=
     MR=5   ECOA=J  B / XPN=01 DLA=10/2000
     PDA=0
     PP START DT= 10/2000 PP=XCCCC
     TYPE OF LOAN: INSTALLMENT SALES CONTRACT
     ACCOUNT PAID SATISFACTORILY

58   WFFINANCE         02/1996 11/1996     3139       0 I1   0   0   0
     102169649424401                                   TERMS=
     MR=10  ECOA=J  B / XPN=01 DLA=11/1996
     PDA=0
     PP START DT= 11/1996 PP=XCCCCCCCCC
     TYPE OF LOAN: HOUSEHOLD GOODS (SECURED)
     ACCOUNT PAID SATISFACTORILY

59   WFFINANCE         12/1997 05/2000     3500       0 R1   0   0   0
     11208976777                                       TERMS=
     MR=29  ECOA=J  B / XPN=01 DLA=05/2000
     PDA=0
     PP START DT= 05/2000 PP=XXXXXXXXXXXXXXXXXXXXCCCC
     TYPE OF LOAN: CHARGE ACCOUNT                          (8-1)     )
     ACCOUNT PAID SATISFACTORILY

60   WFFINANCE         01/1997 11/1997     2854       0 I1   0   0   0
     101109726663360                                   TERMS=
     MR=11  ECOA=J  B / XPN=01 DLA=11/1997
     PDA=0
     PP START DT= 11/1997 PP=XCCCCCCCCCC
     TYPE OF LOAN: HOUSEHOLD GOODS (SECURED)
     ACCOUNT PAID SATISFACTORILY

61   WFS FINANCIAL     04/2003 06/2004    33588       0 I1   0   0   0
     518760467639                                      TERMS=
     MR=15  ECOA=I  B / XPN=01 DLA=06/2004
     PDA=0
     PP START DT= 06/2004 PP=XCCCCCCCCCCCCCC
     TYPE OF LOAN: AUTO
     ACCOUNT PAID SATISFACTORILY

   *** DELINQUENCY TRADES ***

62   CAP ONE BK        03/1996 12/2002      192         R1   1   0   0
     529107136098                                      TERMS=REV
     MR=81  ECOA=J  B / XPN=01 DLA=12/2002
        DEL DATES=06/2002,06/2002=R
     PP START DT= 12/2002 PP=XCCCCC1CCCCCCCCCCCCCCCCCC
```

00002495

WUANITA WEINGART                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                    (84W847) Page 12
0130804263
========================================================================

---------------------------------------------------------------------
CREDIT GRANTOR      DATE    LAST DT      HIGH      BALANCE CURR HISTORY
ACCOUNT NUMBER      OPENED  REPORTD      CREDIT    OWING RATE 30 60 90
---------------------------------------------------------------------

        TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
        PAID ACCOUNT/WAS 30 DAYS PAST DUE DATE; ACCOUNT CLOSED BY CONSUMER

63   G M A C          01/2003 07/2005    59750     34377 I1   1  0  0
     02190233178                                          TERMS= 60M1249
     MR=30  ECOA=J  B / XPN=01 DLA=05/2005
      DEL DATES=07/2003,07/2003=I
     PP START DT= 07/2005 PP=CCCCCCCCCCCCCCCCCCCCCCCCC
     TYPE OF LOAN: AUTO
     CURRENT ACCOUNT/WAS 30 DAYS PAST DUE DAT

64   INDYMAC BANK     07/1999 08/2005   363300    342721 M1   1  0  0
     6681000519718                                        TERMS=360M2680
     MR=69  ECOA=J  B / XPN=01 DLA=07/2005
      DEL DATES=11/2004,11/2004=M
     PP START DT= 08/2005 PP=CCCCCCCCCC1CCCCCCCCCCCCCCC
     TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
     CURRENT ACCOUNT/WAS 30 DAYS PAST DUE DAT

65   TOYOTA MOTOR CRED 05/2000 05/2005    16911            I1   1  0  0
     3034280213                                           TERMS= 36M
     MR=35  ECOA=C  B / XPN=01 DLA=05/2003
      DEL DATES=,07/2000=I1
     PP START DT= 05/2003 PP=XXCCCCCCCCCCCCCCCCCCCCCCCC
     TYPE OF LOAN: AUTO LEASE
     PAID ACCOUNT/WAS 30 DAYS PAST DUE DATE

66   WFFINANCE        07/1998 06/2001     3180            I1   2  0  0
     107219839443385                                      TERMS= 36M
     MR=36  ECOA=J  B / XPN=01 DLA=06/2001
      DEL DATES=06/2001,06/2001=I ,05/2001=I
     PP START DT= 06/2001 PP=11CCCCCCCCCCCCCCCCCCCCCCCC
     TYPE OF LOAN: NOTE LOAN
     PAID ACCOUNT/WAS 30 DAYS PAST DUE DATE TWO OR THREE TIMES


   PUBLIC RECORD SOURCES: EFX XPN TU

   PUBLIC RECORDS HAVE BEEN CHECKED FROM OTHER SOURCES AND/OR THE REPOSITORIES
   LISTED WITH THE FOLLOWING RESULTS: NO PUBLIC RECORDS FOUND


   INQUIRIES WITHIN THE PAST 90 DAYS
      EQUIFAX MTG        08/12/2005  B    TU-01    Z 08008284
      I R ANAHEIM        08/10/2005  B    TU-01    Q 06410610
      ABN AMRO MGT       08/05/2005  B    TU-01    B 00200149
      ABN AMRO MTG       08/05/2005  B    TU-01    R 00001478
      FACTUAL DATA       08/03/2005  B    XPN-01   3970771

