## INFILE MORTGAGE CREDIT REPORT

1500 NW Bethany Blvd, Sui
877-216-9150

TEAM LEADER: **HLE**
PROCESSOR : _____

### LENDER INFORMATION

| | |
|---|---|
| LENDER ACCT. NUMBER: 85002 | DATE REQUESTED : 12/01/06 |
| PREPARED FOR : Wells Fargo Bank, NA | DATE COMPLETED : 12/01/06 |
| LENDER CASE ID : 0157234931 | TRW CASE NUMBER : 961042 |
| TYPE OF LOAN / REPORT  INDIVIDUAL | CHARGE : $.00 |
| ATTENTION : MEX  TEAM HLE | REFERENCE ID: 103620650140000 |
| | VENDOR ID : C |

### APPLICANT INFORMATION

| | |
|---|---|
| APPLICANT(s): JOHN P GALLEGOS | MARITAL STATUS |
| | NO. OF DEPENDENTS INCLUDING SELF: 0 |
| ADDRESS: 7603 CALIFORNIA AVE SEATTLE WA 98136 | APPROXIMATE AGE OF APPLICANT: 00 |
| LENGTH OF RESIDENCE? 05/07- 0 YR 0 MO | RESIDENCE CHANGE IN PAST TWO YEARS: YES |

APPLICANT SSN# 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     CO-APPLICANT SSN#

TCS

05/03- 0 YR 0 MO
NOT YET VERIFY

NO

EMPLOYER
POSITION
APPROXIMATE LENGTH OF EMP.
EMPLOYMENT VERIFIED BY
MONTHLY INCOME
EMPLOYMENT CHANGE IN PAST TWO YEARS

### CREDIT INFORMATION

| ECOA | CREDIT GRANTOR / ACCOUNT NUMBER | DATE OPEN / DATE REPORTED | HIGH CREDIT / LAST ACTIVITY | PRESENT BALANCE / LAST DELINQUENCY STATUS | TYPE / TERMS / LAST DELINQUENCY DATE | PAST DUE / MONTHS REVIEWED | PAYMENT HISTORY / CURRENT STATUS |
|---|---|---|---|---|---|---|---|

CREDIT BUREAUS INFORMATION:

  FOR: JOHN P GALLEGOS
  EQUIFAX BEACON SCORE:00668

ADDITIONAL PERSONAL INFORMATION:

A  JOHN P GALLEGOS        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          0   0
A. JOHN P GALLEGOS        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         ·0   0

ADDITIONAL ADDRESS INFORMATION:

A-C  7603 CALIFORNIA AVE, SEATTLE, WA 98136,   05/07- 0 YR  0 MO
A-P  141 LOST ANGEL RD, BOULDER, CO 80302,     04/05- 0 YR  0 MO 0
A-P  7766 SAXEBOURGH DR, CASTLE ROCK, CO 80108,  03/04- 0 YR  0 MO
A-P  7000 S YOSEMITE ST, CENTENNIAL, CO 80112,  06/06- 0 YR  0 MO

ADDITIONAL EMPLOYMENT INFORMATION:

A-P  TRANS COORDINATING SERV,   03/01- 0 YR 0 MO

TRADE HISTORY:

I AAMES HOME LOAN        03/02    278000    ·0   M    0       0
   1721046                06/02                                28         05
   BORROWER'S ACCOUNT TRANSFERRED OUT                 /CCCCCCCCCCCCCCCCCCCCCCCC

M-0886 (01/97)

**ATTACHMENT 5(b)**

# INFILE MORTGAGE CREDIT REPORT

1500 NW Bethany Blvd, Sui
877-216-9150

TEAM LEADER: **HLE**
PROCESSOR: _____

## LENDER INFORMATION

| | | | |
|---|---|---|---|
| LENDER ACCT. NUMBER: | 85002 | DATE REQUESTED: | 12/01/06 |
| PREPARED FOR: | Wells Fargo Bank, NA | DATE COMPLETED: | 12/01/06 |
| LENDER CASE ID: | 0157234931 | TRW CASE NUMBER: | 961042 |
| TYPE OF LOAN / REPORT: | INDIVIDUAL | CHARGE: | $.00 |
| ATTENTION: | MEX TEAM HLE | REFERENCE ID: | 103620650140000 |
| | | VENDOR ID: | C |

## APPLICANT INFORMATION

| | | | |
|---|---|---|---|
| APPLICANT(s): | JOHN P GALLEGOS | MARITAL STATUS: | |
| | | NO. OF DEPENDENTS INCLUDING SELF: | 0 |
| ADDRESS: | 7603 CALIFORNIA AVE SEATTLE WA 98136 | APPROXIMATE AGE OF APPLICANT: | 00 |
| | | RESIDENCE CHANGE IN PAST TWO YEARS: | YES |
| LENGTH OF RESIDENCE?: | 05/07- 0 YR 0 MO | | |

