# LOAN TO BE PAID OFF

**ATTACHMENT 6(b)**

# Uniform Residential Loan Application

10/06/05

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower," as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when [ ] the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or [ ] the income or assets of the Borrower's spouse will not be used as a basis for loan qualification, but his or her liabilities must be considered because the Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | [ ] VA [XX] Conventional [ ] Other (explain): [ ] FHA [ ] USDA/Rural Housing Service | Agency Case Number | Lender Case Number 0080196470 |
|---|---|---|---|

| Amount | Interest Rate | No. of Months | Amortization Type: |
|---|---|---|---|
| $386,500.00 | 6.375 % | 360 | [XX] Fixed Rate [ ] Other (explain): [ ] GPM [ ] ARM (type): |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

Subject Property Address (street, city, state, & ZIP): 7766 Saxebourgh Dr, Castle Rock, CO 80108 — Douglas County

No. of Units: 1

Legal Description of Subject Property (attach description if necessary): Lot 31 Charter Oaks 2.372 AM/L

Year Built: 1983

Purpose of Loan: [ ] Purchase [XX] Refinance [ ] Construction [ ] Construction-Permanent [ ] Other (explain):

Property will be: [XX] Primary Residence [ ] Secondary Residence [ ] Investment

**Complete this line if construction or construction-permanent loan.**

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a + b) |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |

**Complete this line if this is a refinance loan.**

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements [ ] made [ ] to be made |
|---|---|---|---|---|
| 2000 | $397,500.00 | $383,455.61 | Limited Cash-Out/1% Max | Cost: $ |

| Title will be held in what Name(s) | Manner in which Title will be held | Estate will be held in: |
|---|---|---|
| Craig A Weingart | A Married Man | [XX] Fee Simple [ ] Leasehold (show expiration date) |

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain):

## III. BORROWER INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Name (include Jr. or Sr. if applicable) | Craig A Weingart | |
| Social Security Number | 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 | |
| Home Phone (incl. area code) | (303) 660-6662 | |
| DOB (MM/DD/YYYY) | 05/01/53 | |
| Yrs. School | | |
| Marital status | [XX] Married [ ] Unmarried (include single, divorced, widowed) [ ] Separated | [ ] Married [ ] Unmarried (include single, divorced, widowed) [ ] Separated |
| Dependents (not listed by Co-Borrower / Borrower) no. / ages | 0 | |
| Present Address (street, city, state, ZIP) | [XX] Own [ ] Rent 7 No. Yrs. — 7766 Saxeborough Drive, Castle Rock, CO 80108 | [ ] Own [ ] Rent ____ No. Yrs. |
| Mailing Address, if different from Present Address | | |

**If residing at present address for less than two years, complete the following:**

| | Borrower | Co-Borrower |
|---|---|---|
| Former Address (street, city, state, ZIP) | [ ] Own [ ] Rent ____ No. Yrs. | [ ] Own [ ] Rent ____ No. Yrs. |

## IV. EMPLOYMENT INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Name & Address of Employer | [XX] Self Employed — Transaction Coordination Servi, 11750 Airport Way, Broomfield, CO 80021 | [ ] Self Employed |
| Yrs. on this job | 25 | |
| Yrs. employed in this line of work/profession | 25 | |
| Position/Title/Type of Business | Account Manager | |
| Business Phone (incl. area code) | (303) 458-3668 | |

**If employed in current position for less than two years or if currently employed in more than one position, complete the following:**

| | Borrower | Co-Borrower |
|---|---|---|
| Name & Address of Employer | [ ] Self Employed | [ ] Self Employed |
| Dates (from - to) | | |
| Monthly Income | $ | $ |
| Position/Title/Type of Business | | |
| Business Phone (incl. area code) | | |
| Name & Address of Employer | [ ] Self Employed | [ ] Self Employed |
| Dates (from - to) | | |
| Monthly Income | $ | $ |
| Position/Title/Type of Business | | |
| Business Phone (incl. area code) | | |

