# USE OF PROCEEDS

ATTACHMENT
6(c)



```
MTG0060
FS 998100276-0  ACTIVE      CTRL 98 STATUS      MORTGAGE HISTORY LEDGER           12/31/2000
                                           TYPE A  WEINGAR P&I 3,451.69 PAYMENT 3,451.69 INVID 8100276
DESC YR-DT PD-TO  PRINCIPAL              INTEREST              ESCROW       ESCROW2    LATE    TOTAL

BAL  09/30 09/00            397,500.00
WLC  10/19 10/00    180.60  397,319.40    3,271.09    2,258.34    0.00       0.00      0.00   3,451.69
WLC  10/19 11/00    182.08  397,137.32    3,269.61    5,529.43    0.00       0.00      0.00   3,451.69
PAY  12/04 12/00    183.58  396,953.74    3,268.11    8,799.04    0.00       0.00      0.00   3,451.69
PAY  12/29 01/01    185.09  396,768.65    3,266.60   12,067.15    0.00       0.00      0.00   3,451.69
                                                     15,333.75
```

00000792

```
MTG0060                    M O R T G A G E   H I S T O R Y   L E D G E R       12/31/2001
F2 998100276-0  ACTIVE     CTRL 100 STATUS     TYPE A    WEIMGAR P&I 3,451.69  PAYMENT 3,451.69  INVID 8100276
DESC TR-DT PD-TO   PRINCIPAL           INTEREST         ESCROW                   ESCROW2           LATE       TOTAL

BAL  12/31 01/01             396,768.65        0.00        0.00                                     0.00
PAY  02/01 02/01    186.61   396,582.04    3,265.08    3,265.08                                     0.00   C#683511 VJ9901
H101 02/20 FP HAZARD                                  -4,544.54                                     0.00           3,451.69
PAY  03/02 03/01    188.15   396,393.89    3,263.54    6,528.62       -4,544.54                     0.00           3,451.69
PAY  04/05 04/01    189.70   396,204.19    3,261.99    9,790.61        0.00                         0.00           3,451.69
BAL  04/23     SOLD FROM  98 TO  100
PAY  05/11 05/01    191.26   396,012.93    3,260.43   13,051.04        0.00       -4,544.54         0.00           3,451.69
PAY  06/07 06/01    192.83   395,820.10    3,258.86   16,309.90        0.00       -4,544.54         0.00           3,451.69
MSG  06/19     NO ESCROW CODE CHANGED FROM 1 TO 3-KED
MSG  06/20     OLD PAY IS 3,451.69 BY MSR
MSG  06/20     OLD AGH WAS 6.00 BY MGR
PAY  07/10 07/01    194.42   395,625.68    3,257.27   19,567.17        0.00       -4,544.54                        3,451.69
COR  08/13 07/01      0.00   395,625.68        0.00   19,567.17        0.00       -4,544.54     3,451.69            0.00
COR  08/27 07/01      0.00   395,625.68        0.00   19,567.17        0.00       -4,544.54    -3,451.69            0.00       -3,451.69
WLC  08/27 08/01    196.02   395,429.66    3,255.67   22,822.84        0.00       -4,544.54                        3,451.69
COR  09/10 08/01      0.00   395,429.66        0.00   22,822.84        0.00       -4,544.54     3,451.69            0.00
COR  09/18 08/01      0.00   395,429.66        0.00   22,822.84        0.00       -4,544.54    -3,451.69            0.00       -3,451.69
ERT  09/18 09/01    197.63   395,232.03    3,254.06   26,076.90    1,054.28       -4,544.54                        1,054.28
ERF  09/25 09/01      0.00   395,232.03        0.00   26,076.90        0.00       -3,490.26     3,451.69            0.00           3,451.69
MSG  10/01 09/01      0.00   395,232.03        0.00   26,076.90    3,490.26        0.00         3,451.69            0.00           3,490.26
MSG  10/24 09/01     NO ESCROW CODE CHANGED FROM 3 TO 1-KED
MSG  10/25      OLD PAY IS 4,435.29 BY KED
COR  10/25 09/01    199.26   395,032.77        0.00   26,076.90        0.00        0.00                            0.00       -3,451.69
WLC  10/25 10/01    199.26   395,032.77    3,252.43   29,329.33        0.00        0.00                            0.00           3,451.69
PAY  11/06 11/01    200.90   394,831.87    3,250.79   32,580.12        0.00        0.00                            0.00           3,451.69
PAY  12/06 12/01    202.55   394,629.32    3,249.14   35,829.26        0.00        0.00                            0.00           3,451.69
```

```
MTG0060
FS 998100276-0  ACTIVE      CTRL 100    M O R T G A G E   H I S T O R Y   L E D G E R    12/31/2002
DESC  TR-DT PD-TO  PRINCIPAL     100 STATUS   TYPE A  WEINGAR P&I 3,451.69 PAYMENT 3,451.69 INVID 8100276
                                              INTEREST              ESCROW           ESCROW2          LATE      TOTAL

BAL   12/31 12/01        204.22   394,629.32          0.00             0.00                          0.00     3,451.69
PAY   01/07 01/02           0.00  394,425.10      3,247.47      3,247.47    0.00                     0.00     3,247.45
      02/11 01/02         205.90  394,425.10          0.00      3,247.47    0.00       3,247.45     0.00      3,451.69
PAY   02/28 02/02           0.00  394,219.20      3,245.79      6,493.26    0.00                     0.00     3,247.45
PAY   02/28 02/02           0.00  394,219.20          0.00      6,493.26    0.00      -3,247.45     0.00     -3,247.45
PAY   03/28 03/02         207.59  394,011.61      3,244.10      9,737.36    0.00                     0.00     3,451.69
SAL   03/28       SOLD FROM 100 TO 62
SAL               SOLD FROM  62 TO 100
PAY   04/08 04/02         209.30  393,802.31      3,242.39     12,979.75    0.00                     0.00     3,451.69
PAY   05/07 05/02         211.03  393,591.28      3,240.66     16,220.41    0.00                     0.00     3,451.69
PAY   06/03 06/02         212.76  393,378.52      3,238.93     19,459.34    0.00                     0.00     3,451.69
PAY   07/02 07/02         214.51  393,164.01      3,237.18     22,696.52    0.00                     0.00     3,451.69
PAY   08/05 08/02         216.28  392,947.73      3,235.41     25,931.93    0.00                     0.00     3,451.69
PAY   09/10 09/02         218.06  392,729.67      3,233.63     29,165.56    0.00                     0.00     3,451.69
PAY   10/04 10/02         219.85  392,509.82      3,231.84     32,397.40    0.00                     0.00     3,451.69
PAY   11/12 11/02         221.66  392,288.16      3,230.03     35,627.43    0.00                     0.00     3,451.69
PAY   12/23 12/02         223.49  392,064.67      3,228.20     38,855.63    0.00                   345.16     3,796.85
```

