Statement Date: 02/19/2009
Payment Due Date: 06/01/2008
Grace Period: 15 Days
Last Escrow Adj: 02/28/2005
Phone: 888-818-6032

KLT
GALLEGOS
4001404013

| Payment Due Date | Transaction Date | Effective Date | Amount Received | Interest Rate | Principal & Interest | Principal Portion | Interest Portion | Additional Principal | Principal Balance | Late Charges | Late Charge Balance | Corporate Advance Activity | Corporate Advance Balance | Escrow/Advance Activity | Escrow/Advance Balance | Optional Items | Other Fees | Other Fees Balance | Unapplied Funds | Unapplied Funds Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | | | $277,611.16 | | $0.00 | | $0.00 | | $0.00 | | | $0.00 | | $0.00 | |
| 10/1/2002 | 9/16/2002 | 9/12/2002 | $1,996.43 | 7.775% | $1,996.43 | $201.63 | $1,794.80 | | $276,809.53 | | $0.00 | | $0.00 | | $0.00 | | | $0.00 | | $0.00 | |
| 11/1/2002 | 10/7/2002 | 10/7/2002 | $1,996.43 | 7.775% | $1,996.43 | $202.93 | $1,793.50 | | $276,606.60 | | $0.00 | | $0.00 | | $0.00 | | | $0.00 | | $0.00 | |
| 12/1/2002 | 10/24/2002 | 10/16/2002 | $3,992.86 | 7.775% | $3,992.86 | $204.25 | $1,792.18 | $1,996.43 | $274,405.92 | | $0.00 | | $0.00 | | $0.00 | | | $0.00 | | $0.00 | |
| 1/1/2003 | 11/11/2002 | 11/11/2002 | $1,996.43 | 7.775% | $1,996.43 | $218.51 | $1,777.92 | | $274,187.41 | | $0.00 | | $0.00 | | $0.00 | | | $0.00 | | $0.00 | |
| | 12/24/2002 | 12/23/2002 | $1,996.43 | | | $0.00 | | | $274,187.41 | | $0.00 | | $0.00 | | $0.00 | | | $0.00 | $1,996.43 | $1,996.43 | |
| 2/1/2003 | 1/15/2003 | 1/14/2003 | $1,996.43 | 7.775% | $1,996.43 | $219.92 | $1,776.51 | | $273,967.49 | | $0.00 | | $0.00 | | $0.00 | | | $0.00 | | $1,996.43 | |
| 3/1/2003 | 1/30/2003 | 1/29/2003 | $1,996.43 | 7.775% | $1,996.43 | $221.35 | $1,775.08 | | $273,746.14 | | $0.00 | | $0.00 | | $0.00 | | | $0.00 | ($1,996.43) | $0.00 | |
| 4/1/2003 | 3/11/2003 | 3/11/2003 | $1,996.43 | 7.775% | $1,996.43 | $222.78 | $1,773.65 | | $273,523.36 | | $0.00 | | $0.00 | | $0.00 | | | $0.00 | | $0.00 | |
| | 5/1/2003 | | | | | | | | $273,523.36 | | $0.00 | | $0.00 | | $0.00 | ($15.00) | | $0.00 | | $0.00 | Speed Pay Fee |
| | 5/13/2003 | | | | | | | | $273,523.36 | | $0.00 | | $0.00 | $781.00 | $781.00 | | | $0.00 | | $0.00 | Hazard Insurance |
| | 5/13/2003 | | | | | | | | $273,523.36 | | $0.00 | | $0.00 | | $781.00 | | | $0.00 | | $0.00 | Payment Shortage |
| 5/1/2003 | 5/13/2003 | 5/13/2003 | $2,011.43 | 7.775% | $1,996.43 | $224.23 | $1,772.20 | | $273,299.13 | | $0.00 | | $0.00 | ($.01) | $780.99 | $15.00 | | $0.00 | | $0.00 | Speed Pay Fee |
