IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-355-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    WAUNITA WEINGART,
2.    JOHN PHILLIP GALLEGOS,
3.    ALOIS CRAIG WEINGART,

    Defendants.

___

## GOVERNMENT'S MOTION FOR LEAVE TO DISCLOSE REPORT OF INTERVIEW AND NEW DISCOVERY

___

The United States of America, by and through Assistant United States Attorneys Linda Kaufman and Martha Paluch, hereby seek leave of the Court to disclose to defense counsel a report of interview of one witness and six pages of new discovery in the form of an email exchange pertaining to another witness's previously disclosed reports of interviews. In support of this motion, the United States states as follows:

    1.    On July 23, 2012, undersigned counsel interviewed witness Mary Lavenia. Ms. Lavenia worked as an underwriter for Chevy Chase Bank with respect to a loan made to Defendant Craig Weingart on September 7, 2005 (Loan Code S-18). Ms. Lavenia is endorsed as a witness on the Government's Witness List provided to defense counsel on September 17, 2012, and the report of her interview was provided to defense counsel on August 3, 2012.

2. At the conclusion of the interview, Ms. Lavenia discussed with undersigned counsel the fact she suffers from anxiety and airport and travel phobia. Ms. Lavenia's doctor advised against Ms. Lavenia traveling to Denver from her place of residence in Lake Forest, California, to testify at trial.  Ms. Lavenia recently advised a federal agent that she is unable to travel to Denver to testify at the trial currently scheduled for March 13, 2013, based upon the advice of her doctor.

3. Undersigned counsel identified Jonathan Buss as having worked on the same loan as Ms. Lavenia.  Mr. Buss was employed in September 2005 as a closer for Chevy Chase Bank and worked on the loan in question.  Mr. Buss is endorsed as a witness on the Government's Witness List provided to defense counsel on September 17, 2012.  Undersigned counsel hoped to determine if Mr. Buss's testimony would obviate the need for Ms. Lavenia's testimony.  Federal agents attempted to locate Mr. Buss prior to September 17, 2012, but were unable to do so.

4. Federal agents recently located Mr. Buss and AUSA Paluch interviewed him on November 20, 2012.  Through this motion, the United States seeks leave of the Court to provide defense counsel with a copy of the report of the interview of Mr. Buss.

5. There are certain topics Ms. Lavenia can testify about that Mr. Buss cannot, and vice versa.  For this reason, and in light of Ms. Lavenia's inability to travel, through a separate motion the United States will seek to depose Ms. Lavenia in California and to present her deposition testimony in lieu of calling her to testify in person at trial.

6. In addition, through this motion, the United States seeks leave of the Court to provide defense counsel with email exchanges pertaining to the previously disclosed

reports of interviews of witness Paul Hastings. Mr. Hastings is endorsed as a witness on the Government's Witness List provided to defense counsel on September 17, 2012. Mr. Hastings was interviewed on September 10, 2012, and September 12, 2012, and copies of the reports of his interviews were provided to defense counsel on September 17, 2012.

7. On November 5, 2012, AUSA Paluch was contacted by Mr. Hastings's attorney, Mr. Louis Feuchtbaum, who indicated that he believed the reports of Mr. Hastings's interviews contained certain inaccuracies. AUSA Paluch asked Mr. Feuchtbaum to put his concerns in writing. Mr. Feuchtbaum did so on November 6, 2012. AUSA Paluch then forwarded Mr. Feuchtbaum's email to FBI Special Agent David Strange who was present during these interviews and prepared the reports in question. AUSA Paluch asked Special Agent Strange to compare the alleged inaccuracies spelled out by Mr. Feuchtbaum with Special Agent Strange's original reports of interviews, as well as his notes of those interviews. Special Agent Strange did so and responded via email to AUSA Paluch on November 14, 2012.

8. The United States seeks leave of the Court to provide these email exchanges to defense counsel as they pertain to the previous discovery provided to defense counsel relating to Mr. Hastings's interviews.

9. By these disclosures, the government would not be augmenting the number or identity of its witnesses or exhibits.

10. Undersigned counsel conferred with counsel for Waunita Weingart

regarding this motion.  Through counsel, Ms. Weingart takes the position that she does not object to the disclosure, but reserves the right to make future objections based on the timing and content of the disclosure.

12.     Undersigned counsel conferred with counsel for Mr. Gallegos.  Through counsel, Mr. Gallegos takes the position that the materials should be disclosed immediately, but does not waive and hereby reserves the right to object to the admission of evidence and/or to seek other sanctions to the extent such evidence is a product of a violation of the Court's order requiring the government to complete its disclosures to the defense in this case not later than September 17, 2012.

13.     Undersigned counsel also conferred with counsel for Craig Weingart, regarding this motion.  Through counsel, Mr. Weingart stated that he has no objection to this motion.

14.     The United States submits that the disclosure of this information at this time will not prejudice the defense.

For these reasons, the United States respectfully requests leave of the Court to disclose the report of the interview of Mr. Jonathan Buss to defense counsel, as well as the email exchanges pertaining to the reports of interviews of Mr. Paul Hastings.

Respectfully submitted this 3rd day of December, 2012.

          JOHN F. WALSH
          United States Attorney

          By: *s/ Linda Kaufman*
          LINDA KAUFMAN
          Assistant United States Attorney
          1225 Seventeenth Street, Suite 700
          Denver, Colorado 80202
          Telephone: (303) 454-0100
          Facsimile: (303) 454-0404
          E-mail: Linda.Kaufman@usdoj.gov

          By: *s/ Martha Paluch*
          MARTHA PAULCH
          Assistant United States Attorneys
          1225 Seventeenth Street, Suite 700
          Denver, Colorado 80202
          Telephone: (303) 454-0100
          Facsimile: (303) 454-0404
          E-mail: Martha.Paluch@usdoj.gov

## CERTIFICATE OF SERVICE

      I certify that on this 3rd day of December, 2012, I electronically filed the foregoing **UNITED STATES' MOTION FOR LEAVE TO DISCLOSE REPORT OF INTERVIEW AND NEW DISCOVERY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martin Adam Stuart
E-mail: martinstuartlaw@solucian.com

William Lewis Taylor
E-mail: wltaylorpc@gmail.com

Darlene Ann Bagley
E-mail: bagley@ridleylaw.com

Paula M. Ray
E-mail: paulamray@earthlnk.net


                                By: *s/ Solange Reigel*
                                SOLANGE REIGEL
                                Legal Assistant to AUSA Linda Kaufman
                                United States Attorney's Office
                                1225 - 17th Street, Suite 700
                                Denver, CO 80202
                                Telephone: (303) 454-0244
                                Fax: (303) 454-0402
                                E-mail: solange.reigel@usdoj.gov