✎CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 01/08)

| 1. CIR./DIST./ DIV. CODE COX | 2. PERSON REPRESENTED Gallegos, John Phillip | | VOUCHER NUMBER |
|---|---|---|---|

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 11-cr-00355-MSK-02 | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|

| 7. IN CASE/MATTER OF *(Case Name)* US v. Weingart | 8. PAYMENT CATEGORY ☑ Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☐ Appeal | 9. TYPE PERSON REPRESENTED ☑ Adult Defendant ☐ Appellant ☐ Juvenile Defendant ☐ Appellee ☐ Other | 10. REPRESENTATION TYPE *(See Instructions)* Criminal Case |
|---|---|---|---|

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

18 1343 .F - Fraud by Wire, Radio or Television

## REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED *(Describe briefly)*

For use in preparing motions to be filed by 12/28/2012.

13. PROCEEDING TO BE TRANSCRIBED *(Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).*

Hearing date, 8/23/12 - Court's Ruling Only

| 14.   SPECIAL AUTHORIZATIONS | JUDGE'S INITIALS |
|---|---|
| A.   Apportioned Cost _____ % of transcript with *(Give case name and defendant)* | |
| B.   ☐ 14-Day   ☑ Expedited   ☐ Daily   ☐ Hourly   ☐ Realtime Unedited | |
| C.   ☐ Prosecution Opening Statement   ☐ Prosecution Argument   ☐ Prosecution Rebuttal ☐ Defense Opening Statement   ☐ Defense Argument   ☐ Voir Dire   ☐ Jury Instructions | |
| D.   In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act. | |

| 15.   ATTORNEY'S STATEMENT | 16.   COURT ORDER |
|---|---|
| As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation.  I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act. *signature* 12/19/12 Signature of Attorney                              Date William L. Taylor Printed Name Telephone Number: (202) 629-9700 ☑ Panel Attorney   ☐ Retained Attorney   ☐ Pro-Se   ☐ Legal Organization | Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted. _____ Signature of Presiding Judge or By Order of the Court _____        _____ Date of Order            Nunc Pro Tunc Date |

## CLAIM FOR SERVICES

| 17.   COURT REPORTER/TRANSCRIBER STATUS ☐ Official   ☐ Contract   ☐ Transcriber   ☐ Other | 18.   PAYEE'S NAME AND MAILING ADDRESS |
|---|---|
| 19.   SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE | Telephone Number: _____ |

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expense *(Itemize)* | | | | | | |
| | | | | TOTAL AMOUNT CLAIMED: | | |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

Signature of Claimant/Payee _____        Date _____

## ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK   I hereby certify that the services were rendered and that the transcript was received.

_____        _____
Signature of Attorney or Clerk                              Date

## APPROVED FOR PAYMENT — COURT USE ONLY

| 23.   APPROVED FOR PAYMENT | 24. AMOUNT APPROVED |
|---|---|
| _____        _____ Signature of Judge or Clerk of Court                              Date | |