IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.   11-cr-00355-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    1.  WAUNITA WEINGART
    **2.  JOHN PHILLIP GALLEGOS**
    3.  ALOIS CRAIG WEINGART

    Defendant.

## NOTICE OF DISPOSITION

Defendant John Phillip Gallegos, through counsel, William L. Taylor and Darlene A. Bagley, of Ridley, McGreevy & Winocur, P.C., hereby files this Notice of Disposition, informing the Court of his intent and request to the Court to change his plea from Not Guilty to Guilty. The contemplated disposition involves the defendant pleading guilty to an one-count Information, as to which he will waive Indictment and consent to filing, in exchange for dismissal of the present Indictment upon motion of the government.  Defendant respectfully requests that the Court set a Change of Plea hearing as expeditiously as the Court's calendar permits.

1

DATED at Denver, Colorado this 29th day of January, 2013.

        Respectfully submitted.

        */s/ William L. Taylor*
        William L. Taylor, #21098

        */s/ Darlene A. Bagley*
        Darlene A. Bagley, #35728

        RIDLEY, MCGREEVY & WINOCUR P.C.
        303 16th Street, Suite 200
        Denver, CO  80202
        Telephone:  (303) 629-9700
        Fax:  (303) 629-9702
        E-Mail:  wltaylorpc@gmail.com;
        taylor@ridleylaw.com;
        bagley@ridleylaw.com
        Attorneys for John Phillip Gallegos

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of January, 2013, I served a true and correct copy of the foregoing **NOTICE OF DISPOSITION** via CM/ECF to all parties listed therein including:

Linda Kaufman
Assistant United States Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
FAX: (303) 454-0401
E-mail: Linda.Kaufman@usdoj.gov
Attorney for Government

Martha Paluch
Assistant United States Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
FAX: (303) 454-0401
E-mail: martha.paluch@usdoj.gov
Attorney for Government

Paula M. Ray
Paula M. Ray, P.C.
P.O. Box 12554
Denver, CO 80212-0554
Telephone: 303-874-5170
E-mail: paulamray@earthlink.net
Attorney for Craig Weingart

Martin Stuart
PortmanStuart, LLC
955 Bannock Street, suite 200
Denver, CO 80204
Phone: 303-355-6789
Fax: 303-623-0714
E-mail: mstuart@portmanstuart.com
Attorney for Waunita Weingart

/s/ *Suzy M. Kamps*
Suzy M. Kamps