## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-355-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.     **JOHN PHILLIP GALLEGOS**,

    Defendant.

---

### INFORMATION
### 18 U.S.C. § 1014

---

The United States Attorney charges:

### Count 1

On or about October 10, 2007, in the District of Colorado and elsewhere, the defendant, John Phillip Gallegos, for the purpose of influencing Countrywide Bank, FSB, an institution the accounts of which were insured by the Federal Deposit Insurance Corporation, to loan him money, did knowingly make a false statement to the bank, namely, by signing and submitting his loan application to Countrywide Bank FSB, he made the false statement that he intended for the institution to base its determination as to whether to approve the loan on his qualifications as set forth in the application on the premise that he intended to repay the loan himself, when in fact, he knew that he was unable to repay the loan himself, but instead intended to have his mother, W.W., repay it, all in violation of Title 18, United States Code, Section 1014.

Court's Exhibit 3

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: _____
Linda Kaufman
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0404
E-mail: Linda.Kaufman@usdoj.gov


By: _____
Martha Paluch
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0404
E-mail: Martha.Paluch@usdoj.gov

Attorneys for Government

## CERTIFICATE OF SERVICE

I certify that on this 11th day of February, 2013, I electronically filed the foregoing **INFORMATION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martin Adam Stuart
E-mail: martinstuartlaw@solucian.com

Darlene Ann Bagley
E-mail: bagley@ridleylaw.com

William Lewis Taylor
E-mail: wltaylorpc@gmail.com

Paula M. Ray
E-mail: paulamray@earthlnk.net


By: *s/ Solange Reigel*
SOLANGE REIGEL
Legal Assistant to AUSA Linda Kaufman
United States Attorney's Office
1225 - 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0244
Fax: (303) 454-0402
E-mail: Solange.Reigel@usdoj.gov