DEFENDANT: John Phillip Gallegos

YEAR OF BIRTH: 1971

ADDRESS: Seattle, Washington

COMPLAINT FILED? \_\_\_\_\_ YES \_\_X\_\_ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? \_\_\_\_\_ YES \_\_X\_\_ NO

    IF NO, A NEW WARRANT IS REQUIRED

OFFENSE: Count 1: Making a False Statement to a Bank, 18 U.S.C. § 1014

LOCATION OF OFFENSE: Denver County, Colorado and King County, Washington

PENALTY: Count 1: NMT 30 years' imprisonment and/or NMT $1,000,000 fine; $100.00 Special Assessment Fee.

AGENT: Special Agent John Hause, F.B.I.
Special Agent Michael Godson, IRS

AUTHORIZED BY: Linda Kaufman and Martha Paluch
Assistant U.S. Attorneys

ESTIMATED TIME OF TRIAL:

\_\_\_\_\_ five days or less   \_\_\_\_\_ over five days   \_\_X\_\_ other (defendant to plead guilty)

THE GOVERNMENT

\_\_\_\_\_ will seek detention in this case   \_\_X\_\_ will **not** seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE: \_\_\_\_\_ Yes \_\_X\_\_ No