**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover         Date:  February 11, 2013
Court Reporter:       Terri Lindblom

Criminal Action No. 11-cr-00355-MSK

_Parties_:                                      _Counsel_:

UNITED STATES OF AMERICA,              Linda Kaufman
                                               Martha Paluch

            Plaintiff,

v.

JOHN PHILLIP GALLEGOS,                 William Taylor
                                               Darlene Bagley

            Defendant.

---

**ARRAIGNMENT AND CHANGE OF PLEA HEARING**

---

**10:04 a.m.      Court in session.**

Defendant present on bond.

Defendant is arraigned on Count 1 of the **Information**.  Defendant pleads guilty to Count 1 of the **Information.  The Government intends to dismiss the Counts of the Indictment against this defendant.**

Defendant sworn.

The Court advises the defendant of his right to be indicted by the grand jury.  The defendant waives his right to indictment.

Defendant advised regarding:

            1)       The Plea Agreement;

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

    2)    The maximum and minimum penalties, terms and conditions of supervised release, restitution, probation and/or forfeiture;

    3)    The objectives and factors in 18 U.S.C. §3553(a).

The Court explains defendant's right to a trial by jury and other constitutional rights and confirms that the defendant desires to waive such rights.

The Government orally moves to dismiss the Counts of the Indictment against this defendant (1-2; 5-6; 12-13; 15).  Defendant has no objection.

Oral findings are made of record.

**ORDER:**    The Government' s oral Motion to Dismiss the Counts of the Indictment against this defendant is **GRANTED but the effect of the Order is stayed until time of Sentencing.**

**ORDER:**    Plea Agreement and Statement by Defendant in Advance of Plea of Guilty (and any translations thereof) are received**.**

**ORDER:**    Defendant's plea is accepted and defendant is adjudged guilty as charged in **Count 1 of the Information.**

**ORDER:**    Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Cr.P.32. Defendant shall, with the assistance of counsel, immediately after this hearing or as soon as is practicable make arrangements to participate in the presentence investigation and shall cooperate fully with the probation department.

**ORDER:**    Sentencing hearing is set on **May 6, 2013 at 9:00 a.m.,** in Courtroom A901, 901 19th Street, Denver, CO.

**ORDER:**    Pending Motions (**Doc# 148, 160**) are **DENIED as moot**.

**ORDER:**    Bond is continued.

**11:01 a.m.**    **Court in recess.**

**Total Time:**    **57 Minutes.**
**Hearing concluded.**