RECORDING REQUESTED BY
Washington Mutual Bank, FA
7255 Baymeadows Way
Jacksonville, FL 32256

AND WHEN RECORDED MAIL TO:
Quality Loan Service Corp. of Washington
2141 5th Avenue
San Diego, CA 92101



2008110500051 7
FIDELITY NATIO NTS   44.00
PAGE001 OF 003
11/05/2008 11:30
KING COUNTY, WA

FIDELITY NATIONAL TITLE

U808787

Loan No: 0690402185    APN: 9238900840000    TS No: WA-08-201125-SH

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## NOTICE OF TRUSTEE'S SALE
### PURSUANT TO THE REVISED CODE OF WASHINGTON
### CHAPTER 61.24 ET. SEQ.

I.   NOTICE IS HEREBY GIVEN that Quality Loan Service Corp. of Washington, the undersigned Trustee, will on 2/6/2009, at 10:00 AM At the main entrance to the Administration Building, 500 4th Avenue, Seattle, WA sell at public auction to the highest and best bidder, payable, in the form of cash, or cashier's check or certified checks from federally or State chartered banks, at the time of sale the following described real property, situated in the County of KING, State of Washington, to-wit:

LOT 10, BLOCK 9, WELLINGTON PARK ADDITION TO THE CITY OF SEATTLE, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 16 OF PLATS, PAGE 93, RECORDS OF KING COUNTY, WASHINGTON. SITUATE IN THE COUNTY OF KING, STATE OF WASHINGTON.

Commonly known as:
7603 CALIFORNIA AVE SW
SEATTLE, WA 98136

which is subject to that certain Deed of Trust dated 4/8/2005, recorded 4/19/2005, under Auditor's File No. 20050419000883, in Book xxx, Page xxxrecords of KING County, Washington, from JOHN PHILLIP GALLEGOS, WHO ACQUIRED TITLE AS JOHN GALLEGOS, AN UNMARRIED PERSON, as Grantor(s), to FIDELITY NATIONAL TITLE 01, A WASHINGTON CORPORATION, as Trustee, to secure an obligation in favor of WASHINGTON MUTUAL BANK, A WASHINGTON CORPORATION, as Beneficiary.

II.   No action commenced by the Beneficiary of the Deed of Trust is now pending to seek satisfaction of the obligation in any Court by reason of the Borrower's or Grantor's default on the obligation secured by the Deed of Trust/Mortgage.

III.   The default(s) for which this foreclosure is made is/are as follows:

Failure to pay when due the following amounts which are now in arrears: $11,524.51

IV.   The sum owing on the obligation secured by the Deed of Trust is: The principal sum of $383,833.32,together with interest as provided in the Note from the 6/1/2008,and such other costs and fees as are provided by statute.

**ATTACHMENT 1**

AFTER RECORDING MAIL TO:

Duc Q. Ho and Emily Phuong
7603 California Avenue Southwest
Seattle, WA 98136



2009071000168 0
FIRST AMERICAN D        43.00
PAGE001 OF 002
07/10/2009 15:59
KING COUNTY, WA

E2398985
07/10/2009 15:55
KING COUNTY, WA
TAX          $5,519.80
SALE       $368,000.00    PAGE001 OF 001

Filed for Record at Request of:
First American Title Insurance Company

*Space above this line for Recorders use only*

## BARGAIN AND SALE DEED

21543

File No: 4431-1429687 (CAR)                Date: June 30, 2009

Grantor(s): JPMorgan Chase Bank
Grantee(s): Duc Q. Ho and Emily Phuong
Abbreviated Legal: LOT 10, BLOCK 9, WELLINGTON PARK ADD., VOL. 16, P. 93, KING COUNTY
Additional Legal on page: 1
Assessor's Tax Parcel No(s): 923890-0840-00    FIRST AMERICAN 1429687

THE GRANTOR(S), JPMorgan Chase Bank, National Association, as purchaser of the loans and other assets of Washington Mutual Bank, formerly known as Washington Mutual Bank, FA (the "Savings Bank") from the Federal Deposit Insurance Corporation, acting as receiver for the Savings Bank and pursuant to its authority under the Federal Deposit Insurance Act, 12 U.S.C. 1821(d), for and in consideration of Ten Dollars ($10.00) and other valuable consideration, in hand paid, bargains, sells, conveys to Duc Q. Ho and Emily Phuong, husband and wife, the following described real estate, situated in the County of King, State of Washington.

LEGAL DESCRIPTION: Real property in the County of King, State of Washington, described as follows:

LOT 10, BLOCK 9 OF WELLINGTON PARK ADDITION TO THE CITY OF SEATTLE, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 16 OF PLATS, PAGE 93,

SITUATE IN THE COUNTY OF KING, STATE OF WASHINGTON.

Subject To: This conveyance is subject to covenants, conditions, restrictions and easements, if any, affecting title, which may appear in the public record, including those shown on any recorded plat or survey.

Page 1 of 2                                                                      LPB 15-05

APN: 923890-0640-00    Bargain and Sale Deed    File No.: 4431-1429687 (CAR)
- continued    Date: 06/30/2009

[signature]
JPMorgan Chase Bank    Kelly Livingston
Vice President

STATE OF FL
COUNTY OF Duval } ss

I certify that I know or have satisfactory evidence that Kelly Livingston is/are the person(s) who appeared before me, and said person(s) acknowledged that he/she/they signed this instrument, on oath stated that he/she/they is/are authorized to execute the instrument and acknowledged it as the Vice President of JPMorgan Chase Bank to be the free and voluntary act of such party(ies) for the uses and purposes mentioned in this instrument.

Dated: 6-30-09   [signature]

Notary Public in and for the State of FL
Residing at: Duval
My appointment expires: 05-28-2012

BERNADETTE GILMORE
MY COMMISSION # DD 792081
EXPIRES: May 28, 2012
Bonded Thru Notary Public Underwriters

Page 2 of 2    LPB 15-05