```
2000143446  2000/10/03 10:00:27  1/ 2 WD
DENVER COUNTY CLERK AND RECORDER  10.00   15.59 JCZ
```

1-2
15.59

# WARRANTY DEED

THIS DEED, Made this 22nd day of September, 2000, between

**GARY L. MORTON and DOROTHY E. MORTON**

of County of DENVER, State of Colorado, grantor, and

**JOHN GALLEGOS**

whose legal address is 430 E. 6TH AVENUE, DENVER, COLORADO 80203, grantee;

WITNESSETH, That the grantor for and in consideration of the sum of One Hundred Fifty-Five Thousand Nine Hundred and 00/100 ($155,900.00) DOLLARS, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee, his heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of DENVER and State of Colorado described as follows:

**SEE ATTACHED EXHIBIT FOR LEGAL DESCRIPTION**

as known by street and number as: 430 E. 6TH AVENUE, DENVER, COLORADO 80203

TOGETHER with all and singular the hereditaments and appurtenances thereto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances.

TO HAVE AND TO HOLD the said premises above bargained and described, with the appurtenances, unto the grantee, his heirs and assigns forever. And the grantor, for himself, his heirs, and personal representatives, does covenant, grant, bargain, and agree to and with the grantee, his heirs and assigns, that at the time of the ensealing and delivery of these presents, he is well seized of the premises above conveyed, has good, sure, perfect, absolute and indefeasible estate of inheritance, in law, in fee simple, and has good right, full power and lawful authority to grant, bargain, sell and convey the same in manner and form as aforesaid, and that the same are free and clear from all former and other grants, bargains, sales, liens, taxes, assessments, encumbrances and restrictions of whatever kind or nature soever, except

General taxes for the year 1999 and subsequent years and subject to easements, restrictions, reservations, covenants and rights of way of record, if any.

The grantor shall and will WARRANT AND FOREVER DEFEND the above-bargained premises in the quiet and peaceable possession of the grantee, his heirs and assigns, against all and every person or persons lawfully claiming the whole or any part thereof. The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

IN WITNESS WHEREOF, the grantor has executed this deed on the date set forth above.

_____
GARY L. MORTON

_____
DOROTHY E. MORTON

STATE OF COLORADO
County of DENVER

The foregoing instrument was acknowledged before me this 22nd day of September, 2000, by GARY L. MORTON and DOROTHY E. MORTON.

My Commission Expires:                Witness my hand and official seal.

_____
Notary Public

My Commission Expires 6/11/2001



**ATTACHMENT 2**

00028293

LEGAL DESCRIPTION

3, BEGINNING AT A POINT ON THE NORTH LINE OF LOT 38, BLOCK 2, ARLINGTON PARK SUBDIVISION, FROM WHICH POINT THE NORTHWEST CORNER OF SAID LOT 38 BEARS WEST 25.20 FEET; THENCE SOUTH PARALLEL TO THE WEST LINE OF SAID LOT 38, 29.00 FEET; THENCE EAST PARALLEL TO THE NORTH LINE OF SAID LOT 38, 0.30 FEET; THENCE SOUTH PARALLEL TO THE WEST LINE OF SAID LOT 38, 8.75 FEET; THENCE EAST PARALLEL TO THE NORTH LINE OF SAID LOT 38, 21.70 FEET; THENCE NORTH PARALLEL TO THE WEST LINE OF SAID LOT 38, 23.75 FEET; THENCE EAST PARALLEL TO THE NORTH LINE OF SAID LOT 38, 7.20 FEET; THENCE NORTH PARALLEL TO THE WEST LINE OF SAID LOT 38, 13.90 FEET; THENCE WEST ALONG THE NORTH LINE OF SAID LOT 38, 29.20 FEET TO THE POINT OF BEGINNING.

CITY AND COUNTY OF DENVER,
STATE OF COLORADO.

00028294

Denver Property Assessment and Taxation System (2.1.0.0)

# 430 E 6TH AVE

Note: Enter schedule numbers without dashes

| Owner | PIN | Legal Description | Property Type | Tax District |
|---|---|---|---|---|
| GALLEGOS, JOHN<br>430 E 6TH AVE<br>DENVER , CO 80203-3604 | 162855134<br>Schedule Number<br>0511307059000 | ARLINGTON PARK B2 L37 & 38 BEG28.2FT E OF NW COR L38 TH S 29FT E 0.3FT S 8.75FT E 21.7FT N23.85FT E 7.2FT N 13.9FT W 29.2FT TO POB | RESIDENTIAL ROWHOUSE | DENV |

## Assessment

Actual Value Year: 2012 Actual Value: $185,600

## Property

Year Built: 1906 Square Footage: 791

## Comparables

| PIN | Address | Year | Sales Price |
|---|---|---|---|
| 162533943 | 458 EMERSON ST Denver CO | 1906 | $235,000 |
| 163424905 | 386 CLARKSON ST Denver CO | 1901 | $224,000 |
| 163424883 | 384 CLARKSON ST Denver CO | 1901 | $225,000 |

Denver Property Assessment and Taxation System (2.1.0.0)

# 430 E 6TH AVE

Note: Enter schedule numbers without dashes

| Owner | PIN | Legal Description | Property Type | Tax District |
|---|---|---|---|---|
| GALLEGOS,JOHN<br>430 E 6TH AVE<br>DENVER, CO 80203-3604 | 162855134<br>Schedule Number<br>0511307059000 | ARLINGTON PARK B2 L37 & 38 BEG28.2FT E OF NW COR L38 TH S 29FT E 0.3FT S 8.75FT E 21.7FT N23.85FT E 7.2FT N 13.9FT W 29.2FT TO POB | RESIDENTIAL ROWHOUSE | DENV |

## Real Estate Property Taxes for Tax Year 2012 Payable in 2013

Please click on additional information below to check for any delinquencies on this property/schedule number and for tax sale information.

|  | Installment 1 (Feb. 28 Feb. 29 in Leap Years) | Installment 2 (Jun 15) | Full Payment (Due Apr 30) |
|---|---|---|---|
| Date Paid | 2/22/2013 | | |
| Original Tax Levy | $620.87 | $620.86 | $1,241.73 |
| Liens/Fees | $0.00 | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 | $0.00 |
| Paid | $620.87 | $0.00 | $620.87 |
| Due | $0.00 | $620.86 | $620.86 |

[ Pay This Tax Now ]

Note: The amount of interest shown, if any, is good through the end of this month. This information is not to be used in place of a Certificate of Taxes Due. Please call the Treasurer's Office for these at (720) 913-9300.

[ View Delinquent Interest Chart ]

### Additional Information

Note: If "Y" is shown below, there is a special situation pertaining to this parcel. For additional information about this, click on the name to take you to an explanation.

| Additional Assessment | N | Prior Year Deliquency | N |
|---|---|---|---|
| Additional Owner(s) | N | Scheduled to be Paid by Mortgage Company | Y |
| Adjustments | N | Sewer/Storm Drainage Liens | Y |
| Local Improvement Assessment | N | Tax Lien Sale | N |
| Maintenance District | N | Treasurer's Deed | N |
| Pending Local Improvement | N | | |

Real estate property taxes for 2011 Paid in 2012:  **$1,053.20**

### Assessed Value for the tax year 2012 Payable in 2013

| Assessed Land | $3,690.00 | Assessed Improvements | $11,080.00 |
|---|---|---|---|
| Exemption | $0.00 | Total Assessed Value | $14,770.00 |