2289777
Page: 1 of 1
05/21/2002 03:02P
Boulder County Clerk, CO QCDJT   R 5.00   D 0.00

## QUITCLAIM DEED

THIS DEED, made this 29th day of March, 2002, between PAUL J. HASTINGS

of the *County of BOULDER and State of COLORADO, grantor, and

JOHN P. GALLEGOS AND WAUNITA WEINGART

whose legal address is 141 Lost Angel Road, Boulder, CO. 80302

of the County of Boulder and State of Colorado, grantees:

WITNESS, that the grantor, for and in consideration of the sum of Ten Dollars and no/100ths------------------------ DOLLARS, the receipt and sufficiency of which is hereby acknowledged, has remised, released, sold and QUITCLAIMED, and by these presents does remise, release, sell and QUITCLAIM unto the grantees, their heirs, successors and assigns forever, not in tenancy in common but in joint tenancy, all the right, title, interest, claim and demand which the grantor has in and to the real property, together with improvements, if any, situate, lying and being in the County of Boulder and State of Colorado, described as follows:

LOT 8,
PRIDE OF THE WEST,

COUNTY OF BOULDER,
STATE OF COLORADO.

also known by street and number as: 141 LOST ANGEL ROAD, BOULDER, COLORADO 80302
assessor's schedule or parcel number:

TO HAVE AND TO HOLD the same, together with all and singular the appurtenances and privileges thereunto belonging, or in anywise thereunto appertaining, and all the estate, right, title, interest and claim whatsoever of the grantor, either in law or equity, to the only proper use, benefit and behoof of the grantees, their heirs and assigns forever.

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.
IN WITNESS WHEREOF, the grantor has executed this deed on the date set forth above.

PAUL J. HASTINGS

STATE OF ~~COLORADO~~ CALIFORNIA } ss.
County of SAN FRANCISCO

The foregoing instrument was acknowledged before me this 1st day of APRIL, 2002,
by PAUL J. HASTINGS

JAMES E. STRAND
Commission # 1329168
Notary Public - California
San Francisco County
My Comm. Expires Nov 9, 2005

Witness my hand and official seal.
My commission expires: Nov 9 2005

James E. Strand
Notary Public

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

No. 962. Rev. 4-94.  QUITCLAIM DEED (to Joint Tenants)
Bradford Publishing, 1743 Wazee St., Denver, CO 80202 — (303) 292-2500 — www.bradfordpublishing.com — 6-01

BOULDER COUNTY, State of Colorado
Certified to be a full, true and complete copy as appears upon the records of my office.
HILLARY HALL, CLERK & RECORDER
by Yvonne Sanders, Deputy Clerk  L. Yvonne Sanders  4-19-11  Date

**ATTACHMENT 3**

00007475

**2671899**
Page: 1 of 1
03/15/2005 03:30P
Boulder County Clerk, CO SH    R 6.00    D 0.00
1098189217

LENDER: Chase Manhattan Mortgage Corp.

## SUBORDINATION OF HOMESTEAD EXEMPTION

WHEREAS **Craig Weingart** _____ (Non-Owner Spouse), being the spouse of **Wadn Weingart** (Owner Spouse), may have or has acquired certain rights in and to certain real property described herein below as a Homestead Exemption therefore by virtue of C.R.S. 1973, 38-41-201, et seq., as amended; and

WHEREAS **Wadn Weingart** _____ (Owner Spouse) by that certain Deed of Trust dated **April 9TH**, **2004**, securing a promissory note in the amount of **Four Hundred Ten Thousand and 00/100ths** ($ **410,000.00**) for the benefit of **Chase Manhattan Mortgage Corp.**
("Mortgagee") did grant and convey a lien on the real property therein described to the Public Trustee of **Boulder** County of **Boulder** State of Colorado;

NOW, THEREFORE, in consideration of the premises and in further consideration of the sum of One Dollar ($1.00) and other good and valuable consideration in and paid by the said **Chase Manhattan Mortgage Corp.**
(Mortgagee), the receipt and sufficiency of which are hereby acknowledged and confessed, said **Craig Weingart** _____ (Non-Owner Spouse) does hereby agree and declare that any and all rights of a Homestead Exemption therefore in and to the real property described herein, to-wit:
**See Attached Schedule A**

Also known and numbered as **141 Lost Angel Dr, Boulder, Colorado  80302**

shall be, and are hereby made subordinate, subject and inferior to the said Deed of Trust of **Chase Manhattan Mortgage Corp.**
(Mortgagee), the rights and interests of the beneficiary thereunder, its successors and assigns, the lien created thereby and the right, title and interest conveyed thereby to the Public Trustee of **Boulder** County of **Boulder**; State of Colorado.

IN WITNESS WHEREOF, the undersigned has hereunto set his or her hand and seal this **9TH** day of **April**, **2004**.

_Craig Weingart_
(Non-Owner Spouse)

STATE OF COLORADO  } ss.
**Boulder, CO** County of **Boulder**  }

The foregoing instrument was acknowledged before me this **9TH** day of **April**, **2004**, by **JOHN GALLEGOS**.

WITNESS my hand and official seal.

_Jn Hall_
Notary Public

My commission expires:
**11/13/05**

CO HOMESTEAD EXEMPTION
C-0526 (4/98) (replaces 12/97) Page 1 of 1

[Notary Seal: JOHN GALLEGOS NOTARY PUBLIC STATE OF COLORADO My Commission Expires 11/13/05]

RECORDERS NOTE: This document lacks the "attached" exhibit 3-15-05

[Boulder County Seal]
BOULDER COUNTY, State of Colorado
Certified to be a full, true and complete copy as appears upon the records of my office.
HILLARY HALL, CLERK & RECORDER
By _Yvonne Sanders_ 4-19-11 Date
Deputy Clerk L Yvonne Sanders

ROB

00007476

## Property Tax For Tax Year 2012 Payable 2013

THIS IS NOT A CERTIFICATE OF TAXES DUE.

New Search          Rates and Dates                  4/17/2013 12:53:49 PM

| Account#: | R0067544 | Tax Area: | 0188 |
|---|---|---|---|
| Address: | 141 Lost Angel | City: | Mountains |
| Owner: | Gallegos John P & | | |
| Legal: | LOT 8 PRIDE OF THE WEST | | |

| 2012 Taxes | | Valuation | |
|---|---|---|---|
| | Amount | Assessed | Actual |
| Tax: | $3,285.00 | $40,437 | $508,000 |
| Water: | $0.00 | | |
| Fees: | $0.00 | Total Mill Levy | |
| Specials: | $0.00 | 81.237 | |
| Exemptions: | -$0.00 | | |
| Total: | $3,285.00 | Show Mill Levy Tax Detail | |

| 2012 Tax Payments & Balance Due | | | |
|---|---|---|---|
| Payment | Amount | Date Paid | Paid By |
| 1st Half/Full: | $0.00 | | |
| 2nd Half: | $0.00 | | |
| Total: | $0.00 | Balance Due: | $3,285.00 |

For Due Dates, Click On "Rates And Dates" Above! ~

$1,675.35 Pay First Payment On Or Before 04/30/2013. Interest Included.
$3,285.00 Pay Whole Payment On Or Before 04/30/2013.

Assessor Detail          Previous Years Taxes                  New Search

Make Online Payment

http://webpubapps.bouldercounty.org/treasurer/proptax/treas_taxdesc.asp?accountno=R00...   4/17/2013