B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

District of Arizona
Case No. 2:09-bk-16155-RJH
Chapter 7

In re Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
JOHN P GALLEGOS
8547 E ARAPAHOE RD
UNIT 263
GREENWOOD VILLAGE, CO 80112

Social Security / Individual Taxpayer ID No.:
xxx-xx-5991

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 11/23/10

Randolph J. Haines
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**ATTACHMENT 4**

00027738

B18 (Official Form 18) (12/07) – Cont.

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

00027739

# CERTIFICATE OF NOTICE

```
District/off: 0970-2        User: radickem          Page 1 of 2           Date Rcvd: Nov 23, 2010
Case: 09-16155              Form ID: b18            Total Noticed: 37

The following entities were noticed by first class mail on Nov 25, 2010.
db           +JOHN P GALLEGOS,    8547 E ARAPAHOE RD,    UNIT 263,    GREENWOOD VILLAGE, CO 80112-1436
cr           +BAC Home Loan Servicing, L.P. fka Countrywide Home,    Tiffany & Bosco, P.A.,
               2525 E. Camelback Rd.,    Suite 300,    Esplanade II,    Phoenix, AZ 85016-4237
cr           +Bank of America, N.A.,    c/o CT Corporation System,    2394 E. Camelback Rd.,
               Phoenix, AZ 85016-3429
cr          +++WILSHIRE CREDIT CORP,    PO BOX 1650,    PORTLAND, OR 97207-1650
8265263      +AIG Federal Bank,    600 King St.,    Wilmington DE 19801-3712
8265265      +Amtrust Bank,    1801 E. 9th St. #200,    Cleveland OH 44114-3103
8566904      +BAC Home Loan Servicing, L.P.,    7105 Corporate Drive,    Plano, TX 75024-4100
8329135      +BAC Home Loan Servicing, L.P. fka Countrywide Home,    2525 E. CAMELBACK RD. SUITE 300,
               PHOENIX, AZ 85016-4237
8265269      +BMW,    2735 E. Parleys Wys,    Salt Lake City UT 84109-1663
8265267      +Bank of America,    4161 Pidmont,    Greensboro NC 27411-0001
8340769      +Bank of America, N.A.,C/O MARK S. BOSCO,    2525 E. CAMELBACK RD. SUITE 300,
               PHOENIX, AZ 85016-4237
8265268      +Bartkus Oil,    3501 Pearl St,    Boulder CO 80301-2421
8265275      +CRF Solutions,    2051 Royal Ave,    Simi Valley CA 93065-4679
8265271      +Collection Center Inc,    406 6th Street,    Rawlins WY 82301-5408
8265272      +Colorado State Deparment of Revenue,    1375 Sherman St. Rm #409,    Denver CO 80261-0001
8265274      +Country Wide Home Loans,    450 American St # SV416,    Simi Valley CA 93065-6285
8265276      +Fidelity National Title Insurance Co.,    601 Riverside Avenue,    Jacksonville FL 32204-2901
8265278      +Guarantee Bank,    1300 South Mopac,    Austin TX 78746-6907
8265279       Hertz Equipment,    P.O. Box 650280,    Dallas TX 75265-0280
8265280      +Homecomings Financial,    2711 N. Haskell Ave. #900,    Dallas TX 75204-2915
8265281      +Indymac Bank,    6900 Beatrice Corner,    Kalamazoo MI 49009-9559
8265283      +Moye White LLP,    16 Market Square 6th Fl,    1400 16th St,    Denver CO 80202-1470
8265285      +One West Bank,    P.O. Box 4045,    Kalamazoo MI 49003-4045
8265286      +Select Portfoilio,    P. O. Box 65250,    Salt Lake City UT 84165-0250
8265287      +The Affiliated Group,    P.O. Box 7739,    Rochester MN 55903-7739
8336658      +WELLS FARGO BANK, N.A. C/O MARK S. BOSCO,    2525 E. CAMELBACK RD. SUITE 300,
               PHOENIX, AZ 85016-4237
8265290      +Wells Fargo Home Mortgage,    8480 Stagecoach Corner,    Frederick MD 21701-4747
8265291      +Wells Fargo Mortgage,    8480 Stagecoach Corner,    Frederick MD 21701-4747

The following entities were noticed by electronic transmission on Nov 24, 2010.
tr            EDI: QDMREAVES.COM Nov 23 2010 21:28:00     DAVID M. REAVES,    PO BOX 44320,
               PHOENIX, AZ 85064-4320
smg           EDI: AZDEPREV.COM Nov 23 2010 21:28:00     AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
               1600 W. MONROE, 7TH FL.,    PHOENIX, AZ 85007-2650
8265264       EDI: AMEREXPR.COM Nov 23 2010 21:28:00     American Express,    PO Box 297812,
               Fort Lauderdale FL 33329-7812
8265266      +EDI: BANKAMER2.COM Nov 23 2010 21:28:00     Bank of America,    475 Crosspoint Parkway,
               Getzville NY 14068-1609
8265289       EDI: CHASE.COM Nov 23 2010 21:28:00     Washington Mutual,    P.O. Box 1093,    Northridge CA 91328
8265270      +EDI: CHASE.COM Nov 23 2010 21:28:00     Chase,    800 Brooksedge Blvd,    Westerville OH 43081-2822
8265277      +E-mail/Text: bankruptcysupport@flagstar.com                            Flagstar Bank,
               5151 Corporate Dr.,    Troy MI 48098-2639
8265282       EDI: IRS.COM Nov 23 2010 21:28:00     Internal Revenue Service (7),    Spec Proc MS# 5082PX,
               210 East Earll Dr BK Disc,    Phoenix AZ 85012-9863
8265288       E-mail/Text: vci.bkcy@vwcredit.com                            VW Credit,    P.O. Box 3,
               Hillsboro OR 97123
                                                                                               TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Deutsche Bank National Trust Company, as Trustee o
cr            c/o Mark S. Bosco Wells Fargo Bank, N.A.
8265273       Colorado Treasury Department
8265292       Wilbur & Associates Law Firm,    P.O. Box 2159,    IL 61703
cr*          +BAC HOME LOAN SERVICING, L.P.,    7105 Corporate Drive,    Plano, TX 75024-4100
8265284     ##+Ocwen Loan Servicing, LLC,    12650 Ingenuity Drive,    Orlando FL 32826-2703
8265293     ##+Willshire Credit,    1776 SW Madison,    Portland OR 97205-1715
                                                                                       TOTALS: 4, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0970-2      User: radickem      Page 2 of 2           Date Rcvd: Nov 23, 2010
Case: 09-16155            Form ID: b18        Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 25, 2010            Signature:   *Joseph Speetjens*

00027741