B6F (Official Form 6F) (12/07)

In re   **John P Gallegos**                                   , Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community (H/W/J/C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Creditor #: 1<br>AIG Federal Bank<br>600 King St.<br>Wilmington, DE 19801 | | - | Credit Card | | | | 8,000.00 |
| Account No. 3499909830317013<br>Creditor #: 2<br>American Express<br>PO Box 297812<br>Fort Lauderdale, FL 33329-7812 | | - | Credit Card | | | | 12,474.00 |
| Account No. 0007669335<br>Creditor #: 3<br>Amtrust Bank<br>1801 E. 9th St. #200<br>Cleveland, OH 44114 | | - | Mortgage Foreclosure<br>141 Lost Angel Rd<br>Boulder, CO 80302 | | | | 408,927.00 |
| Account No.<br>Creditor #: 4<br>Bank of America<br>475 Crosspoint Parkway<br>Getzville, NY 14068 | | - | Mortgage Foreclosure<br>141 Lost Angel Rd<br>Boulder, CO 80302 | | | | 381,993.00 |
| __6__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 811,394.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                                S/N:34966-090310   Best Case Bankruptcy

**ATTACHMENT 5**

00027702

B6F (Official Form 6F) (12/07) - Cont.

In re   John P Gallegos                                  ,   Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 6313378850<br>Creditor #: 5<br>Bank of America<br>475 Crosspoint Parkway<br>Getzville, NY 14068 | | - | Mortgage 1st Foreclosure<br>7603 SW California Ave<br>Seattle, WA 98136 | | | | 417,000.00 |
| Account No. 6820-0148-495499<br>Creditor #: 6<br>Bank of America<br>4161 Pidmont<br>Greensboro, NC 27411 | | - | Equity Line 2nd Foreclosure<br>7603 SW California Ave<br>Seattle, WA 98136 | | | | 104,915.00 |
| Account No. 1039<br>Creditor #: 7<br>Bartkus Oil<br>3501 Pearl St<br>Boulder, CO 80301 | | - | Utility | | | | 1,646.98 |
| Account No. 4636-6760-0214-6620<br>Creditor #: 8<br>BMW<br>2735 E. Parleys Wys<br>Salt Lake City, UT 84109 | | - | Credit Card | | | | 10,470.00 |
| Account No. *****4169<br>Creditor #: 9<br>Chase<br>800 Brooksedge Blvd<br>Westerville, OH 43081 | | - | Credit Card | | | | 7,060.00 |

Sheet no. __1__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   541,091.98

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

00027703

B6F (Official Form 6F) (12/07) - Cont.

In re  John P Gallegos
                                    Debtor
Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 7030860002172128<br>Creditor #: 10<br>Collection Center Inc<br>406 6th Street<br>Rawlins, WY 82301 | | - | Collection-Boulder Community Hospital | | | | 90.00 |
| Account No. 180747857<br>Creditor #: 11<br>Country Wide Home Loans<br>450 American St # SV416<br>Simi Valley, CA 93065 | | - | Mortgage Foreclosure<br>7603 SW California Ave<br>Seattle, WA 98136 | | | | 464,814.00 |
| Account No. 08CV3073<br>Creditor #: 12<br>Fidelity National Title Insurance Co.<br>601 Riverside Avenue<br>Jacksonville, FL 32204 | | - | Law suit | X | X | X | Unknown |
| Account No. 998137040<br>Creditor #: 13<br>Flagstar Bank<br>5151 Corporate Dr.<br>Troy, MI 48098 | | - | Mortgage Foreclosure<br>430 East 6th Ave<br>Denver, CO 80203 | | | | 116,750.00 |
| Account No.<br>Creditor #: 14<br>Guarantee Bank<br>1300 South Mopac<br>Austin, TX 78746 | | - | overdraft | | | | 1,000.00 |

Sheet no. 2 of 6 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   582,654.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

00027704

B6F (Official Form 6F) (12/07) - Cont.

