```
2982009
Page: 1 of 107
03/02/2009 08:11A
Boulder County Clerk, CO N    R 536.00    D 0.00
```

## NOTICE OF CLAIM OF INTEREST

PLEASE TAKE NOTICE THAT the following Claimants do hereby give notice to the world that each claims an interest in the nature of a lien, equitable or otherwise, encumbering the real property described as **LOT 8, PRIDE OF THE WEST, COUNTY OF BOULDER, STATE OF COLORADO,** commonly known as **141 LOST ANGEL ROAD, BOULDER, CO 80202** pursuant to the deeds of trust set forth below:

**1, Original Grantors (Borrower):** John P. Gallegos
**Original Beneficiary (Lender):** Aames Funding Corporation dba Aames Home Loans
**Current Beneficiary (Claimant):** U.S. Bank National Association as Trustee of CSFB ABS Trust Series HEAT 2002-1
**Date of Deed of Trust:** March 21, 2002

Said Deed of Trust, a copy of which is attached hereto as Exhibit A, was given to secure the payment of that certain promissory note dated March 21, 2002 in the original principal amount of $278,000.00 as provided for under the terms and conditions set forth in said Note and Deed of Trust. The indebtedness evidenced by said Note and Deed of Trust remains unpaid.

**2. Original Grantors (Borrower):** John P. Gallegos
**Original Beneficiary (Lender):** Mortgage Electronic Registration Systems, Inc. as nominee for Resource Bank
**Current Beneficiary (Claimant):** The Bank of New York successor to JPMorgan Chase Bank, successor to Bank One, N.A., as trustee for the holders of the CSFB Mortgage-Backed Pass-Through Certificates, Series 2002-22
**Date of Deed of Trust:** March 29, 2002

Said Deed of Trust, a copy of which is attached hereto as Exhibit B, was given to secure the payment of that certain promissory note dated March 29, 2002 in the original principal amount of $400,000.00 as provided for under the terms and conditions set forth in said Note and Deed of Trust. The indebtedness evidenced by said Note and Deed of Trust remains unpaid.

**3. Original Grantors (Borrower):** John P. Gallegos
**Original Beneficiary (Lender):** Mortgage Electronic Registration Systems, Inc. as nominee for General Mortgage Corporation
**Current Beneficiary (Claimant):** Residential Funding Corp.
**Date of Deed of Trust:** June 25, 2002

Said Deed of Trust, a copy of which is attached hereto as Exhibit C, was given to secure the payment of that certain promissory note dated June 25, 2002 in the original principal amount of $229,800.00 as provided for under the terms and conditions set forth in said Note and Deed of Trust. The indebtedness evidenced by said Note and Deed of Trust remains unpaid.

RECORDER'S NOTE: Recorded as received 3-2-09

Page 1 of 3

**ATTACHMENT 7**


RoB

2982009
Page: 2 of 107
03/02/2009 08:11A
Boulder County Clerk, CO N      R 536.00      D 0.00

4. **Original Grantors (Borrower):** Waun Weingart
   **Original Beneficiary (Lender):** Mortgage Electronic Registration Systems, Inc. as nominee for America's Wholesale Lender
   **Current Beneficiary (Claimant):** Wachovia Bank, National Association as Trustee for the Holders of GSR 2004-09
   **Date of Deed of Trust:** May 24, 2004

   Said Deed of Trust, a copy of which is attached hereto as Exhibit D, was given to secure the payment of that certain promissory note dated May 24, 2004 in the original principal amount of $444,500.00 as provided for under the terms and conditions set forth in said Note and Deed of Trust. The indebtedness evidenced by said Note and Deed of Trust remains unpaid.

5. **Original Grantors (Borrower):** John P. Gallegos
   **Original Beneficiary (Lender):** Wells Fargo Bank, N.A.
   **Current Beneficiary (Claimant):** Bank of America, National Association
   **Date of Deed of Trust:** December 27, 2006

   Said Deed of Trust, a copy of which is attached hereto as Exhibit E, was given to secure the payment of that certain promissory note dated December 27, 2006 in the original principal amount of $495,000.00 as provided for under the terms and conditions set forth in said Note and Deed of Trust. The indebtedness evidenced by said Note and Deed of Trust remains unpaid.

6. **Original Grantors (Borrower):** Waun R. Weingart
   **Original Beneficiary (Lender):** Mortgage Electronic Registration Systems, Inc. as nominee for New Century Mortgage Corporation
   **Current Beneficiary (Claimant):** Countrywide Home Loans Servicing LP for the benefit of HSBC Bank USA, N.A.
   **Date of Deed of Trust:** January 23, 2007

   Said Deed of Trust, a copy of which is attached hereto as Exhibit F, was given to secure the payment of that certain promissory note dated January 23, 2007 in the original principal amount of $450,000.00 as provided for under the terms and conditions set forth in said Note and Deed of Trust. The indebtedness evidenced by said Note and Deed of Trust remains unpaid.

7. **Original Grantors (Borrower):** Waun Weingart
   **Original Beneficiary (Lender):** Bank of America, N.A.
   **Current Beneficiary (Claimant):** Bank of America, N.A.
   **Date of Deed of Trust:** March 14, 2008

   Said Deed of Trust, a copy of which is attached hereto as Exhibit G, was given to secure the payment of that certain promissory note dated March 14, 2008 in the original principal amount of $417,000.00 as provided for under the terms and conditions set forth in said Note and Deed of Trust. The indebtedness evidenced by said Note and Deed of Trust remains unpaid.

```
                                     2982009
                                     Page: 3 of 107
                                     03/02/2009 08:11A
Boulder County Clerk, CO N   R 536.00    D 0.00
```

The Claimants by this notice assert upon information and belief due to what may constitute fraudulent activity, the validity, extent and/or priority of all liens, both recorded and unrecorded, against the above-referenced property require adjudication before a court of competent jurisdiction as Colorado is a race-notice recording jurisdiction, C.R.S. 38-15-109. By filing this notice, the Claimants assert their respective interests in the above-referenced property and request notice of all actions affecting said property.

CASTLE MEINHOLD & STAWIARSKI, LLC

*[signature]*

Attorneys for Claimants
999 18th Street, Suite 2201
Denver, CO 80202
(303) 865-1400

STATE OF COLORADO          )
                           ) ss.
CITY AND COUNTY OF DENVER  )

This instrument was acknowledged before me on this 27th day of February, 2009, by Elizabeth S. Marcus of the law firm of Castle Meinhold & Stawiarski, LLC.

Witness my hand and official seal.

My commission expires:

```
CHAD N HINTON
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 4/4/2009
```

*[signature]* Notary Public

Page 3 of 3

Gallegos/Weingart/08-23247/08-21491/08-17335/08-20258/08-18641/08-21249/08-23874