

**U.S. Department of Justice**
Federal Bureau of Prisons
Federal Correctional Institution

11900 E. Cornell Ave.
Unit C
Aurora, CO 80014

April 16, 2013

Honorable Marcia S. Krieger
United States District Court, District of Colorado
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, Colorado 80202

Re: Management of Inmates with Human Immunodeficiency Virus (HIV) in the Federal Bureau of Prisons

Dear Judge Krieger:

I am writing in response to a request from the United States Attorney's Office that I describe how an inmate with well controlled HIV disease might be cared for if incarcerated in the Federal Bureau of Prisons (BOP).

I am a board certified internist employed by the Federal Bureau of Prisons as the Regional Medical Director in the Western Region. I have been employed by the Bureau of Prisons for the past fifteen years where I have provided care for many inmates with complex medical conditions. I received a Bachelor of Arts degree from Duke University, graduated from medical school at the University of Southern California and completed a residency in internal medicine through the University of California Los Angeles.

I was given the hypothetical case of a 42 year old male who was diagnosed with HIV about thirty months ago. Currently his disease is well controlled with Atripla. He has an undetectable viral load, and a CD-4 count of 560. He submits to blood work every six months to monitor his kidney and liver function, HIV viral load, and CD-4 count.

Management of an inmate such as the one described is considered a routine health services function in the BOP. Currently, there are

**ATTACHMENT 8**

just under 1500 HIV infected inmates in the BOP. An inmate such as this would be classified as a Care Level 1 inmate who would be eligible to be designated to any BOP facility appropriate for his security classification. Asymptomatic HIV infected inmates like this are routinely housed in general population.

Such an inmate would be prescribed Atripla, which he would self-administer from a supply given to him. Inmates such as this routinely undergo laboratory monitoring of their kidney and liver function, HIV viral load, CD-4 count and other medically indicated laboratory tests every six months unless it is clinically indicated to monitor them more frequently.

Should an asymptomatic HIV infected inmate like this one develop a medical complication related to his disease that required expert knowledge to manage, he would either be evaluated by an infectious disease specialist in the local community, or via consultation with the Infectious Disease service of the Mayo Clinic, with which the BOP has a standing arrangement.

While it would not apply to this case, BOP inmates with advanced HIV infection (AIDS) are normally designated to FMC Rochester for care. Currently there are 53 inmates with AIDS at FMC Rochester.

The Bureau of Prisons is committed to providing its inmates with medical care which is consistent with community standards. I trust this evaluation satisfies your concerns. Please feel free to contact me at (303) 338-6588 if I may be of further assistance in this matter.

Sincerely,

James Pelton, M.D.
Regional Medical Director, Western Region