**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 11-cr-355-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WAUNITA WEINGART
**2. JOHN PHILLIP GALLEGOS**
3. ALOIS CRAIG WEINGART,

    Defendants

---

**DEFENDANT JOHN GALLEGOS' MOTION TO RESTRICT DOCUMENT**

---

    Defendant John Gallegos, by and through counsel, respectfully moves to restrict his Sentencing Statement and Motion for Non-Guideline Statutory Sentence as well as Attachments B, C, and D to said pleading; any order revealing the contents of that document; and the brief filed in support of this motion for the reasons stated in the brief filed in support of this motion.  Mr. Gallegos requests a "Level 2" Restriction which would make the document, any order revealing the contents of that document and the brief filed in support of this motion, "Viewable by Selected Parties and Court" only.

    Respectfully submitted this 22nd day of April, 2013.

                                                  */s/ William L. Taylor*
                                                William L. Taylor, #21098

        */s/ Darlene A. Bagley*
        Darlene A. Bagley, #35728
        RIDLEY, MCGREEVY & WINOCUR P.C.
        303 16th Street, Suite 200
        Denver, CO  80202
        Telephone:  (303) 629-9700

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of April, 2013, I served a true and correct copy of the foregoing **DEFENDANT JOHN GALLEGOS' MOTION TO RESTRICT DOCUMENT** via CM/ECF to all parties listed therein including:

Linda Kaufman
Assistant United States Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100
FAX:  (303) 454-0401
E-mail:  Linda.Kaufman@usdoj.gov
Attorney for Government

Martha Paluch
Assistant United States Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100
FAX:  (303) 454-0401
E-mail:  martha.paluch@usdoj.gov
Attorney for Government

U.S. Probation Officer Nicole Peterson
(via U.S. Mail)

Paula M. Ray
Paula M. Ray, P.C.
P.O. Box 12554
Denver, CO 80212-0554
Telephone: 303-874-5170
E-mail: paulamray@earthlink.net
Attorney for Craig Weingart

Martin Stuart
PortmanStuart, LLC
955 Bannock Street, suite 200
Denver, CO 80204
Phone:  303-355-6789
Fax:  303-623-0714
E-mail:  mstuart@portmanstuart.com
Attorney for Waunita Weingart

*/s/ Holli M. Baker*
Holli M. Baker