# Exhibit C



**capitol hill medical**

901 Boren Avenue Suite 705 Seattle, WA 98104
206.720.9999 tel   206.329.4444 fax

www.capitolhillmedical.com

Hon. Marcia S. Krieger
United States District Court
District of Colorado
Alfred A. Arraj Courthouse
901 19th Street, Courtroom A901
Denver, CO 80294

Re:   *John Phillip Gallegos (DOB 04/27/71)*

Dear Hon. Judge Krieger,

My name is Dr. Vy Chu. I am one of the founding members of Capitol Hill Medical in Seattle, Washington. Capitol Hill Medical is a gay focused clinic that serves the unique medical needs of the GLBT community in Seattle. I am certified by the American Academy of HIV Medicine as an HIV specialist.

Mr. Gallegos is one of my patients. He has been coming to see me since March 2011, one month after he received his HIV-positive diagnosis. Treatment of individuals who have been diagnosed with HIV entails a very controlled regimen of medication and management. Specifically, we like to have patients come in once every three months for blood work to track their CD4 counts and their viral load. The CD4 count, which is a measurement of one's white blood cell score, tells us how the patient's immune system is doing. The viral load tells us how many virus particles are present in the patient's blood.

Treatment of HIV with medication must also be monitored closely because HIV mutates quickly—approximately one thousand times faster than the flu. Because of this high level of mutation, we prescribe three medications to our HIV patients. The hope is that, if the virus mutates in such a way that is resistant to one of their medications, the other two medications that the patient is taking will be able to defeat that cell's progeny. Atripla, the medication that I have prescribed to manage Mr. Gallegos' HIV, is very costly and must be taken every day.

Mr. Gallegos has been very responsible with both his blood work schedule and his medication. I see him every three to four months to review his levels and to see how he is responding to his medication. Mr. Gallegos currently has a low viral load because of his strict regimen and the monitoring that we are able to provide.

It is my understanding that this Court will be sentencing Mr. Gallegos in the near future and that a possible sentence may entail incarceration. I have concerns



**capitol hill medical**

901 Boren Avenue Suite 705 Seattle, WA 98104
206.720.9999 tel   206.329.4444 fax

www.capitolhillmedical.com

that, if Mr. Gallegos were incarcerated, his access to medical care and the necessary medications may not be sufficient, and, thus, his health may be jeopardized. Successful management of HIV requires regular monitoring, and I am unsure if a correctional facility would be able to provide the regimen necessary to continue the successful management of Mr. Gallegos' HIV treatment. Moreover, if Mr. Gallegos were to miss doses of his prescribed daily medications, his susceptibility to a raised viral load and resistant mutations would certainly increase. I am also concerned that during any period of incarceration Mr. Gallegos would not be provided sufficient opportunity to physically exercise. Along with medication and management of his numbers, physical exercise is a key component in Mr. Gallegos' HIV treatment regimen; with exercise, Mr. Gallegos is able to reduce stress and boost his immune system, both of which are essential components in his HIV treatment.

Again, Mr. Gallegos is currently responding well in treatment and is managing his diagnosis with a strict regimen of medication, medical supervision, and exercise. As his physician, I hope that this can continue and not be compromised.

Sincerely,

Dr. Vy Chu
Capitol Hill Medical
901 Boren Ave., Suite 705
Seattle, WA 98104
(206) 720-9999