# EXHIBIT A
(to Defendant's SENTENCING STATEMENT AND MOTION FOR NON-GUIDELINE STATUTORY SENTENCE)

# Scott A. Humphreys, MD
1601 E. 19th Ave
Suite 4005
Denver, CO 80218
(303) 394-2060

**Professional Experience**

September 2008 – present: Associate Medical Director
    Colorado Physicians Health Plan (CPHP)
    Responsibilities: Evaluate and monitor physicians, residents, medical students, physician assistants and physician assistant students who may have health problems which if left untreated, could adversely affect their ability to practice medicine safely.

April 2005 – present: Private Practice
    In addition to providing general psychiatric care and general forensic evaluations, I have a specialized interest in sex offender evaluation, treatment and management. I work with the judicial system and several sex offender treatment organizations.

April 2005 – present: Geriatric Psychiatrist
    The Medical Center of Aurora
    Responsibilities: Evaluation, management and treatment of senior patients with severe psychiatric problems. These issues typically involve dementia-related behaviors, mood disorders and psychotic disorders.

February 07 - present: Consulting Psychiatrist
    Teaching Humane Existence (T.H.E)
    Responsibilities: Evaluation and management of sex offenders in the Denver community.

June 2006 – present: Consulting Psychiatrist
    Presbyterian/St. Luke's Hospital
    Responsibilities: Providing diagnostic and treatment recommendations to medical and surgical service caring for patients exhibiting psychiatric symptoms.

June 2005 – present: Consulting Psychiatrist
    Colorado Mental Health Institute at Pueblo
    Responsibilities: Perform competency and sanity evaluations of criminal defendants.

May 2005 – April 2007: Staff Psychiatrist
    Presbyterian/ St. Luke's Hospital – Denver, CO
    Responsibilities: Diagnosis and treatment of mentally ill inpatients and psychiatric consultations to other medical services.

April 2005 – March 2008: Medical Director
    Colorado Assessment and Treatment Center
    Responsibilities: Psychiatric management of mentally ill inmates in community corrections.

October 2005 – June 2006: Staff Psychiatrist
    Denver County Jail
    Responsibilities: Psychiatric diagnosis and management of mentally ill inmates.

## Education/Training:

| | |
|---|---|
| 2004-05: | Fellow in Forensic Psychiatry |
| | University of Colorado Health Sciences Center - Denver, CO |
| 2003-04: | Chief Resident |
| | Johns Hopkins Hospital Department of Psychiatry - Baltimore, MD |
| 2001-03: | Resident in General Psychiatry |
| | Johns Hopkins Hospital Department of Psychiatry - Baltimore, MD |
| 2000-01: | Intern in Internal Medicine and Psychiatry |
| | Johns Hopkins Bayview Medical Center - Baltimore, MD |
| 1996-00: | Medical Student |
| | University of Oklahoma College of Medicine - Oklahoma City, OK |
| 1991-94: | Wofford College - Spartanburg, SC |
| | BS – Psychology |

## Medical Staff Affiliations:
Presbyterian / St. Lukes Hospital
Rose Medical Center
Medical Center of Aurora
Skyridge Medical Center
North Suburban Medical Center
Swedish Medical Center
Colorado Mental Health Institute at Pueblo

## Research and Publishing Experience:

<u>Practicing Forensic Psychiatry Within a Physician Health Program</u>. Scott A. Humphreys

Presented:
American Academy of Psychiatry and Law, Annual Meeting. (2011) Boston, MA

<u>Juveniles who Sexually Abuse</u>. Jeffrey Metzner, Scott Humphreys and Gail Ryan. chapter in *Sex offenders: Identification, Risk Assessment, Treatment, and Legal Issues*. Eds. F. Saleh, J. Bradford, D. Brodsky & A. Grudzinskas.

