IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-355-MSK-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   WAUNITA WEINGART,
2.   **JOHN PHILLIP GALLEGOS,**
3.   ALOIS CRAIG WEINGART,

    Defendants.

---

### GOVERNMENT'S MOTION FOR LEAVE TO RESTRICT DOCUMENT

---

The United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorneys Linda Kaufman and Martha Paluch, respectfully moves to restrict Government's Sentencing Statement and Response to Defendant John Phillip Gallegos' Sentencing Statement and Motion for Non-Guideline Statutory Sentence, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 2" Restriction which would make the document, any order revealing the contents of that document and the brief filed in support of this motion, "Viewable by Selected Parties and Court" only.

Respectfully submitted this 29th day of April, 2013.

1

JOHN F. WALSH
United States Attorney


By: *s/ Linda Kaufman*
Linda Kaufman
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0404
E-mail: Linda.Kaufman@usdoj.gov


By: *s/ Martha Paluch*
Martha Paluch
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: Martha.Paluch@usdoj.gov

## CERTIFICATE OF SERVICE

  I certify that on this 29th day of April, 2013, I electronically filed the foregoing **GOVERNMENT'S MOTION FOR LEAVE TO RESTRICT DOCUMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Martin Adam Stuart**
Email: martinstuartlaw@solucian.com

**William Lewis Taylor**
Email: wltaylorpc@gmail.com

**Darlene Ann Bagley**
Email: bagley@ridleylaw.com

**Ms. Paula M. Ray**
E-mail: paulamray@earthlink.net


              By: *s/ Solange Reigel*
              SOLANGE REIGEL
              Legal Assistant to AUSA Linda Kaufman
              United States Attorney's Office
              1225 - 17th Street, Suite 700
              Denver, CO 80202
              Telephone: (303) 454-0244
              Fax: (303) 454-0402
              E-mail: solange.reigel@usdoj.gov