## AFFIDAVIT OF DANA CHAMBERLIN

1. I, Dana Chamberlin, am an auditor with the United States Attorney's Office in the District of Colorado, and have been so employed for over 9 years. Prior to that, I was a financial analyst with the Federal Bureau of Investigation for 12 years. For those last twenty-one years, I have focused on various topics which assist in the investigation and prosecution of white collar crime. In virtually every case, I have examined records of bank accounts and created summaries of the transactions in those accounts.

2. In this case, I was provided with the banks' records relating to numerous accounts over which one or more of the defendants, Waunita Weingart, John Gallegos, and Alois Craig Weingart, had signature authority. These included personal accounts as well as business accounts. I examined these account records and prepared a detailed summary of the account activity for each.

3. To prepare each summary, I first examined the bank statements and all records provided by the banks in support of the individual transactions referenced in those statements. These records included deposit slips and deposited items, checks drawn on the accounts, debit and credit items, incoming and outgoing wire transfer records, and other authorizations for the transfer of funds.

4. For each account summary, I included the Bates' number(s) of the document(s) upon which the entry was based. I created a running balance by either adding or subtracting each transaction from the previous account balance. As I prepared each summary, I also reconciled the account balances, total deposits, and/or

total withdrawals shown on the bank statements to the account summaries. In this way, I confirmed that the summary included all transactions appearing on the bank statement.

5. For the purpose of this affidavit in connection with the sentencing of Defendant John Gallegos, I was asked to trace the proceeds of several of the loans he obtained for the refinancing of his property at 7603 California Avenue SW, Seattle, Washington, as described in the Plea Agreement, Document 215. The following is a description of the extent to which John Gallegos benefited from the proceeds of each loan.[1]

### The April 2005 Loan

6. This loan was obtained by John Gallegos from Washington Mutual Bank. The proceeds, $354,678.33, were wired to the Sharon Best Escrow account. Sharon Best Escrow was the settlement agent for this loan. The HUD-1 Settlement Statement for this loan showed that the majority of the proceeds was to be applied to payoff Countrywide loan #21954656. The transaction history report for that Countrywide loan confirmed the pay off of the loan on April 19, 2005 in the amount of $352,538.96. John Gallegos received the benefit of this pay off amount. (Exhibit A)

### The October 2007 Loan

7. This loan was obtained by John Gallegos from Countrywide Bank. The proceeds, $449,960.23, were wired to Real Estate Title account #51209410

---

[1] It should be noted that the proceeds of those loans also benefited Waun Weingart and, to a lesser extent, Craig Weingart.

2

(RET #9410). Prior to the deposit of that wire transfer, RET #9410 had a balance of $991.45. The proceeds of this loan benefited John Gallegos as follows:

 a. $2,000 was transferred to the John Gallegos personal account #5000018596, and $66,032.72 was used to pay for expenses related to the aircraft that John Gallegos piloted[2].

 b. From RET #9410, transfers in the amounts of $60,000 and $40,000 were made to Real Estate Title account #70231142 (RET #1142). Prior to the first transfer, RET #1142 had a balance of $272.42. From RET #1142, $24,500 was transferred in three transactions to the John Gallegos personal account #70074710 (John Gallegos #4710).

 c. From RET #9410, transfers in the amounts of $25,000 and $60,000 were made to the Waun Weingart personal account #70074723 (Waun Weingart #4723). Prior to the first transfer, Waun Weingart #4723 had a balance of $1,556.60. From Waun Weingart #4723, two transfers totaling totaling $27,000 to John Gallegos #4710 and $9,565 were used to pay expense related to the plane[3].

---

[2] On July 6, 2006, Waun Weingart, as manager for Private Class Air, LLC, leased a Hawker Siddley jet aircraft from Aero Toy Store LLC for sixty monthly installments of $15,000 plus a final installment payment, for a total cost not to exceed $1,850,000. I reviewed a report of an IRS interview of Chris Oster in which he reported that between 2006 and 2008 Gallegos flew the Hawker jet approximately five to six times per month, and that Weingart traveled with Gallegos on occasion to Las Vegas, Nevada and that Gallegos flew to Seattle, Washington frequently. The $66,032.72 total was comprised of 5 items payable to Aero Toy Store, Private Class Air, and Universal Weather & Aviation.

[3] This expense was a wire transfer to Simcon Training for Don Parsons. From the same interview of Chris Oster, it was reported that John Gallegos was not certified to fly the Hawker jet by himself, and that Gallegos therefore always flew with a retired United Airlines pilot named Don.

3

    d. From RET #9410, four transfers totaling $8,800 were made to the Waunita Weingart & Alois Craig Weingart personal account #55011321 (Waun & Craig Weingart #1321). Prior to the first transfer, this account had a negative balance of $1,381.24. These funds, in part, paid for a $10,031.19 check payable to Don Parsons.

8. From this loan, John Gallegos benefitted by transfers to his personal accounts for $53,500 ($2,000 + $24,500 + $27,000) and other benefits as described above of $84,247.67 ($66,032.72 + $9,565 + $10,031.19 - $1,381.24). (Exhibit B)

## The January 2008 Loan

9. This loan was obtained by John Gallegos from Bank of America. The proceeds, $379,724.40, were wired to RET #9410. Prior to deposit of that wire transfer, RET #9410 had a balance of $569.90.

