2289777
Page: 1 of 1
05/21/2002 03:02P
Boulder County Clerk, CO QCDJT R 5.00 D 0.00

# QUITCLAIM DEED

**THIS DEED**, made this 29th day of March , 20 02 , between PAUL J. HASTINGS of the *County of BOULDER and State of COLORADO , grantor, and JOHN P. GALLEGOS AND WAUNITA WEINGART whose legal address is 141 Lost Angel Road, Boulder, CO. 80302 of the County of Boulder and State of Colorado , grantees:

**WITNESS**, that the grantor, for and in consideration of the sum of Ten Dollars and no/100ths---------------------------------------- DOLLARS, the receipt and sufficiency of which is hereby acknowledged, has remised, released, sold and QUITCLAIMED, and by these presents does remise, release, sell and QUITCLAIM unto the grantees, their heirs, successors and assigns forever, not in tenancy in common but in joint tenancy, all the right, title, interest, claim and demand which the grantor has in and to the real property, together with improvements, if any, situate, lying and being in the County of Boulder and State of Colorado, described as follows:

LOT 8,
PRIDE OF THE WEST,

COUNTY OF BOULDER,
STATE OF COLORADO.

also known by street and number as: 141 LOST ANGEL ROAD, BOULDER, COLORADO 80302

assessor's schedule or parcel number:

**TO HAVE AND TO HOLD** the same, together with all and singular the appurtenances and privileges thereunto belonging, or in anywise thereunto appertaining, and all the estate, right, title, interest and claim whatsoever of the grantor, either in law or equity, to the only proper use, benefit and behoof of the grantees, their heirs and assigns forever.

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF**, the grantor has executed this deed on the date set forth above.

[signature]
PAUL J. HASTINGS

STATE OF ~~COLORADO~~ CALIFORNIA
County of SAN FRANCISCO } ss.

The foregoing instrument was acknowledged before me this 1ST day of APRIL , 20 02, by PAUL J. HASTINGS

Witness my hand and official seal.
My commission expires: NOV 9 2005

JAMES E. STRAND
Commission # 1329168
Notary Public - California
San Francisco County
My Comm. Expires Nov 9, 2005

James E. Strand
Notary Public

*If in Denver, insert "City and."

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

No. 962. Rev. 4-94. QUITCLAIM DEED (to Joint Tenants)

Bradford Publishing, 1743 Wazee St., Denver, CO 80202 — (303) 292-2500 — www.bradfordpublishing.com — 6-01

Boulder County

BOULDER COUNTY, State of Colorado
Certified to be a full, true and complete copy as appears upon the records of my office.
HILLARY HALL, CLERK & RECORDER
By [signature] 4-19-11
Deputy Clerk L Yvonne Sanders Date

**ATTACHMENT 3**

00007475

# A. SETTLEMENT STATEMENT

U.S. Department of Housing and Urban Development

OMB No. 2502-0265

| B. Type of Loan | | | |
|---|---|---|---|
| 1. __ FHA 2. __ FmHA 3. X Conv. Unins. 4. __ VA 5. __ Conv. Ins. | 6. File Number 02-30015 | 7. Loan Number 0001721046 | 8. Mortgage Insurance Case Number |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked (P.O.C.) were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| JOHN P. GALLEGOS<br>141 LOST ANGEL ROAD<br>BOULDER, COLORADO 80302 | | AAMES FUNDING CORPORATION DBA AAMES HOME LOAN<br>3347 MICHELSON DRIVE<br>IRVINE, CA. 92612 |

| G. Property Location | H. Settlement Agent | I. Settlement Date |
|---|---|---|
| 141 LOST ANGEL ROAD<br>BOULDER, COLORADO 80302 | COLORADO COUNTY & COMMUNITY TITLE<br>Place of Settlement<br>725 S. BROADWAY STREET SUITE 19<br>DENVER, COLORADO 80209 | 03/21/02<br>DD: 03/21/02 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | | K. SUMMARY OF SELLER'S TRANSACTION: | | |
|---|---|---|---|---|---|
| **100. Gross Amount Due From Borrower** | | | **400. Gross Amount Due To Seller** | | |
| 101. Contract sales price | | | 401. Contract sales price | | |
| 102. Personal property | | | 402. Personal property | | |
| 103. Settlement charges to borrower (line 1400) | | 5,880.64 | 403. | | |
| 104. | | | 404. | | |
| 105. PAYOFF TO EQUICREDIT | | 130,100.38 | 405. | | |
| **Adjustments for items paid by seller in advance** | | | **Adjustments for items paid by seller in advance** | | |
| 106. City/town taxes | to | | 406. City/town taxes | to | |
| 107. County taxes | to | | 407. County taxes | to | |
| 108. Assessments | to | | 408. Assessments | to | |
| 109. | | | 409. | | |
| 110. | | | 410. | | |
| 111. | | | 411. | | |
| 112. | | | 412. | | |
| 120. GROSS AMOUNT DUE FROM BORROWER | | 135,981.02 | 420. GROSS AMOUNT DUE TO SELLER | | |
| **200. Amounts Paid By or In Behalf of Borrower** | | | **500. Reductions In Amount Due To Seller** | | |
| 201. Deposit or earnest money | | | 501. Excess Deposit (see instructions) | | |
| 202. Principal amount of new loan(s) | | 278,000.00 | 502. Settlement charges to seller (line 1400) | | 0.00 |
| 203. Existing loan(s) taken subject to | | | 503. Existing loan(s) taken subject to | | |
| 204. | | | 504. Payoff of first mortgage loan | | |
| 205. | | | 505. Payoff of second mortgage loan | | |
| 206. | | | 506. | | |
| 207. | | | 507. | | |
| 208. | | | 508. | | |
| 209. | | | 509. | | |
| **Adjustments for items unpaid by seller** | | | **Adjustments for items unpaid by seller** | | |
| 210. City/town taxes | to | | 510. City/town taxes | to | |
| 211. County taxes | to | | 511. County taxes | to | |
| 212. Assessments | to | | 512. Assessments | to | |
| 213. | | | 513. | | |
| 214. | | | 514. | | |
| 215. | | | 515. | | |
| 216. | | | 516. | | |
| 217. | | | 517. | | |
| 218. | | | 518. | | |
| 219. | | | 519. | | |
| 220. TOTAL PAID BY/FOR BORROWER | | 278,000.00 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | | |
| **300. Cash At Settlement From or To Borrower** | | | **600. Cash At Settlement To or From Seller** | | |
| 301. Gross amount due from borrower (line 120) | | 135,981.02 | 601. Gross amount due to seller (line 420) | | |
| 302. Less amounts paid by/for borrower (line 220) | | 278,000.00 | 602. Less reduction amount due seller (line 520) | | |
| 303. CASH TO BORROWER | | 142,018.98 | 603. CASH TO SELLER | | 0.00 |

*109*

IN THE EVENT A RE-PRORATION OF THE TAXES IS NECESSARY WHEN THE TAX BILLS FOR 1997 ARE PREPARED, THE PARTIES AGREE TO HANDLE SAID RE-PRORATION BETWEEN THEMSELVES.

