IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.   11-cr-00355-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    1. WAUNITA WEINGART
    **2. JOHN PHILLIP GALLEGOS**, and
    3. ALOIS CRAIG WEINGART

    Defendants.

---

**JOINT MOTION TO CONTINUE SENTENCING HEARING
SCHEDULED FOR MAY 23, 2013, AT 9:00 A.M.**

---

    Defendant John Gallegos, through counsel William L. Taylor and Darlene A. Bagley, and the Government, through counsel Linda Kaufman and Martha Paluch, respectfully submit this Joint Motion to Continue Sentencing Hearing Scheduled for May 23, 2013, at 9:00 a.m. and as grounds state as follows:

    1.    On May 2, 2013, counsel for Mr. Gallegos and for the Government received an Order via the ECF system resetting Mr. Gallegos' sentencing hearing, which had originally been scheduled for May 6, 2013, due to a conflict on the Court's calendar:  the jury trial in case number 12-cr-47-msk.  *[See Doc. 276.]*  The Order indicated that May 23, 2013, had been selected as the new date for the sentencing hearing.  Counsel had not been contacted regarding their availability on this date and time prior to the Order being issued.

    2.    On May 2, 2013, counsel for Mr. Gallegos and for the Government jointly

1

contacted chambers via telephone to notify the Court that counsel for Mr. Gallegos had a scheduling conflict for May 23, 2013[1], and requested that a new date be set. Counsel for the Government had no objection to resetting the sentencing hearing.

3.      During the teleconference on May 2, 2013, the clerk with whom counsel spoke offered a number of dates on which the Court would be available to reset the sentencing hearing. August 19, 2013, at 1:00 p.m. was the soonest date and time on which all counsel and the Court were next available. Counsel inquired whether a written motion to continue would be necessary, to which the clerk replied that no written pleading was needed; that the May 23, 2013, date would be vacated; and that Mr. Gallegos' sentencing hearing was now scheduled for August 19, 2013, at 1:00 p.m.

4.      On today's date, counsel for the Government had occasion to check this Court's calendar for reasons unrelated to this case and learned that the May 23, 2013 hearing for Mr. Gallegos had, unbeknownst to all counsel, not been vacated. Counsel for both parties immediately contacted this Court's chambers and were told they must file a written pleading requesting that the hearing be reset.

5.      As represented on May 2, 2013, one of Mr. Gallegos' counsel, Ms. Bagley, is out of state and unavailable on May 23, 2013. Further, as counsel anticipated the hearing to be on August 19, 2013, rather than in less than two days, it is unknown if Mr. Gallegos can arrange to be present on May 23, 2013.

6.      As such, both counsel for Mr. Gallegos and counsel for the Government respectfully request that the May 23, 2013, hearing date be vacated and reset for August 19, 2013, as previously anticipated.

WHEREFORE, Mr. Gallegos and the Government jointly request that this Court GRANT their joint motion to vacate the sentencing hearing currently set for May 23, 2013, and reset the

---

[1] Specifically, Ms. Bagley would be out of town on May 23, 2013, with visiting family from out of the country.

hearing to August 19, 2013, at 1:00 p.m.

Respectfully submitted this 21st day of May, 2013.

/s/ William L. Taylor
William L. Taylor, #21098

/s/ Darlene A. Bagley
Darlene A. Bagley, #35728

RIDLEY, MCGREEVY & WINOCUR P.C.
303 16th Street, Suite 200
Denver, CO  80202
Telephone:  (303) 629-9700
Fax:  (303) 629-9702
E-Mail:  wltaylorpc@gmail.com;
taylor@ridleylaw.com; bagley@ridleylaw.com
*Attorneys for John Phillip Gallegos*

/s/ Linda Kaufman
Linda Kaufman

/s/ Martha Paluch
Martha Paluch

Assistant United States Attorneys
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
(303) 454-0100
*Attorneys for Government*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of May, 2013, I served a true and correct copy of the foregoing **JOINT MOTION TO CONTINUE SENTENCING HEARING SCHEDULED FOR MAY 23, 2013, AT 9:00 A.M.** via email addressed to all counsel/parties subscribed for service of CM/ECF filings in this matter, including:

Nicole D. Peterson
United States Probation Officer
1929 Stout Street, Suite C-120
Denver, CO  80294-0101
nicole_peterson@cod.uscourts.gov

                                             /s/ *Holli M. Baker*
                                             Holli M. Baker