IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-355-MSK-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **WAUNITA WEINGART**,
2. JOHN PHILLIP GALLEGOS,
3. ALOIS CRAIG WEINGART,

    Defendants.

**RESTRICTED - LEVEL 3**

---

### BRIEF IN SUPPORT OF MOTION TO RESTRICT

---

The United States of America, by District of Colorado United States Attorney John F. Walsh, through Assistant United States Attorney Linda Kaufman and Assistant United States Attorney Martha Paluch, hereby files this brief in support of its Motion to Restrict Document.

1. The Court has authority to seal documents upon a showing of compelling reasons.  *See* D.C.COLO.LCrR 47.1(A).

2. The document in question contains information that could jeopardize prompt apprehension of the defendant because it reveals information known to the authorities relating to her flight.

Dated this 9th day of July, 2013.

                RESPECTFULLY SUBMITTED:

                JOHN F. WALSH
                UNITED STATES ATTORNEY
                DISTRICT OF COLORADO

BY:   *s/ Linda Kaufman*
       LINDA KAUFMAN
       Assistant U.S. Attorney
       United States Attorneys Office
       District of Colorado
       1225 17th Street, Suite 700
       Denver, CO 80202
       (303)-454-0100   Phone
       (303) 454-0409   Fax
       E-mail: Linda.Kaufman@usdoj.gov

BY:   *s/ Martha Paluch*
       MARTHA PALUCH
       Assistant U.S. Attorney
       United States Attorneys Office
       District of Colorado
       1225 17th Street, Suite 700
       Denver, CO 80202
       (303)-454-0100   Phone
       (303) 454-0409   Fax
       E-mail: Martha.Paluch@usdoj.gov

       Attorneys for the Government