## LAST WISHES

## PLEASE AND THANK YOU

These are my last wishes and Craigs'

I HAVE A FEW LAST WISHES, NOT MANY, == BUT ONE IS FOR YOU/PAT TO FIND A WAY TO GIVE MY BROTHER BILL THE BIG TV DOWNSTAIRS. PLEASE FIND A WAY TO MAKE THIS HAPPEN.

Bill lives at The Golden Spike Apartments; 3000 W. Yale Avenue; Apartment #918; Denver, Colorado 50219-5800

His phone number is: 720-226-6652 -- One of you has to make the call and let him know I am gone.

My brother and I (as you both know) were estranged for 29 years, but that is the past, and it serves no purpose to live in the past. Bill is very ill, he was just removed from his oral medication for diabetes to a daily shot of insulin in his stomach. His diabetes is progressively getting worse. He has COPD, emphazema, and one more area of illness that I am unable to recall. I have a letter for him for you to give him, he will be heartbroken. This is a small favor in the world of life, and he will be so happy.

His place is not so clean, he is clean but he lives a pauper life. He has a good heart, and loves his son, Rick and his two grandchildren. I understand there will be a moment of awkwardness, but please for me, please do this, and please let him have a phone number to reach out to you both, if he needs too.

NEXT WISH:

Craig and I want to be cremated. Cremate us in San Diego, do not bring us back to Colorado. It is not necessary,

Please cremate us with a feather, you have them in your bag

Craig and I do not want a service, if you or Pat or Susie need a service, please do a very very private one;

Craig and I would like our ashes spread out over the ocean or San Diego/Coronado Bay area.

If you, or any member of the family want keepsake ashes, that is fine, but we really want to be set free – please and thank you.

**ATTACHMENT 1**

The Stuff

Please be sure after you and Pat know what you want, let Susie have at it, although Craig thinks she might not even want to come over, I think she will, I know you both will call her and I am leaving my set of keys next to the little Buddha.

**The white folder inside your bag** has birth certificates, very important documents. It also has the extra key to Mercedes.

The **big white cloth treasure chest**, and the things in it are for the girls. (its on my bed)

The green colored jewelry box will have a black box of pink sapphires, they are real, but I could not even pawn them, so although they cost a $1,000 wholesale, I could not sell them, hopefully you will have better luck. Things that I know have some value are in this box, for you and Pat to decide. ☺

I took out my ZaZen ring, and the diamond insert, it was my dream and Dr. Wayne Dyer says, "don't die with your music still in you", and guess what, I didn't, I got my "music" out ☺

The carry case of DVD's (sitting on top of BK box) are pics of me, the professional ones I had done for Nuaw, and the web designs, etc, other photos of family, etc.

The bar stools are fairly new, we bought them in January, 2013 – they are cherry wood, and the china hutch is cherry wood so they look good together.

You know what I would like you to do with the Big TV downstairs.

The washer and dryer are wonderful, great and a little scratched up from all the moving, but I think worth selling. **If you do sell to a private party, be sure they know that the front end washers must have the door and soap dispenser open when not in use, otherwise it causes mildew in the drum and that horrible mildew order, which will get on the clothes! UGH**

The big laser printer in my office needs two toner cartridges and it would work like a charm.

My library is filled with good "stuff", -- things maybe Sara & Emily would like.

There are four glasses behind my bar stool, with the "W" engraved on them, those are from Craigs' mom, so I think Susie will want them.

I have divided up the pictures for my brother and Susie.

The big box in my office is filled with the court proceedings, please throw it away.

**THE DUMPSTERS HERE ARE EMPTIED ON Thursday AND SOMETIMES Monday, ANYTHING, AND I MEAN ANYTHING THAT YOU CAN LIFT AND FIT INSIDE THEM, WASTE MANAGEMENT TAKES, CHAIRS, COUCHES, HOT WATER HEATERS.**

**ALTHOUGH THE PRINTER & OLD TV'S MIGHT NOT BE ALLOWED – NOT SURE**

My friends will email and so I provided an email contact list to send out. I want a very low key statement, "waun & her husband, Craig died in an accident while on vacation in California. The family requests at this time to respect their privacy. There will not be a service, but waun & craig ask for no flowers but instead donations to your favorite animal shelter of choice and please sign up for Animal Shelter.....

Post on FB, and I will send you an email list for our friends

GOD BLESS YOU ALL, WE LOVE YOU, AND WILL ALWAYS BE WITH YOU

Please try to give Bill a little money

You & Pat decide what to do with my wedding rings

Craig wants you to have his wedding ring — If Susie does not

He would not write Susie a farewell please fill her in & answer all her questions —

Love Mom

John & Pat!!!

The house on Lost Angel was Quit Claimed to myself and John and John as Joint Tenants. Very important, in Colorado whoever dies, it is automatic, that the rights of survivorship and ownership belong to the survivor, 100% is now entirely yours. Do Not Let The State of Colorado place LA in probate, be sure you point that out and show them the QC Deed, you might have to go to the Boulder County Clerk & Recorders office and get a copy. Reception # is: 02289777

Really, the rest is self explanatory – do what you will, THIS WAS HARD FOR ME, so please – help each other, there are charities that will come and pick up any of the stuff you don't want, or you can throw it away.