IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-355-MSK-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   WAUNITA WEINGART
2.   **JOHN PHILLIP GALLEGOS**
3.   ALOIS CRAIG WEINGART,

    Defendants.

---

**SUPPLEMENT TO GOVERNMENT'S OBJECTIONS TO
PRESENTENCE INVESTIGATION REPORT**

---

    The United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorneys Linda Kaufman and Martha Paluch, hereby files its Supplement to the Government's Objections to Presentence Investigation Report.

    1.    On April 18, 2013, the government filed its objections to the Presentence Investigation Report, which addressed, among other things, the defendant's financial condition and his ability to pay restitution. (Doc. 258 at 3-5). This supplement updates and clarifies certain information relating to Defendant Gallegos's assets and ability to pay.

    2.    In April, the government reported that representatives of Flagstar Bank and JP Morgan Chase had informed it that they intended to pursue foreclosure actions against properties owned by John Gallegos, 430 6th Avenue, Denver, Colorado, and

141 Lost Angel Road, Boulder, Colorado, respectively. (Doc. 258 at Paragraph 11). Their positions have now changed.

3. On August 14, 2013, government counsel learned the following: On August 13, the Castle Law Firm, on behalf of Flagstar Bank, filed a Withdrawal of Notice of Election and Demand for Sale by Public Trustee in connection with the 6th Avenue property, thereby withdrawing its attempt to foreclose on this property. The Castle Law Firm further informed the undersigned that it had done so because of title issues related to that property. In addition, a representative of Aronowitz and Mecklenberg informed the undersigned that it represents JP Morgan Chase with respect to Lost Angel property, that there are significant title issues with that property, and that therefore no foreclosure proceeding has been initiated.

4. It should also be noted that although the defendant maintained, as of April 29, 2013, that to the best of his knowledge, all of his interest in any real estate was discharged at the completion of his District of Arizona bankruptcy case, (Doc. 273 at A-2), the trustee in that bankruptcy proceeding has confirmed that Mr. Gallegos' interests in the Lost Angel and 6th Avenue properties were not relinquished at the conclusion of or as a result of those proceedings. (Exhibit 1).[1]

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: *s/ Linda Kaufman*
Linda Kaufman
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100

---

[1] The government provided a copy of Exhibit 1 to Defendant Gallegos' counsel on May 20, 2013.

Facsimile:(303) 454-0404
E-mail: Linda.Kaufman@usdoj.gov


By:  *s/ Martha Paluch*
Martha Paluch
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0404
E-mail: Martha.Paluch@usdoj.gov

Attorneys for Government

## CERTIFICATE OF SERVICE

I certify that on this 15th day of August, 2013, I electronically filed the foregoing **SUPPLEMENT TO GOVERNMENT'S OBJECTIONS TO PRESENTENCE REPORT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martin Adam Stuart
E-mail: martinstuartlaw@solucian.com

William Lewis Taylor
E-mail: wltaylorpc@gmail.com

Darlene Ann Bagley
E-mail: bagley@ridleylaw.com

Paula M. Ray
E-mail: paulamray@earthlnk.net

By: *s/ Solange Reigel*
SOLANGE REIGEL
Legal Assistant
United States Attorney's Office
1225 - 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0244
Fax: (303) 454-0402
E-mail: Solange.Reigel@usdoj.gov