# AFFIDAVIT OF DAVID M. REAVES

1. I, David M. Reaves, am a Chapter 7 Panel Trustee for the United States Bankruptcy Court for the District of Arizona in Phoenix, Arizona, and have held the position since 2004. I served as trustee for In re John P. Gallegos, Case No. 2:09-bk-16155-RJH. I have been asked to address whether Mr. Gallegos relinquished any interest he may have held in those certain real properties located at 141 Lost Angel Road, Boulder, Colorado or 430 E. 6th Ave., Denver, Colorado, in connection with or as a result of his bankruptcy proceeding.

2. John P. Gallegos (the "Debtor") filed his voluntary petition under Chapter 7 on July 13, 2009. On November 23, 2010, he was granted a discharge under 11 U.S.C. § 727.

3. Schedule A to the Debtor's petition listed no interest in any real property. At the meeting of creditors held pursuant to 11 U.S.C. § 341(a), Mr. Gallegos testified that as far as he knew, his properties at 141 Lost Angel Road, Boulder, Colorado, and 430 6th Avenue, Denver, Colorado had been foreclosed on prior to his filing of the bankruptcy. Although I was aware, by virtue of the fact that certain creditors had filed motions for relief from stay, that the debtor may have had an interest in certain properties, I chose not to take any action with respect to those properties, based upon the Debtor's testimony that he held no remaining interest in the properties (See Attachment 1).

4. Pursuant to 11 U.S.C. § 541, upon the filing of his petition, all legal or equitable interests of the Debtor in property became property of his bankruptcy estate. Pursuant to 11 U.S.C. § 554(c), any property that is properly scheduled by the debtor and not otherwise administered by the trustee is deemed abandoned to the debtor at the time of closing of the case.

5. Thus, the act of filing a petition under the Bankruptcy Code is not a "relinquishment" of any property rights held by the debtor. The debtor remains as the titled

EXHIBIT 1

owner of the property until such time as the property is administered by the trustee, by either selling the property or by transferring the property to a secured party.

6. The real properties at issue here were not sold by me, as trustee, and were not surrendered or otherwise transferred to any secured lenders. Therefore, no interest in any real property held by the Debtor was "relinquished" at the completion of his bankruptcy proceedings, and in particular, no interest in the properties located at 430 E. 6th Avenue, Denver, Colorado, or 141 Lost Angel Road, Boulder, Colorado. Thus, upon closing of the bankruptcy case, the Debtor is still the titled owner of these real properties. Had the real properties been properly scheduled by the Debtor, the properties would be deemed abandoned by the bankruptcy estate and back to the Debtor pursuant to Section 554(c); however, because the properties were not properly scheduled, I would take the position that I may reopen the bankruptcy case and administer these real properties.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 17th day of May, 2013, at Phoenix, Arizona.

David M. Reaves
Chapter 7 Trustee

STATE OF ARIZONA )
)
)

The foregoing Affidavit was sworn and subscribed before me this 17th day of May, 2013, by David M. Reaves, U.S. Trustee.

Kathleen Arnold
Notary Public

My Commission Expires: 2/20/2016

Kathleen Arnold
Notary Public - Arizona
Maricopa County
My Commission Expires
February 20, 2016

CLOSED

**U.S. Bankruptcy Court**
**District of Arizona (Phoenix)**
**Bankruptcy Petition #: 2:09-bk-16155-RJH**

*Date filed:* 07/13/2009
*Date terminated:* 01/12/2011
*Debtor discharged:* 11/23/2010

*Assigned to:* Judge Randolph J. Haines
Chapter 7
Voluntary
No asset
Show Associated Cases

*Debtor disposition:* Standard Discharge

***Debtor***
**JOHN P GALLEGOS**
8547 E ARAPAHOE RD
UNIT 263
GREENWOOD VILLAGE, CO 80112
MARICOPA-AZ
SSN / ITIN: xxx-xx-5991

represented by **LEONARD V. SOMINSKY**
LEONARD V. SOMINSKY, ESQ., PC.
3839 N. 3RD STREET
SUITE 205
PHOENIX, AZ 85012
602-256-9800
Fax : 602-466-7438
Email: INFO@LVSLAW.NET

