IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.   11-cr-00355-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    1.  WAUNITA WEINGART
    **2.  JOHN PHILLIP GALLEGOS**
    3.  ALOIS CRAIG WEINGART

    Defendants.

---

**DEFENDANT JOHN GALLEGOS' RESPONSE TO GOVERNMENT'S SUPPLEMENT TO GOVERNMENT'S OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT [DOC. 319]**

---

    Defendant John Gallegos, through counsel, hereby submits his Response to the Government's Supplemental Objection to the Presentence Investigation Report [Doc. 319].  As grounds, Mr. Gallegos states as follows:

    1.    Based on the discovery related to the original indictment, it is undisputed that title for the 6th Avenue property and the Lost Angel properties are clouded.  It is also apparent, from a review of discovery, that there is no positive equity in either of these properties, as a multiplicity of parties have claims against the properties, the aggregate value of which claims vastly exceeds the value of the properties.

    2.    As reflected in the Addendum to the Presentence Investigation Report [Doc. 273], Mr. Gallegos has been of the belief that any interest he may have had in both of these properties was lost in the bankruptcy proceedings conducted in the District of Arizona.

    3.    Mr. Gallegos is certainly willing to cooperate in any quiet title actions that

may arise for either property. However, his cooperation comes with the understanding that Mr. Gallegos remains unclear as to what, if any, property interest he may have in either property, as he thought all had been resolved in the bankruptcy proceeding, and with the conclusion inevitably to be drawn from discovery provided in this case that any interest that he may retain in the properties is worth less than nothing. Undersigned counsel recently expressed Mr. Gallegos' willingness to cooperate with any and all potential claimants in establishing who owns the properties to an attorney from Snell & Willmer who stated that he had contacted counsel on behalf of his client, Chase Bank.[1]

Respectfully submitted this 15th day of August, 2013.

/s/ *William L. Taylor*
William L. Taylor, #21098

*/s/ Darlene A. Bagley*
Darlene A. Bagley, #35728

Ridley, McGreevy & Winocur P.C.
303 16th Street, Suite 200
Denver, CO  80202
(303) 629-9700

---

[1] This communication (between defense counsel and the attorney from Snell & Willmer) also pertained to the Lost Angel property. It is unclear what role both Aronowitz & Mecklenberg and Snell & Willmer have in the Chase Bank representation.

## CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of August, 2013, I served a true and correct copy of the foregoing **Defendant John Gallegos' Response to Government's Supplement to Government's Objections to Presentence Investigation Report** via CM/ECF filing addressed to the following:

Linda Kaufman
Martha Paluch
Assistant United States Attorneys
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100
FAX:  (303) 454-0401
E-mail:  Linda.Kaufman@usdoj.gov
Martha.Paluch@usdoj.gov
Attorneys for Government

                                                                   /s/ *Holli M.Baker*
                                                                   Holli M. Baker