IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover          Date:   September 19, 2013
Court Reporter:     Terri Lindblom
Probation Officer:  Nicole Peterson

Criminal Action No. 11-cr-00355-MSK

*Parties*:                              *Counsel*:

UNITED STATES OF AMERICA,               Linda Kaufman
                                        Martha Paluch

        Plaintiff,

v.

JOHN PHILLIP GALLEGOS,                  William Taylor
                                        Darlene Bagley

        Defendant.
_____

SENTENCING MINUTES
_____

**1:46 p.m.**     **Court in session**.

Defendant present on bond.

**Change of Plea Hearing on February 11, 2013. Defendant pled guilty to Count 1 of the Information.**

The Court addresses Motions to Restrict (**Doc. #259, 264, 270, 307 and 310**) and Restricted Doc. #274

**ORDER:**   Motion to Restrict (**Doc. #259**) is **DENIED**.
           Motion to Restrict (**Doc. #264**) is **GRANTED in part and DENIED in part**. It is **GRANTED** as to **Exhibit B** and **DENIED as to all other documents**.
           Motion to Restrict (**Doc. #270**) is **DENIED**;
           Motion to Restrict (**Doc. #307**) is **DENIED;**
           Motion to Restrict (**Doc. #310**) is **DENIED**..
           Restricted **Doc. #274** will be **UNRESTRICTED**.

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

Sentencing Minutes  
Chief Judge Marcia S. Krieger  
Page 2

The parties **do not** request departure.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). Argument.

Allocution. - Statements made by: The Government, the defendant, defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. Further argument.

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant shall surrender to the facility designated by the United States Bureau of Prisons before noon within 2 weeks of receiving a designation. Bond will be exonerated at the time of voluntary surrender to the designated institution.

**3:09 p.m.    Court in recess.**

Total Time:    1 hour 23 minutes.  
Hearing concluded.