IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Criminal Action No. 11-cr-00355-MSK-02

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOHN PHILLIP GALLEGOS,

        Defendant.

---

**VOLUNTARY SURRENDER ORDER SUPPLEMENTING JUDGMENT**

---

    The Judgment imposed on September 19, 2013, directed Defendant to surrender to the institution designated by the United States Bureau of Prisons for service of sentence. The United States Bureau of Prisons has designated Defendant. Accordingly,

    IT IS ORDERED that Defendant, JOHN PHILLIP GALLEGOS, shall surrender by reporting to the Warden at Federal Correctional Institution Sheridan, Satellite Camp, in Sheridan, Oregon, on November 14, 2013, by 12:00 noon. The defendant shall travel at his own expense.

    DATED this 30th day of October, 2013.

                                          **BY THE COURT:**

                                          */s/ Marcia S. Krieger*

                                          Marcia S. Krieger
                                          Chief United States District Judge