IN THE UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF COLORADO

FILED<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br>9:08 am, Nov 05, 2013<br>JEFFREY P. COLWELL, CLERK

Criminal Action No. **11-cr-355-MSK**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**John Phillip Gallegos**

    Defendant.

---

### RECEIPT FOR PILOT'S LICENSE

Number **2923532**, issued to **John Phillip Gallegos** _____ has been received by the office of the Clerk of the Court to be held while this case is pending.

DATED this **29th** day of **Sept**, **2011**

Gregory C. Langham, Clerk

By: **J Patterson**
Deputy Clerk

rev: 11/28/05

*Anne Vanner*
*Ridley, McGreevy & Winocur*
*11/4/13*