IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  11-CR-000355-MK

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

JOHN PHILLIP GALLEGOS,

        Defendant.

_____

ENTRY OF APPEARANCE
_____

COMES NOW, Tonya Andrews, Assistant United States Attorney, and enters her appearance as counsel for the Plaintiff in the above-captioned action.

DATED this 29th day of April, 2014.

JOHN F. WALSH
United States Attorney

s/Tonya Andrews
TONYA ANDREWS
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0407
E-mail:  Tonya.Andrews@usdoj.gov
Counsel for United States

CERTIFICATE OF MAILING

I hereby certify that on April 29, 2014, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following email addresses:

Tonya.Andrews@usdoj.gov

In addition, I hereby certify that I have mailed or faxed the document to the following non CM/ECF participants:

Address of Defendant:

John P. Gallegos
5940 California Avenue SW, #F
Seattle, WA  98136

 s/Patricia McGee-Wake
Office of the U.S. Attorney