IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-CR-000355-MK

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

JOHN PHILLIP GALLEGOS,

        Defendant,

    and

ALASKA AIRLINES, INC.,

        Garnishee.

## APPLICATION FOR WRIT OF GARNISHMENT

Plaintiff, United States of America, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against Defendant John Phillip Gallegos, SSN: ***-**-5991, whose last known address is 5940 California Ave S.W. #F, Seattle, WA 98136 in the above cited action in the original amount of $965,947.32.  A balance of $965,822.32 remains outstanding.

Demand for payment of the above-stated debt was made upon the Defendant not less than 30 days from the date of this application and Defendant has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or property to the above-named Defendant, or is in possession of property of the Defendant, and said property is a nonexempt interest of the Defendant.

The name and address of the Garnishee or his authorized agent is:

Alaska Airlines, Inc.
c/o Corporation Services Company
1560 Broadway, Ste. 2090
Denver, CO  80202

Date: April 29, 2014                                  Respectfully submitted,


                                                      JOHN F. WALSH
                                                      United States Attorney


                                    By:      _s/Tonya Andrews___
                                             TONYA ANDREWS
                                             Assistant U.S. Attorney
                                             1225 17th Street, Suite 700
                                             Denver, CO 80202
                                             Phone: 303-454-0100
                                             Fax: 303-454-0407
                                             Tonya.Andrews@usdoj.gov

                                             Attorneys for Plaintiff
                                             United States of America