IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-CR-000355-MK

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

JOHN PHILLIP GALLEGOS,

       Defendant,

  and

ALASKA AIRLINES, INC.,

       Garnishee.

---

## WRIT OF GARNISHMENT

---

Greetings to: Alaska Airlines, Inc.

    An application for a Writ of Garnishment against Defendant John Phillip Gallegos, SSN: \*\*\*-\*\*-5991, has been filed with this Court. A judgment has been entered against the above-named Defendant in the original amount of $965,947.32 ($100.00 Special Assessment and $965,847.32 Restitution). The current balance is $965,822.32.

    **You are required by law to answer in writing, under oath, within ten (10) days,** whether or not you have in your custody, control or possession, any property

owned by the Defendant, including any and all retirement accounts (IRA and 401k) and any and all investment accounts due to the Defendant.

You must file the original copy of your written answer to this Writ within **ten (10) days** of your receipt of this Writ with the **Clerk, United States District Court, District of Colorado** located at: 901 19th Street, # A-105, Denver, CO 80294-3589. Additionally, you are required by law to serve a copy of your Answer upon the Defendant at: 5940 California Ave. S.W., #F, Seattle, WA 98136, and upon the government at: U.S. Attorney's Office, Attn: Financial Litigation Unit, 1225 17th Street, Suite 700, Denver, CO 80202.

Under the law, there is property which is exempt from this Writ of Garnishment. Property which is exempt and which is not subject to this order is listed on the attached Claim for Exemption Form.

**You are required to withhold and retain any property in which the Defendant has a substantial nonexempt interest.**   If you fail to answer this Writ or withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the Court to explain your reason for not doing so.  If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a judgment against you for the value of the Defendant's nonexempt property.

**It is unlawful to pay or deliver to the Defendant any item attached by this Writ.**

                                          JEFFREY P. COLWELL, Clerk
                                        United States District Court

_____     By:    _____
Date                                                    Deputy Clerk

INSTRUCTIONS TO THE GARNISHEE

TO:  ALASKA AIRLINES, INC.

Attached is a Writ of Garnishment requesting that you determine whether or not you have in your possession, custody or control any of the property of the Defendant.  You are required by law to serve a written answer to this Writ within 10 days of your receipt of this Writ.  You are further required to withhold and retain any property, **including any and all retirement accounts (IRA and 401k) and any and all investment accounts**, in which the Defendant has a substantial nonexempt interest.  A list of exemptions which are not subject to the Writ of Garnishment, entitled "Claim for Exemption Form," is attached to the Writ.

**IF YOU FAIL TO ANSWER THIS WRIT OR TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT, THE COURT MAY MAKE YOU LIABLE FOR THAT AMOUNT OF THE DEFENDANT'S NONEXEMPT PROPERTY WHICH YOU FAILED TO WITHHOLD.  ADDITIONALLY, YOU MAY BE HELD LIABLE FOR A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES OF AMERICA IF THE UNITED STATES FILES A PETITION TO THE COURT REQUESTING AN EXPLANATION FOR YOUR FAILURE TO COMPLY WITH THIS WRIT.**

If you have any additional questions, please contact Patricia McGee-Wake at 303-454-0100 or Assistant United States Attorney Tonya Andrews at 303-454-0100, or by mail and send to: United States Attorney's Office, Attn: Financial Litigation Unit, 1225 17th Street, Suite 700, Denver, CO 80202.