FILED
NITED STATES DISTRICT COU
DENVER, COLORADO

JUN - 6 2014

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-CR-000355-MK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN PHILLIP GALLEGOS,

    Defendant,

and

ALASKA AIRLINES, INC.,

    Garnishee.

## ANSWER OF THE GARNISHEE

__Joyce Wong__ (Affiant), BEING DULY SWORN DEPOSES AND SAYS:

**IF GARNISHEE IS AN INDIVIDUAL:** Garnishee herein is doing business in the name of _____
(State full name and address of business)

**IF GARNISHEE IS A PARTNERSHIP:** The names of the partners in the partnership are _____.

The official title of the person completing this Answer is _____.

ORIGINAL

IF GARNISHEE IS A CORPORATION: The corporation is organized under the laws of the State of __Delaware__. The official title of the person completing this Answer is __Director, Benefit Plans + Compliance__.

IF GARNISHEE IS A STATE OR LOCAL GOVERNMENT ENTITY: The official title of the person completing this Answer is _____.

The Garnishee is an _____
(Agency, Department, etc.)
of _____.
(Name of Government Entity)

On __April 30__, 20__14__, Garnishee was served with the Writ of Continuing Garnishment for the pay period in effect on the date of service shown above.

Further, Affiant-Garnishee states as follows:

1. Defendant was/is in my/our employ.   ☒ Yes   ☐ No

2. Pay period is ☐weekly; ☐bi-weekly; ☐semi-monthly; ☐ monthly.
Enter date present pay period began __N/A__.
(Present means the pay period in which this Notice of Garnishment was served.)
Enter date above pay period ends __N/A__.

3. Enter amount of net wages. Calculate below:

(a) Gross pay                           $_____

(b) Federal Income Tax                  $_____

(c) F.I.C.A. Income Tax                 $_____

(d) State Income Tax                    $_____

(e) State Statutory Withholding         $_____

Total of tax withholdings   $_____

Net Wages {(a) less total of (b), (c), (d) and (e)} $_____

4. Are there currently garnishments in effect? _____

If the answer is yes, describe:

| | Description | Amount/Percentage | Balance |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |

5. The Garnishee has custody, control or possession of the following property (non-earnings) in which the Defendant maintains an interest, as described below:

| | Description of Property | Approximate Value | Description of Defendant's Interest in Property |
|---|---|---|---|
| 1. | Alaska Airlines, Inc. Flight Attendant 401(K) Plan | $18,295.96 | Vested Interest in Plan as of June 3, 2014 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

6. Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

☑ 7. The Garnishee makes the following claim of exemption on the part of Defendant: Garnishment may be preempted by ERISA.

☐ 8. Or has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:

☐ 9. The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

The Garnishee mailed a copy of this answer by first-class mail to (1) the Defendant,

at : 5940 California Ave S.W. #F, Seattle, WA 98136, and (2) the attorney for the United States, Tonya Andrews, Assistant U.S. Attorney, U.S. Attorney's Office, 1225 17th Street, Suite 700, Denver, CO 80202.

_____
Garnishee & Telephone #

Joyce Wong
206 392 0341

Subscribed and sworn to before me this 5th day of June 2014.

_____
Notary Public
(Seal)

My Commission expires: 12/27/2014

## ATTACHMENT TO ANSWER OF GARNISHEE

The Original Answer must be mailed or delivered to:

>Clerk, United States District Court
>901 19th Street, #A-105
>Denver, CO 80294-3589

and a copy of this Answer mailed to:

>Office of United States Attorney
>ATTN: FINANCIAL LITIGATION UNIT
>1225 17th Street, Suite 700
>Denver, CO 80202

and to the Defendant:

>John Phillip Gallegos
>5940 California Ave S.W. #F
>Seattle, WA 98136

## CLAIM FOR EXEMPTION FORM
## EXEMPTIONS UNDER FEDERAL LAW (18 U.S.C. § 3613)

NOTE: 18 U.S.C. § 3613(a), the federal statute governing liens arising from criminal fines and restitution obligations, generally incorporates the exemptions available to individual taxpayers under the Internal Revenue Service Code.

I claim that the exemption(s) from enforcement which are checked below apply in this case:

_____   1.   Wearing apparel and school books.--Such items of wearing apparel and such school books as are necessary for the debtor or for members of his family.

_____   2.   Fuel, provisions, furniture, and personal effects.--So much of the fuel, provisions, furniture, and personal effects in the Debtor's household, and of the arms for personal use, livestock, and poultry of the debtor, as does not exceed $8,790 in value.

_____   3.   Books and tools of a trade, business, or profession.--So many of the books, and tools necessary for the trade, business, or profession of the debtor as do not exceed in the aggregate $4,400 in value.

_____   4.   Unemployment benefits.--Any amount payable to an individual with respect to his unemployment (including any portion thereof payable with respect to dependents) under an unemployment compensation law of the United States, of any State, or of the District of Columbia or of the Commonwealth of Puerto Rico.

_____   5.   Undelivered mail.--Mail, addressed to any person, which has not been delivered to the addressee.

_____   6.   Certain annuity and pension payments.--Annuity or pension payments under the Railroad Retirement Act, benefits under the Railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force, and Coast Guard Medal of Honor roll (38 U.S.C. 1562), and annuities based on retired or retainer pay under Chapter 73 of Title 10 of United States Code.

_____   7.   Workmen's Compensation.--Any amount payable with respect to compensation (including any portion thereof payable with respect to dependents) under a workmen's compensation law of the United States, any State, the District of Columbia, or the Commonwealth of Puerto Rico.

_____    8. Judgments for support of minor children.--If the debtor is required by judgment of a court of competent jurisdiction, entered prior to the date of levy, to contribute to the support of his minor children, so much of his salary, wages, or other income as is necessary to comply with such judgment.

_____    9. Certain service-connected disability payments.-- Any amount payable to an individual as a service-connected (within the meaning of section 101(16) of Title 38, United States Code) disability benefit under--(A) subchapter II, III,IV, V, or VI of Chapter 11 of such Title 38 or (B) Chapter 13, 21, 23, 31, 32, 34, 35,37, or 39 of such Title 38.

_____    10. Assistance under Job Training Partnership Act.
--Any amount payable to a participant under the Job Training Partnership Act (29 U.S.C. 1501 et seq.) from funds appropriated pursuant to such Act.

_____    11. Minimum exemptions for wages, salary and other income. The exemptions under 26 U.S.C. § 6334(a)(9) do not apply in criminal cases. The exceptions under the Consumer Credit Protection Act, 15 U.S.C. § 1673, for disposable earnings, automatically apply and do not need to be claimed. The aggregate disposable earnings of an individual for any workweek which is subjected to garnishment may not exceed (1) 25 % of his disposable earnings for that week, or (2) the amount by which his disposable earnings for that week exceed thirty times the Federal minimum hourly wage in effect at the time the earnings are payable, whichever is less.

The statements made in this claim of exemptions and request for hearing as to exemption entitlement and fair market value of the property designated are made and declared under penalty of perjury that they are true and correct.

_____    I hereby request a court hearing to decide the validity of my claims. Notice of the hearing should be given to me by mail at:

( _____ ) or telephonically at ( _____ )
   Address                                              Phone No.

_____
Debtor's printed or typed name

_____
Signature of debtor        Date