IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  11-CR-000355-MK

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

JOHN PHILLIP GALLEGOS,

        Defendant,

  and

ALASKA AIRLINES, INC.,

        Garnishee.

---

## MOTION FOR ENTRY OF GARNISHEE ORDER

---

Plaintiff United States of America respectfully moves for entry of a Garnishee Order directed to Alaska Airlines, Inc., Garnishee.  As grounds therefore, the United States advises as follows:

    1.    Upon application of the United States, the Clerk of the Court issued a Writ of Garnishment, directed to Garnishee on April 30, 2014 [Doc. # 373].

    2.    As set forth in the attached Declaration of Sarah Leffler, the Writ of Continuing Garnishment and the Application for Writ of Garnishment were personally served on the Garnishee on April 30, 2014.  Sarah Leffler Declaration, Ex. 1, ¶ 2; Proof of Service, Ex. 2.

3. The Application for Writ of Garnishment, Writ of Garnishment, and Clerk's Notice of Post-Judgment Garnishment, were mailed to the Defendant by the first class mail on May 8, 2014, at the last known address. These documents notified Defendant of the right to request, within twenty days, a hearing to determine exempt property. Sarah Leffler Decl., Ex. 1 ¶ 3.

4. The Garnishee filed an answer on June 6, 2014 [Doc. #376], stating that it had in its possession or under its control personal property belonging to and due Defendant, and that it was indebted to Defendant in the form of a 401k account.

5. Defendant has not filed a request for a hearing.

WHEREFORE, pursuant to 28 U.S.C. § 3205(c)(7), the United States respectfully requests that the Court enter a Garnishee Order directing the Garnishee to pay to the United States the funds from the account belonging to the Defendant.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

Dated: July 15, 2014     By:    s/ Elizabeth M. Froehlke
ELIZABETH M. FROEHLKE
Special Assistant U.S. Attorney
1225 17th Street, Suite 700
Denver, CO 80202
Phone: 303-454-0126
Fax: 303-454-0407
Elizabeth.Froehlke@usdoj.gov

Attorneys for Plaintiff
United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2014, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following email addresses:

Elizabeth.Froehlke@usdoj.gov

In addition, I hereby certify that I have mailed the document to the following CM/ECF participants:

Garnishee address:

Alaska Airlines, Inc.
ATTN: Dianne Hertz, Legal Dept.
19300 International Blvd., SEAZL
Seattle, WA 98188

Defendant address:

John Phillip Gallegos
5940 California Ave S.W. #F
Seattle, WA 98136

                                        s/ Patricia McGee-Wake
                                        United States Attorney's Office