John Gallegos
11-CR-355
Alaska Air Garnishment

# PROOF OF SERVICE

DATE **4-30-14**  PLACE **Corporation Service Co, 1560 Broadway, 2090, Denver, CO 80202**

TIME **2:40**

**Pamela Trujillo (desk)**  **Clerk**
SERVED ON (SIGNATURE)  TITLE

**Pamela Trujillo**  **Placed in container per instructions of Corporate Service Company**
SERVED ON (PRINT NAME)  MANNER OF SERVICE

Carolyn Dean
SERVED BY (PRINT NAME)

Paralegal
TITLE

**DECLARATION OF SERVER**

I, Carolyn Dean, delivered garnishment paperwork.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on **4-30-14**    *(signature)* Carolyn Dean
    DATE          SIGNATURE OF SERVER

ADDRESS OF SERVER

U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202

5/8/14
mailed defendant's copies.
    pmw