IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  11-CR-000355-MK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOHN PHILLIP GALLEGOS,

        Defendant,

and

ALASKA AIRLINES, INC.,

        Garnishee.

## GARNISHEE ORDER

On motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that Garnishee, Alaska Airlines, Inc. shall pay to the United States funds from the 401k account belonging to Defendant John Phillip Gallegos.

Payment Instructions: Checks shall be made payable to Clerk, U.S. District Court and mailed to:

        Clerk of the Court
        901 19th Street, A-105
        Denver, CO 80294

Please include the following information on the check:

    Name of Defendant:   <u>John Phillip Gallegos</u>

    Court Number:   <u>11-CR-000355</u>

BY THE COURT:

Dated: _____          _____
                                                              UNITED STATES DISTRICT JUDGE