UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 11-cr-00355-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  WAUNITA WEINGART
**2.  JOHN PHILLIP GALLEGOS**
3.  ALOIS CRAIG WEINGART

        Defendants,

    and

ALASKA AIRLINES, INC.,

        Garnishee.

## GARNISHEE ORDER

On Motion of the United States **(#377)**, and good cause appearing, IT IS HEREBY ORDERED that Garnishee, Alaska Airlines, Inc. shall pay to the United States funds from the 401k account belonging to Defendant John Phillip Gallegos.

Payment instructions: Checks shall be made payable to Clerk, U.S. District Court and mailed to:

        Clerk of the Court
        901 19th Street, A-105
        Denver, CO 80294

Please include the following information on the check:

    Name of Defendant:    John Phillip Gallegos
    Court Number:    11-cr-000355-MSK

DATED this 15th day of July, 2014.

                **BY THE COURT:**

                Marcia S. Krieger
                United States District Court