| PROB 22 (D\CO 01/03) | | DOCKET NUMBER 11-cr-00355-MSK-02 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER 2:15-CR-15-RSL |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: JOHN PHILLIP GALLEGOS | DISTRICT District of Colorado | DIVISION | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE Marcia S. Krieger | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 09/26/14 | TO 09/25/17 |

**OFFENSE**
Making a False Statements to a Bank - 18 U.S.C. § 1014

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  District of Colorado

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Washington upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

January 26, 2015                                    s/ Marcia S. Krieger
Date                                                       United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Western District of Washington

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised release be accepted and assumed by this Court from and after the entry of this order.

Feb. 2, 2015                                           /s/ S Lasnik
Effective Date                                         United States District Judge

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK

WILLIAM M. McCOOL     700 STEWART ST, SUITE 2310
CLERK     SEATTLE, WASHINGTON 98101

February 4, 2015

Office of the Clerk
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, CO 80294-3589

**RE:     Probation Jurisdiction Transfer of John Phillip Gallegos**
Our Case 2:15-cr-00015-RSL
Your Case 11-cr-00355-MSK-02

Dear Office of the Clerk:

Enclosed please find an **original** signed order accepting the jurisdiction transfer of defendant **John Phillip Gallegos** to the Western District of Washington. Please forward **certified** copies of the docket sheet, indictment or information, judgment, and plea agreement on this individual so that we may statistically terminate our file.

Additionally, please forward copies of the payment history and, if restitution is involved, names and addresses of victims.

Sincerely,

WILLIAM M. McCOOL, Clerk

By: Rachel Evans, Deputy Clerk

Enclosures

cc:     USPO
        file