```
                                   OUND
```

WUANITA WEINGART              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                 (84WB47) Page 13
0130804263
===================================================================================

     FDC                      08/03/2005  B   TU-01   Z 00001208
     WAMU                     08/01/2005  B   TU-01   Q 07168363
     WASHINGTON MUTUAL FI     08/01/2005  B   XPN-01  3168090


APPLICANT ADDRESS INFORMATION:
  1    7406 QUINCE CT S                                        ECIS-01 B
       ENGLEWOOD, CO 80112                  SINCE: UNK    REPT: 05/2001

  2    141 LOST ANGEL RD                                       ECIS-01 B
       BOULDER, CO 80302                    SINCE: UNK    REPT: 03/2004

  3    7766 SAXEBOURGH DR                                      ECIS-01 B
       CASTLE ROCK, CO 80108                SINCE: UNK    REPT: 08/2004

  4    7406 S QUINCE CT                                        XPN-01 B
       CENTENNIAL, CO 80112                 SINCE: 05/1992 REPT: 12/2000


APPLICANT EMPLOYMENT INFORMATION:
  1    SNYDER OIL                  B ECIS-01  FROM          TO
  2    A4 HOLDING                  B XPN-01   FROM 04/2003 TO 04/2003
  3    SELF                        B XPN-01   FROM 09/2001 TO 09/2001

ECIS-01 B FILE VARIATION: JAUN REBECCA WEINGART 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
  TU-01 B FILE VARIATION: WAUN R WEINGART       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   DOB:01/20/1952

ECIS-01 B AKA: EGBERT WAUNITA REBECCA
ECIS-01 B AKA: WEINGART WAUN
 XPN-01 B SIMILAR NAME: WAUNITA R WEINGART
 XPN-01 B NICKNAME: WAON W WEINGART
 XPN-01 B AKA: WAUNITA R EGBERT


                ----  ADDITIONAL INFORMATION  ----

 XPN-01 B XPN: FOUND ADDITIONAL SSN 263808848 FOR APPLICANT

 XPN-01 B XPN: FOUND ADDITIONAL SSN 510484671 FOR APPLICANT

 XPN-01 B XPN: FOUND ADDITIONAL SSN 263888848 FOR APPLICANT

    TU-01 B ADDRESS DISCREPANCY: TU_ALERT:SUBJECT - CURRENT ADDRESS INPUT
            VALUE DOES NOT MATCH FILE

    TU-01 B ADDRESS DISCREPANCY: TU_ALERT:SUBJECT - PREVIOUS ADDRESS INPUT
            VALUE DOES NOT MATCH FILE


 * PAYMENT AMOUNTS MARKED WITH AN ASTERISK (*) HAVE BEEN CALCULATED AT 3%
   OF THE BALANCE OWING OR $10.00 WHICHEVER AMOUNT IS GREATER

00002497

WUANITA WEINGART              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              (84WB47) Page 14
0130804263
======================================================================

REPORT PREPARED BY: GATEWAY SYSTEM

Equifax Information Svc. LLC    Experian              TransUnion, LLC
P.O. Box 740341                 701 Experian Parkway  P.O. Box 1000
Atlanta, GA 30374               P.O. Box 2002         Chester, PA 19022
800-685-1111                    Allen, TX 75013       866-887-2673
www.equifax.com                 888-397-3742          www.transunion.com
                                www.experian.com/reportaccess

**********************************************************
* TOTAL PRICE 7.60 = 4.42(CHL) + 2.85(CO SUR) + 0.33(FACTA) *
**********************************************************

                    **END OF CREDIT REPORT**

00002498

WUANITA WEINGART                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                     (84WB47) Page 15
0130804263