APPLICANT SSN#: 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        CO-APPLICANT SSN#:

TCS
05/03- 0 YR 0 MO
NOT YET VERIFY

NO

EMPLOYER
POSITION
APPROXIMATE LENGTH OF EMP.
EMPLOYMENT VERIFIED BY
MONTHLY INCOME
EMPLOYMENT CHANGE IN PAST TWO YEARS

## CREDIT INFORMATION

| E C O A | CREDIT GRANTOR / ACCOUNT NUMBER | DATE OPEN / DATE REPORTED | HIGH CREDIT / LAST ACTIVITY | PRESENT BALANCE | TYPE / TERMS | LAST DELINQUENCY STATUS | LAST DELINQUENCY DATE | PAST DUE / MONTHS REVIEWED | PAYMENT HISTORY / CURRENT STATUS |
|---|---|---|---|---|---|---|---|---|---|

TRADE HISTORY CONTINUED:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| I AMERICAN NATIONAL BA 10000000070074710 BORROWER'S ACCOUNT TRANSFERRED OUT | 02/03 10/06 | 968 10/06 | 0 | C | 0 /CCCCCCCCCCCCCCCCCCCCCCC | | 0 44 | 05 |
| I AMEX 04413481101036 CURRENT ACCOUNT | 03/04 11/06 | 18104 | 2358 | 0 /C | 2358 | | 0 01 | 11 |
| I AMEX 04413481101036 CLOSED ACCOUNT PAID SATISFACTORY | 08/98 03/03 | 0 | 0 | 0 /C | 0 | | 0 01 | 12 |
| I AMEX 04413481101038 CLOSED ACCOUNT PAID SATISFACTORY | 04/02 08/04 | 3638 | 0 | 0 /C | 0 | | 0 01 | 12 |
| I BMW FINANCIAL SERVIC 3000243144 CLOSED ACCOUNT PAID SATISFACTORY | 02/00 06/01 | 54146 | 0 | I /C---------CCCCCC | 0 | | 0 16 | 12 |
| I BMW FINANCIAL SERVIC 3000262243 CLOSED ACCOUNT PAID SATISFACTORY | 09/00 10/02 | 53107 | 0 | I /CCCCCCCCCCCCCCCCCCCCCCCCCC | 0 | | 0 26 | 12 |
| I BMW FINANCIAL SERVIC 1000361629 CLOSED ACCOUNT PAID SATISFACTORY | 03/05 09/05 | 32607 09/05 | 0 | I /CCCCCC | 0 | | 0 06 | 12 |



M-0888 (01/07)

00010139

## INFILE MORTGAGE CREDIT REPORT

1500 NW Bethany Blvd, Sui
877-216-9150

TEAM LEADER: HLE
PROCESSOR: _____

### LENDER INFORMATION

| | | | |
|---|---|---|---|
| LENDER ACCT. NUMBER: | 85002 | DATE REQUESTED : | 12/01/06 |
| PREPARED FOR | : Wells Fargo Bank, NA | DATE COMPLETED : | 12/01/06 |
| LENDER CASE ID | : 0157234931 | TRW CASE NUMBER : | 961042 |
| TYPE OF LOAN / REPORT: | INDIVIDUAL | CHARGE : | $.00 |
| ATTENTION | : MEX TEAM HLE | REFERENCE ID: | 103620650140000 |
| | | VENDOR ID | : C |

### APPLICANT INFORMATION

APPLICANT(s): JOHN P GALLEGOS

MARITAL STATUS:
NO. OF DEPENDENTS INCLUDING SELF: 0

ADDRESS: 7603 CALIFORNIA AVE
SEATTLE
WA 98136

APPROXIMATE AGE OF APPLICANT: 00
RESIDENCE CHANGE IN PAST TWO YEARS: YES

LENGTH OF RESIDENCE?: 05/07- 0 YR 0 MO

APPLICANT SSN#: 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
CO-APPLICANT SSN#:

TCS
EMPLOYER
POSITION
05/03- 0 YR 0 MO
APPROXIMATE LENGTH OF EMP.
NOT YET VERIFY
EMPLOYMENT VERIFIED BY
MONTHLY INCOME

NO
EMPLOYMENT CHANGE IN PAST TWO YEARS

### CREDIT INFORMATION

| ECOA | CREDIT GRANTOR / ACCOUNT NUMBER | DATE OPEN / DATE REPORTED | HIGH CREDIT / LAST ACTIVITY | PRESENT BALANCE | TYPE / TERMS | PAST DUE / LAST DELINQUENCY STATUS | LAST DELINQUENCY DATE | MONTHS REVIEWED | PAYMENT HISTORY / CURRENT STATUS |
|---|---|---|---|---|---|---|---|---|---|