47333587 Check if you intend to apply for joint credit. Borrower Initials:______ Co-Borrower Initials: ______



Initials: ________

VMP-21N (0306) VMP Mortgage Solutions (800)521-7291

CW

0080195470

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 48,000.00 XV | $ | $ 48,000.00 | Rent | $ | |
| Overtime | | | | First Mortgage (P&I) | 2,503.00 | $ 2,411.26 |
| Bonuses | | | | Other Financing (P&I) | | |
| Commissions | | | | Hazard Insurance | | 135.75 |
| Dividends/Interest | | | | Real Estate Taxes | | 244.51 |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income," below) | | | | Homeowner Assn. Dues | | 12.00 |
| | | | | Other: | | |
| Total | $ 48,000.00 | $ | $ 48,000.00 | Total | $ 2,503.00 | $ 2,803.52 |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

| B/C | Describe Other Income — Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan. | Monthly Amount |
|---|---|---|
| | | $ |
| | | |

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise separate Statements and Schedules are required. If the Co-Borrower section was completed about a spouse, this Statement and supporting schedules must be completed about that spouse also.

Completed [ ] Jointly [XX] Not Jointly

| ASSETS Description | Cash or Market Value |
|---|---|
| Cash deposit toward purchase held by: | $ |
| **List checking and savings accounts below** | |
| Name and address of Bank, S&L, or Credit Union: First American State Bank | |
| Acct. no. 411355 Checking | $ 28,579.27 |
| Name and address of Bank, S&L, or Credit Union | |
| Acct. no. | $ |
| Name and address of Bank, S&L, or Credit Union | |
| Acct. no. | $ |
| Name and address of Bank, S&L, or Credit Union | |
| Acct. no. | $ |
| Stocks & Bonds (Company name/number & description) | $ |
| Life insurance net cash value | $ |
| Face amount: $ | |
| Subtotal Liquid Assets | $ 28,579.27 |
| Real estate owned (enter market value from schedule of real estate owned) | $ 2,500,000.00 |
| Vested interest in retirement fund | $ |
| Net worth of business(es) owned (attach financial statement) | $ |
| Automobiles owned (make and year) | $ |
| Other Assets (itemize) | $ |
| Total Assets a. | $ 2,528,579.27 |

Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property.

| LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|
| Name and address of Company: Emc Mortgage — Single Family — Acct. no. 5890009395328 | $ Payment/Months 2,794.00/148 (100% owned) | $ 412,332.00 |
| Name and address of Company: Gmac Mort. — Single Family — Acct. no. 307372419 | $ Payment/Months 3,102.00/123 (100% owned) | $ 392,304.00 |
| Name and address of Company: Flagstar Bank — Single Family — Acct. no. 274998100276 | $ Payment/Months 2,503.00/152* (100% owned) | $ 383,455.61* |
| Name and address of Company: Indymac Bank — Single Family — Acct. no. 6681000519718 | $ Payment/Months 3,688.00/127 (100% owned) | $ 342,275.00 |
| Name and address of Company: Gmac — Installment — Acct. no. 21902339170 | $ Payment/Months 1,249.00/ 26 | $ 32,473.00 |
| Name and address of Company: Mbna America — Revolving — Acct. no. 7439 | $ Payment/Months 668.00/ 36 | $ 23,931.00 |
| Name and address of Company: See URLA Supplement — Acct. no. | $ Payment/Months 9,969.00 | $ 48,307.00 |
| Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Job-Related Expense (child care, union dues, etc.) | $ | |
| Total Monthly Payments | $ 11,886.00 | |
| Net Worth (a minus b) $ 1,276,957.27 | Total Liabilities b. | $ 1,251,622.00 |



47333687

cw

0000196470

## VI. ASSETS AND LIABILITIES (cont.)

**Schedule of Real Estate Owned** (If additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | ▼ | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|---|
| 750 Magnolia Way (100%) | R | Singl | $ 750,000.00 | $ 412,332.00 | $ 0.00 | $ 2,794.00 | $ | $ -2,794.00 |
| 3165 Ogden S (100%) | R | Singl | 625,000.00 | 392,304.00 | 0.00 | 3,182.00 | | -3,182.00 |
| See URLA Supplement | | | 1,125,000.00 | 725,730.61 | | 5,188.00 | | -2,685.00 |
| | | Totals | $ 2,500,000.00 | $1,530,366.61 | $ | $11,164.00 | $ | $ -8,661.00 |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |
| | | |