000847

```
MTG005A                    M O R T G A G E   H I S T O R Y    L B D G B R   2003 13:08:43 21 APR 2008
FS 99810027  BORROWER: Craig A. Weingart
Active 04/01/08 CTRL 100 STATUS TYPE A P&I 3,242.85 PAYMENT 3,284.10 INVID 8100276 LATE DUE 453.00
DESC TR-DT PD-TO |-------PRINCIPAL----||------INTRREST----||-------BSCROW-------||------BSCROW2-------||--LATE-||---TOTAL--|
BAL  12/31 12/02      392,064.67              0.00                0.000                 0.000           0.000
PAY  01/15 01/03   225.32  391,839.35       3,226.37              0.000                 0.000           0.000     3,451.69
PAY  02/03 02/03   227.18  391,612.17       3,224.51              0.000                 0.000           0.000     3,451.69
PAY  03/12 03/03   229.05  391,383.12       3,222.64              0.000                 0.000           0.000     3,451.69
WEB  04/15 04/03   230.93  391,152.19       3,220.76              0.000                 0.000           0.000     3,451.69
WEB  05/10 05/03   232.83  390,919.36       3,218.86              0.000                 0.000           0.000     3,451.69
WEB  06/10 06/03   234.75  390,684.61       3,216.94              0.000                 0.000           0.000     3,451.69
WEB  07/08 07/03   236.68  390,447.93       3,215.01              0.000                 0.000           0.000     3,451.69
     08/08     PAY-ADJ  0.00  390,447.93       0.00   22,545.09    0.00                  0.00            0.00
WEB  08/13 08/03   238.63  390,209.30       3,213.06   25,758.15   0.000                 0.000           0.000     3,451.69
WEB  09/16 09/03   240.59  389,968.71       3,211.10   28,969.25   0.000                 0.000           0.000     3,451.69
WEB  10/20 10/03   349.36  389,619.35       2,559.17   31,528.42   0.000                 0.000           0.000     2,908.53
WEB  11/10 11/03   351.65  389,267.70       2,556.88   34,085.30   0.000                 0.000           0.000     2,908.53
WEB  12/10 12/03   353.96  388,913.74       2,554.57   36,639.87   0.000                 0.000           0.000     2,908.53
```