| | 5/29/2003 | | | | | | | | $273,299.13 | | $0.00 | $.01 | $0.00 | | $780.99 | | $2.89 | $2.89 | | $0.00 | Interest on Advances for Month |
| 6/1/2003 | 6/10/2003 | 6/10/2003 | $2,011.45 | 7.775% | $1,996.43 | $225.68 | $1,770.75 | | $273,073.45 | | $0.00 | | $0.00 | ($.01) | $780.98 | $15.00 | | $2.89 | $.01 | $0.00 | Speed Pay Fee |
| | 6/13/2003 | | | | | | | | $273,073.45 | | $0.00 | | $0.00 | | $780.98 | | $1.79 | $4.68 | | $0.00 | Interest on Advance for Month |
| | 6/17/2003 | | | | | | | | $273,073.45 | | $0.00 | | $0.00 | $254.00 | $1,034.98 | | | $4.68 | | $.01 | Hazard Insurance |
| 7/1/2003 | 7/8/2003 | 7/8/2003 | $2,358.55 | 7.775% | $1,996.43 | $227.14 | $1,769.29 | | $272,846.31 | | $0.00 | | $0.00 | ($347.11) | $687.87 | $15.00 | ($.01) | $4.67 | | $.01 | Interest on Advances for Month |
| | 7/10/2003 | | | $0.00 | | | $0.00 | | | $272,846.31 | | $0.00 | ($.01) | $0.00 | | $687.87 | | | $4.67 | | $.01 | |
| | 7/10/2003 | | | | | | | | $272,846.31 | | $0.00 | | $0.00 | | $687.87 | | | $4.67 | ($.01) | $0.00 | |
| | 7/16/2003 | | | | | | | | $272,846.31 | | $0.00 | | $0.00 | $263.00 | $950.87 | | | $4.67 | | $0.00 | Hazard Insurance |
| | 8/4/2003 | | | | | | | | $272,846.31 | | $0.00 | | $0.00 | | $950.87 | | | $4.67 | | $0.00 | Payment Shortage |
| 8/1/2003 | 8/13/2003 | 8/13/2003 | $2,358.54 | 7.775% | $1,996.43 | $228.61 | $1,767.82 | | $272,617.70 | | $0.00 | | $0.00 | ($347.11) | $603.76 | $15.00 | | $4.67 | | $0.00 | Speed Pay Fee |
| | 8/19/2003 | | | | | | | | $272,617.70 | | $0.00 | | $0.00 | $263.00 | $866.76 | | | $4.67 | | $0.00 | Hazard Insurance |
| | 9/16/2003 | | | | | | | | $272,617.70 | | $0.00 | | $0.00 | $255.00 | $1,121.76 | | | $4.67 | | $0.00 | Hazard Insurance |
| 9/1/2003 | 9/16/2003 | 9/16/2003 | $2,358.54 | 7.775% | $1,996.43 | $230.09 | $1,766.34 | | $272,387.61 | | $0.00 | | $0.00 | ($347.11) | $774.65 | $15.00 | | $4.67 | | $0.00 | Speed Pay Fee |
| | 10/16/2003 | | | | | | | | $272,387.61 | | $0.00 | | $0.00 | $263.00 | $1,037.65 | | | $4.67 | | $0.00 | Hazard Insurance |
| 10/1/2003 | 10/20/2003 | 10/20/2003 | $2,358.54 | 7.775% | $1,996.43 | $231.59 | $1,764.84 | | $272,156.02 | | $0.00 | | $0.00 | ($347.11) | $690.54 | $15.00 | | $4.67 | | $0.00 | Speed Pay Fee |
| 11/1/2003 | 11/10/2003 | 11/10/2003 | $2,358.54 | 7.775% | $1,996.43 | $233.09 | $1,763.34 | | $271,922.93 | | $0.00 | | $0.00 | ($347.11) | $343.43 | $15.00 | | $4.67 | | $0.00 | Speed Pay Fee |
| | 11/18/2003 | | | | | | | | $271,922.93 | | $0.00 | | $0.00 | $255.00 | $598.43 | | | $4.67 | | $0.00 | Hazard Insurance |