In re   John P Gallegos , Case No. _____
                       Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 2865575 <br> Creditor #: 15 <br> Hertz Equipment <br> P.O. Box 650280 <br> Dallas, TX 75265-0280 | | - | Line of Credit | | | | 1,121.20 |
| Account No. 0432990992 <br> Creditor #: 16 <br> Homecomings Financial <br> 2711 N. Haskell Ave. #900 <br> Dallas, TX 75204 | | - | Mortgage Foreclosure <br> 430 East 6th Ave <br> Denver, CO 80203 | | | | 138,495.00 |
| Account No. 5902-0000-7434232971 <br> Creditor #: 17 <br> Homecomings Financial <br> 2711 N. Haskell Ave. #900 <br> Dallas, TX 75204 | | - | Mortgage Foreclosure <br> 141 Lost Angel Rd <br> Boulder, CO 80302 | | | | 241,871.00 |
| Account No. 1001674132 <br> Creditor #: 18 <br> Indymac Bank <br> 6900 Beatrice Corner <br> Kalamazoo, MI 49009 | | - | Mortgage Foreclosure <br> 430 East 6th Ave <br> Denver, CO 80203 | | | | 127,346.00 |
| Account No. 0100831031 <br> Creditor #: 19 <br> Ocwen Loan Servicing, LLC <br> 12650 Ingenuity Drive <br> Orlando, FL 32826 | | - | Mortgage Foreclosure <br> 430 East 6th Ave <br> Denver, CO 80203 | | | | 130,482.00 |

Sheet no. 3 of 6 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    639,315.20

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

00027705

B6F (Official Form 6F) (12/07) - Cont.

In re  John P Gallegos,
              Debtor

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 0031708068<br>Creditor #: 20<br>Ocwen Loan Servicing, LLC<br>12650 Ingenuity Drive<br>Orlando, FL 32826 | | - | Mortgage Foreclosure<br>430 East 6th Ave<br>Denver, CO 80203 | | | | 126,678.00 |
| Account No. 4001396110<br>Creditor #: 21<br>Select Portfoilio<br>P. O. Box 65250<br>Salt Lake City, UT 84165 | | - | Mortgage Foreclosure<br>141 Lost Angel Rd<br>Boulder, CO 80302 | | | | 378,398.00 |
| Account No. 8790506433<br>Creditor #: 22<br>Select Portfoilio<br>P. O. Box 65250<br>Salt Lake City, UT 84165 | | - | Mortgage Foreclosure<br>430 East 6th Ave<br>Denver, CO 80203 | | | | 118,265.00 |
| Account No. 4001404013<br>Creditor #: 23<br>Select Portfoilio<br>P. O. Box 65250<br>Salt Lake City, UT 84165 | | - | Mortgage Foreclosure<br>141 Lost Angel Rd<br>Boulder, CO 80302 | | | | 261,778.00 |
| Account No. 6075994<br>Creditor #: 24<br>The Affiliated Group<br>P.O. Box 7739<br>Rochester, MN 55903 | | - | Collections-XCEL Energy Utility Bill | | | | 394.00 |

Sheet no. __4__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 885,513.00

B6F (Official Form 6F) (12/07) - Cont.

In re   John P Gallegos
                    Debtor

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> Creditor #: 25 <br> VW Credit <br> P.O. Box 3 <br> Hillsboro, OR 97123 | | - | Auto Loan | | | | 11,000.00 |
| Account No. 0690402185 <br> Creditor #: 26 <br> Washington Mutual <br> P.O. Box 1093 <br> Northridge, CA 91328 | | - | Mortgage Foreclosure <br> 7603 SW California Ave <br> Seattle, WA 98136 | | | | Unknown |
| Account No. 0146876461 <br> Creditor #: 27 <br> Wells Fargo Home Mortgage <br> 8480 Stagecoach Corner <br> Frederick, MD 21701 | | - | Mortgage Foreclosure <br> 141 Lost Angel Rd <br> Boulder, CO 80302 | | | | 389,519.00 |
| Account No. 0157234931 <br> Creditor #: 28 <br> Wells Fargo Mortgage <br> 8480 Stagecoach Corner <br> Frederick, MD 21701 | | - | Mortgage Foreclosure <br> 141 Lost Angel Rd <br> Boulder, CO 80302 | | | | 488,052.00 |
| Account No. <br> Creditor #: 29 <br> Wilbur & Associates Law Firm <br> P.O. Box 2159 <br> IL 61703 | | - | Collection for Cambridge Integrated | | | | 891.30 |

Sheet no. __5__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   889,462.30

B6F (Official Form 6F) (12/07) - Cont.

In re __John P Gallegos_____,  Case No. _____
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 745007<br>Creditor #: 30<br>Willshire Credit<br>1776 SW Madison<br>Portland, OR 97205 | | - | Home Equity | | | | 37,606.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. _6_ of _6_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  37,606.00

Total (Report on Summary of Schedules)  4,387,036.48

00027708