<u>Evidence for an Acute but not Chronic Withdrawal Syndrome Following Cocaine Exposure</u>.  Scott A. Humphreys and Sharon Walsh
    Presented:
    - College of Problems on Drug Dependence, Annual Meeting.  (2003) Bal Harbor, FL

<u>Role of Nitric Oxide in Post-Ischemic Cerebral Hyperemia in Anesthetized Rats</u>.   Scott A. Humphreys and Michael C. Koss
    Published:
    - <u>European Journal of Pharmacology</u>. 347 (1998)223-229
    Presented:
    - American Society for Pharmacology and Experimental Therapeutics. (1998) San Francisco, CA
    - 18th Meeting of the Southeastern Pharmacology Society. Augusta, GA
    - AOA Research Forum, U. of OK College of Medicine. (1998)

## Board Certifications:

Diplomat – American Board of Psychiatry and Neurology
Board Certified – Forensic Psychiatry

## Teaching Experience:

2004-present – Instructor University of Colorado Health Sciences Center.   Supervise and educate general psychiatric residents and forensic psychiatry fellows in areas relating to sexual offending.

2003 – Course Director – Psychiatry Course for Physician Assistant students
    Ann Arundel Community College
    (3 month course in Psychiatry)

## Presentations:

<u>Medical Marijuana: A Prescription for Trouble?</u>
    The Medical Center of Aurora Grand Rounds 9/11
    Community Hospital Grand Rounds 9/11

Psychiatric Considerations in Sex Offender Management
  General Psychiatry Residents – yearly - '05-present

Sex Offender Management
  Denver University Law School – yearly – '05-present

Alcohol Withdrawal
  Presbyterian St. Luke's Grand Rounds 5/'11

Alcohol Withdrawal Symposium
  Presbyterian St. Luke's 10/'08

Competency to Make Medical Decisions
  Presbyterian St. Luke's Grand Rounds 10/'07

Geriatric Psychopharmocology
  Total Long Term Care – full clinical staff – 5/'07

## Professional Affiliations:

Colorado Psychiatric Society
  Legislative Committee
American Academy of Addiction Psychiatry
American Academy of Psychiatry and Law
American Psychiatric Association

## Expert Testimony

### CRIMINAL

Federal
The United States of America vs. Alan Johnson 11/10

Jefferson County
The State of Colorado vs. Timothy Collins 2006 – prosecution
The State of Colorado vs. Ryan Lackey 4/07, 12/07 – defense
The State of Colorado vs. James Armijo 10/07 - prosecution

Weld County
The State of Colorado vs. Johnny Acosta-Trejo 3/07 - defense

Denver County
The State of Colorado vs. William Maunz 7/05 - prosecution

The State of Colorado vs. Sean Hanify 2005 – defense
The State of Colorado vs. Jonathan Hall 2007 - defense
The State of Colorado vs. James Mark Clark 10/10 – competency - prosecution
The State of Colorado vs. Kim Lucero 10/10 – Sanity - prosecution

<u>Arapahoe County</u>
The State of Colorado vs. Robert Ziarnick 10/07 - defense
The State of Colorado vs. Jeffrey Bussard 6/09 - prosecution
The State of Colorado vs. Christopher Tillotson 7/09 – defense
The State of Colorado vs. James Ortiz 7/09 - defense

<u>El Paso County</u>
The State of Colorado vs. Christie Hardy 4/10 – sentencing – defense

<u>Adams County</u>
State of Colorado vs. Hughes 12/11 - defense

## **CIVIL**

<u>Pitkin County</u>
Joyce Murray – Guardianship

<u>Denver County</u>
Robert Scott – Guardianship 8/10

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of April, 2013, I served a true and correct copy of the foregoing **EXHIBIT A** to **Defendant's SENTENCING STATEMENT AND MOTION FOR NON-GUIDELINE STATUTORY SENTENCE** via CM/ECF to all parties listed therein including:

Linda Kaufman
Assistant United States Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100
FAX:  (303) 454-0401
E-mail:  Linda.Kaufman@usdoj.gov
Attorney for Government

Martha Paluch
Assistant United States Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100
FAX:  (303) 454-0401
E-mail:  martha.paluch@usdoj.gov
Attorney for Government

U.S. Probation Officer Nicole Peterson
(via U.S. Mail)

Paula M. Ray
Paula M. Ray, P.C.
P.O. Box 12554
Denver, CO 80212-0554
Telephone: 303-874-5170
E-mail: paulamray@earthlink.net
Attorney for Craig Weingart

Martin Stuart
PortmanStuart, LLC
955 Bannock Street, suite 200
Denver, CO 80204
Phone:  303-355-6789
Fax:  303-623-0714
E-mail:  mstuart@portmanstuart.com
Attorney for Waunita Weingart

*/s/ Holli M. Baker*
Holli M. Baker