10. Form RET #9410, $3,000 was transferred to the John Gallegos personal account #5000018596 and $158,885.16 was used to pay for expenses related to the aircraft that John Gallegos piloted[4]. (Exhibit C)

## The January 2008 Line of Credit

11. This $100,000 line of credit was obtained by John Gallegos from Bank of America. John Gallegos made two draws on the Line of Credit: $50,000 was deposited into John Gallegos #4710 and the another $50,000 was deposited into Waun Weingart #4723. (Exhibit D)

12. I declare under penalty of perjury that the foregoing is true and correct to the

---

[4] These expenses for were for 16 transactions payable to JPG Pilot Services, Aero Toy Store, General Air Service & Supply, Universal Weather & Aviation, Honeywell, Landmark Aviation, and Private Class Air.

4

best of my knowledge and belief.

*Dana Chamberlin*
Dana Chamberlin
April, 29, 2013

OMB NO. 2502-0265

| A. | | B. TYPE OF LOAN | |
|---|---|---|---|
| U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT<br>SETTLEMENT STATEMENT<br>Final | 1. ☐ FHA  2. ☐ FmHA  3. ☒ CONV UNINS.  4. ☐ VA  5. ☐ CONV. INS. | | |
| | 6 FILE NUMBER<br>058087 | 7. LOAN NUMBER<br>01-0966-069040218-5 | |
| | 8. MORTGAGE INS CASE NUMBER | | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(POC)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

10  3/98   I058087.pfd/058087/8)

| D. NAME AND ADDRESS OF BORROWER | E. NAME AND ADDRESS OF SELLER | F. NAME AND ADDRESS OF LENDER |
|---|---|---|
| John Phillip Gallegos<br>7603 California Ave SW<br>SEattle, WA 98136 | 0690402185 | Washington Mutual Bank<br>3050 138th Ave SE 2nd Floore<br>Bellevue, WA 98005 |

| G. PROPERTY LOCATION<br>7603 California Avenue Southwest<br>Seattle, WA 98136<br>King County, Washington | H. SETTLEMENT AGENT<br>Sharon E Best Escrow | I. SETTLEMENT DATE<br>April 19, 2005 |
|---|---|---|
| | PLACE OF SETTLEMENT<br>3909 California Ave SW<br>Seattle, WA 98116 | |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER: | | 400. GROSS AMOUNT DUE TO SELLER: | |
| 101. Contract Sales Price | | 401. Contract Sales Price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | 7,834.44 | 403. | |
| 104. Payoff thru 4/19 to Countrywide/21954656-1 | 352,651.96 | 404. | |
| 105. | | 405. | |
| Adjustments For Items Paid By Seller in advance | | Adjustments For Items Paid By Seller in advance | |
| 106. City/Town Taxes    to | | 406. City/Town Taxes    to | |
| 107. County Taxes    to | | 407. County Taxes    to | |
| 108. Assessments    to | | 408. Assessments    to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 360,486.40 | 420. GROSS AMOUNT DUE TO SELLER | |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER: | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER: | |
| 201. Deposit or earnest money | | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | 359,000.00 | 502. Settlement Charges to Seller (Line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. | |
| 205. | | 505. | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments For Items Unpaid By Seller | | Adjustments For Items Unpaid By Seller | |
| 210. City/Town Taxes    to | | 510. City/Town Taxes    to | |
| 211. County Taxes    to | | 511. County Taxes    to | |
| 212. Assessments    to | | 512. Assessments    to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | 359,000.00 | 520. TOTAL REDUCT. AMT DUE SELLER | |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER: | | 600. CASH AT SETTLEMENT TO/FROM SELLER: | |
| 301. Gross Amount Due From Borrower (Line 120) | 360,486.40 | 601. Gross Amount Due To Seller (Line 420) | |
| 302. Less Amount Paid By/For Borrower (Line 220) | (359,000.00) | 602. Less Reductions Due Seller (Line 520) | ( ) |
| 303. CASH ( X FROM ) ( TO ) BORROWER | 1,486.40 | 603. CASH ( TO ) ( FROM ) SELLER | |

HUD-1 (3-86) RESPA HB(305.2)



Exhibit A

00028820
00028820

Washington Mutual Bank



**OUTGOING WIRE TRANSFER WORKSHEET**

**RECURRING #** _____

| Field | Value |
|---|---|
| Date: | 04/19/2005 |
| $ (Amount to be Wired): | $ 354,678.33 |
| Originating Bank R&T #: | 325070760 |
| Originating Bank (Name): | Washington Mutual Bank |
| Company #: | 01 |
| Branch/Dept. (Name): | BELLEVUE RLFC/OF |
| Phone No.: | (425) 748-3520 |
| TestKey Code #: | |
| G/L & RC #: | 16760/6353 |
| Docket #: | 069040218 |
| Receiving Bank R&T #: | 125008013 |
| Receiving Bank (Name): | COMMERCE BANK OF WASHINGTON, SEATTLE |
| Remitter (Name): | Washington Mutual Bank |
| Street Address, City: | 3060 139TH AVE SE  STE 200, BELLEVUE, WA 98005 |
| Account # to be Credited: | 001154656 |
| Beneficiary (Name): | SHARON BEST ESCROW |
| Street Address, City, State: | 3909 CALIFORNIA AVE SW, SEATTLE, WA 98116 |
| Beneficiary Information: | Title Order No: 101411<br>JOHN PHILLIP GALLEGOS, Escrow # GALLEGOES, GALLEGOS/058087 |
| Destination Institution: (If more than 2) | |
| A: Approver (Signature): | Wire sent electronically |
| (Type Requester's Name): | HENRIETTA MARSHALL |
| B: Approver (Signature): | Wire sent electronically |
| (Type Approver's Name): | |
| Created By: (Wire Room Employee) | |
| Verified By: (Wire Room Employee) | |