JOHN P. GALLEGOS — 3/21/02 Buyer/Borrower — Seller

Buyer/Borrower — Seller

03-22-2002 at 7:13 AM

RESPA, HB 4305.2 -- REV. HUD-1 (3/86)

2

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT SETTLEMENT STATEMENT PAGE 2

| L. SETTLEMENT CHARGES: FILE #: 02-00015 | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $ @ = | | |
| Division of commission (line 700) as follows: | | |
| 701. $ to | | |
| 702. $ to | | |
| 703. Commission paid at Settlement | | |
| 704. | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801. Loan Origination Fee % | | |
| 802. Loan Discount % | | |
| 803. Appraisal Fee to G-4 HOLDING COMPANY | 325.00 | |
| 804. Credit Report to G-4 HOLDING COMPANY | 25.00 | |
| 805. Lender's Inspection Fee to | | |
| 806. Mtg. Ins. Application Fee to | | |
| 807. Assumption Fee to | | |
| 808. UNDERWRITING FEE AAMES HOME LOAN | 805.00 | |
| 809. FLOOD CERTIFICATION AAMES HOME LOAN | 19.00 | |
| 810. TAX SERVICE FEE AAMES HOME LOAN | 75.00 | |
| 811. MORTGAGE BROKER FEE G-4 HOLDING | 1,500.00 | |
| 812. | | |
| 813. | | |
| 814. | | |
| 815. | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901. Interest from 03/21/02 to 04/01/02 @ $ 59.22 /day 11 Days | 651.42 | |
| 902. Mortgage Insurance Premium for to | | |
| 903. Hazard Insurance Premium for 1YRs to FARMERS | 1,195.22 | |
| 904. | | |
| 905. | | |
| **1000. RESERVES DEPOSITED WITH LENDER FOR** | | |
| 1001. Hazard Insurance mo.@$ /mo. | | |
| 1002. Mortgage Insurance mo.@$ /mo. | | |
| 1003. City property taxes mo.@$ /mo. | | |
| 1004. County property taxes mo.@$ /mo. | | |
| 1005. Annual Assessments mo.@$ /mo. | | |
| 1006. mo.@$ /mo. | | |
| 1007. mo.@$ /mo. | | |
| 1008. | | |
| **1100. TITLE CHARGES** | | |
| 1101. Settlement or closing fee to COLORADO COUNTY & COMMUNITY TITLE | 150.00 | |
| 1102. Abstract or title search to | | |
| 1103. Title examination to | | |
| 1104. Title insurance binder to | | |
| 1105. Document preparation to | | |
| 1106. Notary fees to | | |
| 1107. Attorney's fees to | | |
| (includes above items No: ) | | |
| 1108. Title insurance to COLORADO COUNTY & COMMUNITY TITLE | 870.00 | |
| (includes above items No: FORM 100; 140.1; 110.1 ) | | |
| 1109. Lender's coverage $ 278,000.00 ···· 870.00 | | |
| 1110. Owner's coverage $ | | |
| 1111. FORM 100; 140.1; 165 COLORADO COUNTY & COMMUNITY TITLE | 120.00 | |
| 1112. COURIER/WIRE FEE COLORADO COUNTY & COMMUNITY TITLE | 35.00 | |
| 1113. TAX CERTIFICATE COLORADO COUNTY & COMMUNITY TITLE | 25.00 | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | |
| 1201. Recording fees Deed $ ; Mortgage $ 70.00 ; Releases $ 15.00 | 85.00 | |
| 1202. City/county/stamps Deed $ ; Mortgage $ | | |
| 1203. State tax/stamps Deed $ ; Mortgage $ | | |
| 1204. | | |
| 1205. | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301. Survey to | | |
| 1302. Pest inspection to | | |
| 1303. | | |
| 1304. | | |
| 1305. | | |
| 1306. | | |
| 1307. | | |
| 1308. | | |
| **1400. TOTAL SETTLEMENT CHARGES** (enter on lines 103 and 502, Sections J and K) | 5,880.64 | 0.00 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

JOHN P. GALLEGOS [signature] 3/21/02 Buyer/Borrower Seller

Buyer/Borrower Seller

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

[signature] COLORADO COUNTY & COMMUNITY TITLE Settlement Agent 3-21-02 Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

03-22-2002 at 7:14 AM RESPA, HB 4305.2 – REV. HUD-1 (3/86)

3

00007713

# A. SETTLEMENT STATEMENT

U.S. Department of Housing and Urban Development

OMB No. 2502-0265

| B. Type of Loan | 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number |
|---|---|---|---|
| 1. __ FHA 2. __ FmHA 3. X Conv. Unins. 4. __ VA 5. __ Conv. Ins. | 02-00026 | 1400000362 | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked (P.O.C.) were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| JOHN P. GALLEGOS<br>141 LOST ANGEL ROAD<br>BOULDER, COLORADO 80302 | | RESOURCE BANK<br>2901 S. LYNNHAVEN ROAD SUITE 240<br>VIRGINIA BEACH, VA. 23452 |

| G. Property Location | H. Settlement Agent | I. Settlement Date |
|---|---|---|
| 141 LOST ANGEL ROAD<br>BOULDER, COLORADO 80302 | COLORADO COUNTY & COMMUNITY TITLE<br>Place of Settlement<br>725 S. BROADWAY STREET SUITE 19<br>DENVER, COLORADO 80209 | 03/29/02<br>DD: 03/29/02 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| **100. Gross Amount Due From Borrower** | | **400. Gross Amount Due To Seller** | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 7,649.99 | 403. | |
| 104. PAYOFF LOANWORKS | 137,809.05 | 404. | |
| 105. | | 405. | |
| **Adjustments for items paid by seller in advance** | | **Ad[...] advance** | |
| 106. City/town taxes to | | 406. Ci[...] | |
| 107. County taxes to | | 407. C[...] | |
| 108. Assessments to | | 408. As[...] | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 145,459.04 | 420. GROSS AMOUNT DUE TO SELLER | |
| **200. Amounts Paid By or In Behalf of Borrower** | | **500. Reductions In Amount Due To Seller** | |
| 201. Deposit or earnest money | | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 400,000.00 | 502. Settlement charges to seller (line 1400) | 0.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| **Adjustments for items unpaid by seller** | | **Adjustments for items unpaid by seller** | |
| 210. City/town taxes to | | 510. City/town taxes to | |
| 211. County taxes to | | 511. County taxes to | |
| 212. Assessments to | | 512. Assessments to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | 400,000.00 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | |
| **300. Cash At Settlement From or To Borrower** | | **600. Cash At Settlement To or From Seller** | |
| 301. Gross amount due from borrower (line 120) | 145,459.04 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | 400,000.00 | 602. Less reduction amount due seller (line 520) | |
| 303. CASH TO BORROWER | 254,540.96 | 603. CASH TO SELLER | 0.00 |

163296 1001439092 4001396110 43640177 Settlement

IN THE EVENT A RE-PRORATION OF THE TAXES IS NECESSARY WHEN THE TAX BILLS FOR 1997 ARE PREPARED, THE PARTIES AGREE TO HANDLE SAID RE-PRORATION BETWEEN THEMSELVES.