***Trustee***
**DAVID M. REAVES**
PO BOX 44320
PHOENIX, AZ 85064-4320
602-241-0101

***U.S. Trustee***
**U.S. TRUSTEE**
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE
SUITE 204
PHOENIX, AZ 85003

**ATTACHMENT 1**

| Filing Date | # | Docket Text |
|---|---|---|
| 07/13/2009 | 1 | Chapter 7 Voluntary Petition, Schedules and Statements (except for those listed below). The mailing list of creditors if not uploaded when the petition was filed, must be uploaded no later than 5 calendar days from the date of the filing of the petition. Failure to timely upload the list of creditors, may result in dismissal of the case without further notice. Electronic Filing Declaration due 08/3/2009, filed by LEONARD V. SOMINSKY of LEONARD V. SOMINSKY, ESQ., PC. on behalf of JOHN P GALLEGOS (SOMINSKY, LEONARD) (Entered: 07/13/2009) |
| 07/13/2009 | 2 | Credit Counseling Certificate filed by LEONARD V. SOMINSKY of LEONARD V. SOMINSKY, ESQ., PC. on behalf of JOHN P GALLEGOS. (SOMINSKY, LEONARD) (Entered: 07/13/2009) |
| 07/13/2009 | 3 | Declaration of Evidence of Employer Payments filed by LEONARD V. SOMINSKY of LEONARD V. SOMINSKY, ESQ., PC. on behalf of JOHN P GALLEGOS. (SOMINSKY, LEONARD) (Entered: 07/13/2009) |
| 07/13/2009 | | Receipt of Voluntary Petition (Chapter 7)(2:09-bk-16155) [other,volp7] ( 299.00) Filing Fee. Receipt number 9422784. Fee amount 299.00. (U.S. Treasury) (Entered: 07/13/2009) |
| 07/13/2009 | 4 | Meeting of Creditors scheduled for 08/19/2009 at 09:00 AM at US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ (341-PHX). (SOMINSKY, LEONARD) (Entered: 07/13/2009) |
| 07/14/2009 | 5 | Chapter 7 Indiv/Joint--Notice of Meeting of Creditors. 341(a) meeting to be held on 8/19/2009 at 09:00 AM at US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ (341-PHX) Complaints under Sections 727 or 523 due by 10/19/2009. (Murillo, Sybil) (Entered: 07/14/2009) |
| 07/15/2009 | 7 | BNC Certificate of Notice - Notice of Meeting of Creditors (related document(s)5 BNC Form Request--341 Notice--Chapter 7 Indiv/Joint) (Admin.) (Entered: 07/17/2009) |
| 07/16/2009 | 6 | Debtor Declaration Re: Electronic Filing (Murillo, Sybil) (Entered: 07/17/2009) |
| 07/27/2009 | 8 | Request for Notice filed by ANITA W FRANK of WILSHIRE CREDIT CORP on behalf of WILSHIRE CREDIT CORP. (FRANK, ANITA) (Entered: 07/27/2009) |
| 08/03/2009 | 9 | Motion for Relief from Stay (150.00 fee) *Re: Real Property, 7603 California Ave. SW, Seattle, WA 98136* filed by MARK I BOSCO of TIFFANY & BOSCO, P.A. on behalf of BAC Home Loan Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. (Attachments: 1 Exhibit "A" Note2 Exhibit "B" DOT). (BOSCO, MARK) (Entered: 08/03/2009) |