=================================================================================

                              SUBSCRIBER LISTING
=================================================================================

| SUB CODE | CREDIT GRANTOR<br>ADDRESS | TELEPHONE<br>CITY | STATE | ZIP | B/C |
|---|---|---|---|---|---|
| 2528330 | AMERICAN GENERAL FIN<br>1895 S FEDERAL BLVD | 3039228272<br>DENVER | CO | 80219 | XPN-01 B |
| 3171630 | AMERICAN NATIONAL BA<br>PO BOX 9250 | 7194730111<br>COLORADO SPRING | CO | 80932 | XPN-01 B |
| 1229200 | AMEX<br>PO BOX 297871 | BYMAILONLY<br>FORT LAUDERDALE | FL | 33329 | XPN-01 B |
| 1223650 | ASSOC/CITI<br>PO BOX 6003 | BYMAILONLY<br>HAGERSTOWN | MD | 21747 | XPN-01 B |
| 1805260 | AURORA LOAN SERVICES<br>601 5TH AVE | 3086353500<br>SCOTTSBLUFF | NE | 69361 | XPN-01 B |
| 3202754 | BAC-BANKCARD<br>1825 E BUCKEYE RD | BYMAILONLY<br>PHOENIX | AZ | 85034 | XPN-01 B |
| 1521730 | BENEFICIAL/HFC<br>2700 SANDERS RD | BYMAILONLY<br>PROSPECT HEIGHT | IL | 60070 | XPN-01 B |
| 1232890 | BP/CITI<br>PO BOX 6003 | BYMAILONLY<br>HAGERSTOWN | MD | 21747 | XPN-01 B |
| 1270246 | CAP ONE BK<br>PO BOX 85520 | BYMAILONLY<br>RICHMOND | VA | 23285 | XPN-01 B |
| 1230084 | CBUSASEARS<br>PO BOX 6189 | BYMAILONLY<br>SIOUX FALLS | SD | 57117 | XPN-01 B |
| 1323210 | CBUSASEARS<br>PO BOX 6189 | BYMAILONLY<br>SIOUX FALLS | SD | 57117 | XPN-01 B |
| 1336700 | CBUSASEARS<br>PO BOX 6189 | BYMAILONLY<br>SIOUX FALLS | SD | 57117 | XPN-01 B |
| 1290138 | CHASE<br>100 DUFFY AVE | 8003565555<br>HICKSVILLE | NY | 11801 | XPN-01 B |
| 3182310 | CHASE<br>800 BROOKSEDGE BLVD | 8009559900<br>WESTERVILLE | OH | 43081 | XPN-01 B |
| 3900510 | CHASE MANHATTAN MORT<br>10790 RANCHO BERNARD | 8005487992<br>SAN DIEGO | CA | 92127 | XPN-01 B |
| 458BB04171 | CHASE NA<br>4915 INDEPENDENCE PA | 8003565555<br>TAMPA | FL | 33634 | ECIS-01 B |
| 3636194 | CHRYS CRED<br>6400 S FIDDLERS GREE | BYMAILONLY<br>ENGLEWOOD | CO | 80111 | XPN-01 B |
| 1240000 | CITI<br>PO BOX 6241 | BYMAILONLY<br>SIOUX FALLS | SD | 57117 | XPN-01 B |
| 1232920 | CITI/SHELL<br>PO BOX 6003 | BYMAILONLY<br>HAGERSTOWN | MD | 21747 | XPN-01 B |
| 3991532 | COUNTRYWIDE HOME LOA<br>450 AMERICAN ST | | CA | 93065 | XPN-01 B |
| 09616003 | DISCOVER FIN<br>POB 15316 | SIMI VALLEY | DE | 19850 | TU-01 B |
| 3132240 | DISCOVER FINANCIAL S<br>PO BOX 5005 | BYMAILONLY<br>SIOUX FALLS | SD | 57117 | XPN-01 B |
| 3276502 | DISCOVER FINANCIAL S<br>PO BOX 15316 | BYMAILONLY<br>WILMINGTON | DE | 19850 | XPN-01 B |
| 1567260 | EQUICREDIT CORP<br>10401 DEERWOOD PARK | 8009441212<br>JACKSONVILLE | FL | 32256 | XPN-01 B |

00002499

WUANITA WEINGART                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                    (84WB47) Page 16
0130804263
===============================================================================

| 1233910 | FIRST USA BANK | 8009559900 | OH | 43081 | XPN-01 B |
| | 800 BROOKSEDGE BLVD | WESTERVILLE | | | |
| 2880824 | FLAGSTAR BANK | 8009457700 | MI | 48098 | XPN-01 B |
| | 5151 CORPORATE DR | TROY | | | |
| 3346613 | FOLEYS | BYMAILONLY | TX | 77251 | XPN-01 B |
| | PO BOX 1971 | HOUSTON | | | |
| 3610037 | G M A C | BYMAILONLY | AZ | 85318 | XPN-01 B |
| | PO BOX 12699 | GLENDALE | | | |
| 2103081 | HSBC/MS | 8003337023 | FL | 33509 | XPN-01 B |
| | PO BOX 9068 | BRANDON | | | |
| 2156646 | HSBC/RS | | DE | 19720 | XPN-01 B |
| | 90 CHRISTIANA RD | NEW CASTLE | | | |