TRADE HISTORY CONTINUED:

```
M BMW FINANCIAL SERVIC   08/05   35378   27662   I   650        0
  1000395823             10/06   10/06                          15           11
  CURRENT ACCOUNT                                  /CCCCCCCCCCCCCCCC

I BOA MBNA               05/95   12506   1122    R    15        0   01,00,00
  7019                   11/06   11/06                 05/06    15          31
  30-DAY DELINQUENT ACCOUNT IS NOW CURRENT          /CC-CCC1CCCCCCCC

I BOA MBNA               05/95   12506      0    R     0        0   03,00,00
  2394                   09/06   08/06                 06/06    84          03
  BORROWER REPORTS LOST CARD                        /CCC1CCCCCCCCCCCCCCCCCCCC

I CHASE                  04/01   30197      0    I     0        0
  4320078571             02/02                                  10          12
  CLOSED ACCOUNT PAID SATISFACTORY                  /CCCCCCCCCC

I CHASE NA               12/96    2169      0    R     0        0
  5260310430             07/01   04/00                          55          12
  CLOSED ACCOUNT PAID SATISFACTORY                  /CCCCCCCCCCCCCCCCCCCCCCCCC

I CITI                   03/03       0      0    R     0        0
  546616008663           11/06   02/06                          45          11
  CURRENT ACCOUNT                                   /CCCCCCCCCCCCCCCCCCCCCCCCC

I COLORADO STUDENT LOA   10/94    2814      0    I     0        0
  521655991001           10/04   03/04                          07          62
  PAID ACCOUNT REQUIRING ATTORNEY OR COLLECTION AGENC/9------
```

M-0888 (01/97)

00010140

# INFILE MORTGAGE CREDIT REPORT

1500 NW Bethany Blvd, Sui
877-216-9150

TEAM LEADER: **HLE**
PROCESSOR : _____

## LENDER INFORMATION

| | |
|---|---|
| LENDER ACCT. NUMBER: 85002 | DATE REQUESTED : 12/01/06 |
| PREPARED FOR : Wells Fargo Bank, NA | DATE COMPLETED : 12/01/06 |
| LENDER CASE ID : 0157234931 | TRW CASE NUMBER : 961042 |
| TYPE OF LOAN / REPORT INDIVIDUAL | CHARGE : $.00 |
| ATTENTION : MEX TEAM HLE | REFERENCE ID: 103620650140000 |
| | VENDOR ID : C |

## APPLICANT INFORMATION

APPLICANT(s):   JOHN P GALLEGOS

MARITAL STATUS
NO. OF DEPENDENTS INCLUDING SELF    0

ADDRESS    7603 CALIFORNIA AVE
           SEATTLE
           WA 98136

APPROXIMATE AGE OF APPLICANT    00
RESIDENCE CHANGE IN PAST TWO YEARS    YES

LENGTH OF RESIDENCE?    05/07- 0 YR 0 MO

APPLICANT SSN# 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           CO-APPLICANT SSN#

TCS
                        EMPLOYER
                        POSITION
05/03- 0 YR 0 MO        APPROXIMATE LENGTH OF EMP.
NOT YET VERIFY          EMPLOYMENT VERIFIED BY
                        MONTHLY INCOME

NO                      EMPLOYMENT CHANGE
                        IN PAST TWO YEARS

## CREDIT INFORMATION

| E C O A | CREDIT GRANTOR / ACCOUNT NUMBER | DATE OPEN / DATE REPORTED | HIGH CREDIT / LAST ACTIVITY | PRESENT BALANCE | TYPE / TERMS | LAST DELINQUENCY STATUS | LAST DELINQUENCY DATE | PAST DUE / MONTHS REVIEWED | PAYMENT HISTORY / CURRENT STATUS |
|---|---|---|---|---|---|---|---|---|---|

TRADE HISTORY CONTINUED:

```
I COLORADO STUDENT LOA    10/94    2814      0   I    0        0
  521655991002            10/04    03/04                        07           62
  PAID ACCOUNT REQUIRING ATTORNEY OR COLLECTION AGENC/9------

I COUNTRYWIDE HOME LOA    07/01   337500     0   M    0        0
  908533                  07/03                                 16           12
  CLOSED ACCOUNT PAID SATISFACTORY              /C-------CCCCCCCC

I COUNTRYWIDE HOME LOA    12/02   360000     0   M    0        0
  21954656                04/05                                 25           12
  CLOSED ACCOUNT PAID SATISFACTORY              /CCCCCCCCCCCCCCCCCCCCCCCCC

I DINERSCLUB              11/00    4090      0   O    0        0
  386305144001            07/04    07/04                        15           11
  CURRENT ACCOUNT                               /CCCCCCCCCCCCCCCCC

A DISCOVER FIN SVCS LL    03/99    8312      0   R    0        0
  601100995027            11/06    06/05                        62           11
  CURRENT ACCOUNT                               /CCCCCCCCCCCCCCCCCCCCCCCCCCC

I FLAGSTAR BANK           11/00   124700  118889  M  1330       0
  274998137040            10/06    10/06                        73           11
  CURRENT ACCOUNT                               /CCCCCCC-CCCCCCC-CCCCCCCC

I FOLEYS                  07/96    1010      0   R    0        0
  R0029566                06/06    12/02                        01           05
  BORROWER'S ACCOUNT TRANSFERRED OUT            /C
```