## VII. DETAILS OF TRANSACTION

| | | |
|---|---|---|
| a. | Purchase price | $ |
| b. | Alterations, improvements, repairs | |
| c. | Land (if acquired separately) | |
| d. | Refinance (incl. debts to be paid off) | 383,455.61 |
| e. | Estimated prepaid items | 2,911.69 |
| f. | Estimated closing costs | 5,440.65 |
| g. | PMI, MIP, Funding Fee | |
| h. | Discount (if Borrower will pay) | 0.00 |
| i. | Total costs (add items a through h) | 391,807.95 |
| j. | Subordinate financing | |
| k. | Borrower's closing costs paid by Seller | 0.00 |
| l. | Other Credits (explain) | |
| m. | Loan amount (exclude PMI, MIP, Funding Fee financed) | 386,500.00 |
| n. | PMI, MIP, Funding Fee financed | |
| o. | Loan amount (add m & n) | 386,500.00 |
| p. | Cash from/to Borrower (subtract j, k, l & o from i) | 5,307.95 |

## VIII. DECLARATIONS

If you answer "Yes" to any questions a through i, please use continuation sheet for explanation.

| | | Borrower Yes | Borrower No | Co-Borrower Yes | Co-Borrower No |
|---|---|---|---|---|---|
| a. | Are there any outstanding judgments against you? | | XX | | |
| b. | Have you been declared bankrupt within the past 7 years? | | XX | | |
| c. | Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | | XX | | |
| d. | Are you a party to a lawsuit? | | XX | | |
| e. | Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | | XX | | |
| f. | Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? If "Yes," give details as described in the preceding question. | | XX | | |
| g. | Are you obligated to pay alimony, child support, or separate maintenance? | | XX | | |
| h. | Is any part of the down payment borrowed? | | XX | | |
| i. | Are you a co-maker or endorser on a note? | | XX | | |
| j. | Are you a U.S. citizen? | XX | | | |
| k. | Are you a permanent resident alien? | | XX | | |
| l. | Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | XX | | | |
| m. | Have you had an ownership interest in a property in the last three years? | XX | | | |
| | (1) What type of property did you own - - principal residence (PR), second home (SH), or investment property (IP)? | PR | | | |
| | (2) How did you hold title to the home - - solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | SP | | | |

## IX. ACKNOWLEDGMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described herein; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated herein; (6) any owner or servicer of the Loan may verify or reverify any information contained in the application from any source named in this application, and Lender, its successors or assigns may retain the original and/or an electronic record of this application, even if the Loan is not approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the owner or servicer of the Loan may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer credit reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X Craig A Wangard | 10-7-05 | X | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender may discriminate neither on the basis of this information, nor on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation or surname. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

**BORROWER** [ ] I do not wish to furnish this information.

- Ethnicity: [ ] Hispanic or Latino [XX] Not Hispanic or Latino
- Race: [ ] American Indian or Alaska Native [ ] Asian [ ] Black or African American [ ] Native Hawaiian or Other Pacific Islander [XX] White
- Sex: [ ] Female [XX] Male

**CO-BORROWER** [ ] I do not wish to furnish this information.

- Ethnicity: [ ] Hispanic or Latino [ ] Not Hispanic or Latino
- Race: [ ] American Indian or Alaska Native [ ] Asian [ ] Black or African American [ ] Native Hawaiian or Other Pacific Islander [ ] White
- Sex: [ ] Female [ ] Male

| To be Completed by Interviewer | Interviewer's Name (print or type) | Name and Address of Interviewer's Employer |
|---|---|---|
| This application was taken by: | Jermica Armes | Irwin Mortgage Corporation |
| [ ] Face-to-face interview | Interviewer's Signature / Date | 11500 Kincaid Drive |
| [ ] Mail | | Fishers, IN 46037 |
| [XX] Telephone | Interviewer's Phone Number (incl. area code) | |
| [ ] Internet | 317-594-8960 | |

## Continuation Sheet/Residential Loan Application

| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower. | Borrower: Craig A Weingart | Agency Case Number: |
|---|---|---|
| | Co-Borrower: | Lender Case Number: 0080196470 |

---------- Borrowers/Co-Borrowers Unverified Employment ----------

| Name | Street | City/State/Zip | Phone | Employment | Title | $ Monthly |
|---|---|---|---|---|---|---|
| B Transaction Coordina | 11750 Airport Way | Broomfield, CO 80021 | (303)458-3668 | Self-employed | Account Manager | $48,000.00 |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: | Date | Co-Borrower's Signature: | Date |
|---|---|---|---|
| X Craig A Weingart | 10-7-05 | X | |

0080196470

# Statement of Assets and Liabilities

(Supplement to Residential Loan Application)

Name
Craig A Weingart

The following information is provided to complete and become a part of the application for a mortgage in the amount of $186,800.00 with interest at 6.375 %, for a term of 360 months and to be secured by property known as:

Subject Property Address (street, city, state, & ZIP)
7766 Saxeburgh Dr. Castle Rock, CO 80108 Douglas County

Legal Description of Subject Property (attach description if necessary)

## ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise separate Statements and Schedules are required. If the Co-Borrower section was completed about a spouse, this Statement and supporting schedules must be completed about that spouse also.