Note: PAY-ADJ row shows -543.16

```
MTG005A              M O R T G A G E   H I S T O R Y   L E D G E R  2004 13:06:49 21 APR 2008
FS 998100276     BORROWER: Craig A. Weingart
Active 04/01/08 CTRL 100 STATUS TYPE A P&I 3,242.85 PAYMENT 3,284.10 INVID 8100276 LATE DUE 453.00
DESC TR-DT PD-TO |-----PRINCIPAL-----||-----INTEREST-----||-----ESCROW-----||-----ESCROW2-----||--LATE-||---TOTAL--|

BAL 12/31 12/03                   388,913.74        0.00                                
NBB 01/14 01/04    356.28         388,557.46    2,552.25       0.00       0.00     0.00    2,908.53
NBB 02/20 02/04    358.62         388,198.84    2,549.91       0.00       0.00     0.00    2,908.53
NBB 03/09 03/04    360.98         387,837.86    2,547.55       0.00       0.00     0.00    2,908.53
NBB 04/12 04/04    363.34         387,474.52    2,545.19       0.00       0.00     0.00    2,908.53
NBB 05/10 05/04    365.73         387,108.79    2,542.80       0.00       0.00     0.00    2,908.53
NBB 06/10 06/04    368.13         386,740.66    2,540.40       0.00       0.00     0.00    2,908.53
NBB 07/14 07/04    370.54         386,370.12    2,537.99       0.00       0.00     0.00    2,908.53
    08/09 07/04      0.00         386,370.12        0.00       0.00       0.00     0.00
PAL-ADJ -405.03                              17,816.09         0.00       0.00
NBB 08/10 08/04    372.98         385,997.14    2,535.55       0.00       0.00     0.00    2,908.53
NBB 09/13 09/04    375.42         385,621.72    2,533.11       0.00       0.00     0.00    2,908.53
NBB 10/14 10/04    495.05         385,126.67    2,008.45       0.00       0.00     0.00    2,503.50
NBB 11/12 11/04    497.63         384,629.04    2,005.87       0.00       0.00     0.00    2,503.50
NBB 12/03 12/04    500.22         384,128.82    2,003.28       0.00       0.00     0.00    2,503.50
```

000048

000008 49

```
MTG005A              M O R T G A G E   H I S T O R Y   L E D G E R  2005 13:06:52 21 APR 2008
FS 998100276    BORROWER: Craig A. Weingart
Active 04/01/08 CTRL 100 STATUS TYPE A P&I 3,242.85 PAYMENT 3,284.10 INVID 8100276 LATE DUE 453.00
DESC TR-DT PD-TO |------PRINCIPAL-----||-------INTEREST-----||-------ESCROW------||------ESCROW2------||--LATE-||---TOTAL--|
BAL  12/31 12/04           384,128.82          0.00                  0.00                 0.00            0.00
WEB  01/10 01/05    502.83 383,625.99      2,000.67                  0.00                 0.00            0.00     2,503.50
WEB  02/07 02/05    505.45 383,120.54      1,998.05                  0.00                 0.00            0.00     2,503.50
WEB  03/14 03/05    508.08 382,612.46      1,995.42                  0.00                 0.00            0.00     2,503.50
WEB  04/15 04/05    510.73 382,101.73      1,992.77                  0.00                 0.00            0.00     2,503.50
WEB  05/13 05/05    513.39 381,588.34      1,990.11                  0.00                 0.00            0.00     2,503.50
WEB  06/16 06/05    516.06 381,072.28      1,987.44                  0.00                 0.00            0.00     2,503.50
WEB  07/07 07/05    518.75 380,553.53      1,984.75                  0.00                 0.00            0.00     2,503.50
WEB  08/09 08/05    521.45 380,032.08      1,982.05                  0.00                 0.00            0.00     2,503.50
     08/09 PAI-ADJ 394.25        0.00          0.00                  0.00                 0.00            0.00
WEB  09/12 09/05    524.17 379,507.91      1,979.33                  0.00                 0.00            0.00     2,503.50
WEB  10/05 10/05    407.23 379,100.68      2,490.52                  0.00                 0.00            0.00     2,897.75
WEB  11/10 11/05    409.90 378,690.78      2,487.85                  0.00                 0.00            0.00     2,897.75
WEB  12/06 12/05    412.59 378,278.19      2,485.16                  0.00                 0.00            0.00     2,897.75
```