| 12/1/2003 | 12/10/2003 | 12/10/2003 | $2,358.54 | 7.775% | $1,996.43 | $234.60 | $1,761.83 | | $271,688.33 | | $0.00 | | $0.00 | ($347.11) | $251.32 | $15.00 | | $4.67 | | $0.00 | Speed Pay Fee |
| | 12/16/2003 | | | | | | | | $271,688.33 | | $0.00 | | $0.00 | $263.00 | $514.32 | | | $4.67 | | $0.00 | Hazard Insurance |
| 1/1/2004 | 1/14/2004 | 1/14/2004 | $2,358.54 | 7.775% | $1,996.43 | $236.12 | $1,760.31 | | $271,452.21 | | $0.00 | | $0.00 | ($347.11) | $167.21 | $15.00 | | $4.67 | | $0.00 | Speed Pay Fee |
| | 1/16/2004 | | | | | | | | $271,452.21 | | $0.00 | | $0.00 | $263.00 | $430.21 | | | $4.67 | | $0.00 | Hazard Insurance |
| | 2/5/2004 | | | | | | | | $271,452.21 | | $0.00 | | $0.00 | | $430.21 | | $10.00 | $14.67 | | $0.00 | Fax Fee |
| 2/1/2004 | 2/18/2004 | | | | | | | | $271,452.21 | | $0.00 | | $0.00 | $246.00 | $676.21 | | | $14.67 | | $0.00 | Hazard Insurance |
| | 2/20/2004 | 2/20/2004 | $2,358.54 | 7.775% | $1,996.43 | $237.65 | $1,758.78 | | $271,214.56 | | $0.00 | | $0.00 | ($347.11) | $329.10 | $15.00 | | $14.67 | | $0.00 | Speed Pay Fee |
| 3/1/2004 | 2/23/2004 | 2/23/2004 | $2,358.54 | 7.775% | $1,996.43 | $239.19 | $1,757.24 | | $270,975.37 | | $0.00 | | $0.00 | ($347.11) | $329.10 | $15.00 | | $14.67 | | $0.00 | Speed Pay Fee |
| | 2/24/2004 | | | $0.00 | | $0.00 | $0.00 | ($1,757.24) | | $270,975.37 | | $0.00 | | $0.00 | ($18.01) | ($18.01) | ($15.00) | | $14.67 | | $0.00 | Mis-Application Reversal |
| | 2/24/2004 | | | ($1,996.43) | 7.775% | ($1,996.43) | ($239.19) | ($1,757.24) | | $271,214.56 | | $0.00 | | $0.00 | $329.10 | $329.10 | $15.00 | | $14.67 | | $0.00 | Mis-Application Reversal |
| | 2/27/2004 | | | $2,358.54 | 7.775% | $1,996.43 | $239.19 | $1,757.24 | | $270,975.37 | | $0.00 | | $0.00 | $347.11 | ($18.01) | ($15.00) | | $14.67 | | $0.00 | Mis-Application Reversal |
| 4/1/2004 | 3/9/2004 | 3/9/2004 | $2,358.54 | 7.775% | $1,996.43 | $240.74 | $1,755.69 | | $270,734.63 | | $0.00 | | $0.00 | ($347.11) | $245.99 | $15.00 | | $14.67 | | $0.00 | Speed Pay Fee |
| | 4/12/2004 | 4/12/2004 | $2,343.54 | 7.775% | $1,996.43 | $242.30 | $1,754.13 | | $270,492.33 | | $0.00 | | $0.00 | $264.00 | ($101.12) | | | $14.67 | | $0.00 | Hazard Insurance |
| | 4/16/2004 | | | | | | | | $270,492.33 | | $0.00 | | $0.00 | $255.00 | $153.88 | | | $14.67 | | $0.00 | Hazard Insurance |
| 5/1/2004 | 5/10/2004 | 5/10/2004 | $2,343.54 | 7.775% | $1,996.43 | $243.87 | $1,752.56 | | $270,248.46 | | $0.00 | | $0.00 | ($347.11) | ($193.23) | | | $14.67 | | $0.00 | Escrow Disbursed to Mortgagor |