**FAX To:** California Wire Transfer Department
(800) 684-3815
AFTER HOURS: (209) 546-6006

TO INSURE PROPER RECEIPT AND CONFIRMATION, PLEASE FAX ALL WIRE REQUESTS IN "FINE MODE"

LOANWORKS
3040 (08-03)



00028823
00028823

```
Loan Administration    4/21/2008 12:07 PM    PAGE    7/008    805-520-5019
```

**Countrywide HOME LOANS**

Account Number: 21954656
Statement Period: 01/1986 - 04/2008
Date Prepared: 04/21/2008

Property Address:
7603 CALIFORNIA AVE
SEATTLE, WA 98136

Page 7

| Transaction Date | Description | Total Payment | PMT/Mo | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/18/2004 | PMI PMT MONTHLY | -168.00 | 10/2004 | .00<br>351,527.59 | .00 | -168.00<br>755.50 | .00 | .00 | .00<br>-103.62 | .00<br>.00 |
| 11/12/2004 | REGULAR PAYMENT | 2,662.03 | 11/2004 | 424.57<br>351,103.02 | 1,647.79 | 589.67<br>1,345.17 | .00 | .00 | .00<br>-103.62 | .00<br>.00 |
| 11/17/2004 | PMI PMT MONTHLY | -168.00 | 11/2004 | .00<br>351,103.02 | .00 | -168.00<br>1,177.17 | .00 | .00 | .00<br>-103.62 | .00<br>.00 |
| 12/03/2004 | REGULAR PAYMENT | 2,662.03 | 12/2004 | 426.56<br>350,676.46 | 1,645.80 | 589.67<br>1,766.84 | .00 | .00 | .00<br>-103.62 | .00<br>.00 |
| 12/15/2004 | PMI PMT MONTHLY | -168.00 | 12/2004 | .00<br>350,676.46 | .00 | -168.00<br>1,598.84 | .00 | .00 | .00<br>-103.62 | .00<br>.00 |
| 01/10/2005 | REGULAR PAYMENT | 2,662.03 | 01/2005 | 428.56<br>350,247.90 | 1,643.80 | 589.67<br>2,188.51 | .00 | .00 | .00<br>-103.62 | .00<br>.00 |
| 01/13/2005 | PMI PMT MONTHLY | -168.00 | 01/2005 | .00<br>350,247.90 | .00 | -168.00<br>2,020.51 | .00 | .00 | .00<br>-103.62 | .00<br>.00 |
| 02/07/2005 | REGULAR PAYMENT | 2,662.03 | 02/2005 | 430.57<br>349,817.33 | 1,641.79 | 589.67<br>2,610.18 | .00 | .00 | .00<br>-103.62 | .00<br>.00 |
| 02/15/2005 | PMI PMT MONTHLY | -168.00 | 02/2005 | .00<br>349,817.33 | .00 | -168.00<br>2,442.18 | .00 | .00 | .00<br>-103.62 | .00<br>.00 |
| 03/14/2005 | PMI PMT MONTHLY | -168.00 | 02/2005 | .00<br>349,817.33 | .00 | -168.00<br>2,274.18 | .00 | .00 | .00<br>-103.62 | .00<br>.00 |
| 03/14/2005 | REGULAR PAYMENT | 2,662.03 | 03/2005 | 432.59<br>349,384.74 | 1,639.77 | 589.67<br>2,863.85 | .00 | .00 | .00<br>-103.62 | .00<br>.00 |
| 04/13/2005 | PMI PMT MONTHLY | -168.00 | 03/2005 | .00<br>349,384.74 | .00 | -168.00<br>2,695.85 | .00 | .00 | .00<br>-103.62 | .00<br>.00 |
| 04/15/2005 | COUNTY TAX PMT | -2,101.38 | 03/2005 | .00<br>349,384.74 | .00 | -2,101.38<br>594.47 | .00 | .00 | .00<br>-103.62 | .00<br>.00 |
| 04/19/2005 | PAYOFF | 352,538.96 | 03/2005 | 349,384.74<br>.00 | 2,606.92 | 340.06<br>934.53 | .00 | .00 | 207.24<br>.00 | .00<br>.00 |

(3)