JOHN P. GALLEGOS [signature] 3/29/02 Buyer/Borrower ______ Seller

______ Buyer/Borrower ______ Seller

03-28-2002 at 4:27 PM

4

00007748

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT — SETTLEMENT STATEMENT — PAGE 2

| L. SETTLEMENT CHARGES: FILE #: 02-00026 | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $ @ = | | |
| Division of commission (line 700) as follows: | | |
| 701. $ to | | |
| 702. $ to | | |
| 703. Commission paid at Settlement | | |
| 704. | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801. Loan Origination Fee % G-4 HOLDING COMPANY | 2,000.00 | |
| 802. Loan Discount % RESOURCE MORTGAGE | 200.00 | |
| 803. Appraisal Fee to SCHALK APPRAISERS 475.00B | | |
| 804. Credit Report to FACTUAL DATA 25.00B | | |
| 805. Lender's Inspection Fee to | | |
| 806. Mtg. Ins. Application Fee to | | |
| 807. Assumption Fee to | | |
| 808. UNDERWRITING FEE RESOURCE BANK | 215.00 | |
| 809. PORTFOLIO REVIEW RESOURCE BANK | 100.00 | |
| 810. TAX SERVICE FEE RESOURCE BANK | 83.00 | |
| 811. FLOOD CERTIFICATE RESOURCE BANK | 26.00 | |
| 812. | | |
| 813. | | |
| 814. | | |
| 815. | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901. Interest from 03/29/02 to 04/01/02 @ $ 97.2603 /day 3 Days | 291.78 | |
| 902. Mortgage Insurance Premium for to | | |
| 903. Hazard Insurance Premium for 1Yrs to ANPAC | 2,040.00 | |
| 904. | | |
| 905. | | |
| **1000. RESERVES DEPOSITED WITH LENDER FOR** | | |
| 1001. Hazard Insurance 3 mo.@$ 170.00 /mo. | 510.00 | |
| 1002. Mortgage Insurance mo.@$ /mo. | | |
| 1003. City property taxes mo.@$ /mo. | | |
| 1004. County property taxes 3 mo.@$ 198.09 /mo. | 594.27 | |
| 1005. Annual Assessments mo.@$ /mo. | | |
| 1006. mo.@$ /mo. | | |
| 1007. mo.@$ /mo. | | |
| 1008. AGGREGATE ADJUSTMENT | -0.06 | |
| **1100. TITLE CHARGES** | | |
| 1101. Settlement or closing fee to COLORADO COUNTY & COMMUNITY TITLE | 150.00 | |
| 1102. Abstract or title search to | | |
| 1103. Title examination to | | |
| 1104. Title insurance binder to | | |
| 1105. Document preparation to RESOURCE BANK | 275.00 | |
| 1106. Notary fees to | | |
| 1107. Attorney's fees to | | |
| (includes above items No: ) | | |
| 1108. Title insurance to COLORADO COUNTY & COMMUNITY TITLE | 870.00 | |
| (includes above items No: FORM 100; 140.1; ) | | |
| 1109. Lender's coverage $ 400,000.00 ---- 870.00 | | |
| 1110. Owner's coverage $ | | |
| 1111. FORM 100; 140.1; 165 COLORADO COUNTY & COMMUNITY TITLE | 120.00 | |
| 1112. COURIER/WIRE FEE COLORADO COUNTY & COMMUNITY TITLE | 35.00 | |
| 1113. TAX CERTIFICATE COLORADO COUNTY & COMMUNITY TITLE | 25.00 | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | |
| 1201. Recording fees Deed $ ; Mortgage $ 100.00 ; Releases $ 15.00 | 115.00 | |
| 1202. City/county/stamps Deed $ ; Mortgage $ | | |
| 1203. State tax/stamps Deed $ ; Mortgage $ | | |
| 1204. | | |
| 1205. | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301. Survey to | | |
| 1302. Pest inspection to | | |
| 1303. | | |
| 1304. | | |
| 1305. | | |
| 1306. | | |
| 1307. | | |
| 1308. | | |
| **1400. TOTAL SETTLEMENT CHARGES** (enter on lines 103 and 502, Sections J and K) | 7,649.99 | 0.00 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

JOHN P. GALLEGOS [signature] 3/29/02 Buyer/Borrower — Seller

Buyer/Borrower — Seller

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

[signature] COLORADO COUNTY & COMMUNITY TITLE Settlement Agent — 3-29-02 Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

03-28-2002 at 4:27 PM

5

# Resource Mortgage

## HUD ADDENDUM

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

3/29/02
JOHN P. GALLEGOS

Sellers

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused the funds to be disbursed in accordance with this statement.

Settlement Agent

03/29/02
Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

rlsm 1/01

# A. SETTLEMENT STATEMENT

U.S. Department of Housing and Urban Development

Certified to be a true and correct copy of the original.
by: John Eisenhauer

OMB No. 2502-0265

| B. Type of Loan | | | |
|---|---|---|---|
| 1. _ FHA 2. _ FmHA 3. X Conv. Unins. 4. _ VA 5. _ Conv. Ins. | 6. File Number 02-00007 | 7. Loan Number 02C026-1007 | 8. Mortgage Insurance Case Number |

**C. NOTE:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked (P.O.C.) were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| JOHN P. GALLEGOS<br>141 LOST ANGEL ROAD<br>BOULDER, COLORADO 80302 | | GENERAL MORTGAGE CORPORATION OF AMERICA, A GA CORP, ISOA/ATIMA<br>8191 COLLEGE PARKWAY SUITE 202<br>FORT MYERS, FLORIDA 33919 |

| G. Property Location | H. Settlement Agent | |
|---|---|---|
| 141 LOST ANGEL ROAD<br>BOULDER, COLORADO 80302 | COLORADO COUNTY & COMMUNITY TITLE<br>Place of Settlement<br>725 S. BROADWAY STREET SUITE 19<br>DENVER, COLORADO 80209 | I. Settlement Date<br>06/25/02<br>DD: 07/01/02 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| **100. Gross Amount Due From Borrower** | | **400. Gross Amount Due To Seller** | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 5,039.00 | 403. | |
| 104. PAYOFF TO EQUICREDIT | 130,100.38 | 404. | |
| 105. | | 405. | |
| **Adjustments for items paid by seller in advance** | | **Adjustments for items paid by seller in advance** | |
| 106. City/town taxes to | | 406. City/town taxes to | |
| 107. County taxes to | | 407. County taxes to | |
| 108. Assessments to | | 408. Assessments to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 135,139.38 | 420. GROSS AMOUNT DUE TO SELLER | |
| **200. Amounts Paid By or In Behalf of Borrower** | | **500. Reductions In Amount Due To Seller** | |
| 201. Deposit or earnest money | | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 229,800.00 | 502. Settlement charges to seller (line 1400) | 0.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| **Adjustments for items unpaid by seller** | | **Adjustments for items unpaid by seller** | |
| 210. City/town taxes to | | 510. City/town taxes to | |
| 211. County taxes to | | 511. County taxes to | |
| 212. Assessments to | | 512. Assessments to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | 229,800.00 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | |
| **300. Cash At Settlement From or To Borrower** | | **600. Cash At Settlement To or From Seller** | |
| 301. Gross amount due from borrower (line 120) | 135,139.38 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | 229,800.00 | 602. Less reduction amount due seller (line 520) | |
| 303. CASH TO BORROWER | 94,660.62 | 603. CASH TO SELLER | 0.00 |

IN THE EVENT A RE-PRORATION OF THE TAXES IS NECESSARY WHEN THE TAX BILLS FOR 2000 ARE PREPARED, THE PARTIES AGREE TO HANDLE SAID RE-PRORATION BETWEEN THEMSELVES.