| | | |
|---|---|---|
| 08/03/2009 | 10 | Notice of Motion for Relief from Stay filed by MARK 1 BOSCO of TIFFANY & BOSCO, P.A. on behalf of BAC Home Loan Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. (related document(s)9 Motion for Relief from Stay (150.00 fee)).(BOSCO, MARK) (Entered: 08/03/2009) |
| 08/03/2009 | 11 | Notice of Appearance filed by MARK 1 BOSCO of TIFFANY & BOSCO, P.A. on behalf of BAC Home Loan Servicing, L.P. fka Countrywide Home Loans Servicing, L.P..(BOSCO, MARK) (Entered: 08/03/2009) |
| 08/03/2009 | | Receipt of Motion for Relief from Stay (150.00 fee)(2:09-bk-16155-RJH) [motion,185] ( 150.00) Filing Fee. Receipt number 9554065. Fee amount 150.00. (U.S. Treasury) (Entered: 08/03/2009) |
| 08/05/2009 | 12 | Motion for Relief from Stay (150.00 fee) *Re: Real Property, 141 Lost Angel Rd., Boulder, CO 80302* filed by MARK 1 BOSCO of TIFFANY & BOSCO, P.A. on behalf of c/o Mark S. Bosco Wells Fargo Bank, N.A. (Attachments: 1 Exhibit "A" Note2 Exhibit "B" DOT). (BOSCO, MARK) (Entered: 08/05/2009) |
| 08/05/2009 | 13 | Notice of Motion for Relief from Stay filed by MARK 1 BOSCO of TIFFANY & BOSCO, P.A. on behalf of c/o Mark S. Bosco Wells Fargo Bank, N.A. (related document(s)12 Motion for Relief from Stay (150.00 fee)).(BOSCO, MARK) (Entered: 08/05/2009) |
| 08/05/2009 | 14 | Notice of Appearance filed by MARK 1 BOSCO of TIFFANY & BOSCO, P.A. on behalf of c/o Mark S. Bosco Wells Fargo Bank, N.A..(BOSCO, MARK) (Entered: 08/05/2009) |
| 08/05/2009 | | Receipt of Motion for Relief from Stay (150.00 fee)(2:09-bk-16155-RJH) [motion,185] ( 150.00) Filing Fee. Receipt number 9571638. Fee amount 150.00. (U.S. Treasury) (Entered: 08/05/2009) |
| 08/06/2009 | 15 | Motion for Relief from Stay (150.00 fee) *Re: Real Property, 141 Lost Angel Rd., Boulder, CO 80302* filed by MARK 1 BOSCO of TIFFANY & BOSCO, P.A. on behalf of Bank of America, N.A. (Attachments: 1 Exhibit "A" Note2 Exhibit "A"DOT). (BOSCO, MARK) (Entered: 08/06/2009) |
| 08/06/2009 | 16 | Notice of Motion for Relief from Stay filed by MARK 1 BOSCO of TIFFANY & BOSCO, P.A. on behalf of Bank of America, N.A. (related document(s)15 Motion for Relief from Stay (150.00 fee)).(BOSCO, MARK) (Entered: 08/06/2009) |
| 08/06/2009 | 17 | Notice of Appearance filed by MARK 1 BOSCO of TIFFANY & BOSCO, P.A. on behalf of Bank of America, N.A..(BOSCO, MARK) (Entered: 08/06/2009) |
| 08/07/2009 | | Receipt of Motion for Relief from Stay (150.00 fee)(2:09-bk-16155-RJH) [motion,185] ( 150.00) Filing Fee. Receipt number 9588183. Fee amount 150.00. (U.S. Treasury) (Entered: 08/07/2009) |