| 6904546 | INDYMAC BANK | 8007817399 | MI | 49009 | XPN-01 B |
| | 1 NATIONAL CITY PKWY | KALAMAZOO | | | |
| 1230206 | MBNA AMERICA | 8004212110 | DE | 19884 | XPN-01 B |
| | POB 17054 | WILMINGTON | | | |
| 1639320 | MERCEDES BENZ CREDIT | BYMAILONLY | TX | 76262 | XPN-01 B |
| | PO BOX 685 | WESTLAKE | | | |
| 3338501 | NORDSTROM FSB | 8009641800 | CO | 80155 | XPN-01 B |
| | PO BOX 6555 | ENGLEWOOD | | | |
| 2810575 | OHIO SAVINGS BANK | 2166962222 | OH | 44114 | XPN-01 B |
| | 1801 E 9TH ST STE 20 | CLEVELAND | | | |
| 3903714 | OPTION ONE MORTGAGE | 8006489605 | CA | 92618 | XPN-01 B |
| | 3 ADA WAY | IRVINE | | | |
| 7950144 | SELECT PORTFOLIO SVC | BYMAILONLY | UT | 84165 | XPN-01 B |
| | PO BOX 65250 | SALT LAKE CITY | | | |
| 3321470 | SPIEGEL | 5165760704 | NY | 11797 | XPN-01 B |
| | 101 CROSSWAY PARK WE | WOODBURY | | | |
| 3598044 | TOYOTA MOTOR CREDIT | 3036458300 | CO | 80112 | XPN-01 B |
| | 7670 S CHESTER ST UN | ENGLEWOOD | | | |
| 3603020 | TOYOTA MOTOR CREDIT | 3036458300 | CO | 80112 | XPN-01 B |
| | 7670 S CHESTER ST UN | ENGLEWOOD | | | |
| 0600835 | UNION ACCEPTANCE COR | 3172316452 | IN | 46219 | XPN-01 B |
| | 250 N SHADELAND AVE | INDIANAPOLIS | | | |
| 9101826 | VECTRA BANK COLORADO | 3037627500 | CO | 80222 | XPN-01 B |
| | 1650 S COLORADO BLVD | DENVER | | | |
| 3180830 | WASHINGTON MUTUAL FA | 8002824840 | CA | 91328 | XPN-01 B |
| | PO BOX 1093 | NORTHRIDGE | | | |
| 3156370 | WELLS FARGO BANK | 8006424401 | AZ | 85282 | XPN-01 B |
| | 711 W BROADWAY RD | TEMPE | | | |
| 3103030 | WELLS FARGO BANK WES | BYMAILONLY | CO | 80210 | XPN-01 B |
| | 1700 S LINCOLN ST | DENVER | | | |
| 1840636 | WENDOVER FIN SRVS CO | 8004364008 | NC | 27409 | XPN-01 B |
| | 725 N REGIONAL RD | GREENSBORO | | | |
| 3506340 | WFFINACCPT | 3037505626 | CO | 80231 | XPN-01 B |
| | 10101 E HAMPDEN AVE | DENVER | | | |
| 3558436 | WFFINANCE | 3036933031 | CO | 80015 | XPN-01 B |
| | 16981 E QUINCY AVE U | AURORA | | | |
| 3558471 | WFFINANCE | 8082449097 | HI | 96793 | XPN-01 B |
| | 210 IMI KALA ST STE | WAILUKU | | | |
| 3828796 | WFS FINANCIAL | BYMAILONLY | CA | 92623 | XPN-01 B |
| | PO BOX 19752 | IRVINE | | | |

WUANITA WEINGART                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              (84WB47) Page 17
0130804263
==================================================================================

---------------------------------------------------------------------
    The reporting bureau certifies that; (a) public records have been checked
    for tax liens, judgments, foreclosures, garnishments, bankruptcies, and
    other legal actions involving the subject(s) with the results indicated
    above; or (b) equivalent information has been obtained through the use
    of a qualified public records reporting service with the results indicated
    above. The records of real estate transfers which do not involve
    foreclosures may be excluded.
---------------------------------------------------------------------
    Equifax Credit Services certifies that the information provided in this
    report meets the requirements of the U.S. Dept. of HUD, FHA, VA, USDA,
    RECD & FSA, Fannie Mae and FHLMC.
    The information is confidential and not to be divulged except as required
    by PUBLIC LAW 91-508,  93-579, 94-239.
---------------------------------------------------------------------