M-0888 (01/97)

00010141

```
                                  ●   INFILE MORTGAGE      ●
  1500 NW Bethany Blvd, Sui            CREDIT REPORT
                                                               TEAM LEADER: HLE
  877-216-9150                                                 PROCESSOR :
```

| LENDER INFORMATION | | | |
|---|---|---|---|
| LENDER ACCT. NUMBER: 85002 | | DATE REQUESTED | : 12/01/06 |
| PREPARED FOR : Wells Fargo Bank, NA | | DATE COMPLETED | : 12/01/06 |
| LENDER CASE ID : 0157234931 | | TRW CASE NUMBER | : 961042 |
| TYPE OF LOAN / REPORT INDIVIDUAL | | CHARGE | : $.00 |
| ATTENTION : MEX TEAM HLE | | REFERENCE ID: 103620650140000 | |
| | | VENDOR ID | : C |

| APPLICANT INFORMATION | | | |
|---|---|---|---|
| APPLICANT(s) JOHN P GALLEGOS | | MARITAL STATUS | |
| | | NO. OF DEPENDENTS INCLUDING SELF | 0 |
| ADDRESS 7603 CALIFORNIA AVE SEATTLE WA 98136 | | APPROXIMATE AGE OF APPLICANT | 00 |
| | | RESIDENCE CHANGE IN PAST TWO YEARS | YES |
| LENGTH OF RESIDENCE? 05/07- 0 YR 0 MO | | | |

| APPLICANT SSN# 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 | | CO-APPLICANT SSN# | |
|---|---|---|---|
| TCS | EMPLOYER | | |
| | POSITION | | |
| 05/03- 0 YR 0 MO | APPROXIMATE LENGTH OF EMP. | | |
| NOT YET VERIFY | EMPLOYMENT VERIFIED BY | | |
| | MONTHLY INCOME | | |
| NO | EMPLOYMENT CHANGE IN PAST TWO YEARS | | |

| CREDIT INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| E C | CREDIT GRANTOR | DATE OPEN | HIGH CREDIT | PRESENT BALANCE | TYPE / TERMS | PAST DUE | PAYMENT HISTORY |
| O A | ACCOUNT NUMBER | DATE REPORTED | LAST ACTIVITY | LAST DELINQUENCY STATUS | LAST DELINQUENCY DATE | MONTHS REVIEWED | CURRENT STATUS |

```
TRADE HISTORY CONTINUED:

I G M A C                          02/98    19513          0    I      0           0
  21314604884                      09/98                                           08            12
  CLOSED ACCOUNT PAID SATISFACTORY                              /CCCCCCCC

I GEMB/BEST BUYS                   11/96     5000          0    R      0           0
  534819001109                     01/05    10/99                                  84            12
  CLOSED ACCOUNT PAID SATISFACTORY                              /CCCCCCCCCCCCCCCCCCCCCCCCC

I HOME COMING FUNDING              07/01   136800      131176   M   1220           0
  432990992                        10/06    09/06                                  60            11
  CURRENT ACCOUNT                                               /CCCCCCCC-C-CC-CCCCCCCCCC

I HOME COMING FUNDING              06/02   229800      221773   M   2427           0    01,00,00
  434232971                        10/06    09/06                    07/04         47            31
  30-DAY DELINQUENT ACCOUNT IS NOW CURRENT                      /CCCCCCCC-C-CC-CCCCCCCCCC

I INDYMAC BANK                     06/01   136800      129631   M   1248           0
  6681001674132                    11/06    10/06                                  60            11
  CURRENT ACCOUNT                                               /CCCCCCCCCCCCCCCCCCCCCCCCC

I MCYDSNB                          07/96     1010          0    R      0           0
  436038138                        09/06    12/02                                  01            11
  CURRENT ACCOUNT                                               /C

I OCWEN LOAN SERVICING             11/01   136800      128596   M   1381           0
  31708068                         10/06    10/06                                  45            11
  CURRENT ACCOUNT                                               /CCCCCCCCCCCCCCCCCCCCCCCCC
```

M-0688 (01/97)