Completed [ ] Jointly [XX] Not Jointly

| ASSETS Description | Cash or Market Value |
|---|---|
| Cash deposit toward purchase held by: | $ |
| List checking and savings accounts below | |
| Name and address of Bank, S&L, or Credit Union | |
| Acct. no. | $ |
| Name and address of Bank, S&L, or Credit Union | |
| Acct. no. | $ |
| Name and address of Bank, S&L, or Credit Union | |
| Acct. no. | $ |
| Name and address of Bank, S&L, or Credit Union | |
| Acct. no. | $ |
| Stocks & Bonds (Company name/number & description) | $ |
| Life insurance net cash value<br>Face amount: $ | $ |
| Subtotal Liquid Assets | $ 0.00 |
| Real estate owned (enter market value from schedule of real estate owned) | $ |
| Vested interest in retirement fund | $ |
| Net worth of business(es) owned (attach financial statement) | $ |
| Automobiles owned (make and year) | $ |
| Other Assets (itemize) | $ |
| Total Assets a. | $ 0.00 |

Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property.

| LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|
| Name and address of Company<br>Chase<br>Revolving<br>Acct. no. 5149238090096775 | $ Payment/Months<br>410.00 / 47 | $<br>19,096.00 |
| Name and address of Company<br>Chase<br>Revolving<br>Acct. no. 549092360029 | $ Payment/Months<br>372.00 / 41 | $<br>15,245.00 |
| Name and address of Company<br>1st Amer<br>Revolving<br>Acct. no. 611355 | $ Payment/Months<br>250.00 / 20 | $<br>5,000.00 |
| Name and address of Company<br>Amex<br>Revolving<br>Acct. no. 0503029740133 68281 | $ Payment/Months<br>88.00 / 50 | $<br>4,405.00 |
| Name and address of Company<br>Discover Fin<br>Revolving<br>Acct. no. 601100978352 | $ Payment/Months<br>24.00 / 43 | $<br>1,041.00 |
| Name and address of Company<br>Webe Weims<br>Revolving<br>Acct. no. 0597067493328 | $ Payment/Months<br>90.00 / 9 | $<br>824.00 |
| Name and address of Company<br>Also See Attached<br>Acct. no. Total From Attached | $ Payment/Months<br>8,735.00 | $<br>2,696.00 |
| Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Job Related Expense (child care, union dues, etc.) | $ | |
| Total Monthly Payments | $ 9,969.00 | |
| Net Worth (a minus b) $ -48,307.00 | Total Liabilities b. | $48,307.00 |

Fannie Mae Form 1003A/Rev. 01/04 Freddie Mac Form 65A/Rev. 01/04

Initials: CW

VMP-21L (0306).01 Page 1 of 2

VMP Mortgage Solutions (800)521-7291

67333587

0080136470

## ASSETS AND LIABILITIES (cont.)

**Schedule of Real Estate Owned** (If additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | ▼ | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|---|
| 7766 Saxebourgh Drive (100%) | | Singl | $ 625,000.00 | $ 383,455.61 | $ | $ 2,503.00 | $ | $ |
| 2122 44th Avenue (100%) | R | Singl | 500,000.00 | 342,275.00 | 0.00 | 2,685.00 | | -2,685.00 |
| | | | | | | | | |
| | | Totals | $ 1,125,000.00 | $ 725,730.6 | $ | $ 5,188.00 | $ | $ -2,685.00 |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## ACKNOWLEDGMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described herein; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated herein; (6) any owner or servicer of the Loan may verify or reverify any information contained in the application from any source named in this application, and Lender, its successors or assigns may retain the original and/or an electronic record of this application, even if the Loan is not approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the owner or servicer of the Loan may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer credit reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X Craig A Wenzel | 10-7-05 | X | |