00000850

```
MTG005A                  M O R T G A G E   H I S T O R Y   L E D G E R  R 2006 13:06:55 21 APR 2008
FS 99810027      BORROWER: Craig A. Weingart
Active 04/01/08 CTRL 100 STATUS TYPE A P&I 3,242.85 PAYMENT 3,284.10 INVID 8100276 LATE DUE 453.00
DESC TR-DT PB-TO |-----PRINCIPAL------||----INTEREST-----||-----ESCROW-----||-----ESCROW2-----||--LATE-||---TOTAL--|
```

| DESC | TR-DT | PB-TO | PRINCIPAL | | INTEREST | ESCROW | ESCROW2 | LATE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| BAL | 12/31 | 12/05 | | 378,278.19 | 0.00 | | | | |
| WEB | 01/06 | 01/06 | 415.30 | 377,862.89 | 2,482.45 | 2,482.45 | 0.00 | 0.00 | 0.00 | 2,897.75 |
| WEB | 02/08 | 02/06 | 418.02 | 377,444.87 | 2,479.73 | 4,962.18 | 0.00 | 0.00 | 0.00 | 2,897.75 |
| WEB | 03/07 | 03/06 | 420.77 | 377,024.10 | 2,476.98 | 7,439.16 | 0.00 | 0.00 | 0.00 | 2,897.75 |
| OPT | 03/07 | | | | | | | | | 41.25 |
| WEB | 04/05 | 04/06 | 423.53 | 376,600.57 | 2,474.22 | 9,913.38 | 0.00 | 0.00 | 0.00 | 2,897.75 |
| OPT | 04/05 | | | | | | | | | 41.25 |
| WEB | 05/15 | 05/06 | 426.31 | 376,174.26 | 2,471.44 | 12,384.82 | 0.00 | 0.00 | 0.00 | 2,897.75 |
| OPT | 05/15 | | | | | | | | | 41.25 |
| WEB | 06/07 | 06/06 | 429.11 | 375,745.15 | 2,468.64 | 14,853.46 | 0.00 | 0.00 | 0.00 | 2,897.75 |
| OPT | 06/07 | | | | | | | | | 41.25 |
| WEB | 07/14 | 07/06 | 431.92 | 375,313.23 | 2,465.83 | 17,319.29 | 0.00 | 0.00 | 0.00 | 2,897.75 |
| OPT | 07/14 | | | | | | | | | 41.25 |
| | 08/09 | 07/06 | 0.00 | 375,313.23 | 0.00 | 17,319.29 | 0.00 | 0.00 | | |
| | | PAI-ADJ | 407.72 | | | | | | | |
| WEB | 08/11 | 08/06 | 434.76 | 374,878.47 | 2,462.99 | 19,782.28 | 0.00 | 0.00 | 0.00 | 2,897.75 |
| OPT | 08/11 | | | | | | | | | 41.25 |
| WEB | 09/07 | 09/06 | 437.61 | 374,440.86 | 2,460.14 | 22,242.42 | 0.00 | 0.00 | 0.00 | 2,897.75 |
| OPT | 09/07 | | | | | | | | | 41.25 |
| WEB | 10/11 | 10/06 | 341.15 | 374,099.71 | 2,964.32 | 25,206.74 | 0.00 | 0.00 | 0.00 | 3,305.47 |
| OPT | 10/11 | | | | | | | | | 41.25 |
| WEB | 11/13 | 11/06 | 343.85 | 373,755.86 | 2,961.62 | 28,168.36 | 0.00 | 0.00 | 0.00 | 3,305.47 |
| OPT | 11/13 | | | | | | | | | 41.25 |
| WEB | 12/13 | 12/06 | 346.57 | 373,409.29 | 2,958.90 | 31,127.26 | 0.00 | 0.00 | 0.00 | 3,305.47 |
| OPT | 12/13 | | | | | | | | | 41.25 |