| | 5/12/2004 | | | | | | | | $270,248.46 | | $0.00 | | $0.00 | $193.23 | $264.00 | | | $14.67 | | $0.00 | Hazard Insurance |
| | 5/18/2004 | | | | | | | | $270,248.46 | | $0.00 | | $0.00 | $264.00 | $264.00 | | | $14.67 | | $0.00 | Hazard Insurance |
| 6/1/2004 | 6/10/2004 | 6/10/2004 | $2,251.43 | 7.775% | $1,996.43 | $245.45 | $1,750.98 | | $270,003.01 | | $0.00 | | $0.00 | ($255.00) | $9.00 | $15.00 | | $14.67 | | $0.00 | Hazard Insurance |
| | 6/16/2004 | | | | | | | | $270,003.01 | | $0.00 | | $0.00 | $255.00 | $264.00 | | | $14.67 | | $0.00 | Hazard Insurance |
| 7/1/2004 | 7/14/2004 | 7/14/2004 | $2,251.43 | 7.775% | $1,996.43 | $247.04 | $1,749.39 | | $269,755.97 | | $0.00 | | $0.00 | ($255.00) | $9.00 | ($15.00) | | $14.67 | | $0.00 | Hazard Insurance |
| | 7/16/2004 | | | | | | | | $269,755.97 | | $0.00 | | $0.00 | $264.00 | $273.00 | | | $14.67 | | $0.00 | Hazard Insurance |
| 8/1/2004 | 8/10/2004 | 8/10/2004 | $2,260.43 | 7.775% | $1,996.43 | $248.64 | $1,747.79 | | $269,507.33 | | $0.00 | | $0.00 | $264.00 | $9.00 | $15.00 | | $14.67 | | $0.00 | Hazard Insurance |
| | 8/17/2004 | | | | | | | | $269,507.33 | | $0.00 | | $0.00 | ($264.00) | $273.00 | | | $14.67 | | $0.00 | Hazard Insurance |
| 9/1/2004 | 9/14/2004 | 9/14/2004 | $2,260.43 | 7.775% | $1,996.43 | $250.25 | $1,746.18 | | $269,257.08 | | $0.00 | | $0.00 | $255.00 | $9.00 | | | $14.67 | | $0.00 | Hazard Insurance |
| | 9/16/2004 | | | | | | | | $269,257.08 | | $0.00 | | $0.00 | $264.00 | $264.00 | | | $14.67 | | $0.00 | Hazard Insurance |
| 10/1/2004 | 10/14/2004 | 10/14/2004 | $2,260.43 | 7.775% | $1,996.43 | $251.87 | $1,744.56 | | $269,005.21 | | $0.00 | | $0.00 | ($264.00) | $0.00 | | | $14.67 | | $0.00 | Hazard Insurance |
| | 10/18/2004 | | | | | | | | $269,005.21 | | $0.00 | | $0.00 | $264.00 | $264.00 | | | $14.67 | | $0.00 | Hazard Insurance |
| | 11/16/2004 | | | | | | | | $269,005.21 | | $0.00 | | $0.00 | $255.00 | $519.00 | | | $14.67 | | $0.00 | Hazard Insurance |
| 11/1/2004 | 11/29/2004 | 11/29/2004 | $2,260.43 | 7.775% | $1,996.43 | $253.50 | $1,742.93 | | $268,751.71 | | $0.00 | | $0.00 | ($264.00) | $255.00 | | ($.28) | $14.39 | | $0.00 | Interest on Advances for Month - Waived |
| 12/1/2004 | 12/3/2004 | 12/3/2004 | $2,260.43 | 7.775% | $1,996.43 | $253.50 | $1,742.93 | | $268,751.71 | | $0.00 | | $0.00 | ($89.00) | $255.00 | | | $14.39 | | $0.00 | Hazard Insurance |
| | 12/16/2004 | | | | | | | | | | $0.00 | | $0.00 | $264.00 | $255.00 | | | $14.39 | | $0.00 | Hazard Insurance |

The contents of this document are RESTRICTED to authorized individuals. Any unauthorized access, use or duplication is strictly prohibited. (SPS)