00026204

**SUMMARY OF ACCOUNT ACTIVITY**
**REAL ESTATE TITLE LLC / ESCROW/TRUST ACCOUNT**
**GUARANTY BANK**
**ACCOUNT #51209410**

Signors: Waun Weingart & John Gallegos

| Ref | Date | Balance | Deposit | Method/Ck # | Withdrawal | Payor/Payee Description | Stated Signor or Authorizer | Bank Stmt | Bank Item | Lender Item | Other Source Item |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 117 | 10/4/07 | $ 991.45 | | | | Beginning Balance | | 15743-44 | | | |
| 118 | 10/12/07 | $ 450,951.68 | $ 449,960.23 | Wire | | Countrywide Home Loans John Gallegos 180747857 | | 15743-44 | 15909 | | |
| 119 | 10/15/07 | $ 390,951.68 | | Wire | $ 60,000.00 | #1142 Real Estate Title (transfer Gallegos) | | 15743-44 | 15910 | | |
| 120 | 10/15/07 | $ 370,951.68 | | Internet Xfer | $ 20,000.00 | #1321 Weingart, Waun & Alois | | 15743-44 | | | |
| 121 | 10/15/07 | $ 367,951.68 | | Internet Xfer | $ 3,000.00 | #9795 TCS | | 15743-44 | | | |
| 122 | 10/16/07 | $ 367,551.68 | | Internet Xfer | $ 400.00 | #9402 Real Estate Title | | 15743-44 | | | |
| 123 | 10/16/07 | $ 348,976.51 | | Wire | $ 18,575.17 | Universal Weather & Aviation (Invoices) | | 15743-44 | 15911 | | |
| 124 | 10/19/07 | $ 346,976.51 | | Xfer | $ 2,000.00 | #8596 Gallegos, John | | 15743-44 | | | |
| 125 | 10/23/07 | $ 331,976.51 | | Wire | $ 15,000.00 | Aero Toy Store (October payment) | | 15743-44 | 15912 | | |
| 126 | 10/26/07 | $ 321,976.51 | | Internet Xfer | $ 10,000.00 | #1321 Weingart, Waun & Alois | | 15743-44 | | | |
| 127 | 10/26/07 | $ 296,976.51 | | Wire | $ 25,000.00 | #4723 Weingart, Waun | | 15743-44 | 15914 | | |
| 128 | 10/26/07 | $ 286,027.45 | | Wire | $ 10,949.06 | Feldman, Gale (Invoice #27763, 28453, 27931, 28452) | | 15743-44 | 15913 | | |
| 129 | 10/30/07 | $ 236,027.45 | | Wire | $ 50,000.00 | #7831 CCCT | | 15743-44 | 15915 | | |
| 130 | 10/30/07 | $ 231,027.45 | | Internet Xfer | $ 5,000.00 | #9795 TCS | | 15743-44 | | | |
| 131 | 11/6/07 | $ 191,027.45 | | Wire | $ 40,000.00 | #1142 Real Estate Title | | 15745 | 15916 | | |
| 132 | 11/6/07 | $ 131,027.45 | | Wire | $ 60,000.00 | #4723 Weingart, Waun | | 15745 | 15917 | | |
| 133 | 11/9/07 | $ 128,527.45 | | Internet Xfer | $ 2,500.00 | #9795 TCS | | 15745 | | | |
| 134 | 11/14/07 | $ 108,527.45 | | Wire | $ 20,000.00 | #4723 Weingart, Waun | | 15745 | 15920 | | |
| 135 | 11/14/07 | $ 93,527.45 | | Wire | $ 15,000.00 | Private Class Air (Av fuel) | | 15745 | 15919 | | |
| 136 | 11/14/07 | $ 91,069.90 | | Wire | $ 2,457.55 | Universal Weather & Aviation (Invoices #1546074, 1561402, 1547021) | | 15745 | 15918 | | |
| 137 | 11/26/07 | $ 76,069.90 | | Wire | $ 15,000.00 | Aero Toy Store (November pymt) | | 15745 | 15921 | | |
| 138 | 12/3/07 | $ 71,869.90 | | Internet Xfer | $ 4,200.00 | #9795 TCS | | 15746-47 | | | |
| 139 | 12/10/07 | $ 65,369.90 | | Internet Xfer | $ 6,500.00 | #1321 Weingart, Waun & Alois | | 15746-47 | | | |
| 140 | 12/10/07 | $ 63,369.90 | | Internet Xfer | $ 2,000.00 | #9795 TCS | | 15746-47 | | | |
| 141 | 12/13/07 | $ 28,369.90 | | Wire | $ 35,000.00 | #4723 Weingart, Waun | | 15746-47 | 15922 | | |
| 142 | 12/17/07 | $ 18,369.90 | | Internet Xfer | $ 10,000.00 | #1321 Weingart, Waun & Alois | | 15746-47 | | | |
| 143 | 12/17/07 | $ 13,369.90 | | 3950 | $ 5,000.00 | Weingart, Waun | WW | 15746-47 | 15788 | | |
| 144 | 12/18/07 | $ 11,369.90 | | Internet Xfer | $ 2,000.00 | #1321 Weingart, Waun & Alois | | 15746-47 | | | |
| 145 | 12/20/07 | $ 11,069.90 | | Internet Xfer | $ 300.00 | #1321 Weingart, Waun & Alois | | 15746-47 | | | |
| 146 | 12/20/07 | $ 10,569.90 | | Internet Xfer | $ 500.00 | #1321 Weingart, Waun & Alois | | 15746-47 | | | |
| 147 | 12/20/07 | $ 9,069.90 | | Internet Xfer | $ 1,500.00 | #1321 Weingart, Waun & Alois | | 15746-47 | | | |
| 148 | 12/20/07 | $ 2,569.90 | | Internet Xfer | $ 6,500.00 | #1321 Weingart, Waun & Alois | | 15746-47 | | | |
| 149 | 12/20/07 | $ 569.90 | | Internet Xfer | $ 2,000.00 | #9795 TCS | | 15746-47 | | | |

Exhibit B



**SUMMARY OF ACCOUNT ACTIVITY**
**REAL ESTATE TITLE LLC**
**AMERICAN NATIONAL BANK fna WESTERN NATIONAL BANK**
**ACCOUNT #70231142**