JOHN P. GALLEGOS ____________ Buyer/Borrower ____________ Seller

____________ Buyer/Borrower ____________ Seller

06-25-2002 at 12:53 PM

RESPA, HB 4305.2 -- REV. HUD-1 (3/86)

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT — SETTLEMENT STATEMENT — PAGE 2

| L. SETTLEMENT CHARGES: FILE #: 02-00007 | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $ @ = | | |
| Division of commission (line 700) as follows: | | |
| 701. $ to | | |
| 702. $ to | | |
| 703. Commission paid at Settlement | | |
| 704. | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801. Loan Origination Fee % G-4 HOLDING | 1,149.00 | |
| 802. Loan Discount % | | |
| 803. Appraisal Fee to G-4 HOLDING | 350.00 | |
| 804. Credit Report to G-4 HOLDING | 25.00 | |
| 805. Lender's Inspection Fee to | | |
| 806. Mtg. Ins. Application Fee to | | |
| 807. Assumption Fee to | | |
| 808. TAX SERVICE FEE GENERAL MORTGAGE CORPORATION | 79.00 | |
| 809. UNDERWRITING FEE GENERAL MORTGAGE CORPORATION | 599.00 | |
| 810. FLOOD DETERMINATION GENERAL MORTGAGE CORPORATION | 26.00 | |
| 811. COURIER/COPY/FAX/EMAIL FEE GENERAL MORTGAGE CORPORATION | 50.00 | |
| 812. WIRE TRANSFER FEE GENERAL MORTGAGE CORPORATION | 30.00 | |
| 813. FIELD REVIEW FEE PAID BY BROKER TO HANSEN 350.00B | | |
| 814. FUNDING FEE GENERAL MORTGAGE CORPORATION | 199.00 | |
| 815. RMCR GENERAL MORTGAGE CORPORATION | 65.00 | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901. Interest from to @ $ /day Days | | |
| 902. Mortgage Insurance Premium for to | | |
| 903. Hazard Insurance Premium for 1YR yrs to AMERICAN FAMILY | 1,367.00 | |
| 904. | | |
| 905. | | |
| **1000. RESERVES DEPOSITED WITH LENDER FOR** | | |
| 1001. Hazard Insurance mo. @ $ /mo. | | |
| 1002. Mortgage Insurance mo. @ $ /mo. | | |
| 1003. City property taxes mo. @ $ /mo. | | |
| 1004. County property taxes mo. @ $ /mo. | | |
| 1005. Annual Assessments mo. @ $ /mo. | | |
| 1006. mo. @ $ /mo. | | |
| 1007. mo. @ $ /mo. | | |
| 1008. | | |
| **1100. TITLE CHARGES** | | |
| 1101. Settlement or closing fee to COLORADO COUNTY & COMMUNITY TITLE | 150.00 | |
| 1102. Abstract or title search to | | |
| 1103. Title examination to | | |
| 1104. Title insurance binder to | | |
| 1105. Document preparation to | | |
| 1106. Notary fees to | | |
| 1107. Attorney's fees to | | |
| (includes above items No: ) | | |
| 1108. Title insurance to COLORADO COUNTY & COMMUNITY TITLE | 675.00 | |
| (includes above items No: FORM 100: 140.1 110.7 ) | | |
| 1109. Lender's coverage $ 229,800.00 ---- 675.00 | | |
| 1110. Owner's coverage $ | | |
| 1111. FORM 100: 140.1: 110.7 COLORADO COUNTY & COMMUNITY TITLE | 120.00 | |
| 1112. COURIER/WIRE FEE COLORADO COUNTY & COMMUNITY TITLE | 35.00 | |
| 1113. TAX CERTIFICATE COLORADO COUNTY & COMMUNITY TITLE | 25.00 | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | |
| 1201. Recording fees Deed $ ; Mortgage $ 80.00 ; Releases $ 15.00 | 95.00 | |
| 1202. City/county/stamps Deed $ ; Mortgage $ | | |
| 1203. State tax/stamps Deed $ ; Mortgage $ | | |
| 1204. | | |
| 1205. | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301. Survey to | | |
| 1302. Pest inspection to | | |
| 1303. | | |
| 1304. | | |
| 1305. | | |
| 1306. | | |
| 1307. | | |
| 1308. | | |
| **1400. TOTAL SETTLEMENT CHARGES** (enter on lines 103 and 502, Sections J and K) | 5,039.00 | 0.00 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

JOHN P. GALLEGOS [signature] Buyer/Borrower ______ Seller

______ Buyer/Borrower ______ Seller

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

[signature] 6-25-02
COLORADO COUNTY & COMMUNITY TITLE Settlement Agent ______ Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

06-25-2002 at 12:53 PM RESPA, HB 4305.2 -- REV. HUD-1 (3/86)

8

 

# A. SETTLEMENT STATEMENT

U.S. Department of Housing and Urban Development

OMB No 2502-0265

| B. Type of Loan | | | |
|---|---|---|---|
| 1 _ FHA 2 _ FmHA 3 X Conv Unins 4 _ VA 5 _ Conv Ins | 6 File Number 04-00013 | 7 Loan Number 128500 | 8 Mortgage Insurance Case Number |

**C. NOTE:** This form is furnished to give you a statement of actual settlement costs Amounts paid to and by the settlement agent are shown Items marked (P O C ) were paid outside the closing; they are shown here for information purposes and are not included in the totals

| D. Name and Address of Borrower | E Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| JOHN GALLEGOS<br>141 LOST ANGEL ROAD<br>BOULDER, COLORADO 80302 | | 1ST MARINER BANK<br>3301 BOSTON STREET<br>BALTIMORRE, MD. 21224 |