| | | |
|---|---|---|
| 08/18/2009 | 18 | Financial Management Course Certificate filed by LEONARD V. SOMINSKY of LEONARD V. SOMINSKY, ESQ., PC. on behalf of JOHN P GALLEGOS. (SOMINSKY, LEONARD) (Entered: 08/18/2009) |
| 08/24/2009 | 19 | Certificate of Service and No Objections filed by MARK 1 BOSCO of TIFFANY & BOSCO, P.A. on behalf of BAC Home Loan Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.. (related document(s)9 Motion for Relief from Stay (150.00 fee)) (BOSCO, MARK) (Entered: 08/24/2009) |
| 08/24/2009 | 20 | Notice of Lodging Proposed Order filed by MARK 1 BOSCO of TIFFANY & BOSCO, P.A. on behalf of BAC Home Loan Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. (related document(s)9 Motion for Relief from Stay (150.00 fee)).(BOSCO, MARK) (Entered: 08/24/2009) |
| 08/24/2009 | 21 | Certificate of Service and No Objections filed by MARK 1 BOSCO of TIFFANY & BOSCO, P.A. on behalf of c/o Mark S. Bosco Wells Fargo Bank, N.A.. (related document(s)12 Motion for Relief from Stay (150.00 fee)) (BOSCO, MARK) (Entered: 08/24/2009) |
| 08/24/2009 | 22 | Notice of Lodging Proposed Order filed by MARK 1 BOSCO of TIFFANY & BOSCO, P.A. on behalf of c/o Mark S. Bosco Wells Fargo Bank, N.A. (related document(s)12 Motion for Relief from Stay (150.00 fee)).(BOSCO, MARK) (Entered: 08/24/2009) |
| 08/24/2009 | 23 | **ORDER** Granting Motion for Relief from Stay (Related Doc # 9) signed on 8/24/2009 . (Cantrell, Patty) (Entered: 08/24/2009) |
| 08/25/2009 | 24 | Certificate of Service and No Objections filed by MARK 1 BOSCO of TIFFANY & BOSCO, P.A. on behalf of Bank of America, N.A.. (related document(s)15 Motion for Relief from Stay (150.00 fee)) (BOSCO, MARK) (Entered: 08/25/2009) |
| 08/25/2009 | 25 | Notice of Lodging Proposed Order filed by MARK 1 BOSCO of TIFFANY & BOSCO, P.A. on behalf of Bank of America, N.A. (related document(s)15 Motion for Relief from Stay (150.00 fee)).(BOSCO, MARK) (Entered: 08/25/2009) |
| 08/25/2009 | 26 | **ORDER** Granting Motion for Relief from Stay (Related Doc # 12) signed on 8/25/2009 . (Cantrell, Patty) (Entered: 08/25/2009) |
| 08/25/2009 | 27 | BNC Certificate of Notice (related document(s)23 Order on Motion for Relief from Stay) (Admin.) (Entered: 08/27/2009) |
| 08/25/2009 | 28 | BNC Certificate of Notice - PDF Document (related document(s)23 Order on Motion for Relief from Stay) (Admin.) (Entered: 08/27/2009) |
| 08/26/2009 | 30 | BNC Certificate of Notice (related document(s)26 Order on Motion for Relief from Stay) (Admin.) (Entered: 08/28/2009) |