00010142

# INFILE MORTGAGE CREDIT REPORT

1500 NW Bethany Blvd, Sui
877-216-9150

TEAM LEADER: HLE
PROCESSOR : _____

## LENDER INFORMATION

| | | | |
|---|---|---|---|
| LENDER ACCT. NUMBER: 85002 | | DATE REQUESTED | : 12/01/06 |
| PREPARED FOR : Wells Fargo Bank, NA | | DATE COMPLETED | : 12/01/06 |
| LENDER CASE ID : 0157234931 | | TRW CASE NUMBER | : 961042 |
| TYPE OF LOAN / REPORT: INDIVIDUAL | | CHARGE | : $.00 |
| ATTENTION : MEX  TEAM HLE | | REFERENCE ID: 103620650140000 | |
| | | VENDOR ID | : C |

## APPLICANT INFORMATION

| | |
|---|---|
| APPLICANT(s): JOHN P GALLEGOS | MARITAL STATUS: |
| | NO. OF DEPENDENTS INCLUDING SELF: 0 |
| ADDRESS: 7603 CALIFORNIA AVE SEATTLE WA 98136 | APPROXIMATE AGE OF APPLICANT: 00 |
| | RESIDENCE CHANGE IN PAST TWO YEARS: YES |
| LENGTH OF RESIDENCE? 05/07- 0 YR 0 MO | |

APPLICANT SSN# 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                CO-APPLICANT SSN#

TCS                               EMPLOYER
                                  POSITION
05/03- 0 YR 0 MO                  APPROXIMATE LENGTH OF EMP.
NOT YET VERIFY                    EMPLOYMENT VERIFIED BY
                                  MONTHLY INCOME

NO                                EMPLOYMENT CHANGE IN PAST TWO YEARS

## CREDIT INFORMATION

| E C O A | CREDIT GRANTOR / ACCOUNT NUMBER | DATE OPEN / DATE REPORTED | HIGH CREDIT / LAST ACTIVITY | PRESENT BALANCE / LAST DELINQUENCY STATUS | TYPE / TERMS / LAST DELINQUENCY DATE | PAST DUE / MONTHS REVIEWED | PAYMENT HISTORY / CURRENT STATUS |
|---|---|---|---|---|---|---|---|

TRADE HISTORY CONTINUED:                                             1*30

```
I OCWEN LOAN SERVICING      12/01   136800  132016  M   1352/      0   01,00,00
  100831031                 10/06   10/06                03/05    57          31
  30-DAY DELINQUENT ACCOUNT IS NOW CURRENT               /CCCCCCCCCCCCCCCCCC1CCCC

I OHIO SAVINGS BANK         02/04   400000  389961  M   2891       0   01,00,00
  7669335                   10/06   10/06                05/06    32          31
  30-DAY DELINQUENT ACCOUNT IS NOW CURRENT               /CCCC1CCCCCCCCCCCCCCCCCC

I OLYMPUS SERVICING LP      03/02   278000       0  M      0       0
  1001447013                09/02                              1*30 03          05
  BORROWER'S ACCOUNT TRANSFERRED OUT                     /CCC

I OLYMPUS SERVICING LP      11/01   136800       0  M      0       0
  1001242072                12/02                                  14          05
  BORROWER'S ACCOUNT TRANSFERRED OUT                     /CCCCCCCCCCCCCC

I OLYMPUS SERVICING LP      03/02   400000       0  M      0       0
  1001439092                12/02                                  06          05
  BORROWER'S ACCOUNT TRANSFERRED OUT                     /CCCCCC

I PORSCHE FINANCIAL SR      05/02    24468       0  I      0       0   01,00,00
  1100013722                12/02                         10/02    07          51
  PAID ACCOUNT, WAS DELINQUENT 30 DAYS                   /CC1CCCC

I SELECT PORTFOLIO SVC      03/02   278000  264722  M   2706       0
  2774001404013             11/06   10/06                         49          11
  CURRENT ACCOUNT                                        /CCCCCCCCCCCCCCCCCCCCCCCC
```



M-0888 (01/97)

00010143

## INFILE MORTGAGE CREDIT REPORT

1500 NW Bethany Blvd, Sui  
877-216-9150

TEAM LEADER: **HLE**  
PROCESSOR: _____

### LENDER INFORMATION

| | | | |
|---|---|---|---|
| LENDER ACCT. NUMBER: 85002 | | DATE REQUESTED | : 12/01/06 |
| PREPARED FOR : Wells Fargo Bank, NA | | DATE COMPLETED | : 12/01/06 |
| LENDER CASE ID : 0157234931 | | TRW CASE NUMBER | : 961042 |
| TYPE OF LOAN / REPORT: INDIVIDUAL | | CHARGE | : $.00 |
| ATTENTION : MEX TEAM HLE | | REFERENCE ID: 103620650140000 | |
| | | VENDOR ID | : C |

### APPLICANT INFORMATION

| | | | |
|---|---|---|---|
| APPLICANT(s) | JOHN P GALLEGOS | MARITAL STATUS | |
| | | NO. OF DEPENDENTS INCLUDING SELF | 0 |
| ADDRESS | 7603 CALIFORNIA AVE SEATTLE WA 98136 | APPROXIMATE AGE OF APPLICANT | 00 |
| | | RESIDENCE CHANGE IN PAST TWO YEARS | YES |
| LENGTH OF RESIDENCE? | 05/07- 0 YR 0 MO | | |