## TO BE COMPLETED BY INTERVIEWER

| This application was taken by: | Interviewer's Name (print or type) | Name and Address of Interviewer's Employer |
|---|---|---|
| ☐ Face-to-face interview | Bernice Arena | Irwin Mortgage Corporation |
| ☐ Mail | Interviewer's Signature / Date | 10500 Kincaid Drive |
| ☒ Telephone | Interviewer's Phone Number (incl. area code) | Fishers, IN 4603 |
| ☐ Internet | (317) 594-8900 | |

Fannie Mae Form 1003A/Rev. 01/04

Freddie Mac Form 65A/Rev. 01/04

VMP-21L (0306).01

47333687

0080196470

---------- Liabilities ----------

| Name | Address | Account No. | Monthly/Payments Balance/Verified | Type Percent | Mthly Income Mthly Balance |
|---|---|---|---|---|---|
| Amex | , | 041363529016368352 | $14.00 / 51<br>$714.00 | Revolving | |
| Citi Shell | , | 134242 | $15.00 / 35<br>$658.00 | Revolving | |
| Citi-bp Oil | , | 450193 | $10.00 / 49<br>$488.00 | Revolving | |
| Chase | , | 5544530002041448 | $11.00 / 42<br>$464.00 | Revolving | |
| Amex | , | -041363529016546952 | $16.00 / 31<br>$312.00 | Revolving | |
| Bank Of America | , | 4301789200782122 | $16.00 / 6<br>$60.00 | Revolving | |
| Net Rental Loss | , | | $8,661.00 | | |

cw

OMB NO. 2502-0265

| A. | B. TYPE OF LOAN: | |
|---|---|---|
| U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT<br>**SETTLEMENT STATEMENT** | 1. ☐ FHA 2. ☐ FmHA 3. ☒ CONV. UNINS. 4. ☐ VA 5. ☐ CONV. INS. | |
| | 6. FILE NUMBER: 2005090063.PDF | 7. LOAN NUMBER: 0080196470 |
| | 8. MORTGAGE INS CASE NUMBER: | |

C. NOTE: *This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(POC)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.*

1.0 3/86 (2005090063.pdf/2005090063.PDF/44)

| D. NAME AND ADDRESS OF BORROWER: | E. NAME AND ADDRESS OF SELLER: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| CRAIG A. WEINGART<br>7766 Saxeborough Drive<br>Castle Rock, CO. 80108 | | IRWIN MORTGAGE CORPORATION<br>10500 KINCAID DRIVE<br>FISHERS, INDIANA 46038 |

| G. PROPERTY LOCATION: | H. SETTLEMENT AGENT: | I. SETTLEMENT DATE: |
|---|---|---|
| 7766 Saxeborough Drive<br>Castle Rock, CO 80108<br>DOUGLAS County, Colorado | Colorado County & Community Title<br>PLACE OF SETTLEMENT<br>2525 15th Street<br>Denver, Colorado 80211 | October 7, 2005<br>Disburse:10/13/05 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract Sales Price | | 401. Contract Sales Price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | 6,837.54 | 403. | |
| 104. PAYOFF TO FLAGSTAR BANK to FLAGSTAR BANK | 383,455.61 | 404. | |
| 105. | | 405. | |
| *Adjustments For Items Paid By Seller in advance* | | *Adjustments For Items Paid By Seller in advance* | |
| 106. City/Town Taxes to | | 406. City/Town Taxes to | |
| 107. County Taxes to | | 407. County Taxes to | |
| 108. Assessments to | | 408. Assessments to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| *120. GROSS AMOUNT DUE FROM BORROWER* | 390,293.15 | *420. GROSS AMOUNT DUE TO SELLER* | |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | 386,500.00 | 502. Settlement Charges to Seller (Line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first Mortgage | |
| 205. | | 505. Payoff of second Mortgage | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments For Items Unpaid By Seller* | | *Adjustments For Items Unpaid By Seller* | |
| 210. City/Town Taxes to | | 510. City/Town Taxes to | |
| 211. County Taxes to | | 511. County Taxes to | |
| 212. Assessments to | | 512. Assessments to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| *220. TOTAL PAID BY/FOR BORROWER* | 386,500.00 | *520. TOTAL REDUCTION AMOUNT DUE SELLER* | |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301. Gross Amount Due From Borrower (Line 120) | 390,293.15 | 601. Gross Amount Due To Seller (Line 420) | |
| 302. Less Amount Paid By/For Borrower (Line 220) | ( 386,500.00) | 602. Less Reductions Due Seller (Line 520) | ( ) |
| *303. CASH ( X FROM ) ( TO ) BORROWER* | 3,793.15 | *603. CASH ( TO ) ( FROM ) SELLER* | 0.00 |

The undersigned hereby acknowledge receipt of a completed copy of pages 1&2 of this statement & any attachments referred to herein.