00000851

```
MTG005A              M O R T G A G E  H I S T O R Y  L E D G E R  2007 13:06:57 21 APR 2008
FS 998100276     BORROWER: Craig A. Weingart
Active 04/01/08 CTRL 100 STATUS TYPE A  P&I 3,242.85 PAYMENT 3,284.10 INVID 8100276 LATE DUE 453.00
DBSC TR-DT PB-TO |-----PRINCIPAL----||------INTEREST------||-------ESCROW------||------ESCROW2-------||--LATE-||---TOTAL--|
BAL  12/31 12/06             373,409.29         0.00              0.00             0.00
WEB  01/11 01/07    349.31   373,059.98     2,956.16  2,956.16    0.00    0.00     0.00    0.00   0.00   3,305.47
OPT  01/11                                                                         0.00    0.00             41.25
WEB  02/08 02/07    352.08   372,707.90     2,953.39  5,909.55    0.00    0.00     0.00            0.00   3,305.47
OPT  02/08                                                                                                  41.25
WEB  03/07 03/07    354.87   372,353.03     2,950.60  8,860.15    0.00    0.00     0.00            0.00   3,305.47
OPT  03/07                                                                                                  41.25
WEB  04/13 04/07    357.68   371,995.35     2,947.79  11,807.94   0.00    0.00     0.00            0.00   3,305.47
OPT  04/13                                                                                                  41.25
WEB  05/07 05/07    360.51   371,634.84     2,944.96  14,752.90   0.00    0.00     0.00            0.00   3,305.47
OPT  05/07                                                                                                  41.25
WEB  06/15 06/07    363.36   371,271.48     2,942.11  17,695.01   0.00    0.00     0.00            0.00   3,305.47
OPT  06/15                                                                                                  41.25
WEB  07/10 07/07    366.24   370,905.24     2,939.23  20,634.24   0.00    0.00     0.00            0.00   3,305.47
OPT  07/10                                                                                                  41.25
     08/09 07/07      0.00   370,905.24         0.00  20,634.24   0.00    0.00     0.00
     PAY-ADJ        -62.62
WEB  08/10 08/07    369.14   370,536.10     2,936.33  23,570.57   0.00    0.00     0.00            0.00   3,305.47
OPT  08/10                                                                                                  41.25
WEB  09/12 09/07    372.06   370,164.04     2,933.41  26,503.98   0.00    0.00     0.00            0.00   3,305.47
OPT  09/12                                                                                                  41.25
WEB  10/15 10/07    389.50   369,774.54     2,853.35  29,357.33   0.00    0.00     0.00            0.00   3,242.85
OPT  10/15                                                                                                  41.25
WEB  11/07 11/07    392.50   369,382.04     2,850.35  32,207.68   0.00    0.00     0.00            0.00   3,242.85
OPT  11/07                                                                                                  41.25
WEB  12/14 12/07    395.53   368,986.51     2,847.32  35,055.00   0.00    0.00     0.00            0.00   3,242.85
OPT  12/14                                                                                                  41.25
```

00000852

```
MTG005A              M O R T G A G E   H I S T O R Y   L E D G E R   2008 13:07:00 21 APR 2008
FS 998100276   BORROWER: Craig A. Weingart
Active 04/01/08 CTRL 100 STATUS TYPE & P&I 3,242.85 PAYMENT 3,284.10 INVID 8100276 LATE DUE 453.00
DESC TR-DT PD-TO |-----PRINCIPAL-----||------INTEREST-----||------ESCROW------||-----ESCROW2-----||--LATE-||---TOTAL--|

BAL  12/31 12/07          368,986.51
WEB  01/24 01/08  398.58  368,587.93  2,844.27       0.00     0.00      0.00    0.00    0.00     0.00
OPT  01/24                                           2,844.27 0.00      0.00    0.00    0.00     3,242.85
                                                                                                 41.25
WEB  02/13 02/08  401.65  368,186.28  2,841.20       0.00     0.00      0.00    0.00    0.00     0.00
OPT  02/13                                           5,685.47 0.00      0.00    0.00    0.00     3,242.85
                                                                                                 41.25
WEB  03/14 03/08  404.75  367,781.53  2,838.10       0.00     0.00      0.00    0.00    0.00     0.00
OPT  03/14                                           8,523.57 0.00      0.00    0.00    0.00     3,242.85
                                                                                                 41.25
WEB  04/07 04/08  407.87  367,373.66  2,834.98       0.00     0.00      0.00    0.00    0.00     0.00
OPT  04/07                                          11,358.55 0.00      0.00    0.00    0.00     3,242.85
                                                                                                 41.25
```