ATTACHMENT
8(b)

Page 1 of 2

00007745

Statement Date: 02/19/2009
Payment Due Date: 06/01/2008
Grace Period: 15 Days
Last Escrow Adj: 02/28/2005
Phone: 888-818-6032

KLT
GALLEGOS
4001404013

| Payment Due Date | Transaction Date | Effective Date | Amount Received | Interest Rate | Principal & Interest | Principal Portion | Interest Portion | Additional Principal | Principal Balance | Late Charges | Late Charge Balance | Corporate Advance Activity | Corporate Advance Balance | Escrow/Advance Activity | Escrow/Advance Balance | Optional Items | Other Fees | Other Fees Balance | Unapplied Funds | Unapplied Funds Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/1/2005 | 1/10/2005 | 1/10/2005 | $2,260.43 | 7.775% | $1,996.43 | $255.14 | $1,741.29 | | $268,496.57 | | $0.00 | | $0.00 | ($264.00) | ($9.00) | | | $14.39 | | $0.00 | |
| | 1/19/2005 | | | 7.775% | | | | | $268,496.57 | | $0.00 | | $0.00 | $264.00 | $255.00 | | | $14.39 | | $0.00 | Hazard Insurance |
| 2/1/2005 | 2/7/2005 | 2/7/2005 | $2,260.43 | 7.775% | $1,996.43 | $256.80 | $1,739.63 | | $268,239.77 | | $0.00 | | $0.00 | ($264.00) | ($9.00) | | | $14.39 | | $0.00 | |
| | 2/14/2005 | | | | | | | | $268,239.77 | | $0.00 | | $0.00 | ($5,974.00) | ($5,983.00) | | ($4.40) | $9.99 | | $0.00 | Insurance Refund |
| | 2/16/2005 | | | | | | | | $268,239.77 | | $0.00 | | $0.00 | | ($5,983.00) | | | $9.99 | | $0.00 | Interest on Advances for Month - Waived |
| | 2/22/2005 | | | | | | | | $268,239.77 | | $0.00 | | $0.00 | $5,983.00 | $0.00 | | | $9.99 | | $0.00 | Escrow Disbursed to Mortgagor |
| | 2/24/2005 | | | | | | | | $268,239.77 | | $0.00 | | $0.00 | | $0.00 | | $.01 | $10.00 | | $0.00 | Interest on Advances for Month |
| 3/1/2005 | 3/14/2005 | 3/14/2005 | $1,996.43 | 7.775% | $1,996.43 | $258.46 | $1,737.97 | | $267,981.31 | | $0.00 | | $0.00 | $0.00 | $0.00 | | | $10.00 | | $0.00 | |
| 4/1/2005 | 4/15/2005 | 4/15/2005 | $1,996.43 | 7.775% | $1,996.43 | $260.13 | $1,736.30 | | $267,721.18 | | $0.00 | | $0.00 | $0.00 | $0.00 | | | $10.00 | | $0.00 | |
| 5/1/2005 | 5/13/2005 | 5/13/2005 | $2,274.30 | 9.375% | $2,274.30 | $182.73 | $2,091.57 | | $267,538.45 | | $0.00 | | $0.00 | $0.00 | $0.00 | | | $10.00 | | $0.00 | |
| 6/1/2005 | 6/16/2005 | 6/16/2005 | $2,274.30 | 9.375% | $2,274.30 | $184.16 | $2,090.14 | | $267,354.29 | | $0.00 | | $0.00 | $0.00 | $0.00 | | | $10.00 | | $0.00 | |
| 7/1/2005 | 7/7/2005 | 7/7/2005 | $2,274.30 | 9.375% | $2,274.30 | $185.59 | $2,088.71 | | $267,168.70 | | $0.00 | | $0.00 | $0.00 | $0.00 | | | $10.00 | | $0.00 | |