Signors: Waun Weingart & John Gallegos

| | | | | | | | | Bates # of Supporting Document | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ref | Date | Balance | Deposit | Withdrawal | Method/Ck # | Payor/Payee Description | Stated Signor or Authorizer | Bank Stmt | Bank Item | Lender Item | Other Source Item |
| 267 | 10/5/07 | $ 272.42 | | | | Beginning Balance | | 11770 | | | |
| 268 | 10/15/07 | $ 60,272.42 | $ 60,000.00 | | Wire | #9410 Real Estate Title | | 11770 | 11783 | | |
| 269 | 10/15/07 | $ 52,272.42 | | $ 8,000.00 | Internet Xfer | #4723 Weingart, Waun | | 11770 | | | |
| 270 | 10/15/07 | $ 32,272.42 | | $ 20,000.00 | Internet Xfer | #4710 Gallegos, John | | 11770 | | | |
| 271 | 10/15/07 | $ 12,272.42 | | $ 20,000.00 | Internet Xfer | #4723 Weingart, Waun | | 11770 | | | |
| 272 | 10/18/07 | $ 10,272.42 | | $ 2,000.00 | Internet Xfer | #4723 Weingart, Waun | | 11770 | | | |
| 273 | 10/18/07 | $ 7,772.42 | | $ 2,500.00 | Internet Xfer | #4710 Gallegos, John | | 11770 | | | |
| 274 | 10/31/07 | $ 7,734.04 | | $ 38.38 | | Service Charge | | 11770 | | | |
| 275 | 11/6/07 | $ 47,734.04 | $ 40,000.00 | | Wire | #9410 Real Estate Title | | 11771 | 11784 | | 20597, 20531 |
| 276 | 11/7/07 | $ 8,360.30 | | $ 39,373.74 | EW | American Express | | 11771 | | | |
| 277 | 11/9/07 | $ 4,360.30 | | $ 4,000.00 | Internet Xfer | #4723 Weingart, Waun | | 11771 | | | |
| 278 | 11/30/07 | $ 4,352.72 | | $ 7.58 | | Service Charge | | 11771 | | | |
| 279 | 12/3/07 | $ 2,352.72 | | $ 2,000.00 | Internet Xfer | #4710 Gallegos, John | | 11772 | | | |
| 280 | 12/12/07 | $ 2,073.30 | | $ 279.42 | EW | Qwest | | 11772 | | | |
| 281 | 12/12/07 | $ 1,751.52 | | $ 321.78 | EW | Qwest | | 11772 | | | |
| 282 | 12/18/07 | $ 751.52 | | $ 1,000.00 | Internet Xfer | #4723 Weingart, Waun | | 11772 | | | |
| 283 | 12/31/07 | $ 742.81 | | $ 8.71 | | Service Charge | | 11772 | | | |
| 284 | 1/3/08 | $ 417.81 | | $ 325.00 | EW | American Express | | 11773 | | | 20596, 20543 |

(2)