| G Property Location | H Settlement Agent | I Settlement Date |
|---|---|---|
| 141 LOST ANGEL ROAD<br>BOULDER, COLORADO 80302 | COLORADO COUNTY & COMMUNITY TITLE<br>Place of Settlement<br>725 S. BROADWAY STREET SUITE 19<br>DENVER, COLORADO 80209 | 02/13/04<br>DD: 02/19/04 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| **100 Gross Amount Due From Borrower** | | **400 Gross Amount Due To Seller** | |
| 101 Contract sales price | | 401 Contract sales price | |
| 102 Personal property | | 402 Personal property | |
| 103 Settlement charges to borrower (line 1400) | 3,185.57 | 403 | |
| 104. PAYOFF TO FAIRBANKS | 396,645.27 | 404 | |
| 105 | | 405 | |
| **Adjustments for items paid by seller in advance** | | **Adjustments for items paid by seller in advance** | |
| 106 City/town taxes to | | 406 City/town taxes to | |
| 107. County taxes to | | 407. County taxes to | |
| 108. Assessments to | | 408. Assessments to | |
| 109 | | 409 | |
| 110 | | 410 | |
| 111 | | 411 | |
| 112 | | 412 | |
| 120 GROSS AMOUNT DUE FROM BORROWER | 399,830.84 | 420 GROSS AMOUNT DUE TO SELLER | |
| **200 Amounts Paid By or In Behalf of Borrower** | | **500 Reductions In Amount Due To Seller** | |
| 201 Deposit or earnest money | | 501 Excess Deposit (see instructions) | |
| 202 Principal amount of new loan(s) | 400,000.00 | 502 Settlement charges to seller (line 1400) | 0.00 |
| 203 Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504 Payoff of first mortgage loan | |
| 205 | | 505 Payoff of second mortgage loan | |
| 206 | | 506 | |
| 207 | | 507 | |
| 208 | | 508 | |
| 209 | | 509 | |
| **Adjustments for items unpaid by seller** | | **Adjustments for items unpaid by seller** | |
| 210. City/town taxes to | | 510 City/town taxes to | |
| 211 County taxes to | | 511 County taxes to | |
| 212 Assessments to | | 512. Assessments to | |
| 213 | | 513 | |
| 214 | | 514. | |
| 215 | | 515 | |
| 216 | | 516 | |
| 217 | | 517 | |
| 218 | | 518 | |
| 219. | | 519 | |
| 220 TOTAL PAID BY/FOR BORROWER | 400,000.00 | 520 TOTAL REDUCTION AMOUNT DUE SELLER | |
| **300. Cash At Settlement From or To Borrower** | | **600 Cash At Settlement To or From Seller** | |
| 301 Gross amount due from borrower (line 120) | 399,830.84 | 601 Gross amount due to seller (line 420) | |
| 302 Less amounts paid by/for borrower (line 220) | 400,000.00 | 602 Less reduction amount due seller (line 520) | |
| 303. CASH TO BORROWER | 169.16 | 603 CASH TO SELLER | 0.00 |

IN THE EVENT A RE-PRORATION OF THE TAXES IS NECESSARY WHEN THE TAX BILLS FOR 1997 ARE PREPARED, THE PARTIES AGREE TO HANDLE SAID RE-PRORATION BETWEEN THEMSELVES

JOHN GALLEGOS [signature] Buyer/Borrower ______ Seller

______ Buyer/Borrower ______ Seller

02-17-2004 at 10 34 AM

RESPA, HB 4305.2 – REV. HUD-1 (3/86)

U S DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT SETTLEMENT STATEMENT PAGE 2

| L. SETTLEMENT CHARGES: FILE #: 04-00013 | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| 700 TOTAL SALES/BROKER'S COMMISSION based on price $ @ = | | |
| Division of commission (line 700) as follows: | | |
| 701 $ to | | |
| 702 $ to | | |
| 703. Commission paid at Settlement | | |
| 704. | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | |
| 801. Loan Origination Fee % | | |
| 802. Loan Discount % | | |
| 803 Appraisal Fee to FH APPRAISALS | 400.00 | |
| 804 Credit Report to NATINOAL CREDIT REPORTS, INC. | 26.25 | |
| 805 Lender's Inspection Fee to | | |
| 806 Mtg Ins Application Fee to | | |
| 807 Assumption Fee to | | |
| 808 FLOOD CERTIFICATION 1ST MARINER | 15.50 | |
| 809. COMMITMENT FEE 1ST MARINER BANK | 300.00 | |
| 810 | | |
| 811 | | |
| 812 | | |
| 813. | | |
| 814 | | |
| 815. | | |
| 900 ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | |
| 901 Interest from 02/19/04 to 03/01/04 @ $ 72.22 /day 11 Days | 794.42 | |
| 902 Mortgage Insurance Premium for to | | |
| 903. Hazard Insurance Premium for yrs to | | |
| 904 | | |
| 905 | | |
| 1000 RESERVES DEPOSITED WITH LENDER FOR | | |
| 1001 Hazard Insurance 1 mo. @$ 151.19 /mo | 151.19 | |
| 1002 Mortgage Insurance mo @$ /mo | | |
| 1003. City property taxes mo. @$ /mo. | | |
| 1004 County property taxes 3 mo @$ 228.23 /mo | 684.69 | |
| 1005 Annual Assessments mo @$ /mo | | |
| 1006 mo @$ /mo | | |
| 1007. mo. @$ /mo. | | |
| 1008 AGGREGATE ADJUSTMENT | -458.48 | |
| 1100 TITLE CHARGES | | |
| 1101 Settlement or closing fee to COLORADO COUNTY & COMMUNITY TITLE | 150.00 | |
| 1102 Abstract or title search to | | |
| 1103 Title examination to | | |
| 1104 Title insurance binder to | | |
| 1105. Document preparation to 1ST MARINER | 350.00 | |
| 1106 Notary fees to | | |
| 1107 Attorney's fees to | | |
| (includes above items No. ) | | |
| 1108 Title insurance to COLORADO COUNTY & COMMUNITY TITLE | 495.00 | |
| (includes above items No: FORM 100; 140.1; 110.7 ) | | |
| 1109 Lender's coverage $ 400,000.00 ---- 495.00 | | |
| 1110 Owner's coverage $ | | |
| 1111. FORM 100; 140.1; 110.7 COLORADO COUNTY & COMMUNITY TITLE | 100.00 | |
| 1112 COURIER/WIRE FEE COLORADO COUNTY & COMMUNITY TITLE | 35.00 | |
| 1113. TAX CERTIFICATE COLORADO COUNTY & COMMUNITY TITLE | 25.00 | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | |
| 1201 Recording fees Deed $ , Mortgage $ 96.00 , Releases $ 21.00 | 117.00 | |
| 1202 City/county/stamps Deed $ , Mortgage $ | | |
| 1203 State tax/stamps Deed $ , Mortgage $ | | |
| 1204. | | |
| 1205 | | |
| 1300 ADDITIONAL SETTLEMENT CHARGES | | |
| 1301 Survey to | | |
| 1302 Pest inspection to | | |
| 1303 | | |
| 1304 | | |
| 1305. | | |
| 1306 | | |
| 1307 | | |
| 1308 | | |
| 1400 TOTAL SETTLEMENT CHARGES (enter on lines 103 and 502, Sections J and K) | 3,185.57 | 0.00 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction I further certify that I have received a copy of the HUD-1 Settlement Statement

JOHN GALLEGOS [signature] Buyer/Borrower Seller

Buyer/Borrower Seller

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction I have caused or will cause the funds to be disbursed in accordance with this statement

[signature]
COLORADO COUNTY & COMMUNITY TITLE Settlement Agent Date

WARNING It is a crime to knowingly make false statements to the United States on this or any other similar form Penalties upon conviction can include a fine or imprisonment For details see Title 18 U S Code Section 1001 and Section 1010

02-17-2004 at 10 34 AM RESPA, HB 4305 2 -- REV. HUD-1 (3/86)

OMB NO. 2502-0265

A.

U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT

# SETTLEMENT STATEMENT

B. TYPE OF LOAN:

1. [ ] FHA 2. [ ] FmHA 3. [X] CONV. UNINS. 4. [ ] VA 5. [ ] CONV. INS.