| | | |
|---|---|---|
| 08/26/2009 | 31 | BNC Certificate of Notice - PDF Document (related document(s)26 Order on Motion for Relief from Stay) (Admin.) (Entered: 08/28/2009) |
| 08/27/2009 | 29 | **ORDER** Granting Motion for Relief from Stay (Related Doc # 15) signed on 8/27/2009 . (Cantrell, Patty) (Entered: 08/28/2009) |
| 08/28/2009 | 32 | BNC Certificate of Notice (related document(s)29 Order on Motion for Relief from Stay) (Admin.) (Entered: 08/30/2009) |
| 08/28/2009 | 33 | BNC Certificate of Notice - PDF Document (related document(s)29 Order on Motion for Relief from Stay) (Admin.) (Entered: 08/30/2009) |
| 10/19/2009 | | Adversary case 2:09-ap-01349. Adversary Proceeding Opened. (BAKER, MARTY) (Entered: 10/19/2009) |
| 10/19/2009 | | Adversary case 2:09-ap-01350. Adversary Proceeding Opened. (BAKER, MARTY) (Entered: 10/19/2009) |
| 10/19/2009 | | Adversary case 2:09-ap-01353. Adversary Proceeding Opened. (BAKER, MARTY) (Entered: 10/19/2009) |
| 10/19/2009 | | Adversary case 2:09-ap-01355. Adversary Proceeding Opened. (BOSCO, MARK) (Entered: 10/19/2009) |
| 10/19/2009 | 34 | Change of Address filed by LAWRENCE JOSEPH BUCKLEY of BRICE, VANDER LINDEN & WERNICK on behalf of BAC HOME LOAN SERVICING, L.P.. (BUCKLEY, LAWRENCE) (Entered: 10/19/2009) |
| 12/10/2009 | 35 | Financial Management Course Certificate filed by LEONARD V. SOMINSKY of LEONARD V. SOMINSKY, ESQ., PC. on behalf of JOHN P GALLEGOS. (SOMINSKY, LEONARD) (Entered: 12/10/2009) |
| 12/10/2009 | 36 | Change of Address filed by LEONARD V. SOMINSKY of LEONARD V. SOMINSKY, ESQ., PC. on behalf of JOHN P GALLEGOS. (SOMINSKY, LEONARD) (Entered: 12/10/2009) |
| 12/22/2009 | 37 | Chapter 7 Trustee's Report of No Distribution: I, DAVID M. REAVES, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 5 months. Assets Abandoned: $100.00, Assets Exempt: $7505.00, Claims Scheduled: $4387036.48, Claims |

| | | |
|---|---|---|
| | | Asserted: Not Applicable, Claims scheduled to be discharged without payment: $4387036.48. (REAVES, DAVID) (Entered: 12/22/2009) |
| 03/05/2010 | 38 | Motion for Relief from Stay (150.00 fee) *430 East 6th Avenue, Denver, CO 80203, (AZ-10-22877)* filed by MATTHEW A. SILVERMAN of MCCARTHY HOLTHUS LEVINE on behalf of Deutsche Bank National Trust Company, as Trustee of the Home Equity Mortgage Loan Asset- Backed Trust Series SPMD 2001-C, Home Equity Mortgage Loan Asset-Backed Certificates, Series SPMD 2001-C under (Attachments: 1 Exhibit). (SILVERMAN, MATTHEW) (Entered: 03/05/2010) |
| 03/05/2010 | 39 | Notice of Motion for Relief from Stay *(AZ-10-22877)* filed by MATTHEW A. SILVERMAN of MCCARTHY HOLTHUS LEVINE on behalf of Deutsche Bank National Trust Company, as Trustee of the Home Equity Mortgage Loan Asset-Backed Trust Series SPMD 2001-C, Home Equity Mortgage Loan Asset-Backed Certificates, Series SPMD 2001-C under (related document(s)38 Motion for Relief from Stay (150.00 fee)) (Attachments: 1 Exhibit).(SILVERMAN, MATTHEW) (Entered: 03/05/2010) |
| 03/05/2010 | | Receipt of Motion for Relief from Stay (150.00 fee)(2:09-bk-16155-RJH) [motion,185] ( 150.00) Filing Fee. Receipt number 10861885. Fee amount 150.00. (U.S. Treasury) (Entered: 03/05/2010) |
| 03/08/2010 | 40 | Notice of Withdrawal *OF MOTION FOR RELIEF FROM AUTOMATIC STAY; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES* filed by JESSICA R. KENNEY of McCarthy Holthus Levine on behalf of Deutsche Bank National Trust Company, as Trustee of the Home Equity Mortgage Loan Asset-Backed Trust Series SPMD 2001-C, Home Equity Mortgage Loan Asset-Backed Certificates, Series SPMD 2001-C under (related document(s)38 Motion for Relief from Stay (150.00 fee)) (Attachments: 1 Certificate of Service).(KENNEY, JESSICA) (Entered: 03/08/2010) |
| 03/12/2010 | 41 | Amended Motion for Relief from Stay *430 East 6th Avenue, Denver, CO 80203, (AZ-10-22877)* filed by MATTHEW A. SILVERMAN of MCCARTHY HOLTHUS LEVINE on behalf of Deutsche Bank National Trust Company, as Trustee of the Home Equity Mortgage Loan Asset- Backed Trust Series SPMD 2001-C, Home Equity Mortgage Loan Asset-Backed Certificates, Series SPMD 2001-C under (related document(s)38 Motion for Relief from Stay (150.00 fee)) (Attachments: 1 Exhibit). (SILVERMAN, MATTHEW) (Entered: 03/12/2010) |
| 03/12/2010 | 42 | Amended Notice of Motion for Relief from Stay *(AZ-10-22877)* filed by MATTHEW A. SILVERMAN of MCCARTHY HOLTHUS LEVINE on behalf of Deutsche Bank National Trust Company, as Trustee of the Home Equity Mortgage Loan Asset-Backed Trust Series SPMD 2001-C, Home Equity Mortgage Loan Asset-Backed Certificates, Series SPMD 2001-C under (related document(s)39 Notice of Motion for Relief from Stay, 41 Amended Motion for Relief from Stay) (Attachments: 1 Exhibit).(SILVERMAN, MATTHEW) (Entered: 03/12/2010) |