APPLICANT SSN# 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    CO-APPLICANT SSN#

| | |
|---|---|
| TCS | EMPLOYER |
| | POSITION |
| 05/03- 0 YR 0 MO | APPROXIMATE LENGTH OF EMP. |
| NOT YET VERIFY | EMPLOYMENT VERIFIED BY |
| | MONTHLY INCOME |
| NO | EMPLOYMENT CHANGE IN PAST TWO YEARS |

### CREDIT INFORMATION

| ECOA | CREDIT GRANTOR / ACCOUNT NUMBER | DATE OPEN / DATE REPORTED | HIGH CREDIT / LAST ACTIVITY | PRESENT BALANCE | TYPE / TERMS | LAST DELINQUENCY STATUS | LAST DELINQUENCY DATE | PAST DUE / MONTHS REVIEWED | PAYMENT HISTORY / CURRENT STATUS |
|---|---|---|---|---|---|---|---|---|---|

TRADE HISTORY CONTINUED:

```
I SELECT PORTFOLIO SVC    09/00    124720  119692   M   1398        0
  2778790506433           11/06    10/06                            70           11
  CURRENT ACCOUNT                                         /CCCCCCCCCCCCCCCCCCCCCCCC

I SELECT PORTFOLIO SVC    03/02    400000  384848   M   3514        0
  2774001396110           11/06    10/06                            34           11
  CURRENT ACCOUNT                                         /CCCCCCCCCCCCCCCCCCCCCCCC

I SELECT PORTFOLIO SVC    11/01    136800       0   M      0        0
  2774001199860           01/03                                     01           05
  BORROWER'S ACCOUNT TRANSFERRED OUT                      /C

I SHELL/CITI              02/00        27       0   R      0        0
  5276562260               05/04    04/03                           31           12
  CLOSED ACCOUNT PAID SATISFACTORY                        /CCCCCCCCCCCCCCCCCCCCCCCC

I TOYOTA MOTOR CREDIT     07/95      9352       0   I      0        0
  3034230453              07/98                                     37           12
  CLOSED ACCOUNT PAID SATISFACTORY                        /CCCCCCCCCCCCCCCCCCCCCCCC

I US BANK                 07/01     29900       0   M      0        0
  10940056001             03/03    02/03                            21           12
  CLOSED ACCOUNT PAID SATISFACTORY                        /CCCCCCCCCCCCCCCCCCCCC

I VW CREDIT INC           07/98     16757       0   I      0        0
  VCI109057503            03/00                                     19           12
  CLOSED ACCOUNT PAID SATISFACTORY                        /C---C---CCCCCCCCCCC
```

M-0688 (01/07)

00010144

## INFILE MORTGAGE CREDIT REPORT

1500 NW Bethany Blvd, Sui
877-216-9150

TEAM LEADER: **HLE**
PROCESSOR : _____

### LENDER INFORMATION

| | |
|---|---|
| LENDER ACCT. NUMBER: 85002 | DATE REQUESTED : 12/01/06 |
| PREPARED FOR : Wells Fargo Bank, NA | DATE COMPLETED : 12/01/06 |
| LENDER CASE ID : 0157234931 | TRW CASE NUMBER : 961042 |
| TYPE OF LOAN / REPORT : INDIVIDUAL | CHARGE : $.00 |
| ATTENTION : MEX  TEAM HLE | REFERENCE ID: 103620650140000 |
| | VENDOR ID : C |

### APPLICANT INFORMATION

APPLICANT(s): JOHN P GALLEGOS

MARITAL STATUS
NO. OF DEPENDENTS INCLUDING SELF: 0

ADDRESS: 7603 CALIFORNIA AVE
SEATTLE
WA 98136

APPROXIMATE AGE OF APPLICANT: 00
RESIDENCE CHANGE IN PAST TWO YEARS: YES

LENGTH OF RESIDENCE? 05/07- 0 YR 0 MO

APPLICANT SSN# 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    CO-APPLICANT SSN#

TCS                    EMPLOYER
.                      POSITION
05/03- 0 YR 0 MO       APPROXIMATE LENGTH OF EMP.
NOT YET VERIFY         EMPLOYMENT VERIFIED BY
                       MONTHLY INCOME
NO                     EMPLOYMENT CHANGE IN PAST TWO YEARS

### CREDIT INFORMATION

| ECOA | CREDIT GRANTOR / ACCOUNT NUMBER | DATE OPEN / DATE REPORTED | HIGH CREDIT / LAST ACTIVITY | PRESENT BALANCE / LAST DELINQUENCY STATUS | TYPE / TERMS / LAST DELINQUENCY DATE | PAST DUE / MONTHS REVIEWED | PAYMENT HISTORY / CURRENT STATUS |
|---|---|---|---|---|---|---|---|