Borrower Craig A Weingart
CRAIG A. WEINGART

Seller

## L. SETTLEMENT CHARGES

| | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| 700. TOTAL COMMISSION Based on Price $ @ 6.0000 % | | |
| *Division of Commission (line 700) as Follows:* | | |
| 701. $ to | | |
| 702. $ to | | |
| 703. Commission Paid at Settlement | | |
| 704. to | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801. Loan Origination Fee 1.0000 % to IRWIN MORTGAGE CORPORATION | 3,865.00 | |
| 802. Loan Discount % to | | |
| 803. Appraisal Fee to | | |
| 804. Credit Report to CBC COMPANIES | 15.20 | |
| 805. Lender's Inspection Fee to | | |
| 806. Mortgage Ins. App. Fee to | | |
| 807. Assumption Fee to | | |
| 808. TAX RELATED SERVICES FEE to FIRST AMERICAN | 68.00 | |
| 809. FLOOD ZONE DETERMINATION FEE to IRWIN MORTGAGE CORPORATION | 11.00 | |
| 810. FLOOD ZONE FEE LIFE OF LOAN to IRWIN MORTGAGE CORPORATION | 2.50 | |
| 811. IMC DOCUMENT PREPARATION FEE to IRWIN MORTGAGE CORPORATION | 125.00 | |
| 812. UNDERWRITING FEE to IRWIN MORTGAGE CORPORATION | 210.00 | |
| 813. INSURANCE TRACKING FEE to IRWIN MORTGAGE CORPORATION | 7.00 | |
| 814. MERS REGISTRATION FEE to IRWIN MORTGAGE CORPORATION | 3.95 | |
| 815. | | |
| 816. | | |
| 817. | | |
| 818. | | |
| 819. | | |
| 820. | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901. Interest From 10/13/05 to 11/01/05 @ $ 67.510000/day ( 19 days %) | 1,282.69 | |
| 902. Mortgage Insurance Premium for months to | | |
| 903. Hazard Insurance Premium for 1.0 years to | | |
| 904. | | |
| 905. | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | |
| 1001. Hazard Insurance months @ $ per month | | |
| 1002. Mortgage Insurance months @ $ per month | | |
| 1003. City/Town Taxes months @ $ per month | | |
| 1004. County Taxes months @ $ per month | | |
| 1005. Assessments months @ $ per month | | |
| 1006. months @ $ per month | | |
| 1007. months @ $ per month | | |
| 1008. months @ $ per month | | |
| **1100. TITLE CHARGES** | | |
| 1101. Settlement or Closing Fee to Colorado County & Community Title | 150.00 | |
| 1102. Abstract or Title Search to | | |
| 1103. Title Examination to | | |
| 1104. Title Insurance Binder to | | |
| 1105. Document Preparation to | | |
| 1106. Notary Fees to | | |
| 1107. Attorney's Fees to | | |
| *(includes above item numbers:* ) | | |
| 1108. Title Insurance to Fidelity National Title | 672.00 | |
| *(includes above item numbers:* ) | | |
| 1109. Lender's Coverage $ 386,500.00 672.00 | | |
| 1110. Owner's Coverage $ | | |
| 1111. FORM 100; 8.1; 116.1 to Colorado County & Community Title | 208.20 | |
| 1112. TAX CERTIFICATE to Colorado County & Community Title | 25.00 | |
| 1113. COURIER/WIRE FEES to Colorado County & Community Title | 70.00 | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | |
| 1201. Recording Fees: Deed $ ; Mortgage $ 101.00; Releases $ 21.00 | 122.00 | |
| 1202. City/County Tax/Stamps: Deed ; Mortgage | | |
| 1203. State Tax/Stamps: Revenue Stamps ; Mortgage | | |
| 1204. | | |
| 1205. | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301. Survey to | | |
| 1302. Pest Inspection to | | |
| 1303. | | |
| 1304. | | |
| 1305. | | |
| **1400. TOTAL SETTLEMENT CHARGES (Enter on Lines 103, Section J and 502, Section K)** | 6,837.54 | |

By signing page 1 of this statement, the signatories acknowledge receipt of a completed copy of page 2 of this two-page statement.