| 8/1/2005 | 8/9/2005 | 8/9/2005 | $2,274.30 | 9.375% | $2,274.30 | $187.04 | $2,087.26 | | $266,981.66 | | $0.00 | | $0.00 | $0.00 | $0.00 | | | $10.00 | | $0.00 | |
| 9/1/2005 | 9/12/2005 | 9/12/2005 | $2,274.30 | 9.375% | $2,274.30 | $188.51 | $2,085.79 | | $266,793.15 | | $0.00 | | $0.00 | $0.00 | $0.00 | | | $10.00 | | $0.00 | |
| 10/1/2005 | 10/5/2005 | 10/5/2005 | $2,274.30 | 9.375% | $2,274.30 | $189.98 | $2,084.32 | | $266,603.17 | | $0.00 | | $0.00 | $0.00 | $0.00 | | | $10.00 | | $0.00 | |
| 11/1/2005 | 11/10/2005 | 11/10/2005 | $2,440.48 | 10.250% | $2,440.48 | $163.24 | $2,277.24 | | $266,439.93 | | $0.00 | | $0.00 | $0.00 | $0.00 | | | $10.00 | | $0.00 | |
| 12/1/2005 | 12/6/2005 | 12/6/2005 | $2,440.48 | 10.250% | $2,440.48 | $164.64 | $2,275.84 | | $266,275.29 | | $0.00 | | $0.00 | $0.00 | $0.00 | | | $10.00 | | $0.00 | |
| 1/1/2006 | 1/6/2006 | 1/6/2006 | $2,440.48 | 10.250% | $2,440.48 | $166.05 | $2,274.43 | | $266,109.24 | | $0.00 | | $0.00 | $0.00 | $0.00 | | | $10.00 | | $0.00 | |
| 2/1/2006 | 2/8/2006 | 2/8/2006 | $2,440.48 | 10.250% | $2,440.48 | $167.46 | $2,273.02 | | $265,941.78 | | $0.00 | | $0.00 | $0.00 | $0.00 | | | $10.00 | | $0.00 | |
| 3/1/2006 | 3/7/2006 | 3/7/2006 | $2,440.48 | 10.250% | $2,440.48 | $168.89 | $2,271.59 | | $265,772.89 | | $0.00 | | $0.00 | $0.00 | $0.00 | | | $10.00 | | $0.00 | |
| 4/1/2006 | 4/6/2006 | 4/6/2006 | $2,440.48 | 10.250% | $2,440.48 | $170.34 | $2,270.14 | | $265,602.55 | | $0.00 | | $0.00 | $0.00 | $0.00 | | | $10.00 | | $0.00 | |
| 5/1/2006 | 5/16/2006 | 5/16/2006 | $2,633.28 | 11.250% | $2,633.28 | $143.26 | $2,490.02 | | $265,459.29 | | $0.00 | | $0.00 | $0.00 | $0.00 | | | $10.00 | | $0.00 | |
| 6/1/2006 | 6/7/2006 | 6/7/2006 | $2,633.28 | 11.250% | $2,633.28 | $144.60 | $2,488.68 | | $265,314.69 | | $0.00 | | $0.00 | $0.00 | $0.00 | | | $10.00 | | $0.00 | |
| 7/1/2006 | 7/14/2006 | 7/14/2006 | $2,648.28 | 11.250% | $2,633.28 | $145.95 | $2,487.33 | | $265,168.74 | | $0.00 | | $0.00 | $0.00 | $0.00 | $15.00 | | $10.00 | | $0.00 | Speed Pay Fee |
| 8/1/2006 | 8/3/2006 | 8/3/2006 | $2,648.28 | 11.250% | $2,633.28 | $147.32 | $2,485.96 | | $265,021.42 | | $0.00 | | $0.00 | $0.00 | $0.00 | $15.00 | | $10.00 | | $0.00 | Speed Pay Fee |
| 9/1/2006 | 9/7/2006 | 9/7/2006 | $2,648.28 | 11.250% | $2,633.28 | $148.70 | $2,484.58 | | $264,872.72 | | $0.00 | | $0.00 | $0.00 | $0.00 | $15.00 | | $10.00 | | $0.00 | Speed Pay Fee |
| 10/1/2006 | 10/11/2006 | 10/11/2006 | $2,648.28 | 11.250% | $2,633.28 | $150.10 | $2,483.18 | | $264,722.62 | | $0.00 | | $0.00 | $0.00 | $0.00 | $15.00 | | $10.00 | | $0.00 | Speed Pay Fee |