SUMMARY OF ACCOUNT ACTIVITY
WAUN WEINGART
AMERICAN NATIONAL BANK fna WESTERN NATIONAL BANK
ACCOUNT #70074723

Signors:  Waun Weingart

| Ref | Date | Balance | Deposit | Method/Ck # | Withdrawal | Payor/Payee Description | Stated Signor or Authorizer | Bank Stmt | Bank Item | Lender Item | Other Source Item |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Bates # of Supporting Document | | | |
| 2107 | 10/25/07 | $ 1,556.60 | | | | Beginning Balance | | 12477-81 | | | |
| 2108 | 10/26/07 | $ 4,556.60 | $ 3,000.00 | Internet Xfer | | #7831 CCCT | | 12477-81 | | | |
| 2109 | 10/26/07 | $ 29,556.60 | $ 25,000.00 | Wire | | #9410 Real Estate Title | | 12477-81 | 12522 | | |
| 2110 | 10/26/07 | $ 29,306.60 | | EW | 250.00 | Paypal | | 12477-81 | | | |
| 2111 | 10/26/07 | $ 29,299.19 | | EW | 7.41 | Rio Grande Mexican Restaurant | | 12477-81 | | | |
| 2112 | 10/26/07 | $ 29,292.19 | | | 7.00 | Wire Fee | | 12477-81 | | | |
| 2113 | 10/29/07 | $ 29,225.17 | | EW | 67.02 | CB & Potts | | 12477-81 | | | |
| 2114 | 10/29/07 | $ 19,660.17 | | Wire | 9,565.00 | Simcom Training (Don Parsons Re-Current Training N178PC) | | 12477-81 | 12621-22 | | |
| 2115 | 10/29/07 | $ 19,640.17 | | | 20.00 | Wire Fee | | 12477-81 | | | |
| 2116 | 10/29/07 | $ 19,569.15 | | EW | 71.02 | Yia Yias | | 12477-81 | | | |
| 2117 | 10/31/07 | $ 19,555.70 | | EW | 13.45 | Albertsons | | 12477-81 | | | |
| 2118 | 10/31/07 | $ 18,942.18 | | EW | 613.52 | Mercedes Benz of Littleton | | 12477-81 | | | |
| 2119 | 11/1/07 | $ 16,942.18 | | Internet Xfer | 2,000.00 | #4710 Gallegos, John | | 12477-81 | | | |
| 2120 | 11/2/07 | $ 16,808.18 | | EW | 134.00 | Colorado Athletic Club | | 12477-81 | | | |
| 2121 | 11/2/07 | $ 16,783.18 | | | 25.00 | Loan Payment | | 12477-81 | | | |
| 2122 | 11/2/07 | $ 16,744.26 | | EW | 38.92 | My Favorite Muffins Bag | | 12477-81 | | | |
| 2123 | 11/5/07 | $ 16,616.22 | | EW | 128.04 | Bed Bath & Beyond | | 12477-81 | | | |
| 2124 | 11/5/07 | $ 16,580.24 | | EW | 35.98 | Honeybaked Ham | | 12477-81 | | | |
| 2125 | 11/5/07 | $ 16,379.17 | | EW | 201.07 | Point Of Sale Purchase | | 12477-81 | | | |
| 2126 | 11/6/07 | $ 76,379.17 | $ 60,000.00 | Wire | | #9410 Real Estate Title | | 12477-81 | 12523 | | |
| 2127 | 11/6/07 | $ 76,372.17 | | | 7.00 | Wire Fee | | 12477-81 | | | |
| 2128 | 11/7/07 | $ 51,372.17 | | Internet Xfer | 25,000.00 | #4710 Gallegos, John | | 12477-81 | | | |
| 2129 | 11/8/07 | $ 49,565.85 | | EW | 1,806.32 | WAMU Bank Mortg Pmt | | 12477-81 | | 8701 | |
| 2130 | 11/8/07 | $ 46,442.03 | | 581 | 3,123.82 | Chase Home Finance 0017487711 | verbal | 12477-81 | 12580 | 8262 | |
| 2131 | 11/8/07 | $ 43,585.43 | | EW | 2,856.60 | Countrywide Mortgage xxxxx0730 | | 12477-81 | | 8316 | |
| 2132 | 11/8/07 | $ 41,437.98 | | EW | 2,147.45 | WAMU Bank Mortg Pmt | | 12477-81 | | 1734 | |
| 2133 | 11/8/07 | $ 38,102.77 | | 5568 | 3,335.21 | Chase Home Finance 0021937933 | verbal | 12477-81 | 12580 | 4551 | |
| 2134 | 11/8/07 | $ 34,870.68 | | EW | 3,232.09 | Countrywide Mortgage xxxxx0744 | | 12477-81 | | 3116 | |
| 2135 | 11/8/07 | $ 31,378.01 | | EW | 3,492.67 | Citi Residential Mortgage 0130804263 | | 12477-81 | | 2578, 2607 | |
| 2136 | 11/8/07 | $ 31,375.01 | | EW | 3.00 | Countrywide Mortgage xxxxx0730 | | 12477-81 | | | |
| 2137 | 11/8/07 | $ 31,372.01 | | EW | 3.00 | Countrywide Mortgage xxxxx0744 | | 12477-81 | | | |
| 2138 | 11/8/07 | $ 28,001.01 | | EW | 3,371.00 | Homeq Servicing Mortgage 0000326155611 | | 12477-81 | | | |
| 2139 | 11/8/07 | $ 24,741.42 | | EW | 3,259.59 | Homeq Mortgage 0000326155876 | | 12477-81 | | | |
| 2140 | 11/8/07 | $ 22,330.16 | | EW | 2,411.26 | Loan Servicing On Demand | | 12477-81 | | 4160 | |
| 2141 | 11/8/07 | $ 18,858.66 | | EW | 3,471.50 | Loan Servicing OnDemand | | 12477-81 | | | |
| 2142 | 11/8/07 | $ 16,148.24 | | EW | 2,710.42 | NTE*SPH*ACCT 1000519718 | | 12477-81 | | | |
| 2143 | 11/9/07 | $ 20,148.24 | $ 4,000.00 | Internet Xfer | | #1142 Real Estate Title | | 12477-81 | | | |
| 2144 | 11/9/07 | $ 17,718.07 | | EW | 2,430.17 | AMTrust Bank Mtg Pymt 00002367875 | | 12477-81 | | 2029 | |
| 2145 | 11/9/07 | $ 15,845.97 | | EW | 1,872.10 | World Savings Mortgage 0028743706 | | 12477-81 | | 2670 | |
| 2146 | 11/9/07 | $ 12,561.87 | | EW | 3,284.10 | Flagstar Bank Mtg Paymt 00000099810026 | | 12477-81 | | 851 | |
| 2147 | 11/9/07 | $ 9,202.80 | | EW | 3,359.07 | AMTrust Bank Mtg Pymt 00076 69335 | | 12477-81 | | | |
| 2148 | 11/9/07 | $ 1,088.22 | | 1204 | 8,114.58 | Cottrell Printing (0101167N) | WW | 12477-81 | 12580 | | |
| 2149 | 11/9/07 | $ 511.22 | | EW | 577.00 | HFC 8008467510 | | 12477-81 | | | |

(3)