6. FILE NUMBER: 2005080049

7. LOAN NUMBER: 0146876461

8. MORTGAGE INS CASE NUMBER:

C. NOTE: *This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(POC)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.*

1.0 3/98 (2005080049.PFD/2005080049/15)

| D. NAME AND ADDRESS OF BORROWER: | E. NAME AND ADDRESS OF SELLER: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| JOHN P. GALLEGOS<br>141 LOST ANGEL ROAD<br>BOULDER, COLORADO 80302 | | WELLS FARGO HOME MORTGAGE<br>2701 WELLS FARGO WAY<br>MINNEAPOLIS, MN. 55467 |

| G. PROPERTY LOCATION: | H. SETTLEMENT AGENT: | I. SETTLEMENT DATE: |
|---|---|---|
| 141 LOST ANGEL ROAD<br>BOULDER, CO 80302<br>MyCounty County, Colorado | Real Estate Title<br><br>PLACE OF SETTLEMENT<br>7000 S. YOSEMITE STREET SUITE 110<br>ENGLEWOOD, COLORADO 80112 | August 25, 2005<br><br>Disburse:08/30/05 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract Sales Price | | | 401. Contract Sales Price | |
| 102. Personal Property | | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | | 1,960.38 | 403. | |
| 104. PAYOFF TO OHIO SAVINGS to OHIO SAVINGS BANK/ | | 406,524.45 | 404. | |
| 105. | | | 405. | |
| *Adjustments For Items Paid By Seller in advance* | | | *Adjustments For Items Paid By Seller in advance* | |
| 106. City/Town Taxes | to | | 406. City/Town Taxes to | |
| 107. County Taxes | to | | 407. County Taxes to | |
| 108. Assessments | to | | 408. Assessments to | |
| 109. | | | 409. | |
| 110. | | | 410. | |
| 111. | | | 411. | |
| 112. | | | 412. | |
| *120. GROSS AMOUNT DUE FROM BORROWER* | | 408,484.83 | *420. GROSS AMOUNT DUE TO SELLER* | |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | | | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | | 400,000.00 | 502. Settlement Charges to Seller (Line 1400) | |
| 203. Existing loan(s) taken subject to | | | 503. Existing loan(s) taken subject to | |
| 204. | | | 504. Payoff of first Mortgage | |
| 205. | | | 505. Payoff of second Mortgage | |
| 206. | | | 506. | |
| 207. | | | 507. | |
| 208. | | | 508. | |
| 209. | | | 509. | |
| *Adjustments For Items Unpaid By Seller* | | | *Adjustments For Items Unpaid By Seller* | |
| 210. City/Town Taxes | to | | 510. City/Town Taxes to | |
| 211. County Taxes | to | | 511. County Taxes to | |
| 212. Assessments | to | | 512. Assessments to | |
| 213. | | | 513. | |
| 214. | | | 514. | |
| 215. | | | 515. | |
| 216. | | | 516. | |
| 217. | | | 517. | |
| 218. | | | 518. | |
| 219. | | | 519. | |
| *220. TOTAL PAID BY/FOR BORROWER* | | 400,000.00 | *520. TOTAL REDUCTION AMOUNT DUE SELLER* | |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER:** | | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301. Gross Amount Due From Borrower (Line 120) | | 408,484.83 | 601. Gross Amount Due To Seller (Line 420) | |
| 302. Less Amount Paid By/For Borrower (Line 220) | | ( 400,000.00) | 602. Less Reductions Due Seller (Line 520) | ( ) |
| *303. CASH ( X FROM ) ( TO ) BORROWER* | | 8,484.83 | *603. CASH ( TO ) ( FROM ) SELLER* | 0.00 |

The undersigned hereby acknowledge receipt of a completed copy of pages 1&2 of this statement & any attachments referred to herein.

Borrower [signature] JOHN P. GALLEGOS

Seller



## L. SETTLEMENT CHARGES

| | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| 700. TOTAL COMMISSION Based on Price $ @ 6.0000 % | | |
| *Division of Commission (line 700) as Follows:* | | |
| 701. $ to | | |
| 702. $ to | | |
| 703. Commission Paid at Settlement | | |
| 704. to | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801. Loan Origination Fee % to | | |
| 802. Loan Discount % to | | |
| 803. Appraisal Fee to G-4 HOLDING POC $350.00b | | |
| 804. Credit Report to G-4 HOLDING POC $25.00b | | |
| 805. Lender's Inspection Fee to | | |
| 806. Mortgage Ins. App. Fee to | | |
| 807. Assumption Fee to | | |
| 808. UNDERWRITING FEE to WELLS FARGO BANK NA | 495.00 | |
| 809. FLOOD LIFE OF LOAN to WELLS FARGO FLOOD SERVICES | 16.00 | |
| 810. MORTG. BRK. COMP FEE FROM WF to G-4 HOLDING COMPANY POC $11000.00b | | |
| 811. TAX SERVICE FEE to WELLS FARGO REAL ESTATE TAX SERVICE | 78.00 | |
| 812. APPRAISAL REVIEW FEE to WELLS FARGO BANK NA | 185.00 | |
| 813. | | |
| 814. | | |
| 815. | | |
| 816. | | |
| 817. | | |
| 818. | | |
| 819. | | |
| 820. | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901. Interest From 08/30/05 to 09/01/05 @ $ 82.190000/day ( 2 days %) | 164.38 | |
| 902. Mortgage Insurance Premium for months to | | |
| 903. Hazard Insurance Premium for 1.0 years to | | |
| 904. | | |
| 905. | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | |
| 1001. Hazard Insurance months @ $ per month | | |
| 1002. Mortgage Insurance months @ $ per month | | |
| 1003. City/Town Taxes months @ $ per month | | |
| 1004. County Taxes months @ $ per month | | |
| 1005. Assessments months @ $ per month | | |
| 1006. months @ $ per month | | |
| 1007. months @ $ per month | | |
| 1008. months @ $ per month | | |
| **1100. TITLE CHARGES** | | |
| 1101. Settlement or Closing Fee to Real Estate Title | 150.00 | |
| 1102. Abstract or Title Search to | | |
| 1103. Title Examination to | | |
| 1104. Title Insurance Binder to | | |
| 1105. Document Preparation to | | |
| 1106. Notary Fees to | | |
| 1107. Attorney's Fees to | | |
| *(includes above item numbers:* ) | | |
| 1108. Title Insurance to Real Estate Title as Agent for Fidelity National | 581.00 | |
| *(includes above item numbers:* ) | | |
| 1109. Lender's Coverage $ 400,000.00 581.00 | | |
| 1110. Owner's Coverage $ | | |
| 1111. FORM 100; 8.1 to Real Estate Title | 70.00 | |
| 1112. TAX CERTIFICATE to Real Estate Title | 25.00 | |
| 1113. COURIER FEES to Real Estate Title | 70.00 | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | |
| 1201. Recording Fees: Deed $ ; Mortgage $ 146.00; Releases $ | 146.00 | |
| 1202. City/County Tax/Stamps: Deed ; Mortgage | | |
| 1203. State Tax/Stamps: Revenue Stamps ; Mortgage | | |
| 1204. | | |
| 1205. | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301. Survey to | | |
| 1302. Pest Inspection to | | |
| 1303. | | |
| 1304. | | |
| 1305. | | |
| **1400. TOTAL SETTLEMENT CHARGES (Enter on Lines 103, Section J and 502, Section K)** | 1,960.38 | |

By signing page 1 of this statement, the signatories acknowledge receipt of a completed copy of page 2 of this two page statement.