| | | |
|---|---|---|
| 04/02/2010 | 43 | Notice of Lodging Proposed Order *430 East 6th Avenue (AZ-10-22877)* filed by JESSICA R. KENNEY of McCarthy Holthus Levine on behalf of Deutsche Bank National Trust Company, as Trustee of the Home Equity Mortgage Loan Asset-Backed Trust Series SPMD 2001-C, Home Equity Mortgage Loan Asset-Backed Certificates, Series SPMD 2001-C under (related document(s)41 Amended Motion for Relief from Stay) (Attachments: 1 Exhibit).(KENNEY, JESSICA) (Entered: 04/02/2010) |
| 04/02/2010 | 44 | Certificate of Service and No Objections *430 East 6th Avenue (AZ-10-22877)* filed by JESSICA R. KENNEY of McCarthy Holthus Levine on behalf of Deutsche Bank National Trust Company, as Trustee of the Home Equity Mortgage Loan Asset-Backed Trust Series SPMD 2001-C, Home Equity Mortgage Loan Asset-Backed Certificates, Series SPMD 2001-C under. (related document(s)41 Amended Motion for Relief from Stay) (KENNEY, JESSICA) (Entered: 04/02/2010) |
| 04/06/2010 | 45 | **ORDER** Granting Amended Motion for Relief from Stay (Related Doc # 41) signed on 4/6/2010 . (Aguilar, Annette) (Entered: 04/06/2010) |
| 04/06/2010 | 46 | BNC Certificate of Notice (related document(s)45 Order on Amended Motion for Relief from Stay) (Admin.) (Entered: 04/08/2010) |
| 04/06/2010 | 47 | BNC Certificate of Notice - PDF Document (related document(s)45 Order on Amended Motion for Relief from Stay) (Admin.) (Entered: 04/08/2010) |
| 11/23/2010 | 48 | Chapter 7 Discharge, Debtor (Radicke, Michelle) (Entered: 11/23/2010) |
| 11/23/2010 | 49 | BNC Certificate of Notice - Discharge of Debtor (related document(s)48 BNC Form Request--Chapter 7 Discharge) (Admin.) (Entered: 11/25/2010) |
| 01/12/2011 | 50 | The estate having been fully administered, further administration of the reopened case having been completed, or the case reopened for the filing of further proceedings which either have been filed and no further court action is required or were not filed within 90 days of the reopening; IT IS ORDERED that the case is closed and if a trustee has been appointed, the trustee is discharged from and relieved of his trust. Jurisdiction is retained over any pending adversary(s). Bankruptcy Judge Randolph J. Haines. (Radicke, Michelle) (Entered: 01/12/2011) |