TRADE HISTORY CONTINUED:

```
I VW CREDIT INC            12/02    51306        0   I      0        0
  828075273                05/04    03/03                           01        12
  CLOSED ACCOUNT PAID SATISFACTORY                 /C

I WASHINGTON MUTUAL FA     04/05   359000    366928   M   1713       0
  1560690402185            10/06    10/06                           18        11
  CURRENT ACCOUNT                                  /CCCCCCCCCCCCCCCCCC

I WELLS FARGO BANK WES     03/97    19986        0   I      0        0
  23000701825023740        01/98                                    01        12
  CLOSED ACCOUNT PAID SATISFACTORY                 /C

I WELLS FARGO BANK WES     07/97    15983        0   I      0        0
  23000701821114235        01/98                                    07        12
  CLOSED ACCOUNT PAID SATISFACTORY                 /CCC--CC

I WELLS FARGO BANK WES     09/97    19391        0   I      0        0
  23000701821115490        04/98                                    04        12
  CLOSED ACCOUNT PAID SATISFACTORY                 /CCCC

I WELLS FARGO BANK WES     10/99    23803        0   I      0        0
  16316354206870001        04/00                                    06        12
  CLOSED ACCOUNT PAID SATISFACTORY                 /CCCCCC

I WELLS FARGO HOME MOR     08/05   400000    395992   M   2797       0
  7080146876461            11/06    11/06                           15        11
  CURRENT ACCOUNT                                  /CCCCCCCCCCCCCCCC
```

M-0888 (01/97)

00010145

## INFILE MORTGAGE CREDIT REPORT

1500 NW Bethany Blvd, Sui
877-216-9150

TEAM LEADER: HLE
PROCESSOR: ____

### LENDER INFORMATION

| | | | |
|---|---|---|---|
| LENDER ACCT. NUMBER: 85002 | | DATE REQUESTED | : 12/01/06 |
| PREPARED FOR : Wells Fargo Bank, NA | | DATE COMPLETED | : 12/01/06 |
| LENDER CASE ID : 0157234931 | | TRW CASE NUMBER | : 961042 |
| TYPE OF LOAN / REPORT    INDIVIDUAL | | CHARGE | : $.00 |
| ATTENTION : MEX  TEAM HLE | | REFERENCE ID: 103620650140000 | |
| | | VENDOR ID | : C |

### APPLICANT INFORMATION

| | | | |
|---|---|---|---|
| APPLICANT(s) | JOHN P GALLEGOS | MARITAL STATUS | |
| | | NO. OF DEPENDENTS INCLUDING SELF | 0 |
| ADDRESS | 7603 CALIFORNIA AVE SEATTLE WA 98136 | APPROXIMATE AGE OF APPLICANT | 00 |
| LENGTH OF RESIDENCE? | 05/07- 0 YR  0 MO | RESIDENCE CHANGE IN PAST TWO YEARS | YES |

APPLICANT SSN# 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                CO-APPLICANT SSN#

TCS                          EMPLOYER
                             POSITION
05/03- 0 YR 0 MO             APPROXIMATE LENGTH OF EMP.
NOT YET VERIFY               EMPLOYMENT VERIFIED BY
                             MONTHLY INCOME

NO                           EMPLOYMENT CHANGE
                             IN PAST TWO YEARS

### CREDIT INFORMATION

| E C O A | CREDIT GRANTOR / ACCOUNT NUMBER | DATE OPEN / DATE REPORTED | HIGH CREDIT / LAST ACTIVITY | PRESENT BALANCE | TYPE / TERMS | LAST DELINQUENCY STATUS | LAST DELINQUENCY DATE | PAST DUE / MONTHS REVIEWED | PAYMENT HISTORY / CURRENT STATUS |
|---|---|---|---|---|---|---|---|---|---|

TRADE HISTORY CONTINUED:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| I | WENDOVER FIN SRVS CO | 07/01 | 337500 | 0 | M | 0 | | 0 | |
| | 3542343069 | 01/02 | | | | | | 02 | 05 |
| | BORROWER'S ACCOUNT TRANSFERRED OUT | | | | | /CC | | | |
| I | WILSHIRE CREDIT CORP | 11/01 | 34200 | 34074 | M | 412 | | 0 | |
| | 746007 | 10/06 | | | | | | 54 | 11 |
| | CURRENT ACCOUNT | | | | | /CCCCCCCCCCCCCCCCCCCCCCCCC | | | |
| I | 1ST AMER | 02/99 | 2000 | 0 | O | 0 | | 0 | |
| | 407056 | 10/04 | 10/04 | | | | | 55 | 11 |
| | CURRENT ACCOUNT | | | | | /CCCCCCCCCCCCCCCCCCCCCCCCC | | | |