[signature]
Colorado County & Community Title
Settlement Agent

Certified to be a true copy.

(2005000063.PDF / 2005000063.PDF / 43)

8/2/2012

# COMPARISON OF LIABILITIES ON LOAN APPLICATION, SCHEDULE OF REAL ESTATE OWNED ON LOAN APPLICATION, CREDIT REPORT IN LOAN FILE, AND PRIOR MORTGAGES

| Loan Details for S-20 |
|---|
| Borrowers: Craig Weingart |
| Loan Amount: $386,500 |
| Date: 10/7/05 |
| Purpose of Loan: Refinance loan for 7766 Saxeborough |

| | Loan Application for S-20 | | | | | | | | | Credit Report in Loan File for S-20 | | | | | | | Conclusion Related to Prior Outstanding Loans for Saxeborough and as yet unknown property | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Liabilities | | | | | Schedule of Real Estate Owned | | | | | | | | | | | | | | | |
| | Creditor Company | Unpaid Balance | Monthly Payment | Account # | *Bates #* | Property Address | Mortgage Amount | Monthly Payment | *Bates #* | Creditor Company | Debt Balance | Monthly Payment | Account # | Open Date | High Credit | *Bates #* | Date | Loan Amount | Account # (Source) | Loan Code | *Bates #* |
| 1 | EMC Mortgage | $412,332 | $2,794 | 5890009395328 | *4102* | 790 Magnolia Way * | $412,332 | $2,794 | *4103* | EMC Mortgage ** | $412,332 | $2,794 | 5890009395328 | 10/03 | $420,000 | *4255* | 10/22/03 | $ 420,000 | 0009395328 (wire & CR) | Unk-2 ** | *12876-77, 3741* |
| 2 | GMAC Mort. | $392,304 | $3,182 | 307372419 | *4102* | 3165 Ogden S. | $392,304 | $3,182 | *4103* | GMAC Mort | $392,304 | $3,182 | 307372419 | 01/03 | $400,000 | *4255* | 1/27/03 | $ 400,000 | 307372419 (CR) | S-8 | *1353* |
| 3 | Flagstar Bank | $383,456 | $2,503 | 274998100276 | *4102* | 7766 Saxeborough Dr. | $383,456 | $2,503 | *4106* | Flagstar Bank | $380,032 | $2,503 | 274998100276 | 10/00 | $397,500 | *4255* | 8/7/00 | $ 397,500 | 998100276 (Note) | S-5 | *815* |
| 4 | Indymac Bank | $342,275 | $2,685 | 6681000519718 | *4102* | 2122 West 44th Ave. | $342,275 | $2,685 | *4106* | Indymac Bank | $342,275 | $2,685 | 6681000519718 | 07/99 | $363,300 | *4255* | 7/29/99 | $ 363,300 | 1000519718 (ADOT, letter) | S-3 | *205, 207* |

CR=Credit Report

*Even though this address does not list a city, it is used in a similar fashion on S-17, S-18, S-19, S-21, and S-22 listing Scottsdale, Arizona as the city, with the same monthly payment ($2,794), the same Creditor Company (EMC Mortgage), and the same Account # (5890009395328). Therefore, it is highly probable that the city for this address is Scottsdale, Arizona.
Based upon the 6/26/12 letter from City of Scottsdale Planning & Development Services Records Department, this address does not exist in the City of Scottsdale, Arizona.

**The EMC Mortgage #0009395328 (Unk-2) was paid off on 9/1/05 but still showed on credit report.

Note:
On the loan application for S-20, the following loans with the listed pledged collateral were outstanding as of 10/7/05, but were not listed as liabilities or listed on the Schedule of Real Estate Owned:

| Original Loan Amount | Date | Borrower(s) | Collateral Pledged | Loan Code |
|---|---|---|---|---|
| $356,000 | 10/12/00 | Craig & Waun Weingart | 7766 Saxeborough | S-6 |
| $35,000 | 8/1/02 | Craig & Waun Weingart | 7766 Saxeborough | S-7 |
| $406,250 | 8/26/05 | Craig Weingart | 7766 Saxeborough | S-16 |
| $492,000 | 8/31/05 | Craig Weingart | 7766 Saxeborough | S-17 |
| $400,000 | 9/7/05 | Craig Weingart | 7766 Saxeborough | S-18 |
| $425,000 | 9/21/05 | Craig Weingart | 7766 Saxeborough | S-19 |