| 11/1/2006 | 11/13/2006 | 11/13/2006 | $2,721.12 | 11.625% | $2,706.12 | $141.62 | $2,564.50 | | $264,581.00 | | $0.00 | | $0.00 | $0.00 | $0.00 | $15.00 | | $10.00 | | $0.00 | Speed Pay Fee |
| 12/1/2006 | 12/13/2006 | 12/13/2006 | $2,721.12 | 11.625% | $2,706.12 | $142.99 | $2,563.13 | | $264,438.01 | | $0.00 | | $0.00 | $0.00 | $0.00 | $15.00 | | $10.00 | | $0.00 | Speed Pay Fee |
| 1/1/2007 | 1/11/2007 | 1/11/2007 | $2,721.12 | 11.625% | $2,706.12 | $144.38 | $2,561.74 | | $264,299.63 | | $0.00 | | $0.00 | $0.00 | $0.00 | $15.00 | | $10.00 | | $0.00 | Speed Pay Fee |
| 2/1/2007 | 2/7/2007 | 2/7/2007 | $2,721.12 | 11.625% | $2,706.12 | $145.78 | $2,560.34 | | $264,141.85 | | $0.00 | | $0.00 | $0.00 | $0.00 | $15.00 | | $10.00 | | $0.00 | Speed Pay Fee |
| 3/1/2007 | 3/7/2007 | 3/7/2007 | $2,721.12 | 11.625% | $2,706.12 | $147.19 | $2,558.93 | | $264,000.66 | | $0.00 | | $0.00 | $0.00 | $0.00 | $15.00 | | $10.00 | | $0.00 | Speed Pay Fee |
| 4/1/2007 | 4/3/2007 | 4/3/2007 | $2,721.12 | 11.625% | $2,706.12 | $148.61 | $2,557.51 | | $263,852.05 | | $0.00 | | $0.00 | $0.00 | $0.00 | $15.00 | | $10.00 | | $0.00 | Speed Pay Fee |
| 5/1/2007 | 5/8/2007 | 5/8/2007 | $2,721.12 | 11.625% | $2,706.12 | $150.05 | $2,556.07 | | $263,702.00 | | $0.00 | | $0.00 | $0.00 | $0.00 | $15.00 | | $10.00 | | $0.00 | Speed Pay Fee |
| 6/1/2007 | 6/8/2007 | 6/8/2007 | $2,721.12 | 11.625% | $2,706.12 | $151.51 | $2,554.61 | | $263,550.49 | | $0.00 | | $0.00 | $0.00 | $0.00 | $15.00 | | $10.00 | | $0.00 | Speed Pay Fee |
| 7/1/2007 | 7/10/2007 | 7/10/2007 | $2,721.12 | 11.625% | $2,706.12 | $152.97 | $2,553.15 | | $263,397.52 | | $0.00 | | $0.00 | $0.00 | $0.00 | $15.00 | | $10.00 | | $0.00 | Speed Pay Fee |
| 8/1/2007 | 8/10/2007 | 8/10/2007 | $2,721.12 | 11.625% | $2,706.12 | $154.46 | $2,551.66 | | $263,243.06 | | $0.00 | | $0.00 | $0.00 | $0.00 | $15.00 | | $10.00 | | $0.00 | Speed Pay Fee |
| 9/1/2007 | 9/12/2007 | 9/12/2007 | $2,721.12 | 11.625% | $2,706.12 | $155.95 | $2,550.17 | | $263,087.11 | | $0.00 | | $0.00 | $0.00 | $0.00 | $15.00 | | $10.00 | | $0.00 | Speed Pay Fee |
| 10/1/2007 | 10/15/2007 | 10/15/2007 | $2,721.12 | 11.625% | $2,706.12 | $157.46 | $2,548.66 | | $262,929.65 | | $0.00 | | $0.00 | $0.00 | $0.00 | $15.00 | | $10.00 | | $0.00 | Speed Pay Fee |
| 11/1/2007 | 11/7/2007 | 11/7/2007 | $2,745.13 | 11.750% | $2,730.13 | $155.61 | $2,574.52 | | $262,774.04 | | $0.00 | | $0.00 | $0.00 | $0.00 | $15.00 | | $10.00 | | $0.00 | Speed Pay Fee |