SUMMARY OF ACCOUNT ACTIVITY
WAUNITA WEINGART & ALOIS CRAIG WEINGART
GUARANTY BANK
ACCOUNT #55011321

Signors: Waun Weingart & Craig Weingart

| | | | | | | | | Bates # of Supporting Document | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ref | Date | Balance | Deposit | Method/Ck # | Withdrawal | Payor/Payee Description | Stated Signor or Authorizer | Bank Stmt | Bank Item | Lender Item | Other Source Item |
| 340 | 12/6/07 | $ 4,443.43 | | | | Beginning Balance | | 15444-47 | | | |
| 341 | 12/10/07 | $ 10,943.43 | $ 6,500.00 | Xfer | | #9410 Real Estate Title | | 15444-47 | | | |
| 342 | 12/10/07 | $ 10,842.80 | | EW | $ 100.63 | Xcel Energy | | 15444-47 | | | |
| 343 | 12/17/07 | $ 20,842.80 | $ 10,000.00 | Xfer | | #9410 Real Estate Title | | 15448-52 | | | |
| 344 | 12/17/07 | $ 18,249.29 | | 8544 | $ 2,593.51 | Chase Home Finance | | 15448-52 | 15526 | 1587 | |
| 345 | 12/17/07 | $ 14,880.67 | | EW | $ 3,368.62 | Countrywide/Mortgage 074423252 | | 15448-52 | | 10766 | |
| 346 | 12/17/07 | $ 14,865.67 | | EW | $ 15.00 | Countrywide/Mortgage | | 15448-52 | | | |
| 347 | 12/18/07 | $ 16,865.67 | $ 2,000.00 | Xfer | | #9410 Real Estate Title | | 15448-52 | | | |
| 348 | 12/18/07 | $ 15,745.12 | | EW | $ 1,120.55 | Loan Servicing / Phone Pay | | 15448-52 | | | |
| 349 | 12/18/07 | $ 12,109.13 | | EW | $ 3,635.99 | Mortgage Payment 0148288889 | | 15448-52 | | 4840 | |
| 350 | 12/18/07 | $ 10,691.22 | | EW | $ 1,417.91 | Select Portfolio 8790506433 | | 15448-52 | | | |
| 351 | 12/18/07 | $ 691.22 | | 392 | $ 10,000.00 | Venetian | WW | 15448-52 | 15502 | | |
| 352 | 12/19/07 | $ (706.67) | | EW | $ 1,397.89 | Mertspdy/Spedsax 2000269060 | | 15448-52 | | 5645 | |
| 353 | 12/19/07 | $ (716.67) | | EW | $ 10.00 | Ocwen Federal Bank Mortgage Payment John Gallegos | | 15448-52 | | | |
| 354 | 12/19/07 | $ (2,081.24) | | EW | $ 1,364.57 | Ocwen Federal Ba Mtg Pmt John Gallegos | | 15448-52 | | | 25651-25662 |
| 355 | 12/19/07 | $ (1,381.24) | $ 700.00 | | | Ready Reserve Advance | | 15448-52 | | | |
| 356 | 12/20/07 | $ (81.24) | $ 1,300.00 | Xfer | | #4603 Weingart, Waunita | | 15448-52 | | | |
| 357 | 12/20/07 | $ 218.76 | $ 300.00 | Xfer | | #9410 Real Estate Title | | 15448-52 | | | |
| 358 | 12/20/07 | $ 718.76 | $ 500.00 | Xfer | | #9410 Real Estate Title | | 15448-52 | | | |
| 359 | 12/20/07 | $ 2,218.76 | $ 1,500.00 | Xfer | | #9410 Real Estate Title | | 15448-52 | | | |
| 360 | 12/20/07 | $ 8,718.76 | $ 6,500.00 | Xfer | | #9410 Real Estate Title | | 15448-52 | | | |
| 361 | 12/20/07 | $ 10,218.76 | $ 1,500.00 | Xfer | | #9795 TCS | | 15448-52 | | | |
| 362 | 12/20/07 | $ 187.57 | | 391 | $ 10,031.19 | Parsons, Don | WW | 15448-52 | 15501 | | |
| 363 | 12/27/07 | $ 156.96 | | EW | $ 30.61 | Ready Reserve Payment | | 15448-52 | | | |



**SUMMARY OF ACCOUNT ACTIVITY**
**REAL ESTATE TITLE LLC / ESCROW/TRUST ACCOUNT**
**GUARANTY BANK**
**ACCOUNT #51209410**

**Signors: Waun Weingart & John Gallegos**

| Ref | Date | Balance | Deposit | Method/Ck # | Withdrawal | Payor/Payee Description | Stated Signor or Authorizer | Bank Stmt | Bank Item | Lender Item | Other Source Item |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 149 | 12/20/07 | $ 569.90 | | | | Beginning Balance | | 15748-49 | | | |
| 150 | 1/25/08 | $ 380,294.30 | $ 379,724.40 | Wire | | Bank of America (Gallegos 6313378850) | | 15748-49 | 15923 | | |
| 151 | 1/29/08 | $ 377,794.30 | | Internet Xfer | $ 2,500.00 | #1321 Weingart, Waun & Alois | | 15748-49 | | | |
| 152 | 1/30/08 | $ 372,794.30 | | Internet Xfer | $ 5,000.00 | #1321 Weingart, Waun & Alois | | 15748-49 | | | |
| 153 | 1/31/08 | $ 370,294.30 | | Internet Xfer | $ 2,500.00 | #6085 JPG Pilot Services | | 15748-49 | | | |
| 154 | 1/31/08 | $ 355,294.30 | | Wire | $ 15,000.00 | Aero Toy Store (December payment) | | 15748-49 | 15925 | | |
| 155 | 1/31/08 | $ 355,013.35 | | Wire | $ 280.95 | General Air Service & Supply | | 15748-49 | 15924 | | |
| 156 | 1/31/08 | $ 337,316.23 | | Wire | $ 17,697.12 | Universal Weather & Aviation (Invoices) | | 15748-49 | 15926 | | |
| 157 | 2/1/08 | $ 309,635.03 | | Wire | $ 27,681.20 | Honeywell (Oct #890060, Nov #890061, Dec #890062) | | 15750-51 | 15928 | | |
| 158 | 2/1/08 | $ 299,985.45 | | Wire | $ 9,649.58 | Honeywell (September MSP contract #4049E) | | 15750-51 | 15927 | | |
| 159 | 2/4/08 | $ 296,985.45 | | Internet Xfer | $ 3,000.00 | #1321 Weingart, Waun & Alois | | 15750-51 | | | |
| 160 | 2/4/08 | $ 291,985.45 | | Internet Xfer | $ 5,000.00 | #6085 JPG Pilot Services | | 15750-51 | | | |
| 161 | 2/4/08 | $ 288,985.45 | | Xfer | $ 3,000.00 | #8596 Gallegos, John | | 15750-51 | | | |
| 162 | 2/13/08 | $ 282,485.45 | | Internet Xfer | $ 6,500.00 | #1321 Weingart, Waun & Alois | | 15750-51 | | | |
| 163 | 2/13/08 | $ 279,985.45 | | Internet Xfer | $ 2,500.00 | #6085 JPG Pilot Services | | 15750-51 | | | |
| 164 | 2/14/08 | $ 254,985.45 | | Wire | $ 25,000.00 | Landmark Aviation (engine contract deposit) | | 15750-51 | 15929 | | |
| 165 | 2/15/08 | $ 251,485.45 | | Internet Xfer | $ 3,500.00 | #1321 Weingart, Waun & Alois | | 15750-51 | | | |
| 166 | 2/15/08 | $ 248,427.07 | | Wire | $ 3,058.38 | Honeywell (January pymt contract #4049E) | | 15750-51 | 15930 | | |
| 167 | 2/19/08 | $ 246,427.07 | | Internet Xfer | $ 2,000.00 | #1321 Weingart, Waun & Alois | | 15750-51 | | | |
| 168 | 2/20/08 | $ 242,427.07 | | Xfer | $ 4,000.00 | #6085 JPG Pilot Services | | 15750-51 | | | |
| 169 | 2/20/08 | $ 226,427.07 | | Wire | $ 16,000.00 | Stuller Inc. (invoices to February 1st) | | 15750-51 | 15931 | | |
| 170 | 2/21/08 | $ 219,927.07 | | Wire | $ 6,500.00 | #5770 NUAW Designs | | 15750-51 | 15932 | | |
| 171 | 2/26/08 | $ 214,427.07 | | Internet Xfer | $ 5,500.00 | #6085 JPG Pilot Services | | 15750-51 | | | |
| 172 | 2/26/08 | $ 213,421.46 | | Wire | $ 1,005.61 | Honeywell (contract #4049E) | | 15750-51 | 15933 | | |
| 173 | 2/27/08 | $ 197,421.46 | | Wire | $ 16,000.00 | Private Class Air (Av fuel) | | 15750-51 | 15934 | | |
| 174 | 2/28/08 | $ 195,921.46 | | Internet Xfer | $ 1,500.00 | #1321 Weingart, Waun & Alois | | 15750-51 | | | |
| 175 | 2/28/08 | $ 180,921.46 | | Wire | $ 15,000.00 | Aero Toy Store (February pymt) | | 15750-51 | 15935 | | |
| 176 | 2/29/08 | $ 171,909.14 | | Wire | $ 9,012.32 | Universal Weather & Aviation (Invoices) | | 15750-51 | 15936 | | |
| 177 | 3/13/08 | $ 121,909.14 | | Internet Xfer | $ 50,000.00 | #1321 Weingart, Waun & Alois | | 15752-53 | | | |
| 178 | 3/13/08 | $ 111,909.14 | | Internet Xfer | $ 10,000.00 | #9795 TCS | | 15752-53 | | | |
| 179 | 3/18/08 | $ 525,993.70 | $ 414,084.56 | Wire | | Bank of America 6665858624 Weingart | | 15752-53 | 15937 | | |
| 180 | 3/19/08 | $ 554,142.89 | $ 28,149.19 | Wire | | Bank of America 6183361143 Weingart | | 15752-53 | 15938 | | |
| 181 | 3/19/08 | $ 154,142.89 | | Internet Xfer | $400,000.00 | #1321 Weingart, Waun & Alois | | 15752-53 | | | |