Tom Rodman
Real Estate Title
Settlement Agent

Certified to be a true copy.

( 2005080049 / 2005080049 / 19 )



OMB NO. 2502-0265

A.

U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT

# SETTLEMENT STATEMENT

B. TYPE OF LOAN:

1. [ ] FHA 2. [ ] FmHA 3. [X] CONV. UNINS. 4. [ ] VA 5. [ ] CONV. INS.

6. FILE NUMBER: 2006120099

7. LOAN NUMBER: 0157234931

8. MORTGAGE INS CASE NUMBER:

C. NOTE: *This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.*

1.0 3/98 (2006120099PFD/2006120099/16)

| D. NAME AND ADDRESS OF BORROWER: | E. NAME AND ADDRESS OF SELLER: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| JOHN P. GALLEGOS<br>141 LOST ANGEL ROAD<br>BOULDER, CO. 80302 | | WELLS FARGO BANK NA<br>2701 WELLS FARGO WAY<br>MINNEAPOLIS, MN. 55467 |

| G. PROPERTY LOCATION: | H. SETTLEMENT AGENT: | I. SETTLEMENT DATE: |
|---|---|---|
| 141 LOST ANGEL ROAD<br>BOULDER, CO 80302<br>BOULDER County, Colorado | Real Estate Title<br>PLACE OF SETTLEMENT<br>7000 S. YOSEMITE STREET SUITE 110<br>ENGLEWOOD, COLORADO 80112 | December 27, 2006<br>Disburse:01/02/07 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract Sales Price | | 401. Contract Sales Price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | 5,215.72 | 403. | |
| 104. PAYOFF TO SPS to SELECT POTFOLIO SERVICING | 386,392.01 | 404. | |
| 105. | | 405. | |
| *Adjustments For Items Paid By Seller in advance* | | *Adjustments For Items Paid By Seller in advance* | |
| 106. City/Town Taxes to | | 406. City/Town Taxes to | |
| 107. County Taxes to | | 407. County Taxes to | |
| 108. Assessments to | | 408. Assessments to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| *120. GROSS AMOUNT DUE FROM BORROWER* | 391,607.73 | *420. GROSS AMOUNT DUE TO SELLER* | |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | 495,000.00 | 502. Settlement Charges to Seller (Line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first Mortgage | |
| 205. | | 505. Payoff of second Mortgage | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments For Items Unpaid By Seller* | | *Adjustments For Items Unpaid By Seller* | |
| 210. City/Town Taxes to | | 510. City/Town Taxes to | |
| 211. County Taxes to | | 511. County Taxes to | |
| 212. Assessments to | | 512. Assessments to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| *220. TOTAL PAID BY/FOR BORROWER* | 495,000.00 | *520. TOTAL REDUCTION AMOUNT DUE SELLER* | |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301. Gross Amount Due From Borrower (Line 120) | 391,607.73 | 601. Gross Amount Due To Seller (Line 420) | |
| 302. Less Amount Paid By/For Borrower (Line 220) | ( 495,000.00) | 602. Less Reductions Due Seller (Line 520) | ( ) |
| *303. CASH ( FROM ) ( X TO ) BORROWER* | 103,392.27 | *603. CASH ( TO ) ( FROM ) SELLER* | 0.00 |

The undersigned hereby acknowledge receipt of a completed copy of pages 1&2 of this statement & any attachments referred to herein.

Borrower JOHN P. GALLEGOS

Seller

(13)

## L. SETTLEMENT CHARGES

| | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| 700. TOTAL COMMISSION Based on Price $ @ 6.0000 % | | |
| *Division of Commission (line 700) as Follows:* | | |
| 701. $ to | | |
| 702. $ to | | |
| 703. Commission Paid at Settlement | | |
| 704. to | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801. Loan Origination Fee % to | | |
| 802. Loan Discount % to | | |
| 803. Appraisal Fee to SUMMERS APPRAISALS POC:B325.00 | | |
| 804. Credit Report to Home Loan Experts | 5.00 | |
| 805. Lender's Inspection Fee to | | |
| 806. Mortgage Ins. App. Fee to | | |
| 807. Assumption Fee to | | |
| 808. BROKER COMPENSATION PAID to HOME LOAN EXPERTS POC:B8246.70 | | |
| 809. MORTGAGE BROKER FEE to Home Loan Experts | 250.00 | |
| 810. WIRE FEE to Home Loan Experts | 50.00 | |
| 811. UNDERWRITING FEE to WELLS FARGO BANK NA | 500.00 | |
| 812. FUNDING FEE to WELLS FARGO BANK NA | 35.00 | |
| 813. TAX SERVICE FEE to WFRETS | 78.00 | |
| 814. | | |
| 815. | | |
| 816. | | |
| 817. | | |
| 818. | | |
| 819. | | |
| 820. | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901. Interest From 01/01/07 to 01/02/07 @ $ -93.240000/day ( 1 days %) | -93.24 | |
| 902. Mortgage Insurance Premium for months to | | |
| 903. Hazard Insurance Premium for 1.0 years to | | |
| 904. | | |
| 905. | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | |
| 1001. Hazard Insurance 13.000 months @ $ 109.63 per month | 1,425.19 | |
| 1002. Mortgage Insurance months @ $ per month | | |
| 1003. City/Town Taxes months @ $ per month | | |
| 1004. County Taxes 10.000 months @ $ 214.16 per month | 2,141.60 | |
| 1005. Assessments months @ $ per month | | |
| 1006. months @ $ per month | | |
| 1007. months @ $ per month | | |
| 1008. AGGREGATE ADJUSTMENT months @ $ per month | -328.83 | |
| **1100. TITLE CHARGES** | | |
| 1101. Settlement or Closing Fee to Real Estate Title | 150.00 | |
| 1102. Abstract or Title Search to | | |
| 1103. Title Examination to | | |
| 1104. Title Insurance Binder to | | |
| 1105. Document Preparation to | | |
| 1106. Notary Fees to | | |
| 1107. Attorney's Fees to | | |
| *(includes above item numbers:* ) | | |
| 1108. Title Insurance to Real Estate Title as Agent for Fidelity National | 621.00 | |
| *(includes above item numbers:* ) | | |
| 1109. Lender's Coverage $ 495,000.00 621.00 | | |
| 1110. Owner's Coverage $ | | |
| 1111. FORM 100; 140.1; 110.7 to Real Estate Title | 105.00 | |
| 1112. TAX CERTIFICATE to Real Estate Title | 25.00 | |
| 1113. COURIER/ WIRE FEES to Real Estate Title | 105.00 | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | |
| 1201. Recording Fees: Deed $ ; Mortgage $ 126.00; Releases $ 21.00 | 147.00 | |
| 1202. City/County Tax/Stamps: Deed ; Mortgage | | |
| 1203. State Tax/Stamps: Revenue Stamps ; Mortgage | | |
| 1204. | | |
| 1205. | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301. Survey to | | |
| 1302. Pest Inspection to | | |
| 1303. | | |
| 1304. | | |
| 1305. | | |
| 1400. TOTAL SETTLEMENT CHARGES (Enter on Lines 103, Section J and 502, Section K) | 5,215.72 | |

By signing page 1 of this statement, the signatories acknowledge receipt of a completed copy of page 2 of this two page statement.