INQUIRIES WITHIN THE PAST TWO YEARS:

```
A-   09/19/06   AVFUEL -- 168WZ00205   WZ
A-   11/06/06   FDC -- Z00001208   Z
A-   11/06/06   KROLL FACTUAL DATA -- FR3970771   FR
A-   11/06/06   FACTL DTA -- 146ZB13616   ZB
A-   11/08/06   CLUB CORP -- 682ZZ08227   ZZ
A-   11/30/06   WORLD SVGS B -- B03473017   B
A-   11/30/06   HOMELNEX -- 163FS04498   FS
A-   11/30/06   WORLD SAVINGS BK/HOM -- FZ2558480   FZ
A-   12/01/06   RELSCREDIT -- F00728002   F
```

NO PUBLIC RECORDS INFORMATION

NO CONSUMER STATEMENT INFORMATION

M-0888 (01/97)

00010146

```
                        INFILE MORTGAGE
1500 NW Bethany Blvd, Sui   CREDIT REPORT
                                              TEAM LEADER: _HLE_____
877-216-9150                                  PROCESSOR : _____
```

### LENDER INFORMATION

| | |
|---|---|
| LENDER ACCT. NUMBER: 85002 | DATE REQUESTED   : 12/01/06 |
| PREPARED FOR  : Wells Fargo Bank, NA | DATE COMPLETED   : 12/01/06 |
| LENDER CASE ID  : 0157234931 | TRW CASE NUMBER  : 961042 |
| TYPE OF LOAN / REPORT      INDIVIDUAL | CHARGE           : $.00 |
| ATTENTION     :MEX  TEAM HLE | REFERENCE ID: 103620650140000 |
| | VENDOR ID       : C |

### APPLICANT INFORMATION

| | |
|---|---|
| APPLICANT(s):  JOHN P GALLEGOS | MARITAL STATUS |
| | NO. OF DEPENDENTS INCLUDING SELF   0 |
| ADDRESS   7603 CALIFORNIA AVE SEATTLE WA 98136 | APPROXIMATE AGE OF APPLICANT   00 |
| | RESIDENCE CHANGE IN PAST TWO YEARS  YES |
| LENGTH OF RESIDENCE?  05/07- 0 YR  0 MO | |

| | |
|---|---|
| APPLICANT SSN# 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 | CO-APPLICANT SSN# |
| TCS | EMPLOYER |
| | POSITION |
| 05/03- 0 YR 0 MO | APPROXIMATE LENGTH OF EMP. |
| NOT YET VERIFY | EMPLOYMENT VERIFIED BY |
| | MONTHLY INCOME |
| NO | EMPLOYMENT CHANGE IN PAST TWO YEARS |

### CREDIT INFORMATION

| E C | CREDIT GRANTOR | DATE OPEN | HIGH CREDIT | PRESENT BALANCE | TYPE / TERMS | PAST DUE | PAYMENT HISTORY |
|---|---|---|---|---|---|---|---|
| O A | ACCOUNT NUMBER | DATE REPORTED | LAST ACTIVITY | LAST DELINQUENCY STATUS | LAST DELINQUENCY DATE | MONTHS REVIEWED | CURRENT STATUS |

```
CONSUMER STATEMENT INFORMATION CONTINUED:

MISCELLANEOUS INFORMATION:

APPLICANT DATA:
CBI NOTE: SAFESCAN: SAFESCANNED: YOUR INQUIRY HAS GONE THROUGH OUR SAFESCAN
DA
CBI NOTE: SAFESCAN: TA BASE
TRW NOTE: FACS: CKPT: FINANCE-INSUR.-REAL EST. SRVC. ON FACS+ FILE/REAL ES
TRW NOTE: FACS: TATE TITLE LLC/141 LOST ANGEL RD/BOULDER CO 80302/303.447.
TRW NOTE: FACS: 8069
TRW NOTE: FACS: CKPT: FINANCE-INSUR.-REAL EST. SRVC. ON FACS+ FILE/ESCROW
TRW NOTE: FACS: CLOSING SERVICES LLC/7766 SAXEBOURGH DR/CASTLE ROCK CO 801
TRW NOTE: FACS: 08
TU  NOTE: HAWK ALERT: ALL INPUT CLEAR
TRW NOTE: FACS: SSN IS VALID. ADDR. IS VALID.
TRW AKA: ALIAS: JOGN GALLEGOS
TRW AKA: ALIAS: JOHNATHON P GALLEGOS
TRW AKA: ALIAS: JONATHAN P GALLEGOS
TRW AKA: ALIAS: PAT J GALLEGOS
TRW AKA: ALIAS: GALLEGOS JOHN


REPOSITORIES CHECKED COVERING: TU EXP EFX
```

M-0888 (01/97)

00010147