| 12/1/2007 | 12/17/2007 | 12/17/2007 | $2,745.13 | 11.750% | $2,730.13 | $157.13 | $2,573.00 | | $262,616.91 | | $0.00 | | $0.00 | $0.00 | $0.00 | $15.00 | | $10.00 | | $0.00 | Speed Pay Fee |
| | 1/16/2008 | | | | | | | | $262,616.91 | $99.82 | $99.82 | | $0.00 | $0.00 | $0.00 | | | $10.00 | | $0.00 | |
| 1/1/2008 | 1/24/2008 | 1/24/2008 | $2,844.95 | 11.750% | $2,730.13 | $158.67 | $2,571.46 | | $262,458.24 | ($99.82) | $0.00 | | $0.00 | $0.00 | $0.00 | $15.00 | | $10.00 | | $0.00 | Speed Pay Fee |
| 2/1/2008 | 2/13/2008 | 2/13/2008 | $2,745.13 | 11.750% | $2,730.13 | $160.23 | $2,569.90 | | $262,298.01 | $99.82 | $99.82 | | $0.00 | $0.00 | $0.00 | $15.00 | | $10.00 | | $0.00 | Speed Pay Fee |
| 3/1/2008 | 3/14/2008 | 3/14/2008 | $2,745.13 | 11.750% | $2,730.13 | $161.80 | $2,568.33 | | $262,136.21 | $99.82 | $199.64 | | $0.00 | $0.00 | $0.00 | $15.00 | | $10.00 | | $0.00 | Speed Pay Fee |
| 4/1/2008 | 4/7/2008 | 4/7/2008 | $2,735.13 | 11.750% | $2,730.13 | $163.38 | $2,566.75 | | $261,972.83 | | $299.46 | | $0.00 | $0.00 | $0.00 | $5.00 | | $10.00 | | $0.00 | Speed Pay Fee |
| | 5/6/2008 | | | | | | | | $261,972.83 | | $299.46 | | $0.00 | $0.00 | $0.00 | | | $10.00 | | $0.00 | |
| 5/1/2008 | 5/23/2008 | 5/23/2008 | $2,556.66 | 10.750% | $2,541.66 | $194.82 | $2,346.84 | | $261,778.01 | $99.82 | $299.46 | | $0.00 | $0.00 | $0.00 | $15.00 | | $10.00 | | $0.00 | Speed Pay Fee |
| | 6/6/2008 | | | | | | | | $261,778.01 | | $399.28 | | $0.00 | $0.00 | $0.00 | | | $10.00 | | $0.00 | |
| | 7/16/2008 | | | | | | | | $261,778.01 | | $399.28 | | $0.00 | $0.00 | $0.00 | | | $10.00 | | $0.00 | |
| | 7/23/2008 | | | | | | | | $261,778.01 | | $399.28 | $13.85 | $13.85 | $0.00 | $0.00 | | | $10.00 | | $0.00 | Inspection |
| | 8/1/2008 | | | | | | | | $261,778.01 | | $399.28 | | $13.85 | $0.00 | $0.00 | | | $10.00 | | $0.00 | |
| | 9/10/2008 | | | | | | | | $261,778.01 | | $399.28 | | $13.85 | $0.00 | $0.00 | | | $10.00 | | $0.00 | |
| | 10/29/2008 | | | | | | | | $261,778.01 | | $399.28 | $13.85 | $27.70 | $0.00 | $0.00 | | | $10.00 | | $0.00 | Inspection |
| | 11/11/2008 | | | | | | | | $261,778.01 | | $399.28 | $13.85 | $41.55 | $0.00 | $0.00 | | | $10.00 | | $0.00 | Inspection |
| | 2/19/2009 | | | | | | | | $261,778.01 | | $399.28 | | $41.55 | $0.00 | $0.00 | | $.01 | $10.01 | | $0.00 | Interest on Advances for Month |
| | | | | | | | | | $261,778.01 | | $399.28 | | $41.55 | | | | $.01 | $10.01 | | | |

The contents of this document are RESTRICTED to authorized individuals. Any unauthorized access, use or duplication is strictly prohibited. (SPS)

00007744