Exhibit C



Account Number: 70074710
Date Printed: April 21, 2008
Page: 1 of 1

[Deposit slip dated 2/22/08, Name: Gallegos John, Account Number: *70074710, Net Deposit: $50,000.00, 1081]

TRACE# 95 2 790 POSTED 02/22/2008 CK# $50000.00

[Check #1102 from JOHN GALLEGOS, 7603 CALIFORNIA SW AVE, SEATTLE, WA 98136, dated 2/19/08, Pay to the order of John Gallegos, $50,000.00, Fifty thousand dollars and no/100, Bank of America, Washington, Line of Credit]

TRACE# 95 2 800 POSTED 02/22/2008 CK# 1102 $50000.00

The images shown represents an official copy of the original document as processed by our institution.

①

Exhibit D



00012269
00012269









**AmericanNationalBank**

Account Number: 70074723
Date Printed: April 22, 2008
Page: 1 of 1

AmericanNationalBank DEPOSIT

CHECKING DEPOSIT

DATE 2/22/08

NAME Waun Weingart

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

ACCOUNT NUMBER

* 70074723

SIGN HERE FOR RECEIPT OF CASH

1081

55000.00

TOTAL FROM OTHER SIDE

SUB TOTAL

LESS CASH RECEIVED 4000.00

NET DEPOSIT $ 51000.00

⑆4444⑈1081⑆ 70074723⑈ 140

TRACE# 95 2 760 POSTED 02/22/2008 CK# $51000.00

CASH OUT TICKET G/L CREDIT
TELLER

Meridian

CashOut $4000.00
02/22/2008 04:27:28 PM
0003 A301 0301 #42

70074723

5512

⑆4444⑈5512⑆ 11000 10003⑈ 601

TRACE# 95 2 770 POSTED 02/22/2008 CK# $4000.00

**AmericanNationalBank**

Deposit Correction Notice - Debit

Customer Corrections

Date: 02/22/2008

Account: 70074723

| | |
|---|---|
| Original Deposit Amount | 51000.00 |
| Amount of this Correction | 5000.00 |
| Corrected Deposit Amount | 46000.00 |

Item listed as $55,000.00 on deposit; should be $50,000.00

95 2 775: NHawley

TRACE# 95 2 775 POSTED 02/22/2008 CK# $5000.00

JOHN GALLEGOS
7603 CALIFORNIA SW AVE.
SEATTLE, WA 98136

1101

DATE 2/19/08

PAY TO THE ORDER OF Waun Weingart $ 50,000.00

Fifty thousand dollars and NO/100 DOLLARS

BankofAmerica

Line of Credit

Washington

FOR

⑆125000024⑆68 200 14849 5499⑈1101

TRACE# 95 2 780 POSTED 02/22/2008 CK# 1101 $50000.00

The images shown represents an official copy of the original document as processed by our institution.

2