Real Estate Title
Settlement Agent

Certified to be a true copy.

(2006120099/2006120101/15)

(14)

OMB NO. 2502-0265

A.

U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT

# SETTLEMENT STATEMENT

B. TYPE OF LOAN:

1. [ ] FHA 2. [ ] FmHA 3. [X] CONV. UNINS. 4. [ ] VA 5. [ ] CONV. INS.

6. FILE NUMBER: 2008040101

7. LOAN NUMBER: 6715234719

8. MORTGAGE INS CASE NUMBER:

C. NOTE: *This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(POC)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.*

1 0 3/98 (2008040101.PFD/2008040101/4)

D. NAME AND ADDRESS OF BORROWER:
JOHN P. GALLEGOS
141 LOST ANGEL ROAD
BOULDER, COLORADO 80302

E. NAME AND ADDRESS OF SELLER:

F. NAME AND ADDRESS OF LENDER:
BANK OF AMERICA
9000 Southside Blvd. Bldg. 700
Jacksonville, FL 32256

G. PROPERTY LOCATION:
141 LOST ANGEL ROAD
BOULDER, CO 80302
MyCounty County, Colorado

H. SETTLEMENT AGENT:
REAL ESTATE TITLE

PLACE OF SETTLEMENT
14900 Interurban Avenue South # 271
Seattle, Washington 98168

I. SETTLEMENT DATE:
April 21, 2008
Disburse: 04/22/08

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract Sales Price | | 401. Contract Sales Price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | 8,692.54 | 403. | |
| 104. PAYOFF WELLS FARGO to WELLS FARGO HOME MC | 396,920.21 | 404. | |
| 105. | | 405. | |
| *Adjustments For Items Paid By Seller in advance* | | *Adjustments For Items Paid By Seller in advance* | |
| 106. City/Town Taxes to | | 406. City/Town Taxes to | |
| 107. County Taxes to | | 407. County Taxes to | |
| 108. Assessments to | | 408. Assessments to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| *120. GROSS AMOUNT DUE FROM BORROWER* | 405,612.75 | *420. GROSS AMOUNT DUE TO SELLER* | |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | 417,000.00 | 502. Settlement Charges to Seller (Line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first Mortgage | |
| 205. | | 505. Payoff of second Mortgage | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments For Items Unpaid By Seller* | | *Adjustments For Items Unpaid By Seller* | |
| 210. City/Town Taxes to | | 510. City/Town Taxes to | |
| 211. County Taxes to | | 511. County Taxes to | |
| 212. Assessments to | | 512. Assessments to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| *220. TOTAL PAID BY/FOR BORROWER* | 417,000.00 | *520. TOTAL REDUCTION AMOUNT DUE SELLER* | |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301. Gross Amount Due From Borrower (Line 120) | 405,612.75 | 601. Gross Amount Due To Seller (Line 420) | |
| 302. Less Amount Paid By/For Borrower (Line 220) | ( 417,000.00) | 602. Less Reductions Due Seller (Line 520) | ( ) |
| *303. CASH ( FROM) ( X TO) BORROWER* | 11,387.25 | *603. CASH ( TO) ( FROM) SELLER* | 0.00 |

HUD1

The undersigned hereby acknowledge receipt of a completed copy of pages 1&2 of this statement & any attachments referred to herein.

Borrower [signature] JOHN P. GALLEGOS

Seller

15

## L. SETTLEMENT CHARGES

| | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| 700. TOTAL COMMISSION Based on Price $ @ 6.0000 % | | |
| Division of Commission (line 700) as Follows: | | |
| 701. $ to | | |
| 702. $ to | | |
| 703. Commission Paid at Settlement | | |
| 704. to | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801. Loan Origination Fee 1.7220 % to BANK OF AMERICA | 7,180.74 | |
| 802. Loan Discount % to | | |
| 803. Appraisal Fee to BANK OF AMERICA POC:B100.00 | | |
| 804. Credit Report to BANK OF AMERICA POC:B0.80 | | |
| 805. Lender's Inspection Fee to | | |
| 806. Mortgage Ins. App. Fee to | | |
| 807. Assumption Fee to | | |
| 808. TAX SERVICE FEE to BANK OF AMERICA | 82.00 | |
| 809. APPLICATION to BANK OF AMERICA POC:B200.00 | | |
| 810. FLOOD DETERMINATION to BANK OF AMERICA | 11.00 | |
| 811. LENDER CLOSING FEE to BANK OF AMERICA | 719.00 | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901. Interest From 04/21/08 to 05/01/08 @ $ 69.980000/day ( 10 days %) | 699.80 | |
| 902. Mortgage Insurance Premium for months to | | |
| 903. Hazard Insurance Premium for 1.0 years to | | |
| 904. | | |
| 905. | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | |
| 1001. Hazard Insurance months @ $ per month | | |
| 1002. Mortgage Insurance months @ $ per month | | |
| 1003. City/Town Taxes months @ $ per month | | |
| 1004. County Taxes months @ $ per month | | |
| 1005. Assessments months @ $ per month | | |
| 1006. months @ $ per month | | |
| 1007. months @ $ per month | | |
| 1008. months @ $ per month | | |
| **1100. TITLE CHARGES** | | |
| 1101. Settlement or Closing Fee to | | |
| 1102. Abstract or Title Search to | | |
| 1103. Title Examination to | | |
| 1104. Title Insurance Binder to | | |
| 1105. Document Preparation to | | |
| 1106. Notary Fees to | | |
| 1107. Attorney's Fees to | | |
| (includes above item numbers: ) | | |
| 1108. Title Insurance to Real Estate Title as Agent LANDAMERICA POC:B420.00 | | |
| (includes above item numbers: ) | | |
| 1109. Lender's Coverage $ 417,000.00 420.00 | | |
| 1110. Owner's Coverage $ | | |
| 1111. | | |
| 1112. | | |
| 1113. | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | |
| 1201. Recording Fees: Deed $ ; Mortgage $ ; Releases $ | | |
| 1202. City/County Tax/Stamps: Deed ; Mortgage | | |
| 1203. State Tax/Stamps: Revenue Stamps ; Mortgage | | |
| 1204. | | |
| 1205. | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301. Survey to | | |
| 1302. Pest Inspection to | | |
| 1303. | | |
| 1304. | | |
| 1305. | | |
| **1400. TOTAL SETTLEMENT CHARGES (Enter on Lines 103, Section J and 502, Section K)** | 8,692.54 | |

By signing page 1 of this statement, the signatories acknowledge receipt of a completed copy of page 2 of this two page statement

REAL ESTATE TITLE
Settlement Agent

Certified to be a true copy.

(20080401101/20080401101/4)